William F. Buettner

Volume 3

Page 575

1  your opinion.
2      A.   I do not recall talking to
3  Mr. Martin about his letter to Miss Taylor at
4  all.
5      Q.   Do you recall talking to anybody at    09:22:19
6  AHERF about Mr. Martin's letter?
7      A.   No, I don't.
8      Q.   Thank you.
9          Let me ask you to look at the 1997
10  audited financial statements with me for a    09:22:57
11  moment.  Mr. Buettner, they were marked early
12  on in the litigation as Exhibit 58.  I imagine
13  you've seen these a number of times before
14  today?
15      A.   Yes.    09:23:18
16      Q.   Let me ask you to look with me at
17  just one page for now, which is the report of
18  independent accountants on consolidated and
19  combining -- and combining financial
20  information.  I think it's page 26 of the    09:23:35
21  packet in its original page numbering.
22          Are you with me?
23      A.   Yes, I'm on page 26.
24      Q.   Would you go ahead and just read to
25  yourself that report which is a paragraph long,    09:23:54

Page 576

1  and then I'll have just a few questions about
2  it for you.
3      A.   Okay, yes, sir.
4      Q.   Can you tell me if, first of all,
5  the signature beneath the report is the Coopers    09:24:38
6  & Lybrand firm signature but written in your
7  hand?
8      A.   That's correct, yes.
9      Q.   That's the same signature that
10  appears on the report for the -- the report of    09:24:46
11  independent accountants, which is on the third
12  page of the exhibit or page one at the bottom?
13      A.   Yes, I signed both letters.
14      Q.   Now back to page 26, sir.
15          About two-thirds of the way through    09:25:04
16  the paragraph, a sentence reads -- actually
17  it's the last sentence, I believe, of the
18  report.  Let me correct myself.
19          That sentence reads, "The
20  supplementary consolidating financial    09:25:20
21  information has been subjected to the auditing
22  procedures applied in the audit of the
23  consolidated audited financial statements and,
24  in our opinion, is fairly stated in all
25  material respect in relation to the    09:25:35

Page 577

1  consolidated financial statements taken as a
2  whole."
3          I've read that accurately?
4      A.   Yes, sir.
5      Q.   I made a mistake yesterday, so I'm    09:25:43
6  trying to up my average again today.
7          My question is I think fairly
8  simple, the first one anyway, the supplementary
9  consolidating financial information referred to
10  in this report is what?    09:25:57
11      A.   It would be the information
12  attached to this booklet, if you want to call
13  it that, that's beginning on page 27 and
14  continuing through page, is that 41 or 42?
15      Q.   It looks like 42.  But the last    09:26:20
16  page of the exhibit, in any event?
17      A.   Yes.
18      Q.   Which I think has a Bates label at
19  the bottom which ends with the digits 936?
20      A.   Yes.    09:26:29
21      Q.   Thank you, sir.
22          Where did the language that's
23  contained in this paragraph come from, if you
24  know?
25      A.   This paragraph is consistent with    09:26:46

Page 578

1  guidance that you would see in either the
2  statement on auditing standards reporting for
3  consolidating and combining information within
4  the statement on auditing standards, or within
5  the C&L audit manual that would address the    09:27:00
6  same subject matter.
7      Q.   I understand you've said it was
8  consistent with.  Do you know that to be the
9  source for the language?
10      A.   Yes, yes.    09:27:14
11      Q.   Who prepared that language that you
12  then signed, if you know today?
13      A.   It would be the engagement team.  I
14  can't tell you which individual specifically,
15  but it would be the in-charge or the manager.    09:27:26
16      Q.   Do you recall commenting on the
17  language or making edits to the language before
18  its final version and your signature was
19  applied?
20      A.   I would have reviewed the language.    09:27:40
21  I do not recall specific comments, but I would
22  have reviewed the language and compared it to
23  the technical standards that existed within the
24  C&L policy requirements and the statement on
25  auditing standard requirements.    09:27:57

7 (Pages 575 to 578)

Page 579

1        I do not remember making changes,
2  but I would have reviewed it and compared it to
3  the authoritative literature.
4        Q.   Was it your understanding that this
5  report on this page and the consolidating          09:28:09
6  information to which it refers was necessary to
7  satisfy the reporting requirements of the
8  various lenders for the various obligated
9  groups at AHERF?
10        MR. RYAN:  Could I get that read          09:28:25
11  back, please?
12
13        (Record read.)
14        MR. RYAN:  Thank you.
15        A.   Yes, my conclusions were based on     09:28:49
16  the conclusions of Mr. Zimmerman that this
17  reporting format would meet certain reporting
18  requirements for the obligated groups.  I
19  believe the obligated groups had other
20  reporting requirements, but there was one     09:29:07
21  specific reporting requirement outlined in
22  Mr. Zimmerman's letter, and this document
23  helped AHERF management meet that reporting
24  requirement.
25        Q.   What specific reporting requirement   09:29:19

Page 580

1  do you refer to?
2        A.   Well, it would be the reporting
3  requirement in terms of audited financial
4  information or financial information from the
5  client in terms of the AHERF system.  And     09:29:36
6  Mr. Zimmerman outlined how that reporting
7  requirement could be met by providing an
8  audited consolidated financial statement for
9  AHERF.
10        Q.   When you reviewed and then signed     09:29:59
11  the report and the language included in it
12  which read that the supplementary consolidating
13  financial information has been subjected to the
14  auditing procedures applied in the audit for
15  the consolidated financial statements, what did  09:30:17
16  that mean to you, the phrase "has been
17  subjected to the auditing procedures applied in
18  the audit of the consolidated financial
19  statements"?
20        A.   Well, obviously audit procedures     09:30:29
21  were performed for us to reach our opinion, if
22  you will, on the consolidated financial
23  statements.  Those audit procedures would
24  include inquiry and observation of management
25  actions, testing of the internal control     09:30:47

Page 581

1  structure within the AHERF system, certain
2  substantive tests and analytical procedures we
3  would perform on information provided to us by
4  management, interviews of management, client
5  representations or management representations     09:31:05
6  on certain key matters, as well as obtaining
7  representations from outside third parties such
8  as attorneys and so on.
9        So those audit procedures provided
10  us with a platform, if you will, to reach     09:31:18
11  conclusions on the reasonableness of the
12  consolidated financial statements.
13        Those same audit procedures were,
14  in effect, useful in helping us review the
15  consolidating and combining financial     09:31:35
16  information that was attached to this
17  consolidated financial statement package AHERF
18  had prepared because, in effect, the audit
19  procedures were performed on AHERF activities
20  across the system, and that would include the     09:31:52
21  activities of these -- of some of these
22  organizations here or these organizations
23  listed in these schedules.
24        Q.   Did you ever discuss the purpose of
25  the report on the consolidating information     09:32:11

Page 582

1  which appears at page 26 with any members of
2  the audit committee?
3        A.   Yes, that discussion -- that item
4  was discussed with the audit committee during
5  both the planning phase audit committee     09:32:29
6  meeting, which occurred, I believe, in the
7  spring of '97, as well as at what I would call
8  the fall meeting, which occurred, I guess, in
9  October.
10        Q.   What do you recall telling them     09:32:45
11  about the purpose of this report, if anything
12  today?
13        A.   First of all, the discussion was
14  both from management as well as from Coopers &
15  Lybrand.     09:32:55
16        Q.   Who at management participated?
17        A.   I believe it was Mr. McConnell, but
18  my recollection is not a hundred percent on
19  that, but I believe it was Mr. McConnell.
20        Q.   What did you say is what I'm     09:33:10
21  interested in.
22        A.   Well, there were certain points
23  that Mr. McConnell brought up regarding reasons
24  for the change.  And I believe at the spring
25  meeting there was a discussion, for this to     09:33:24

8 (Pages 579 to 582)

William F. Buettner

Page 583

1  work, it was necessary for the system to
2  research the impact it would have on the bond
3  trustees or these Obligated Group reporting
4  issues.
5       I basically concurred with the          09:33:42
6  presentation or the outline of the facts that
7  Mr. McConnell provided to the Committee in the
8  spring meeting, as well as at the fall meeting.
9       Q.   Mr. Buettner, I'm handing you what
10 we've marked as Exhibit 4404, which is, I       09:34:23
11 believe, an excerpt again from the Business
12 Assurance Manual, this one being section 440,
13 Reports on Consolidating Information.  The
14 exhibit number again is 4404, I guess, almost
15 coincidentally.                               09:34:47
16       Could you take a moment to look at
17 least the first two pages, which is the only
18 pages -- which are the only pages I'll have
19 questions on, but review what you need to and
20 then I'll have a few questions on this for you.  09:34:58
21       A.   Sure.
22            Okay.
23       Q.   Thank you, Mr. Buettner.
24            My question is only, really, I
25 think, a section called Supplementary Data     09:37:47

Page 584

1  Qualified Because of a Departure From GAAP,
2  which is apparently on the second page of the
3  document which ends in the Bates digits 165.
4       Do you see that section?
5       A.   Yes.                              09:38:02
6       Q.   It has apparently a few
7  subsections, but subsection .6 is the one I'm
8  particularly interested in.  It reads, in part,
9  "When we report on consolidating financial
10 statements as supplementary data and we are    09:38:16
11 aware that one or more of the individual
12 statements contain a departure from Generally
13 Accepted Accounting Principles, GAAP, that is
14 material to the individual company but not to
15 the consolidated group, our responsibilities   09:38:32
16 are not different from when we are aware of a
17 material departure from GAAP in any other
18 financial statements with which we are
19 associated."
20       Did I read the first sentence         09:38:47
21 accurately?
22       A.   Yes.
23       Q.   Whenever we -- I'm sorry, "Whenever
24 financial statements depart materially" --
25 "materially from GAAP and they're not          09:38:54

Page 585

1  appropriately revised by the client, we are
2  required to issue a qualified or an adverse
3  opinion."
4       Is that what the second sentence
5  says?                                        09:39:04
6       A.   Yes.
7       Q.   Did you review this section of the
8  Business Assurance Manual in connection with
9  your review or planning for the signature or
10 signing off on the report marked as Exhibit --  09:39:21
11 marked as 26 of Exhibit 58?
12       A.   No, I don't recall specifically
13 looking at this section.  I was aware of the
14 existence of the section just based on my
15 experience as a partner.                      09:39:37
16       Q.   Does this section -- strike that.
17       What does supplementary data mean
18 to you?
19       A.   Well, supplementary data would
20 include schedules of information that are not   09:39:52
21 readily available when one reviews a
22 consolidated financial statement.  It may be
23 information that's required by, let's say in an
24 SEC filing, quarterly reporting information,
25 things of that nature.                        09:40:16

Page 586

1       Q.   Did you consider the schedules
2  attached after page 26 to the report on page 26
3  in Exhibit 58 to be supplementary data in 1997?
4       A.   It's financial information.  I
5  don't know if I necessarily would indicate that  09:40:32
6  it's supplementary data, but it's information
7  that from my perspective is not readily
8  available from reviewing the consolidated
9  financial statements.  But I don't believe it
10 would necessarily fall under the definition of   09:40:50
11 supplementary data that you would find in the
12 statement and auditing standards, let's say.
13       Q.   The paragraph also relates to
14 supplementary information, or it refers to it.
15 It reads in the sentence that follows,         09:41:01
16 "Therefore, in such instances, our opinion on
17 the supplementary information should be
18 appropriately modified."  And it continues.
19       Do you believe that the schedules
20 attached to your report on page 26 of Exhibit   09:41:15
21 58 are supplementary information?
22       A.   Yes.
23       Q.   So do you think this section 440.6
24 on supplementary data qualified because of a
25 departure from GAAP would apply to the         09:41:30

9 (Pages 583 to 586)

William F. Buettner

Page 599

1  and things that we would have to get done,
2  either remaining work for preliminary or things
3  that we would have to look at for year-end.
4      Q.   What do you recall hearing about or
5  discussing with respect to the aging versus the    10:11:04
6  reserve, if anything, today?
7      A.   I don't recall anything -- anything
8  specific.
9      Q.   Do you recall anything about
10 revenue problems or bad debt -- rather, bad    10:11:18
11 debt problems at Hahnemann University Hospital
12 or MCP Hospital?
13     A.   I don't recall any specific
14 conversation.
15     Q.   What about the item under bad debt    10:11:29
16 which starts or reads, rather, "Charged off
17 against 80 million"?  What do you recall about
18 conversations on that topic, if anything,
19 today?
20     A.   Nothing specific.    10:11:47
21     Q.   Do you recall -- I'm sorry, go
22 ahead.
23     A.   At some point in time, I believe
24 before this meeting, I learned the AHERF
25 management had charged off around 80 million    10:11:59

Page 600

1  dollars of receivables.
2      Q.   Charged off means written off the
3  books?
4      A.   Yes, written off of the, in effect,
5  written off of what I would call the A/R    10:12:11
6  subsidiary ledger.
7      Q.   Which subsidiaries did you
8  understand to be involved as of this time
9  period, June of '97?
10     A.   When I say subsidiary ledger, I'm    10:12:20
11 not talking about a company.  I'm talking
12 about -- there's a term within the, let's say
13 the bookkeeping kingdom, if you will, that you
14 have a general ledger and then you have
15 subsidiary ledgers.    10:12:39
16     So in this particular case, the
17 accounts receivable detailed listing or
18 accounts receivable subsidiary ledger
19 charge-offs occurred so that the names of the
20 individuals whose accounts were being charged    10:12:51
21 off would be eliminated from those subsidiary
22 ledgers.  That's what I meant.
23     Q.   Thank you.  Thank you.
24     My question, then, I need to
25 rephrase.    10:13:00

Page 601

1      Did you have an understanding in
2  June of '97 about which sets of hospitals,
3  which sets of AHERF hospitals were involved in
4  having 80 million dollars of accounts
5  receivable written off?    10:13:13
6      A.   I believe my understanding at the
7  time was that that was related to the eastern
8  operations, and that would include the
9  write-off of certain accounts, if you will,
10 that were maintained on old systems because of    10:13:31
11 systems conversion.
12     Q.   Was that the PATCOM system that
13 you're referring to there?
14     A.   Yes.  I didn't write it here, but
15 that was my understanding, that that was a part    10:13:39
16 of the 80 million.
17     Q.   That PATCOM system was in place at
18 some point at hospitals that were members of
19 the Delaware Valley Obligated Group, is that
20 correct?    10:13:52
21     A.   Yes, I believe that's the case.
22     Q.   When there is a charge-off or a
23 write-off of accounts receivable, what happens
24 with the bad debt reserve?
25     A.   Well, it would -- management can    10:14:05

Page 602

1  actually handle a charge-off in two different
2  ways.  The first method is to write off the
3  account off of, again, the subsidiary accounts
4  receivable ledger.  So you're eliminating
5  people's names in terms of potential debtors to    10:14:22
6  the organization.
7      When you write it off, you reflect
8  that write-off via a reduction of your
9  allowance for uncollectible accounts or bad
10 debt reserve.    10:14:35
11     Another methodology that you could
12 follow is to write off the receivable in a
13 similar fashion but, instead of reducing the
14 reserve, simply charge it against the bad debt
15 expense of the organization for that particular    10:14:50
16 year.
17     Q.   The bad debt expense is reflected
18 on the income statement?
19     A.   Yes.
20     Q.   Do you have a recollection today as    10:14:56
21 to which of those options, if either, AHERF
22 employed?
23     MR. RYAN:  For the 80 million?
24     MR. JONES:  Yes.
25     A.   I can't tell you.    10:15:09

13 (Pages 599 to 602)

1  Q.  Did a charge-off of that size cause
2  you some concern?
3  A.  No. The organization historically
4  charged off amounts. The amounts were, in
5  1997, the 80 million dollars was larger than    10:15:39
6  what you would have seen let's say in previous
7  years. But it wasn't an unusual activity.
8        Historically you would see
9  charge-offs in the 40, 50 million dollar range,
10  let's say. So it was larger. But it -- it did   10:16:04
11  not provide me with concern as you asked me as
12  an item we would consider in terms of our
13  additional audit work.
14        Quite frankly, I viewed it as an
15  action that in a way gave me some comfort that  10:16:21
16  management was attempting to address these
17  accounts receivable problems that were
18  lingering. So from an auditor's perspective,
19  it gave me comfort that they're attempting to
20  address this issue on a variety of fronts.      10:16:43
21  Q.  Do you recall the risk assessment
22  for accounts receivable in 1997 for your audit
23  work?
24  A.  In our planning document?
25  Q.  Yes.                                         10:16:55

1  A.  I'm not sure if it was low or below
2  the max. My -- I just can't remember.
3  Q.  Do you know as you sit here today
4  who took the lead at the managerial level on
5  the engagement team in accounts receivable for  10:17:14
6  fiscal year '97?
7  A.  I believe that was Amy Frazier.
8        - - - - -
9        (Thereupon, Deposition
10        Exhibit 4473 was marked for
11        purposes of identification.)
12        - - - - -
13  Q.  Mr. Buettner, I'm handing you
14  Exhibit 4473. I believe you've seen this
15  document before. But the first page of it is a  10:18:02
16  typewritten document headed Allegheny Health,
17  Education and Research Foundation, 1997 audit
18  update, October 1, 1997. And then there are a
19  series of pages that follow, some of them
20  typewritten and some of them are handwritten    10:18:22
21  schedules.
22        Could you do me the favor of
23  looking at the document, and take a few moments
24  if you need it, and let me know if the
25  handwriting you believe to be all yours.        10:18:34

1  A.  Okay.
2  Q.  Do you believe the handwriting on
3  the document is all yours, sir?
4  A.  Yes, I do.
5  Q.  Was this handwriting placed on the    10:19:45
6  document all at one time or at different times?
7        MR. RYAN:  You mean all of the
8  pages?
9        MR. JONES:  Yes.
10  Q.  If you know.                          10:19:55
11  A.  At different times.
12  Q.  Let me ask you then in particular,
13  do you know when you did the handwriting that
14  appears at pages 36437, 36438, and the pages
15  that follow through to 36443? So it's 437       10:20:17
16  through 443.
17  A.  These documents would have been
18  prepared at various times during what I would
19  call the wrap-up phase or the final review
20  phase of the AHERF engagement.                  10:20:47
21        I can't put specific dates on them,
22  but some would be as, perhaps, as early as the
23  end of August and others would be sometime in
24  September or early October.
25  Q.  Of 1997?                              10:21:04

1  A.  Yes. Yes.
2  Q.  The wrap-up you referred to was the
3  wrap-up of the '97 audit?
4  A.  Well, wrap-up of what I would call
5  a draft -- final draft report going to the      10:21:16
6  audit committee, yes.
7  Q.  That occurred in October?
8  A.  Yes.
9  Q.  Of '97?
10  A.  Yes, yes.                             10:21:24
11  Q.  So all of these notes on the pages
12  I just mentioned would have been penned before
13  the audit committee meeting?
14  A.  Yes. Yes. Well, I would say 99
15  percent of them. I can't speak to every --      10:21:38
16  every item because at the end of the
17  engagement, these things ended up in my notes
18  with the audit committee book as well. I
19  continued to use this document as we went
20  through subsequent events review and a final    10:21:51
21  disposition of various issues and eventual
22  release of the audit report after the holidays
23  in 1997.
24  Q.  Is there anything in the notes from
25  the beginning of the document to the end that   10:22:09

William F. Buettner

Volume 3

Page 607

1  you now see and recall as being penned after
2  October of -- after the audit committee meeting
3  in October of 1997?
4      A.  Well, for instance, on page 433.
5      Q.  Do you believe that to have been          10:22:28
6  penned after the October audit committee
7  meeting?
8      A.  No, no.  But there are two or three
9  numbers that are scratched out and then numbers
10  circled.  I believe I got that information at a    10:22:36
11  later date.  All I did was just update the
12  schedule here because I was using this as --
13  this information, if you will, during some
14  subsequent events work as well.
15     Q.  Any other set of handwriting that         10:22:50
16  you believe was added after October -- the
17  October audit committee meeting?
18     A.  I can't remember specifically, no.
19     Q.  Let me ask you to look in
20  particular now at pages 438 and 439.  Do you      10:23:03
21  know if these were penned in August of 1997?
22     A.  Probably a little later as I was
23  going through some sort of what I would call
24  top side review of financial statements.
25     Q.  When you say a little later, does         10:23:26

Page 608

1  that mean early September 1997?
2      A.  No.  Well, sometime in September or
3  early October.
4      Q.  Is that your best approximation?
5      A.  Yes, yes.                                 10:23:39
6      Q.  That's of 1997?
7      A.  Yes.
8      Q.  Thank you.
9         Was this typewritten portion of the
10  document, which apparently has one, two, three,   10:23:59
11  forgive me here, four, five, six pages, and
12  they're not all in order in the exhibit, but
13  six pages of typewritten text, was it prepared
14  for a meeting?
15     A.  Yes.  Well, yes, it was prepared          10:24:18
16  for a meeting and also to assist the managers
17  and partners in performing, again, what I would
18  call this top side review of the financial
19  statements.  We prepared a similar document in
20  '96.                                              10:24:37
21        The engagement team would prepare
22  this.  I don't know if this is the final
23  draft -- final copy of the document.  There
24  were various drafts.  I believe I was given an
25  earlier draft and I was using it as I was         10:24:46

Page 609

1  trying to put together some additional analysis
2  for the audit committee meeting in performing
3  my review of the financials.
4      Q.  So you were using the typewritten
5  version that does -- the typewritten pages that   10:24:56
6  do appear in Exhibit 4473 in connection with
7  your review of the draft financial statements
8  and to prepare for the audit committee meeting?
9      A.  Yes, yes.
10     Q.  Thank you.                                10:25:09
11        I'm going to ask -- going to ask
12  you to look at page 431 for a minute.
13        Do you see about midway down the
14  page there's a bullet point that reads, "Also
15  during 1997, the AHERF system adopted a uniform   10:25:26
16  bad debt reserve methodology."  Then it
17  continues.  Do you see that?
18     A.  Yes.
19     Q.  Do you recall that being the case?
20     A.  Yes, they, "they" being AHERF            10:25:41
21  management, attempted to implement the comment
22  that we had given to them I guess in 1995
23  originally.
24     Q.  Do you recall that the new
25  methodology involved the application of new       10:25:54

Page 610

1  percentages to aging buckets of receivables?
2      A.  I do not believe that that was the
3  case, but I'm not a hundred percent sure.
4      Q.  Did you believe at this point in
5  October of 1997 that the old methodologies were   10:26:11
6  inadequate for their purpose in prior fiscal
7  years?
8         MR. RYAN:  Could I have that read
9  back, please?
10
11        (Record read.)
12     A.  No.
13     Q.  Do you know who developed the new
14  methodology or the new percentages?
15     A.  I can't tell you specifically who        10:26:42
16  at AHERF performed that work.
17     Q.  Can you tell me by department at
18  AHERF?
19     A.  No, I really can't.
20     Q.  So you don't know who it was?           10:26:49
21     A.  No.
22     Q.  Had you worked with Dan Cancelmi
23  when he was at Coopers & Lybrand?
24     A.  Yes.
25     Q.  What was your estimation of him as       10:27:00

15 (Pages 607 to 610)

William F. Buettner

Volume 3

**Page 611**

1  an accountant and an auditor as of October of
2  1997?
3       A.   I viewed him as being a very
4  bright, hard working individual who understood,
5  from a technical perspective, the accounting    10:27:16
6  requirements, external reporting requirements.
7       Q.   Had you worked with him on AHERF
8  audits?
9       A.   Yes, he was my manager on the AHERF
10  audit for a year or two.              10:27:32
11       Q.   Do you believe that the patient
12  financial services group would -- strike
13  that -- should have been involved in developing
14  any bad debt methodology for AHERF hospitals?
15       MR. JONES:  The Bells of St. Mary's    10:27:56
16  have rung again.  Let's hold for a minute.
17       MR. CLOSE:  I'm sorry.
18       MR. JONES:  We're even.
19       MR. RYAN:  That's what I was
20  thinking, one to one.              10:28:04
21       Q.   Let me give you that question
22  again.
23       A.   Fine.
24       Q.   You had familiarity with a
25  department at AHERF, sir, called the patient    10:28:11

**Page 612**

1  financial services group.  Is that fair to say?
2       A.   Yes.
3       Q.   They were involved in billing and
4  collections, among other things?
5       A.   Yes.                    10:28:22
6       Q.   Did you, during your audit work at
7  AHERF, believe they were a group that should
8  have been involved in developing any bad debt
9  reserving percentages or methodology in place
10  at AHERF?  If you didn't have a belief one way    10:28:35
11  or the other, you can tell me that, too.
12       A.   During 1997 you're asking me?
13       Q.   During your audit work, did you
14  ever form a belief?
15       A.   No, I did not.              10:28:49
16       Q.   Have you a belief today whether
17  they would have been an appropriate group to be
18  involved in developing the reserve percentages
19  or methodology for bad debt reserving at AHERF?
20       A.   As of today I'm still not sure if    10:29:03
21  they would have been an appropriate group.  I
22  don't know.
23       Q.   Did you form any conclusions
24  yourself about the appropriateness of the new
25  methodology at any time?              10:29:15

**Page 613**

1       A.   I thought the methodology adopted,
2  which, from my understanding, was very
3  consistent with the AGH methodology that
4  Allegheny General had used for a number of
5  years, was an appropriate methodology.        10:29:31
6       Q.   Mr. Buettner, at some point you
7  became aware that AHERF had booked entries,
8  accounting entries in connection with the
9  acquisition of the Graduate hospitals that
10  effectively transferred 50 million dollars'    10:30:02
11  worth of reserves to the Delaware Valley
12  Obligated Group hospitals, which had the effect
13  of increasing the bad debt reserve at those
14  hospitals.  Am I right?
15       A.   Yes.                    10:30:19
16       Q.   When is it that you first became
17  aware of that?
18       A.   Sometime during the year-end work
19  that we had -- we were performing -- "we" being
20  C&L -- we were performing at AHERF, late July,    10:30:35
21  early August of 1997.
22       Q.   That's your best estimate, late
23  July, early August?
24       A.   Yes.
25       Q.   How is it that you became so aware?    10:30:48

**Page 614**

1       A.   My engagement team informed me of
2  the fact that they had discovered these
3  transfers or were told about these transfers.
4       Q.   Who on the engagement team told
5  you?                          10:31:01
6       A.   Amy Frazier.
7       Q.   Do you recall where you were when
8  she told you?
9       A.   I think it was during a visit
10  over -- a visit of mine over at the work site    10:31:13
11  over at the AHERF finance area.  And the
12  engagement team was over there working and I
13  had come in to see how the year-end had started
14  and what type of progress we were making,
15  things of that nature.              10:31:26
16       Q.   Do you recall what she said when
17  she told you?  Let me beg you to hold that
18  thought for a minute because I want to ask one
19  question first.
20       Do you recall whether anyone else    10:31:45
21  was present?
22       A.   No.  It was -- we were in a working
23  space cubicle area where Coopers' folks were,
24  in effect, stationed.  I'm not sure if there
25  were other people from C&L around or not when    10:31:56

16 (Pages 611 to 614)

William F. Buettner                                                    Volume 3

1  we had this conversation. I simply can't
2  remember.
3      Q.   What is it now that you do recall
4  her telling you?
5      A.   She was going through her          10:32:08
6  assessment, if you will, preliminary assessment
7  of some of the purchase adjustments, I guess.
8  We were trying to get information on the
9  purchase adjustments for Graduate.
10         That was an item that was an        10:32:22
11  important item for us and an item that had
12  been -- that we had been asking the client for
13  since probably May or June or -- and we were
14  just starting to get some information.
15         I guess through that initial        10:32:42
16  investigation, she became aware of this 50
17  million dollar reserve that had been created as
18  part of the Graduate purchase adjustments.
19         The intent to, I believe, based on
20  the document she showed me, to be transferred  10:33:02
21  to DV A/R, I believe, was that what the
22  document said, or something to that effect.
23      Q.   She showed you a document?
24      A.   There was a memo, I believe, from
25  an AHERF -- an AHERF memo and she was sort of  10:33:19

1  using that memo to -- as a focal point in terms
2  of providing -- or performing her purchase
3  adjustment work, if you will. That's the
4  document that she showed me.
5      Q.   This was a memo from Mr. Cancelmi  10:33:35
6  dated roughly June of 1997?
7      A.   I can't remember what the date of
8  the memo was.
9      Q.   Do you recall it was a memo from
10  Mr. Cancelmi?                                  10:33:46
11     A.   I think it was, yes.
12     Q.   Did you -- did she tell you how she
13  came to have the memo in this first
14  conversation?
15     A.   I don't remember.                    10:33:59
16     Q.   What did you say, if anything, in
17  response to her telling you this?
18     A.   I basically told her that they
19  couldn't do that. I mean, just from a -- they
20  couldn't move a purchase transaction over and  10:34:15
21  use it for bad debt reserve at Delaware Valley.
22     Q.   Did you give her any instructions
23  after telling her that?
24     A.   I told her to talk to Dan about it
25  and tell her -- tell him that we wouldn't       10:34:25

1  accept the reserves over the Delaware Valley.
2      Q.   Do you remember any more -- do you
3  remember anything more about that conversation?
4          MR. RYAN:  The one he had with Amy?
5          MR. JONES:  Yes.                      10:34:44
6      A.   We talked about a variety of other
7  items.
8      Q.   I'm sorry, let me give you a little
9  more focus.
10     A.   Okay.                                10:34:54
11     Q.   Do you remember any more
12  discussions that you had about this reserve
13  transfer issue with Amy during this first
14  conversation?
15     A.   No, no.                              10:35:01
16     Q.   Was your initial reaction that
17  these transfers were violations of GAAP or
18  would have violated GAAP?
19     A.   Well, my initial reaction was to
20  provide or to get additional information so I  10:35:21
21  could provide some sort of guidance to my staff
22  and reach a conclusion.
23     Q.   But you just said you told Amy to
24  tell Dan that we wouldn't accept it. So your
25  initial reaction was that there was at least a  10:35:33

1  problem here?
2      A.   Well, my initial reaction, as I
3  said, is that we would not accept the use of
4  those reserves in evaluating the Delaware
5  Valley accounts receivable.                    10:35:45
6      Q.   Do you believe that the entries or
7  the series of accounting transactions violated
8  GAAP today?
9      A.   Oh, yes, yes.
10     Q.   You believed it at the conclusion   10:35:58
11  of your '97 audit work, is that fair to say?
12     A.   Yes, I believe that the transfers
13  in and of themselves were a departure from
14  GAAP.
15     Q.   Did you ever tell anyone at AHERF   10:36:12
16  that you believed that they were a departure
17  from GAAP?
18     A.   Yes, we told people at AHERF.
19     Q.   Did you?
20     A.   No. I mean, Amy had, my           10:36:25
21  understanding, numerous conversations with
22  Cancelmi. I'm not sure if anyone else was in
23  the room when they went through that
24  discussion. But it was -- they were well aware
25  that we would not accept the premise that they  10:36:42

17 (Pages 615 to 618)

Page 619

1  could use those reserves to support the bad
2  debt reserves at the Delaware Valley.
3      Q.   They were well aware, if they were
4  well aware, from conversations with Amy as far
5  as you know?                         10:36:58
6      A.   Yes.
7      Q.   Did you ever tell anyone at AHERF
8  that you were aware of the reserve transfers?
9          MR. RYAN:  This one that we --
10         MR. JONES:  The 50 million dollars    10:37:11
11  that we've just been speaking of.
12     A.   I can't recall discussing it with
13  anyone else.
14     Q.   Do you recall discussing with
15  anyone on the audit committee or any member of    10:37:17
16  the Board of Trustees at AHERF?
17     A.   At what point in time?
18     Q.   Through June -- June of '98.
19         Let's make that May of '98 because
20  I see where you're thinking.            10:37:36
21     A.   Yes.  Yes.
22     Q.   Did you ever discuss the fact that
23  the reserve transfers in the 50 million dollar
24  amount we've been discussing occurred with
25  anyone on the audit committee or the Board of    10:37:45

Page 620

1  Trustees at AHERF before June of '98?
2      A.   No.
3          During our audit committee meetings
4  in October of '97, for instance, I was aware of
5  the transfer.  But by then I had completed    10:38:03
6  sufficient audit work and had concluded that
7  the transfers were not material and did not
8  warrant disclosure to the audit committee.
9      Q.   Did you share your discovery from
10  Miss Frazier about these 50 million dollars of    10:38:52
11  reserve transfers with the concurring partner
12  on the engagement at any time during the '97
13  audit work?
14     A.   I did not.  It's my understanding
15  that Amy discussed the purchase transactions    10:38:57
16  for Graduate, Forbes and Allegheny Valley with
17  the concurring partner and that that would have
18  been included in those discussions.
19     Q.   How did you come to that
20  understanding?                        10:39:10
21     A.   Just based on my discussions with
22  Amy.  I mean, I -- what had happened is we had
23  a meeting set up where the three of us would
24  get together to go through a preliminary
25  review.  The three of us being the concurring    10:39:23

Page 621

1  partner, myself and Amy.
2          We were going to attempt to do that
3  over at the AHERF financial department, if you
4  will, while the staff was still trying to wrap
5  up some work.  Unfortunately I guess another    10:39:36
6  client matter pulled Mr. Hoover away, couldn't
7  make that commitment, so Amy met with
8  Mr. Hoover at a later date.
9      Q.   Did you discuss the fact of these
10  50 million dollars of reserve transfers with    10:39:49
11  anyone else on the engagement team other than
12  Miss Frazier during the '97 audit work?
13     A.   I simply can't -- I don't know.  I
14  can't remember.
15     Q.   Do you recall a meeting in early    10:40:32
16  April of 1997, within the first two weeks of
17  April of 1997, with Mr. McConnell and Mr.
18  Spargo at which the topic of potential
19  transfers of reserves established in connection
20  with the Graduate acquisition -- let me try    10:40:54
21  that question again.
22         Do you recall being in a meeting
23  with Mr. McConnell and Mr. Spargo within the
24  first two weeks of April 1997 at which the
25  topic of reserve transfers of any kind from the    10:41:10

Page 622

1  Graduate hospitals to the Delaware Valley
2  Obligated Group hospitals was raised?
3      A.   I do not recall such a meeting.
4      Q.   Do you recall ever hearing from Mr.
5  Kirstein in April or May of 1997 that he had    10:41:25
6  been approached by any member of AHERF
7  financial -- AHERF financial's department or
8  AHERF management about such a proposal?
9      A.   No, I don't remember talking to
10  Mark about that.                      10:41:43
11     Q.   Do you ever recall discussing with
12  Mr. McConnell or Mr. Spargo at any time that
13  the Graduate acquisition afforded AHERF an
14  opportunity to remedy its bad debt reserve
15  issues in the Delaware Valley Obligated Group?    10:42:11
16     A.   No.
17     Q.   Or words to that effect?
18     A.   No.  I had discussions with Mr.
19  McConnell at some point in time.  I can't place
20  it in April.  And I also had discussions with    10:42:25
21  Mr. Spargo and Cancelmi at a much earlier date
22  about the possibility of going through a
23  restructuring at Graduate so that once the
24  Graduate organization was merged into AHERF,
25  that it would be accretive to the operations of    10:42:47

18 (Pages 619 to 622)

Page 631

1  party to a conference call on that date with
2  these individuals at which the Graduate reserve
3  transfers, as we've described them, or a
4  proposal relating to the Graduate reserve
5  transfers were discussed?                    10:54:29
6      A.  No, I don't.
7      Q.  Do you recall discussing reserve
8  transfers of any kind with -- related to the
9  Graduate hospitals and the Delaware Valley
10  Obligated Group hospitals or a proposal to make  10:54:47
11  same with Mr. Cancelmi, Miss Frazier, or Mr.
12  Kirstein at any time in April of 1997?
13      A.  I have no memory at all of talking
14  to them about such a transaction.  Would we
15  have met during that time period?  It's very   10:55:02
16  possible.  But I just can't remember ever
17  discussing this issue with them at that point
18  in time.
19      Q.  Do you see just below the halfway
20  portion of the page where the note reads, "50   10:55:26
21  million dollars reserves at Graduate, will have
22  80 million C/O in DV by 6-30-97"?
23      A.  Yes, I see that.
24      Q.  Do you recall discussing anything
25  related to that topic with these people or any  10:55:44

Page 632

1  one of them in April of '97?
2      A.  I just can't remember, no, I don't.
3      Q.  Do you ever recall at any time
4  before late July or early August or early
5  August of 1997 connecting the establishment of  10:56:01
6  50 million dollars of reserves at the Graduate
7  hospitals with the 80 million charge-off you
8  knew to have occurred at the Delaware Valley
9  Obligated Group hospitals?
10      A.  No, no.  To this day I don't think   10:56:15
11  I've made a connection between the two, to be
12  honest with you.
13      Q.  Do you see the next bullet point
14  there reads, "Placing reserves on Graduate
15  entities to be used for DV A slash R at Y slash  10:56:26
16  E or year-end"?
17      A.  Yes, I -- I can't read his scribble
18  very well, but I think that's a fair depiction
19  of what he's trying to put down.
20      Q.  Do you recall discussing that topic  10:56:47
21  with Mr. Cancelmi, Mr. Buettner, Mr. Frazier --
22  you're Mr. Buettner -- Mr. Cancelmi, Miss
23  Frazier or Mr. Kirstein at any time before late
24  July or early August of 1997?
25      A.  No, I don't.                         10:56:59

Page 633

1      Q.  Mr. Buettner, this is Exhibit 4258.
2  It's a fairly short work paper with some
3  Metadata, at least as we understand it, from
4  the CLASS system attached to it.
5      Do you recall ever seeing this          10:57:27
6  document before today?
7      A.  No.
8      Q.  Do you see on the first page, the
9  line about a third of the way down that reads,
10  "How was the first 25 of the 50 million        10:57:59
11  distributed to the entities, or did this occur
12  in April?"
13      Do you see that?
14      A.  Yes, I do.
15      Q.  Do you recall any discussions with  10:58:08
16  anyone on the engagement team or anyone at
17  AHERF regarding distributing 50 million dollars
18  to various entities in any context before July
19  or late July, early August of 1997?
20      A.  No, I do not.                        10:58:26
21      Q.  Do you have an understanding or
22  have you learned from any source why the author
23  of this work paper or the authors would have
24  been writing about this in May of '97?
25      A.  No, I haven't spoken to anyone      10:58:44

Page 634

1  regarding this matter, so I have no idea.
2      -  -  -  -  -
3      (Thereupon, Deposition
4      Exhibit 4475 was marked for
5      purposes of identification.)
6      -  -  -  -  -
7      Q.  Mr. Buettner, I'm handing you now
8  Exhibit 4475.  I apologize, it slipped out of
9  my hand.
10      A.  That's okay.                         10:59:32
11      Q.  Is the handwriting on this AHERF
12  update meeting dated June 20, 1997 yours?
13      A.  Yes.
14      Q.  Do you believe that you put the
15  handwriting on this document around that date,  10:59:46
16  that is, close in time to June 20, 1997?
17      A.  Yes.
18      Q.  Thank you, sir.
19      Is this a format as we've seen
20  before that was typically used when the        11:00:02
21  engagement team got together and met as an
22  agenda?
23      A.  Yes, the engagement team put
24  together information in terms of the overall
25  status of the engagement and where we stood as  11:00:14

21 (Pages 631 to 634)

William F. Buettner

Page 635

1  of the end of preliminary and would prepare
2  this outline, if you will, of items to discuss.
3      Q.   Do you know who was in attendance
4  at this June 20, 1997 AHERF audit update
5  meeting?                          11:00:30
6      A.   No, I do not.
7      Q.   Do you know if it took place on
8  that day?
9      A.   No, I do not.
10     Q.   Do you know if any member of AHERF    11:00:37
11 management or its finance department was in
12 attendance?
13     A.   I am not certain.  My best
14 recollection is that some folks would be
15 available from AHERF at this meeting, but I    11:00:51
16 simply can't remember.
17     Q.   Do you see under the heading
18 Accounts Receivable and Revenue Items you have
19 written the words or abbreviations for the
20 words Pittsburgh or PGH?              11:01:02
21     A.   Yes.
22     Q.   Levels down, "Reserves appear
23 adequate"?
24     A.   Yes.
25     Q.   Is that a reference to that the bad    11:01:09

Page 636

1  debt reserves in Pittsburgh or for
2  Pittsburgh-based hospitals appeared adequate?
3      A.   No, I don't think that would be
4  reflective of only bad debt reserves.  It would
5  be the reserves for receivables that would also    11:01:25
6  include CRAs, contractuals, things of that
7  nature.
8      Q.   Do you have a recollection of what
9  you meant by the phrase "DV levels flat"?
10     A.   Well, DV would be the eastern part    11:01:37
11 of the operations.  I guess someone told me
12 that based on our assessment to date or what
13 we've seen the A/R levels were flat.
14     Q.   Did you use DV for a short form for
15 the Delaware Valley Obligated Group?          11:01:54
16     MR. RYAN:  You mean here in this
17 document?
18     Q.   Here and elsewhere during your work
19 on AHERF audits.
20     MR. RYAN:  Objection.          11:02:01
21     A.   Well, I would use east versus west,
22 DV, AGH, DVOG.
23     In my day-to-day observations or
24 communications with folks, I would not use the
25 formal name for a number of these          11:02:19

Page 637

1  organizations.  I mean, I normally would refer
2  to things as to east and west, but sometimes I
3  would use the word Delaware Valley.
4      Q.   You would use the word Delaware
5  Valley or DV?                      11:02:30
6      A.   Or the term Delaware Valley, I'm
7  sorry.
8      Q.   Yes, use the term Delaware Valley
9  or the initials DV for the Delaware Valley
10 Obligated Group from time to time?          11:02:37
11     A.   Well, no.  Delaware Valley would be
12 a term for the east.  It may or may not be
13 Delaware Valley Obligated Group.  It would be
14 based on the conversation we're having and what
15 specific items we would be talking about.      11:02:53
16     Q.   Here we have the phrase typed next
17 to DV levels flat, "Impact of Graduate
18 Reserve."
19     Do you have any recollection of
20 what that -- what the discussions were on that    11:03:07
21 topic during this meeting as you sit here
22 today?
23     A.   You mean the typed comment on the
24 left-hand side?
25     Q.   Yes.                      11:03:16

Page 638

1      A.   No, I don't.
2      Q.   Pardon the pause, Mr. Buettner, but
3  we're trying to make the day shorter.
4      MR. RYAN:  We will not object to
5  that.                          11:04:20
6      MR. STROUP:  Stipulated.
7      Q.   I'm handing you, Mr. Buettner, what
8  we marked as Exhibit 4438.  Is this the
9  required communications letter from Coopers &
10 Lybrand to the Board of Trustees at AHERF dated    11:04:45
11 September 22nd, 1997?
12     A.   Yes.
13     Q.   Does this letter bear the Coopers &
14 Lybrand signature penned by you?
15     A.   Yes.                      11:05:01
16     Q.   Which I think you told us means
17 that you read and approved it before it was
18 sent?
19     A.   Yes.
20     Q.   Do you see under the heading          11:05:09
21 Significant Audit Adjustments and Disagreements
22 With Management, which appears at the second
23 page of the letter, do you see those topics?
24     A.   Yes, yes.
25     Q.   Why is it today that you did not    11:05:25

22 (Pages 635 to 638)

Page 639

1  disclose the Graduate reserve transfers that
2  you became aware of in late July or early
3  August 1997 to the board in this letter under
4  either of these headings?
5      A.   Well --                          11:05:45
6      Q.   Let me withdraw the question for a
7  minute.  Strike the today.
8          What I mean to ask is why is it
9  that you did not disclose to the board under
10  either of these headings or in any other way   11:05:55
11  the Graduate reserve transfers that you became
12  aware of in July, late July or early August of
13  1997?
14      A.   The disclosure requirements that
15  are summarized, if you will, in this letter are   11:06:16
16  presented in the auditing standards
17  publications for the AICPA.
18          When you go through this process of
19  providing the board with specific information
20  within the context of required communications    11:06:37
21  with the audit committee, the items that you
22  made reference to, significant audit
23  adjustments and disagreements with management,
24  relate to items that we would deem to be
25  significant or material.                   11:06:55

Page 640

1          The 50 million dollar transfer, as
2  I testified to a little earlier today, in my
3  opinion was not material.  It had no impact on
4  the consolidated financial statements of AHERF,
5  and this letter refers to our audit of the       11:07:23
6  consolidated statements of AHERF.  No impact on
7  key parameters or measurements within the AHERF
8  system when you measure materiality.  No impact
9  on net unrestricted assets.  No impact on
10  working capital.  No impact on total assets.    11:07:47
11         I viewed the transfer as nothing
12  more than a related party transaction that
13  eliminated in consolidation.
14      Q.   You didn't -- let me try that one
15  again.                                     11:08:04
16         A couple headings up there's a
17  section called errors, fraud or illegal act.
18         Did you consider the transfer an
19  error, these 50 million dollars' worth of
20  transfers, an error, a fraud or an illegal act?   11:08:15
21         MR. RYAN:  Objection, compound.
22      A.   No.
23      Q.   Did you consider it an error?
24         I apologize, sir, your counsel has
25  made an objection, so I'm trying to make it    11:08:28

Page 641

1  clear.
2          Did you consider the 50 million
3  dollars of reserve transfers an error?
4      A.   I considered it a departure from
5  GAAP which was immaterial to the -- to the     11:08:36
6  consolidated financial statements of AHERF and
7  did not view the transfer as an error as
8  outlined within the statement and auditing
9  standards definitions, if you will.
10      Q.   It was a departure from GAAP but   11:08:55
11  not an error in your view?
12      A.   A material error.
13      Q.   Did you consider it fraud?
14      A.   No.
15      Q.   Did you consider it illegal or an   11:09:09
16  illegal act?
17      A.   No.
18      Q.   Did you have a disagreement with
19  management, in your view, over the propriety of
20  the application of an accounting principle to   11:09:23
21  the transaction, the transfers being the
22  transaction?
23         MR. STROUP:  I'm sorry, could you
24  repeat that question?
25      A.   Yes, you've got to help me on the    11:09:32

Page 642

1  question.
2      Q.   Let me help you by -- in this way.
3  I think I'll address Steve's issue as well.
4          I'm looking down with the
5  disagreements with management -- to the         11:09:40
6  disagreements with management portion of the
7  letter.
8          Are you with me?
9      A.   Yes.
10      Q.   It reads, "No disagreements with   11:09:49
11  management arose during the audit with respect
12  to the application of accounting principles to
13  specific transactions."
14         Do you see that language?
15      A.   Yes.                              11:10:00
16      Q.   Did you believe that you had a
17  disagreement with AHERF management about an
18  application of an accounting principle to a
19  specific transaction in light of the Graduate
20  reserve transfers?                         11:10:12
21      A.   Yes, but, if I can complete my --
22      Q.   Yes.
23      A.   The disagreements with management
24  section here deals with material items.  Every
25  item that we would list on our SUD, if you    11:10:29

Page 667

1   of fairness so that you know at least what
2   little bit I know about the document.
3           It has to do with the City Avenue
4   Hospital.
5           Do you know in which Obligated      11:56:34
6   Group the City Avenue Hospital existed at AHERF
7   in fiscal year 1997?
8       A.   No, I would have to go back and
9   look at my notes to give you a definite answer.
10  I simply can't remember.                    11:56:49
11      Q.   Let me ask you to assume that it
12  was a Graduate hospital, one of the Graduate
13  hospitals as we've defined them.
14      A.   That's fine.
15      Q.   I think another word for those     11:57:04
16  hospitals that some people have used at AHERF
17  and in other places was the Centennial
18  Obligated Group.  Do you remember that --
19      A.   Yes.
20      Q.   -- that term Centennial being used  11:57:14
21  to refer to the former Graduate hospitals?
22          MR. RYAN:  Objection.
23      A.   For a certain group of the Graduate
24  hospitals, yes.
25      Q.   Yes.                                11:57:22

Page 668

1           Which -- there was a hospital that
2   was in New Jersey that was not a part of the
3   Centennial Obligated Group?
4       A.   I'm not sure if -- Rancocas was in
5   New Jersey.  I'm not certain if it was a part   11:57:32
6   of the Obligated Group or not part of the
7   Obligated Group.
8       Q.   Let me ask you to assume with me
9   that the City Avenue Hospital was at least one
10  of the former Graduate hospitals.              11:57:41
11          I'm going to ask you to look at the
12  second page of the document briefly.
13          Do you see there that someone has
14  typed into the work paper under Purchase Price
15  Adjustments as a header the phrase, "Additional  11:57:59
16  bad debt reserve for DV A slash R, 8 million
17  dollars," or 8 comma, 000, at least on this
18  document.  Do you see that?
19      A.   Yes, I do.
20      Q.   The phrase, again, is additional    11:58:16
21  bad debt reserve for DV A slash R, is that
22  right?
23      A.   Well, additional is misspelled, but
24  I think that's the point they're trying to
25  make.                                         11:58:28

Page 669

1       Q.   You know, I've read that a few
2   times and I just see it now.  Thank you.
3           Would you now look at the next
4   exhibit that I gave you, which I believe is
5   4123; is that right?                          11:58:39
6       A.   Okay.
7       Q.   This, again, is a working paper
8   from the ' 97 audit relating to City Avenue, at
9   least by its header, is that right?
10      A.   Yes.                                11:58:49
11      Q.   Now I would like you to look at the
12  second page of the document.  Do you see under
13  Purchase Price Adjustments the document now
14  reads, "Additional bad debt reserve, 8 million
15  dollars"?                                     11:59:00
16      A.   Yes.
17      Q.   And that there may be other
18  changes, but at least that the document has
19  changed in one way, and that is the phrase for
20  DV A slash R has been removed?                11:59:15
21      A.   Okay.
22      Q.   Between the two exhibits?
23      A.   Okay.
24      Q.   Do you see that?
25      A.   Yes, I do.                          11:59:22

Page 670

1       Q.   In fact, the spelling error carried
2   over, didn't it, into the second document?
3       A.   Yes, it did.
4       Q.   Sir, the first document, 4124, is
5   apparently dated as last modified August 13,   11:59:36
6   1997 by Mr. Carrabba.  Is that accurate?
7       A.   That's what this document
8   indicates, yes.
9       Q.   And then this second document from
10  which the phrase for DV A/R has been erased    11:59:52
11  reads that it was last modified by Miss Porter
12  on 9-10-97, is that right?
13      A.   Well, yes, it indicates that it was
14  completed by Tony Carrabba on 8-21-97 and last
15  modified by Christa on 9-10.                   12:00:21
16      Q.   Thank you.
17      A.   So both of them apparently did
18  something to this document during that period
19  of time.
20      Q.   Thank you.                           12:00:29
21          Mr. Buettner, did you ever learn
22  that anyone on your engagement team had been
23  instructed to remove the language "for DV A/R"
24  from this work paper at any point in time?
25      A.   No.                                  12:00:42

30 (Pages 667 to 670)

Page 671

1    Q.   Did you ever yourself, sir, ask
2  anyone to remove this phrase from this work
3  paper?
4    A.   No.
5    Q.   Do you recall at any time during          12:00:48
6  1997 ever learning that anyone on your
7  engagement team had removed language from work
8  papers that might have revealed knowledge of
9  the transfer of reserves -- the transfer of
10  reserves from the Graduate hospitals or the          12:01:03
11  former Graduate hospitals to the DVOG
12  hospitals?
13    A.   No, that transfer was documented in
14  numerous places within the work papers.
15    Q.   Did you ever learn that anyone on          12:01:13
16  your engagement team had removed language to
17  hide the timing of knowledge of those reserve
18  transfers?
19    A.   No.
20    Q.   Did you ever learn that anyone gave          12:01:24
21  such an instruction?
22    A.   No.
23    Q.   I take it that you never did, sir?
24    A.   No, I did not.
25    Q.   I'm handing you, Mr. Buettner, a          12:01:46

Page 672

1  memo from Miss Frazier to Mr. Elek dated
2  November 12, 1996 and marked as Exhibit 4440.
3        Have you seen this document before
4  today?
5    A.   I do not recall seeing this          12:02:07
6  document before, no, sir.
7    Q.   You do recall Mr. Elek being
8  involved with you in AHERF due diligence work
9  in connection with the Graduate hospitals?
10    A.   Yes, as I testified yesterday,          12:02:21
11  Mr. Elek was the partner on the Graduate due
12  diligence.  I was the, I guess, the concurring
13  partner.
14    Q.   Do you recall Mr. Elek or yourself
15  ever coming to the conclusion, during the due          12:02:33
16  diligence work on the Graduate hospitals, that
17  the Graduate hospitals had a need for
18  additional accounts receivable related
19  reserves?
20    A.   I don't recall a discussion with          12:02:50
21  Mr. Elek regarding that.
22    Q.   Do you recall concluding that
23  yourself during your Graduate due diligence
24  work?
25    A.   My review of the Graduate due          12:03:07

Page 673

1  diligence work would have been limited to
2  review of the documents prepared by the
3  engagement team, Mr. Elek's engagement team.
4        I don't remember reaching that
5  conclusion at all, and I did not perform          12:03:20
6  detailed steps in the due diligence area.
7    Q.   Mr. Buettner, I'm going to hand you
8  now what was marked in an earlier deposition,
9  which is a large set of documents, but I really
10  only have a question about a few of them.  It          12:04:16
11  is Exhibit 4248.  If you could maybe take the
12  rubber band off of the document and put it to
13  the side, I'll try to work quickly through the
14  document before we break for lunch with you.
15        I will tell you, sir, that I          12:04:39
16  understand these to be a collection of accounts
17  receivable related work papers for the '97
18  audit from the files of Coopers & Lybrand.  I
19  would like you to turn first with me to page
20  PwC 10307.  It's toward the back of the          12:04:53
21  document, I'm led to believe.  I have confirmed
22  that it is.
23        Are you with me?
24    A.   Yes.
25    Q.   This is a work paper regarding the          12:05:20

Page 674

1  Parkview Hospital, is that right?
2        MR. RYAN:  I'm sorry, I'm not sure
3  the witness is ready.
4    Q.   10307?
5    A.   I'm sorry, 103 has several --          12:05:28
6  please bear with me.  306.A, B, C, D -- we've
7  gone through the entire alphabet, folks.
8        MR. RYAN:  It's after L.
9        MR. JONES:  I should have described
10  it that way, the page after 306L.          12:05:52
11    Q.   Are you with me?
12    A.   Yes, I am.
13    Q.   This should be a face page that
14  says Parkview bad debt reserves at 6-30-97?
15    A.   Yes.          12:06:02
16    Q.   I ask you to turn to the very next
17  page, sir, which has a schedule regarding A/R
18  reserves for the Parkview Hospital?
19    A.   Okay.
20    Q.   Do you see that?          12:06:13
21    A.   Yes.
22    Q.   Do you see towards the bottom or
23  the mid portion, rather, of the page that this
24  hospital, a member of the former Graduate
25  hospitals, has a note in the work paper that          12:06:24

31 (Pages 671 to 674)

Page 699

1    Q.    The sums here are 35.2 million
2    dollars for 1997?
3    A.    Yes.
4    Q.    And 63.8 million dollars for 1996?
5    A.    Yes.                    13:29:02
6    Q.    So the reserve is significantly
7    smaller in '97 as you have calculated it?
8    A.    Yes.
9    Q.    The next -- do you know where you
10   got that number?                13:29:12
11   A.    Which number, sir?
12   Q.    The 35.2 million dollar number.
13   A.    That's the result of subtracting
14   the 95 million of charge-offs from the 130.2
15   million dollars mentioned above, which was the    13:29:27
16   combination of the beginning reserve plus
17   expense for the year.
18   Q.    Skipping back up to the top of the
19   schedule for a moment, the '97 reserve figure
20   that we started at, or started off with for old    13:29:40
21   AHERF, the 63.8 million dollars, what was that
22   derived from, as a source, if you know?
23   A.    It probably came from the June
24   30th, 1996 financial statements of AHERF.
25   Q.    The acquired reserve row, which is    13:29:58

Page 700

1    about halfway down the page, do you see that?
2    A.    Yes.
3    Q.    The 40 million dollars that appears
4    to have been placed there originally, what was
5    that meant to reflect?            13:30:10
6    A.    The bad debt reserve for the
7    acquired entities, Forbes, Allegheny Valley and
8    Graduate.
9    Q.    It has a line through it?
10   A.    Yes.                    13:30:20
11   Q.    Why is that, if you know today?
12   A.    Because at some point in time after
13   I did the original computation, I learned that
14   it was really 41.5.
15   Q.    You added the 41.5 next to the 40    13:30:30
16   at some subsequent time?
17   A.    Yes.
18   Q.    Do you know when in time you added
19   it?
20   A.    September, October of '97. I can't    13:30:39
21   tell you specifically.
22   Q.    Then the next row reads,
23   "Graduate." You have 50 million dollars there.
24   A.    Yes.
25   Q.    What is the 50 million dollars    13:30:51

Page 701

1    there meant to convey?
2    A.    That's the 50 million dollars of
3    transfers that we've been talking about for the
4    last hour or so.
5    Q.    Then you've summed the three    13:31:01
6    reserve figures, 35.2, 40 and 50 to come up
7    with 125.2?
8    A.    125.2, yes, sir.
9    Q.    Then what does that 125.2 then
10   reflect other than the sum I just indicated it    13:31:20
11   reflects?
12   A.    What I was trying to do is
13   determine if I had all of the key elements, if
14   you will, of the reserve number reflected on
15   the June 30th, 1997 AHERF consolidated balance    13:31:31
16   sheet. And that number is right below, 127.4.
17       So I was trying to determine the
18   makeup of the 127.4 without going back and just
19   looking at the client's trial balance or
20   general ledger so that if I had a question, for    13:31:53
21   instance, to the audit committee, I could
22   explain what the makeup of the 127.4 were in
23   global terms that an audit committee member,
24   for instance, would be interested in hearing
25   and not by entity or things of that nature.    13:32:08

Page 702

1    Q.    Then you've got a section of the
2    schedule towards the bottom of the page headed
3    makeup.
4    A.    Yes.
5    Q.    Do you see that?            13:32:18
6    A.    Yes.
7    Q.    What were you doing in the makeup
8    section of the schedule?
9    A.    What I was attempting to do is
10   evaluate, was evaluate what, absent the 50    13:32:30
11   million dollar transfer, what number I would
12   expect to see on the caption Allowance for
13   Uncollectibility Accounts.
14   Q.    For what enterprise or set of
15   enterprises?                13:32:43
16   A.    For AHERF, consolidated AHERF for
17   June 30, 1997.
18   Q.    You've written beneath makeup the
19   words, "Acquired Forbes"?
20   A.    Yes.                    13:32:55
21   Q.    "2.9"?
22   A.    Yes.
23   Q.    What does that reflect?
24   A.    My understanding, that was a bad
25   debt reserve for Forbes as of June 30, 1997.    13:33:01

38 (Pages 699 to 702)

William F. Buettner

Volume 3

Page 703

1    Q.    Where did you get that figure?
2    A.    Amy Frazier would have given me
3  that number.
4    Q.    The next row reads, "AVH 1.1."    13:33:13
5  What does that reflect?
6    A.    The same descriptor as with Forbes,
7  the bad debt reserve for AVH as of June 30,
8  1997.
9    Q.    Again, Amy was the source?
10   A.    Yes.    13:33:24
11   Q.    And then it says, "Grad 36
12 million"?
13   A.    Yes.
14   Q.    What does that figure represent?
15   A.    The same as the other two, that's    13:33:30
16 the bad debt reserve for Graduate as of June
17 30th, 1997.
18   Q.    The source is the same?
19   A.    Yes.
20   Q.    You have summed them to roughly 40    13:33:38
21 million dollars?
22   A.    Yes.
23   Q.    That's the next row?
24   A.    Yes.
25   Q.    Beneath that you have written the    13:33:44

Page 704

1  words, "Old AHERF dash G slash L," and the
2  number "35.2." What does that entry mean?
3    A.    Well, that's the 35 million dollars
4  that I calculated above.
5    Q.    It's a bring-down, if you will?    13:34:00
6    A.    Yes, yes. I've never heard that
7  term, but, yes, I would agree with that.
8    Q.    I may have just coined it.
9    MR. RYAN:    I like it.
10   A.    By the way, the 40 is a bring-down,    13:34:10
11 if you will, from up above.
12   Q.    I guess it is. Thank you.
13         The row next or just below old
14 AHERF G slash L reads, "Other reserves, 22.5."
15 What does that reflect?    13:34:25
16   A.    That's a number that I calculated
17 based on discussions with Amy. I believe the
18 detail of that would sit on the next page,
19 which is Bates 36439.
20   Q.    Which part of the next page is the    13:34:42
21 detail found -- on which part of the next page
22 is the detail found?
23   A.    About halfway -- a little more than
24 halfway down the page you'll see a caption
25 called Bad Debt and then -- do you see that?    13:34:53

Page 705

1    Q.    Yes, I do.
2    A.    Right below that there are three --
3  three lines, then a subtotal, then a fourth
4  line.
5    Q.    Yes.    13:35:03
6    A.    So it's a combination of the excess
7  CRA of ten, excess C/A of 9.8, legal reserves
8  1.7, and SCHC collection of one. I believe if
9  you add those up, you'll come close to 22.503.
10   Q.    You received these figures that    13:35:29
11 you've just read to us as excess CRAs -- excess
12 C/A's --
13   A.    Yes.
14   Q.    -- legal reserves and SCHC
15 collection figures from Miss Frazier?    13:35:41
16   A.    Yes, for the most part, yes.
17   Q.    Do you recall receiving that
18 information from any other source?
19   A.    The legal reserve I may have gotten
20 off of the general ledger when I was doing my    13:35:53
21 review out in the field. I can't remember if
22 Amy gave me that or if I had that from other
23 notes.
24   Q.    Do you recall any communications
25 with Miss Frazier about why she believed that    13:36:02

Page 706

1  any of these CRAs or C/A amounts were excess?
2    A.    It was based on our assessment,
3  apparently, of the review that we had performed
4  in that area.
5         As we have discussed over the last    13:36:22
6  couple of days, it wasn't unusual for the
7  organization to have reserves sitting in the
8  receivable area for contractuals or CRAs that
9  at some point in time they no longer needed.
10        When I met with her during the    13:36:40
11 year-end phase of our engagement, she informed
12 me of the existence of these accounts or these
13 amounts.
14   Q.    Did she tell you why she thought
15 they were excess?    13:36:51
16   A.    We may have had some general
17 discussion about it, but I don't recall right
18 now.
19   Q.    Next to the line excess CRA and the
20 10 million dollar figure that appears next to    13:37:02
21 it, you've got DVOG in parentheses with a
22 question mark. Am I right?
23   A.    Well, I have DVOG. I'm not sure if
24 that's a question mark or not, but --
25   Q.    Do you know what you meant to    13:37:15

39 (Pages 703 to 706)

William F. Buettner

Page 707

1  convey by DVOG and whatever mark appears next
2  to it?
3      A.   Well, my understanding is that the
4  majority of the CRA -- the excess CRA sat in
5  the Delaware Valley and the amount -- that          13:37:26
6  there was a nominal amount at AGH.
7      Q.   Beneath that parenthetical there's
8  another parenthetical on the same row as the
9  phrase, "Excess C slash A, 9.8 million." Am I
10 right?                                              13:37:44
11     A.   Yes.
12     Q.   C slash A to you means contractual
13 allowance?
14     A.   Yes.
15     Q.   What does it mean -- what did you         13:37:53
16 mean when you wrote .8 million dollars AGH and
17 9 million dollars DVOG in that parenthetical?
18     A.   That was my understanding as the
19 source of those two -- of the 9.8.  800,000
20 came from AGH.  9.0 came from the Delaware          13:38:13
21 Valley.
22     Q.   This was an understanding derived
23 from a conversation with Miss Frazier?
24     A.   Yes, an earlier conversation during
25 the course of the audit.                            13:38:24

Page 708

1      Q.   Let me ask you now to flip back
2  with me to the prior page, which ends in the
3  Bates digits 438.
4          How, again, did you derive the 97.7
5  million dollar figure which appears just below     13:38:43
6  the figure for other reserves that we've been
7  discussing of 22.5 million dollars?
8      A.   You're asking on the 97.7 million?
9      Q.   Yes, how is that figure arrived at?
10     A.   That's the summation of the 40, the       13:38:56
11 75 and the 22.
12     Q.   The 40, the 75 and the 22?
13     A.   I'm sorry, I'm adding it as I'm
14 going.  The 40 -- the 35 and the 22.
15     Q.   What import did that figure have          13:39:18
16 for you, if any, at the time?
17     A.   Well, the number on the financial
18 statements that the client had prepared was 127
19 million, the number for allowance for
20 uncollectible accounts.                             13:39:33
21         As part of my assessment, I wanted
22 to evaluate if that number should change.  So I
23 went ahead and went through my own evaluation
24 or assessment as to exactly what was, in my
25 opinion, sitting in bad debt reserve absent the    13:39:54

Page 709

1  50 million dollars.  I came up with roughly 98
2  million.
3          Then I sat down and I said, okay,
4  what other items of import relate to some sort
5  of either patient receivable or CRA or other       13:40:09
6  third-party issues.
7          You can see that there were three
8  items listed there which got me to 130 million.
9  I'm sitting here saying it's in the ballpark,
10 so I would not necessarily have a problem with     13:40:28
11 the number 127 being presented on the balance
12 sheet.
13     Q.   The reserves listed below 97.7 have
14 these descriptors, am I right, "Graduate,
15 deferred rev"?                                      13:40:46
16     A.   Yes.
17     Q.   "14 million dollars"?
18     A.   Yes.
19     Q.   Then you've written in the
20 corner -- or next to that, rather, in the          13:40:49
21 parentheses, "QualMed dash DMC, close paren"?
22     A.   Yes.
23     Q.   What does that mean, that row?
24     A.   Well, the deferred revenue on
25 Graduate related to a QualMed contract.  The       13:41:06

Page 710

1  client decided to write the deferred revenue
2  off into income.  We disagreed with that
3  treatment.  We believed that it belonged on the
4  balance sheet.
5          I believe my staff placed that 14         13:41:23
6  million on the SUD for evaluation as a
7  misapplication or a misstatement, if you will.
8  And the deferred revenue, other people were
9  calling it QualMed within the organization, so
10 I just wrote that down and I wanted to remind      13:41:45
11 myself that this is something I wanted to talk
12 to McConnell about.
13     Q.   Did you?
14     A.   Yes, I had a brief conversation.  I
15 can't say it lasted more than 15 seconds,          13:41:55
16 though, to be honest with you.
17     Q.   What did you -- what was said in
18 those very few seconds?
19     A.   That basically the QualMed deferred
20 revenue was written off and we didn't think it     13:42:08
21 should be written off.
22     Q.   What did he say, if anything?
23     A.   I think I also told him we put it
24 on our SUD and he said fine.
25     Q.   What do you recall about why you,         13:42:21

40 (Pages 707 to 710)

William F. Buettner                                                                              Volume 3

Page 723

1    Q.    A hando, perhaps?
2    A.    Yes.
3    Q.    What is the formula reserve figure,
4    where did you derive it from?
5    A.    As I indicated, when I was out in          13:55:36
6    the field in late August with the engagement
7    team, I wanted to go through my own assessment
8    of the reserve needs for what I considered to
9    be old AHERF and also so that I could
10   understand the impact that the client actions      13:55:49
11   had on -- numerous client actions and
12   receivables on the agings and things of that
13   nature.
14       So basically I sat down in the
15   cubicle and I guess similar to 1997, although      13:56:01
16   not as bad, I had them provide me with
17   information similar to what Brian had provided
18   me in '96.
19       I went through my own review of the
20   old AHERF aging and basically put together a      13:56:17
21   consolidated aging schedule on a sheet of paper
22   similar to the tablet you're writing on right
23   now, Mr. Jones.
24   Q.    All right.
25   A.    Broke it out by                               13:56:36

Page 724

1    inpatient/outpatient.  Went through age
2    buckets, 0 to 30, 30 to 60, similar to what you
3    would see on an aging schedule.
4        Then went through a calculation of
5    what I felt the reserve requirements would be      13:56:50
6    by basically using what I would call AGH loss
7    percentages or percentages that AGH had used in
8    their methodology in previous years or averages
9    if those percentages were detailed -- so
10   detailed because I didn't have the level of       13:57:08
11   detail that the AGH method had.  And I came up
12   with a number.  And that number, I believe, was
13   77, but it could have been 79.  I can't
14   remember.  So I had these sheets.  I held on to
15   those sheets.  At the end -- and went through      13:57:24
16   this type of exercise out in the field with the
17   staff on 439.
18       As I left that day, I told Amy that
19   I was comfortable with the level of bad debt
20   reserve that existed at old AHERF.                 13:57:46
21   Q.    When you left what day, sir?
22   A.    The day I performed this formula
23   review, if you will, on my own.
24   Q.    Which wasn't the same day as you
25   prepared this schedule marked as a part of         13:57:54

Page 725

1    Exhibit 4473?
2    A.    Yes, I think I've testified to
3    that, yes.
4    Q.    It was the same day?
5    A.    It was not the same day.              13:58:01
6    Q.    All right, thank you, go ahead.
7        How far in advance?
8    A.    It could have been three weeks to a
9    month.
10       So I told Amy that I had reached a       13:58:14
11   conclusion that the reserves for old AHERF
12   based on my assessment, the reserves were
13   adequate, and that the 50 million dollar issue
14   was really a transfer of reserve issue problem
15   and not an issue of reserve and adequacy at old   13:58:32
16   AHERF, if you will, or something that could
17   impact the income statement.
18       And I took -- I had the underlying
19   information, my notes, if you will, in my
20   folder, AHERF folder.  And when it came time      13:58:52
21   for me to prepare for the audit committee
22   meeting and collect vital information or
23   information I felt was vital in case of
24   questions from the audit committee, I took that
25   information, sat down and attempted to            13:59:05

Page 726

1    summarize it.  I summarized it basically on
2    this sheet of paper that you see here.
3    Q.    Which is page 439?
4    A.    439.
5        So the formula reserve is really       13:59:15
6    one number that is -- that would summarize
7    probably five, six, seven detailed pages of
8    work that I had done in terms of just looking
9    at aging schedules and things of that nature.
10   Q.    Do you have those sheets or pages       13:59:33
11   anymore, sir?
12   A.    No, I do not.
13   Q.    Do you know whether they have ever
14   been made available to either my law firm or
15   the SEC?                                          13:59:44
16       MR. RYAN:  Objection.
17   A.    No.  I know they have not because
18   I, quite frankly, I pitched them once I
19   prepared this schedule.  I felt that I never
20   had a need for them.                              13:59:53
21   Q.    Let me ask you to tell me, if I'm
22   right, in the way that I read the next row on
23   this schedule.  It says, "IBC slash Oxford."
24   Then I can't read the next word.
25   A.    "HMO."                                      14:00:09

44 (Pages 723 to 726)

William F. Buettner

Page 727

1    Q.   Then beneath that, "cash flow"?
2    A.   Yes.
3    Q.   And then the figure 9.0 million
4  dollars in brackets?
5    A.   Yes.                              14:00:18
6    Q.   What does that entry refer to?
7    A.   Well, based on my discussions with
8  AHERF management, specifically McConnell, I
9  guess, I had heard comments periodically that
10  both IBC, Independence Blue Cross, as well as   14:00:36
11  Oxford Health, which is an HMO, were being
12  difficult in terms of reimbursement of AHERF
13  claims in the eastern portion of the state and
14  that it was his sense that they were using
15  AHERF as a means of improving their own cash   14:00:58
16  flow, simply slowing down payment.
17    Q.   Did you -- I'm sorry, did you hear
18  this from any other source besides Mr.
19  McConnell?
20    A.   Well, that's what I was going to   14:01:09
21  get to.
22    Q.   Okay.   Then go ahead.
23    A.   So what I did at some point during
24  the later phases of the '97 audit, I remember
25  running into a healthcare partner in the   14:01:22

Page 728

1  Philadelphia office by the name of Glenn
2  Schively.   And I asked Mr. Schively if he had
3  heard any stories about either Independence
4  Blue Cross or Oxford being very slow to pay in
5  terms of patient claims with healthcare   14:01:38
6  providers.   He told me that he had, that it was
7  apparently a comment that a number of his -- a
8  number of his Philadelphia clients had.
9        Mr. McConnell also told me at
10  another meeting that AHERF management was   14:01:51
11  considering some sort of global settlement, if
12  they could reach one, with either Oxford or
13  Independence Blue Cross.   I believe his
14  comments were geared more towards Oxford than
15  IBC, but that's my recollection today.   14:02:09
16        Basically that they were going to
17  go to the third-party payors and say, look, you
18  owe us a certain sum of money.   We're running
19  into a lot of problems with detailed claims.
20  Why don't we try to negotiate some sort of   14:02:23
21  overall settlement on those detailed claims to
22  arrive at an amount that we could be paid and
23  basically we would provide some sort of
24  discount.
25        So based on that information, I   14:02:35

Page 729

1  took a look at the aging, if you will,
2  schedules that I had put together, tried to
3  pull out Independence, Blue Cross and Oxford.
4  And based on the agings that I had seen, a lot
5  of receivables were being reserved at 75   14:02:53
6  percent.
7        So I basically said, well, if
8  they're going to go through this global
9  settlement and we know that they're slow in
10  terms of their overall pay, reserving them at   14:03:04
11  75 percent really doesn't make sense, in my
12  formula, so I'm going to reduce that to 30
13  percent.   And that's the impact of that change
14  in loss reserve, if you will, is the 9 million
15  dollars.                               14:03:18
16    Q.   That's reflected, at least in part,
17  on the same row where you've written 30 percent
18  versus 75 percent?
19    A.   Yes.   Yes.
20    Q.   The next row is unapplied -- do   14:03:27
21  these conversations with Mr. McConnell and
22  Mr. Schively all predate your writing these
23  notes on page 439?
24    A.   Yes.
25        The conversations with McConnell on   14:03:41

Page 730

1  the Oxford Health would be both before and
2  after my preparation of this document.
3    Q.   All right.
4    A.   Because I believe that topic also
5  came up at the October audit committee meeting.   14:03:53
6    Q.   On unapplied cash, you have a
7  figure of 1.9 million dollars in brackets and a
8  parenthetical next to it of 3.8 million at 50
9  percent?
10    A.   Yes.                              14:04:07
11    Q.   What does that entry mean?
12    A.   The unapplied cash that existed
13  within the old AHERF system at the end of 1997
14  was about 3.8 million dollars.   So I simply
15  provided -- took a 50 percent factor and said   14:04:22
16  that some portion of this unapplied cash
17  relates to receivables that I'm establishing a
18  reserve on and those receivables have already
19  been paid, so it's inappropriate to establish a
20  reserve on paid receivables.             14:04:37
21        So I reduced my reserve projection
22  or requirement by 1.9 million dollars.
23    Q.   So the 9 million and the 1.9
24  million both act to reduce the reserve
25  projection you had calculated?             14:04:51

45 (Pages 727 to 730)

William F. Buettner

Volume 3

Page 731

1      A.    Yes.
2      Q.    That left you with the next row,
3   which reads, "Needed, 66.2 million dollars"?
4      A.    Yes.
5      Q.    That's just a mathematical          14:04:58
6   difference?
7      A.    Correct.
8      Q.    We've talked about the middle
9   portion of the page, I believe, a few moments
10  ago. Am I right?                             14:05:08
11     A.    Yes.
12     Q.    The bottom portion of the page is
13  another schedule that starts with the line --
14  or the row, rather, "Old slash A slash R, 239.1
15  million dollars." Is that right?            14:05:27
16     A.    Correct.
17     Q.    That's a bring-down from the top of
18  the page as we've defined it today?
19     A.    Yes.
20     Q.    Then it says, "Collections, 150.8   14:05:31
21  million."
22     A.    Yes.
23     Q.    What does that line represent?
24     A.    Subsequent collections as of a
25  specific date that the staff -- the staff had  14:05:41

Page 732

1   given me a number.
2      Q.    The staff person here is Miss
3   Frazier?
4      A.    It probably was Amy. I can't
5   remember exactly.                            14:05:48
6      Q.    So that leaves you with a
7   difference there of 88.3 million dollars, which
8   is the next figure?
9      A.    Yes.
10     Q.    And then you've got a reserve item   14:05:56
11  of 58.0 million dollars, which appears just
12  below the 88.3 million?
13     A.    Yes.
14     Q.    What does that -- what is that
15  intended to reflect?                         14:06:07
16     A.    That's my assessment of the
17  reserves for bad debt, reserves sitting on the
18  balance sheet designated for bad debt. And the
19  makeup of that is right above. It's the 57.7
20  that we had talked about earlier.            14:06:23
21     Q.    Which enterprises is that reserve
22  drawn from?
23     A.    Old AHERF.
24     Q.    Then you've got a net of 30.3
25  million dollars?                             14:06:29

Page 733

1      A.    Yes.
2      Q.    Then it says, "To be collected
3   SEPT"?
4      A.    Yes.
5      Q.    What does that mean?                14:06:36
6      A.    To be collected dash September. I
7   don't know exactly why I wrote that there, but
8   it's there.
9      Q.    Did you ever come to learn that you
10  made a mistake by listing the 58 million dollar  14:06:47
11  reserve there where it is listed on the page?
12     A.    The calculation is wrong. It's a
13  mistake.
14     Q.    Why is it?
15     A.    Well, the old AHERF number of 239   14:07:02
16  is net of the bad debt reserve, so I'm
17  basically taking a reserve out twice. So it's
18  just wrong.
19     Q.    What should be the figure that you
20  arrive at, the accurate figure?             14:07:15
21     A.    It would be closer to 90 million
22  dollars. Or somewhere around there. I'm
23  just --
24     Q.    What --
25     A.    I'm just estimating. But somewhere  14:07:24

Page 734

1   around 90 million.
2      Q.    What does that 90 million then
3   represent?
4      A.    That would be the amount of
5   receivables not yet collected and not reserved  14:07:33
6   for.
7      Q.    On the right-hand part of the page
8   you've written the word -- well, let me ask you
9   what word that is that starts just to the left
10  of the figure 8.5 million dollars. What is    14:08:26
11  that word?
12     A.    A difference.
13     Q.    What is that difference, the 8.5
14  million dollars? What does that represent?
15     A.    Principally the difference between  14:08:36
16  the 66.2 and the 57.7.
17     Q.    The 57.7 is reflective of what
18  again?
19     A.    My assessment of the reserves
20  available in old AHERF for bad debts as of June  14:08:49
21  30th, 1997.
22     Q.    And you've written the word -- the
23  two letters OK next to that?
24     A.    Yes.
25     Q.    Do you know what you meant to      14:08:58

46 (Pages 731 to 734)

DEPOSITION ERRATA SHEET

RE: THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION VS. PRICEWATHERHOUSECOOPERS, L.L.P.

I, William F. Buettner, wish to make the following amendments, additions, deletions or corrections to my deposition(s) given on the days of June 22nd, June 23rd and June 24th, 2004, for the following reasons. I have signed my name to the errata sheet and authorize you to attach it to the original transcript.

### June 22, 2004

| Page/Line# | Amendment | Reason for Amendment |
|---|---|---|
| 30: 4, 6 | "Janet" should be "Jeannette" | Error |
| 50:8 | "error" should be "area" | Error |
| 58:8 | "financial" should be "executive" | Error |
| 145:6 | "access" should be "assess" | Error |
| 145:13 | "to" should be the "the" | Error |
| 176:3 | "be considered" should be "consider" | Error |
| 176:5 | "for" should be "from" | Error |
| 190:2 | "influenced" should be "influence" | Error |
| 191:23, 24 | "Envision" should be "Invision" | Error |
| 264:15 | "increase" should be "decrease" | Clarification |

### June 23, 2004

| Page/Line# | Amendment | Reason for Amendment |
|---|---|---|
| 323:7 | "?" should be "." | Error |
| 345:4 | "Mr. Ryan" should be "Mr. Jones" | Error |
| 349:12 | "Allegheny" should be "Delaware" | Clarification |
| 370:18 | "a discounting" should be "this accounting" | Error |
| 397:24 | "measurability" should be "materiality" | Error |

| | | |
|---|---|---|
| 463:25 | "imply" should be "apply" | Error |
| 464:18 | "Greg Guy" should be "bright guy" | Error |
| 472:12 & 24 | "Lyden" should be "Lydon" | Error |
| 484:22 | "15.5" should be "13.5" | Error |
| 539:18 | "Called" should be "Call" | Error |

<u>June 24, 2004</u>

| | | |
|---|---|---|
| 658:19 | "ADP" should be "EDP" | Error |
| 659:7 | "ADP" should be "EDP" | Error |
| 717: 13 | Should read "charge-offs, or bad debt expense" | Clarification |
| 718:15-16 | Should read "It's the total bad debt expense of consolidated AHERF for fiscal years 1996 and 1997." (See my January 17, 2003, deposition before the SEC, pg. 61.) | Clarification |
| 723:15 | "1997" should be "1996" | Clarification |
| 728:2 | "Schively" should be "Shively" | Error |
| 745:21 | "it" should be "I" | Error |
| 748:5 | Should read "draft audited financial statements" | Clarification |
| 794:21 | "?" should be "." | Clarification |
| 812:7 | "Gumberd" should be "Gumberg" | Error |
| 831: 10 | "Marty" should be "Marne" | Error |

In all other respects, the transcript is true and correct.    _Wm F. Buettner_

**Signature**

Subscribed and sworn to before this _27th_ day of _July_ , 2004.

_Tracy L. Coale_

**Notary Public**

NOTARIAL SEAL
TRACY L. COALE, Notary Public
Bensalem Twp., Bucks County
My Commission Expires October 31, 2005

Cahouet Dep.

# In The Matter Of:

*AHERF v.*
*PRICEWATERHOUSECOOPERS, L.L.P.*

---

## FRANK V. CAHOUET
*March 5, 2004*

---

# *LEGALINK MANHATTAN*
### *420 Lexington Avenue - Suite 2108*
### *New York, NY 10170*
*PH: 212-557-7400 / FAX: 212-692-9171*

CAHOUET, FRANK V.



FRANK V. CAHOUET

Page 46

1   A.   I'm trying to be specific.  I can't say that I
2        specifically knew that they had a strategy of
3        acquiring physician practices.
4   Q.   Do you recall anyone saying that AGH would get
5        more patients because AHERF was acquiring
6        physician practices and the physicians would
7        then refer more patients to AGH?
8   A.   I understand the concept, but I don't recall
9        any specific conversations like that, no.
10  Q.   Do you recall prior to January 5th, 1998, AHERF
11       having a plan to enter into something called
12       risk contracts?
13                  - - - -
14       (There was a discussion off the record.)
15                  - - - -
16            THE WITNESS:  Risk contracts?
17  BY MR. FRIESEN:
18  Q.   Right.
19  A.   No.
20  Q.   That word's not --
21  A.   I don't understand the term.
22  Q.   Do you recall that at some point in time, and
23       again this is before you were on the AHERF
24       board, that AHERF acquired hospitals in the
25       Graduate Health System?  Do you remember

Page 47

1        anything about that?
2   A.   Are you talking about Hahnemann?
3   Q.   No, Graduate.  Hahnemann was in 1993, and
4        Graduate was in 1996, if that's helpful.
5            MR. COGAN:  Objection.
6            THE WITNESS:  No.
7            MR. RESTIVO:  When you get to a
8        natural break, let's take a five-minute break.
9            MR. FRIESEN:  Okay.  Let me sort of
10       ask you a few questions about Hahnemann since
11       you've brought it up, and then we can take our
12       break.
13            What do you remember, if anything,
14       about the acquisition of Hahnemann?
15            THE WITNESS:  I don't remember.
16            MR. FRIESEN:  All right.  Why don't
17       we take a break.
18            THE VIDEOGRAPHER:  We are going off
19       the record at 10:44.
20                  - - - -
21       (There was a recess in the proceedings.)
22                  - - - -
23            THE VIDEOGRAPHER:  We are back on the
24       record at 10:53.
25  BY MR. FRIESEN:

Page 48

1   Q.   Mr. Cahouet, do you remember at any time before
2        or after the bankruptcy discussing the Graduate
3        acquisition with anyone related to AHERF?
4   A.   No.
5   Q.   Let me show you a document that I'm going to
6        mark as Exhibit 2385.
7                  - - - -
8            (Deposition Exhibit No. 2385 marked
9        for identification.)
10                 - - - -
11            MR. FRIESEN:  This is a document
12       Bates numbered FVC 01568 through 72, and it's a
13       letter from Sherif Abdelhak to the members of
14       the Allegheny boards of trustees dated
15       August 8th, 1996.
16            Just take your time to read through
17       this document, if you will.
18                 - - - -
19       (The witness reviewed the document.)
20                 - - - -
21            THE WITNESS:  Go ahead.
22  BY MR. FRIESEN:
23  Q.   This has one of those stamps again that says
24       received with your name?
25  A.   Yes.

Page 49

1   Q.   Do you recall receiving this?
2   A.   No.  I don't recall receiving it.  I'm not
3        saying I didn't, but I don't recall receiving
4        it.
5   Q.   Is this file handwriting, is that your
6        handwriting?
7   A.   Yeah.  That looks like it.
8   Q.   Do you thing that the underlining would be
9        yours?
10  A.   I think so.
11  Q.   And is it your practice when you receive a
12       document that you sometimes underline things in
13       the document when you read them?
14  A.   Sometimes.
15  Q.   Now, in 1996 when you were chairman, president,
16       and CEO of Mellon Bank, I take it that there
17       would be a lot of documents that come over your
18       desk every day.  Is that fair to say?
19  A.   Not really, not a lot of documents.
20            Documents.  Describe a document just
21       so --
22  Q.   Well, letters, memos, correspondence, things
23       like this.
24  A.   Yes.
25  Q.   I mean, would it be in the hundreds or --

13 (Pages 46 to 49)