Daniel Cancelmi  Volume 5

Page 1385

1  date of Exhibit 29, September 24th, and when the
2  audit committee met in October bringing to the
3  attention of Mr. Buettner that there was an
4  $80 million write-off being proposed?
5      A.   That may have been brought to Bill's        12:23PM
6  attention.
7      Q.   Do you recall actually doing that?
8      A.   Personally?
9      Q.   Yes.
10     A.   I don't remember specifically.             12:23PM
11     Q.   Do you know whether anybody at AHERF
12  brought that to the attention of Bill Buettner
13  before the October 1996 audit committee?
14     A.   I -- I don't know. I mean, Bill was
15  certainly fully aware of the problems in the       12:23PM
16  accounts receivable area. And, you know, in
17  terms of the -- when they would have been
18  evaluating June '96 allowances, I mean, it's not
19  like these numbers were -- you know, it was like
20  we've been talking about. There was a pretty      12:24PM
21  thorough analysis done in June '96, and I -- I
22  can't say specifically whether this -- like this
23  memo and some of the numbers were discussed. I
24  don't -- I don't remember offhand, but I
25  certainly don't remember it being some, you know, 12:24PM

Page 1386

1  secret.
2      Q.   All right. So you can't recall
3  anybody telling Bill Buettner about the
4  $80 million write-off before October 15th, 1996?
5      A.   I -- what's October 15th?                  12:24PM
6      Q.   The date of the audit committee
7  meeting.
8      A.   Oh. I don't know.
9          MR. RYAN: Okay. Why don't we take
10 a break.                                            12:24PM
11         THE VIDEOGRAPHER: We're off the
12 record at 12:24 p.m.
13         (Lunch recess.)
14         THE VIDEOGRAPHER: We're back on the
15 record at 1:36 p.m.                                 01:36PM
16     Q.   (BY MR. RYAN) Good afternoon,
17 Mr. Cancelmi.
18     A.   Good afternoon.
19     Q.   Let me hand you another exhibit that
20 you were shown by counsel for the creditors        01:36PM
21 committee. It's Exhibit 30. Now, this is a memo
22 from you to Mr. Spargo, dated September 30th,
23 1996, again on the topic of Delaware Valley bad
24 debt reserves; is that right?
25     A.   Yes.                                      01:37PM

Page 1387

1      Q.   Now, you testified a little bit last
2  time about the three attachments, Attachments A
3  through C, which are three scenarios for new bad
4  debt reserving methodologies for the DVOG
5  hospitals, right?                                   01:37PM
6      A.   Yes.
7      Q.   And my question about those scenarios
8  is: Could you explain to us, please, how you
9  went about coming up with the loss percentages in
10 these different scenarios?                          01:37PM
11     A.   This was -- it was just a number of
12 different ways to potentially look at the bad
13 debt reserve computation, under a couple of
14 different scenarios. Some is a little more
15 global, where the others -- Scenario 1 is pretty    01:37PM
16 high level. Scenarios 2 and 3 got into a little
17 bit more detail in terms of trying to split the
18 categories out by either, you know, different
19 aging categories or by payor.
20     Q.   And Scenario 3 is the scenario that       01:38PM
21 ended up being adopted; is that right?
22     A.   I believe so.
23     Q.   And just to make sure we're on the
24 same page with how this memo works: In effect
25 for Hahnemann University Hospital, that's the      01:38PM

Page 1388

1  Scenario 3 on Bates page 230; and for
2  MCP Hospital, it's the Scenario 3 on Bates
3  page 231; and for the three other DVOG hospitals,
4  it's the Scenario 3 on Bates page 232?
5      A.   Yes.                                      01:38PM
6      Q.   Now, when you came up with these loss
7  percentages, did you do any type of review of the
8  historical payment record for the different payor
9  categories for these DVOG hospitals?
10     A.   Our department really didn't go into      01:39PM
11 specific payment history type of analysis. Some
12 of this was more based on historical loss
13 patterns and just some discussions internally,
14 you know, maybe self-pay, do 100% after it gets
15 so old, you know, half of it before it gets that   01:39PM
16 old; medical assistance was over 180 days. A lot
17 of times if an account is that old, you can't
18 bill it. So it was, you know, more just trying
19 to set forth maybe a couple of different ways to
20 go about looking at something.                     01:39PM
21     Q.   And this is a review that you and
22 Robin Schaffer undertook; is that right?
23     A.   We put it together. I mean, a number
24 of different people got involved in looking at
25 this, you know, Spargo and Chuck Morrison. And,    01:40PM

Page 1393

1  scenarios in their mind; but I think ultimately
2  the number 3 scenario was the one we went with.
3      Q.  And what you're talking about about
4  having 10 or 20 accountants in a room who would
5  come up with 10 or 20 different answers is all        01:45PM
6  part of what we've been talking about, that the
7  bad debt allowance is an estimate and you've got
8  to apply judgment to it?
9      A.  Yes.
10     Q.  There's no single right answer?              01:45PM
11     A.  Not necessarily.
12     Q.  Let me show you --
13         MR. RYAN: Actually, surprisingly,
14 this doesn't seem to have been marked yet, so
15 let me mark as a new exhibit -- it will be         01:45PM
16 Exhibit 2280 -- the document with Bates numbers
17 PR-SS 02854 through 59.
18         (Exhibit 2280 marked.)
19     Q.  (BY MR. RYAN)  Do you recognize
20 Exhibit 2280, Mr. Cancelmi?                        01:46PM
21     A.  Yes.
22     Q.  What is it?
23     A.  It's a memo I wrote on Delaware Valley
24 bad debt reserve calculations.
25     Q.  And is this one of a series of memos        01:46PM

Page 1394

1  you wrote over time during the fiscal year 1997
2  in which you updated people at AHERF to whom you
3  reported about what the level of the bad debt
4  reserve shortfall was?
5      A.  Yes.                                        01:47PM
6      Q.  Let me make sure I understand a couple
7  things about the way that you went about
8  calculating this bad debt reserve shortfall.
9  This is a bad debt reserve shortfall assuming
10 that the $81 million write-off took place in its   01:47PM
11 entirety, right, even though the write-off hadn't
12 yet all taken place at the time you wrote the
13 memo?
14         MR. TORBORG: Object to form.
15     A.  Yes. It says the bad debt reserve           01:47PM
16 shortfalls after the projected future write-offs.
17     Q.  (BY MR. RYAN)  And is it also the case
18 that this is a calculation of a bad debt reserve
19 shortfall assuming the adoption of the new bad
20 debt reserve methodology that you and              01:47PM
21 Ms. Schaffer came up with?
22     A.  This looks like the estimated reserves
23 were calculated based on the scenario in number 3
24 that was outlined in my memorandum.
25     Q.  All right. And we can see that             01:48PM

Page 1395

1  specifically at Bates 2856 to 2857, Attachment 1
2  to the memo, when we look at the loss percentages
3  and the payor categories, right?
4      A.  Yes.
5      Q.  So as of December 31st, 1996, making       01:48PM
6  those two assumptions -- that is, that the
7  write-off takes place in its entirety and that
8  the organization switches to the new bad debt
9  reserving loss percentages -- you calculated the
10 shortfall at $53,668,000?                          01:48PM
11     A.  Yes.
12         MR. RYAN: Let me mark, please, as
13 Exhibit 2281 a document with Bates numbers
14 DC4564, pages 1 to 2.
15         (Exhibit 2281 marked.)                     01:49PM
16     Q.  (BY MR. RYAN)  Now, Exhibit 2281 is a
17 version of the X-files as of December 31st, 1996,
18 right?
19     A.  It's a summary of the reserves AHERF
20 had on various of its affiliates' financial       01:50PM
21 statements.
22     Q.  That's the type of documents that were
23 sometimes referred to as the X-files, right?
24     A.  Yeah, extra reserves.
25     Q.  Now, most of the items on the first       01:50PM

Page 1396

1  page of Exhibit 2281 are positive numbers, but
2  there are a few that are negative numbers
3  indicated by how they're in parentheses. For
4  example, at St. Christopher's Hospital for
5  Children, there's a temple underaccrual in the    01:50PM
6  amount of $2,500,000, right?
7      A.  Yes.
8      Q.  Could you explain to us, please, what
9  the significance was of a negative number on the
10 Analysis of Reserves schedule?                    01:51PM
11     A.  For the negative, it would have been
12 where it looks like there's a possibility that
13 you would need to accrue for something for that
14 particular transaction.
15     Q.  So that was, in affect, an exposure       01:51PM
16 item?
17     A.  Yes.
18     Q.  And now on the second page of
19 Exhibit 2281, there are two items in their own
20 section headed "Potential Exposure Items" down at 01:51PM
21 the bottom, and do you see that the first one is
22 a bad debt reserve shortfall in the amount of
23 $54 million?
24     A.  Yes.
25     Q.  Is it your understanding that that is    01:51PM

Daniel Cancelmi	Volume 5

Page 1397

1   the same $54 million that we saw for the bad debt
2   reserve shortfall as of December 31st, 1996, in
3   your February 7th memo we marked as Exhibit 2280?
4       A.   Yeah, if it's -- yes. I mean, it's
5   the same concept. I don't -- this was as of          01:52PM
6   probably November in that February 7th memo --
7   oh, no, maybe not. December 9th -- yeah, so
8   that -- yeah, would correspond.
9       Q.   Okay. So that looks to you like it's
10  the same bad debt reserve shortfall?                 01:52PM
11      A.   Uh-huh.
12      Q.   And the fact that you had listed the
13  bad debt reserve shortfall here on the X-files in
14  this manner meant that you believed that it was a
15  potential exposure item that the organization        01:52PM
16  faced?
17      A.   Yeah, that's what -- that's how it was
18  labeled, "Potential Exposure Items."
19      Q.   Now, the next potential exposure item
20  is temporarily restricted funds in the amount of     01:52PM
21  $35,800,000, right?
22      A.   Yes.
23      Q.   And you see that same amount is listed
24  as a positive entry under "AHERF" about halfway
25  down the second page of page 2?                      01:53PM

Page 1398

1       A.   Yes.
2       Q.   And I take it that AHERF there refers
3   to AHERF, the parent corporation?
4       A.   Correct.
5       Q.   And was that $35,800,000 amount a          01:53PM
6   reference to what was at December 31st, 1996, the
7   temporarily restricted balance of the Lockhart
8   trust funds?
9       A.   I believe so, yes.
10          MR. TORBORG:   Object to form.              01:53PM
11      Q.   (BY MR. RYAN) And why were you
12  carrying the Lockhart trust fund balance as a
13  potential exposure item on the X-files?
14          MR. TORBORG:   Object to form.
15      A.   Because the funds had been classified      01:53PM
16  as temporarily restricted, and depending on the
17  classification, whether that ultimately ended up
18  being the final resolution of that, it
19  potentially would be an exposure item.
20      Q.   (BY MR. RYAN) Because you knew that        01:53PM
21  there was the potential that they were
22  misclassified?
23      A.   Well, I wouldn't say that. There
24  was -- this was on the Pittsburgh side, and there
25  was -- you know, I knew that there was -- you       01:54PM

Page 1399

1   know, there was these Lockhart funds and, you
2   know, they classified them as temporarily
3   restricted, and I guess, you know, the debate
4   was, you know, should it be unrestricted, should
5   it be temporarily unrestricted, should it be        01:54PM
6   permanently restricted?
7       Q.   Right. So you knew at this time, when
8   you were working on the analysis of reserves in
9   Exhibit 2281, that there was a potential that the
10  Lockhart trust funds were misclassified?            01:54PM
11      A.   That was my understanding, that
12  they -- that was being evaluated.
13      Q.   Being evaluated by others at AHERF
14  involved in the western region accounting?
15      A.   Yes.                                       01:54PM
16          MR. RYAN:   Let me mark, please, as
17  Exhibit 2282 a document with Bates numbers
18  DC4563, pages 1 to 6.
19          (Exhibit 2282 marked.)
20      Q.   (BY MR. RYAN) Now, Exhibit 2282            01:55PM
21  actually consists of a number of different
22  schedules, which we found in your files in
23  consecutive order. So if you wouldn't mind just
24  taking a moment to flip through them, I'm going
25  to ask you some questions about how they relate     01:55PM

Page 1400

1   to each other.
2       A.   You can ask the question.
3       Q.   All right. Now, these are various
4   versions of reserve analyses in the June 1996 or
5   as of June 30th, 1996 time frame, right?            01:56PM
6       A.   Yes.
7       Q.   Now, based on your practice of working
8   with reserve schedules of this type from prior
9   periods, then updating them, do you think that
10  the one which is earliest in time in this           01:56PM
11  package, Exhibit 2282, is the last two pages?
12      A.   That's what it looks like. Whether
13  there was one before this, I don't know.
14      Q.   Sure. I'm just talking about the ones
15  that we have here in Exhibit 2282.                  01:56PM
16          And is that your handwriting on the
17  last page of the exhibit?
18      A.   Yes.
19      Q.   And you're writing down additional
20  items to put on the X-files schedule at AGH and     01:57PM
21  at AHERF, the parent corporation, right?
22          MR. TORBORG:   Object to form.
23      A.   Yeah, the second page is -- yeah,
24  they're being penciled in for AGH and AHERF.
25      Q.   (BY MR. RYAN) At AGH, it includes          01:57PM

Cleveland (216) 523-1313
www.rennillo.com
Akron (330) 374-1313

Daniel Cancelmi                                                        Volume 5

Page 1413

1  hospitals, somebody who could have stood up and
2  said, "I don't want Graduate reserves transferred
3  to DVOG," whether those transfers might have been
4  undone as well?
5      MR. TORBORG: Object to form and           02:14PM
6  foundation.
7   A. Yes, there was comparable people at
8  Graduate in the comparable position of Dionisio
9  and Moyer.
10     Q. (BY MR. RYAN) Chuck Morrison?          02:14PM
11  A. Chuck Morrison would be one.
12     Q. Who was also CFO of DVOG?
13  A. Correct.
14     Q. So he didn't have any Graduate
15 interest separate from DVOG?                   02:14PM
16  A. I'm not the one to answer that, but he
17 was CFO of both of them. There was Matt Dowling,
18 he was the CFO over the Graduate hospitals; and
19 Neal Lubarski. There was actually more on the
20 Philadelphia side in those comparable roles than  02:14PM
21 there was on the Pittsburgh side.
22     Q. All right. In any event, you never
23 heard any of those individuals lodge any kind of
24 protest about the transfer of reserves from
25 Graduate?                                       02:14PM

Page 1414

1      MR. TORBORG: Object to form.
2   A. No.
3      Q. (BY MR. RYAN) Let me hand you,
4  Mr. Cancelmi, what's previously been marked as
5  Exhibit 32. If you could just take a moment to   02:14PM
6  flip through this and generally familiarize
7  yourself with what this document is without
8  obviously reading every page, since it's lengthy.
9   A. Okay.
10     Q. Do you recognize this document,        02:15PM
11 Mr. Cancelmi?
12  A. Yes.
13     Q. And what is it?
14  A. It's a summary of the patient
15 accounting department, their initiatives and I   02:15PM
16 guess the progress they've been making,
17 et cetera.
18     Q. All right. Sort of a similar document
19 to the accounts receivable narrative we looked at
20 earlier today and marked as an exhibit,          02:16PM
21 Exhibit 102?
22  A. Similar.
23     Q. And let me just try to help you place
24 this in time, because it is undated, like the
25 other one. Top of page 10, there's a reference    02:16PM

Page 1415

1  to AHERF's gross accounts receivable days in
2  December 1996.
3      Is that your handwriting in the upper
4  right corner on the first page?
5   A. Yes.                                     02:17PM
6      Q. It's something you sent to Chuck
7  Lisman and Robin Schaffer?
8   A. Yes.
9      Q. And you wrote, "I thought both of you
10 would be interested in this propaganda, David"?  02:17PM
11  A. Yes.
12     Q. Can you explain to us why you referred
13 to this report as "propaganda"?
14  A. Yeah, they -- it portrays a picture
15 that a substantial amount of progress was being   02:17PM
16 made, and probably around the time this thing was
17 written, there was, you know, were a lot of
18 issues going on in the billing department which
19 would seem to potentially contradict it, but...
20     Q. I take it that by this time, in the    02:17PM
21 early 19- -- early calendar 1997 time frame, you
22 had lost a lot of the patience you might still
23 have had in calendar 1996 about improvements?
24     MR. TYCKO: Lost a lot of the what?
25     Q. (BY MR. RYAN) The patience that you    02:18PM

Page 1416

1  might have had back in early calendar 1996 about
2  the timetable for improvements at the Patient
3  Financial Services Group.
4   A. I don't know if I had patience to
5  lose, since it wasn't my area of responsibility,  02:18PM
6  but, you know, this was a summary, certainly
7  their point of view. You know, you'd see some
8  things that would suggest otherwise. So that
9  was -- you know, everyone had their different
10 points of view on what some of the problems were.  02:18PM
11     Q. Do you know who, other than, of
12 course, you and Chuck Lisman and Robin Schaffer,
13 received copies of this document, Exhibit 32?
14  A. I guess I got it from Steve. I can't
15 say for sure. It was my understanding it was      02:18PM
16 fairly widely distributed, if I recall. And I
17 think we had conversations with Coopers about
18 this thing, asking whether they'd seen it and,
19 you know, saying, "Hey, there's some -- a rosy
20 picture being painted, you know, that seems to    02:19PM
21 contradict what seems to happen every month," but
22 I don't know exactly every person who got it.
23     Q. Were you concerned at the time that a
24 report like Exhibit 32 was being handed out
25 widely when you thought it was really a           02:19PM

Daniel Cancelmi  Volume 5

Page 1417

1  propaganda?
2     A.  My point of view was, you know, it had
3  some comments in here that, you know, seemed to
4  contradict what was -- you know, we were seeing
5  every month; but I wasn't involved in the billing   02:19PM
6  department and, you know, you have to get in
7  there and really evaluate that in terms of
8  whether, you know, what's actually being
9  indicated is entirely appropriate, and it seemed
10  like some of the results of -- I think it was   02:19PM
11  pretty evident that some of the performance was
12  deteriorating in the billing department.
13     Q.  Did you have a view at the time as to
14  what the reason was for why the patient billing
15  department was putting out information that you   02:20PM
16  thought wasn't reliable?
17     A.  Well, I didn't know if I could -- I
18  didn't know if it was reliable or not.  Why they
19  were putting this out, I don't know.  I don't --
20  I got this after the fact, I believe.  Like I   02:20PM
21  said, I don't know exactly who it went to, but I
22  guess because of all the issues in the billing
23  department, people were asking for updates on the
24  status of how the department's performing.
25     Q.  Do you remember telling anybody   02:21PM

Page 1418

1  besides Chuck Lisman and Robin Schaffer that you
2  thought this report was just propaganda?
3     A.  Yeah, I think I probably had a
4  conversation with Steve.  Like I say, I think we
5  had a conversation with Coopers, maybe --   02:21PM
6     Q.  Where you actually used words like
7  that, you actually said, "I think this, you know,
8  is propaganda"?
9     A.  I don't know if I used that exact
10  word, but I think there was conversations where,   02:21PM
11  you know, "There was a report out there; have you
12  seen it?"
13     Q.  Okay.  But you can't recall whether
14  you were as critical to Coopers & Lybrand about
15  this report as you were to Chuck and Robin?   02:21PM
16     A.  Oh, listen, we had very candid
17  conversations with Coopers & Lybrand about the
18  billing department, and, in fact, you know, we
19  would say -- and I guess I'm paraphrasing but,
20  you know, we would indicate, you know, "This is   02:22PM
21  some of the reasons that they're saying.  This is
22  what we're seeing.  You know, there's a lot of
23  debate as to who's right and who's wrong here."
24       So Coopers & Lybrand was fully aware
25  of that there was -- at times, people viewed   02:22PM

Page 1419

1  there was a disconnect between what the numbers
2  were and -- versus some of the conclusions or
3  summaries of what some of the issues were between
4  the accounting area versus the billing area.  It
5  was widely known.   02:22PM
6     Q.  Do you remember any specific
7  conversations you had with anybody from Coopers &
8  Lybrand about this report marked as Exhibit 32?
9     A.  I can't say 100% for sure, but I think
10  we had conversations regarding the summary that   02:22PM
11  was put out by patient accounting; but I can't
12  say 100% for sure because it's six years -- six,
13  seven years ago.
14     Q.  And with whom at Coopers & Lybrand was
15  that?   02:23PM
16     A.  It probably either would have been
17  Buettner, Frazier or Kirstein.  Like I said
18  before, this morning, they would call over
19  periodically, "How's things going," and the A/R
20  area was something that, generally speaking,   02:23PM
21  seemed to always be discussed.  So that would --
22  if I had to narrow it down to three people, that
23  would be the three people I'd narrow it down to.
24     Q.  Okay.  So I take it you don't recall
25  having a particular conversation with a   02:23PM

Page 1420

1  particular person about Exhibit 32?
2     A.  Specifically, no, I can't remember.
3     Q.  Let me hand you, Mr. Cancelmi, what's
4  previously been marked as Exhibit 147.  Do you
5  recognize this memo?   02:24PM
6     A.  Yes.
7     Q.  And what is it?
8     A.  It's a memo from Russ Laing
9  summarizing out-of-period adjustments and
10  accounts at gross.   02:24PM
11     Q.  A memo he wrote to you?
12     A.  Yes.
13     Q.  And it looks like it's based on data
14  from July 1996 through February 1997.
15       Do you see he states in the second   02:24PM
16  bullet point about three-quarters of the way down
17  the page, "It can be seen that the entire impact
18  of properly addressing both of these longstanding
19  issues" -- I think he's referring to
20  out-of-period adjustments and accounts at   02:24PM
21  gross -- "would be a one time additional reserve
22  adjustment (increase) of approximately
23  $5 to 6 million"?
24     A.  Yes.
25     Q.  Do you recall that Mr. Laing   02:25PM

41 (Pages 1417 to 1420)

Page 1421

1  recommended around this time, in the March 1997
2  time frame, taking a reserve -- a one-time
3  reserve in the amount of about $5 to 6 million?
4      A.   I think he recommended it a number of
5  times.                                              02:25PM
6      Q.   Why was that reserve not taken?
7          MR. TORBORG: Object to foundation.
8      A.   Because his fact pattern and what the
9  cause -- the root element of the problem, his
10 conclusions are wrong.                              02:25PM
11     Q.   (BY MR. RYAN) In what way were his
12 conclusions wrong?
13     A.   Not to get into the specifics, but the
14 excuse every month for why there was
15 out-of-period adjustments was because accounts      02:25PM
16 were at gross, but the balance of accounts at
17 gross oftentimes didn't change between months.
18 So that being said, the fact that you have
19 out-of-period adjustments in a particular month
20 that would impair your net revenue line, if your    02:26PM
21 accounts at gross number is not decreasing, it
22 doesn't have an impact.
23          And what he always was saying was, "If
24 you guys would just record this, these accounts
25 at gross, all the problems would go away." And     02:26PM

Page 1422

1  that wasn't the case.
2      Q.   (BY MR. RYAN) Why do you say that if
3  accounts at gross remained the same from one time
4  to the next, that there shouldn't be any
5  out-of-period adjustments?                          02:26PM
6      A.   I didn't say that.
7      Q.   I'm sorry. I thought -- I
8  misunderstood you. Could you explain that again?
9      A.   What I said was the revenue, the net
10 revenue on a monthly basis, they always came up    02:27PM
11 with the answer that the reason it's low is
12 because there's accounts at gross out there that
13 aren't reserved for; and therefore, in the
14 following months when those accounts get
15 contractualized down, revenue goes down.            02:27PM
16         Well, that's not entirely accurate,
17 because they only looked at one side of the
18 fence. If you look at the other side of the
19 fence, there would be another -- there's an
20 offsetting item going the other way.                02:27PM
21     Q.   I'm following you now, I think.
22     A.   And they never -- they failed to
23 realize that, but it was always -- it was a
24 convenient answer as to why there was revenue
25 adjustments in a particular month.                  02:27PM

Page 1423

1      Q.   All right.
2      A.   It's that simple.
3      Q.   So you're saying, then, if the amount
4  of accounts at gross remained relatively constant
5  over a particular month or quarter, then there     02:28PM
6  shouldn't be any net impact on net revenue during
7  that period due to the accounts at gross problem?
8      A.   By and large, that's a fair
9  characterization. And the other thing was, even
10 though on the surface, 5 or $6 million is a lot    02:28PM
11 of money, for a company the size of Allegheny to
12 have 5 or $6 million of accounts at gross wasn't
13 entirely unusual for a hospital company; but it
14 always came back to whenever anyone asked, "Why
15 is the revenue numbers down," it was always, "The  02:28PM
16 accounts were at gross, and that's what's driving
17 the revenue down."
18     Q.   And who at AHERF was pointing to this
19 excuse of the accounts at gross to explain poor
20 revenue numbers?                                    02:29PM
21     A.   It was the billing department.
22     Q.   And your view at the time, the real
23 reasons for declines in revenues had to do, not
24 with accounts at gross, but with operational
25 issues, with volume or rates at the hospitals,     02:29PM

Page 1424

1  right?
2      A.   Well, I mean, there's so many
3  different issues, I can't sit here and give, you
4  know, an opinion as to what all the issues were.
5  There's a lot of issues, and that was the point;  02:29PM
6  but it seemed like a lot of times people tried to
7  focus in on one particular issue and say that's
8  the reason for everything, and it wasn't the
9  reason for everything.
10         MR. RYAN: Let me hand you what's         02:29PM
11 previously been marked as Exhibit 150.
12         MR. TYCKO: Here, you gave me an
13 extra copy. Thanks.
14     Q.   (BY MR. RYAN) Do you see Exhibit 150
15 is a memo from Bill Gedman to Greg Snow, dated    02:30PM
16 July 17th, 1997?
17     A.   Yes.
18     Q.   You're not showing it -- shown as one
19 of the typed copies, but I think there might be a
20 handwritten note to you, though it's very faint,  02:30PM
21 to the right of the "To" and "From" block.
22         At any rate, do you recall receiving
23 this memo?
24     A.   That's my handwriting at the top.
25     Q.   Oh, where it says, "cc: Al, Chuck       02:31PM

Page 1529

1      I do further certify that I am not a
2  relative, counsel or attorney for either party,
3  or otherwise interested in the event of this
4  action.
5
6      IN WITNESS WHEREOF, I have hereunto set
7  my hand and affixed my seal of office at
8  Friendswood, Texas, on this _____ day of
9  _____, 2003.
10
11
12
13      _____
14      Michael E. Miller, CSR, RPR, CRR
15      Certified Shorthand Reporter
16      in and for the State of Texas
17      My Commission Expires 12/31/05

Page 1530

                INDEX

APPEARANCES                         1261
REPORTER'S NOTE                     1263
ATTORNEYS AGREEMENTS         1264
PROCEEDINGS                         1266

EXAMINATION OF DANIEL CANCELMI:
  BY MR. RYAN:                      1266

CERTIFICATE                         1528

              VIDEOTAPES
Tape 2                              1347
Tape 3                              1433
Tape 4                              1510

Page 1531

          DEPOSITION EXHIBITS

Exhibit 2275  11/22/96 Memo to          1339
              Distribution from Daniel J.
              Cancelmi, Subject: Delaware
              Valley Obligated Group
              September 30, 1996 Financial
              Statements
              (DC1245 - pages 1-14 of 29)
Exhibit 2276  Delaware Valley Obligated  1341
              Group Combined Financial
              Statements, September 30,
              1996
              (DC1245, pages 15-29 of 29)
Exhibit 2277  Handwritten Notes          1343
              (DC2919, page 1 of 7)
Exhibit 2278  1/18/97 Memo to Distribution  1350
              from Daniel J. Cancelmi,
              Subject: AHERF Eastern
              Region November 30, 1996
              Financial Statements
              (DC1241, pages 1-14 of 14)
Exhibit 2279  Delaware Valley Obligated  1351
              Group Combined Financial
              Statements, November 30,
              1996
              (DC2777, pages 1-31 of 77)
Exhibit 2280  2/7/97 Memo to Charles P.  1393
              Morrison from Daniel J.
              Cancelmi, Subject: Delaware
              Valley bad Debt Reserve
              Calculations
              (PR-SS 02854-859)
Exhibit 2281  AHERF Analysis of Reserves  1395
              (DC4564, pages 1-2 of 14)

Page 1532

       DEPOSITION EXHIBITS [cont'd]

Exhibit 2282  AHERF Analysis of Reserves  1399
              (DC4563, pages 1-6 of 35)
Exhibit 2283  8/7/97 Memo to David        1457
              McConnell from Sherif S.
              Abdelhak
              (DC4473, page 1 of 1)
Exhibit 2284  Tab 8/Tab 15 - Allegheny   1461
              General Hospital Notes to
              Consolidated Financial
              Statements, June 30, 1996
              (TN C13A 01828-853)
Exhibit 2285  8/19/97 Memo to Al Adamczak  1467
              from Joseph M. Scharf,
              Subject: Depreciation
              Recapture Summary
              (DC5187, pages 1-2 of 2)
Exhibit 2286  1/8/98 Memo to CGALL from  1475
              Robin Schaffer,
              Subject: HIP NJ
              (DC6687, page 1 of 1)
Exhibit 2287  7/31/97 Fax to list from   1491
              Gregory M. Snow, Re: DVR Net
              Revenue Budget Variances -
              June 1997
              (DLC NR 01 0870-875)

Page 1541

1         IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF PENNSYLVANIA
3
4    THE OFFICIAL COMMITTEE OF
5    UNSECURED CREDITORS OF
6    ALLEGHENY HEALTH, EDUCATION &
7    RESEARCH FOUNDATION,              Civil Action
8              Plaintiff,              No. 00-684
9    vs.
10   PRICEWATERHOUSECOOPERS, L.L.P.,
11             Defendant.
12
13          Continued videotaped deposition of
14   DANIEL CANCELMI, called for examination under the
15   statute, taken before me, Michael E. Miller, CSR,
16   RPR, CRR in and for the State of Texas, at the
17   offices of Gibson, Dunn & Crutcher, 2100 McKinney
18   Avenue, Suite 1100, Dallas, Texas, on Tuesday,
19   the 25th day of November, 2003 at 9:03 a.m.
20
21                     - - - - -
22                     VOLUME 6
23                     - - - - -
24
25

Page 1614

1  PATCOM system?
2       MR. RYAN: Objection.
3    A.  Probably, although I don't remember
4  where these percentages came from.
5    Q.  (BY MR. TORBORG) And when you say      10:58AM
6  "these" percentages --
7    A.  On page 10.
8    Q.  On page 10. Okay.
9       But given the fact that the Invision
10 system was adopted during fiscal year '96 for  10:58AM
11 AHERF, you believe it's probable that you may
12 have had some input in creating these
13 percentages?
14      MR. RYAN: Objection,
15 mischaracterizes the testimony.              10:59AM
16   A.  I don't know if I -- I wouldn't use
17 the term "probable."
18   Q.  (BY MR. TORBORG) Well, who else would
19 have been involved in creating these?
20   A.  Like I said, it may have been our     10:59AM
21 department or it could have been Chuck Morrison
22 and some of his folks, or it even could have been
23 billing department people. I don't remember
24 where those percentages came from.
25   Q.  Okay. Well, if we look at the reserve  10:59AM

Page 1615

1  percentages on page 22, reserve percentage
2  specifically. Let's focus on Blue Cross payor
3  because there's a high balance there, right?
4    A.  Uh-huh.
5    Q.  You see that there is a reserve        10:59AM
6  percentage of accounts 181 to 360 days of just
7  1.1%, right?
8    A.  Yes.
9    Q.  And that's -- and then the same
10 percentage applies to accounts over a year old, 10:59AM
11 right?
12   A.  Yes.
13   Q.  360 days, I should say. Right?
14   A.  Yes.
15   Q.  And if we compare that to the         10:59AM
16 percentages we see on page 10 for 181 to 210,
17 there's a reserve percentage of 60%, and then 211
18 to 270 of 70%, and then over a year of 70%,
19 right?
20   A.  Yes.                                   11:00AM
21   Q.  Those were considerably different than
22 the reserve percentages that we see on page 22
23 for the PATCOM system, right?
24   A.  Yes.
25      MR. RYAN: Objection.                    11:00AM

Page 1616

1    Q.  (BY MR. TORBORG) Does that refresh
2  your recollection at all about any concerns you
3  may have had regarding the bad debt reserve
4  percentages used for receivables on the PATCOM
5  system?                                      11:00AM
6       MR. RYAN: Objection.
7    A.  I think what -- well, it goes back to
8  June '96, the PATCOM receivables were an issue
9  and, you know, whether they were going to be
10 collected or not, and so that, you know, was   11:00AM
11 analyzed, I think probably fair to say, you know,
12 fairly extensively as part of the '96 audit.
13      The percentages, you know, the -- on
14 the PATCOM hospitals are using gross balances as
15 opposed to net or -- whereas the percentages on 11:01AM
16 page 10, I believe, were applied against net
17 balances, not gross balances. And I don't know
18 the historical nature of the reserve percentages
19 on the PATCOM hospitals, but, I mean, that could
20 be what they believed their estimate was for like 11:01AM
21 co-insurance or self-pay deductible or something.
22   Q.  (BY MR. TORBORG) Okay. You've
23 pointed to a fact that I wanted to have you point
24 out when I went through the net versus gross
25 schedule and that is: For the PATCOM           11:01AM

Page 1617

1  receivables, you're applying loss percentages to
2  the gross balance, right?
3    A.  That's what it looks like.
4    Q.  Whereas that's not what we're doing
5  with the Invision, right?                     11:01AM
6       But in reality, what happens, for
7  example, on the Blue Cross account is that you're
8  reserving 2.2% of the net balance, right, for the
9  balance 181 to 360 and over a year? That's not
10 much of a difference, is it?                   11:02AM
11      MR. RYAN: Objection.
12   A.  To...
13   Q.  (BY MR. TORBORG) If you look at
14 page 25 --
15   A.  Uh-huh.
16   Q.  -- the Blue Cross column we were
17 looking at before, 181 to 360?
18   A.  Yes.
19   Q.  The net receivable balance is
20 $501,203, right?                               11:02AM
21   A.  Right.
22   Q.  Yet, for that particular payor -- for
23 those particular accounts, there's a bad debt
24 reserve percentage of only -- or bad debt reserve
25 of only 11,000, right?                         11:02AM

Page 1618

1   A.   Yes.  Now, I see.
2   Q.   All right.  And you stated earlier
3   that at the time of the 1996 audit, the
4   collectability of the PATCOM receivables was in
5   question --                              11:03AM
6   A.   Yes.
7   Q.   -- right?
8       But you've only reserved 11,000 on
9   this -- for this example, 11,000 of a balance of
10  over 500,000?                             11:03AM
11  A.   Yes, from the looks of it.
12  Q.   All right.  Does that refresh your
13  recollection about any concerns you may have had
14  about the reasonableness of the bad debt
15  reserve -- bad debt reserve percentages and,   11:03AM
16  therefore, management's estimate for PATCOM
17  receivables during the '96 audit?
18      MR. RYAN:  Objection.
19  A.   Well, offhand, I don't know if it was
20  as much a concern over PATCOM receivables was the   11:03AM
21  aging reserve percentages as -- as more as -- let
22  me rephrase that.
23      I'm not sure the concern was as much
24  the reserve percentages as opposed to a more
25  global issue as, "Here's the PATCOM receivables,   11:03AM

Page 1619

1   and are they going to be collected?"  We know
2   we've got x amount of receivables out there and
3   there may only be x amount of reserve, no matter
4   how the reserve was developed, and this would be
5   one way that they were developed.         11:04AM
6       But after you take into consideration
7   whatever reserve was there in comparison to the
8   receivable balance, the concern was, "Well, was
9   that net number going to be collected.
10  Q.   (BY MR. TORBORG)  So, then, is it fair  11:04AM
11  to say that you do remember having some concerns
12  about whether or not the PATCOM receivables were
13  accurately -- adequately reserved and, therefore,
14  stated at net realizable value?
15      MR. RYAN:  Objection,           11:04AM
16  mischaracterizes his testimony.
17  A.   That was -- that was one of the audit
18  issues.
19  Q.   (BY MR. TORBORG)  Do you recall
20  discussing that issue with Coopers & Lybrand?   11:04AM
21  A.   Yeah, I think -- yeah, that issue was
22  brought up regarding the PATCOM receivable.
23  Q.   Now, when you eventually proposed to
24  write off various accounts in the September of
25  1996 time frame --                        11:05AM

Page 1620

1   A.   Uh-huh.
2   Q.   In fact, if you would take out
3   Exhibit 29, which should be a couple more down
4   there in your stack.  If you look at the second
5   page of that document...                  11:05AM
6       MR. RYAN:  Just hold on a minute,
7   David.  Okay.
8   Q.   (BY MR. TORBORG)  You have proposed a
9   write-off of accounts based on what criteria?
10  A.   Well, the adjustments -- if we had   11:05AM
11  written off the accounts, based on these aging
12  categories, this summarized what those numbers
13  would be.  And depending on the hospital, the
14  aging category varied.  You know, Center City,
15  this was a 365 number.  The 271 to 365 was the   11:06AM
16  7,000,050.  And then if you go to East Falls
17  Hospital, I guess their computer system was
18  different, so they didn't have the same aging
19  category breakout.  And then for
20  St. Christopher's, Elkins and Bucks, it was the   11:06AM
21  PATCOM numbers; I believe that would have, I
22  guess, been in their entirety.
23  Q.   But to answer my question:  You're
24  proposing the write-off of receivables based on
25  the age of the accounts, right?           11:06AM

Page 1621

1   A.   Well, I think I've testified a number
2   of times, I don't know if it was a proposal, but
3   if we -- if this was the method that we went
4   about writing the accounts off, based on this
5   methodology, these would be the numbers.   11:06AM
6   Q.   Okay.
7   A.   If the proposal was and it was
8   implemented to pick these aging categories, these
9   would be the numbers.
10  Q.   But you're proposing to write them off   11:07AM
11  based on the age of the accounts, right?
12  A.   Yes.
13  Q.   Now, the existence of old accounts
14  carried on the Delaware Valley hospitals' books
15  was not a new issue that just occurred after the   11:07AM
16  fiscal '96 audit, is it?
17  A.   Repeat that question again.
18  Q.   The existence of old accounts being
19  carried on the Delaware Valley hospitals' books
20  was not a new issue that occurred after the 1996   11:07AM
21  audit, is it?
22  A.   No.
23  Q.   So the existence of old accounts was
24  not new information at all that occurred after
25  the 1996 audit, is it?                    11:07AM

Page 1726

1  would AHERF have done, if anything, to increase
2  the Delaware Valley account balances for
3  allowance?
4      MR. RYAN: Objection.
5   A. What would they have done?           02:46PM
6   Q. (BY MR. TORBORG) Yes.
7   A. I'm not sure exactly what they would
8  have done. If the -- I guess if the reserves
9  hadn't been transferred, may not have been --
10 probably wouldn't have been enough reserves on  02:47PM
11 DVOG's books.
12  Q. Would AHERF have charged additional
13 bad debt expense to increase the reserves at
14 DVOG?
15  A. That would be one way of getting the  02:47PM
16 reserves --
17     MR. RYAN: I object to the question.
18  A. -- that they would have rather go to
19 bad debt expense.
20  Q. (BY MR. TORBORG) Mr. Cancelmi, I am  02:47PM
21 showing you what has previously been marked in
22 this litigation as Exhibit 1064, and we looked at
23 this one when we first met, I believe, but I
24 wanted to ask you a question that I'm not sure
25 that I asked you last time or Mr. Whitney asked  02:48PM

Page 1727

1  you.
2      And that is: I think we established
3  last time that these appeared to be handwritten
4  notes by Mr. Kirstein?
5   A. Yes.                                 02:48PM
6   Q. Okay. And you would recognize his
7  handwriting?
8   A. Yes.
9   Q. All right. And then it appears to be
10 a -- his notes of a conference call or meeting  02:48PM
11 you had with him as well as Mr. Buettner and
12 Ms. Frazier?
13     MR. RYAN: Objection, form, no
14 foundation.
15  A. That's what it appears to be. I don't  02:48PM
16 know if it was a conference call or in person.
17  Q. (BY MR. TORBORG) Okay. Now, under
18 the heading "50 MM Reserves at Graduate," the
19 third item under there says, "Does not believe
20 there is any general reserves other than 50 MM."  02:49PM
21     Does that mean the 50 million that was
22 transferred from Graduate to DVOG?
23     MR. RYAN: Objection, no foundation.
24  A. I assume that's what he means by that.
25  Q. (BY MR. TORBORG) Okay. But since you  02:49PM

Page 1728

1  didn't write it, you can't tell?
2   A. Correct.
3   Q. Okay. My question is really: Do you
4  recall telling Mr. Kirstein that you didn't
5  believe that DVOG had any other general reserves  02:49PM
6  that it could use to throw out the bad debt
7  reserve problem?
8   A. I wasn't aware of any.
9      MR. RYAN: Objection.
10  A. If he's suggesting there's 50 million  02:49PM
11 of reserves out there, we weren't aware of it.
12  Q. (BY MR. TORBORG) Well, this
13 50 million could have been relating to the
14 50 million that was set up and transferred from
15 Graduate, right?                         02:49PM
16     MR. RYAN: Objection.
17  A. I mean, I've got to believe that he's
18 talking about it's the same 50.
19  Q. (BY MR. TORBORG) My question is: Do
20 you recall telling Mr. Kirstein in the April '97  02:50PM
21 time frame that you did not believe that DVOG had
22 other excess general reserves to cover a bad debt
23 reserve shortfall?
24     MR. RYAN: Objection.
25  A. I don't remember specifically saying  02:50PM

Page 1729

1  that, but, you know, we didn't think there was
2  $50 million of reserves, general reserves out
3  there for Delaware Valley A/R.
4   Q. (BY MR. TORBORG) But you don't recall
5  specifically telling that to anyone at Coopers &  02:50PM
6  Lybrand?
7   A. I don't remember specifically, no.
8   Q. But you may have?
9      MR. RYAN: Objection.
10  A. I may have, sure.                    02:50PM
11  Q. (BY MR. TORBORG) Do you recall that
12 you often discussed the amount of excess general
13 reserves on various AHERF entities' books with
14 Coopers & Lybrand?
15     MR. RYAN: Objection.                 02:51PM
16  A. Could you be more specific?
17  Q. (BY MR. TORBORG) My question is more
18 general in nature, and that is: Do you recall
19 discussing the concept of general excess reserves
20 on AHERF entities' books with Coopers & Lybrand?  02:51PM
21  A. Yeah. I mean, there was reserves.
22 You know, we've looked at various reserve
23 schedules, and some of those components would
24 have -- those issues would have came up at times.
25  Q. Do you know if -- do you know if      02:51PM

Daniel Cancelmi                                           Volume 6

Page 1730

1  Coopers was aware that AHERF kept track of its
2  excess reserves via something called an X-file?
3      MR. RYAN: Objection.
4   A.  I don't know if they did or not.
5   Q.  (BY MR. TORBORG) Okay. Mr. Cancelmi,  02:51PM
6  I'm handing you what we've marked as Exhibit 8
7  previously. I suspect you'll tell me that you
8  remember this one.
9   A.  Yeah.
10  Q.  Okay. And this, again, is a memo that  02:52PM
11 talks about the creation of $50 million of
12 reserves on the Graduate hospitals for transfer
13 to the Delaware Valley hospitals to increase the
14 Delaware Valley hospitals' bad debt reserves,
15 right?                                      02:52PM
16  A.  Correct.
17  Q.  Okay. Now, I wanted to focus on some
18 language in the second paragraph of this document
19 that starts with the sentence, "Granted," about
20 eight lines down. Are you with me?           02:53PM
21  A.  Uh-huh.
22  Q.  There you wrote, "Granted, the
23 reallocation of these reserves from the Graduate
24 hospitals to other Delaware Valley hospitals is
25 not the most technically appropriate resting  02:53PM

Page 1731

1  place. However, since only one set of financial
2  statements will be prepared at the consolidated
3  AHERF level, the precise placement of the
4  reserves on the individual hospitals' financial
5  statements becomes less critical. The key   02:53PM
6  element is that at the consolidated level,
7  sufficient consolidated reserves exist to cover
8  the consolidated patient receivable balances,"
9  right?
10  A.  Right. Uh-huh.                          02:53PM
11     MR. TYCKO: I think you left out one
12 word when you were reading that. You left out
13 the word "audited." "Since only one audited
14 set of financial statements."
15     MR. TORBORG: Yes, can you             02:53PM
16 reflect -- correct the record to reflect that?
17 Thanks.
18  Q.  (BY MR. TORBORG) Can you explain what
19 you meant there?
20  A.  Oh, I've testified about this numerous  02:54PM
21 times, that the rationale was that there would be
22 reserves on a consolidated basis within the
23 consolidated set of financial statements, and
24 then on a consolidated basis that there would be
25 sufficient reserves on a consolidated basis to  02:54PM

Page 1732

1  consider patient accounts receivable.
2   Q.  Do you recall, Mr. Cancelmi, whose
3  idea it was to view the transfer of these
4  reserves on a consolidated financial statement
5  basis?                                       02:54PM
6      MR. RYAN: Objection.
7   A.  I think I've testified a number of
8  different times. I don't know exactly whose idea
9  it was, but based on, you know, AHERF's
10 management evaluation of this issue in        02:54PM
11 conjunction with Coopers & Lybrand, it was
12 determined that it would be okay to record these
13 as such.
14  Q.  (BY MR. TORBORG) Okay. But you don't
15 recall whose idea it was to view this transfer on  02:55PM
16 a consolidated basis?
17     MR. RYAN: Objection.
18  A.  Like I've said countless times, I
19 don't know -- I mean, I've had conversations with
20 Steve Spargo at the time. We were having   02:55PM
21 conversations with Coopers & Lybrand at the time.
22 I think I've said a number of different times I'm
23 not sure I could tell you whose exact idea it
24 was.
25  Q.  (BY MR. TORBORG) Let me show you    02:55PM

Page 1733

1  this. Do you recall discussing with Coopers &
2  Lybrand in the April time frame, when this idea
3  was initially broached, that you -- that Coopers
4  could view in its audit these transfers on a
5  consolidated basis?                          02:56PM
6      MR. RYAN: Objection.
7   A.  Yeah, I've testified to that a number
8  of times that, you know, we were discussing this
9  with Coopers at that time frame.
10  Q.  (BY MR. TORBORG) And my question is  02:56PM
11 that specific point, which is they could look at
12 the transfer on a consolidated basis when
13 deciding whether or not and deciding their
14 responsibilities as auditors?
15  A.  That was my understanding --         02:56PM
16     MR. RYAN: Objection.
17  A.  That was my understanding how it was
18 being looked at, on a consolidated basis.
19  Q.  (BY MR. TORBORG) Okay. And this was
20 something that was discussed as early as April of  02:56PM
21 1997?
22     MR. RYAN: Objection.
23  A.  That's my recollection.
24  Q.  (BY MR. TORBORG) Whose idea was it
25 initially to go to a consolidated audit format  02:56PM

49 (Pages 1730 to 1733)

Daniel Cancelmi                                                                  Volume 6

Page 1746

1   A.  Okay.
2   Q.  And specifically focusing on the last
3 paragraph in that first page, you wrote in this
4 May 5th [sic], '97 memorandum to Chuck Morrison,
5 "The third set of adjustments recorded in      03:16PM
6 March 1997 consisted of reclassing 9.7 million of
7 September 1996 patient revenue adjustments to the
8 bad debt reserve accounts. As you may recall,
9 these adjustments were initially recorded in
10 September 1996 since the revenue results at this  03:16PM
11 time appeared unusually low. The September
12 adjustments were initially recorded in the
13 balance sheet contractual allowance accounts
14 (i.e., a debit to the contractual allowance
15 accounts and a credit to patient revenue) and   03:17PM
16 reclassed as a debit to the bad debt reserve
17 accounts in March of '97 -- March of 1997,"
18 right?
19   A.  Uh-huh.
20   Q.  Does this refresh your recollection   03:17PM
21 about those?
22   A.  Yes.
23   Q.  Okay. Now, if one were to conclude
24 that -- strike that.
25       So of the $71.3 million transferred   03:17PM

Page 1747

1 from the Graduate reserves to the Delaware Valley
2 Obligated Group allowance for uncollectible
3 accounts, right --
4   A.  Uh-huh.
5   Q.  -- some portion of that did not   03:17PM
6 actually serve to reduce a bad debt reserve
7 shortfall or to cover a bad debt reserve
8 shortfall, but instead, to cover, so to speak,
9 these patient revenue adjustments, right?
10   A.  Well, we moved over the adjustment   03:18PM
11 into the bad debt reserve account. Initially, it
12 was just -- the adjustment was made on the P&L,
13 and then it was later reversed, and it was
14 applied against the bad debt reserve account.
15   Q.  But eventually, you would have debited   03:18PM
16 the bad debt reserve account to cover these
17 favorable adjustments, right?
18   A.  That's eventually what did happen.
19   Q.  Right. Okay.
20       So if one wanted to restate the   03:18PM
21 financial statements for 1997, 1996 the
22 adjustment of the 71.3 million transferred to bad
23 debt accounts, the portion relating to the -- the
24 portion that covered the favorable revenue
25 adjustments would not be an adjustment to bad   03:18PM

Page 1748

1 debt expense, right? It would be an adjustment
2 to patient revenue, right?
3       MR. RYAN:  Objection.
4   A.  That depends what the adjustment is
5 related to. I mean, initially when they were   03:19PM
6 recorded in the billing system, they went against
7 revenue, and then management wanted to sort
8 through them, get an understanding what was going
9 on; so at that point, they instructed us to
10 reverse those adjustments and they stayed   03:19PM
11 reversed until later on in the year when they
12 were -- the adjustments were taken against the
13 bad debt reserve.
14       MR. TORBORG:  Let me mark, please,
15 and I promise I won't ask you a whole lot of   03:19PM
16 questions about this one...
17       (Exhibit 2294 marked.)
18   Q.  (BY MR. TORBORG)  For the record, what
19 I've marked as Exhibit 2294 bears the Bates
20 numbering DC4546, 1 of 2, through DC4614, page 1   03:20PM
21 of 1, and I'll represent that these Bates labels
22 were put on here by someone who scanned these
23 documents onto an electric -- an electronic
24 format, okay?
25       And I ask that you turn to the second   03:20PM

Page 1749

1 page of this particular exhibit. I can also
2 represent that these documents were produced out
3 of your files, okay?
4   A.  Okay.
5   Q.  Now, does the second page bearing the   03:21PM
6 Bates label DC4546, page 2 of 2, does that appear
7 to be a copy of a file folder called "Cushion
8 Reserve"?
9   A.  Yes.
10   Q.  Okay. And then the last page in this   03:21PM
11 collection would be the page that would signify
12 the end of your reserve file? Actually, you
13 wouldn't know that, so I'll strike that.
14       Mr. Cancelmi, does the collection of
15 documents you're holding appear to be the   03:22PM
16 contents of a file that was titled "Cushion,
17 backslash, Reserve"?
18   A.  Yes.
19   Q.  Okay. And what is this collection of
20 documents?                                 03:22PM
21   A.  It's all the various schedules
22 which -- at various points in time throughout
23 various years of reserves or potential reserves
24 or issues related to reserves.
25   Q.  All right. Mr. Cancelmi, I'm also now   03:22PM

Daniel Cancelmi                                                                                                                              Volume 6

Page 1750

1  showing you what has previously been marked as
2  Exhibit 1692, which bears the Bates number
3  JD-DC0000100 through 153. And if you would take
4  a glance through that document and tell me if you
5  recognize it.                                       03:23PM
6      MR. TYCKO: I'm sorry. What was the
7  question?
8      MR. TORBORG: I'm asking him to
9  identify the document, see if he recognizes the
10 document.                                            03:23PM
11     A.  It just looks like various schedules I
12 had on various adjustments, revenue or bad debts
13 that I had in my files.
14     Q.  (BY MR. TORBORG) Does this collection
15 of documents appear to be a file for revenue       03:24PM
16 adjustments made throughout fiscal year 1996?
17     MR. RYAN: Objection.
18     A.  I'd have to look at every one of them.
19 It looks like, you know, it goes back a number of
20 months.                                              03:24PM
21     Q.  (BY MR. TORBORG) Okay. Do you
22 recall, Mr. Cancelmi, that throughout fiscal year
23 1996 AHERF recorded a number of revenue
24 adjustments that served to increase net patient
25 service revenue?                                     03:24PM

Page 1751

1      A.  Yeah. I mean, I think, you know, some
2  of those adjustments are outlined in here.
3      Q.  Mr. Cancelmi, if you would flip back
4  to what we've marked as Exhibit 2294,
5  specifically at the Bates page ending DC4588,       03:25PM
6  page 5 of 8.
7      A.  Okay.
8      Q.  Okay. And can you identify this
9  document for me, this particular page?
10     A.  It's another one of the reserve             03:26PM
11 schedules. This one looks like it has
12 January '96 numbers on it and June '95.
13     Q.  Do you see under the section for
14 HUH -- which I take it is Hahnemann University
15 Hospital?                                            03:26PM
16     A.  Yes.
17     Q.  -- you have listed some various
18 reserves and then at the end of that, there's
19 something called FY '96 revenue adjustment?
20     A.  Yes.                                        03:26PM
21     Q.  In the amount of 12,522,000?
22     A.  Uh-huh.
23     Q.  And then at the end of the -- toward
24 the end of the next section, "Others," we see
25 some revenue adjustments for other entities,       03:26PM

Page 1752

1  right?
2      A.  Yes.
3      Q.  Okay. Do you recall whether you
4  utilized reserves contained on the reserve
5  schedule in order to -- or when I say you, I       03:26PM
6  mean, AHERF -- utilized reserves contained on the
7  reserve schedule in order to make revenue
8  adjustments?
9      A.  Yes.
10     Q.  Do you recall that throughout fiscal       03:27PM
11 year 1996, AHERF utilized a significant amount of
12 reserves to improve the bottom line for 1996?
13     A.  I don't remember the dollar amount,
14 but, I mean, looks from here -- it looks like a
15 lot of cost report reserves were used and --      03:27PM
16     Q.  Okay.
17     A.  -- other reserves.
18     Q.  I'd like to hand you what has been
19 marked previously as Exhibit 1340.
20     MR. TORBORG: And for the record, it            03:27PM
21 is a June -- it is a work paper for the 1996
22 audit, "Issue Topic, Nonrecurring Income in the
23 Current Year."
24     Q.  (BY MR. TORBORG) If you would look at
25 that document.                                     03:28PM

Page 1753

1      A.  Okay.
2      Q.  Mr. Cancelmi, let me ask you first:
3  When you were at Coopers & Lybrand, were you
4  familiar with the concept of something being an
5  issue?                                              03:28PM
6      A.  An issue?
7      Q.  Issue, I-S-S-E-U. There being an
8  issue?
9      A.  E-U or U-E?
10     Q.  I think I mean U-E.                         03:28PM
11     A.  Okay.
12     Q.  It's been a long day.
13     A.  Yeah, I know.
14     Q.  Issue.
15     A.  Yeah. I'm not sure what you're             03:29PM
16 referring to.
17     Q.  Okay. You don't recall that during
18 your time at Coopers & Lybrand, certain financial
19 reporting issues were deemed to be important
20 enough to be called an issue?                       03:29PM
21     A.  I think that was after my time there.
22     Q.  Okay.
23     A.  They called them MAP items when I was
24 there.
25     Q.  Okay. Which would be matters for the       03:29PM

54 (Pages 1750 to 1753)

Daniel Cancelmi                                                                                   Volume 6

Page 1754

1  attention of partner?
2  A.  Right.
3  Q.  Okay.  Do you recall a matter for the
4  attention of a partner classification called
5  "Financial Statement Disclosure"?          03:29PM
6      MR. RYAN:  Objection.
7  A.  For AHERF?
8  Q.  (BY MR. TORBORG)  No.
9  A.  Oh.
10 Q.  Just the concept, generally, of that.  03:29PM
11 A.  No, there was no standard.  The only
12 standard MAP item that I remember was the SUD.
13 Everything else was -- was unique to that
14 particular audit.
15 Q.  Okay.  Do you see in this particular  03:29PM
16 work paper Coopers has noted some income that is
17 nonrecurring that was recorded in fiscal
18 year '96?
19 A.  Yes.
20 Q.  Specifically, 7.4 relating to          03:30PM
21 noncurrent CRA reserves and 12 million of other
22 CRA reserves, perhaps relating to PIP activity as
23 well, and then another 5.2 relating to Health
24 Partners?
25 A.  Yes.                                   03:30PM

Page 1755

1  Q.  Do you recall any discussions with
2  Coopers & Lybrand in conjunction with the '96
3  audit about what disclosure, if any, of that
4  nonrecurring revenue may need to be made in the
5  financial statements?                        03:30PM
6  A.  Offhand, I don't remember specifically
7  whether there was a -- whether we had a
8  discussion, whether it needed to be disclosed
9  separately.  The cost report adjustments -- I'm
10 trying to remember.  There actually may have been  03:30PM
11 a disclosure.  I'm not sure.
12 Q.  Well, the cost report disclosures
13 would be something that is a standard part of the
14 footnote disclosure in every one of AHERF's
15 fiscal year audits, right?                   03:31PM
16 A.  Yes.
17 Q.  All right.  Not anything particular to
18 a particular fiscal year, right?
19     MR. RYAN:  Objection.
20 A.  No, it's sort of standard practice,    03:31PM
21 depending how big they are.  Some hospitals
22 disclose cost report adjustments, but others
23 don't.  It just -- I guess it depends.  I mean, a
24 lot of places do, but then there's others that
25 don't.                                       03:31PM

Page 1756

1      MR. TORBORG:  Okay.  Almost done.
2  We'll charge through, and I'll be done.
3      MR. TYCKO:  "Charging through" is a
4  relative term in this case.
5      MR. TORBORG:  I've got something      03:32PM
6  else I have to do.  Why don't we take a break.
7  I won't need more than ten minutes.
8      THE VIDEOGRAPHER:  We're off the
9  record at 3:32 p.m.  This concludes Tape No. 6.
10     (Recess taken.)                         03:32PM
11     (Exhibit 2295 marked.)
12     THE VIDEOGRAPHER:  We're back on the
13 record at 3:44 p.m.  This is the beginning of
14 Tape 7.
15 Q.  (BY MR. TORBORG)  Welcome back,        03:43PM
16 Mr. Cancelmi.  I've marked as Exhibit 2295, a
17 one-page document entitled "Lockhart Trusts
18 Summary," and have you had the opportunity to
19 review that document?
20 A.  Yes.                                    03:43PM
21 Q.  Okay.  Did you create this document?
22 A.  Yeah.  I mean, it looks like my
23 secretary typed it.
24 Q.  Okay.
25 A.  Me and Carolyn probably would have    03:44PM

Page 1757

1  worked on it.
2  Q.  Okay.  And what does this document do?
3  A.  It summarizes the activity in the
4  Lockhart trusts for '96, '97 and '98.
5  Q.  And does it show the -- amongst other  03:44PM
6  things, the income statement impact of the
7  reclassifications of what we've called the
8  Lockhart trusts?
9      MR. RYAN:  Objection.
10 A.  It shows the various income statement  03:44PM
11 activity for the various transactions related to
12 Lockhart trusts during those particular years.
13 Q.  (BY MR. TORBORG)  If you'd keep that
14 to one side, I'd like to hand you now what's
15 previously been marked as Exhibit 19.        03:45PM
16 A.  Okay.
17 Q.  For the record, Exhibit 19, the first
18 page is titled "Allegheny Health, Education and
19 Research Foundation Analysis of Endowments,
20 June 30, 1996."                              03:45PM
21     Mr. Cancelmi, do you recognize the
22 first page of this document?
23 A.  Yes.
24 Q.  Okay.  And do you recognize it based
25 on your review of this document in and around the  03:45PM

Daniel Cancelmi                                                                  Volume 6

Page 1758

1  1996 audit time frame or afterwards?
2      A.  Probably after.
3      Q.  Okay.  Does it appear as though, if we
4  look at the table below, it says "Special Purpose
5  Fund - Temporarily Restricted" and it has an         03:46PM
6  account number there, and there's a balance
7  listed there of approximately $70.7 million?
8      A.  Yes.
9      Q.  Right.
10         And that's the combination, is it not,   03:46PM
11 of the unrealized and -- unrealized gains and
12 realized gains as of June 30th, 1995, for the
13 five AHERF irrevocable trusts?
14     A.  Yes.
15     Q.  Right.                                    03:46PM
16         MR. RYAN:  Could I get that last
17 question read back, please?
18         (The following portion of the record
19 was read.)
20         "QUESTION:  And that's the
21 combination, is it not, of the unrealized
22 and -- unrealized gains and realized gains as
23 of June 30th, 1995, for the five AHERF
24 irrevocable trusts?"
25         MR. RYAN:  We need to go back one

Page 1759

1  more.  I'm sorry.  I missed what the "that"
2  referred to.
3          (The following portion of the record
4  was read.)
5          "QUESTION:  Does it appear as
6  though, if we look at the table below, it says
7  "Special Purpose Fund - Temporarily Restricted"
8  and it has an account number there, and there's
9  a balance listed there of approximately
10 $70.7 million, right?"                           03:47PM
11         MR. RYAN:  Thanks.  Sorry, David, to
12 interrupt.
13         MR. TORBORG:  That's fine.
14     Q.  (BY MR. TORBORG)  And that amount of
15 70 point, roughly, 7 million dollars matches a   03:47PM
16 number we see on Exhibit 2295 at the top of the
17 page, "Temporary Fund Balance," fund balance at
18 7/1/95?
19     A.  Yes.
20     Q.  Right.  Okay.                            03:47PM
21         Now, do you see on Exhibit 19 there
22 appears to have been some reductions in the
23 temporarily restricted category throughout fiscal
24 year 1996 as also reflected in Exhibit 2295?
25         MR. RYAN:  Objection to form.            03:48PM

Page 1760

1      A.  Yes, I see that.
2      Q.  (BY MR. TORBORG)  Okay.  There's an
3  aggregate $4,478,000 that in Exhibit 2295 is
4  titled "Assets Released from Restriction," and
5  that had an income statement impact, right?      03:48PM
6          MR. RYAN:  Objection.
7      A.  Yes.
8      Q.  (BY MR. TORBORG)  Okay.  And then
9  there is a -- something called in this schedule a
10 transfer to unrestricted fund balance of         03:48PM
11 13,456,000, right?
12     A.  Yes.
13         MR. RYAN:  Objection.
14     Q.  (BY MR. TORBORG)  And that matches the
15 figure that we see on Exhibit 19, right?         03:49PM
16     A.  Yes.
17     Q.  Okay.  Now, does it appear as though
18 one of these items went to the income statement
19 and the other one did not?  Is that right?
20         MR. RYAN:  Objection.                    03:49PM
21     A.  Yes.
22     Q.  (BY MR. TORBORG)  Do you know why
23 there was a difference in that treatment?
24         MR. RYAN:  Objection.
25     A.  I don't -- I don't know what that 13.4   03:49PM

Page 1761

1  related to.  Just...
2      Q.  (BY MR. TORBORG)  Now, this left a
3  temporarily restricted balance of 52,787,000 and
4  change at the end of fiscal year '96, right?
5      A.  Yes.                                     03:49PM
6      Q.  Okay.
7          (Exhibit 2296 marked.)
8          MR. TORBORG:  For the record, I've
9  marked as Exhibit 2296 a document bearing the
10 Bates numbers CL 010415 through 420, and it      03:50PM
11 appears to be a production out of Coopers &
12 Lybrand -- Coopers & Lybrand's work paper files
13 for the '96 audit.
14     Q.  (BY MR. TORBORG)  And, Mr. Cancelmi,
15 if you would flip through these -- this          03:50PM
16 particular schedule for me.
17     A.  Okay.
18     Q.  Okay.  Do you recognize the schedules
19 in Exhibit 2296?
20     A.  Yeah, I guess so.                        03:51PM
21     Q.  Do you recall them from your review of
22 the schedules during the '96 audit or afterwards?
23     A.  Well, probably afterwards,
24 because '96, I don't think I was involved in '96.
25     Q.  Okay.  If you would flip to the Bates    03:52PM

56 (Pages 1758 to 1761)

Page 1810

```
 1            CERTIFICATE
 2
 3   The State of Texas,  )
 4   SS:
 5   County of Galveston. )
 6
 7       I, Michael E. Miller, CSR, RPR, CRR,
 8   Certified Shorthand Reporter in and for the State
 9   of Texas, duly commissioned and qualified, do
10   hereby certify that the within named witness,
11   DANIEL CANCELMI, was by me first duly sworn to
12   testify the truth, the whole truth and nothing
13   but the truth in the cause aforesaid; that the
14   testimony then given by the above-referenced
15   witness was by me reduced to stenotype in the
16   presence of said witness; afterwards transcribed,
17   and that the foregoing is a true and correct
18   transcription of the testimony so given by the
19   above-referenced witness.
20       I do further certify that this
21   deposition was taken at the time and place in the
22   foregoing caption specified and was completed
23   without adjournment.
24
25
```

Page 1811

```
 1       I do further certify that I am not a
 2   relative, counsel or attorney for either party,
 3   or otherwise interested in the event of this
 4   action.
 5
 6       IN WITNESS WHEREOF, I have hereunto set
 7   my hand and affixed my seal of office at
 8   Friendswood, Texas, on this _____ day of
 9   _____, 2003.
10
11
12
13
14   _____
15   Michael E. Miller, CSR, RPR, CRR
16   Certified Shorthand Reporter
17   in and for the State of Texas
     My Commission Expires 12/31/05
```

Page 1812

```
 1                 INDEX
 2   REPORTER'S NOTE                     1543
     ATTORNEYS' AGREEMENTS               1545
 3   PROCEEDINGS                         1547
 4
 5   EXAMINATION OF DANIEL CANCELMI:
 6   BY MR. RYAN:                        1547
     BY MR. TORBORG:                     1594
 7   BY MR. RYAN:                        1777
     BY MR. TORBORG:                     1808
 8
 9   CERTIFICATE                         1810
10
11
12            VIDEOTAPES
13   Tape 4                              1547
14   Tape 5                              1594
15   Tape 6                              1682
16   Tape 7                              1756
```

Page 1813

```
 1        DEPOSITION EXHIBITS
 2
 3   Exhibit 2288  3/23/98 Letter to Alan    1548
                   Adamczak from William F.
 4                 Buettner
                   (DBR-AA 36920-922)
 5
     Exhibit 2289  11/1/93 Memo to Files from 1551
 6                 Daryle Yergler, Subject:
                   Graduate REIT Transaction
 7                 (PR-PLD-037-00513 through
                   518)
 8
     Exhibit 2290  11/4/94 Letter to Diane K. 1553
 9                 Schrecengost from Daniel J.
                   Cancelmi
10                 (DM1379.TIF, pages 1-36
                   of 36)
11
     Exhibit 2291  8/25/98 Memo to Joseph D.  1570
12                 Dionisio from Daniel J.
                   Cancelmi, Subject: Initial
13                 Accounting for Transfer of
                   AHERF Irrevocable Trusts
14                 (DC8309, pages 1-4 of 4)
15   Exhibit 2292  8/28/98 Memo to Al Adamczak 1576
                   from Daniel J. Cancelmi,
16                 Subject: Proposed
                   Restatement of Audited
17                 Fiscal 1997 Financial
                   Statements
18                 (CLIS 0143-152)
19   Exhibit 2293  AHERF Account Review -    1714
                   Summary of Contractual
20                 Allowances Needed for
                   Adjusting AR Valuation,
21                 Detailed Review
                   (DBR-AA 52485)
22
     Exhibit 2294  "Cushion/Reserve File"    1748
23                 (Various Bates ranges,
                   beginning with DC4546,
24                 page 1 of 2)
25
```