VIDEOTAPED DEPOSITION OF WILLIAM C. KENNEDY
CONDUCTED ON THURSDAY, AUGUST 15, 2002

Page 230

WILLIAM C. KENNEDY
1
2  I would term a standard severance agreement in terms  16:03:18
3  of the format and the construct of it. And I was      16:03:22
4  told that the amount was $1.2 million, which gave me  16:03:27
5  a little pause.                                        16:03:35
6      Q.  Why?                                           16:03:36
7      A.  That's a lot of money, but -- it's a lot of   16:03:38
8  money, but it's also not out of the realm of          16:03:44
9  possibility at AHERF.                                  16:03:48
10     Q.  At AHERF?                                      16:03:49
11     A.  At AHERF.                                      16:03:50
12     Q.  But not generally?                             16:03:51
13     A.  Because it could --                            16:03:52
14         MR. RYAN:  Objection.                          16:03:53
15         THE WITNESS:  -- conceivably represent         16:03:55
16  multi-year -- it's probably a number derived from     16:03:58
17  salary times a number of years of potential service.  16:04:07
18         I had no idea what Carol made, still don't.    16:04:07
19  What I -- when I questioned the number with David, I  16:04:12
20  was basically told the number's resolved, Sherif has  16:04:17
21  said it's 1.2, just do the agreement.                 16:04:23
22  BY MR. TORBORG:                                       16:04:27
23     Q.  Do you know why --                             16:04:28
24     A.  I prepared the agreement.                      16:04:29
25     Q.  Do you have any insight as to why Carol        16:04:32

Page 231

WILLIAM C. KENNEDY
1
2  Calvert was let go?                                    16:04:34
3      A.  There was a lot of speculation, internal      16:04:42
4  office, good internal office speculation.              16:04:46
5      Q.  Such as?                                       16:04:49
6      A.  Well, it ran the gamut from simply not        16:04:50
7  being satisfied with performance, which would be a    16:04:55
8  legitimate rationale for asking someone to leave,     16:04:58
9  versus having a personal affair with someone and then 16:05:03
10  the affair ending and someone being asked to no       16:05:10
11  longer be in my presence, that kind of thing. Do I    16:05:15
12  know specifically where in that -- where in the gamut 16:05:19
13  lies the truth? I do not, no.                         16:05:24
14     Q.  Was the speculation about an affair -- did    16:05:27
15  that involve a member of AHERF senior management?     16:05:30
16     A.  It involved Mr. Abdelhak. I don't know        16:05:36
17  whether it's true nor did I try to find out.          16:05:40
18     Q.  When we were off line -- I think Anthony      16:06:02
19  was in the room -- we were discussing some personal   16:06:05
20  travel that Ms. Wynstra took --                       16:06:09
21     A.  Yes.                                           16:06:12
22     Q.  -- while she was at AHERF. What can you       16:06:12
23  remember about that?                                  16:06:19
24     A.  I can remember that there was a lot of it.    16:06:21
25  I can remember that most -- most of it was associated 16:06:23

Page 232

WILLIAM C. KENNEDY
1
2  with AHSPIC and with the activities of the insurance  16:06:27
3  company.                                               16:06:31
4         Ms. Wynstra took the position that all the    16:06:33
5  business to be conducted by AHSPIC was required under 16:06:36
6  Cayman law to be outside the Continental United       16:06:39
7  States; that you could not even convene a complaint   16:06:44
8  committee meeting to review the status of litigation  16:06:53
9  in this country, that those meetings had to be        16:06:56
10  outside of the United States.                         16:06:59
11        And as a consequence, four times a year,      16:07:03
12  meetings of the claims committee -- complaint, I said 16:07:06
13  complaint, but I meant claims -- claims committee,    16:07:11
14  were held outside of the United States. There was    16:07:13
15  usually -- every January, the meeting was in the      16:07:16
16  Cayman. There was usually at least one meeting in     16:07:20
17  Canada, and then there was usually a meeting in       16:07:24
18  Europe, and the fourth meeting could be anywhere.     16:07:28
19     Q.  Where in Europe would it typically be?       16:07:33
20     A.  In Europe, they were usually in some very    16:07:34
21  nice old world city like Copenhagen and Amsterdam and 16:07:37
22  Paris, Rome, somewhere near Baden-Baden, Germany,     16:07:45
23  Stockholm, London.                                    16:07:53
24        Nancy would go to London periodically         16:08:00
25  because some of the excess coverage, layers of        16:08:00

Page 233

WILLIAM C. KENNEDY
1
2  coverage, the excess layers, were through Lloyd's.    16:08:07
3  So she would be over there to meet with                16:08:10
4  representatives of Lloyd's and discuss that.           16:08:14
5         You know, the board meetings for AHSPIC       16:08:23
6  were overseas. There was -- I think the last year I   16:08:25
7  was there, the AHSPIC board meeting was in Scotland,  16:08:33
8  and I remember her coming back from Scotland being    16:08:36
9  very enamored of the place that they had stayed. And  16:08:39
10  not long after, I was told that she and her husband   16:08:43
11  had either invested in property or had bought some    16:08:49
12  property over there while they were there.            16:08:51
13        I always knew that there was no such thing    16:09:00
14  as having to do all of that business outside of the   16:09:03
15  United States. And this became very public after the  16:09:05
16  bankruptcy because there had been an expose in The    16:09:12
17  Philadelphia Inquirer about comparing the expenses    16:09:15
18  that AHERF incurred running its captive insurance     16:09:18
19  company versus Jefferson and the University of        16:09:23
20  Pennsylvania. And Jefferson's is a Cayman captive as  16:09:27
21  well, and they certainly did business in the United   16:09:30
22  States. They didn't go -- they didn't take all the    16:09:34
23  business out of the country like she was professing   16:09:37
24  was necessary.                                         16:09:39
25        This was not just Nancy travel. When we       16:09:41

MANHATTAN REPORTING CORP.
(212) 557-7400

VIDEOTAPED DEPOSITION OF WILLIAM C. KENNEDY
CONDUCTED ON THURSDAY, AUGUST 15, 2002

Page 234

WILLIAM C. KENNEDY

1
2  talk about a claims committee meeting, we're talking     16:09:44
3  about probably 60 odd people traveling to these     16:09:46
4  cities, round-trip fair, often with spouses. You're     16:09:50
5  talking about five-star hotels, the best restaurants     16:09:59
6  in the city.     16:10:05
7        You're also talking about an extraordinary     16:10:05
8  amount of time planning these trips and the costs     16:10:05
9  associated with that. There was a travel agent in     16:10:09
10  Pittsburgh who regularly met with Nancy and planned     16:10:12
11  these trips years in advance. He would come in.     16:10:15
12  They would spend hours in the afternoons planning     16:10:19
13  these trips.     16:10:22
14        The person that would know the most about     16:10:23
15  this is Nancy's assistant, Michelle Zatezalo,     16:10:24
16  Z-a-t-e-z-a-l-o. That was Michelle's principal     16:10:29
17  responsibility, planning these trips. Nancy would go     16:10:36
18  before the planned trip. She would stay beyond the     16:10:42
19  trip. Many of the people that would go over could     16:10:45
20  conceivably be -- many of the members of the claims     16:10:49
21  committee were physicians and they would go with     16:10:51
22  their wives and they would have extended periods of     16:10:54
23  time afterwards where they would stay wherever.     16:11:06
24        Nancy would often shop. She was a great     16:11:06
25  antiquer, and she would often have lots of things     16:11:10

Page 235

WILLIAM C. KENNEDY

1
2  shipped back from wherever they had been. I remember     16:11:12
3  one instance where Michelle had to go down to the     16:11:15
4  wharf in Pittsburgh to pick up two armoires that had     16:11:21
5  been shipped over from Stockholm, and I was puzzled     16:11:25
6  as to why Michelle was going to pick them up for     16:11:29
7  starters during the workday.     16:11:32
8        And you couldn't help but sit back and     16:11:35
9  wonder who was paying for the armoires and who paid     16:11:38
10  for the shipping and all those wonderful things that     16:11:42
11  pass through your mind when you realize that this     16:11:45
12  person is doing this so often, so visibly in front of     16:11:47
13  all the rest of the staff. She got away with it.     16:11:55
14        And, you know, I mean, Sherif and his wife     16:12:05
15  were on these trips. The people -- you know,     16:12:07
16  McConnell did not go on these trips. He went to the     16:12:10
17  Caymans every year, but he didn't go to the claims     16:12:14
18  committee meetings. Sanzo was on these committee     16:12:17
19  meetings. He would go.     16:12:20
20        The president, the chairman of the claims     16:12:20
21  committee, was Nancy's husband who was a physician,     16:12:22
22  Dr. Berg. He was the chairman of the claims     16:12:27
23  committee, and obviously, then they were both -- they     16:12:31
24  both got over there and back by virtue of their roles     16:12:36
25  relative to the committees. So she essentially had     16:12:42

Page 236

WILLIAM C. KENNEDY

1
2  Allegheny paying the travel for both of them back and     16:12:44
3  forth to these incredible venues.     16:12:48
4        Q.  In addition to these kind of expenses, can     16:12:55
5  you recall any other type of -- I don't want to use a     16:12:57
6  vague word which he'll object to -- exorbitant     16:13:01
7  expenses?     16:13:05
8        A.  Exorbitant. That's a relative term working     16:13:09
9  for Alleghey because you have to understand     16:13:17
10  Allegheny owned two jets. We jetted back and forth     16:13:22
11  between Philadelphia and Pittsburgh practically every     16:13:24
12  day. You would get -- you know, if you had to have a     16:13:27
13  meeting -- if I needed to meet with the three doctors     16:13:31
14  that I talked about earlier, the three Bs, I would     16:13:33
15  take the jet to Philadelphia. I'd get on the     16:13:35
16  schedule, and I would be able to fly in the morning     16:13:38
17  from Pittsburgh to Philadelphia. I'd have my meeting     16:13:41
18  with them, and I'd go back to the Philadelphia     16:13:45
19  airport and I was home in Pittsburgh again that     16:13:46
20  evening.     16:13:48
21        That plane -- the planes were eight- and     16:13:50
22  12-seat planes, so, you know, depending on who was     16:13:53
23  booked, you could get bumped. You know, you might be     16:13:57
24  scheduled to go and Mr. Abdelhak needed the seat or     16:14:00
25  whatever and then you flew commercial.     16:14:03

Page 237

WILLIAM C. KENNEDY

1
2        There was also a suite, a hotel suite, at     16:14:06
3  the Rittenhouse Plaza in Philadelphia that was     16:14:12
4  available for staff that, you know, that were     16:14:15
5  traveling and needed to stay overnight. I stayed at     16:14:20
6  the Rittenhouse a number of times. The Rittenhouse     16:14:22
7  is very top drawer. You know, it's a very lovely     16:14:25
8  part of Philadelphia. It's very expensive. It's not     16:14:30
9  a hotel that I would pay to stay at. It's definitely     16:14:34
10  not something that I would spend that kind of money     16:14:37
11  on.     16:14:39
12        But I had a -- it was a two-bedroom suite,     16:14:39
13  and often there would be -- often I could be there by     16:14:44
14  myself or there might be someone else sharing the     16:14:46
15  other room. But we had a kitchen, a living room, the     16:14:48
16  whole shooting match. And that was -- Allegheny     16:14:51
17  owned it or rented it or something. They had it     16:14:55
18  on -- they apparently had acquired this when they     16:14:58
19  acquired MCP because they had a lot of people out to     16:15:02
20  MCP for a lengthy period of time and then they     16:15:07
21  continued to use it and have access to it.     16:15:11
22        When they -- when they acquired Hahnemann,     16:15:15
23  we had a legal office in a building called the Bellet     16:15:22
24  building at Hahnemann that was perfectly fine. It     16:15:29
25  was a building that Hahnemann owned. It had been     16:15:29

60 (Pages 234 to 237)

VIDEOTAPED DEPOSITION OF WILLIAM C. KENNEDY
CONDUCTED ON THURSDAY, AUGUST 15, 2002

Page 238

WILLIAM C. KENNEDY
1
2  renovated in probably 1985, and we're now talking    16:15:36
3  1993, so the renovations -- it was probably about a    16:15:39
4  seven- or eight-year-old renovation. Nancy decided    16:15:42
5  that it was too small, decided that she needed more    16:15:46
6  space, ended up going downtown, moved the entire    16:15:52
7  legal department to Center Square West, which is one    16:15:56
8  of the high-rise buildings in the city. Who knows    16:16:02
9  what the rent was.    16:16:05
10      I take that back. It wasn't Center Square.    16:16:07
11  It was First Avenue. It was Fifth -- not Fifth    16:16:08
12  Avenue Place. Liberty Square, which is the -- the    16:16:15
13  premiere office building downtown; rented an entire    16:16:16
14  floor from the Duane, Morris, Hechecher law firm    16:16:22
15  because Duane was downsizing. But this was a floor    16:16:28
16  that had been -- you know, it was a very new building    16:16:31
17  so this floor had been done for Duane, Morris,    16:16:42
18  beautiful hardwood reception area. You guys know    16:16:42
19  what they look like, what nice offices look like for    16:16:45
20  prestigious law firms.    16:16:48
21      Nancy furnished her office with antiques,    16:16:49
22  very expensive antiques.    16:16:53
23      Q.  Who paid for those?    16:16:57
24      A.  I don't know. I don't know. I have my    16:16:58
25  suspicions, but I don't know.    16:17:01

Page 239

WILLIAM C. KENNEDY
1
2      Q.  Is there anything underlying your    16:17:06
3  suspensions, specifically?    16:17:07
4      A.  Well, most people, when you get an office    16:17:18
5  with Allegheny, had an allowance to furnish the    16:17:20
6  office. I don't know what her allowance would have    16:17:24
7  been, but I have -- I'm hard-pressed to believe that    16:17:27
8  Nancy out of her own pocket paid to furnish an office    16:17:30
9  in Philadelphia when she was only there, you know, as    16:17:34
10  infrequently as she was. I suspect that it was an    16:17:41
11  Allegheny investment.    16:17:45
12      Q.  Did you believe any of these costs were    16:17:47
13  necessary?    16:17:49
14      A.  No. Did I have any way of dealing with it?  16:17:50
15  No.    16:17:56
16      Q.  Is it fair to say that there was -- at    16:17:57
17  least with respect to some of the items you've just    16:18:00
18  described, there was plenty of room to cut costs?    16:18:03
19      A.  Absolutely.    16:18:07
20      MR. RYAN: Objection.    16:18:08
21      THE WITNESS: Absolutely.    16:18:09
22  BY MR. TORBORG:    16:18:09
23      Q.  Significant amounts of costs?    16:18:10
24      MR. RYAN: Objection.    16:18:13
25      THE WITNESS: I managed a legal office at    16:18:13

Page 240

WILLIAM C. KENNEDY
1
2  Hahnemann for five years before I went to work for    16:18:15
3  Allegheny. I worked for an organization that had to    16:18:19
4  be concerned about costs, and I moved and ended up    16:18:23
5  going to work for a company that didn't care about    16:18:27
6  costs so much so that you give somebody    16:18:29
7  responsibility to -- purportedly responsibility to    16:18:33
8  run an office and you don't share with them your    16:18:37
9  budget. I guess costs aren't important.    16:18:39
10  BY MR. TORBORG:    16:18:43
11      Q.  Did you think that AHERF didn't care about  16:18:43
12  costs?    16:18:46
13      A.  I think that AHERF believed that they    16:18:48
14  didn't have to care about costs.    16:18:50
15      Q.  And why do you think they believed that?    16:18:55
16      A.  Because I think everybody that worked there  16:18:56
17  believed that Allegheny had an extraordinary amount    16:19:00
18  of money and that there was no reason to be concerned  16:19:04
19  about it.    16:19:09
20      Q.  Did you ever have the opportunity to review  16:19:14
21  AHERF or any of its affiliates' financial statements?  16:19:20
22      A.  No.    16:19:24
23      Q.  Do you recall ever hearing discussions that  16:19:29
24  the AHERF system as a whole was profitable?    16:19:34
25      A.  Hearing discussions that the system as a    16:19:38

Page 241

WILLIAM C. KENNEDY
1
2  whole was profitable? I don't know that it was -- I    16:19:41
3  don't know that it was said that way. I don't know    16:19:52
4  that we were told that it was profitable.    16:19:55
5      I remember vividly a meeting that Sherif    16:19:58
6  had at Hahnemann when Hahnemann was taken over. He    16:20:02
7  convened the entire faculty in the University's    16:20:06
8  auditorium to introduce himself and to explain to    16:20:11
9  them the nature of Allegheny, how it was structured,    16:20:15
10  et cetera. And certainly, the implication of the    16:20:19
11  presentation, if he didn't say what you just asked    16:20:23
12  very specifically, the implication was that we can do  16:20:26
13  anything, that we -- that we can do whatever you    16:20:30
14  need, that we have the resources that you have not    16:20:34
15  had that you will have now to do what you need,    16:20:37
16  but -- and the "but" came within three minutes of the  16:20:42
17  end of the meeting, and in those last three minutes,    16:20:47
18  having brought people to here where people were    16:20:50
19  feeling, wow, this is terrific, this marriage means    16:20:53
20  that we are going to be a top-notch tertiary    16:20:56
21  hospital, that we're going to survive and that we're    16:21:00
22  going to thrive here, in those last three minutes,    16:21:03
23  following the word "but," you will do what I tell    16:21:05
24  you, because if you don't, you will be gone. And the  16:21:09
25  silence that pervaded that auditorium, I still hear    16:21:14

61 (Pages 238 to 241)

VIDEOTAPED DEPOSITION OF WILLIAM C. KENNEDY
CONDUCTED ON THURSDAY, AUGUST 15, 2002

Page 270

1          WILLIAM C. KENNEDY
2  tapes used was four.  We are going off the record.    17:20:49
3  The time is 5:20 p.m.                        17:20:51
4          (Signature having not been waived, the
5  deposition of WILLIAM C. KENNEDY was concluded at
6  5:20 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 272

1          WILLIAM C. KENNEDY
2       ACKNOWLEDGMENT OF DEPONENT
3       I, WILLIAM C. KENNEDY, do hereby
4  acknowledge that I have read and examined the
5  foregoing testimony, and the same is a true, correct
6  and complete transcription of the testimony given by
7  me and any corrections appear on the attached Errata
8  sheet signed by me.
9
10  _____   _____
11   (DATE)            (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 271

1          WILLIAM C. KENNEDY
2  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
3       I, Karen L. Hart, Registered Merit
4  Reporter, Certified Realtime Reporter, and Notary
5  Public for the Commonwealth of Virginia at large,
6  whose commission expires September 30, 2004, do
7  certify that the aforementioned appeared before me,
8  was sworn by me, and was thereupon examined by
9  counsel; and that the foregoing is a true, correct,
10  and full transcript of the testimony adduced.
11       I further certify that I am neither related
12  to nor otherwise associated with any counsel or party
13  to this proceeding, nor otherwise interested in the
14  event thereof.
15       IN WITNESS WHEREOF, I have hereunto set my
16  hand and affixed my notarial seal this 20th day of
17  August, 2002.
18
19  _____
20    Karen L. Hart, Notary Public
21  Commonwealth of Virginia at Large
22      REGISTERED MERIT REPORTER
23      CERTIFIED REAL-TIME REPORTER
24
25

Page 273

1          WILLIAM C. KENNEDY
2       E R R A T A   S H E E T
3   IN RE:  The Official Committee of Unsecured
4  Creditors of AHERF v. PricewaterhouseCoopers, LLP
5  RETURN BY: _____
6  PAGE   LINE   CORRECTION AND REASON
7  ____   ____   _____
8  ____   ____   _____
9  ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21  ____   ____   _____
22  ____   ____   _____
23  ____   ____   _____
24   (DATE)         (SIGNATURE)
25

69 (Pages 270 to 273)

**Kirstein Dep.**

Mark Kirstein

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PENNSYLVANIA


THE OFFICIAL COMMITTEE OF

UNSECURED CREDITORS OF

ALLEGHENY HEALTH, EDUCATION

& RESEARCH FOUNDATION,

        Plaintiff,

    vs.                  Civil Action

PRICEWATERHOUSECOOPERS,    No. 00-684

LLP,

        Defendant.


        Videotaped Deposition of MARK D.

KIRSTEIN, called for examination under the

Applicable Rules of Federal Civil Procedure,

taken before me, Michele E. Eddy, a Registered

Professional Reporter and Notary Public in and

for the State of Ohio, pursuant to notice and

stipulations of counsel, at the offices of

Jones Day, 222 East 41st Street, Suite 400, New

York, New York, on Tuesday, the 11th day of

May, 2004, at 9:00 a.m.

              - - - - -

Mark Kirstein

Page 78

1     A.    Yes.
2     Q.    That is not your handwriting, is
3  that right?
4     A.    That's correct.
5     Q.    Do you know whose it is?          10:41:53
6     A.    No, the work paper is signed off by
7  Craig Kocak.
8     Q.    Do you know what that means as you
9  read it today?
10     A.    I don't recall this work paper. I    10:42:05
11  generally recall -- excuse me. I generally
12  recall that MCP reserved -- used to estimate
13  the reserve based on self-pay, as this says,
14  based on the self-pay category only.
15     Q.    And MCP was one of the hospitals     10:42:26
16  owned by AHERF at the time?
17     A.    Yes.
18     Q.    Estimating the allowance in this
19  fashion assumes that all amounts owed by
20  insurance or other third-party payors will    10:42:41
21  indeed be paid; is that fair?
22     A.    No, that's not fair.
23          MR. RYAN:  Objection.
24     Q.    Why is it not fair?
25     A.    I think you used the word earlier    10:42:49

Page 79

1  the building blocks.  They may have used the
2  self-pay as one building block to estimate the
3  reserve, but it doesn't mean that the overall
4  reserve on the financial statements doesn't
5  account for the other payors.               10:43:03
6     Q.    I didn't -- I don't know that my
7  question got there.  But what you have
8  described as reserving only on self-pay
9  amounts, that step alone assumes that all other
10  third-party payor amounts to be received will   10:43:20
11  indeed be received; that much is fair?
12     A.    Well, I guess I'm thinking from a
13  financial statement perspective, and let's make
14  sure we're clear.  If in a formula you only
15  multiplied self-pay and didn't do anything     10:43:35
16  else, I guess theoretically in your
17  hypothetical you would be saying, gees, the
18  other stuff is going to be paid.
19          But what I'm saying is if you think
20  at a financial statement level it's possible    10:43:43
21  that you could estimate a reserve for self-pay
22  one way and estimate a reserve for other payors
23  another way.
24     Q.    Do you recall that they did it in
25  some other way?                             10:44:04

Page 80

1     A.    I don't recall the way they did it.
2     Q.    Have you ever heard of another
3  client during your audit career that reserved
4  only against self-pay balances?
5     A.    I do not, no.                      10:44:09
6     Q.    Do you recall becoming concerned
7  about this methodology for reserving for bad
8  debts during your 1995 audit work or at any
9  other time?
10     A.    I don't recall if it was in '95. I   10:44:23
11  think in some year we had it in what's called
12  the management letter, recommended that
13  management consider changing the way that they
14  reserve for -- or calculate or estimate their
15  reserve for bad debts at MCP because they only  10:44:35
16  use self-pay.
17     Q.    I'm going to ask you to reassemble
18  that one for me.
19     A.    Okay.
20     Q.    Then I'm going to show you what I    10:45:01
21  think will be a new exhibit, 1523.
22          On the face page of Exhibit 1523,
23  Mr. Kirstein, the words "critical matters" are
24  written in the lower left-hand corner.  Is that
25  right?                                     10:45:45

Page 81

1     A.    Yes.
2     Q.    Do you know whose handwriting that
3  is?
4     A.    No.
5     Q.    Do you know what critical matters    10:45:53
6  meant? Was it a term used at Coopers & Lybrand
7  in fiscal year 1995?
8     A.    Well, apparently if this is from
9  1995, it was.
10     Q.    I'll represent to you that's the     10:46:04
11  files from whence we pulled it.
12          But my question is really, do you
13  recall the use of that phrase at Coopers &
14  Lybrand in 1995 or after?
15     A.    Critical matter refers generally to   10:46:14
16  a summary of items for discussion with the
17  partner on the engagement.
18          And just to be clear, that's just
19  one way -- I mean, that's kind of like a place
20  to put certain items that you want to make sure  10:46:31
21  get elevated to the partner level.  It's not
22  the only things you talk to the partner about.
23  So I don't want to mislead you on that.  It's a
24  document of items that you want to make sure
25  get elevated to the partner for discussion.    10:46:43

21 (Pages 78 to 81)

Mark Kirstein

Page 82

1      MR. RYAN:  If I can just note for
2  the record, Exhibit 1523 contain only the first
3  few pages of critical matters.  There are other
4  pages that are critical matters in fiscal year
5  1995.                              10:46:55
6      MR. JONES:  I appreciate that.
7      Q.    Mr. Kirstein, I'm now going to ask
8  you to turn to the page that you were starting
9  to, I think, read when I made you flip back.
10     A.    Okay.                    10:47:08
11     Q.    It's Bates labeled 57292, headed
12  with the phrase Allegheny Health, Education and
13  Research Foundation Summary of A/R Reserve,
14  Assuming AGH Reserve Philosophy. June 30,
15  1995.
16         I read the heading right anyway,
17  didn't I?
18     A.    On 292, yes.
19     Q.    And this document actually has some
20  handwritten notes of yours.  Am I correct?    10:47:34
21     A.    Correct.
22     Q.    They're the ones that appear at the
23  base of the page start with the word note.  Is
24  that right -- and start with the word note, is
25  that right?                      10:47:45

Page 83

1      A.    Correct.
2      Q.    Could you take a moment and
3  refamiliarize yourself with the page and then
4  I'll ask you just a few questions about it.
5      A.    Great, thanks.            10:47:52
6         Okay.
7      Q.    Does the moment you took to review
8  the document and the heading of the document in
9  particular refresh your recollection that
10  indeed in fiscal 1995 Coopers & Lybrand    10:49:15
11  performed a comparison of other AHERF
12  hospitals' accounts receivable reserve to the
13  accounts receivable reserve philosophy or
14  methodology used at AGH?
15     A.    Could you read that again, please?  10:49:35
16         (Record read.)
17     MR. RYAN:  I'll just object to the
18  form since I don't think you ever asked the
19  witness that question before.
20     A.    It does not refresh my          10:50:07
21  recollection, but it does appear to be an
22  analysis that C&L completed related to auditing
23  the reserves, the estimate for reserves that
24  management had estimated.
25     Q.    Let me refer you then in specific  10:50:21

Page 84

1  to the typewritten note above your handwritten
2  note on the document.
3         It reads, in at least it's first
4  few lines, "C&L assessed the adequacy of each
5  of AHERF's individual hospitals, HUH, MCPH,    10:50:36
6  SCHC, EPC and BCC A/R reserves by applying
7  AGH's reserve percentage to each aging category
8  of outpatient and inpatient receivable."
9         I've read the first sentence right
10  anyway?                          10:50:59
11     A.    Correct.
12     Q.    So my question is, I think this --
13  you don't specifically recall or recall at all
14  being involved or learning of this assessment
15  of the adequacy of each of AHERF's individual  10:51:15
16  hospitals by comparison to AGH reserve
17  percentages as you sit here today?
18     MR. RYAN:  Objection.
19     A.    I don't specifically recall        10:51:27
20  performing this task that is here.
21     Q.    Do you recall being aware that the
22  test was performed?
23     A.    I don't recall the test.  I
24  generally recall over the years, it appears to
25  be '95 into '96, discussions with management    10:51:38

Page 85

1  about using a balance sheet approach to
2  estimate, I'll call it a balance sheet
3  approach, which is what AGH did, to estimating
4  their reserve for allowance for doubtful
5  accounts.                        10:51:50
6      Q.    Who do you recall at AHERF that you
7  had such conversations with?
8      A.    Generally over the years it would
9  be the finance department, Dan Cancelmi, Al
10  Adamczak, Steve Spargo.            10:52:03
11         I think I cited earlier the
12  management letter.  I think -- I don't remember
13  which years, it might be '96, so I could be
14  crossing years here -- but in one of the
15  management letters, we talk about management    10:52:13
16  might want to consider looking at the way that
17  they estimate their reserves.
18     Q.    Do you recall specifically
19  discussing with Mr. Cancelmi or Mr. Adamczak or
20  anybody else at AHERF employing an AGH          10:52:22
21  methodology at other hospitals?
22     A.    I mean, I don't recall discussion
23  with those gentlemen, no.
24     Q.    The next sentence of the note I
25  just started to read says, "This reserve      10:52:44

22 (Pages 82 to 85)

Mark Kirstein

Page 98

1  reserve?
2         MR. RYAN:  Objection.
3      A.  I can only tell you what it says on
4  the work paper.  I don't recall this.
5      Q.  What it says on the work paper is    11:07:32
6  what you are referring to?
7      A.  It says it's a credit balance
8  sitting in this account of 7.4 million dollars
9  related to monies received for GME.
10     Q.  The account was a CRA account?    11:07:41
11     A.  Other noncurrent liabilities is not
12 a CRA account typically.
13     Q.  I'm just reading the first sentence
14 of the narrative.  "Other noncurrent
15 liabilities consist primarily of a CRA    11:07:52
16 reserve."  Is that right?
17     A.  Yes, I don't want to pick at words.
18 I mean, it sounds like GME's related to CRAs,
19 but other noncurrent liabilities is not a CRA
20 account.  That's all I'm saying.  The    11:08:06
21 description says there is a credit in this
22 account for what appear to be CRA type of
23 items, namely GME.
24     Q.  Do you recall reviewing this work
25 paper and making this note?    11:08:18

Page 99

1      A.  I do not, no.
2      Q.  Do you recall becoming aware that
3  AHERF in fiscal year 1995 did what you indicate
4  it did in the note?
5      A.  Is your question do I -- I mean, if    11:08:32
6  you're asking do I recall management reversing
7  4 million dollars against bad debts, no, I
8  don't recall.
9      Q.  Do you know whether on your SUD C&L
10 for this fiscal year took a position about this    11:08:49
11 4 million dollar reversal --
12        MR. RYAN:  Objection to form.
13     Q.  -- and use as against bad debts?
14     A.  I don't recall what's on the '95
15 SUD.  It's here in the work papers somewhere.    11:09:05
16 We can look at it.
17     Q.  Mr. Kirstein, I'm handing you now
18 what has been marked in this litigation, at
19 least, as Exhibit 1448.  Apparently,
20 interestingly enough, it was Exhibit 1 maybe in    11:09:36
21 some other litigation.
22        It, after you've had a chance to
23 look at it briefly, you will tell me is a
24 one-page letter from you to Mr. Chuck Morrison
25 at AHERF dated September 11, 1995 with certain    11:09:50

Page 100

1  attachments.  Could you take a moment and then
2  tell me if I'm right.
3      A.  Great, thanks.
4         Okay.  The question was?
5      Q.  It wasn't stated except for a while    11:11:34
6  ago, so we'll try it again.
7         This is a September 11, 1995 letter
8  with some attachments from you to Mr. Morrison
9  that bears your signature.  Is that right?
10     A.  Correct.    11:11:47
11     Q.  And do you recall the meeting that
12 it refers to?
13     A.  What meeting?
14     Q.  The first sentence, it says,"Bill
15 Buettner and I met with David McConnell today    11:11:56
16 and discussed" --
17     A.  Got you.
18     Q.  -- "among other things the amount
19 of accounts receivable that are included in the
20 greater than 180 day category and the related    11:12:04
21 bad debt reserve at each of AHERF's hospitals."
22        Do you recall that meeting?
23     A.  I do not, sir.
24     Q.  Do you have any doubt that you
25 wrote this letter and dispatched it on or about    11:12:16

Page 101

1  September 11, 1995?
2      A.  No.
3      Q.  In it, in the second paragraph, you
4  state that, "We believe that the reserve for
5  accounts receivable should be enhanced and the    11:12:31
6  methodology used to establish the reserves
7  reviewed for future reference."
8         Then you state the basis for your
9  belief.
10        "Our basis for this conclusion is    11:12:41
11 rooted in the amount of A/R over 180 days old
12 coupled with the reduction in the reserve as a
13 percentage of A/R at several of the hospitals."
14 Is that right?
15     A.  What it says?  Yes.    11:12:58
16     Q.  Then you go on to write, "In order
17 to analyze the potential adjustment, we applied
18 the AGH reserve percentages to each of the
19 hospitals' agings and identified what the
20 adjustment would entail under this premise."    11:13:09
21 Correct?
22     A.  Correct.
23     Q.  Then you say, "While this is
24 conservative and would be slightly offset by
25 unapplied PIP cash, we believe that it supports    11:13:17

26 (Pages 98 to 101)

Mark Kirstein

Page 102

1  the conclusion that the reserves should be
2  enhanced."
3      Is that right as well?
4      A.  Yes.
5      Q.  What did you mean by while this is      11:13:23
6  conservative, if you can recall?
7      A.  I just don't recall.
8      Q.  The support for the reduction --
9  your statement about the reduction in the
10 reserve as a percentage of A/R at several      11:13:39
11 hospitals at least in part can be found in one
12 of the attachments that ends with the Bates
13 labeled 00987.  Is that right?
14     A.  I'm sorry, what's your question?
15     Q.  Same exhibit.      11:13:53
16     A.  Okay.
17     Q.  If you refer to 00987.
18     A.  M-hm.
19     Q.  There's a table there that's headed
20 Allegheny Health, Education and Research
21 Foundation, Summary of Accounts Receivable.
22 Then I really can't read the rest of it is if
23 there is anything more on this shaded box.
24     But it appears to show the percent
25 of A/R that -- the reserve as a percentage of      11:14:16

Page 103

1  A/R at several hospitals.
2      A.  Correct.
3      Q.  In two different years, is that
4  correct, 1995 and 1996?
5      A.  Shows total A/R bad debt reserve      11:14:30
6  and a percent, yes.
7      Q.  The cumulative percent of A/R
8  against which -- I'm sorry, the percent of the
9  reserve as a percent of total A/R has gone down
10 between 1994 and 1995, from 12.6 to 12.44?      11:14:44
11     A.  Correct.
12     Q.  Is that, to the best of your
13 recollection, what you refer to in the second
14 paragraph of your letter to Mr. Morrison?
15     A.  I don't recall writing a letter,      11:15:02
16 but we do cite that there's a reduction in
17 reserve that seems reasonable.
18     Let me touch on the conservative
19 point again.  You probably wonder why I'm
20 looking at this exhibit.  I just was going to      11:15:12
21 see if there's any discussion in this document.
22     Q.  Which exhibit are you referring to,
23 sir?
24     A.  1523.  I haven't read it yet.
25     Back to the conservative, I      11:15:23

Page 104

1  don't -- I think the answer should have been to
2  your question, thinking back historically, AGH
3  was a pretty well-run hospital that we had
4  history, we, C&L, had history as to how they
5  account for how they estimate their reserves      11:15:36
6  and how they account.
7      I generally recall, I can't
8  specifically cite a hospital or anything, that
9  as we looked at the Delaware Valley hospitals
10 and their accounting and people were leaving as      11:15:48
11 they acquired hospitals and other things that
12 were going on, that the AGH reserve percentages
13 could be used and just taking numbers and
14 moving them over here, it might not be an
15 actual one for one to Delaware Valley, so      11:16:02
16 recognizing there may be adjustments to this
17 test that we were trying to conduct.
18     Q.  That's by way of explanation of why
19 you might have written the word conservative in
20 the letter to Mr. Morrison?      11:16:15
21     A.  Right, just to clarify that while
22 you might get a table here that says A times B
23 equals C, C could be a conservative estimate
24 because there could be other things, like
25 unapplied PIP.  There could be difference in      11:16:27

Page 105

1  payors, maybe, in the way that people pay.
2  Philadelphia payors versus Pittsburgh payors.
3  There could have been a lot of things that
4  changed.  I just wanted to clarify that -- I
5  think I was just trying to show it's not A      11:16:36
6  times B equals C, that this is just a
7  methodology to estimate something.
8      Q.  So it may not be conservative, but
9  the conservative refers, at least to your best
10 recollection today, to the fact that you had      11:16:48
11 greater experience with a fairly well-run
12 hospital at AGH?
13     MR. RYAN:  Objection to form.
14     Q.  Is that right?
15     A.  I'm not sure I follow that, but --      11:16:55
16     Q.  Well, why don't you just tell me
17 again why it is -- do you have any real
18 recollection today as to why you wrote the word
19 conservative in the letter?
20     A.  I don't recall writing the letter.      11:17:08
21 I'm just giving you a general recollection to
22 the view that I had during the different years
23 on the audit that --
24     Q.  Okay.
25     A.  -- things like in Philadelphia, you      11:17:17

27 (Pages 102 to 105)

Mark Kirstein

Page 110

1 things being equal, that accounts over 180 days
2 are less like to be collectible than accounts
3 that had been -- that are younger?
4     A.    I think I said a couple questions
5 ago, you need to know the facts and the          11:37:48
6 circumstances.
7     Q.    I'm asking you to assume all the
8 facts, everything else being equal.
9     A.    Sitting here right now I can't make
10 that generalization.          11:37:55
11     Q.    But I assumed all other things
12 being equal, the older accounts, those over 180
13 days tend to be less collectible than accounts
14 younger than 180 days, if you assume everything
15 else equal?          11:38:05
16     A.    That's reasonable.
17     Q.    Mr. Kirstein, I've just handed you
18 what we've marked as Exhibit 4087 in an earlier
19 deposition.  This is by way of establishing
20 some background information only.  Do you          11:38:36
21 recognize these, the disk, a copy of which
22 appears as the first page of the exhibit, as
23 the kind of a disk used as a part of AHERF's
24 audit work for AHERF -- I mean C&L's audit work
25 for AHERF?          11:38:53

Page 111

1     A.    Looks to be a disk, standard three
2 and a half inch disk.
3     Q.    It's got C&L up in the upper
4 right-hand margin?
5     A.    Yes.          11:39:08
6     Q.    Those are things that you used and
7 were familiar with in your audit of the AHERF
8 audit?
9     MR. RYAN:  Objection to the time
10 frame.          11:39:17
11     Q.    I'm sorry, in 1995.
12     A.    I don't recall.  I don't recall how
13 many disks had AHERF.  We had disks that you
14 backed up your files that you created in Lotus
15 or something.          11:39:32
16     Q.    That's all I'm getting at.
17     A.    Yes.
18     Q.    Disks were a part of a product at
19 some point?
20     A.    Yes, they were.          11:39:32
21     Q.    I'm going to refer you to the
22 second page of the document which has a series
23 of file names that I will represent to you were
24 produced in connection with this disk.
25     A.    Okay.          11:39:47

Page 112

1     Q.    And then I'm going to ask you if
2 disks in the 1995 time frame or in connection
3 with the audit were shared auditor to auditor,
4 you would exchange information sometimes on a
5 computer disk?          11:40:06
6     A.    I don't recall.  It seems
7 reasonable.  We might have.
8     Q.    The next exhibit I'm going to hand
9 you is Exhibit 4090, which itself I will
10 represent to you and to Antony and Mr. Close          11:40:23
11 has been printed from the disk marked as
12 Exhibit 4087.  I'm going to give you the file
13 name so that you can refer back on Exhibit
14 4087, middle of the second page, to the file
15 name MLC, underlined BD dash or dot Sam.          11:40:39
16     A.    Okay.
17     Q.    That file name has been reproduced
18 as Exhibit 4090 --
19     A.    Okay.
20     Q.    -- in hard copy.  I hope that sort          11:40:57
21 of sets the table --
22     A.    Okay.
23     Q.    -- for how we got the document and
24 why it is -- not why -- the fact that it is now
25 before you.          11:41:06

Page 113

1     A.    Okay.
2     Q.    My questions now are going to be
3 really about Exhibit 4090, the print of what
4 was electronic information from the disk.
5     A.    Okay.          11:41:15
6     Q.    The heading of the document reads,
7 "A consistent methodology for determining the
8 bad debt reserve should be established to
9 improve management's ability to monitor bad
10 debt."          11:41:27
11         Do you see that?
12     A.    Yes.
13     Q.    Could you read the short document,
14 and then I'll have just a few short questions
15 about it for you.          11:41:35
16     A.    Okay.
17         Okay.
18     Q.    Can you identify the document for
19 me?  Do you know what it is?
20     A.    It looks to be written -- first,          11:42:17
21 this is out of our files, right?
22     Q.    Yes.  Yes, it is.
23     A.    I'm going to say it's a draft of a,
24 what appears to be a management letter comment
25 with the background and recommendation.  I          11:42:31

29 (Pages 110 to 113)

Mark Kirstein

Page 114

1  don't know if there's a subsequent draft or I
2  don't know if this went final, but it's
3  somewhere in the cycle of writing a management
4  comment.
5      Q.   Do you know whether you drafted      11:42:41
6  this or participated in the drafting of this
7  Exhibit 4090?
8      A.   I don't recall.
9      Q.   Was it a part of your work in the
10  1995 and later audits to participate in      11:42:58
11  that process, that is, the preparation of
12  management letters or management comment
13  letters?
14     A.   The "you" in that is Mr. Kirstein?
15     Q.   Yes.                               11:43:06
16     A.   Yes, it was.
17     Q.   You would review drafts, perhaps
18  comment on them that were prepared by less
19  senior individuals on the audit engagement?
20     A.   You're talking any year?           11:43:15
21     Q.   Well, in '95 and after have.
22     A.   '95, I don't recall what my role
23  was. In '96, '97 I believe I helped -- I know I
24  helped draft the initial version at least and
25  had a role in the review process.           11:43:26

Page 115

1      Q.   That may be helpful to me. Let me
2  make sure I understand the point.
3      Were there people in your
4  experience, Mr. Kirstein, in '95 and after in
5  the AHERF audit that did the drafting in the   11:43:37
6  first instance of management comment letters
7  that were below in seniority than the manager
8  level?
9      A.   Yes.
10     Q.   Then whatever those drafters put     11:43:50
11  together was, in turn, as a matter of a process
12  typically reviewed by managers and then
13  ultimately reviewed by the engagement partner?
14     A.   Yes.
15     Q.   So it could be that a Mr. Kocak or    11:44:02
16  somebody more junior to you in '95 or '96 took
17  a first attempt at portions of a management
18  comment letter draft?
19     A.   Yes.
20     Q.   Do you as you read this document    11:44:26
21  today, the two paragraphs that exist on page --
22  on Exhibit 4090, do you believe that you
23  prepared these or that someone else prepared
24  these, or do you have a reason for having a
25  belief?                                     11:44:38

Page 116

1      A.   I don't know.
2      Q.   You don't know whether you prepared
3  them or not?
4      A.   I don't know either way, no.
5      Q.   The note starts out by saying,      11:44:48
6  "System-wide, AHERF had 40 million of accounts
7  receivable older than 180 days at June 30, 1995
8  primarily in the Delaware Valley.
9      "During our audit, we noted that
10  the methodology used to calculate the bad debt  11:45:03
11  allowance was inconsistent between several
12  AHERF hospitals.
13     "The inconsistencies and the
14  methodologies were especially prevalent in the
15  Delaware Valley where the reserve percentages   11:45:16
16  were significantly lower than those at AGH.
17     "The variations between these
18  entities appear to cause difficulties in
19  analyzing the bad debt allowance which could
20  possibly result in an inadequate reserve in     11:45:29
21  future years."
22     Did I read that right?
23     A.   Yes.
24     Q.   Do you know who wrote this
25  document?                                   11:45:44

Page 117

1      A.   No.
2      Q.   I'm going to ask you to look back
3  at something that we looked at very early,
4  Exhibit 4077.
5      A.   Okay.                              11:45:57
6      Q.   Which, again, for those who may be
7  looking at this at some point in the future,
8  was headed AHERF A/R Delaware Valley, 10 of 66.
9      In particular, I'm going to ask you
10  to look at Bates page that ends 963 relating to   11:46:16
11  Allegheny General Hospital. 963.
12     I'm going to hand you a wonderfully
13  utilitarian yellow stickies and ask you to
14  place it there.
15     Could you read the heading of this       11:46:53
16  document for us?
17     A.   AGH Allowance for Doubtful
18  Accounts.
19     Q.   As of 6-30-95?
20     A.   Correct.                           11:47:00
21     Q.   In this chart, there is a total of
22  accounts receivable over 180 days by various
23  payors for both inpatient and outpatient
24  accounts at Allegheny General Hospital.
25     Then the total allowance for those      11:47:19

30 (Pages 114 to 117)

Mark Kirstein

Page 122

1  letter portion is the heading recommendation.
2  Do you see that?
3      A.  Yes.
4      Q.  It reads, "Due to the magnitude of
5  old accounts, we recommend that management      11:52:13
6  establish a system-wide methodology for
7  calculating the bad debt allowance using aging
8  percentages by payor based on actual historical
9  data.
10      "In addition, an allowance review      11:52:26
11  should be conducted on a periodic basis in
12  order to ensure assumptions used have not
13  changed as a result of changes in each
14  provider's environment."
15      Do you see that?      11:52:40
16      A.  Yes.
17      Q.  At the end it then says, "Through
18  the establishment of a consistent methodology
19  and periodic review, management will be better
20  able to analyze the bad debt allowances in the      11:52:50
21  future." Do you see that?
22      A.  Yes.
23      Q.  Why, if you know, was there an
24  emphasis on the magnitude of old accounts in
25  the draft?      11:53:02

Page 123

1      MR. RYAN:  Objection.
2      A.  I don't know who authored the
3  document.  It just appears to me referencing 40
4  million dollars up above, that there was an
5  increase from year to year.      11:53:27
6      Q.  Then why, whether you have a
7  recollection of it or not -- strike that.
8      Do you have a recollection of why
9  there was a recommendation about an allowance
10  review on a periodic basis?  Do you have a      11:53:32
11  recollection as you sit here today?
12      A.  My recollection generally of
13  talking to AHERF finance department about this,
14  I can't tell you it stems from this because I
15  don't know who authored this, is that we did,      11:53:51
16  we, C&L, talked to AHERF's department about
17  adopting a consistent methodology for bad debt
18  reserves, that management needs to own that.
19  In fact, I think in '95 that's when Cancelmi
20  went over there and had Robin Schaffer join and      11:54:05
21  they used to basically do a lot of the A/R
22  accounting.  We talked to them about the fact
23  that that's their responsibility.  You guys
24  ought to periodically look at the way that you
25  calculate bad debt reserves and the percentages      11:54:18

Page 124

1  that you use and the way that you estimate your
2  reserves, and basically that's just part of
3  their -- should become part of their control
4  environment.
5      Q.  Do you recall personally having      11:54:28
6  those conversations with Mr. Cancelmi?
7      A.  I can't give you a date, but,
8  generally, yes.
9      Q.  You think these occurred in 1995?
10      A.  I don't know if it was '95 or '96.      11:54:36
11      Q.  Then just above that, you refer to
12  aging percentages based on actual historical
13  data.  Why would that be important?
14      MR. RYAN:  Objection.  I'm not sure
15  the witness is referring to anything here.      11:55:00
16      A.  I don't know if I authored the
17  document, so --
18      Q.  Do you believe that basing aging
19  percentages by payor on actual historical data
20  would be important as you sit here today?      11:55:12
21      A.  As I sit here today, I think if --
22  I think what's important is that management of
23  the organization has a reasonable basis for
24  estimating the reserve.  If you're going to use
25  reserve percentages as one way to estimate      11:55:23

Page 125

1  that, you ought to consider historical data.
2  You also may have other variables you want to
3  consider.
4      Q.  Do you recall being frustrated or
5  concerned that AHERF was not doing the periodic      11:55:34
6  review that we just referred to of its
7  allowance, procedures and methodology?
8      A.  Not that I recall.
9      Q.  Do you ever recall being concerned
10  that AHERF's aging percentages were not based      11:55:48
11  on actual historical data?
12      A.  I don't recall that, no.
13      Q.  I'm going to ask you to reassemble
14  briefly that -- is that exhibit in your hands
15  4077?      11:56:11
16      A.  Yes.
17      Q.  If you could reassemble that,
18  leaving the stickers, that would be helpful.
19  And then hold before you that plus the exhibit
20  we just marked or just looked at, which was      11:56:29
21  4090.
22      And now do yet a third thing for
23  me, which is take Exhibit 7 from me, and I'm
24  going to ask you to briefly look at it and tell
25  me if you can identify it.      11:56:43

32 (Pages 122 to 125)

Mark Kirstein

Page 126

```
1       A.   Do you want me to read through the
2   section or just tell you generally what it is?
3       Q.   Do you generally recognize the
4   document, first?
5       A.   It appears to be a copy of the 1995    11:57:17
6   management letter.
7       Q.   From Coopers & Lybrand to the
8   Allegheny Health, Education and Research
9   Foundation Board of Trustees, is that correct?
10      A.   Correct.                    11:57:27
11      Q.   The kind of letter that might have
12  been generated from draft language like that in
13  Exhibit 4090?  Though, I'm not asking you to
14  tie the two together at this point.
15      A.   May have, yes.               11:57:37
16      Q.   I'm going to refer you to page
17  three in the middle of the base of the pages.
18  There's lots of numbers on here.
19          But if you look in the middle part
20  of the document, page three of the management  11:57:47
21  letter, which is Exhibit 7, it refers to the
22  deterioration of accounts receivable aging.  Do
23  you see that?
24      A.   Yes.
25      Q.   That is a part of the comments that  11:58:00
```

Page 127

```
1   Coopers & Lybrand is providing to AHERF's
2   board, is that right?
3          It is not yet the recommendation or
4   the response, but that's the comment?
5       A.   Can I read this for a second?    11:58:12
6       Q.   Sure.
7       A.   Okay.  The question was?
8       Q.   The comment or, rather, that the
9   text that appears after deterioration of
10  accounts receivable aging, which is underlined  11:59:40
11  in bold heading is Coopers & Lybrand's comment
12  as opposed to a recommendation or the
13  management's response.  Is that fair to say?
14      A.   I would say that Coopers & Lybrand
15  piece is that paragraph plus the          11:59:53
16  recommendation.
17      Q.   So the two together?
18      A.   Correct.
19      Q.   The piece directly beneath
20  deterioration of accounts receivable agings    12:00:04
21  reads, "During fiscal year 1995, the accounts
22  receivable agings deteriorated from those which
23  existed at June 30, 1994, approximately 18
24  million of Delaware Valley Hospital accounts,
25  net of established reserves, are greater than    12:00:21
```

Page 128

```
1   180 days old as of June 30, 1995."
2          Do you see that?
3       A.   Yes.
4       Q.   The math we did a few moments ago
5   would indicate that 36 million dollars of A/R   12:00:34
6   was net of established reserves at year-end, if
7   we did the math right?  Do you have any reason
8   to know why the number changed by the time it
9   got into the management letter in final form?
10          MR. RYAN:  Objection.          12:00:58
11      A.   I do not know the genesis of the 18
12  million dollar number in Exhibit 7.  But I also
13  can't sit here today and say that there has to
14  be a one-for-one correlation between this work
15  paper and this management letter.  It's         12:01:28
16  possible, again, keeping in mind that the audit
17  focuses on accounts receivable in its totality,
18  that there were other reserves that offset the
19  accounts receivable and are not reflected in
20  50969.                              12:01:44
21      Q.   So, in other words, you don't know
22  why the number is 18 million in the management
23  comment letter as opposed to any other number,
24  including 36 million?
25      A.   That's correct, I do not know that.  12:01:54
```

Page 129

```
1       Q.   The last line of the portion of the
2   management comment that is headed deterioration
3   of accounts receivable reads, "While the
4   established reserves appear reasonable, it
5   appears that management should increase its     12:02:12
6   efforts to pursue collection of these aged
7   accounts."  Is that right?
8       A.   That's what it says, correct.
9       Q.   At the end of your audit work for
10  fiscal year 1995, that is, Mr. Kirstein's audit  12:02:22
11  work, did you believe that sentence to be true?
12      A.   I don't know what I believed at the
13  end of 1995.  I don't have any reason to
14  disagree with that statement, but I also,
15  sitting here today, don't recall what           12:02:45
16  discussions I was having in 1995.
17          I can tell you that as part of our
18  audit efforts we got ourselves comfortable and
19  satisfied with our audit objectives and the net
20  realizable value of accounts receivable.        12:02:59
21      Q.   You said you didn't know the
22  genesis of the 18 million dollar number for the
23  Delaware Valley accounts receivable net of
24  established reserves greater than 180 days.
25          My question now is, do you recall     12:03:13
```

33 (Pages 126 to 129)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PENNSYLVANIA


THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
ALLEGHENY HEALTH, EDUCATION
& RESEARCH FOUNDATION,
      Plaintiff,
    vs.                Civil Action
PRICEWATERHOUSECOOPERS,   No. 00-684
LLP,
      Defendant.


      Continued Videotaped Deposition of

MARK D. KIRSTEIN, called for examination under

the Applicable Rules of Federal Civil

Procedure, taken before me, Michele E. Eddy, a

Registered Professional Reporter and Notary

Public in and for the State of Ohio, pursuant

to notice and stipulations of counsel, at the

offices of Jones Day, 222 East 41st Street,

Suite 400, New York, New York, on Wednesday,

the 12th day of May, 2004, at 9:00 a.m.

- - - - -

VOLUME II


- - - - -

Mark Kirstein                                                                                     Volume 2

Page 318

1      Q.    It's marked completed by
2   Mr. Christian?
3      A.    Yes.
4      Q.    Do the schedules that follow in
5   this work paper show a balance sheet approach      09:45:08
6   to reserving for bad debt as you've referred to
7   it?
8      A.    Can I take a minute and --
9      Q.    You may.
10     A.    -- review it?                             09:45:22
11        Yes, I believe it does.
12     Q.    I'm going to refer you now in
13  particular to page 1098 of the Exhibit 4387 and
14  to the note at the base of the page which I
15  think reads, "C&L does not propose an entry for   09:46:19
16  the difference between the two reserve
17  calculations because C&L has prepared an
18  additional analysis for the bad debt reserve
19  using AGH's reserve percentages and the client
20  has booked an additional reserve."                09:46:35
21        Did I read that accurately?
22     A.    Yes.
23     Q.    Did you ever see the additional
24  analysis for the bad debt reserve using AGH's
25  reserve percentages to which this note refers?    09:46:48

Page 319

1      A.    I don't recall seeing that, but --
2   as I said earlier, I don't know if that's what
3   I would have expected.
4        I do recall myself, Bill Buettner
5   and Brian Christian reviewing accounts           09:47:05
6   receivable over a two-day period at the end of
7   the audit that resulted in discussions with
8   management about them booking the additional
9   reserve that we've talked about.
10     Q.    We'll come to that.                       09:47:16
11     A.    Okay.
12     Q.    Pointing you directly above the
13  note, there are two phrases and two sums and
14  then a difference.  Reserve using final billed
15  aging with a roughly 15.058 million dollar        09:47:33
16  amount and then reserve using discharge date
17  with a roughly 15.639 reserve amount.
18        Do you see those?
19     A.    Yes.
20     Q.    And then the difference is roughly       09:47:49
21  $580,000, is that right?
22     A.    Correct.
23     Q.    That is a difference generated from
24  the methodology change that we discussed
25  yesterday, as you understand it, am I right?      09:48:03

Page 320

1      A.    That's the mathematical difference
2   from that on this schedule.
3      Q.    I'm handing you now Exhibit 4023.
4   I know you've been anticipating it.  It is a
5   work paper from Coopers & Lybrand's audit file    09:48:49
6   for -- for the audit pertaining to the 6-30-96
7   financial statements at AHERF headed with the
8   name Bucks Inpatient Bad Debt Analysis?
9      A.    Correct.
10     Q.    And Bucks was indeed a Delaware         09:49:00
11  Valley Obligated Group hospital, as you recall
12  it?
13     A.    At June 30th.
14        I assume when you're asking that
15  you mean June 30th because there was no           09:49:19
16  obligated group prior to sometime in June of
17  '96.
18     Q.    That's what I mean.
19     A.    Just being clear.
20     Q.    It is, again, another work paper         09:49:19
21  that is marked as reviewed by you and as last
22  modified by you?
23     A.    Yes.
24     Q.    And Mr. Christianson, at least by
25  the notation on the document, apparently          09:49:30

Page 321

1   completed the work paper, is that right?
2      A.    Christian, but yes.
3      Q.    Did I use an S, an extra S?
4      A.    You called him Christianson.
5      Q.    I'm sorry.                               09:49:39
6      A.    He'll forgive you.
7      Q.    I apologize to Mr. Christian in
8   absentia.
9        I'm going to flip you -- or ask you
10  to flip with me to the Bates label page ending   09:49:50
11  with the number 993.
12     A.    Mind if I peruse it briefly?
13     Q.    Please, go ahead.
14     A.    Okay, you want me at 993?
15     Q.    Yes, please.                             09:50:37
16        Again we have the same difference
17  calculated for Bucks, that is the reserve using
18  the final billed aging and the reserve using
19  the discharge date, am I right, the same kind
20  of calculation?                                   09:50:49
21     A.    The same kind of calculation.
22     Q.    We have indeed the same note which
23  reads, "Although there is a difference between
24  the reserves because of the change in aging
25  methodology, C&L does not propose an entry.       09:51:02

Mark Kirstein

Page 322

1  C&L has prepared an additional analysis that
2  uses AGH reserve percentages and the client has
3  booked" additional reserve -- "an additional
4  reserve for bad debt."  Is that right?
5      A.    Yes.                        09:51:14
6      Q.    Have I read that accurately?
7      A.    Yes.
8      Q.    I will represent to you that we
9  have a number of additional work papers that
10 relate to St. Chris and other Delaware Valley    09:51:24
11 Obligated Group hospitals at 6-30-96 that do
12 not include such a note, and as we are going to
13 be together a number of hours more, I didn't
14 think it necessary to show them to you.
15        Do you have any idea why those       09:51:40
16 hospitals would not have the same note in their
17 schedules of similar substance?
18        MR. RYAN:  Objection to the lack of
19 foundation.
20     A.    I don't recall a reason.          09:51:52
21        MR. JONES:  Let's take a morning
22 break here.
23        THE VIDEOGRAPHER:  Off the record
24 at 9:52.
25        (Recess had.)

Page 324

1      A.    Correct.
2      Q.    Again, it is a document that has
3  been marked as reviewed and last modified by
4  you?
5      A.    Correct.                     10:15:22
6      Q.    And completed by Mr. Christian?
7      A.    Yes.
8      Q.    Can you generally describe what
9  this work paper is for us?
10     A.    Can I take a look at it, please?    10:15:22
11     Q.    Yes.
12     A.    It can't get any smaller, I know
13 that.
14        It appears to be a balance sheet
15 approach to estimating a reserve that      10:15:22
16 management completed for AGH as of June 30th,
17 1996.
18     Q.    Do you recall seeing the document
19 before today?
20     A.    No.                          10:15:23
21     Q.    I'm going to ask you to flip back
22 with me to Exhibit 4387, which is I believe a
23 set of schedules that we've looked at earlier
24 today for Hahnemann University Hospital.
25        Have you got that one in front of     10:15:23

Page 323

1      Q.    Mr. Kirstein, I'm going to hand you
2  back just for a moment Exhibit 4023, the one
3  that we were referring to when we took our
4  morning break, and just ask you if the note on
5  page 993, which starts "although there is a      10:15:20
6  difference between the reserves" was drafted in
7  the first instance by you?
8      A.    Your question is did I draft it?
9      Q.    Yes.
10     A.    I don't recall.                10:15:20
11     Q.    Do you know who did draft it?
12     A.    No.  I told you Brian Christian did
13 the detail work.  That would be my expectation
14 that he did, but that doesn't mean that he did.
15 I just don't recall.                    10:15:21
16     Q.    Mr. Kirstein, I've now handed you
17 Exhibit 1520.  Do you recognize this document
18 as another work paper relating to the June 30,
19 '96 -- or the audit of the January 30, '96
20 financial statements at AHERF with the name     10:15:21
21 Inpatient and Outpatient Bad Debt Reserve
22 Analysis?
23     A.    Yes.
24     Q.    It refers in particular to
25 Allegheny General Hospital, is that correct?     10:15:22

Page 325

1  you?
2      A.    Yes.
3      Q.    Keeping the AGH schedule, Exhibit
4  1520, nearby, would you look with me at page
5  ending 1101 of Exhibit 4387?  That's 1101.      10:15:23
6      A.    Okay.
7      Q.    What do we have presented here on
8  this page in the Hahnemann University
9  schedules?
10     A.    That looks to be reserve          10:15:24
11 percentages by aging category by payor.
12     Q.    Do you know who developed these
13 percentages?
14     A.    I don't recall, but I believe
15 management provided this information to Coopers   10:15:24
16 & Lybrand, so someone at AHERF.
17     Q.    Do you know what information they
18 used to develop the percentages?
19     A.    You would have to ask management
20 that.                                10:15:24
21     Q.    Did you ask management that?
22     A.    I don't recall specifically asking
23 that.
24     Q.    Do you know if anybody at Coopers &
25 Lybrand did?                          10:15:24

Mark Kirstein                                          Volume 2

**Page 346**

1  referred to at year-end?
2       MR. RYAN:  Objection to form.
3       A.   I think this is one factor that was
4  considered, keeping in mind that 17.5 million
5  dollar adjustment is the result of C&L          10:40:19
6  conducting our audit procedures, not just on
7  these reserve tables, but all the other audit
8  procedures we've talked about, like subsequent
9  cash and the analytics and bad debt reserves
10  and sitting down and looking at it             10:40:35
11  collectively.  So looking at the control issues
12  we were aware of, looking at the audit testing,
13  looking at the information we had in front of
14  us.  And this would be one piece of information
15  that we were aware of at that time.            10:40:43
16       Q.   Do you recall ever putting a number
17  to it, though?
18       A.   To what?  What's the "it"?
19       Q.   To the MCPH/EPPI --
20       A.   Okay.                               10:40:53
21       Q.   -- self pay reservation that we've
22  just been discussing.  Do you ever remember
23  putting a number to that that was then included
24  in some set of numbers that added to 17 or 17.5
25  million dollars?                              10:41:07

**Page 347**

1       A.   No, I don't recall putting a number
2  to that, but I don't think that was the
3  objective.  Again, the 17.5, as I recall it, is
4  the result of dialogue with C&L and management
5  as to what we think might be a reasonable      10:41:21
6  estimate for their reserve for bad debts to
7  assess their accounts in net realizable value.
8       Q.   I'm going to ask you to flip back
9  to 4201.  I believe you have it.  It was the
10  AHERF bullet points with lots of handwriting   10:42:03
11  that I think we attributed to Mr. Buettner.
12       It's the next one.  There we go, at
13  least that looks like it from here.
14       A.   Okay, I think that's it.
15       4201?                                    10:42:15
16       Q.   Yes.
17       A.   Got it.
18       Q.   I'm going to direct your attention
19  now on Exhibit 4201, Mr. Kirstein, to the sixth
20  item in Mr. Buettner's list.  It is indeed     10:42:31
21  headed MCPH.  Can you read the note for me?
22       A.   "Aging must be revised, not
23  included for third-party billings."
24       Q.   That's the same phenomenon we've
25  just been discussing?                         10:42:46

**Page 348**

1       A.   I'd call it a fact, not a
2  phenomenon, yes.
3       Q.   Do you recall specific
4  conversations with Mr. Buettner about this
5  topic?                                        10:42:57
6       A.   I don't recall specific
7  conversations, but I've told you, as I said a
8  couple questions ago, the audit team, me
9  included and Bill Buettner, were aware of
10  this -- were aware of the reserve methodology,  10:43:07
11  I believe at least in '95 and definitely in
12  '96.
13       - - - - -
14       (Thereupon, Deposition Exhibit 4388
15  was marked for purposes of
16  identification.)
17       - - - - -
18       Q.   Mr. Kirstein, we've just handed you
19  Exhibit 4388, another work paper related to
20  MCPH and its bad debt reserve, at least by     10:43:48
21  name.  Can you take a minute to review the work
22  paper and then we'll have a few questions.
23       A.   Okay.
24       Okay.
25       Q.   This is a document that includes    10:44:31

**Page 349**

1  the letters in its -- on its face page, PBC.
2  In audit speak, that means prepared by client?
3       A.   Correct.
4       Q.   Do you recall reviewing this
5  schedule in connection with your work on the    10:44:43
6  AHERF audit for 1996?
7       A.   No, I do not.
8       Q.   Do you know how this schedule
9  works?
10       A.   I haven't looked at it until you     10:44:51
11  just handed it to me, so no.
12       Q.   Do you recall seeing it at any
13  time?
14       A.   I don't recall seeing it.
15       Q.   Handing you now what we've marked    10:45:40
16  as Exhibit 4028, do you recall seeing this
17  document before today?  It is a work paper that
18  by name refers to EPPI bad debt reserve, client
19  methodology.
20       A.   I don't recall seeing it prior to    10:46:00
21  today.
22       Q.   Do you know what the notation on
23  the second page means?
24       The document is marked as reviewed
25  by you and last modified by you, is that right?  10:46:14

19 (Pages 346 to 349)

Page 350

1    A.    Correct.
2    Q.    On the second page, the notation
3  next to the total reserve amount at EPPI has a
4  figure of 1.2 million and change and then a
5  figure in the right-hand margin.  Is that a        10:46:28
6  work paper number, to your recollection, or is
7  that some adjustment to the total?
8    A.    You mean the 53-157?
9    Q.    Yes.
10   A.    I think that's a reference to work      10:46:41
11  paper 53-157.
12   Q.    Mr. Kirstein, we're handing you now
13  Exhibit 1075, which is a working paper with the
14  name MCPH, East Falls, Inpatient Bad Debt
15  Analysis, 6-30-96 Using HUH Methodology.          10:47:18
16        Did I at least read the name right?
17   A.    Yes.
18   Q.    I'm sorry, there are a number of
19  work papers here attached, but that's at least
20  the first one.  They're combined into one         10:47:35
21  document.
22   A.    I'm sorry?
23   Q.    I was informing you that if you
24  take a moment to review the document, as I'm
25  going to ask you to, you'll see that there are    10:47:43

Page 351

1  two or three documents here combined into one
2  set of work papers.
3    A.    Okay.
4    Q.    The working paper names appear to
5  be similar.  For instance, if you skip to page    10:47:52
6  1184, you'll see the working paper name MCP
7  East Falls Outpatient Bad Debt Analysis 6-30-96
8  Using HUH Methodology.
9    A.    Correct.
10   Q.    So if you'll take a moment to        10:48:06
11  familiarize yourself with the document.
12   A.    Okay.
13   Q.    Do you recall seeing this document
14  before today?
15   A.    No, I do not.  Well, you know,       10:49:13
16  sometime in prep I did see.  I don't know if it
17  was all three of them.  I've seen something
18  related to using the Hahnemann HUH methodology
19  sometime during prep.
20   Q.    It may be one of these documents?    10:49:25
21   A.    It's one of these documents, I
22  don't know which one.
23   Q.    It again has the heading PBC at
24  least on the first page?
25   A.    Correct.                          10:49:33

Page 352

1    Q.    The inpatient -- what is it that
2  these sets of schedules attempt to accomplish,
3  as you understand them?
4    A.    They appear to be schedules
5  prepared by AHERF management to estimate what    10:50:05
6  the reserve may be at the hospitals, MCP and
7  EPPI, using a balance sheet approach, balance
8  sheet methodology like we've talked about
9  earlier today.
10   Q.    And, in fact, it calculates -- the  10:50:23
11  reserve calculated for inpatients at page
12  ending 181 is roughly 8.5 million dollars?
13   A.    That's what it says, yes.
14   Q.    The reserve for outpatient accounts
15  at page 185 is roughly 8.9 million dollars?      10:50:44
16   A.    Correct.
17   Q.    And the -- that is -- those are
18  both at MCPH, right?
19   A.    I think so.  Hold on.  Yes.
20   Q.    And the reserve for accounts at     10:50:58
21  EPPI, E P P I, Eastern Pennsylvania Psychiatric
22  Institute, is roughly 4.2 million dollars?
23   A.    Correct.
24   Q.    I'll represent to you that those
25  total to more than 21 million dollars.           10:51:23

Page 353

1        I'm going to ask you now to flip
2  back to the client work papers that we just
3  marked for EPPI and MCPH and ask you to tell me
4  the reserve that they generate --
5    A.    Wait.                            10:51:45
6    Q.    -- for MCPH and EPPI.
7    A.    But why are you calling these
8  client work papers?  They all have PBC, so
9  they're all prepared by the client.
10   Q.    I understand.  I just meant to      10:51:53
11  refer you back to the prior two exhibits.  I
12  wasn't making a particular -- noting for
13  particular importance the phrase client work
14  paper.
15   A.    But that does mean something to an   10:52:03
16  auditor.  Dan Cancelmi and Schaffer and them
17  prepared them and we just audit them, okay?
18   Q.    I understand your position.  I
19  guess I just want to make sure we've got the
20  right exhibit numbers.                          10:52:16
21        Exhibit 4388 generates a reserve
22  calculation of a little more than 2 million
23  dollars at MCPH.  And Exhibit 4028 generates a
24  reserve calculation at EPPI at a little over
25  1.2 million dollars.  Am I right?  Maybe I'm     10:52:34

20 (Pages 350 to 353)

Mark Kirstein

Page 354

1  not. Did I read the wrong number?
2      A.    1.2 is right.
3      Q.    Yes, the 1.2 is right.
4      A.    What did you say for the other one?
5      Q.    Why don't you tell me what the            10:52:47
6  reserve is that's calculated.
7      A.    Let me see if I can find it.
8          I don't know, is it the total on
9  1196 as 2.9?
10     Q.    That's the number.  2.99?            10:53:06
11     A.    You're asking me to authenticate
12 the document?
13     Q.    No, I'm asking you --
14     A.    That's a number that's there.  I
15 mean, it says total reserve.  I think that's    10:53:12
16 what it reads.  It's hard to read.  2.936,
17 2.930, something like that.
18     Q.    That's the number I want you to
19 tell me.
20         That's the number at which            10:53:21
21 hospital?
22         MR. RYAN:  Objection.
23     A.    MC -- the schedule is labeled
24 Medical College.  MCP.
25     Q.    The exhibit number is?            10:53:28

Page 355

1      A.    4388.
2      Q.    The 1.2 million is at EPPI?
3      A.    Correct.
4      Q.    And the exhibit number is?
5      A.    4028.            10:53:36
6      Q.    Do you recall discussing this
7  difference, that is, the difference between the
8  21 million dollar figure generated from the HUH
9  methodology or the Hahnemann University
10 methodology and the figures generated in the    10:53:53
11 two work papers we just mentioned, the 2.9
12 million dollar figure and the 1.2 million
13 dollar figure?
14         MR. RYAN:  Objection to the lack of
15 foundation that this is an appropriate            10:54:10
16 comparison.
17     Q.    Do you recall discussing the
18 difference in the figures generated?
19     A.    With whom?
20     Q.    With anyone during your audit work    10:54:24
21 in connection with AHERF in fiscal year -- for
22 fiscal year 1996.
23     A.    No.
24         As I said earlier, I generally
25 recall discussing with management the matter    10:54:27

Page 356

1  that they age using self pay accounts and
2  recommending that they should consider using
3  balance sheet methodology similar to the other
4  hospitals.
5      Q.    Let me ask you to flip to, in            10:55:09
6  Exhibit 1075, page 1191.  Do you see the
7  outpatient reserve figure there?
8      A.    Yes.
9      Q.    Generated from the Hahnemann
10 University comparison of 4.2 million dollars?    10:55:32
11     A.    Yes.
12     Q.    I'm sorry, is that EPPI?
13     A.    Yes, this is an EPPI schedule.
14     Q.    On 1185 of the same exhibit, 1075,
15 we have an 8.9 million dollar figure for MCPH    10:56:05
16 outpatient accounts.  Is that right?
17     A.    Yes.
18     Q.    Do you recall making any comparison
19 between any of these Hahnemann methodology
20 generated numbers and any of the numbers            10:56:36
21 generated by the other -- other numbers
22 generated by the client at MCPH and EPPI?
23     A.    Do I recall doing that?
24     Q.    Yes.
25     A.    No.            10:56:46

Page 357

1      Q.    Do you recall being concerned about
2  or having discussions with anyone about the
3  outcome of any such comparison?
4      A.    No.  I mean, what I recall is that
5  it was generally understood that MCP and EPPI    10:57:00
6  used the same pay aging.
7          I recall that management, finance,
8  Dan Cancelmi and Robin Schaffer and others
9  monitored the accounts receivable on a regular
10 basis.  They were aware of different issues as    10:57:12
11 well.  And I was aware that we conducted our
12 audit to try to assess the net realizable value
13 of the accounts receivable as a whole, not line
14 by line, payor by payor.
15     Q.    Do you recall advising that such a    10:57:32
16 comparison be made, either your colleagues or
17 anyone at AHERF?
18     A.    No.  I mean, I've told you a couple
19 times I recall discussions with AHERF finance
20 that they should consider changing the way that    10:57:46
21 they calculate their reserve estimate.  It's
22 not my job to tell them what they should do on
23 a daily basis, but I also know that Dan
24 Cancelmi and Robin Schaffer came from an
25 accounting background and Dan used to audit            10:58:02

21 (Pages 354 to 357)

Mark Kirstein                                                    Volume 2

Page 358

1  with us. So he's a smart guy, too. He knows
2  how to account for reserves and he can do
3  whatever analysis he wanted to do to close his
4  books. That's his job.
5      Q.  Do you know why the comparison with    10:58:14
6  the HUH methodology with the 8 million dollar
7  sum, the 8.5 million dollar sum, the 8.5
8  million dollar sum, the 8.9 million dollar sum,
9  the 4.3 million dollar sum, all of which total
10  21 million dollars or a little more than that,    10:58:28
11  were included in the work papers?
12      A.  I don't recall why they were
13  included in the work papers. Earlier we talked
14  that generally, I think you showed me some
15  documents that we anticipated wanting to look    10:58:42
16  at the reserves from using a balance sheet
17  approach, and that appears to be what this is.
18  So that's a possible explanation for why
19  they're in the work papers.
20      MR. JONES:  Let's take our next    10:58:56
21  break here.
22      THE VIDEOGRAPHER:  Off the record
23  at 10:59. This is the end of videotape number
24  one, volume two.
25      (Recess had.)

Page 359

1           - - - - -
2      (Thereupon, Deposition Exhibit 4389
3  was marked for purposes of
4  identification.)
5           - - - - -    11:14:19
6      THE VIDEOGRAPHER:  On the record at
7  11:16. This is videotape number two, volume
8  two.
9      Q.  Mr. Kirstein, we've just handed you
10  a new exhibit, Exhibit 4389, which starts with    11:16:23
11  the Bates label CL001200. And it is a working
12  paper headed Reserve for Bad Debts
13  Reconciliation dash MCP and EPPI for year-end
14  6-30-96. Is that correct?
15      A.  Yes.    11:16:46
16      Q.  Would you take a moment to review
17  this document, and then I'll have a very few
18  questions about it for you.
19      A.  Okay.
20      Okay.    11:17:31
21      Q.  I note on the face page that the
22  document is marked as reviewed by you and last
23  modified by you. Is that right?
24      A.  Yes.
25      Q.  Do you have any doubt you saw it    11:17:38

Page 360

1  during the year 1996 audit work for AHERF?
2      A.  It's a work paper in the accounts
3  receivable work. I can't sit here today and
4  tell you I saw it.
5      Q.  I'm asking, though, by virtue of    11:17:52
6  the fact that the computer system has marked
7  you as having reviewed the document and having
8  last modified it, do you doubt now that you did
9  see it during that time period?
10      A.  The only reason I -- if you    11:18:04
11  understand what reviewed means -- I mean, I
12  reviewed the entire accounts receivable area.
13  This is certainly in there, it was available
14  for me to review. I don't recall if I saw this
15  specific document or not.    11:18:15
16      Q.  Does the last modified by category,
17  which has your name next to it, indicate to you
18  that you actually did open up the document and
19  look at it?
20      A.  No, not necessarily. We talked    11:18:26
21  yesterday how if you checked the reviewed, it
22  could -- it shows as modified.
23      Q.  That could be the case?
24      A.  It could be, yes.
25      Q.  My question now is, having had a    11:18:37

Page 361

1  chance to look at it, do you believe you've
2  seen it before today?
3      A.  I don't recall.
4      Q.  Do you recognize what kind of work
5  paper it is?    11:18:49
6      A.  What do you mean by that?
7      Q.  Can you describe -- is this a bad
8  debt roll-forward or a series of them?
9      A.  I've heard that term used and this
10  looks similar to a bad debt roll-forward, yes.    11:19:07
11      Q.  I'm going to ask you to turn to
12  page 1021, which is headed Allegheny University
13  Hospitals East Falls, formerly NCC, Inpatient.
14  Do you see that?
15      A.  Yes.    11:19:29
16      Q.  It says, "Summary of reserves for
17  bad debts." Is that right?
18      A.  Yes.
19      Q.  And MCC is what -- the hospital
20  we've been referring to as MCPH as well,    11:19:37
21  correct?
22      A.  I think that's right, yes.
23      Q.  This schedule or roll-forward
24  appears to show both a calculated reserve
25  amount and an adjusted ending balance in the    11:19:48

22 (Pages 358 to 361)

Mark Kirstein

Page 362

1   reserve in two columns on the right-hand side
2   of the page; is that right?
3       A.   That's what those are titled, yes.
4       Q.   The calculated reserve for MCC or
5   MCPH inpatient appears to have been 2.9          11:20:05
6   million.  And the actual amount in the ending
7   balance in the reserve account appears to be
8   2.85 million or 2.86 million.  Is that right?
9       A.   Yes.
10      Q.   I'm going to ask you to flip the      11:20:20
11  page to 1202.  And this appears to be the
12  similar schedule for East Falls or EPPI, E P P
13  I.  Is that right?
14      A.   Yes.
15      Q.   And it notes a calculated reserve     11:20:32
16  amount of 1.2 million dollars.
17      A.   Right.
18      Q.   And an actual or ending balance in
19  the reserve account of a little less than
20  $500,000; is that right?                        11:20:45
21      A.   478,000, yes.
22      Q.   Then finally on the last page of
23  the document, 203, we have the same or similar
24  schedule for East Falls, formerly MCC,
25  outpatient with a calculated reserve of 2.47    11:21:01

Page 363

1   million dollars.
2       A.   Correct.
3       Q.   And an ending balance of 3.2
4   million dollars.
5       A.   Yes.                                   11:21:11
6       Q.   If you sum those actual figures
7   together, that is, the amount of booked bad
8   debt reserve for each of these three schedules,
9   or reflected on each of these three schedules,
10  the 2.85 million dollar figure, the $478,000    11:21:33
11  figure and the 3.15 million dollar figure, I
12  will represent to you that you get about 6.5
13  million dollars.
14      A.   Okay.
15      Q.   That amount is roughly 15 million     11:21:46
16  dollars less than the 21 million dollar and
17  change figure that was generated from the
18  Hahnemann University reserve calculation at
19  MCP/EPPI.
20           Are you following my math?            11:22:07
21      A.   Yes.
22      Q.   Do you recall ever becoming aware
23  of that disparity or that difference?
24      A.   No.  But that goes back to the
25  scope of our audit procedures that we discussed 11:22:18

Page 364

1   earlier as to what they were geared towards in
2   terms of auditing the net realizable value.
3       Q.   Do you recall ever discussing the
4   15 million dollar difference with anyone?
5       A.   No.  I'm not sure that's something   11:22:38
6   that was within what we were trying to
7   accomplish.
8       Q.   Do you recall ever learning that
9   anyone proposed a 15 million dollar adjustment
10  or roughly 15 million dollar adjustment to the  11:22:48
11  bad debt reserve at EPPI and MCC or MCPH at any
12  time during your 1996 work?
13      A.   I don't recall.
14      Q.   Do you recall whether this 15
15  million dollar difference was one of the        11:23:12
16  building blocks that led to the 17.5 million
17  dollar proposed adjustment?
18           MR. RYAN:  Objection.
19      A.   Yes, I don't view -- I follow your
20  math.  I don't view it as a difference.  I      11:23:27
21  mean, they're two different calculations that
22  management provided or -- let me finish --
23  management did to estimate what they wanted to
24  record as a reserve.  So that is to the first
25  point.                                          11:23:41

Page 365

1            To the second point, I think I've
2   said a couple of times, all of these factors
3   were considered in coming up to our conclusion,
4   C&L's conclusions related to the accounts
5   receivable area.  And clearly the MCP using     11:23:54
6   reserve methodology based on the self pay was
7   one of the factors that we were aware of.
8       Q.   But my question was a little more
9   precise.  Using the word difference only meant
10  in the mathematical sense, one figure less      11:24:07
11  another leads to a difference.
12      A.   Okay.
13      Q.   All I'm getting at now is do you
14  specifically recall that as a part of your
15  two-day meeting with Mr. Buettner or in some    11:24:15
16  other way that you used a 15 million dollar
17  figure in round numbers as a part of the 17
18  million dollar adjustment to total -- to get to
19  the 17 million dollar adjustment?
20      A.   No.  I mean, I don't recall           11:24:37
21  specifically making that link.
22      Q.   And I mean the 15 million dollars'
23  difference related to this MCPH/EPPI
24  calculation with the Hahnemann model.
25      A.   I understand the difference.  I'm     11:25:02

23 (Pages 362 to 365)

Mark Kirstein

Page 386

1  the right bill date. Why has it got the
2  balance on it. How are you guys dealing with
3  this. And any outcome of that test is, again,
4  I think it's a controls test. So if as a
5  result of the test Brian became aware of    11:50:11
6  potential issues around things that are cited
7  like contractual allowances or not
8  reclassifying things to self pay or not taking
9  write-offs on a timely basis, those would be
10  raised as potential control matters to be    11:50:23
11  considered as a part of the accounts receivable
12  audit.
13     Q.  Do you know whether any of the high
14  dollar accounts identified by Mr. Gedman or
15  anybody else were written off as a consequence    11:50:33
16  of your year-end audit work for fiscal year
17  1996?
18     MR. RYAN: Objection.
19     A.  I don't know.
20     Q.  Do you recall discussing write-offs    11:50:45
21  at year-end 6-30-96 of high dollar accounts
22  with anyone or potential write-offs at AHERF or
23  at C&L?
24     MR. RYAN: Objection.
25     A.  No, I do not.    11:50:56

Page 387

1     Q.  Do you recall -- strike that.
2        Do you recall adjusting the
3  reserves at year-end 6-30-96 to account for the
4  existence of high dollar accounts like those
5  provided by Mr. Gedman in this exhibit?    11:51:19
6     A.  I'm not sure I understand your
7  question.
8     MR. RYAN: Objection.
9     Q.  Do you recall proposing an
10  adjustment to the bad debt reserve at AHERF    11:51:28
11  hospitals to account for the existence of high
12  dollar accounts like those we see in Exhibit
13  4027?
14     MR. RYAN: Objection. I still
15  don't think that makes any sense.    11:51:41
16     Q.  Let me try it one last time because
17  making sense is my goal.
18        Do you recall proposing an
19  adjustment to AHERF or discussing the proposing
20  of an adjustment to AHERF to the allowance for    11:51:52
21  doubtful accounts at AHERF hospitals for the
22  existence on those hospitals' books of high
23  dollar accounts, aged high dollar accounts?
24     MR. RYAN: Same objection.
25     A.  No. But I don't think that's    11:52:10

Page 388

1  something that you would do. I think the aged
2  high dollar accounts, first of all, is normal
3  and expected for a hospital the size of all the
4  AHERF hospitals. Most -- two or three of them
5  being academic medical centers that do some    11:52:26
6  very significant procedures. So it is normal
7  to have high dollar accounts. It's normal to
8  have some of them age and sometimes those take
9  time. So, first of all, to have that is
10  normal.    11:52:37
11        The tests that you're looking at
12  here, I believe, is a test of controls. And
13  that is we, the auditors, are looking to see if
14  management has the controls and if those
15  controls are operating as expected around the    11:52:47
16  accounts, the patient accounts. And all of
17  that gets factored into our overall assessment
18  of the accounts receivable which we've talked a
19  couple times about at the end of the day there
20  was a proposed adjustment that management made.    11:52:59
21     Q.  Can you tell me any dollar amount
22  that was a portion of the 17 or 17.5 million
23  dollar adjustment proposed at year-end fiscal
24  1996 that is attributable to, in your view,
25  aged high dollar receivables?    11:53:15

Page 389

1     MR. RYAN: Objection.
2     A.  I can't give you a specific amount
3  the 17.5 attributes to that.
4     - - - - -
5     (Thereupon, Deposition Exhibit 4390
6     was marked for purposes of
7     identification.)
8     - - - - -
9     Q.  Mr. Kirstein, I've handed you
10  Exhibit 4390, another work paper from the    11:54:47
11  6-30-96 audit work or work related to the
12  6-30-96 ending fiscal year at AHERF, this one
13  named Delaware Valley Inpatient Days in A/R
14  Analysis, 6-30-96.
15        Have I at least identified the    11:55:03
16  document right?
17     A.  Yes, sir.
18     Q.  It is again marked reviewed by you
19  and last modified by you?
20     A.  Yes.    11:55:10
21     - - - - -
22     (Thereupon, Deposition Exhibit 4391
23     was marked for purposes of
24     identification.)
25     - - - - -    11:55:22

Page 390

```
 1      Q.   Handing you 4391 as well, and it
 2  has a heading, a work paper named Delaware
 3  Valley Outpatient Days in A/R, 6-30-96, again
 4  marked as reviewed by you and last modified by
 5  you.  Is that right?              11:55:46
 6      A.   Yes.
 7      Q.   Let's look at 4390 first.  Could
 8  you take a peek at the short one-page schedule
 9  and tell me if you can identify it for me.  And
10  then if you would look at 4391 because I     11:56:11
11  believe they're similar, I think we can move
12  this along as expeditiously as possible.
13      A.   Yes, they both appear to be
14  calculating the days in A/R as they're titled,
15  one for inpatient and one for outpatient.    11:56:31
16      Q.   What is the phrase -- I'm sorry,
17  finish your answer.
18      A.   I was going to say although 4391
19  does have, it looks like a typo.
20      Q.   Yes.                    11:56:45
21      A.   If you look at 4321 it says
22  inpatient days, but the heading is outpatient
23  days.
24      Q.   I saw that as well.
25      A.   I assume that's a typo.    11:56:52
```

Page 391

```
 1      Q.   My question for you, can you
 2  describe for the jury, or anyone else that
 3  might view this videotape, what days in A/R
 4  means at Coopers & Lybrand in this time period,
 5  or meant?                         11:57:00
 6      A.   Days in A/R means -- I think it's
 7  just a general term in finance, not just
 8  Coopers & Lybrand.  But it's the -- it's just
 9  an average, an analytic that you can look at
10  for how many days are sitting in accounts    11:57:14
11  receivable at a point in time.  In this case
12  June 30th, '96 there's a balance.  Does that
13  represent 30 days of your business, you know, a
14  hundred days of your business.
15      Q.   It is a calculation, first, of net    11:57:26
16  revenue days.  And then that's compared to the
17  average outstanding A/R balance?
18      MR. RYAN:  Objection.
19      A.   I think what you're looking at
20  here -- there might be multiple ways to       11:57:39
21  calculate it.  I'm certainly not an expert
22  sitting here in how to calculate these in A/R,
23  but this is what I recall doing.  This is
24  just -- the way to calculate it is to calculate
25  the average revenue per day.  So what's your    11:57:49
```

Page 392

```
 1  sales per day.  In a hospital it happens to be
 2  treating patients.  But in retail, it could be
 3  buying widgets.  What's your average A/R
 4  balance and you divide the two out.
 5      So on 4229, East Falls is showing        11:58:01
 6  that based on the average revenue per day,
 7  there's 113 days in accounts receivable at that
 8  point in time.
 9      Q.   That's on Exhibit 4390?
10      A.   Yes.                    11:58:13
11      Q.   Why do you calculate the statistic,
12  or why did Coopers & Lybrand calculate the
13  statistic at AHERF or for AHERF in fiscal year
14  '96?
15      A.   We've talked a couple times about    11:58:25
16  analytical analysis.  Days in A/R was one of
17  the analytics that we considered as part of our
18  overall package in looking at the accounts
19  receivable balances.
20      Q.   Was this percentage or this figure,    11:58:37
21  rather, days in A/R, compared by anyone at
22  Coopers & Lybrand to other hospitals or any
23  other group of hospitals?
24      A.   I don't recall a specific step to
25  do that.  I do believe it was discussed amongst    11:58:58
```

Page 393

```
 1  the audit team, particularly Bill Buettner,
 2  myself, Brian Christian as part of our overall
 3  summary of receivables.  So sitting in that
 4  room, you do have collective experience in the
 5  industry like Bill Buettner, who focused in on    11:59:11
 6  the industry, and myself, who had some past
 7  experience as well.
 8      Q.   So there was a discussion that you
 9  recall of days in A/R at AHERF hospitals as
10  reflected in 4390 and 4391 as compared to days    11:59:25
11  in A/R at other hospitals?
12      A.   I didn't say --
13      MR. RYAN:  Objection.
14      A.   I didn't say I recall specific
15  discussion.  I said days in A/R definitely was    11:59:35
16  discussed in that meeting.  And sitting in that
17  room I cannot recall a specific one for one
18  comparison.  But I think it's important to
19  understand that, you know, in that room you
20  have experienced people like Bill Buettner who    11:59:49
21  do bring industry knowledge to the table and
22  has other healthcare clients.  So while maybe
23  there's not a work paper that shows that, it's
24  inherent in the iterative audit process that
25  that sort of information is capable to be    12:00:01
```

30 (Pages 390 to 393)

Mark Kirstein                                                      Volume 2

Page 394

1  considered.
2      Q.   You had experience with other
3  hospitals as well, did you not?
4      A.   Smaller hospitals.  None the size
5  of AHERF, but yes.                          12:00:10
6      Q.   Do you recall being troubled by,
7  with your industry experience, the days in A/R
8  calculated for AHERF hospitals?
9          MR. RYAN:  Objection.
10     A.   No, I don't recall that.           12:00:22
11     Q.   Do you recall any discussions with
12 Mr. Buettner or anybody else on the engagement
13 team about concern over the days in A/R at
14 AHERF hospitals?
15         MR. RYAN:  Objection.               12:00:35
16     A.   No, I do not.
17     Q.   Do you know where the net revenue
18 or revenue figures were drawn from on these
19 schedules, 4390 and 4391?
20     A.   No, I don't.                       12:00:48
21     Q.   Do you expect in your practice as
22 Coopers & Lybrand auditor that they were drawn
23 from the audited financial statements or draft
24 audited financial statements at the time?
25         MR. RYAN:  Objection.               12:01:02

Page 395

1      A.   That's one option.  I would also
2  consider another option.  Brian probably knows
3  best.  But I would expect they come basically
4  from the books and records of the organization
5  because the audited financial statements at    12:01:13
6  that time weren't necessarily at this East
7  Falls/Elkins box St. Chris level, but they were
8  at a DVOG level.  So I suspect they were
9  probably from trial balances in the books and
10 records of management.                       12:01:26
11     Q.   I'm noting the date of the
12 completed by document or completed by reference
13 on these documents is 9-18-96.
14         If that post dates the issuance of
15 the financial statements for that fiscal year   12:01:43
16 or the Coopers & Lybrand signature on the
17 report for that year, would that lead you to
18 believe that these revenue figures were drawn
19 from the audited financial statements?
20         MR. RYAN:  Those are very different  12:01:52
21 things.  The date an auditor signs an opinion
22 is not the date of issuance of financial
23 statements, as I'm sure you know.  So I think
24 that's a very misleading way to ask that
25 question.                                    12:02:06

Page 396

1          MR. JONES:  I think your objection
2  would be to the form of the question.  I'll
3  take the amendment.
4      Q.   Do you know whether
5  Mr. Christianson pulled this data from the      12:02:14
6  audited financial statements --
7          MR. RYAN:  Objection.
8      Q.   -- the revenue data?
9      A.   I think I said I don't know where
10 Brian got the information.                    12:02:22
11     Q.   Do you know when the audited
12 financial statements were signed for fiscal
13 year 1996?
14     A.   I don't recall.
15     Q.   Do you know when they were issued   12:02:30
16 for fiscal year 1996?
17         MR. RYAN:  I'm not sure what you
18 mean by issued.
19     Q.   Do you know?
20         MR. RYAN:  Objection.                12:02:36
21     A.   What do you mean by issued?
22     Q.   What do you -- was released a
23 better word for you?
24         What's the word that would convey
25 available for public consumption in audit      12:02:47

Page 397

1  speak?
2          MR. RYAN:  I don't think these were
3  ever available for public consumption, so I'll
4  object to that.
5          MR. JONES:  I think they were       12:02:54
6  certainly shared with others by AHERF.  Am I
7  wrong on that?
8          MR. RYAN:  Not with the general
9  public.
10         MR. JONES:  Am I wrong in what I     12:02:59
11 said?
12         MR. RYAN:  They were shared with
13 certain other parties outside of AHERF, yes.
14         MR. JONES:  Thank you.
15     Q.   My question is, when do you know    12:03:06
16 that these financial statements were shared
17 with anyone outside of AHERF, if you do?
18     A.   I don't know that to your question.
19     Q.   Do you know it was in September of
20 1996 at some time?                            12:03:13
21     A.   That they were shared with people
22 outside of AHERF?
23     Q.   Yes.
24     A.   I don't know that.
25         - - - - -

31 (Pages 394 to 397)