**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,

Plaintiff,

v.

PRICEWATERHOUSECOOPERS, LLP,

Defendant.

Civil Action No. 00-684

Judge David Stewart Cercone

**APPENDIX TO THE COMMITTEE'S RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)**

**VOLUME 14**

James M. Jones (PA #81295)
Laura E. Ellsworth (PA #39555)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA 15219

Richard B. Whitney
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Attorneys for Plaintiff The Official Committee of Unsecured Creditors of AHERF

July 11, 2005

EXHIBIT 15

Audit Cte 3/14/97
Finance Cte 3/14/97
Audit Cte 10/15/97
W. Region RMC 10/15/97
Finance Cte 10/30/97

#1

# Steno Notes

80 SHEETS 6x9
EYE-EASE®
GREGG 26

National® 36-746

DBR-CG-002007

NATIONAL ■ HOLYOKE, MASSACHUSETTS 01040
Made in USA

DBR-CG-002096

DBR-CG-002097

DBR-CG-002094

a/k 367

#9

367 58

p. 25

4.89 mil

DBR-CG-002092

57

30

112 898 mil

ppe

13.7

long 18.8 mil

pqma

rev:

10.5

29.5 mil

DBR-CG-002090

[handwritten shorthand notes]

ly OK

qualitatively

97

OK

ira p.20 / 20E

actuarial

45/

24

adm

12.25

adm

½

DBR-CG-002086

DBR-CG-002084



asst

cat

280 300

20

care

congress

admin

160

22

30 140

200

gov

speculate

cat

med aid

DBR-CG-002080

[illegible] master [illegible]

[illegible] Co. [illegible]

[illegible] chuck [illegible]

Chuck: [illegible]

p. 1c [illegible]

[illegible]