____?____ Will only deal with two issues - #3 and .....

Powar: Jim and Ben, how much will it be until you have reached a conclusion?

Stalder: I had originally thought about September 30 to track through everything.

Sanzo: Could it be done before the organization date?

____?____ Meeting suspended. Nothing scheduled, but we may have one.

Powar: We do have another issue that came about yesterday that we would like to discuss.

PriceWaterhouse excused.

Powar:

REDACTED

REDACTED

Gumberg: (1) You have to keep Vanguard, (2) We must do what we can to protect our right in the event we have to go back after Coopers, (3) We have to meet the deadline. Vanguard set the timeframe. They set the schedule. The requirement came about only in the past two weeks, and it came about because of Moody's questioning the accuracy of the financial statements.

Palmer: Is a PWC audit for June, 1998 one that we want to be comfortable with to send out to everyone, or is it something Vanguard needs and are we still going to have Deloitte & Touche and send to our constituencies?

Gumberg: Bob, why would we need two audits?

Palmer: How can you have a lot of confidence in them? The quality of the work that firm has done is so abominable that I don't want to be associated with their work.

Powar: REDACTED

Palmer: We, the Board, got fed a tremendous con by Dave and Sherif when we voted on a single consolidated audit. Coopers joined in that recommendation, and they are so tainted in participating in that recommendation. Their management conned us and Coopers sat in the room and said we think this is sound, and they participated in a con.

Barnes: I don't think you can take the Coopers stuff to PriceWaterhouse. The merger occurred July 1, 1998. This is a good PriceWaterhouse office. We have to be practical and recognize we are more likely to get an audit from them than from anyone else. They are mortified to have all these problems, and I think the

recommendation gets us the call that we need to keep Vanguard in the picture, and with PriceWaterhouse as the lead management of this, it will get a very hard look. They are also embarrassed that PriceWaterhouse in Pittsburgh is taking because of Coopers.

Dionisio:     We are talking about two audits, AUH-East, and the audit of AUH-Centennial (Graduate). No audits of any other entities. Those are the two that Vanguard wants. Our best chance of meeting the deadline is to have your permission to have PriceWaterhouse do just those two.

Neuwirth:     REDACTED

Dionisio:     The advantage that I outlined with respect to PriceWaterhouse last week was that with PriceWaterhouse, we would get a new audit team and also the advantage of continuity and they have already completed the interim audit, i.e., they were half done, which is why they could meet the September 28 deadline.

Powar:        REDACTED

Neuwirth:     Agree on the timeframe. We are in somewhat of an adversarial position with them.

Dionisio:     We haven't asked them yet. They may say no.

Palmer:       It is very difficult in the same meeting that we have listened to extraordinary accounting and they say it is only a matter of interpretation, then I don't understand accounting.

Barnes:       To keep Vanguard in the party, they want an audit. The only chance we have is getting the PricewaterhouseCoopers.

GOR0000109

Powar: REDACTED

Palmer: I am not concerned that Vanguard pay PricewaterhouseCoopers, and I am not sure that we should do another audit to do what we could call our audit.

Sanzo: I think it is a reasonable compromise. We will try to get Vanguard to engage them.

Palmer: It seems to me if we can work that out; I do not want to disallow Vanguard.

Barnes: If the compromise can't be done, are you willing to hold your nose and let them do this?

Palmer: No.

Neuwirth: I might be willing under some very, very strict contract with PricewaterhouseCoopers regarding the role that a totally new PriceWaterhouse firm and their individuals would have access to their new batch of work papers, but literally excluding any of the people who were previously involved.

Barnes: We will continue in our state of suspension. REDACTED it out.

Powar:

Sanzo: I think we will be able to work it out because it seems that we have gotten off track: (1) Creditors' Committee would not want us to have a full audit for the entities that are not bankrupt. They wanted Deloitte & Touche to be part of that audit process (only to the extent that we do any audit procedures). Counsel is aware this is a requirement by Vanguard.

Powar:

REDACTED

Barnes: Since it is imperative that we keep Vanguard, let's try to get a compromise approach. Make the best deal and see if we can sell it.

GOR0000110

Powar:

REDACTED

Palmer: We will be doing work with another firm to comfort ourselves.

Powar: REDACTED

Dionisio: I would like to recommend to the Committee that the Committee should permit me to talk to them about it. As a practical matter, it would surprise me that PriceWaterhouse, facing the process of litigation, by agreeing to do this work for free and they will expect to be compensated for it.

Powar: REDACTED

Neuwirth: I would suggest that any restatement would get folded into the current work and would be part of the Vanguard cost. The A-133 is a separate issue that you should have to apply to the court.

Meeting suspended, 10:05 a.m.

cg

wp:05241
Transcription date: 5-25-01

**EXHIBIT 19**

GREEN No. 8021 GREGG RULED 80 COUNT

Finance and Audit Cte. 3-11-98

Finance and Audit Cte. 10/20/98

Stenographic

# NOTE BOOK

BY

TOPS.

0 25932 80211 9

DBR-CG-001764

Book No. ______ From ______ To ______

Rudy 6946 3701 page

843/768-9735

fdb 12[05] [illegible] fiduciary

f/s [illegible]

133 [illegible]

[illegible]

#1 [illegible]

hosp [illegible]

[illegible] enorm [illegible] pwc

# [illegible]

[illegible]

DBR-CG-001811

DBR-CG-001812

subpoena

sec

enunciate

enunciated

sec

litigation

lit

entity

priv

DBR-CG-001813

DBR-CG-001814

IVA

Bar

stalder

entree

sec

fraud

enforced

focus

DBR-CG-001816

gov't

pas 82 a 133

97

potentiality 31 98

focus

see impediment

Bankruptcy

FS

FS

exercised

FS

DBR-CG-001817



DBR-CG-001818



DBR-CG-001819

DBR-CG-001820

96

97

ydb

82

sec

Ben

integrity

DBR-CG-001822

DBR-CG-001824

DBR-CG-001826



grad
4. Ben
grad

DBR-CG-001828

DBR-CG-001830



DBR-CG-001832

DBR-CG-001834

DBR-CG-001836

DBR-CG-001838

[illegible]

DBR-CG-001840

[illegible] 50 [illegible] 99 [illegible]

[illegible] mechanism [illegible]

[illegible] focused [illegible] 50 [illegible]

[illegible] presumption [illegible]

DBR-CG-001842



mechanism

DBR-CG-001844

DBR-CG-001846

2:

1: Deliberations

96 ) 97

yes

1: per Deliberations

①

②

pronouncements

) entitles

chief

DBR-CG-001848

opprenous

inter connectivity mech

entities

Ben:

mech

entity

covenants

covenens

100

DBR-CG-001850



structural
50
99
50
50
50
99
28

DBR-CG-001852



DBR-CG-001854

materiality

swing

magnitude

targeted Ben 36

irregularities

15

irreg

2

15

50

50

DBR-CG-001856



threshold
50
99
detection
50
loopers 4
4 50
99
71, 4

DBR-CG-001858

96

95

joe:

28

28

22

clock

28

relevance

sec

collaborated

#

DBR-CG-001860

Q: [illegible] motivation [illegible]

b: [illegible]

f: [illegible]

88

97

sas 82

weigh

integrity

57

look

DBR-CG-001862

rabbi

15

30 97

explicit

rabbi

trigger

16

11

5

DBR-CG-001864

DBR-CG-001865

K+L

mel

oblurse

focus

rep

illus.

probe

DBR-CG-001863



aura
mel
(3) endow
063
lock
men
integrity

DBR-CG-001861

REDACTED

DBR-CG-001859

DBR-CG-001857

Fletcher

mcginley

schnee

look

any integrity

andy

DBR-CG-001855

argument

entity

integrity

DBR-CG-001853

DBR-CG-001851

[illegible] – 91 [illegible]

[illegible] entity [illegible]

[illegible] 90 [illegible] 91 [illegible]

06 [illegible] grad [illegible]

[illegible] entities [illegible]

[illegible] hosp

[illegible] sdn [illegible]

[illegible] sdn [illegible]

andy [illegible]

[illegible] grad [illegible]

06 [illegible]

[illegible] scenario [illegible]

REDACTED

REDACTED

DBR-CG-001847

**REDACTED**

DBR-CG-001845