ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Executive Committee
July 9, 1998

Board and Officer Appointments:

WHEREAS, David W. McConnell no longer serves as Executive Vice President and Chief Financial Officer of Allegheny Health, Education and Research Foundation; and

WHEREAS, Joseph Dionisio has been appointed as Acting Chief Financial Officer of Allegheny Health, Education and Research Foundation;

NOW, THEREFORE, BE IT RESOLVED, That David W. McConnell is hereby removed from the following Boards of Directors and Committees and replaced, on an interim basis, by Joseph Dionisio:

AUH East, Resource Management Committee
AUH West, Resource Management Committee
Diversified Health Group, Director

FURTHER RESOLVED, That David W. McConnell is removed from the following positions as an officer of the following companies:

| Company | Position |
|---|---|
| Allegheny General Hospital | Assistant Treasurer |
| Allegheny Health, Education and Research Foundation | Treasurer |
| Allegheny University Hospitals, East | Assistant Treasurer |
| Allegheny Hospitals, Centennial | Assistant Treasurer |
| Allegheny Hospitals, New Jersey | Assistant Treasurer |
| Allegheny University of the Health Sciences | Treasurer |
| Allegheny University Medical Centers | Treasurer |
| Allegheny University Medical Practices | Vice Chair and Chief Executive Officer Acting President Eastern Region |
| Diversified Health Group | Chair |

FURTHER RESOLVED, That Joseph Dionisio is appointed, on an interim basis, to the following positions as an officer of the following companies:

| Company | Position |
|---|---|
| Allegheny Health, Education and Research Foundation | Treasurer |
| Allegheny University Hospitals, East | Assistant Treasurer |

PGH: 35630.1

TAC055706 CM

| | |
|---|---|
| Allegheny Hospitals, Centennial | Assistant Treasurer |
| Allegheny Hospitals, New Jersey | Assistant Treasurer |
| Allegheny University of the Health Sciences | Treasurer |
| Allegheny University Medical Centers | Treasurer |

FURTHER RESOLVED, That Anthony M. Sanzo is appointed to the following positions as an officer of the following companies:

| | |
|---|---|
| Allegheny University Medical Practices | Vice Chair and Chief Executive Officer Acting President Eastern Region |
| Diversified Health Group | President |

FURTHER RESOLVED, That in the event David McConnell was serving as an officer, director or Chief Financial Officer of any other corporation within the AHERF system, the appointment is hereby rescinded. Joseph Dionisio, or such other member of management as may be determined by the Chairman of AHERF, is hereby appointed, on an interim basis, to perform said function.

NAW:mcz:35630
7/9/98(5)

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Executive Committee
July 9, 1998

External Financial Relationships

WHEREAS, from time to time, it is necessary to implement various administrative changes in the structures of various bond issues, financial arrangements or relationships, which impact entities within the Allegheny system; and

WHEREAS, such administrative changes do not affect the substantive requirements or obligations of such financial arrangements.

NOW THEREFORE BE IT RESOLVED, that the Executive Committee of Allegheny Health, Education and Research Foundation, acting on behalf of and with the full authority of the Board of Trustees of the organization, authorizes the Chief Executive Officer, the Chief Financial Officer and other members of management after appropriate consultation with the Chair of the Board of the affected entity, to make and implement such administrative changes as may be necessary for the smooth functioning of ongoing external financial relationships.

*I don't believe this was never put forward*
*sjd*

PGH: 35616.1

TAC055708 CM