CL 013568.D

**ALLEGHENY UNIVERSITY - HAHNEMANN**
**OUTPATIENT A/R AGING - RECEIVABLES AT GROSS !**
(Bad Debt Calculation—New Methodology)
JUNE 30, 1997

AGED FROM REGISTRATION DATE

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 12,330,165 | 1,317,249 | 1,590,148 | 1,604,033 | 1,279,715 | 1,087,495 | 834,281 | 1,390,441 | 1,140,849 | 2,698,407 |
| 4 INDUSTRIAL HEALTH | 6,105 | 224 | 1,382 | 246 | 53 | 0 | 47 | 211 | 432 | 3,569 |
| A PHILA BLUE CROSS | 3,324,791 | 813,509 | 409,382 | 292,443 | 232,250 | 89,976 | 173,208 | 311,107 | 278,115 | 610,782 |
| B BC - BANK & FED | 440,232 | 89,888 | 74,949 | 82,107 | 32,851 | 37,607 | 21,506 | 34,435 | 21,725 | 49,610 |
| C HMO PARNJ | 5,527,043 | 603,909 | 594,439 | 508,641 | 371,502 | 302,088 | 282,311 | 785,288 | 457,553 | 1,022,408 |
| D PT BAL AFTER INS | 657 | 0 | 0 | (10) | 0 | 687 | 0 | 0 | 0 | 0 |
| E COMMERCIAL | 1,830,955 | 416,160 | 398,626 | 281,947 | 159,698 | 86,520 | 113,832 | 177,204 | 169,228 | 70,277 |
| F MEDICARE | 8,989,064 | 1,189,164 | 912,139 | 816,478 | 504,994 | 428,053 | 1,194,721 | 424,453 | 346,132 | 3,487,841 |
| G PA MED ASSIST | 1,652,867 | 61,211 | 132,456 | 181,027 | 151,583 | 201,467 | 2,616,888 | 385,189 | 170,048 | 170,088 |
| H PA MED ASSIST APPS | 38,411 | 0 | 15,560 | 0 | 380 | 108 | 6,704 | 8,238 | 0 | 6,334 |
| I HEALTH PASS | 1,992,882 | 80,373 | 95,181 | 120,100 | 103,932 | 120,115 | 102,024 | 251,871 | 314,054 | 799,213 |
| J DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K NJ MED ASSIST | 246,056 | 3,461 | 2,878 | 18,803 | 5,719 | 1,392 | 4,380 | 40,832 | 33,888 | 134,995 |
| L WORKER COMP | 1,412,276 | 110,710 | 148,700 | 95,897 | 57,071 | 30,251 | 29,035 | 110,322 | 130,148 | 886,053 |
| M MAXICARE/GROUP HEALTH | 23,134 | 0 | 0 | 0 | 227 | 1,953 | 0 | 34 | 813 | 20,005 |
| N MISC 3rd PARTIES | 517,597 | 26,338 | 42,168 | 22,357 | 28,104 | 21,058 | 15,178 | 48,491 | 70,889 | 244,912 |
| O DISCONTINUED | 203 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 203 |
| P HAN BL FLEX | 40,042 | 3,558 | 1,957 | 5,389 | 2,855 | 2,707 | 2,178 | 1,119 | 4,707 | 14,895 |
| Q DENTAL HEALTH PLAN | 820,769 | 30,594 | 41,351 | 37,132 | 35,553 | 36,671 | (9,075) | 118,032 | 63,331 | 445,001 |
| R RENAL MEDICARE | 469 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 35 | 454 |
| Z SELF PAY | 4,515,786 | 339,974 | 440,591 | 577,219 | 471,755 | 323,359 | 176,970 | 373,104 | 233,970 | 1,575,895 |
| | | | | | | | | | | |
| TOTAL | 43,695,914 A | 5,722,820 A | 4,847,267 | 4,661,389 | 3,434,022 | 2,769,473 | 2,828,288 | 4,460,510 | 3,456,674 | 12,545,342 |

NOTE:

CL 013568.E

ALLEGHENY UNIVERSITY - HAHNEMANN
OUTPATIENT A/R AGING - NET OF ALLOWANCES
(Bad Debt Calculation—New Methodology)
JUNE 30, 1997

AHERF is contractualizing the payors that are not contractualized at time of billing w/in this schedule.

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 12,330,165 | 1,317,743 | 1,503,146 | 1,804,033 | 1,276,715 | 1,087,465 | 624,261 | 1,300,441 | 1,140,048 | 2,086,407 |
| 4 INDUSTRIAL HEALTH | 6,105 | 224 | 1,362 | 246 | 53 | 0 | 47 | 211 | 432 | 3,530 |
| A PHIL BC | 2,535,036 | 453,889 | 282,044 | 166,693 | 132,383 | 95,976 | 173,208 | 331,107 | 278,115 | 610,782 |
| B BC- BANK & FED | 356,088 | 77,610 | 59,960 | 61,686 | 28,291 | 30,098 | 17,205 | 27,951 | 17,380 | 37,388 |
| C HMO PONA | 5,527,043 | 603,809 | 584,439 | 508,641 | 371,562 | 392,888 | 262,311 | 765,385 | 457,553 | 1,822,468 |
| D PT BAL AFTER INSUR | 657 | 0 | 0 | (10) | 657 | 0 | 0 | 0 | 0 | 0 |
| E COMMERCIAL | 1,494,730 | 302,629 | 293,542 | 206,316 | 127,169 | 77,223 | 91,146 | 141,703 | 135,363 | 56,222 |
| F MEDICARE *** | 3,358,549 | 378,572 | 289,884 | 223,007 | 188,837 | 137,641 | 427,247 | 157,049 | 129,089 | 1,434,150 |
| G PA MED ASSIST | 1,652,687 | 81,211 | 132,459 | 107,027 | 151,083 | 201,467 | 218,883 | 355,190 | 170,668 | 170,980 |
| H PA MED ASSIST APPS | 36,411 | 0 | 15,590 | 0 | 380 | 108 | 6,704 | 6,208 | 0 | 5,324 |
| I HEALTH PASS | 677,020 | 25,949 | 27,602 | 34,639 | 33,140 | 34,939 | 26,597 | 73,043 | 91,076 | 231,772 |
| J DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K NJ MED ASSIST | 73,617 | 1,033 | 864 | 5,671 | 1,716 | 417 | 1,317 | 12,280 | 10,106 | 40,409 |
| L WORK COMP | 708,138 | 58,185 | 74,350 | 47,544 | 28,536 | 18,625 | 14,487 | 55,100 | 65,075 | 343,026 |
| M MAJCAREGROUP HEALTH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N MISC 3rd PARTIES | 517,697 | 26,330 | 42,168 | 22,357 | 28,104 | 21,698 | 15,178 | 48,491 | 70,890 | 244,912 |
| O DISCONTINUED | 283 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 283 |
| P HAHN BC FLEX | 40,042 | 3,559 | 1,657 | 5,888 | 2,855 | 2,707 | 2,176 | 1,110 | 4,707 | 14,095 |
| Q DENTAL HEALTH PLAN | 820,789 | 30,584 | 41,351 | 37,132 | 25,653 | 30,671 | (9,075) | 116,032 | 83,391 | 443,021 |
| R RENAL MEDICARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| S SELF PAY | 4,515,798 | 339,874 | 440,561 | 577,219 | 471,785 | 323,559 | 179,870 | 373,104 | 233,970 | 1,578,685 |
| Z | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 34,523,559 | 3,741,708 | 3,846,235 | 3,672,470 | 2,671,096 | 2,388,394 | 2,083,740 | 3,888,119 | 2,887,859 | 8,923,365 |

Total Outpatient A/R at gross                                      $43,685,914
Less: CPF A/R net of estimated allowances                          34,523,559
                                                                   -----------
                                                                    9,172,255

*** Medicare Allow rate charged from 33% to 41% as of 4/12/98 and from 41% to 37% as of 6/17/98

CL 013568.F

OUTPATIENT
AS OF 6/30/97

| CLASS | A/R AT GROSS | A/R NET OF ALLOWANCES | ALLOWANCE | |
|---|---|---|---|---|
| 3 MISC HMO | 12,330,165 | 12,330,165 | 0 | |
| 4 INDUSTRIAL HEALTH | 6,105 | 6,105 | 0 | |
| A PHILA BLUE CROSS | 3,324,781 | 2,535,906 | 788,875 | |
| B BC BANK & FED | 442,732 | 358,984 | 80,748 | 20.0% |
| C HMO PANN | 5,527,043 | 5,527,043 | 0 | |
| D PT BAL AFTER INS | 657 | 657 | 0 | |
| E COMMERCIAL | 1,830,905 | 1,464,724 | 366,181 | 20.0% |
| F MEDICARE | 8,969,044 | 3,358,549 | 5,610,495 | 62.5% |
| G PA MED ASSIST | 1,652,687 | 1,652,687 | 0 | |
| H PA MED ASSIST APPS | 38,411 | 38,411 | 0 | |
| I HEALTH PASS | 1,992,882 | 577,936 | 1,414,946 | 71.0% |
| J DISCONTINUED | 0 | 0 | 0 | |
| K NJ MED ASSIST | 246,056 | 73,817 | 172,239 | 70.0% |
| L WORKER COMP | 1,412,276 | 703,138 | 709,138 | 70.0% |
| M MAXCARE/GROUP HEALTH | 23,134 | 0 | 23,134 | 100.0% |
| N MISC 3rd PARTIES | 517,987 | 517,987 | 0 | |
| O DISCONTINUED | 263 | 263 | 0 | |
| P HAHN BC FLEX | 40,842 | 40,842 | 0 | |
| Q EDVTAL HEALTH PLAN | 820,769 | 820,769 | 0 | |
| R REDVAL MEDICARE | 499 | 0 | 499 | 100.0% |
| S SELF PAY | 4,515,760 | 4,515,760 | 0 | |
| Z | 0 | 0 | 0 | |
| TOTAL | 43,696,614 | 34,523,559 | 9,173,255 | |

*** Medicare Allow rate changed from 33% to 41% as of 4/1/96
and from 41% to 37% as of 6/17/96

s:\jcg\xcel\guslar\juna97\cu\hhahbd96.wk3

CL 013568.G

ALLEGHENY UNIVERSITY - HAHNEMANN
OUTPATIENT BAD DEBT RESERVE CALCULATION
(Bad Debt Calculation—New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 3,854,289 | 65,867 | 78,807 | 80,202 | 127,671 | 108,746 | 82,426 | 347,610 | 655,711 | 2,208,407 |
| 4 INDUSTRIAL HEALTH | 3,080 | 11 | 69 | 12 | 5 | 0 | 5 | 51 | 334 | 3,059 |
| A PHIL AIC | 888,000 | 23,168 | 14,147 | 8,335 | 13,238 | 9,088 | 17,321 | 62,777 | 269,887 | 610,762 |
| B BC- BANK & FED | 74,728 | 3,076 | 3,000 | 3,284 | 2,826 | 3,020 | 1,720 | 6,888 | 13,025 | 37,388 |
| C HMO PAHU | 2,343,324 | 30,195 | 28,222 | 25,332 | 37,150 | 20,299 | 29,231 | 180,324 | 343,195 | 1,922,406 |
| D PT BAL AFTER INSUR | 66 | | | (0) | 67 | | | | | |
| E COMMERCIAL | 284,548 | 18,849 | 14,677 | 10,466 | 12,720 | 7,722 | 9,115 | 35,441 | 101,537 | 56,222 |
| F MEDICARE | 1,690,019 | 18,979 | 12,894 | 11,405 | 16,684 | 15,764 | 42,725 | 32,202 | 98,051 | 1,434,155 |
| G PA MED ASSIST | 782,405 | 4,081 | 6,823 | 8,051 | 15,108 | 26,147 | 21,980 | 385,103 | 170,849 | 170,889 |
| H PA MED ASSIST APPS | 15,120 | 760 | 760 | | 39 | 11 | 670 | 8,238 | | 5,324 |
| I HEALTH PASS | 332,170 | 1,252 | 1,380 | 1,741 | 3,014 | 3,484 | 2,650 | 18,281 | 68,307 | 231,772 |
| J DISCONTINUED | 0 | | | | | | | | | |
| K NJ MED ASSIST | 63,518 | 52 | 43 | 284 | 172 | 42 | 132 | 12,280 | 10,108 | 40,406 |
| L WORK COMP | 420,898 | 2,818 | 3,718 | 2,377 | 2,854 | 1,983 | 1,447 | 13,769 | 49,806 | 343,026 |
| M GROUP HEALTH | 0 | | | | | | | | | |
| N MISC 3rd PARTIES | 321,051 | 1,317 | 2,108 | 1,118 | 2,810 | 2,106 | 1,518 | 12,120 | 53,241 | 244,812 |
| O DISCONTINUED | 283 | | | | | | | | | 283 |
| P HAH SELF FLEX | 20,053 | 178 | 98 | 299 | 286 | 280 | 218 | 280 | 3,530 | 14,885 |
| Q DENTAL HEALTH PLAN | 549,051 | 1,530 | 2,088 | 1,957 | 3,555 | 3,887 | (897) | 29,503 | 62,543 | 445,021 |
| R RENAL MEDICARE | 0 | | | | | | | | | |
| S SELF PAY | 3,349,377 | 169,897 | 220,281 | 288,609 | 235,877 | 161,680 | 89,885 | 373,104 | 233,670 | 1,575,895 |
| Z | 0 | | | | | | | | | |
| REQUIRED RESERVE | 15,653,014  2 | 340,074 | 380,714 | 455,372 | 475,912 | 366,682 | 280,363 | 1,541,181 | 2,209,560 | 8,932,555 |

NOTE: CAL notes that these are the revised bad debt reserve percentages developed by
Dan Cancelmi and Robb Scheirer during FY97.

CL 013568.H

**ALLEGHENY UNIVERSITY - HAHNEMANN**
**INPATIENT BAD DEBT RESERVE PERCENTAGES (Revised)**

| CLASS | INHOUSE & DNFB | 0-30/FINAL BILLS | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| 4 INDUSTRIAL HEALTH | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| A PHILA BLUE CROSS | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| B BC CROSS- BANK & FED | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C HMO PANJ | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D DISCONTINUED | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| E COMMERCIAL INS | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F MEDICARE | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| G PA MED ASSISTANCE | | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| H PA MED ASSIST APPS | | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| I HEALTH PASS | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| K NJ MED ASSIST | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 100% | 100% |
| L WORKER COMP | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| M DISCONTINUED | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MISC 3rd PARTIES | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| O DISCONTINUED | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P HNN BC FLEX | | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| S SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |

s:\pg\bacct\grafad\[pms9701nh]abad05.wk3

CL 013568.1

ALLEGHENY UNIVERSITY - HAHNEMANN
OUTPATIENT BAD DEBT RESERVE PERCENTAGES (Revised)

| CLASS | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| 4 INDUSTRIAL HEALTH | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| A PHILA BC | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| B BC- BANK & FED | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C HMO PANJ | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D PT BAL AFTER INSUR | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| E COMMERCIAL | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F MEDICARE | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| G PA MED ASSIST | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| H PA MED ASSIST APPS | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| I HEALTH PASS | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| J DISCONTINUED | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| K NJ MED ASSIST | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| L WORK COMP | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| M GROUP/HEALTH | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MISC 3rd PARTIES | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| O DISCONTINUED | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P MANN BC FLEX | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| Q DENTAL HEALTH PLAN | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| R RENAL MEDICARE | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| S SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |
| Z | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

CL 013568.J

ALLEGHENY UNIVERSITY - HAHNEMANN
PERCENTAGES APPLIED TO DETERMINE OUTPATIENT NET A/R
[FOR CONTRACTUAL ALLOWANCES NOT TAKEN AT TIME OF BILLING]



| FINANCIAL CLASS | % AVERAGE REIMBURSEMENT |
|---|---|
| 1 | 100.00% |
| 4 | 100.00% |
| A | 87.00% |
| B | 80.00% |
| C | 100.00% |
| D | 100.00% |
| E | 60.00% (1) |
| F | 32.00% (1),(2) |
| G | 100.00% (3) |
| H | 100.00% |
| I | 100.00% |
| J | 20.00% |
| K | 30.00% |
| L | 50.00% |
| M | n/a |
| N | 100.00% |
| O | 100.00% |
| P | 100.00% |
| Q | n/a |
| R | 100.00% |
| S | 100.00% |

COMMENTS

(1) Percentages revised 7/27/95 & 4/12/96 (33% AND 41% RESPECTIVELY)

(2) Additional reserve required consistent with inpatient calculation - commercial A/R valued at 100% when blabc, actual experience has been an 89% collection average.

(3) Percentage revised 8/17/98 from 41% to 37%

CL 013568.K

ALLEGHENY UNIVERSITY - HAHNEMANN
INPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
(Bad Debt Calculations—New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | INVCLOSE & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | 11,560,670 | 1,852,670 | 0 | 2,789,469 | 2,875,705 | 1,631,591 | 1,216,251 | 448,166 | 465,768 | 637,275 | 63,525 | 0 |
| 4 DELAWRE VALLEY HMO | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A PHILA BLUE CROSS | 8,848,288 | 1,179,983 | 0 | 1,853,855 | 673,892 | 678,840 | 597,421 | 394,155 | 454,721 | 307,677 | 110,371 | 0 |
| B BL CROSS- BANK & FED | 20,398 | 0 | 0 | 0 | 21,407 | 0 | 720 | (2,700) | 0 | 688 | (27) | 0 |
| C HMO PAMU | 9,449,897 | 992,257 | 0 | 2,091,417 | 1,002,674 | 956,892 | 192,519 | 468,632 | 90,610 | 527,658 | 118,730 | 0 |
| D DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,335 |
| E COMMERCIAL INS | 5,855,942 | 1,522,846 | 0 | 2,234,778 | 952,895 | 364,461 | 398,427 | 137,392 | 148,270 | 38,713 | 30,059 | 0 |
| F MEDICARE | 6,844,775 | 3,367,004 | 0 | 2,527,682 | 260,609 | 132,450 | 119,288 | 60,934 | 22,705 | 122,514 | 22,223 | 0 |
| G PA MED ASSISTANCE | 1,946,128 | 281,344 | 0 | 613,697 | 347,816 | 306,770 | 93,528 | 173,225 | 41,350 | 0 | 0 | 0 |
| H PA MED ASSIST APPS | 2,761,007 | 37,166 | 0 | 958,229 | 670,771 | 482,155 | 582,510 | 122,511 | 319,551 | 153,249 | 17,160 | 0 |
| I HEALTH PASS | 909,388 | 129,337 | 0 | 105,134 | 91,133 | 119,809 | 51,642 | 120,401 | 19,702 | 0 | 0 | 0 |
| K NJ MED ASSIST | 159,008 | 0 | 0 | 37,366 | 62,623 | 9,172 | 16,816 | 0 | 20,200 | 40,325 | 633 | 0 |
| L WORKER COMP | 889,453 | 78,976 | 0 | 397,161 | 188,077 | 123,140 | 59,942 | 14,030 | 27,329 | 3,692 | 3,704 | 0 |
| M DISCONTINUED | 7,658 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39,210 | 30,669 | 0 |
| N MISC 3rd PARTIES | 226,458 | 6,894 | 0 | 43,195 | 18,511 | 24,584 | 27,687 | 18,245 | 27,157 | 0 | 0 | 0 |
| O DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 355 | 0 |
| P MAN BC-FLEX | 7,854 | 0 | 0 | 1,812 | 10,393 | 0 | (940) | 0 | (3,765) | 0 | 355 | 0 |
| S SELF PAY | 2,163,187 | 27,688 | 0 | 754,428 | 391,281 | 365,311 | 222,954 | 251,375 | 143,831 | 0 | 0 | 0 |
| NET INPATIENT AR | 49,397,000 | 9,240,128 | 0 | 14,245,873 | 7,687,159 | 5,501,585 | 3,645,453 | 2,286,367 | 1,777,666 | 1,871,941 | 397,548 | 30,335 |

s:\gptad\dt\gtdata\1\cs697\xd\hahndt06.wk3

CL 013568.L

ALLEGHENY UNIVERSITY - HAHNEMANN
OUTPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
(Bad Debt Calculation—New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 8,465,758 | 1,251,951 | 1,910,639 | 1,719,631 | 1,150,843 | 976,718 | 561,835 | 1,042,831 | 295,237 | 0 |
| 4 DEL VALLEY HMO | 3,119 | 213 | 1,513 | 234 | 47 | 0 | 43 | 158 | 168 | 0 |
| 5 PHILA BLUE CROSS | 1,547,630 | 440,544 | 268,786 | 159,358 | 118,144 | 87,278 | 155,887 | 248,330 | 69,529 | 0 |
| B BC-BANK & FED | 294,239 | 73,035 | 58,999 | 62,402 | 23,853 | 21,077 | 15,494 | 20,063 | 4,345 | 0 |
| C HMO PAIM | 3,193,719 | 573,713 | 555,316 | 481,300 | 334,352 | 272,989 | 203,080 | 568,071 | 114,388 | 0 |
| D PT BAL/AFTER INS | 560 | 0 | 0 | (8) | 600 | 600 | 0 | 0 | 0 | 0 |
| E COMMERCIAL | 1,200,178 | 318,232 | 278,685 | 189,852 | 114,476 | 65,501 | 62,031 | 105,322 | 33,840 | 0 |
| F MEDICARE | 1,699,830 | 380,534 | 246,980 | 216,892 | 168,153 | 141,676 | 384,522 | 117,799 | 32,017 | 0 |
| G PA MED ASSIST | 870,202 | 77,151 | 125,833 | 152,878 | 135,974 | 181,320 | 107,008 | | 0 | 0 |
| H PA MED ASSIST APPS | 21,291 | 0 | 0 | 0 | 551 | 95 | 6,034 | 0 | 0 | 0 |
| I HEALTH PASS | 245,788 | 23,796 | 14,811 | 33,098 | 27,128 | 31,365 | 28,628 | 54,782 | 22,768 | 0 |
| J DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| K NJ MED ASSIST | 10,269 | 886 | 820 | 5,387 | 1,544 | 370 | 1,185 | 0 | 0 | 0 |
| L WORKER COMP | 285,240 | 55,437 | 70,633 | 45,166 | 25,692 | 17,683 | 13,021 | 41,370 | 16,239 | 0 |
| M MAXICARE/GROUP HEALTH | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| N MISC 3rd PARTIES | 168,530 | 25,021 | 40,660 | 21,239 | 22,484 | 18,662 | 13,661 | 36,391 | 17,747 | 0 |
| O DISCONTINUED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| P HAHN BC FLEX | 19,899 | 3,360 | 1,859 | 6,889 | 2,549 | 2,518 | 1,956 | 838 | 0 | 0 |
| Q DENTAL HEALTH PLAN | 271,716 | 20,064 | 36,283 | 30,276 | 31,997 | 33,704 | (9,977) | 86,524 | 1,117 | 0 |
| R RENAL MEDICARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,848 | 0 |
| S SELF PAY | 1,166,419 | 168,997 | 220,261 | 288,000 | 235,677 | 161,060 | 80,095 | | 0 | 0 |
| Z | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET OUTPATIENT A/R | 15,470,545 | 3,401,934 | 3,456,531 | 3,410,608 | 2,395,208 | 2,027,402 | 1,683,386 | 2,346,836 | 918,279 | 0 |

s:\bgdts\cd\put\an\[net97p.xls]abc05.wk5

CL 013568.M

**ALLEGHENY UNIVERSITY HOSPITALS**
**HAHNEMANN**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204100-95000230**
**6/30/97**

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | BAD DEBT PROVISIONS | SPECIAL ADJUST | REACTIVATED A/R | OTHER | ENDING BALANCE | A/R BALANCE | RESERVE % | RESERVE A/R | VARIANCE (OVER)UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | |
| FYE 6/30/96 BAL: | | | | | | | | | $72,517,189 | 32.5% | | |
| JULY | ($23,563,248) | | | ($2,830,938) | | | $2,500,000 (a) | ($24,014,186) | $77,318,060 | 31.1% | | |
| AUGUST | | | | (907,650) | (33,869) | | 2,000,000 (a) | (22,922,036) | 73,346,632 | 28.9% | | |
| SEPTEMBER | | | | (510,104) | (22,544) | | (920,000) (e) | (24,395,009) | 78,267,588 | 31.2% | | |
| OCTOBER | | | | (526,312) | 1,153 | | 4,958,557 (b) | (19,985,309) | 69,217,387 | 28.9% | | |
| NOVEMBER | | | | (507,939) | (91,893) | | 7,946,687 (c) | (12,545,407) | 61,216,633 | 20.5% | | |
| DECEMBER | | | | (69,776) | | | | (12,707,076) | 61,891,275 | 20.5% | | |
| JANUARY | | | | 191,654 | (29,854) | | 4,629,000 (d) | (7,716,276) | 64,852,296 | 11.9% | | |
| FEBRUARY | | | | (501,818) | 49,299 | | | (8,168,795) | 65,593,363 | 12.5% | | |
| MARCH | | | | (521,015) | | | (5,000,000)(e) | (13,689,810) | 62,989,192 | 21.7% | | |
| APRIL | | | | 1,681,821 | (427,719) | | (5,000,000)(e) | (17,435,708) | 58,775,793 | 29.7% | | |
| MAY | | | | 595,786 | 78,680 | | | (16,761,233) | 55,212,746 | 29.8% | | |
| JUNE | | | | 3,206,669 | | | (691,047)(f) | (14,243,590) | 51,333,823 | 27.7% | (14,243,590) | (0) |
| YTD ADJ TO CALC. | | | | | | 0 | $0 $10,614,197 | | | | | |
| TOTAL | ($23,563,248) | $0 | $0 | ($797,802) | ($476,737) | $0 | $0 $10,614,197 | ($14,243,590) 1,53-2 | $51,333,823 | -27.7% | ($14,243,590) | ($0) |

NOTES: (a) Reserve adjustments
(b) Past Statute write-offs
(c) Past Statute account write-offs of $7,946,687 and cardiac implants adjustment of ($980,000
(d) Contractual reserve notces of $5,729,000 and reversal of cardiac implant reserve, ($980,000)
(e) Transfer of reserve from Graduate
(f) Bad debt shortfall adjustments

NOTE: C&L notes that AHERF is recording the bad debt allowance according to the new methodology developed in FY97 by Dan Cancelmi and Robin Schafer. At 3/31/97, AHERF was still using the old methodology to record the allowance.

s:\tpg\aecfg\patan\june97\huhbuhbd\05.wk3

CL 013568.N

**ALLEGHENY UNIVERSITY HOSPITALS**
**HAHNEMANN**
**SUMMARY OF REBERVES FOR BAD DEBTS**
**#120420-8-500/230**
**6/30/97**

| MONTHS | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | MONTHLY AJUST | REACTIVATED A/R | BADDEBT PROVISIONS | OTHER | ENDING BALANCE | A/R BALANCE | RESERVE % | RESERVE A/R | VARIANCE (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | |
| FTE 6/30/96 BAL: | ($11,227,283) | | | | | | | ($11,227,283) | $28,632,452 | 38.9% | | |
| JULY | ($11,227,283) | | | | | ($681,164) | | ($11,903,447) | $31,422,262 | 37.9% | | |
| AUGUST | (11,903,447) | | | | | (616,383) | | (12,524,840) | 32,306,384 | 38.8% | | |
| SEPTEMBER | (12,524,840) | 417,781 | | | | (317,691) | | (12,424,750) | 32,163,543 | 38.5% | | |
| OCTOBER | (12,424,750) | 642,424 | | | | (306,081) | | (11,381,499) | 32,215,206 | 35.3% | | |
| NOVEMBER | (11,381,499) | 397,512 | | | | (270,005) | 706,908 (a) | (7,115,566) | 30,282,240 | 23.5% | | |
| DECEMBER | (7,115,566) | 7,988 | (119) | | | (105,519) | 4,138,545 (b) | (6,159,588) | 29,319,850 | 21.0% | | |
| JANUARY | (6,159,588) | 455 | (50) | | | 742,683 | 1,053,560 (c) | (5,416,450) | 28,899,866 | 18.1% | | |
| FEBRUARY | (5,416,450) | 5,046 | (189) | | | 88,995 | | (5,322,598) | 31,022,798 | 17.2% | | |
| MARCH | (5,322,598) | 7,366 | (13) | | | 175,976 | | (5,139,270) | 32,129,251 | 16.0% | | |
| APRIL | (5,139,270) | 5,955 | (49) | | | 191,709 | | (4,941,655) | 32,762,669 | 15.1% | | |
| MAY | (4,941,655) | 4,530 | (56) | | | 271,513 | | (4,665,669) | 33,323,412 | 15.1% | | |
| JUNE | (4,665,669) | 2,635 | (53) | | | 248,074 | 0 | (15,053,013) | 32,607,575 | 14.0% | (15,053,013) | 0 |
| YTD ADJ TO CALC. | | | | | | | (10,638,000)(d) | | | 46.2% | | |
| **TOTAL** | **($11,227,283)** | **$1,491,691** | **($530)** | **$0** | **$0** | **($577,804)** | **($4,736,987)** | **($15,053,013)** | **32,607,575** | **-46.2%** | **($15,053,013)** | **$0** |

**NOTES:**  (a)  Past Statute account write-offs
(b)  Past Statute account write-offs
(c)  Transfer dental write-off from contractual reserves
(d)  Bad Debt overfall adjustments

**EXHIBIT  0292**

DEPOSITION EXHIBIT 292

CL 013580.A

CL 013580.B





CL 013580.C

CL 013580.D



CL 013580.E



CL 013580.F

ALTA

AH-PRESPPR-G
AH-PRESP-G
AH-PRESDH-G

**ALLEGHENY UNIVERSITY HOSPITALS**
**MCP-EPPI**
**SUMMARY OF RESERVES FOR BAD DEBTS**
#13510-04-000216
026/27

COMPARATIVE DATA:
PRE BUDGE GAL:
PRE BUDGE GAL:
PRE BUDGE GAL:

JULY
AUGUST
SEPTEMBER
OCTOBER
NOVEMBER
DECEMBER
JANUARY
FEBRUARY
MARCH
APRIL
MAY
JUNE

TOTAL

NOTE: June Other reserve includes: Past action of $2,366,421, AR Reconciliation adjust of $196,591. The total for EPPI DD was the net to MCC DD

**ALLEGHENY UNIVERSITY HOSPITALS**
**MCP-NPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBTS**
#13510-04-000216
026/27

COMPARATIVE DATA:
PRE BUDGE GAL:
PRE BUDGE GAL:
PRE BUDGE GAL:

JULY
AUGUST
SEPTEMBER
OCTOBER
NOVEMBER
DECEMBER
JANUARY
FEBRUARY
MARCH
APRIL
MAY
JUNE

TOTAL

NOTES: (a)  Reserve adjustments
       (b)  Amount includes $835,XM of writeoff net cash holdings at FISB and prior
       (c)  Interest on cash
       (d)  Past Rebate account write-offs
       (e)  Contractual reserve adjustment
       (f)  Includes Past Rebate write-off of $29,267 and reserve from Division of ($15,000,000)
       (g)  Includes ($2,691,061) YE diverbi) adjust, ($74,383) AR Reconciliation Adjust, EPPI DD transfer of $4,281,472

s:\yglessiy\ysterl\jcm1\7wcpvercatabd.wk3

CL 013580.G

ALLEGHENY UNIVERSITY HOSPITALS
MCP- OUTPATIENT
SUMMARY OF RESERVES FOR BAD DEBTS
$10/X08-00000US
020207

COMPARATIVE DATA:
FYE 00/98 BAL.
FYE 00/98 BAL.
FYE 00/98 BAL.

JULY
AUGUST
SEPTEMBER
OCTOBER
NOVEMBER
DECEMBER
JANUARY
FEBRUARY
MARCH
APRIL
MAY
JUNE

TOTAL

NOTES: [x]  Reserve adjustment
       (a)  Includes Paid Share account write-offs, $1,013,619 offset by contractual reserve of ($622,200)
       (b)  Includes Paid Share account write-offs #1,037,797 offset by contractual reserve of ($2,025,914)
       (c)  Includes $600,000 YE shortfall adjustment and AR Reconciliation export of $1,417

NOTE:   The difference between the VP and the OP
        contractual detail offset each other.

   c    Difference relates to a shifting of reserves from
        contractual to bad debt due to EPPA's contractual
        reserve a/c becoming consistent with the other
        hospitals.