# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE OFFICIAL COMMITTEE OF     )
UNSECURED CREDITORS OF     )
ALLEGHENY HEALTH, EDUCATION     )
AND RESEARCH FOUNDATION,     )
    )
      Plaintiff,     )    Civil Action No. 00-684
    )
      v.     )
    )    Judge David Stewart Cercone
PRICEWATERHOUSECOOPERS, LLP,     )
    )
      Defendant.     )

## APPENDIX TO THE COMMITTEE'S RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)

### VOLUME 5A

James M. Jones (PA #81295)
Laura E. Ellsworth (PA #39555)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA 15219

Richard B. Whitney
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Attorneys for Plaintiff The Official Committee
of Unsecured Creditors of AHERF

July 11, 2005

**EXHIBIT  0293**

DEPOSITION EXHIBIT 213

CL 013584.A

ST CHRISTOPHER'S HOSPITAL
ACCOUNTS RECEIVABLE AGING - INPATIENT
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

AGED FROM FINAL BILL DATE

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 3,864,213 | 202,981 | | 1,010,049 | 633,081 | 256,808 | 207,333 | 134,405 | 141,987 | 136,071 | 360,387 | 754,992 |
| B BLUE CROSS | 1,546,622 | 181,240 | | 300,520 | 312,314 | 207,725 | 285,784 | 64,681 | 108,657 | 84,340 | 30,777 | (7,933) |
| C COMMERCIAL | 1,531,214 | 157,642 | | 431,203 | 267,057 | 156,357 | 103,574 | 50,331 | 222,192 | 136,353 | 4,956 | (8,600) |
| D DIRECT CONTRACTING | 24,448 | 0 | | 0 | 24,448 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F CHARITY CARE | 5,091 | 0 | | 5,091 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO (USHC, KPPE) | 4,447,468 | 518,369 | | 1,231,835 | 1,010,618 | 513,798 | 310,170 | 155,986 | 60,078 | 132,372 | 256,297 | 204,962 |
| I PATIENT CONTRACTS | 11,328 | 0 | | 0 | 0 | 0 | 440 | 0 | 150 | 3,549 | 2,493 | 4,765 |
| M MEDICARE | 72,087 | 0 | | 103,389 | 1,520 | 0 | 0 | 736 | 889 | 3,804 | (4,339) | (33,191) |
| N MANAGED MA | 10,125,110 | 1,027,282 | | 3,494,987 | 2,780,000 | 1,461,598 | 630,377 | 216,089 | 47,547 | (90,439) | 137,733 | 114,952 |
| P PPO-PREFERRED PROVIDER | 3,084,252 | 627,600 | | 751,438 | 486,415 | 528,624 | 147,373 | 123,072 | 10,855 | 242,347 | 77,103 | 69,263 |
| U SELF PAY | 2,170,760 | 182,869 | | 669,895 | 307,097 | 222,463 | 187,468 | 175,259 | 124,283 | 200,405 | 116,086 | (11,847) |
| W WORKERS COMP/NO FAULT | 159,801 | 0 | | 3,020 | 0 | 0 | 69,778 | 31,899 | 0 | 35,265 | 1,134 | 16,808 |
| TOTAL | 27,022,334 | 2,888,031 | 0 | 7,692,144 | 5,947,127 | 3,347,472 | 2,241,328 | 953,397 | 744,637 | 886,659 | 986,428 | 1,105,010 |

2,888,031
24,134,303
1,691,300
22,243,003

A  Agrees to the A/R aging without exception.
   (NOTE: For Intercos A/R, Intercos & DNFB total should not be included to agree to the aging.)

C  Represents erroneous application of PATCOM payments against the Intelco A/R balance. Entire remaining PATCOM A/R balance was previously written off.

B  Based upon historical data from Patient Accounting.

Additional Reserve on Billed Comment

Total gross billed commercial        1,373,372
Estimated contractuals at payment       20.302%  B
Additional reserve required             22,474

CL 013584.B

ST CHRISTOPHERS HOSPITAL
INPATIENT BAD DEBT RESERVE CALCULATION
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | INHOUSE & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 1,403,592 | 0 | | 58,652 | 31,805 | 12,945 | 20,723 | 13,446 | 14,198 | 138,871 | 308,307 | 754,582 |
| B BLUE CROSS | 121,140 | 0 | | 15,015 | 15,816 | 10,388 | 26,578 | 6,468 | 10,684 | 21,212 | 23,093 | (7,603) |
| C COMMERCIAL*** | 86,616 | 0 | | 17,251 | 10,882 | 8,254 | 8,258 | 4,898 | 17,775 | 27,271 | 2,614 | (5,232) |
| D DIRECT CONTRACTING | 1,222 | 0 | | 0 | 1,222 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F CHARITY CARE | 5,031 | 0 | | 5,091 | 0 | 0 | | | | | | 0 |
| H HMO | 626,705 | 0 | | 51,882 | 50,831 | 25,690 | 31,917 | 15,599 | 9,909 | 33,003 | 192,715 | 204,962 |
| I PATIENT CONTRACTS | 7,513 | 0 | | 0 | 0 | 0 | 44 | 74 | 15 | 887 | 1,852 | 4,705 |
| M MEDICARE | (30,050) | 0 | | 5,170 | 0 | 0 | | 69 | 69 | 966 | (1,254) | (33,191) |
| N MANAGED MA | 702,223 | 0 | | 174,248 | 139,650 | 73,088 | 63,039 | 21,009 | 4,155 | (22,609) | 103,320 | 114,852 |
| P PPO-PREFERRED PROVIDER | 333,237 | 0 | | 37,572 | 24,351 | 28,451 | 14,737 | 12,397 | 1,987 | 60,587 | 57,672 | 68,253 |
| U SELF PAY | 1,244,347 | 91,440 | | 330,497 | 153,033 | 111,201 | 89,744 | 87,829 | 62,147 | 200,405 | 119,206 | (11,647) |
| W WORKERS COMP/NO FAULT | 37,197 | 0 | | 100 | 0 | 0 | 6,976 | 3,109 | 0 | 9,071 | 851 | 16,650 |
| REQUIRED RESERVE | 4,511,634 | 91,440 | 0 | 697,579 | 428,136 | 255,918 | 301,067 | 165,277 | 119,787 | 467,754 | 988,876 | 1,106,330 |

***Commercial reserve is calculated based on gross A/R less estimated contractual percentage [see gross A/R schedule.]

CL 013584.C

ST CHRISTOPHER'S HOSPITAL
OUTPATIENT A/R AGING - RECEIVABLES AT GROSS
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

AGED FROM LAST PAY DATE

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 2,860,604 | 244,060 | 213,945 | 227,661 | 240,810 | 240,789 | 320,884 | 587,925 | 234,467 | 349,073 |
| B BLUE CROSS | 1,195,528 | 565,541 | 161,755 | 162,303 | 69,685 | 73,544 | 46,678 | 101,263 | 65,402 | 108,769 |
| C COMMERCIAL | 689,337 | 218,981 | 187,167 | 100,114 | 74,556 | 74,586 | 31,142 | 75,334 | 83,548 | 147,160 |
| D DIRECT CONTRACTING | 53,382 | 7,054 | 7,408 | 7,230 | 4,927 | 187 | 0 | 5,446 | 6,237 | 12,425 |
| F CHARITY CARE | 21,037 | 2,353 | 0 | 1,438 | 0 | 822 | 0 | 2,223 | 1,017 | 13,177 |
| H HMO | 2,774,476 | 789,308 | 574,692 | 145,498 | (26,509) | 102,234 | 112,001 | 408,001 | 305,351 | 370,041 |
| HOO (BC) | 10,026 | 4,257 | 2,363 | 686 | 1,594 | 0 | 0 | 0 | 0 | 1,925 |
| KM KAI (KPRE) | 2,121,073 | 420,549 | 489,183 | 379,333 | 212,747 | 169,465 | 50,462 | 140,090 | 133,817 | 173,619 |
| I PATIENT CONTRACTS | 29,873 | 9,071 | 4,511 | 3,741 | 663 | 2,345 | 3,024 | 673 | 2,087 | 2,578 |
| M MEDICARE | 156,619 | 36,891 | 62,252 | (13,391) | 28,831 | 4,429 | 2,870 | 16,654 | 11,010 | 7,973 |
| N MANAGED MA | 8,030,097 | 2,028,970 | 1,634,644 | 1,327,103 | 869,473 | 510,088 | 333,488 | 435,350 | 418,194 | 393,103 |
| P PPO-PREFERRED PROVIDER | 693,517 | 265,942 | 117,669 | 28,405 | 77,018 | (32,053) | 20,142 | 228,116 | 30,925 | (58,539) |
| P3345 (BC) | 1,714,298 | 449,391 | 254,009 | 237,117 | 144,215 | 159,880 | 62,946 | 49,464 | 87,029 | 283,307 |
| P91 (KPRE) | 6,771 | 0 | 586 | 0 | 0 | 0 | 0 | 0 | 2,148 | 4,057 |
| U SELF PAY | 1,854,980 | 248,185 | 218,205 | 204,274 | 237,217 | 205,765 | 86,183 | 172,032 | 140,002 | 142,034 |
| W WORKERS COMP/NO FAULT | 14,195 | (777) | 522 | 84 | 1,681 | 224 | | 708 | 9,716 | 1,984 |
| TOTAL | 22,105,694 | 6,059,722 | 3,878,813 | 2,802,024 | 2,059,107 | 1,519,453 | 1,081,717 | 2,220,410 | 1,572,028 | 1,931,819 |

NOTE:
AHERF is contractually the payors that are not

A

ST CHRISTOPHER'S HOSPITAL
OUTPATIENT A/R AGING - NET OF ALLOWANCES
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

contextualized at time of filing with the schedule.
--BC AND NKP AGING CATEGORIES NEED ADJUSTED BASED ON 3/1/97 EFFECTIVE DATE
(DON'T FORGET FC "B")
--MA PRIOR TO 12/1/98 IS GROSS--WATCH AGING CATEGORIES

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 2,159,341 | 264,080 | 213,945 | 227,861 | 349,810 | 244,789 | 308,984 | 567,825 | 36,481 | 45,498 |
| B BLUE CROSS | 785,817 | 170,594 | 77,842 | 77,834 | 42,713 | 73,844 | 49,678 | 101,253 | 85,402 | 106,769 |
| C COMMERCIAL | 765,210 | 172,932 | 147,892 | 79,880 | 59,139 | 58,023 | 24,602 | 59,538 | 86,080 | 116,256 |
| D DIRECT CONTRACTING | 0 | 0 | | | | | | | | 0 |
| F CHARITY CARE | 0 | 0 | | | | | | | | 0 |
| H HMO | 2,774,875 | 781,305 | 574,802 | 145,468 | (25,568) | 102,284 | 112,821 | 408,001 | 305,351 | 370,041 |
| HMO (BC) | 9,197 | 2,043 | 1,144 | 321 | 765 | | | | 1,025 | 1,925 |
| K38,642 (NKPE) | 1,769,888 | 323,923 | 346,641 | 285,155 | 163,915 | 159,495 | 50,480 | 140,090 | 133,817 | 172,518 |
| I PATIENT CONTRACTS | 28,673 | 9,071 | 4,511 | 3,741 | 693 | 2,345 | 3,034 | 873 | 2,097 | 2,576 |
| M MEDICARE | 34,458 | 3,116 | 13,895 | (2,940) | 9,343 | 974 | 653 | 3,444 | 2,622 | 1,754 |
| N MANAGED MA | 8,030,097 | 2,028,870 | 1,634,444 | 1,337,120 | 861,473 | 510,865 | 333,468 | 435,350 | 415,194 | 383,103 |
| P PPO-PREFERRED PROVIDER | 683,617 | 255,842 | 117,659 | 38,405 | 77,018 | (32,653) | 26,142 | 228,116 | 30,925 | (88,536) |
| P53-61 (BC) | 1,150,208 | 215,769 | 121,624 | 113,816 | 68,223 | 158,060 | 62,848 | 49,444 | 87,028 | 283,307 |
| P51 (NKPE) | 6,840 | 0 | 438 | | | | | | 2,148 | 4,057 |
| U SELF PAY | 1,654,550 | 248,165 | 218,339 | 204,274 | 237,917 | 205,795 | 66,183 | 172,032 | 140,002 | 142,034 |
| W WORKERS COMP/NO FAULT | 11,181 | (314) | 412 | 74 | 1,323 | 168 | | 560 | 1,677 | 1,567 |
| TOTAL | 19,888,290 | 4,457,984 | 3,463,328 | 2,488,189 | 1,844,655 | 1,483,267 | 1,052,891 | 2,164,445 | 1,231,595 | 1,603,892 |

Total Outpatient A/R at gross: $22,105,684
Less: O/P A/R net of estimated allowances: 19,886,290

2,219,604 (SHOULD EQUAL E142)

CL 013584.D

CL 013584.E

ST CHRISTOPHER'S HOSPITAL
OUTPATIENT
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

| CLASS | A/R | A/R NET OF ALLOWANCES | ALLOWANCE | |
|---|---|---|---|---|
| A MEDICAID (1) | 2,666,604 | 2,168,541 | 508,063 | 19.1% (MA expected reimb. of 13%) |
| B BLUE CROSS (2) | 1,105,208 | 795,617 | 309,591 | 33.4% (BC expected reimb. of 48%) |
| C COMMERCIAL | 993,937 | 785,210 | 208,727 | 21.0% |
| D DIRECT CONTRACTING | 53,382 | 0 | 53,382 | 100.0% |
| F CHARITY CARE | 21,097 | 0 | 21,097 | 100.0% |
| H HMO | 2,774,675 | 2,774,675 | 0 | |
| H30 (BC) (2) | 10,828 | 6,107 | 4,628 | 42.6% (BC expected reimb. of 48%) |
| K38,542 (KHPE) (2) | 2,121,273 | 1,789,868 | 334,377 | 15.8% (KHPE expected reimb. of 77%) |
| I PATIENT CONTRACTS | 26,873 | 26,873 | 0 | |
| M MEDICARE (3) | 156,619 | 34,456 | 122,163 | 78.0% |
| N MANAGED MA | 8,030,087 | 8,030,087 | 0 | |
| P PPO-PREFERRED PROVIDER | 685,517 | 685,517 | 0 | |
| P3J-45 (BC) (1) | 1,714,269 | 1,150,308 | 564,030 | 32.9% (BC expected reimb. of 48%) |
| P51 (KHPE) (2) | 8,771 | 8,640 | 130 | 1.9% (KHPE expected reimb. of 77%) |
| U SELF PAY | 1,654,560 | 1,654,560 | 0 | |
| W WORKERS COMP/NO FAULT | 14,168 | 11,191 | 2,975 | 21.0% |
| | 22,105,994 | 19,889,260 | 2,216,604    9.57% | 10.0% |

(1) A02,23,04,05,06,07,08 & 09 will be netted down 20% at the time of billing 6/9/98. A04, A03 (SPU exception) will be netted down to MA fee schedule at the time of billing 10/1/98 (A01 plan code is approx. equal to 60+% of total "A" b/c; therefore, it will be adjusted in 10/98).

(2) Effective 3/1/97, Blue Cross & KHPE a/r will not be contractualized at time of billing. The Blue Cross reserve rate will be 52%, and the KHPE reserve rate will be 23%.

(3) Medicare OP reimbursement rate to be reduced to 22%.

s:\gphacct\gessar\jundf7\sstch\stchjun.wk4

CL 013584.F

ST CHRISTOPHERS HOSPITAL
OUTPATIENT BAD DEBT RESERVE CALCULATION
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 779,049 | 12,203 | 10,687 | 11,308 | 24,891 | 24,678 | 30,886 | 597,025 | 30,481 | 45,488 |
| B BLUE CROSS | 228,554 | 8,529 | 3,682 | 3,887 | 4,271 | 7,164 | 4,668 | 25,313 | 71,552 | 108,789 |
| C COMMERCIAL | 215,001 | 8,847 | 7,383 | 3,994 | 5,014 | 5,892 | 2,460 | 14,894 | 48,930 | 118,258 |
| D DIRECT CONTRACTING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 795,103 | 39,085 | 28,740 | 7,274 | (2,551) | 10,228 | 11,260 | 102,000 | 229,813 | 370,041 |
| HGO (BC) | 2,176 | 102 | 57 | 16 | 77 | 0 | 0 | 0 | 0 | 1,925 |
| ICB JG2 (OOPE) | 395,195 | 16,161 | 17,332 | 14,258 | 16,392 | 18,948 | 6,048 | 35,015 | 100,383 | 173,619 |
| I PATIENT CONTRACTS | 5,767 | 454 | 225 | 187 | 66 | 255 | 302 | 168 | 1,550 | 2,579 |
| M MEDICARE | 6,172 | 408 | 695 | (147) | 634 | 67 | 65 | 801 | 1,817 | 1,754 |
| N MANAGED MA | 1,245,059 | 101,343 | 81,222 | 68,355 | 66,141 | 51,009 | 33,347 | 108,837 | 313,045 | 300,100 |
| P PRO-PREFERRED PROVIDER | 47,693 | 12,782 | 5,893 | 1,320 | 7,702 | (3,263) | 2,014 | 55,529 | 23,104 | (50,534) |
| PX 45 (BC) | 389,817 | 10,785 | 6,098 | 5,691 | 6,622 | 16,889 | 6,285 | 13,374 | 72,771 | 265,307 |
| PS1 (OOPE) | 5,689 | 0 | 22 | 0 | 0 | 0 | 0 | 0 | 1,011 | 4,057 |
| U SELF PAY | 1,054,324 | 124,063 | 108,104 | 102,137 | 118,866 | 103,892 | 43,092 | 172,032 | 140,002 | 142,034 |
| W WORKERS COMP/NO FAULT | 7,810 | (31) | 21 | 4 | 133 | 19 | 0 | 140 | 5,758 | 1,597 |
| REQUIRED RESERVE | 5,195,251   2 | 334,589 | 271,360 | 211,383 | 278,036 | 232,138 | 139,759 | 1,116,078 | 1,041,317 | 1,563,892 |

CL 013584.G

NOTE: C&L notes that these are the revised bad debt reserve percentages developed by Dan Cacciotti and Robin Schohr during FY97.

s:\gphacct\gpstan\ymsf\7schlcsrabjun.wk4

CL 013584.H

ST CHRISTOPHERS HOSPITAL
INPATIENT BAD DEBT RESERVE PERCENTAGES (REVISED)

NOTE FOR J.L.   Change charity care bd % from 100% to 0%, as charity care is reserved at 100% through contractual (bow. entry).

| CLASS | INHOUSE & DNFB | 0-30 FINAL BILLS | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| B BLUE CROSS | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C COMMERCIAL | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D DIRECT CONTRACTING | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F CHARITY CARE | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| H HMO | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| I PATIENT CONTRACTS | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| M MEDICARE | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MANAGED MA | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P PPO-PREFERRED PROVIDER | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| U SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |
| W WORKMEN'S COMP./NO FAULT | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |

CL 013584.1

**ST CHRISTOPHERS HOSPITAL**
**OUTPATIENT BAD DEBT RESERVE PERCENTAGES (REVISED)**

NOTE FOR JUL.  Change charity care ttl % from 100% to 0%, as charity care is reserved at 100% through contractual allow. entry.

| CLASS | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| B BLUE CROSS | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C COMMERCIAL | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D DIRECT CONTRACTING | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F CHARITY CARE | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| H HMO | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| I PATIENT CONTRACTS | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| M MEDICARE | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MANAGED MA | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P PPO-PREFERRED PROVIDER | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| U SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |
| W WORKERS COMP/NO FAULT | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |

**ST CHRISTOPHERS HOSPITAL**
**PERCENTAGES APPLIED TO DETERMINE OUTPATIENT NET A/R**
**[FOR CONTRACTUAL ALLOWANCES NOT TAKEN AT TIME OF BILLING]**

| FINANCIAL CLASS | % AVERAGE REIMBURSEMENT | | COMMENTS |
|---|---|---|---|
| A | 12.00% | | |
| B | 48.00% | | |
| C | 78.00% | | |
| D | 0.03% | | |
| U | 0.03% | | |
| H (cont. H30 H43 H42) | 100.00% | (1) | commercial A/R valued at 100% when b'dref, actual experience has been |
| H (H30 HC) | 48.00% | | an 80% collection average. |
| H (H38 H42 KHPE) | 77.00% | | |
| M | 100.00% | | |
| N | 22.00% | | |
| P(red. P33-P45, P51) | 100.00% | | |
| P(P33-P45 BC) | 48.00% | | |
| P(P51 KHPE) | 77.00% | | |
| U | 100.00% | | |
| W | 78.00% | | |

CL 013584.J

ST CHRISTOPHER'S HOSPITAL
INPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | IN-HOUSE & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A  MEDICAID | 2,450,631 | 202,951 | 0 | 692,397 | 608,107 | 244,060 | 188,800 | 121,018 | 127,788 | 0 | 0 | 0 |
| B  BLUE CROSS | 1,475,482 | 181,248 | 0 | 285,285 | 266,698 | 167,338 | 239,215 | 56,213 | 86,153 | 83,637 | 7,694 | 0 |
| C  COMMERCIAL | 1,441,369 | 157,842 | 0 | 414,013 | 256,575 | 150,103 | 95,286 | 53,655 | 204,417 | 100,683 | 1,942 | (1,321) |
| D  DIRECT CONTRACTING | 23,223 | 0 | 0 | 0 | 25,223 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F  CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H  HMO | 3,632,769 | 518,388 | 0 | 1,176,944 | 665,787 | 498,109 | 287,253 | 140,398 | 81,071 | 89,279 | 64,572 | 0 |
| I  PATIENT CONTRACTS | 3,812 | 0 | 0 | 0 | 0 | 0 | 396 | 0 | 135 | 2,691 | 621 | 0 |
| M  MEDICARE | 103,037 | 0 | 0 | 98,228 | 1,464 | 0 | 0 | 662 | 888 | 2,898 | (1,085) | 0 |
| N  MANAGED MA | 6,422,995 | 1,027,362 | 0 | 3,310,719 | 2,653,350 | 1,386,517 | 837,338 | 188,278 | 42,792 | (67,827) | 34,413 | 0 |
| P  PPO-PREFERRED PROVIDER | 2,760,383 | 627,000 | 0 | 713,888 | 432,004 | 502,195 | 132,655 | 111,575 | 9,776 | 181,767 | 19,281 | 0 |
| U  SELF PAY | 935,522 | 91,440 | 0 | 330,497 | 153,933 | 111,291 | 98,744 | 67,529 | 62,147 | 27,114 | 264 | 0 |
| W  WORKERS COMP/NO FAULT | 122,615 | 0 | 0 | 3,618 | 0 | 0 | 62,600 | 28,700 | 0 | 0 | 0 | 0 |
| NET INPATIENT A/R | 22,510,400 | 2,806,591 | 0 | 7,294,569 | 5,418,982 | 3,091,554 | 1,840,271 | 788,120 | 625,170 | 418,704 | 127,752 | (1,321) |

CL 013584.K

ST CHRISTOPHER'S HOSPITAL
OUTPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
Bad Debt Calculation (New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 1,376,262 | 231,857 | 203,247 | 216,553 | 228,029 | 224,810 | 277,980 | | | 0 |
| B BLUE CROSS | 650,653 | 162,035 | 73,760 | 74,038 | 38,442 | 68,266 | 44,708 | 75,099 | 23,851 | 0 |
| C COMMERCIAL | 570,209 | 184,285 | 140,489 | 76,988 | 53,222 | 53,031 | 22,142 | 44,553 | 16,520 | 0 |
| D DIRECT CONTRACTING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| F CHARITY CARE | | | | | | | | | | 0 |
| H HMO | 1,970,571 | 742,240 | 546,002 | 136,212 | (22,957) | 62,065 | 101,811 | 300,091 | 76,339 | 0 |
| H30 (BC) | 4,021 | 1,941 | 1,007 | 305 | 989 | | | | | 0 |
| 43A RAC (NPRB) | 1,301,741 | 307,632 | 332,369 | 270,898 | 147,454 | 152,536 | 45,432 | 105,545 | 33,454 | 0 |
| I PATIENT CONTRACTS | 22,209 | 8,817 | 4,285 | 3,554 | 597 | 2,111 | 2,722 | 564 | 517 | 0 |
| 43A RAC | 26,384 | 7,710 | 13,011 | (2,709) | 5,769 | 977 | 599 | 2,883 | 695 | 0 |
| M MEDICARE | 6,766,078 | 1,925,530 | 1,543,222 | 1,260,749 | 685,325 | 459,076 | 300,120 | 328,512 | 104,548 | 0 |
| N MANAGED MA | 615,824 | 243,050 | 111,776 | 25,085 | 69,315 | (28,846) | 19,128 | 189,597 | 7,731 | 0 |
| P PPO-PREFERRED PROVIDER | 750,361 | 204,922 | 115,628 | 166,125 | 62,391 | 141,174 | 56,503 | 37,121 | 24,267 | 0 |
| P33-46 (BC) | | | | | | | | | | 0 |
| P51 (NPRB) | 651 | (383) | 414 | 71 | 0 | 0 | 0 | 0 | 537 | 0 |
| U SELF PAY | 600,256 | 124,083 | 103,104 | 102,137 | 118,959 | 102,882 | 43,062 | 0 | 0 | 0 |
| W WORKERS COMP/NO FAULT | 3,561 | (383) | 392 | | 1,195 | 168 | | 430 | 1,919 | 0 |
| NET OUTPATIENT A/R | 14,691,059 | 4,123,315 | 3,181,986 | 2,272,812 | 1,565,058 | 1,266,162 | 913,101 | 1,068,366 | 290,278 | 0 |

s:\sysba\cq\balan\yoss97\ocin0vasta\ors.wk4

CL 013584.L

**ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN**
**INPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204100-95000220**
**030697**

COMPARATIVE DATA:

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | BAD DEBT PROVISION | REACTIVATED AR | OTHER | ENDING BALANCE | AR BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FYE 6/30/98 BAL: | | | | | | | ($8,383,709) | $37,746,484 | 22.2% | ($7,561,331) | ($822,378) |
| JULY | ($8,383,709) | $209,820 | ($6,325) | ($197,625) | | ($1,398) | ($8,379,237) | $39,824,196 | 21.0% | | |
| AUGUST | (8,379,237) | 79,280 | (4,110) | (204,969) | | 471,621 | (8,037,395) | 39,097,652 | 20.6% | | |
| SEPTEMBER | (8,037,395) | 162,477 | (380,997)(a) | (238,453) | | (536,473)(b) | (9,030,840) | 39,241,393 | 23.0% | | |
| OCTOBER | (9,030,840) | 176,871 | (6,930) | (238,453) | | 6,261,605 (c) | (2,839,747) | 29,618,553 | 9.6% | | |
| NOVEMBER | (2,839,747) | 384,454 | (7,487) | (238,453) | | 629,592 (d) | (2,071,641) | 28,258,345 | 7.3% | | |
| DECEMBER | (2,071,641) | 131,992 | (25,809) | (238,453) | | (6,562) | (2,210,474) | 28,507,861 | 7.8% | | |
| JANUARY | (2,210,474) | 212,053 | (42,846) | (238,453) | | 1,498,430 (e) | (781,288) | 27,962,652 | 2.8% | | |
| FEBRUARY | (781,288) | 97,967 | (23,082) | (238,453) | | (294) | (945,150) | 28,924,285 | 3.3% | | |
| MARCH | (945,150) | 536,396 | (46,580) | (238,453) | | (3,331,294)(f) | (4,025,082) | 24,652,284 | 16.3% | | |
| APRIL | (4,025,082) | 451,464 | (16,830) | (238,453) | | (4,000,000)(g) | (7,828,901) | 24,516,381 | 31.9% | | |
| MAY | (7,828,901) | 431,814 | (16,536) | (238,453) | (82,731) | | (7,652,076) | 24,345,626 | 31.4% | | |
| JUNE | (7,652,076) | 396,838 | (106,520) | 338,804 | | 2,601,751 (h) | (4,651,934) | 22,243,003 | 20.3% | | |
| TOTAL | ($8,383,709) | $3,273,435 | ($686,051) | ($2,209,857) | (92,731) | $3,586,979 | ($4,651,934) | 1,63-2 | | (4,651,934) | (0) |

NOTE: C&L notes that AHERF is recording the bad debt allowance according to the new methodology developed in FY97 by Dan Cancelmi and Robin Schafer. At 3/31/97, AHERF was still using the old methodology to record the allowance.

NOTES:
(a) Includes $366,059 of unidentified cash relating to FY98 and prior.
(b) Includes general revenue adjustment of $537,000.
(c) Includes past statute account writeoffs of $6,212,725 and $61,950 of non-patient cash.
(d) Includes past statute account writeoffs of $590,191 and $33,307 of non-patient cash.
(e) Includes contractual reserve reclass of $1,597,000.
(f) Includes writeoff of PATCOM a/r balances of $2,868,709 and Graduate Hosp. transfer of $0.0 million.
(g) Graduate Hospital revenue transfer.
(h) Includes reclass of $2.81 million between ip and op bad debt reserves and adjustment to bad debt expense of $328,000.

s:\pghacid\g\patar\june97\scholscatbjun.wk4

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
OUTPATIENT
SUMMARY OF RESERVES FOR BAD DEBT
#120420-95000220
030097

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | REACTIVATED A/R | BAD DEBT PROVISION | OTHER | SUSPER BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: FYE 0930/98 BAL: | ($3,524,062) | | | | | | ($3,524,062) | $14,593,366 | 24.0% | ($1,272,996) | ($2,251,066) |
| JULY | ($3,730,319) | $133,672 | ($3,295) | | ($336,634) | | ($3,730,319) | $15,557,039 | 24.0% | | |
| AUGUST | (3,936,379) | 181,256 | (4,477) | | (380,372) | (2,467) | (3,936,379) | 16,435,472 | 24.0% | | |
| SEPTEMBER | (3,936,379) | 161,517 | (2,898) | | (334,120) | 3,369,979 (a) | (4,111,880) | 17,017,739 | 24.2% | | |
| OCTOBER | (4,111,880) | 140,280 | (11,795) | | (334,119) | 260,726 (b) | (947,535) | 17,058,233 | 5.6% | | |
| NOVEMBER | (947,535) | 166,440 | (18,083) | | (334,119) | (421) | (872,570) | 17,127,307 | 5.1% | | |
| DECEMBER | (872,570) | 39,790 | (9,833) | | (334,120) | 842 | (1,177,154) | 17,640,819 | 6.7% | | |
| JANUARY | (1,177,154) | 217,766 | (7,985) | | (334,119) | (421) | (1,300,651) | 18,929,591 | 6.9% | | |
| FEBRUARY | (1,300,651) | 127,663 | (7,483) | | (334,119) | (4,560) | (1,519,150) | 19,749,205 | 7.7% | | |
| MARCH | (1,519,150) | 216,234 | (12,820) | | (334,120) | 3,249,918 (c) | 1,600,063 | 16,510,371 | -9.7% | | |
| APRIL | 1,600,063 | 183,780 | (12,461) | | (334,119) | | 1,437,263 | 17,671,750 | -8.1% | | |
| MAY | 1,437,263 | 202,395 | (6,179) | (11,589) | (334,119) | | 1,299,359 | 18,672,579 | -7.0% | | |
| JUNE | 1,289,359 | 258,497 | (8,331) | | (515,702) | (6,217,465)(d) | (5,195,231) | 18,948,882 | 27.4% | (5,195,231) | 0 |
| TOTAL | ($3,524,062) | $2,028,290 | ($105,840) | ($11,589) | ($4,239,782) | $656,552 | ($5,195,231) | 2,63-2 | | | |

NOTES:
(a) Includes past statute account writeoffs of $8,056,962, offset by contractual allowance of ($4,680,883).
   contractual allowances, which will eventually be written off.
(b) Post statute account writeoffs.
(c) Writeoff of PATCOM a/r balances.
(d) Includes reclass of $2.91 million between op and ip bad debt reserves and a $3.3 million dollar increase (credit)
   to the allowance segregated as follows: $.9 related to workman's comp, $1.0 million for general a/p, $.8 million for
   excess charge differentials, and $.6 million towards the pension reserve.

s:\tg\hacc\g\palar\june97\schc\scatbjun.wk4

CL 013584.M

**EXHIBIT  0301**

David

The Attached Analyses Are per your request.

I will work on cash Flow Next. Note However, THAT Adjusted Bottom Line (41.8) Aot For Depreciation ($43.5) is Break even. Also, Please Note that of the $41.5 Negative Actual vs Budget Admin & Gen Variance, $33.1 relates to Bad Debts. THE BAD Debt VARIANCE OF $33.1 is equal to cushions used Because Actual was Booked To Budget during the year (except June) instead of Booking Amts Actually written OFF.

AL

9 Pgs Including this Pg



DEPOSITION EXHIBIT 501 AKF

DC0896 page 85 of 92

**Delaware Valley Hospitals**
**FY97 Use of Cushions**
**($ in millions)**

| | Cushions Used to Reduce Bad Debt Expense in FY97 | Prior Year CRA Settlements taken into income in FY97 | Graduate Cushions Transferred and taken into Income | Use of Cushions Established in Prior Years | Recognition of Sidney Hillman Monies and Other Reserves | Total |
|---|---|---|---|---|---|---|
| MCP | $8.1 | $2.0 | - | $0.4 | $1.2 | $11.7 |
| Elkins Park | 3.5 | 1.0 | $1.0 | - | 0.3 | 5.8 |
| Bucks County | 2.3 | - | - | - | - | 2.3 |
| Hahnemann | 15.7 | 7.6 | 5.0 | 1.5 | - | 29.8 |
| | 29.6 | 10.6 | 6.0 | 1.9 | 1.5 | 49.6 |
| SCHC | 3.5 | 2.3 | 1.0 | 2.7 | - | 9.5 |
| | $33.1 | $12.9 | $7.0 | $4.6 | $1.5 | $59.1 |

s/kim/123/nah-cush.wk4



Pg 2

### Delaware Valley Hospitals
### FY97 Use of Cushions to Reduce Bad Debt Expense
### ($ in millions)

|  | Bad Debt Allowance Shortfall @ 6/30/96 | Transfers from Graduate to Cover Shortfall @ 6/30/96 and Bring Bad Debt Allowance to Required Levels | Cushions Used to Reduce Bad Debt Expense in FY97 |
|---|---|---|---|
| MCP | ($12.9) | $21.0 | $8.1 |
| Elkins Park | (7.3) | 10.8 | 3.5 |
| Bucks County | (6.2) | 8.5 | 2.3 |
| Hahnemann | (5.4) | 21.1 | 15.7 |
|  | (31.8) | 61.4 | 29.6 |
| SCHC | (10.1) | 13.6 | 3.5 |
|  | ($41.9) | $75.0 | $33.1 |

s/kim/123/auh-red.wk4

DC0896 page 86 of 92

DC0896 page 87 of 92

# DELAWARE VALLEY OBLIGATED GROUP HOSPITALS
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | Variance |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $607,319 | ($19,900) | $587,419 | 639027 | $(51608) |
| Outpatient | 163,841 | - | 163,841 | 155427 | 8414 |
| Physician Services | 2,581 | - | 2,581 | 1932 | 649 |
| Educational Services | 2,264 | - | 2,264 | 926 | 1338 |
| Sponsored Projects | 5,967 | - | 5,967 | 7670 | (1703) |
| Asstes Released from Restriction | 4,705 | - | 4,705 | 503 | 4202 |
| Investment Income | 13,711 | - | 13,711 | 2535 | 11176 |
| Other | 18,255 | ($1,200) | 17,055 | 23789 | (6734) |
| Total Revenue | 818,643 | (21,100) | 797,543 | 831805 | (34266) |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 308,955 | - | 308,955 | 318962 | 10007 |
| Fringe Benefits | 76,685 | - | 76,685 | 76513 | (172) |
| Patient Care Supplies | 109,661 | 900 | 110,561 | 105966 | (4595) |
| Purchased Services | 107,184 | 300 | 107,484 | 102653 | (4831) |
| Support & Contract Costs | 58,022 | (2000) | 56022 | 55170 | (2852) |
| Administrative and General | 73,528 | 36800 | 110328 | 68403 | (41965) |
| Depreciation and Amortization | 43,497 | - | 43,497 | 42902 | (595) |
| Interest | 23,807 | - | 23,807 | 24611 | 804 |
| Total Expenses | 801,339 | 38,000 | 839,339 | 795240 | (44099) |
| Excess/(Deficiency) of Revenue Over Expenses | $17,304 | ($59,100) | ($41,796) | 36569 | $(78365) |

s:\k\123\dvogstmt.r&e

## MCP
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | Variance |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $179,036 | ($2,000) | $177,036 | 175305 | $1731 |
| Outpatient | 32,043 | - | 32,043 | 36337 | (4294) |
| Physician Services | 1,625 | - | 1,625 | 1752 | (127) |
| Educational Services | 2 | - | 2 | - | 2 |
| Sponsored Projects | 1,350 | - | 1,350 | 2182 | (832) |
| Asstes Released from Restriction | 49 | - | 49 | 12 | 37 |
| Investment Income | 468 | - | 468 | 551 | (83) |
| Other | 9,589 | (1,200) | 8,389 | 7783 | 606 |
| Total Revenue | 224,162 | (3,200) | 220,962 | 223922 | (2960) |
| | | | | | |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 85,333 | - | 85,333 | 88132 | 2799 |
| Fringe Benefits | 22,934 | - | 22,934 | 22673 | (261) |
| Patient Care Supplies | 27,134 | 400 | 27,534 | 28713 | 1179 |
| Purchased Services | 37,385 | - | 37,385 | 34042 | (3293) |
| Support & Contract Costs | 5,992 | - | 5,992 | 4654 | (1338) |
| Administrative and General | 24,939 | 8,100 | 33,039 | 23247 | (9792) |
| Depreciation and Amortization | 10,383 | - | 10,383 | 10904 | 521 |
| Interest | 3,667 | - | 3,667 | 3851 | 184 |
| Total Expenses | 217,767 | 8,500 | 226,267 | 216266 | (10001) |
| | | | | | |
| Excess/(Deficiency) of Revenue Over Expenses | $6,395 | ($11,700) | ($5,305) | 7656 | (12961) |

s:\t\123\dvogstm.r&e

DC0896 page 89 of 92

# ELKINS PARK
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | Variance |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $36,594 | ($2,000) | $34,594 | $37,869 | *(3,275) |
| Outpatient | 21,469 | - | 21,469 | 19,699 | 1,770 |
| Physician Services | 162 | - | 162 | 120 | 42 |
| Educational Services | 134 | - | 134 | 123 | 11 |
| Sponsored Projects | - | - | - | - | - |
| Asstes Released from Restriction | 18 | - | 18 | 1 | 17 |
| Investment Income | 25 | - | 25 | 459 | (434) |
| Other | 652 | - | 652 | 779 | (127) |
| **Total Revenue** | 59,054 | (2,000) | 57,054 | 59,050 | (1,996) |
| | | | | | |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 22,340 | - | 22,340 | 21,789 | (551) |
| Fringe Benefits | 4,873 | - | 4,873 | 4,746 | (127) |
| Patient Care Supplies | 6,207 | - | 6,207 | 5,370 | (837) |
| Purchased Services | 6,524 | 300 | 6,824 | 7,100 | 276 |
| Support & Contract Costs | 6,216 | - | 6,216 | 5,816 | (400) |
| Administrative and General | 4,865 | 3,500 | 8,365 | 4,309 | (4,056) |
| Depreciation and Amortization | 3,193 | - | 3,193 | 3,143 | (50) |
| Interest | 5,228 | - | 5,228 | 3,901 | (1,327) |
| **Total Expenses** | 59,446 | 3,800 | 63,246 | 56,224 | (7,022) |
| | | | | | |
| **Excess/(Deficiency) of Revenue Over Expenses** | ($392) | ($5,800) | ($6,192) | $2,826 | $(9,018) |

s:\k123\dvogsmr.r&e

DC0896 page 90 of 92

# BUCKS COUNTY
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | Variance |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $29,218 | - | $29,218 | $30057 | $(839) |
| Outpatient | 21,081 | - | 21,081 | 18825 | 2256 |
| Physician Services | 3 | - | 3 | 60 | (57) |
| Educational Services | 17 | - | 17 | 12 | 5,5 |
| Sponsored Projects | - | - | - | - | - |
| Asstes Released from Restriction | 15 | - | 15 | - | 15 |
| Investment Income | 7 | - | 7 | 172 | (165) |
| Other | 947 | - | 947 | 840 | 107 |
| Total Revenue | 51,288 | - | 51,288 | 49966 | 1322 |
| | | | | | |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 18,552 | - | 18,552 | 18353 | (199) |
| Fringe Benefits | 4,058 | - | 4,058 | 4130 | 72 |
| Patient Care Supplies | 5,124 | - | 5,124 | 4380 | (744) |
| Purchased Services | 5,793 | - | 5,793 | 6582 | 789 |
| Support & Contract Costs | 4,422 | - | 4,422 | 4080 | (342) |
| Administrative and General | 5,356 | 2,300 | 7,656 | $206 | (2450) |
| Depreciation and Amortization | 3,285 | - | 3,285 | 3285 | - |
| Interest | 1,967 | - | 1,967 | 1429 | (538) |
| Total Expenses | 48,557 | 2,300 | 50,857 | 47445 | (3412) |
| | | | | | |
| Excess/(Deficiency) of Revenue Over Expenses | $2,731 | ($2,300) | $431 | $2521 | (2060) |

DC0696 page 91 of 92

# HAHNEMANN
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | VARIANCE |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $264,941 | ($12,600) | $252,341 | 286,162 | (33821) |
| Outpatient | 54,198 | - | 54,198 | 51083 | 3115 |
| Physician Services | - | - | - | - | - |
| Educational Services | - | - | - | - | - |
| Sponsored Projects | 3,706 | - | 3,706 | 3497 | 209 |
| Asstes Released from Restriction | (42) | - | (42) | - | (42) |
| Investment Income | 6,501 | - | 6,501 | 797 | 5704 |
| Other | 7,067 | - | 7,067 | 6680 | 387 |
| Total Revenue | 336,371 | (12,600) | 323,771 | 348215 | (24448) |
| | | | | | |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 127,562 | - | 127,562 | 132318 | 4756 |
| Fringe Benefits | 33,937 | - | 33,937 | 34386 | 449 |
| Patient Care Supplies | 57,108 | 500 | 57,608 | 54886 | (2722) |
| Purchased Services | 36,741 | - | 36,741 | 33056 | (3685) |
| Support & Contract Costs | 26,176 | - | 26,176 | 25290 | (886) |
| Administrative and General | 25,072 | 16,700 | 41,772 | 23178 | (18594) |
| Depreciation and Amortization | 18,803 | - | 18,803 | 17701 | (1102) |
| Interest | 9,837 | - | 9,837 | 11340 | 1503 |
| Total Expenses | 335,236 | 17,200 | 352,436 | 332155 | (20281) |
| | | | | | |
| **Excess/(Deficiency) of Revenue Over Expenses** | $1,135 | ($29,800) | ($28,665) | $ 16064 | $ (44729) |

s:\k\123\drvogstmi.r&e

DC0896 page 92 of 92

Pg 6

# ST. CHRISTOPHER'S
## STATEMENT OF REVENUE AND EXPENSES
### for the year ended June 30, 1997
### (Dollars in Thousands)

| | Actual | Use of Cushions | Actual Excluding Cushions Used in FY 97 | FY 97 Budget | Variance |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Inpatient | $97,530 | ($3,300) | $94,230 | $109634 | $(15404) |
| Outpatient | 35,050 | - | 35,050 | 29483 | 5567 |
| Educational Services | 791 | - | 791 | 791 | - |
| Sponsored Projects | 2,111 | - | 2,111 | 1441 | 120 |
| Asstes Released from Restriction | 911 | - | 911 | 440 | 421 |
| Investment Income | 4,665 | - | 4,665 | 536 | 4109 |
| Other | 6,710 | - | 6,710 | 7207 | (997) |
| Total Revenue | 147,768 | (3,300) | 144,468 | 150652 | (6184) |
| | | | | | |
| **Expenses:** | | | | | |
| Salaries, Wages and Fees | 55,168 | - | 55,168 | 58370 | 3202 |
| Fringe Benefits | 10,883 | - | 10,883 | 10578 | (305) |
| Patient Care Supplies | 14,088 | - | 14,088 | 12617 | (1471) |
| Purchased Services | 20,741 | - | 20,741 | 21823 | 1082 |
| Support & Contract Costs | 15,216 | - | 15,216 | 15330 | 114 |
| Administrative and General | 13,296 | 6,200 | 19,496 | 12523 | (6973) |
| Depreciation and Amortization | 7,833 | - | 7,833 | 7814 | (19) |
| Interest | 3,108 | - | 3,108 | 4043 | 9042 |
| Total Expenses | 140,333 | 6,200 | 146,533 | 173150 | (3383) |
| | | | | | |
| **Excess/(Deficiency) of Revenue Over Expenses** | $7,435 | ($9,500) | ($2,065) | $7502 | $(9567) |

**EXHIBIT  0303**

DEPOSITION EXHIBIT 303 AKH

## June 1997 - Hahnemann

|  | Month | | YTD | |
|---|---|---|---|---|
|  | Actual | Budget | Actual | Budget |
| Admits | 1,368 | 2,003 | 20,437 | 22,848 |
| Discharges | 1,352 | 1,980 | 20,468 | 22,813 |
| Days | 9,485 | 12,631 | 130,374 | 145,582 |
| I/P Gross | $50,447 | $71,841 | $767,029 | $824,311 |
| O/P Gross | 10,136 | 9,271 | 115,245 | 112,901 |

| Rate | Month | YTD FY97 | FY96 |
|---|---|---|---|
| I/P | 52.6% J | 36.0% | 34.9% |
| O/P | 32.5% H | 47.0% | 46.6% |

*Admissions decreased approximately 300 in May as a result of loss of moms and babies; budget for this is approximately 400/month

| I/P Net Revenue per Admission | | I/P Gross Revenue per Admission | | I/P Net Revenue Per Day | | I/P Gross Revenue per Day | |
|---|---|---|---|---|---|---|---|
| FY97 Average | $13,500 | FY97 Average | $37,531 | FY97 Average | $2,116 | FY97 Average | $5,883 |
| June | 19,382 J | June | 36,876 | June | 2,795 J | June | 5,319 |
| May | 17,142 I | May | 43,747 G | May | 2,446 I | May | 6,243 G |
| April | 12,804 F | April | 34,519 E | April | 2,102 F | April | 5,668 E |
| March | 13,986 D | March | 38,518 | March | 2,171 D | March | 5,979 |
| February | 12,969 | February | 35,236 | February | 2,084 | February | 5,663 |
| January | 13,045 | January | 34,627 C | January | 2,168 | January | 5,755 C |
| December | 10,696 | December | 42,051 | December | 1,610 | December | 6,329 |
| November | 12,423 | November | 50,102 B | November | 1,890 | November | 7,622 B |
| October | 11,434 | October | 37,366 | October | 1,800 | October | 5,882 |
| September | 13,967 | September | 37,339 A | September | 2,242 | September | 5,995 A |
| August | 10,953 | August | 34,635 | August | 1,749 | August | 5,507 |
| July | 12,382 | July | 33,074 | July | 2,040 | July | 5,449 |
| FY96 Average | 12,587 | FY96 Average | 36,100 | FY96 Average | 1,883 | FY96 Average | 5,400 |
| June | 14,871 | June | 36,082 |  |  |  |  |
| May | 8,933 | May | 35,943 |  |  |  |  |
| April | 10,807 | April | 36,057 |  |  |  |  |
| March | 13,127 | March | 35,211 |  |  |  |  |
| February | 11,889 | February | 37,980 |  |  |  |  |
| January | 12,382 | January | 35,582 |  |  |  |  |

A  includes $1.6 million of transplant late charges
B  includes $13.2 million of overstated Pharmacy charges
C  includes $3.7 million reversal of overstated Pharmacy charges
D  includes $4.1 million of MC '90 CRA adjustments
E  includes ??? of overstated Pharmacy charge reversals
F  includes $500 MA CRA adjustments and $250 HIP NJ capitation payments
G  Moms and babies no longer treated at Hahnemann, patients are now treated at City Ave
H  includes $129 retroactive w/o of USHC Radiology capitated accounts
I  includes $5m recognition of reserves from Graduate and $700 recognition of reserves from Mgmt Services
J  includes $10m general reserve adjustment

## June 1997 - Hahnemann

*Handwritten notes (top):*

(9,418) Variance to Bu
5084  Volume Rate-outp...
(7,200)
(732)  CRA - P...
(785)  Prlim...
> (785)

| | Month | | YTD | |
|---|---|---|---|---|
| | Actual | Budget | Actual | Budget |
| Admits | 1,368 | 2,003 | 20,437 | 22,848 |
| Discharges | 1,352 | 1,980 | 20,468 | 22,813 |
| Days | 9,485 | 12,631 | 130,374 | 145,582 |

*Admissions decreased approximately 300 in May as a result of loss of moms and babies; budget for this is approximately 400/month

| | Actual | Budget | Actual | Budget |
|---|---|---|---|---|
| I/P Gross | $50,447 | $71,841 | $767,029 | $824,311 |
| O/P Gross | 10,136 | 9,271 | 115,245 | 112,901 |

| Rate | Month | YTD FY97 | FY96 |
|---|---|---|---|
| I/P | 30.8% | 34.5% | 34.9% |
| O/P | 32.5% (H) | 47.0% | 46.6% |

| I/P Net Revenue per Admission | |
|---|---|
| FY97 Average | $12,964 |
| June | 11,370 |
| May | 17,142 (I) |
| April | 12,804 (F) |
| March | 13,986 (D) |
| February | 12,969 |
| January | 13,045 |
| December | 10,696 |
| November | 12,423 |
| October | 11,434 |
| September | 13,967 |
| August | 10,953 |
| July | 12,382 |
| FY96 Average | 12,587 |
| June | 14,871 |
| May | 8,933 |
| April | 10,807 |
| March | 13,127 |
| February | 11,889 |
| January | 12,382 |

| I/P Gross Revenue per Admission | |
|---|---|
| FY97 Average | $37,531 > |
| June | 36,876 |
| May | 43,747 (G) |
| April | 34,519 (E) |
| March | 38,518 |
| February | 35,236 |
| January | 34,627 (C) |
| December | 42,051 |
| November | 50,102 (B) |
| October | 37,366 |
| September | 37,339 (A) |
| August | 34,635 |
| July | 33,074 |
| FY96 Average | 36,100 |
| June | 36,082 |
| May | 35,943 |
| April | 36,057 |
| March | 35,211 |
| February | 37,980 |
| January | 35,582 |

| I/P Net Revenue Per Day | |
|---|---|
| FY97 Average | $2,032 |
| June | 1,640 |
| May | 2,446 (I) |
| April | 2,102 (F) |
| March | 2,171 (D) |
| February | 2,084 |
| January | 2,168 |
| December | 1,610 |
| November | 1,890 |
| October | 1,800 |
| September | 2,242 |
| August | 1,749 |
| July | 2,040 |
| FY96 Average | 1,883 |

| I/P Gross Revenue per Day | |
|---|---|
| FY97 Average | $5,883 > (504) * 9,485 (5,350) |
| June | 5,319 |
| May | 6,243 (G) |
| April | 5,668 (E) |
| March | 5,979 |
| February | 5,663 |
| January | 5,755 (C) |
| December | 6,329 |
| November | 7,622 (B) |
| October | 5,882 |
| September | 5,995 (A) |
| August | 5,507 |
| July | 5,449 |
| FY96 Average | 5,400 |

*Handwritten notes (right):*

Month - Budgeted Net Revenue per day 1,977
Month - Budgeted Net Revenue per Adm 12,448
Year - " " " per day 1,906
Year - " " " per Adm 12,524

(A) Includes $1.6 million of transplant late charges
(B) Includes $13.2 million of overstated Pharmacy charges
(C) Includes $3.7 million reversal of overstated Pharmacy charges
(D) Includes $4.1 million of MC '90 CRA adjustments
(E) Includes ??? of overstated Pharmacy charge reversals
(F) Includes $500 MA CRA adjustments and $250 HIP NJ capitation payments
(G) Moms and babies no longer treated at Hahnemann, patients are now treated at City Ave
(H) Includes $129 retroactive w/o of USHC Radiology ciplated accounts
(I) Includes $5m recognition of reserves from Graduate and $700 recognition of reserves from Mgmt Services

**ALLEGHENY UNIVERSITY HOSPITALS-HAHNEMANN**
Revenue Variance Analysis
For the Month of June 30, 1997

| | | | VOLUME | | | VOLUME VARIANCE | |
|---|---|---|---|---|---|---|---|
| | | | | | BUDGETED | | |
| | UNITS | BUDGET | ACTUAL | VARIANCE | RATE | VARIANCE | |

**ACUTE & PSYCH SERVICES:**

| | | UNITS | BUDGET | ACTUAL | VARIANCE | BUDGETED RATE | VARIANCE |
|---|---|---|---|---|---|---|---|
| Blue Cross | A,B | days | 1,328 | 1,081 | (247) | $1,951 | ($481,897) |
| Med Assist | G,H,K | cases | 176 | 60 | (116) | 7,782 | (902,712) |
| Medicare | F | cases | 639 | 454 | (185) | 17,550 | (3,246,750) |
| US Healthcare | C | days | 1,223 | 1,074 | (149) | 1,409 | (209,941) |
| Managed Care | 3 | days | 2,136 | 2,161 | 25 | 1,341 | 33,525 |
| Health Pass | I | days | 247 | 141 | (106) | 996 | (105,576) |
| Commercial | E | days | 691 | 543 | (148) | 5,020 | (742,960) |
| Other | N,P,Q,R,4 | days | 31 | 10 | (21) | 2,913 | (61,173) |
| Self Pay | D,S,W | days | 65 | 284 | 219 | 6,031 | 1,320,789 |
| Workers Compensation | L | days | 46 | 83 | 37 | 3,637 | 134,569 |

**TOTAL VOLUME VARIANCE**   ($4,262,126)

*(handwritten annotations)*
(5084)
891 actual self pay gross
<392> budgeted self pay gross
499
(1,320,784)
499,000
1,321 ...
(6,031×65)

PAGE 6

AHERF HOSPITALS
INPATIENT ADJUSTMENTS ONLY BY HOSPITAL BY CHARGE CODE
FROM 970601 TO 970630
FINAL BILL DATE PRIOR 97/06/01

REPORT DATE: 07/09/97    09.48.12    FOCEXEC:CONTRCD2

| HOSPITAL | | | |
|---|---|---|---|
| HUH | | | |
| CHARGE CODE | DESCRIPTION | USED | AMOUNT |
| --- | --- | --- | --- |
| 10004596 | PATIENT REFUND | 2 | 57 |
| 10004992 | INSURANCE REFUND | 4 | 13,756 X |
| 10113413 | HUH SELECT BENEFIT                         PY | | -16,680 |
| 10211001 | BC ALLOWANCE CY | 188 | 723,918 |
| 10211019 | BC ALLOWANCE PY | 6 | -103,807 |
| 10211209 | MC ALLOWANCE CY | 332 | -784,294 |
| 10211217 | MC ALLOWANCE PY | 6 | -136,617 |
| 10211308 | MA ALLOWANCE CY | 133 | -1,157,602 |
| 10211316 | MA ALLOWANCE PY | 3 | 189,717 |
| 10211407 | AUTO INS ALW CY | 12 | 139,927 |
| 10211506 | CHAMPUS ALW CY | 2 | -14,356 |
| 10211605 | NJ MEDICAID ALW CY | 5 | -191,944 |
| 10211704 | PROMPT PAY ALW CY | 21 | 14,205 |
| 10211803 | US HEALTHCARE ALW CY | 188 | -489,943 |
| 10212009 | MERCY HEALTH ALW CY | 122 | -71,435 |
| 10212108 | DEL VAL HMO ALW CY | 1 | 7,399 |
| 10212207 | HEALTHPASS ALW CY | 31 | 12,895 |
| 10212306 | HIP OF NJ ALW CY | 143 | -561,057 |
| 10212405 | US HEALTHCARE CAP CY | 6 | -4,187 |
| 10212603 | KEYSTONE CAP CY | 3 | -1,196 |
| 10212801 | GREATER ATL ALW CY | 25 | -30,249 |
| 10212900 | KEYSTONE ALW CY | 216 | 262,469 |
| 10213007 | AETNA HLTH HMO ALW | 22 | 126,894 |
| 10213015 | AETNA HLTH HMO ALW PY | 1 | -284 |
| 10213205 | MISC HMO ALW CY | 141 | 631,554 |
| 10213239 | DENIED NO AUTHORIZATION | 4 | -8,790 |
| 10213304 | HEALTH PARTNERS ALLOW. CY | 18 | 57,107 |
| 10213403 | MISC. PPO ALW. CY | 1 | 3,019 |
| 10213411 | MISC. PPO ALW. PY | 2 | -561 |
| 10220010 | SMALL BALANCE W/O | 83 | 1,173 |
| 10220036 | ADMIN COURTESY | 37 | -1,015 |
| 10220143 | WORKERS COMP-LAW ALLOWANCE | 1 | -16,092 |
| 10220176 | AS ABOVE, CASE RATE-TODWKER | 2 | -2,090 |
| 10220184 | SELF-PAY CHARITY CARE ADJUST | 12 | -181,784 |
| 10220218 | UE DENIAL-BLUE CROSS | 14 | -95,781 |
| 10221034 | UR DENIAL HEALTH PASS | 1 | -2,090 |
| 10221042 | UR DENIAL OTHER | 64 | -505,032 |
| 10222016 | CLIENT DISCOUNT | 8 | -75,802 |
| 10223105 | COMM. UNTIMELY ADJUSTMENT - CY | 1 | -1,418 |
| 10223154 | COMMERCIAL ADJUSTMENT | 93 | 67,601 X |
| 10223170 | MA-NOT PA ADJUSTMENT | 6 | 52,251 X |
| 10223246 | PAST STATUTE BC I/P | 1 | 3,520 |

BAD DEBT NOT REPORTED

DLC NR 01 1861

PAGE 7

AHERF HOSPITALS
INPATIENT ADJUSTMENTS ONLY BY HOSPITAL BY CHARGE CODE
FROM 970601 TO 970630
FINAL BILL DATE PRIOR 97/06/01

REPORT DATE: 07/09/97        09.48.12                    FOCEXEC:CONTRCD2

| HOSPITAL | CHARGE CODE | DESCRIPTION | USED | AMOUNT |
|---|---|---|---|---|
| HUH' | 1022387 | PAST STATUTE MGD CARE I/P | 1 | 15,818 |
|  | 1022395 | PAST STATUTE MGD CARE O/P | 4 | -1,232 |
|  | 10240158 | BANKRUPTCY | 11 | -22,378 |
| *TOTAL HOSPITAL HUH' | | | 2000 | -2,150,043 |

BAD DEBT NOT REPORTED

DLC NR 01 1862

**EXHIBIT  0313**