# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE OFFICIAL COMMITTEE OF          )
UNSECURED CREDITORS OF             )
ALLEGHENY HEALTH, EDUCATION        )
AND RESEARCH FOUNDATION,           )
                                   )
    Plaintiff,             )          Civil Action No. 00-684
                                   )
    v.                     )
                                   )          Judge David Stewart Cercone
PRICEWATERHOUSECOOPERS, LLP,       )
                                   )
    Defendant.             )


## APPENDIX TO THE COMMITTEE'S RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)

### VOLUME 6A

James M. Jones (PA #81295)
Laura E. Ellsworth (PA #39555)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA  15219

Richard B. Whitney
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Attorneys for Plaintiff The Official Committee
of Unsecured Creditors of AHERF

July 11, 2005

**EXHIBIT  1243**

07/13/98  MON 15:01 FAX 2157821754
JUL. -13 '98 (MON)  14:47    DM&H 41A                    AHERF EAST PRES OFFICE                    ☑002
                                                         TEL:215 979 1620                          P. 002

July 13, 1998

**BY FACSIMILE: 215-762-1754**
Mr. Anthony Sanzo
President and CEO
AHERF
320 East North Avenue
Administrative Offices
Pittsburgh, PA 15212



Dear Tony:

     Following our conversation of yesterday, I can confirm that PNC Bank, N.A. and MBIA
Insurance Corp. are willing to consider interim financing for the members of the Delaware
Valley Obligated Group ("DVOG") in an amount up to $33MM (which you indicated would be a
sufficient amount of financing to take the "Eastern Region" of AHERF through August 7, 1998)
on the following general terms:

| | | |
|---|---|---|
| Amount | - | Up to $33MM, of which no more than $5MM could be advanced on or before July 16, 1998, which is prior to initiation by MBIA or PNC of any due diligence necessary in connection with this type of enhanced financing; |
| Term | - | On demand, but, depending upon the results of due diligence, not longer than 120 days; |
| Obligor | - | Joint and several members of the DVOG; |
| Support | - | Security interest in all present and future assets of DVOG to include, without limitation, accounts receivable, plant and equipment and proceeds; |
| | - | AHERF and its affiliates to fully subordinate to the PNC and MBIA debt (both the new and existing debt) any payments owing to them by DVOG; |
| | - | You agreed to clarify the reinstatement of the intercompany receivable owing to DVOG by any AHERF affiliate and/or subsidiary (reflected as canceled in the April financials); |

FHIW725C2.2

TAC055823 Cm

| FX. | 1243 |
|---|---|
| WIT | C. Cibene |
| DATE | 4/10/03 |

CLAIRE GROSS, RPTR

JUL. -13' 98 (MON) 14:47    DM&H 41A          AHERF EAST PRES OFFICE          @003
                                             TEL:215 979 1020              P. 003

July 13, 1998
Page 2

- Collateral and subordination to apply to prior credit exposure as well;

- FNC and MBIA and their designated agents or representatives to be given access to AHERF affiliates, their books and their personnel in order to perform due diligence functions;

- Various other terms and conditions, including financial reporting, financial covenants, events of default and remedies as would customarily be contained in transactions of this nature.

We asked you to confirm to us (by AHERF, its board and management) the interest in and commitment for both this interim loan and the establishment of a process whereby AHERF will take the steps necessary to enable FNC and MBIA to receive a full recovery for any obligations owed to them by the AHERF system.

In order to expedite our joint efforts to reach a mutually acceptable solution to the current cash needs of the AHERF system, I have purposefully provided only the general terms of our thinking in this letter. Of course, any commitment would be subject to documentation acceptable to us which will contain the terms contained in this letter as well as other terms and conditions which are customarily contained in documents evidencing transactions of this nature and formal approval by our two organizations, among other things.

We are, however, prepared to act expeditiously to enable you to be able to meet your payroll obligations this Thursday. Each of our companies currently has management teams on site in Philadelphia, with available counsel.

Please contact me as soon as possible via my beeper number at 1-800-417-5852 if we might add further clarification to the above, and, of course, following the Board meeting this afternoon. We trust you will find our proposal an acceptable first step toward ensuring that AHERF hospitals — both east and west — remain open and able to provide quality health care on a consistent basis in their communities.

Yours sincerely,

C. David Cook
Senior Vice President and Healthcare
Banking Executive
FNC Bank, N.A.

PHIW313412

TAC055824 Cm

**EXHIBIT 1289**



Anthony M. Sanzo
President and Chief Executive Officer
Allegheny Health, Education and
Research Foundation

320 E. North Avenue
Pittsburgh, PA 15212-4772
412-359-3005
412-359-3888 Fax

**ALLEGHENY**
HEALTH, EDUCATION AND
RESEARCH FOUNDATION

TO:      AHERF Executive Staff
         Hospital Vice Presidents
         University Leadership
         Faculty
         Provost's Staff
         Medical Staff

FROM:    Anthony M. Sanzo

SUBJ:    Media Release

DATE:    September 2, 1998

III A
Martin, Michael P.
Sr. Vice President
Treasury Operations

The attached media release announcing the possible restatement of our consolidated financial statements will be issued late today and we expect that it will garner significant media attention.

It is important to understand that these matters relate to the entity known as AHERF and certain Eastern Region affiliates.

This latest announcement is in keeping with our stated intent to proactively announce developments within the Allegheny organization and to remain diligent in our examination of our financial situation.

*Anthony M. Sanzo*

Anthony M. Sanzo

AMS:slk

Attachment

DBR-SG
06008

Allegheny Health, Education and Research Foundation
Allegheny University of the Health Sciences • Allegheny University Hospitals • Allegheny University Medical Practices • St. Christopher's Hospital for Children



**DEPOSITION EXHIBIT**
1289
NS    4-30-03

# NEWS



**ALLEGHENY**
HEALTH, EDUCATION AND
RESEARCH FOUNDATION

For Immediate Release
Contact:      Thomas G. Chakurda
              (412) 359-6896

## AHERF CONSIDERS RESTATEMENT
## OF CONSOLIDATED FINANCIAL STATEMENTS

Pittsburgh, PA – September 2, 1998 – The Finance and Audit Committee of the Board of
Trustees of Allegheny Health, Education and Research Foundation (AHERF), together with the
new senior management of AHERF and PriceWaterhouseCoopers LLP, are reviewing certain
accounting and reporting issues related to the June 30, 1997 consolidated financial statements of
AHERF and its affiliates, which they believe may require revision. Accordingly, pending
completion of their review, no further reliance should be placed on the financial statements or the
Coopers & Lybrand report thereon. Included among the issues being reviewed are:

♦   a portion of the liability reserves related to the acquisition of the Graduate Hospitals were
    incorrectly reversed to income, thus, impacting intercompany accounts and net patient
    revenues; and

♦   earnings and trading gains from certain restricted funds may have been incorrectly
    reported as "Net Assets Released From Restrictions" and "Investment Income."

According to the Finance and Audit Committee of AHERF's Board, the latest findings are part of
the ongoing process to examine all financial aspects of the Allegheny organization. They
reinforced that if further matters surface, they will be addressed on a timely basis.

-30-

DBR-SG
06009

Allegheny Health, Education and Research Foundation
Allegheny University of the Health Sciences • Allegheny University Hospitals • Allegheny University Medical Practices • St. Christopher's Hospital for Children

**EXHIBIT  1305**

**ALLEGHENY**
**INTEGRATED**
**HEALTH**
**GROUP**

100 W. Laurel Avenue
Cheltenham, PA 19012

---

# M E M O R A N D U M

**TO:**        Distribution

**FROM:**      Janet M. Walz
              Assistant to the President & CEO

**DATE:**      April 5, 1996

**SUBJECT:**   Practice Review Follow-Up

Please be advised that a Practice Review Follow-up Meeting has
been scheduled for Thursday, April 11, 1996 at 8:30AM - 10:00AM in
the Cheltenham Boardroom.

Attached are the summaries of all practices reviewed to date.

Please do not hesitate to contact me at 663-5468 if you have any
questions and or comments.

/jmw

Attachment

Distribution:  John Angeloni, D.O.
              Jerold Aronson, M.D
              Lee Barber, M.D.
              Rich Centafont
              Gerald Escovitz, M.D.
              Nancy Feldman
              Don Kline
              Harvey Levy
              Mark Radbill, D.O.
              Karen Sablyak
              Martin Shimmel, M.D.



EXHIBIT
1305
30/03

Members of Allegheny Health, Education
and Research Foundation
Allegheny General Hospital
Allegheny Integrated Health Group
Medical College of Pennsylvania
and Hahnemann University
Medical College of Pennsylvania and
Hahnemann University Hospital System
St. Christopher's Hospital for Children

PR-Dr.K-09-1450



## ALLEGHENY INTEGRATED HEALTH GROUP
## PRACTICE REVIEW

A meeting was held on Friday, March 8, 1996 to review and discuss the performance of the following AIHG practices:

| PRACTICE | ACTION REQUIRED |
|---|---|
| Bensalem Medical | Profit (Loss) is (400,790). Budget (200,000). Decrease 1/2 physician. Drs. Shimmel and Escovitz to visit practice and discuss with Physician expanding revenue and reducing costs. |
| Castor/Lawndale Medical | Dr. Escovitz, Dr. Shimmel and Karen Sablyak to put together a financial projection. TBD Bottom line of 262K needs to improve. Business Plan required. |
| Frankford Medical | Dr. Shimmel looking into Dr. Eshelman's contract. Decrease expenses. Downsize PT and Marketing person. Incentive okay. |
| Holmesburg | Dr. Escovitz and Dr. Pongonis to meet - revise budget. Deficit to be decreased. Review staffing and physician hours. Dr. Fish being shifted full-time 7/1 to Homebound program. |
| Pennypack Medical | Practice is quite busy. 90K off due to error in cost center allocation. Correct #'s before we put in new incentive. |
| Pine Valley Medical | Rent along with Physician and staff salaries vary from proforma. Harvey Levy to review and advise. Non-recurring one-time expense (chart conversion). Physician salary and rent is correct. H. Levy to review staff salary in black-binder and advise. |

PR-Dr.K-09-1451

| | |
|---|---|
| **Torresdale Medical** | Proforma variance on Physician's salary. Harvey Levy to check on salary issue. Target was based on one physician. PA was placed in practice. Raise base for bonus or re-assign PA. Dr. Shimmel to discuss with Dr. R. Cohen. |
| **Welsh Road Medical** | Revenue increased. Practice productive. Looks okay. |
| **Knights Road Medical** | Decrease staff or increase productivity in addition to taking out some evening physician hours. Dr. Shimmel to speak with Physician. |
| **Dresher Medical** | Single Physician practice. Unmotivated. Reduce staff or increase productivity. Harvey Levy and Dr. Shimmel to speak with Dr. Baron. |
| **Hatfield Medical** | Leave alone. Looking to place this physician with another practice, especially if the building cannot be brought to code. |
| **North Penn Family: Lansdale & Chalfont Medical** | Harvey Levy and Dr. Shimmel to visit practice and speak with Physicians. We cannot subsidize. Must break even or downsize. |
| **Norristown Multi-Specialty** | Drs. Segal and Barber to share responsibility for this practice. Two proformas (rent was missed in the first proforma). Fairly productive. Harvey Levy to review and advise regarding understated staff salary. Travel, meals and entertainment expenses must be decreased. R. Centafont to check with S. Dougherty if lab equipment in office can be placed elsewhere. |

PR-Dr.K-09-1452

| | |
|---|---|
| **Dekalb Medical** | Possible proforma error. Harvey Levy to review and advise. |
| **Pottstown Medical** | Sell Practice. Harvey Levy to pursue. |
| **Allegheny Medical** | Expenses up, revenue down. Recent participation in USHC. Placed Dr. Oxenberg in practice due to 1 yr. contract commitment. Continue Dr. hours and try to build practice. Re-evaluate in June. |
| **Broad & Erie** | Productivity almost zero. Staff can be reduced. Possibly integrate this practice into an area where SCHC is considering opening a Pediatric practice. Bob Martin to speak with Calvin Bland. Entire issue of the relationship of AIHG purchases to the needs of SCHC should be reviewed. Purchase practices where AIHG needs are. Dr. Garg leaving 5/1. Revist. |
| **Homebound Services** | Agreed to proceed according to plan and budget. |

PR-Dr.K-09-1453

## ALLEGHENY INTEGRATED HEALTH GROUP
## PRACTICE REVIEW

A second meeting was held on Wednesday, March 13, 1996 to continue the review and discuss the performance of the following AIHG practices:

| PRACTICE | ACTION REQUIRED |
|---|---|
| Somerset Medical | A few one-time expenses (Chart conversions, records, etc...) increased expenses. Removing part-time physician. Possible option: Merge Somerset Practice with Broad & Erie Practice into new location. |
| Plymouth Meeting Medical | Physician elderly; poor health. Not USHC participant. Dr. Barber to visit with Physician discuss merging with another practice. Option 2: buy him out of contract. |
| Skippack Medical | Elderly physician in fast growing area. Option 1: buy out his contract for as little as possible. Option 2: Add physician and build practice. Drs. Escovitz and Barber to set-up meeting with Physician. |
| Cobbs Creek Medical | Revenue down, expenses up. MA position not being replaces. M. Clair working on merging plan. |
| City Line Medical | Practice doing fine, but can do better. Cut down on loss. |
| Internal Medicine & Girard Estates | No data on hospital admissions. No salary plan. Proforma variance due to missed salaries. Dr. Segal meeting with Dr. Rosner. |
| Langhorne | Already downsized staff and replaced Office Manager. Revenue has potential to increase once practice is stabilized. K. Sablyak and Dr. Radbill to review staffing and coding. Commitment is there. |

| | |
|---|---|
| **Neshaminy – Richboro & Bensalem** | Revenue up. Looking into Merging Richboro practice with "Luber" practice. |
| **Newtown** | 70K error in cost center allocation. Revenue down. Replaced Office Manager. Dr. Radbill to speak with Dr. Creed re: increasing productivity. |
| **Oxford Valley** | Revenue up. In the process of reducing staff. K. Sablyak and Dr. Radbill to review additional downsizing. Productivity can be increased. |
| **Brookview** | Difficult practice to deal with. Dr. Shimmel and H. Levy to visit practice. Increase productivity or decrease staff. |
| **Northeast Medical** | Revenue dropped, expense increased. Move physician (Taureen) to another practice. Drs. Shimmel and Escovitz to meet with physician. Revise budget. 173K to be reduced 50%. Reduce physician hrs. Staff can then be reduced. |
| **North Mayfair** | Suggested that Regional Manager sit in practice for a few days and observe actual time worked. Physician needs to get more efficient. Dr. Shimmel to review. |
| **Parkwood** | Revenue up, staff salaries down. good location. Leave alone |
| **Rhawnhurst** | Leave alone. |

PR-Dr.K-09-1455

### ALLEGHENY INTEGRATED HEALTH GROUP
### PRACTICE REVIEW

A meeting was held on Monday, March 18, 1996 to continue the review and discuss the performance of the following AIHG practices:

| PRACTICE | ACTION REQUIRED |
|---|---|
| Bella Vista | Dr. Angeloni and Rich Centafont to review Physician coverage with Dr. A. Lobianco. Overhead high compared to income. Reduce hours of staff. |
| Point Breeze | Productivity dropped. Quality issue. H. Levy to visit practice and discuss with Physician. |
| Spruce Hill | Revenue up, expenses down but could increase productivity. Drs. Angeloni and Amrom to visit with Physicians. |
| West Girard | Physician retiring in July; being replaced. This is one of three practices being merged. |
| West Market | Staff salaries up. This is another of the practices being merged; staff will be reduced once merger is complete. |
| Marlton & East Camden | Two practice sites. Rabie's salary not listed. Going forward possibly eliminate Marlton address. Physician in Marlton office has high salary; productivity falling. Limit him to MVI work. |
| Wynnefield | Revenue up. Leave alone. |
| East Norriton | Reviewing cost saving ideas for the Norristown practices. Harvey Levy and Dr. Barber to visit practice. Increase productivity or decrease staff. |
| Evesham | Revenue may be understated. Dr. Barber to meet with physician. |
| Holly Oak | Currently cash business. Becoming a USHC participant. |

PR-Dr.K-09-1456

| | |
|---|---|
| **Kingston** | Newer practice. Little information available. Check "other" expenses. |
| **Telford** | Location far. Not key practice. If reasonable, add 1/2 physician. |
| **Wynnbrook** | Newer practice. Looking into staff variance. |
| **Willingboro** | Newer practice. |
| **Holme Avenue** | USHC approval pending. Decrease staff. Drs. Shimmel and Escovitz to meet with Dr. Celia. |
| **Jenkintown** | Location good. Physician added to practice. His salary not included. Karen Sablyak to review why physician salaries increased. |
| **Pennsbury** | Revenue dropped, expenses increased. Excessive moonlighting hours. Staff salary needs to be reduced. Karen Sablyak and Mark Radbill to follow-up. |
| **Woodbourne** | Check rent. Possible overpayment. Little support of AHERF system. Tremendous potential here. Drs. Escovitz and Radbill to meet with physician. |
| **Cottman** | No discussion transpired. |
| **Horsham** | Increase in capitated revenue due to enrollment in USHC. Volume limited by space. Dr. Shimmel and Marc Clair to review building plans. |

PR-Dr.K-09-1457

## ALLEGHENY INTEGRATED HEALTH GROUP
### PRACTICE REVIEW

A meeting was held on Thursday, March 28, 1996 to continue the review and discuss the performance of the following AIHG practices:

| PRACTICE | ACTION REQUIRED |
|---|---|
| Bryn Mawr Pediatric | AIHG's presence on the Main Line. Losing money. Drastic action needed. Physician hours are overstated. Office overstaffed. Kathy Martini, Karen Sablyak and Dr. Aronson to visit practice and discuss revenue. Dr. Aronson to report back to group. |
| Ardmore Pediatrics & Chestnut St. | Revenue up. Error in physician salary allocation. Provide coverage for Hillman. Discussions to add Pediatrics to Wynnfield Practice (adult practice) Business Plan needs to be submitted. |
| Castor Avenue Pediatrics | Key location. Costs increased. Assumed responsibility for Harbison Pediatrics. H. Levy and Dr. Aronson to speak with Dr. Sey. Check pharmacy costs. Don Kline to adjust target. |
| Cheltenham Pediatrics | Revenue has gone up; physician was added (Kovats). One physician retiring 7/96. Staff reductions anticipated when physician retires. |
| Elkins Pediatrics | Expenses up. Dr. Kovats splits time between Cheltenham and Elkins. |

NOTE:    In a large percent of the AIHG practices, there is a significant increase in telephone usage. This is being looked into. Possibly change lines to limit long distance calls.

PR-Dr.K-09-1458

**EXHIBIT  1312**

# AHERF

**Allegheny Health, Education
and Research Foundation**

D.L. Clark Building, 4th Floor
Pittsburgh, Pennsylvania 15212

## MEMORANDUM

DATE:     April 18, 1997

TO:       Distribution

FROM:     John T. Lydon
          Director, Accounting & Financial Reporting, Pittsburgh

          Chuck Lisman
          Director, Financial Services

SUBJECT:  **Coopers & Lybrand Audit Requests**

Attached you will find the Fiscal Year 1997 Coopers & Lybrand (C&L) Audit Schedule Request for Allegheny
Health, Education and Research Foundation and affiliates. Please read through this request and prepare the
appropriate schedules/analyses relative to your areas of responsibility. Note that there are two time frames outlined
in this request, preliminary fieldwork scheduled to begin April 28, 1997 and year-end fieldwork scheduled to begin
in late July or early August. Any schedules/analyses requested for preliminary fieldwork should be prepared as of
March 31, 1997 and returned to Accounting by Tuesday, April 29, 1997. Year-end schedules/analyses should be
prepared as of June 30, 1997 and returned by Thursday, July 31, 1997. The schedules/analyses prepared for the
preliminary fieldwork should be "rolled forward" to account for the activity from April through June and available
for review at year-end. As mentioned in the C&L request, they would like all schedules/analyses and any other
supporting documentation to be supplied on disk in either Lotus 1-2-3 or Wordperfect format if possible. Please note
that C&L will also be updating their understanding of our internal control environment during preliminary fieldwork,
making it necessary for them to meet with a number of you in addition to any specific schedules/analyses that have
been requested. If you have any questions on any matter related to this request please call Chuck Lisman at (412)
442-2153 for Delaware Valley entities or Jack Lydon at (412) 442-2194 for Pittsburgh entities. Thank you.

JTL:kw
s:\k\w\jtl\c&l97aud.wpd

Distribution:

| | | |
|---|---|---|
| Al Adamczak | Russ Laing | Nick Vidovich |
| Nick Borrelli | Ron Longobucco | Angie Yanez |
| Marcia Caliendo | Rich McKeown | |
| Dan Cancelmi | Chuck Morrison | |
| Dave Deasy | Mike Moyer | |
| Jeff Eberly | Jack Nelson | |
| Jack Ellsworth | Kristie Pippy | |
| Jim Fascetti | Bryan Randall | |
| Joe Gindhart | Keith Reabe | |
| Sue Gilbert | Susan Rutter | |
| Missy Hershberger | Kathleen Saunders | |
| Barb Johnson | Robin Schaffer | |
| Elaine Junio | Joe Scharf | |
| Bruce Kehr | Greg Snow | |
| Don Kline | Steve Spargo | |

CANDEP 01343

**Coopers &Lybrand**

**Coopers & Lybrand L.L.P.**

a professional services firm

600 Grant Street
35th Floor
Pittsburgh, Pennsylvania
15219-2777

telephone (412) 355-8000

facsimile (412) 355-8089

April 15, 1997

Mr. Jack Lydon
Director
Allegheny Health, Education
   and Research Foundation
503 Martindale Street
Fourth Floor
Pittsburgh, PA 15212

Dear Jack,

Enclosed please find a copy of our annual schedule request. The request has been prepared at an AHERF level with a separate analysis of the recent affiliations and should be utilized as considered applicable for each affiliate entity. If you have any questions please contact me at 355-7531, Christa Porter at 355-8029, Mark Kirstein at 355-7546 or Amy Frazier at 392-4933. As originally discussed, we are expecting to perform preliminary fieldwork beginning April 28 through May 30, 1997.

Sincerely,

Brian Christian

Brian Christian

Enclosure

cc:   A. Adamczak
      D. Cancelmi
      C. Lisman

CANDEP 01344

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

# AHERF
## Fiscal Year 1997 Schedule Request
## Preliminary and Year End Fieldwork

The following document represents our annual schedule request which identifies the more significant schedules that we will need to complete the audit of AHERF and its affiliates. The schedules should be prepared for each entity as considered applicable. Consistent with previous years, **all schedules should be completed as of June 30,** however, in addition, certain schedules should also be provided at an interim date (i.e., March 31, 1997) to be used in completion of early substantive audit testing. Page two of this document includes a summary those areas that will be included in our early substantive audit testing procedures. This document is intended to be a guide, internal schedules which meet the same objective should be substituted in place of the requested schedule.

Consistent with the 1996 audit we will utilize the Coopers & Lybrand Audit Support System (CLASS) on the AHERF audits. CLASS is our Firm's version of a "paperless" audit. We are requesting that you provide us the schedules and any other supporting documentation on a disk in either LOTUS 1-2-3 or WordPerfect format. If there are items which are not available on disk, such as contracts, debt instruments or invoices, there is no need to create a file, we will simply use the hard copy evidence as we have done in the past.

Additionally, we will update our understanding and test the internal control environment during our preliminary audit phase. Our primary areas of focus include revenue, both the patient and professional fee cycles, payroll, purchasing, grant administration, student revenues, intercompany charges, fixed assets and treasury systems. Our procedures will involve meeting with operational personnel, documenting changes to the environment and selecting samples of transactions and specific controls for testing. We would appreciate your assistance in alerting these personnel that we will be in contact with them during our preliminary phase.

CANDEP 01345

# AHERF
# PRELIMINARY PHASE
# AUDIT AREAS

- Patient Accounts Receivable, including CRA's (*)
- Malpractice and Workers Compensation Accruals Testing (*)
- Property, Plant & Equipment (*)
- Other Assets (*)
- Other Liabilities (*)
- Review of all managed care contracts for the AHERF system. (*)
- Document controls of investment system and review supporting documentation for propriety of classifications.
- Document and test any significant system conversions.
- Review Board of Trustee minutes.
- Summary of all attorneys consulted during the fiscal year for preparation and mailing of legal letters.
- Fluctuation analysis for all entities & other analytical procedures.
- Audit of the AHERF, AVH, and Forbes defined benefit retirement plan and Zurbrugg's defined contribution retirement plans as of December 31, 1996. (See page 10 of this document for a detailed Schedule Request covering these procedures.)
- Opening balance sheet procedures, including purchase accounting adjustments for AVH, Forbes and Graduate entities
- Depreciation recapture calculation.
- New lease transactions.

(*) For those accounts that we perform early substantive procedures as of the interim date of March 31, 1997, we will update the activity for these areas to year end and perform the appropriate audit tests, including comparative analyses as of June 30, 1997.

2

CANDEP 01346

## AHERF SCHEDULE REQUEST
## FISCAL YEAR 1997

### CASH

- Comparative schedule of cash balances at June 30, 1997.
- Reconciliation of all accounts to bank statements and general ledgers.
- Identify restrictions on cash accounts.
- Preparation of bank confirmations.
- Analysis of intercompany transfers.

### INVESTMENTS (All Trustee Held, Board Designated, Endowment, Working Capital and Other Investments):

- Comparative schedule of investments, segregated by investment type, including a comparison to market value.
- Reconciliation of all accounts to the applicable trust statements.
- Analysis of accrued interest receivable.
- Analysis of investment income.
- Identify restrictions on accounts.
- Preparation of bank confirmations.
- Analysis of transfers to Mellon Master Trust.
- Reconciliation of system conversion.

### PATIENT ACCOUNTS RECEIVABLE (including CRA's) / PROFESSIONAL FEE REVENUE

The following list represents our request for both patient accounts receivable and professional fee revenue. Each bullet point may not be applicable to both areas.

- Provide a copy of management's statistical package at March 31, 1997 and June 30, 1997.
- Summarize accounts receivable, including in-house, DNFB and final billed, for inpatient and outpatient accounts as considered appropriate. Include reconciliations to the general ledger. (Including the number of patients and patient days (where applicable) for each category).
- Summarize number of patients and patient days (where applicable) for each category at March 31 and June 30. (category would be in-house, DNFB and Final billed on an inpatient and outpatient basis).
- Prepare a comparative aged A/R summary by significant payor type, based on date of service for outpatient and date of discharge for inpatient.
- Provide remittance advice summaries for the fiscal year.
- Summarize remittance advices subsequent to year end through August 29, 1997.
- Provide analyses of contractual allowances for DNFB and in-house.
- Provide a listing of all patient receivable balances greater than 90 days old in excess of $100,000 including documentation on the status of the account.
- Analyze the cash clearing accounts for inpatient/outpatient balances and provide a detailed listing of unposted cash at year end.

CANDEP 01347

# AHERF SCHEDULE REQUEST
## FISCAL YEAR 1997

**PATIENT ACCOUNTS RECEIVABLE (Including CRA's) / PROFESSIONAL FEE REVENUE, continued**

- Provide a listing of "credit balance accounts" for accounts greater than $25,000.
- At year-end, provide a high dollar account analysis for patient account balances in excess of $200,000. The analysis should include payor, patient number, patient name, account balance, contractual allowance estimates recorded, net receivable, aging for final billed account and status of the account. This year-end analysis should be updated for subsequent receipts through August 22, 1997.
- Analyze the allowance for doubtful accounts as of March 31 and June 30, 1997. Compare the estimate with prior year. Summarize account balance activity for the year to bad debt expense by payor. Additionally, any internal analyses of bad debt methodologies that provide consistency between entities should be provided.
- Summarize third party payor denials.
- Summarize charity care, including charges foregone and expenses to administer the care.
- Provide copies of the results of all KEPRO reviews at March 31, 1997 and updated through June 30, 1997.
- Provide a summary of CRA activity at March 31, 1997 and updated through June 30, 1997. Summary should include beginning balances, cash receipts, cash payments, other activity and ending balances.
- Analyze ending CRA balances for all open years. This should include the current year estimate.
- Summarize cash correspondence for prior years CRA's and make available third party correspondence during the year.
- Provide a summary of PIP account activity at March 31, 1997 and updated through June 30, 1997.
- Analyze ending PIP balances for all open years.
- Make available third party correspondence related to CRA and PIP account activity during the current fiscal year.
- Preparation of KEPRO confirmations.

## STUDENT ACCOUNTS RECEIVABLE

- Comparative schedule of balances with prior year.
- Analysis of allowance for doubtful accounts.
- Analysis of bad debt expense.
- Listing of all credit balances at June 30, 1997.
- Statistical information (i.e., student enrollment by program and financial aid, rates, etc.)

CANDEP 01348

**AHERF SCHEDULE REQUEST**
**FISCAL YEAR 1997**

## INTERCOMPANY ACCOUNTS

- Provide a detailed analysis of all intercompany accounts including reconciliation to the general ledger.
- Assess collectibility of receivables.
- Make available intercompany overhead charge model and policies
- Provide a summary of all G/L accounts that represent intercompany accounts.

## OTHER RECEIVABLES (including pledges and grants receivable)

- Comparative schedule of balances at March 31, 1997 and June 30, 1997.
- Provide a summary of detail with reconciliation to the general ledger.
- Assess collectibility of receivables.

## INVENTORY

- Comparative schedule of balances with prior year.
- Provide an analysis of the inventory results (i.e., book to physical adjustments).

## OTHER ASSETS (including deferred financing costs, equity investments)

- Comparative schedule of balances at March 31, 1997 and June 30, 1997.
- Summarize current year activity with a reconciliation to the general ledger.
- Available financial statements of equity investments, including an analysis of any loss commitments from those investments.

## PROPERTY, PLANT AND EQUIPMENT

- Provide a summary of current year activity, (i.e.., beginning balance plus additions less disposals equals ending balance) with a reconciliation of the subsidiary ledger to the general ledger. (This schedule should be available for year-end fieldwork only.)
- Identify any non-cash transactions during the current year
- Analyze depreciation/amortization expense and reconcile to the income statement.
- Summarize significant gains/losses on retirements, if any.
- Provide a copy of the capital additions budget with a comparison of budget vs. actual and significant variances analyzed.
- Provide capitalized interest calculation at June 30, 1997.

CANDEP 01349

## AHERF SCHEDULE REQUEST
## FISCAL YEAR 1997

### LEASING

- Make available all new capital and operating lease documents.
- Prepare a five year payout schedule for both operating and capital lease arrangements at June 30, 1997.
- Provide a detail of rent expense by entity.
- SAS #13 analysis for all new leases
- Analysis of all sale / leaseback transactions.
- Summary of open commitments.

### ACCOUNTS PAYABLE

- Comparative schedule of balances with prior year.
- Provide reconciliation of the subsidiary ledger to the general ledger.
- Make available check registers and subsidiary ledgers to perform a search for unrecorded liabilities.
- Provide a listing of open purchase orders at June 30, 1997.

### ACCRUED EXPENSES

- Comparative schedule of balances at June 30, 1997.
- Provide supporting documentation for significant accruals (vacation, payroll, sick pay, student deposits and prepayments, etc.)

### LONG-TERM DEBT

- Summary of account balance and activity during the fiscal year and reconciliation to the general ledger at June 30, 1997.
- Provide quarterly covenant calculations for all debt agreements.
- Preparation of debt confirmations.

### PENSION COST

- Summarize current year activity and reconcile to the general ledger.
- Reconcile current year expense allocated to the respective entities and to the plan's actuary report.
- Summarize the status of plan transitions for those benefit plans merging into the AHERF system.

CANDEP 01350

## AHERF SCHEDULE REQUEST
## FISCAL YEAR 1997

### ADVANCES FROM THIRD-PARTY PAYORS

- Summarize activity of advance account during the year and reconcile schedule to the general ledger.
- Provide correspondence from the payor regarding changes in the authorized amount available.
- Preparation of confirmations.

### DEFERRED REVENUE

- Comparative schedule with prior year.
- Evaluate the propriety of the amount recorded at June 30, 1997.

### MALPRACTICE AND WORKERS' COMPENSATION ACCRUAL

- Comparative schedule with prior year. Analyze the balance in relation to recent history and timing of insurance coverage.
- Reconcile the current year activity of the accrual to the general ledger.
- Prepare a summary of AHSPIC and HAHN's funded status.
- Provide actuarial report supporting the accrual for malpractice claims.
- Make available claims data for testing purposes.
- Provide actuarial report for self-insurance trust funds.
- Provide a detail of commercial policies purchased for run out at Graduate, Forbes and AVH.

### PHYSICIAN CONTRACTS / MANAGED CARE AGREEMENTS

- Provide a listing of all third party agreements.
- Provide a detail of physician contracts.
- Provide a summary of covered lives by third party agreement.

### NET ASSETS

- Summarize the activity in the unrestricted, temporarily restricted and permanently restricted accounts, with a reconciliation to the general ledger.

### OPENING BALANCE SHEETS (AVH, Forbes and Graduate entities)

- Valuations for all property, plant and equipment at acquisition date (opening balance sheet dates).
- Bank statements confirming opening cash balances.
- Accounts receivable analyses:
  1. Run out of opening accounts receivable balances.
  2. Remittance advice summaries for testing
  3. Subsequent receipts on outstanding patient accounts receivable.

CANDEP 01351

**AHERF SCHEDULE REQUEST**
**FISCAL YEAR 1997**

**OPENING BALANCE SHEETS** (AVH. Forbes and Graduate entities). continued

    4. Credit balances (i.e., any large credit balances in account receivable that adjust purchase price).
- Policy analysis:
  1. Bad debt reserve using AHERF methodology vs. current methodology (i.e., support for purchase accounting adjustment).
  2. Workers compensation / Malpractice reserve adjustments (i.e., purchase accounting for consistent policies).
  3. Other
- Supporting documentation for other receivables and assets, other liabilities and debt.
- Legal due diligence review
- Listing of employees covered under severance agreements and their related compensation.
- Analysis of all restructuring charges by entity.
- Detail of depreciation recapture calculation.
- Make available all affiliation agreements.
- Copies of C&L reviewed 1996 Graduate Deloitte and Touche working papers.

8

CANDEP 01352

## AHERF SCHEDULE REQUEST
### FISCAL YEAR 1997

## OTHER SCHEDULES

- Final trial balances at March 31, 1997 and June 30, 1997, including a download into Lotus 1-2-3.
- Make available final general ledger at March 31, 1997 and June 30, 1997.
- Internal financial statements for March 31, 1997 and June 30, 1997.
- Summarize significant related party transactions at June 30, 1997 for footnote disclosure.
- Provide supporting information for the financial statement preparation.
- Provide internal analysis, if any, of identified organizations that would be covered by SOP 94-3 "Reporting of Related Entities by Not-for-Profit Organizations".
- Provide supporting documentation for commitments and contingencies, including physician contracts and employment agreements.
- Reconciliation of all system conversions.

9

CANDEP 01353

# AHERF RETIREMENT PLANS
## SCHEDULE REQUEST

As indicated above, during our preliminary phase of fieldwork, we will complete our procedures covering the AHERF, AVH, and Forbes defined benefit retirement plan and Zurbrugg's defined contribution retirement plans. Similar to the financial statement internal control documentation, we will need to be in contact with individuals within the human resource and payroll departments. We would appreciate your assistance in alerting them of our requirements. In connection with these procedures we will also need the following information:

## DEFINED BENEFIT PLANS

- Reconciliation of participant census data to payroll
- Copies of plan amendments, if any.
- Trust statements for the plan year ended December 31, 1996.
- List of active participants as of December 31, 1996.
- List of new retirees during the plan year.
- List of participants who have terminated during 1996 and are vested.
- List of participants receiving benefit payments.
- Actuarial valuation for the plan year ended December 31, 1996.
- Financial statements with supporting documentation for disclosure.

## DEFINED CONTRIBUTION PLANS

- Reconciliation of participant census data to payroll
- Copies of plan amendments, if any.
- Trust statements for the plan year ended December 31, 1996.
- List of active participants as of December 31, 1996.
- List of new retirees during the plan year.
- List of participants who have terminated during 1996 and are vested.
- List of participants receiving benefit payments.
- Financial statements with supporting documentation for disclosure.

CANDEP 01354

**EXHIBIT  1447**

Meeting of the Executive Committee
Allegheny Health, Education and Research Foundation
Saturday, June 20, 1998 – 8:00 a.m.
In Person and By Phone
29th Floor, Fifth Avenue Place
Pittsburgh, Pennsylvania

## Members

J. David Barnes                          Claire W. Gargalli
Frank V. Cahouet                         Ira J. Gumberg
Douglas D. Danforth                      Robert M. Hernandez
Harry R. Edelman III                     Francis B. Nimick
Robert L. Fletcher                       Robert B. Palmer
                                         W. P. Snyder III

## Invitees

Al Adamczak                              Charles Morrison
Joseph Dioniosio                         Charles J. Queenan, Jr., Esq.
David W. McConnell                       Nancy A. Wynstra

## AGENDA

|      |                                   | Presenter          |
| ---- | --------------------------------- | ------------------ |
| I.   | Opening of the Meeting            | W. P. Snyder III   |
| II.  | Additions to the Agenda           | W. P. Snyder III   |
| III. | Review of Prior Week Activities   | A. M. Sanzo        |
| IV.  | Update on Vanguard Transaction    | A. M. Sanzo        |
| V.   | Authorization for Cash Savings    | A. M. Sanzo        |
| VI.  | Contingency Plan                  | C. J. Queenan, Jr. |
| VII. | Other Business                    | W. P. Snyder III   |

PGH: 35264.1

TAC055215 Cm


DEPOSITION
EXHIBIT
MORRISON
AKF 1447

Kirkpatrick & Lockhart LLP
Privileged and Confidential
Attorney-Client Communication;
Attorneys' Work Product

## OPTIONS

A.  File insolvent entities; keep AHERF and AGH out

B.  File insolvent entities; keep AHERF, Western hospitals and AUHS (medical school) out

C.  File AHERF and all other entities

D.  File AHERF and other entities, except AGH and AUMC

E.  Venue (W.D.PA./E.D.PA.) (File AUMP first in W.D.PA)

TAC055216 Ck



Privileged and Confidential
Attorney-Client Communication;
Attorneys' Work Product
Draft 6/19 (DAM comments included)

AGENDA
EXECUTIVE COMMITTEE MEETING
JUNE 20, 1998

1.  Report of Events of Week of 6/13 through 6/19

    - Cash situation/June Payrolls
    - Hunter Group retained
    - Review of long term debt of obligated groups comprising AHERF
    - Report of MBIA ~~and/PHO~~ meeting/
    - Preliminary K&L interviews of management team/fact sheet

2.  Discussion of Non-bankruptcy Strategies

    - cost cutting measures
        - implemented this week
        - scheduled to be implemented
        - other measures for consideration
        - merger of AHERF hospitals
    - ~~Hunter Group cash availability/management study~~
    - Hunter Group activities for week starting 6/22
    - Meetings with individual ~~directors~~ creditors
    - Disposition of assets

3.  Discussion of Possible Chapter 11 Reorganization Strategy

    - Objectives
    - Advantages and Disadvantages
    - Financing Alternatives
    - possible consequences to Vanguard sale (including the AG hearing scheduled for June 23)

4.  Interim Actions

    - ~~evaluate Chapter 11 possibilities~~
    - evaluate other options
    - obtain DIP Financing bids/commitment letter(s)

TAC055217 CM

- review in two weeks with interim reports to be delivered to the members of the Executive Committee

TAC055218 ᶜᴹ

VIII.    Executive Session                    W. P. Snyder III

IX.      Adjournment                          W. P. Snyder III


sjd
6/19/98

TAC055219 cm

AHERF Executive Committee
Saturday, June 20, 1998

<u>Members</u>

J. David Barnes ✓
Frank V. Cahouet ✓
Douglas D. Danforth (phone) ✓
Harry R. Edelman, III (absent)
Robert L. Fletcher ✓
Claire W. Gargalli (phone) ✓
Ira J. Gumberg ✓
Robert M. Hernandez ✓
Francis B. Nimick, Jr. ✓
Robert B. Palmer (phone) ✓
W.P. Snyder III ✓

<u>Invited</u>

Al Adamczyk ✓
Joe Dionisio ✓
David McConnell ✓
Chuck Morrison ✓
Anthony Sanzo ✓ .
Nancy Wynstra ✓
Kirkpatrick & Lockhart Attorneys

D. McClenahan
B. Cullen
Dave Murdock
K. Hendrikson

TAC055220 CM

SATURDAY JUNE 20, 1998
@ 8 AM

**AHERF Executive Committee**

#12⁰

Wednesday, June 17, 1998

Lynier
→724-238-
7755
PH:

**OFFICERS**

W. P. Snyder III
Douglas D. Danforth

Committee Chair
Committee Vice Chair

**COMMITTEE MEMBERS**

FAX

Laurie
4 J. David Barnes 234-4446 — Committee Member — 236-6663

Kathy
YES Frank V. Cahouet 234-4962 — Committee Member — 234-7525

? by Phone
4 Douglas D. Danforth (Carole 442-3100 — Committee Member — 434-1981

Boyer)
NO ~~Harry R. Edelman, III~~ — Committee Member — 788-9928

4 Robert L. Fletcher — Committee Member — 963-6974

AWAY
4 Francis B. Nimick, Jr. 5584 25-7 July — Committee Member — —

4 Robert B. Palmer 610 274-0287 — Committee Member — —

4 W. P. Snyder III — Committee Member — —

4 Claire W. Gargalli — Home — 215 772-1404
215 772-0759 Home fax: 215-772-1404

4 IRA J. GUMBERG 244-4007 — 244-9133

4 ROBERT M. HERNANDEZ — 433-2015
⌈ NAW
│ Joe
⌊ Chuck
  Dwm
**STAFF**

Dwight Kasperbauer — Guest AHERF EVP & Chief Human Resources Officer
David W. McConnell — Guest AHERF EVP & CFO & Treasurer
Leonard L. Ross, Ph.D. — Guest AHERF EVP & Chief Academic Officer
Anthony M. Sanzo — Guest AUH WEST President & CEO
Nancy A. Wynstra, Esq. — Guest AHERF EVP & General Counsel & Secretary

TAC055221 CM

MEET ME LINE 8240        AUDREY 6111
                         TOM ASHCOM 8957
1-800 624-5133           TELEPHONE OFFICE 3700
                         Sylvia Day

Privileged and Confidential
Attorney-Client Communication;
Attorneys' Work Product

AGENDA
EXECUTIVE COMMITTEE MEETING
JUNE 20, 1998

1.  Report of Events of Week of 6/13 through 6/19

    - Cash situation/June Payrolls
    - Hunter Group retained
    - Review of long term debt of obligated groups comprising AHERF
    - Report of MBIA meeting
    - Status of Vanguard transaction
    - Preliminary K&L interviews of management team/fact sheet

2.  Discussion of Non-bankruptcy Strategies

    - cost cutting measures
    - Hunter Group activities for week starting 6/22
    - Meetings with individual creditors
    - Disposition of assets

3.  Discussion of Possible Chapter 11 Reorganization Strategy

    - Objectives
    - Advantages and Disadvantages
    - Financing Alternatives
    - possible consequences to Vanguard sale (including the AG hearing scheduled for June 23)

4.  Interim Actions

    - evaluate other options
    - obtain DIP Financing bids/commitment letter(s)
    - future Executive Committee meetings  — Fri. Exec. Comm. 1t-2
                                              Postpone Bd. meeting

TAC055222 CM

Kirkpatrick & Lockhart LLP
Privileged and Confidential
Attorney-Client Communication;
Attorneys' Work Product

SUMMARY OF MATERIALS PRESENTED TO THE
EXECUTIVE COMMITTEE OF THE BOARD OF TRUSTEES
OF AHERF
JUNE 20, 1998

1. Current Cash Strategy and June payrolls

2. Status of Long Term Debt/Bonds

Bond service will require approximately $6 million in June and $6 million in July.

There are 14 bond issues representing an aggregate of approximately $932 million in long term, bonded debt. Of these issues, 9 (representing approximately $763 million) are either presently in technical default or are anticipated to be in technical default as of June 30, 1998. Entities in technical default include (i) the AGH Obligated Group ($97.6 million); (ii) the AUMC Obligated Group ($61 million); (iii) Centennial ($160 million); (iv) the Delaware Valley Obligated Group ($402 million); and (v) AHNJ ($41 million). The defaults related to various failures to meet measures of financial soundness and some have been continuing for more than three fiscal quarters. AHERF's finance department assures that required notices have been timely delivered to trustees, etc.

Approximately half the bonds have credit enhancement either in the form of MBIA Insurance or a letter of credit. PNC Bank, National Association and Morgan Guaranty Trust Company have issued the letters of credit.

Accordingly, MBIA, PNC and Morgan Guaranty are real parties in interest with regard to credit enhanced issues. Mr. Sanzo has discussed these matters with MBIA during this past week and our understanding is that MBIA endorses the retention of the Hunter Group and will forebear for some period. Discussions are under way with PNC (and Morgan Guaranty).

2. Inter-entity Transfers

There has been a substantial volume of transfers between and among AHERF and its several subsidiaries and those transfers continue. In addition, AHERF and its several subsidiaries are parties to Management Services Agreement under which, generally, AHERF charges fees in exchange for services rendered. The amounts to be charged are not specified in those agreements. Moreover, there is no record of attributing transfers to any particular agreement or any particular service.

TAC055223 CM

### 3. Chapter 11 Considerations

Initially, it is noted that the Vanguard asset purchase agreement gives Vanguard an out if one or more of the sellers files bankruptcy or is insolvent prior to closing. The sellers may not presently meet the solvency criteria of the agreement. A bankruptcy filing would clearly give Vanguard an out.

### Basic Bankruptcy Principles

a.  *no creditor can force a 501(c)(3) organization into bankruptcy* (there is a seldom used Pennsylvania Orphan's Court proceeding for dissolution of a non-profit for failure to pay judgment debt). However, once commenced, a case involving a 501(c)(3) non-profit corporation proceeds under the same rules as a for profit corporate bankruptcy.

b.  *venue of the proceeding is in the bankruptcy court where the filing entity has a principal place of business.* Once venue is established for a particular entity, affiliates choosing to file may file in that bankruptcy court. For example, if AUMP were to file in Pittsburgh, eastern entities could choose to file in Pittsburgh.

c.  *certain transfers from insolvent entities may be voided.*

d.  *transfers from a debtor to a creditor within 90 days of filing (one year in the case of transfers to "insiders") may be voided as preferences of one debtor over another.* Inter-entity transfers will be subject to particular scrutiny.

e.  *transfers of solvent entities to insolvent entities may be subordinated based on equitable principles.* For example, if a solvent AGH has subsidized insolvent members of he AHERF group, AGH's debt may be subordinated to other creditors.

f.  *AHERF guarantees of affiliates' debt may be enforced against AHERF if affiliates file.*

g.  *[a filing may accelerate bonds].*

### Strategic Considerations

a.  arrangements for complex filings and appropriate DIP financing require careful planning, timing and implementation;

b.  At this point, it seems likely that the Eastern entities will file bankruptcy. AHERF is probably insolvent and may also file. It may be possible to avoid a filing for AGH and Allegheny University Medical Centers (Allegheny Valley, Forbes and Cannonsburg);

c.  Advantages of Filing:

TAC055224 Cm

- avoid burdensome contracts—leases and other contracts may unilaterally be rejected. Personal services contracts (e.g., doctor and manager employment contracts) may be rejected on a contract by contract basis; collective bargaining agreements may be rejected under more limited circumstances;
- DIP (debtor in possession) financing may be more favorable than available non-bankruptcy financing;
- stay of liquidation; and
- potential reduction or elimination of pre-bankruptcy debt.

d. Disadvantages of Filing:

- see initial note regarding Vanguard;
- potential to unwind mergers creating AUMC;
- expense and delay;
- possible loss of control;
- risk of litigation against officers and directors as individuals;
- rejection of physician contracts may reduce referrals;
- public relations issues;
- Pennsylvania Attorney General actions

**Other Considerations**

- conflicts

TAC055225 Cm

**EXHIBIT  1448**

DB-CM-46-00982

**Coopers & Lybrand**

Coopers & Lybrand L.L.P.    600 Grant Street    telephone (412) 355-8000
25th Floor
a professional services firm    Pittsburgh, Pennsylvania    facsimile (412) 355-8089
15219-2777

September 11, 1995

SEP 1 ..95

Mr. Chuck Morrison
Allegheny Health, Education and Research Foundation
3300 Henry Avenue
Philadelphia, PA 19129

Dear Chuck:

Bill Buettner and I met with David McConnell today and discussed, among other items, the amount of accounts receivable that are included in the greater than 180 day category and the related bad debt reserve at each of the AHERF hospitals. After the meeting, David asked that I discuss the status of the receivables with you at a later date. I have set up a meeting, through your secretary, for 9:00 AM on Friday September 22nd at the Clark Building for this purpose. For your review, I have included the summaries that we shared with David which are serving as a basis for our conclusions on the audit.

Based on our review, we believe that the reserve for accounts receivable should be enhanced and the methodology used to establish the reserves reviewed for future reference. Our basis for this conclusion is rooted in the amount of A/R over 180 days old coupled with the reduction in the reserve as a percentage of A/R at several of the hospitals. In order to analyze the potential adjustment we applied the AGH reserve percentages to each of the hospitals agings and identified what the adjustment would entail under this premise. While this is conservative and would be slightly offset by the unapplied PIP cash, we believe that it supports the conclusion that the reserves should be enhanced.

Certainly, if you have any questions on these summaries prior to our meeting, please do not hesitate to call me at 412-355-7546. I look forward to working with you on this matter and offer to you that I am available to assist you on any matter that you would like to discuss throughout the year. Please do not hesitate to call.

Sincerely,

Mark D. Kirstein

enclosures

DB-CM-46-00982

Coopers & Lybrand L.L.P., a registered limited liability partnership, is a member firm of Coopers & Lybrand International.


EXHIBIT

EX. _1448_
WIT
DATE _5/14/03_
CLAIRE GROSS, RPTR

DB-CM-46-00983

Allegheny Health, Education and Research Foundation
A/R Aging and Reserve Review

| | |
|---|---|
| Total Reserve per T/B | 41,843,521 |
| Reserve allocated to >180 days | 26,932,853 |
| Reserve for <180 days | 14,910,668 |

| | |
|---|---|
| Total A/R (net, prior to reserve) | 335,401,232 |
| A/R > 180 days | 66,950,143 |
| Total A/R < 180 days | 268,451,089 |

| | |
|---|---|
| Reserve for A/R > 180 days | 26,932,853 |
| A/R > 180 days | 66,950,143 |
| % Reserve > 180 days | 40.23% |
| Unreserved A/R > 180 days | 40,017,290 |

| | |
|---|---|
| Reserve for A/R < 180 days | 14,910,668 |
| A/R < 180 days | 268,451,089 |
| % Reserve for < 180 days | 5.55% |

DB-CM-46-00983

DB-CM-46-00984

CONSOLIDATED DELAWARE VALLEY
ALLOWANCE FOR DOUBTFUL ACCOUNTS
6/30/95

### INPATIENT

| PAYOR | 180 TO 360 DAYS | GREATER 360 DAYS | TOTAL > 180 DAYS | RESERVE PERCENTAGE | >360 |
|---|---|---|---|---|---|
| Medicare | 1,749,820 | 2,174,126 | 3,923,946 | | |
| less: reserve | (87,490) | (278,389) | (365,879) | | |
| Total | 1,662,330 | 1,895,737 | 3,558,067 | -9.32% | -12.80% |
| Medicaid | 3,968,485 | 5,370,023 | 9,338,508 | | |
| less: reserve | (1,364,969) | (2,722,713) | (4,087,682) | | |
| Total | 2,603,517 | 2,647,310 | 5,250,826 | -43.77% | -50.70% |
| Blue Cross | 6,838,827 | 5,269,659 | 12,108,486 | | |
| less: reserve | (515,181) | (967,777) | (1,482,958) | | |
| Total | 6,323,646 | 4,301,882 | 10,625,528 | -12.25% | -18.37% |
| Self Pay | 3,250,041 | 1,807,380 | 5,057,421 | | |
| less: reserve | (2,747,674) | (1,798,622) | (4,546,296) | | |
| Total | 502,367 | 8,758 | 511,125 | -89.89% | -99.52% |
| Other | 5,077,177 | 3,158,993 | 8,236,170 | | |
| less: reserve | (1,395,403) | (1,936,253) | (3,331,656) | | |
| Total | 3,681,774 | 1,222,740 | 4,904,514 | -40.45% | -61.29% |
| TOTAL | 20,884,350 | 17,780,181 | 38,664,531 | | |
| less: reserves | (6,110,718) | (7,703,754) | (13,814,471) | | |
| I/P TOTAL | 14,773,632 | 10,076,427 | 24,850,060 | -35.73% | -43.33% |

### OUTPATIENT

| PAYOR | 180 TO 360 DAYS | GREATER 360 DAYS | TOTAL > 180 DAYS | RESERVE PERCENTAGE | >360 |
|---|---|---|---|---|---|
| Medicare (NET) | 1,231,659 | 1,654,731 | 2,886,390 | | |
| less: reserve | (54,073) | (128,198) | (182,271) | | |
| Total | 1,177,588 | 1,526,533 | 2,704,119 | -6.31% | -7.75% |
| Medicaid (NET) | 788,774 | 689,731 | 1,478,505 | | |
| less: reserve | (142,501) | (191,394) | (333,895) | | |
| Total | 646,273 | 498,337 | 1,144,610 | -22.58% | -27.75% |
| Blue Cross (NET) | 1,111,391 | 1,020,301 | 2,131,692 | | |
| less: reserve | (57,949) | (49,285) | (107,234) | | |
| Total | 1,053,442 | 971,016 | 2,024,458 | -5.03% | -4.83% |
| Self Pay (NET) | 1,183,130 | 967,904 | 2,151,034 | | |
| less: reserve | (957,196) | (975,549) | (1,932,744) | | |
| Total | 225,934 | (7,644) | 218,290 | -89.85% | -100.79% |
| Other (NET) | 6,491,920 | 3,027,489 | 9,519,409 | | |
| less: reserve | (2,386,064) | (1,493,240) | (3,879,303) | | |
| Total | 4,105,857 | 1,534,249 | 5,640,106 | -40.75% | -49.32% |
| TOTAL (NET) | 10,806,875 | 7,360,156 | 18,167,030 | | |
| less: reserves | (3,597,782) | (2,837,665) | (6,435,448) | | |
| O/P TOTAL | 7,209,092 | 4,522,490 | 11,731,582 | -35.42% | -38.55% |
| TOTAL A/R | 31,691,225 | 25,140,337 | 56,831,561 | | |
| less: reserves | (9,708,500) | (10,541,419) | (20,249,919) | | |
| GRAND TOTAL | 21,982,725 | 14,598,918 | 36,581,642 | -35.63% | -41.93% |
| Total Reserve for All A/R | | | 30,705,521 | | |

| | |
|---|---|
| Total A/R (net, prior to reserve) | 244,100,125 |
| A/R > 180 days | 56,831,561 |
| Total A/R < 180 days | 187,268,564 |
| Reserve for A/R < 180 days | 10,459,602 |
| % Reserve for < 180 days | 5.59% |

DB-CM-46-00984