securing the Loan shall contain other terms and conditions which have not been set forth herein. Such terms and conditions shall include, without limitation, additional affirmative and negative covenants, representations and warranties, events of default and remedies.

xvii.    <u>Legal Opinions</u> - The Borrowers will deliver appropriate legal opinions acceptable to the Lenders and lien searches reflecting the validity and acceptable priority of liens granted to the Lenders pursuant to the proposed transaction.

**THIS PROPOSED TERM SHEET IS NOT A COMMITMENT OR AN OFFER TO LEND AND DOES NOT CREATE ANY OBLIGATION ON THE PART OF EITHER OF THE LENDERS. NEITHER OF THE LENDERS WILL BE DEEMED TO EXTEND ANY COMMITMENT TO THE BORROWERS UNLESS AND UNTIL A FORMAL COMMITMENT LETTER IS ISSUED BY THE LENDERS OR A DEFINITIVE AGREEMENT IS EXECUTED BY THE PARTIES.**

FNIM2051L5 - **DRAFT: 7/7/98**              - 6 -

MBIA        029964

**EXHIBIT  1930**

APR-22-98 WED 18:38    AHERF FINANCE ADMIN    FAX NO. 4123593065    P. 02

# AHERF
**Allegheny Health, Education
and Research Foundation**

*Fifth Avenue Place, Suite 2900*
*120 Fifth Avenue*
*Pittsburgh, Pennsylvania 15222-3009*

## MEMORANDUM

**TO:**    David W. McConnell

**FROM:**    Sherif S. Abdelhak    *[signature]* 4/22/98

**DATE:**    April 22, 1998

**RE:**    Repayment to Mellon Bank

Pursuant to the demands placed upon the organization by Mellon Bank on behalf of itself and the consortium of banks with respect to the current $90,000,000 debt obligation, I am directing you to take the following steps: liquidate sufficient funds from the AUMC Funded Depreciation account and other AHERF Unrestricted Funds as necessary to provide sufficient liquidity to pay the loan in full as of this Friday, April 24, 1998.

You are to take this action if you are unable to negotiate another appropriate alternative or extension of time for such repayment with Mellon Bank to your satisfaction. Any funds taken from non-AHERF accounts are to be swapped with AHERF endowments or other funds as you deem appropriate so that the total investments on the subsidiary's books are not materially affected in amount, recognizing that there may be some adjustment necessary within categories to accomplish this task.

If any Board approval or other items are subsequently deemed necessary, we will deal with them in the next round of regularly scheduled board meetings, as appropriate; however, given the timeframe placed upon us, you are authorized to proceed prior to that approval.

If you have any questions, do not hesitate to call.

SSA:cg

04222

*Copy: Al Ademezak
Mike Martin    } Personal and Confidential*

AHERF LIT
USDC W.D. Pa.
MISC No. 00-40
12797
EXHIBIT NO.

DEPOSITION
EXHIBIT
1930
AKF 8/22/03

DBR-RJM-00148

**EXHIBIT  1938**

**AGH OBLIGATED GROUP (AGH & ASRI)**
**SERIES 1995−B REIMBURSEMENT & SECURITY AGREEMENT**
**ANALYSIS OF ADJUSTED CONSOLIDATED**
**UNRESTRICTED FUND BALANCES AS OF 6/30/96**

Fund Balances before adjustments:

| | | |
|---|---|---|
| AGH General Fund Balance | | $209,646,780.22 |
| ASRI General Fund Balance | | 18,228,739.29 |
| | | |
| AGH Consolidated General Fund Balance before adjustments | | $227,875,519.51 |

Less: (y) Equity Investments in & loans to Persons which
are not Subsidiaries:

| | | |
|---|---|---|
| Gateway Health Plan | $6,810,944.00 | |
| SIDN Network | 800,000.00 | |
| SW Pa. Litho | 37,781.00 | |
| GRC/AGH Associates | 87,747.00 | |
| Penn NY Financial Services | 22,895.00 | |
| Life Home Health Services | 583,305.00 | |
| Hospital Linen Service | 516,402.13 | |
| Cranberry Township Property | 843,616.94 | |
| Cranberry Physician Timeshare | 1,925.46 | |
| HLSF Advances | 599,806.12 | |
| | | |
| Total Equity Investments in Persons who are not Subsidiaries | | (10,304,422.65) |

Less: (z) All Unamortized Debt Discount & Expense,
Unamortized Deferred Charges, Goodwill & Patents:

| | | |
|---|---|---|
| Bond Discount 1988A−D | $420,000.00 | |
| Bond Discount Contra 1988A−D | (170,566.00) | |
| Bond Discount 1991A−Current | 50,070.42 | |
| Bond Discount 1995A−Current | 29,320.80 | |
| Bond Discount 1991A−LTD | 969,695.35 | |
| Bond Discount Contra 1991A | (342,260.37) | |
| Bond Discount 1995A−LTD | 487,514.40 | |
| Bond Discount Contra 1995A | (66,564.60) | |
| Deferred Finance Costs 1988A−D | 549,967.68 | |
| Deferred Finance Costs 1991A | 1,512,703.59 | |
| Deferred Finance Costs 1993 | 398,394.85 | |
| Deferred Finance Costs 1994 Note | 15,000.00 | |
| Deferred Finance Costs 1995A | 1,226,501.30 | |
| Deferred Finance Costs 1995B | 485,257.18 | |
| Accumulated Amortizat−1988A−D | (153,000.00) | |
| Accumulated Amortization−1991A | (311,995.09) | |
| Accumulated Amortization−1993 | (70,103.81) | |
| Accumulated Amortiz−1994 Note | (6,116.67) | |
| Accumulated Amortization−1995A | (60,294.60) | |
| Accumulated Amortization−1995B | (23,018.68) | |
| Goodwill−Surg Center Acquisition | 1,833,310.64 | |
| Accumulated Amortizat−Goodwill | (755,359.00) | |
| ASRI−Patents | 948,711.91 | |
| Accumulated Amortizat−Patents | (499,948.16) | |
| | | |
| Total Unamortized Debt Discount, Deferred Finance Costs, Unamortized Goodwill & Unamortized Patents: | | (6,467,221.14) |
| | | |
| Total AGH/ASRI General Fund Balance after adjustments | | $211,103,875.72 |
| | | |
| Required per Reimbursement & Security Agreement | | 200,000,000.00 |
| | | |
| Excess (Deficiency) | | $11,103,875.72 |



DEPOSITION
EXHIBIT
1938
AKF 8/00/03

PR-BINDER-12-00726

**EXHIBIT  1983**

6/20/98    AHERF Exec. Comm.

AMS — Objectives — Weekly Report
           ok for June payroll + *7m.
        *40 m. gap for July
        Retained Hunter 2x — Stickler COO
           review control policies + procedures
      Obligated Groups — no immediate emergency
      MBIA meeting
           more meetings — yes
           more W to E transfers — no   but won't accelerate E/w payments
              keep separate regional bank acc'ts
             consultant — will help pay if we want
    Burns: Have to fix basic business
         Vanguard
           Strategic decision to divest comm. h.
           exp. of interest for R.
           file 60 day notice to close City Line
           study Parkview for 1 week re closure
           evaluate strategy for tertiary care
     Comm. — directed AMS to reject counteroffer
           authorized closing City Line, relocating
             program, selling real estate,
              evaluate closing P'view.



EXHIBIT
1983
9-12-03 JMS

TAC055212 CM

Barnes - What is our core business? Does it include Univ. AMS - think a meaningful relationship w/ Med. School is part of core business - to be able to recruit types of people we want in H. Need to decide kind of U. we want. *shift away from research*

Cost Cutting
    Immediate    AHERF + E. + AUMP
             - Salary reduction
             try to make voluntary
             seek acceptance as alternative
                to b'ruptcy / IRS sanctions

15% - 100,000 - 200
20% - 200 - 300,000
25% - 300,000 +
40 m. total saving

Near Term - sell jet, modify travel policy   675,000   $1 - 1.2 m

$5 m
     { consolidate space
       ground 1 or more helicopters
       close a trauma center
       consolidate labs.
       close select ambulatory centers
       cancel DVMC K + CEO K.

Intermediate - delete progs.
13 m. { Center for Cellular Therapeutics (6 m.)
        Center for Gene Therapy (2 m.)
        School of Public Health (5 m.)
50 m. { Close Cityline, P'view
        Divest EP, Bucks, R.
15 - 30 m. Consolidate MS at Queen Lane

TAC055213 CM

10m.    AUMP Ks.

Improve N. by $10m.

$158m if 100% achieved

Danforth – Change or disappear – need to create awareness that very major changes have to be made

10 a.m. Thurs.    AUHS – lower tenure rate
declaration of f.e.
every faculty member get letter of non-reapp't.

Proceeding w/ sale of garages + Bellet Bldg. – expect bids w/in 90 days.

* Review of all restricted assets over $500,000

* Could we prepay D+O coverage? Has premium been paid?

Piercing corporate veil – how likely?

Authorization to explore DIP financing

Audit: last yr. consolidated Audit Report;
rec. going back to separate audit for each obl. group + AHERF consolidated + consolidating
add'l cost $186,000 – negotiate to ⊙]
+ try to negotiate total price
Need fresh look at Audit Approach + totally new Team

OK but not add'l price + renegotiate total cost.

TAC055214 CM

**EXHIBIT  1993**

A

AGENDA
June 5, 1998 Meeting of the Executive Committee of the
Board of Trustees of the
Allegheny Health, Education and Research Foundation (the "Foundation")

Members of the Executive Committee

W. P. Snyder, III, Chairman
J. David Barnes
Frank V. Cohouet
Douglas D. Danforth
Harry R. Edelman, III −A
Robert L. Fletcher
Francis B. Nimick, Jr.
Robert B. Palmer
Sherif S. Abdelhak (Ex Officio)

1. Call to Order by Chairman of the Board and of the Executive Committee of the Board, W. P. Snyder, III

2. Roll call of Attendees by person or by telephone (by the Chairman) and declaration of quorum

3. Statement of Purposes of the Meeting (by the Chairman):

   This meeting of the Executive Committee was called pursuant to Section 9.3 of the Bylaws, which confers on the Executive Committee the full authority of the Board in all aspects of the management and control of the Foundation, to:

   - Review and take any necessary action regarding a proposed change in the President and CEO of the Foundation, who serves, under Section 7.2 of the Bylaws, at the pleasure of the Board
   - If a change in President and CEO is determined appropriate by the Executive Committee, to take action necessary to remove the former President and CEO from membership on the Board of Trustees
   - Take action to recommend a successor President and Chief Executive Officer of the Foundation and, absent objections, appoint such successor subject only to ratification by the full Board
   - Consider means of communicating with other Board members
   - Consider ancillary actions



DEPOSITION
EXHIBIT
*1993*
AKF 9/5/03

RF 01041

4.  Discussion of proposed change in the President and Chief Executive Officer

If the discussion indicates, the following resolutions are appropriate:

RESOLVED, that Sherif S. Abdelhak be, and he hereby is, removed as President and Chief Executive Officer of the Foundation and from each other office he holds as of the date hereof with the Foundation and with each and all subsidiaries and affiliates of the Foundation, in each case effective immediately.

RESOLVED, that the employment of Sherif S. Abdelhak with the Foundation and each and all subsidiaries and affiliates of the Foundation be, and it hereby is, terminated immediately.

RESOLVED, that the Chairman of the Board, or his designee (who need not be a member of the Board or an employee of the Foundation or its subsidiaries or affiliates), be, and they each hereby are, authorized, directed and empowered to promptly inform Mr. Abdelhak of the foregoing action by whatever means the Chairman determines appropriate.

RESOLVED, that the Chairman of the Board or his designee be, and he and his designee hereby are, authorized and empowered to take each and all actions the Chairman determines appropriate to carry out the foregoing resolutions.

RESOLVED, that the Compensation Committee of the Board of Trustees be, and it hereby is, authorized, directed and empowered to resolve any issues which may arise in connection with the Employment Agreement dated October 30, 1991 by and between the Foundation and Mr. Abdelhak, and, in resolving such issues, the Compensation Committee shall give due regard to the obligations of the Foundation under such contract, the interests of the various stakeholders of the Foundation and the interests of the public, patients and the Foundation itself, including, but not limited to, the interests of the Foundation in assuring that the resolution of issues does not affect the federal income tax status of the Foundation.

RESOLVED, that the Compensation Committee be, and it hereby is, authorized, directed and empowered to take each and all actions it deems appropriate and to execute and deliver, on behalf of and binding upon the Foundation, each and any document it deems, by majority vote of such Committee, in furtherance of resolution of contractual issues, including, but not limited to, retaining such compensation experts, accountants, actuaries and/or attorneys it determines appropriate, and the taking of any such action or the execution and delivery of any document shall be conclusive evidence of its authority therefore.

5.  Discussion of Removal of Former President and CEO as a Member of the Board of Trustees

Mr. Abdelhak served as an Ex Officio member of the Board of Trustees, serving by virtue of his office under Section 6.4(b) of the Bylaws, without benefit of separate appointment.  The general view of such arrangements is that removal from office is effective as removal from membership of he Board of Trustees.  However, the Bylaws do not affirmatively state that result.  On the other hand, Section 6.8 of the Bylaws provides that any Trustee may be removed by the affirmative vote of the Board of Trustees.  Since the Executive Committee has and can exercise all powers of the full Board, the Executive Committee has the power to dispel any doubt as to Mr. Abdelhak's removal as a Trustee by majority vote.  Accordingly, consideration of removal is appropriate.

If the discussion so indicates, it would be appropriate to consider the following resolutions:

RESOLVED, that Sherif S. Abdelhak be, and he hereby is, removed as a  Trustee of the Foundation, effective immediately.

RESOLVED, that the Chairman of the Board or his designee be, and they each hereby are, authorized, directed and empowered to promptly inform Mr. Abdelhak of the foregoing by whatever means the Chairman deems appropriate.

6.  Discussion of Succession and Successor as President and Chief Executive Officer

The name of Mr. Anthony M. Sanzo has been put forward as the successor President and Chief Executive Officer.

If the discussion so indicates, it would be appropriate to consider the following resolution:

RESOLVED, that Anthony M. Sanzo be, and he hereby is, appointed President and Chief Executive Officer effective immediately for the term provided under Section 7.2 of the Bylaws and with the powers and duties conferred on such office under Section 7.6 of the Bylaws.

7. Communications with members of the Board of Trustees of the Foundation and of the Boards of Subsidiaries and Affiliates Who Are Not Members of the Executive Committee

RESOLVED, that the Members of the Executive Committee be, and they each hereby are authorized, directed and empowered to immediately take such action as the Chairman deems appropriate to communicate the foregoing actions to members of the Board of Trustees of the Foundation and members of the Boards of subsidiaries and affiliates of the Foundation and to request their individual and collective concurrence in such actions and ratification thereof at the next duly called and held meeting, whether special or regular, of the Board of Trustees of the Foundation and, to the extent the Chairman determines necessary and appropriate, of the boards of the subsidiaries and affiliates of the Foundation.

8. Approval of Ancillary Actions

RESOLVED, that the press release and each other action and document contemplated in furtherance of the foregoing actions be, and they each hereby are authorized, adopted and approved and the appropriate officers of he Foundation are hereby authorized, directed and empowered to take such actions as they, or any of them, deem necessary or appropriate to carry out the intents and purposes of the Board as set forth in the foregoing resolutions

**EXHIBIT  1994**

2

## MEETING OF THE BOARD OF TRUSTEES
### ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Saturday, April 5, 1997 - 12:30 p.m.
The Duquesne Club, Pittsburgh, Pennsylvania

A meeting of the Board of Trustees of Allegheny Health, Education and Research Foundation ("AHERF") was held on Saturday, April 5, 1997, at 12:30 p.m., at the Duquesne Club in Pittsburgh, Pennsylvania. The meeting was called pursuant to notice duly given in accordance with the Bylaws to each member of the Board of Trustees. A copy of the notice is appended to the original minutes of this meeting. The following individuals were present:

| Members Present | Other Invitees | Members Absent |
|---|---|---|
| Sherif S. Abdelhak | George Berg, M.D. | Henry G. Allyn, Jr. |
| William F. Adam | Arnold Berman, M.D. | Leonard T. Ebert |
| Barbara F. Atkinson, M.D. | Calvin Bland | Harry R. Edelman, III |
| J. David Barnes | Christopher Bonnet, M.D. | William H. Genge |
| Iain F.S. Black, M.D. | Debra Caplan | Teresa Heinz |
| Ralph W. Brenner, Esq. | Maurice Clifford, M.D | Oksana Korzeniowski, M.D. |
| Dorothy McKenna Brown, Ed.D. | Mary Anne Darragh | Alfred W. Martinelli |
| Douglas D. Danforth | Joseph Dionisio | Joseph Neubauer |
| Ronald R. Davenport | Gerald H. Escovitz, M.D. | Thomas H. O'Brien |
| Robert L. Fletcher | Shelley Gebar | Chryss O'Reilly |
| Ira J. Gumberg | Mary Goessler, M.D. | J. Brandon Snyder |
| Robert M. Hernandez | Lynn Isaacs | W. Bruce Thomas |
| Joseph C. Maroon, M.D. | Elmore Johnson | |
| Donna M. Murasko, Ph.D. | H. Lawrence Karasic, M.D. | |
| Francis B. Nimick, Jr. | Dwight Kasperbauer | |
| Robert B. Palmer | Donald Kaye, M.D. | |
| Richard L. Ray, M.D. | Anne Kelly | |
| David W. Sculley | Caryl Kline | |
| W.P. Snyder III | Donald Kline | |
| Richard Spielvogel, M.D. | Dorlyn Law | |
| Leon C. Sunstein, Jr. | Sandra Levison, M.D. | |
| Mark Victor, M.D. | Robert Mathews | |
| Margaret Gray Wood, M.D. | David W. McConnell | |
| | Meg McGoldrick | |
| | James H. McMaster, M.D. | |
| | Charles Morrison | |
| | Michael Moyer | |
| | Harvey Nassau, D.O. | |
| | Robert Pavlich | |
| | Leonard L. Ross, Ph.D. | |
| | Barry H. Roth | |
| | Anthony M. Sanzo | |
| | Steve Spargo | |
| | Mark Tanker, D.O. | |
| | Cherry S. White | |
| | Nancy A. Wynstra, Esq. | |

PGH: 26610.1

DEPOSITION
EXHIBIT
_1994_
AKF 9/15/03

GOV 61996

3

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 2

I.    OPENING OF THE MEETING

The meeting was called to order at 12:30 p.m. by W.P. Snyder III, Chairman. Nancy A. Wynstra, Esq. maintained the minutes. The Chairman declared that a quorum was present and the meeting was competent to proceed.

II.    ADDITIONS TO THE AGENDA

There was one addition to the agenda: a proposed resolution was distributed regarding Approval for Certain Officers to Amend the AHERF Retirement Account Plan and Other Benefit Plans authorizing the President and CEO to make necessary amendments to the AHERF Retirement Account Plan to accommodate employees in consolidations.

Because of ongoing consolidation activity and the need from time to time to allow individuals who are employed by entities who are consolidating into the Allegheny Health, Education and Research Foundation (AHERF) system to receive credit toward pension eligibility and vesting for service at AHERF prior to the actual merger of the pension plans and other benefit plans into the relevant AHERF plans, and, because of the highly technical requirements for continued compliance with Internal Revenue Service regulations concerning retirement account plans and other benefit plans, it is desirable that the AHERF Board specifically authorize management to amend the AHERF Retirement Account Plan and such other plans from time to time, to permit the granting of eligibility and vesting service credit for employees from organizations who have or will consolidate with AHERF, but who may commence working for AHERF prior to the relevant benefit plans formally being merged into the AHERF Retirement Account Plan.

The Board requested that they be advised of any major changes to the Plan.

Upon motion duly made and seconded, the Board approved the following resolutions:

WHEREAS, because of ongoing consolidation activity and the need from time to time to allow individuals who are employed by entities who are consolidating into the Allegheny Health, Education and Research Foundation (AHERF) system to receive credit toward pension eligibility and vesting for service at AHERF or the consolidated entity prior to the actual merger of the pension plans and other benefit plans into the AHERF Retirement Account Plan (the "Plan"); and

PGH: 26610.1

GOV 61997

4

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 3

WHEREAS, because of the highly technical requirements for continued compliance with Internal Revenue Service regulations concerning retirement account plans, it is desirable for the AHERF Board to authorize management to amend the AHERF Retirement Account Plan and other benefit plans from time to time to permit the granting of eligibility and vesting credit as appropriate for employees from consolidating organizations.

NOW, THEREFORE, BE IT RESOLVED, that the Allegheny Health, Education and Research Foundation (AHERF) Board of Trustees hereby authorizes the President and Chief Executive Officer and such other officers as may be necessary (or as delegated by the President and Chief Executive Officer), to amend, as appropriate, the AHERF Retirement Account Plan and other benefit plans regarding past service credit under the plan for prior services within an organization which consolidates with AHERF and to make such other amendment to the AHERF Retirement Account Plan or other benefit plans as may be determined by the President and Chief Executive Officer (or such other officers as delegated by the President and Chief Executive Officer) to assure that any and all employees of organizations which consolidate with AHERF are appropriately incorporated into the AHERF Retirement Account Plan and other relevant benefit plans; and

FURTHER RESOLVED, that such officers as may be necessary are hereby authorized to execute any and all documents necessary to carry out the intent of this resolution; and

FURTHER RESOLVED, that all such amendments shall be attached to or incorporated to the original AHERF Retirement Account Plan or such other benefit plans as appropriate; and

FURTHER RESOLVED, that management shall report periodically to the Board on such amendments made to the AHERF Retirement Account Plan or other AHERF benefit plans.

III.    AHERF GOVERNANCE ISSUES

Minutes from the Meeting Held on December 12, 1996

Mr. Snyder presented for consideration the Minutes from the meeting of the Board of Trustees of Allegheny Health, Education and Research Foundation held on December 12, 1996.

PGH: 26610.1

GOV 61998

5

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 4

Upon motion duly made and seconded, the Board approved the following resolution:

RESOLVED, that the Board of Trustees of Allegheny Health, Education and Research
Foundation approves the Minutes from the meeting held on December 12, 1996, as
presented.

IV.    REPORT FROM THE COMMITTEE ON TRUSTEES

Mr. Nimick presented the Report from the Committee on Trustees meeting held on April 4, 1997, and
presented the recommendations for appointments to the AHERF, Allegheny General Hospital and
Allegheny University Medical Centers Boards of Trustees.

Upon motion duly made and seconded, the Board adopted the following resolutions:

A.    AHERF Board Membership

The Board of Trustees of Allegheny Health, Education and Research Foundation
appoints the following to serve as a Trustee of Allegheny Health, Education and
Research Foundation in such class and for such term as indicated:

Class I - Term Expiring Annual Meeting 1998

Walter L. Williamson

Allegheny General Hospital Board Membership

Appointment of Emeritus Trustee

The Board of Trustees of Allegheny Health, Education and Research Foundation,
acting as the Member of Allegheny General Hospital, appoints the following to
serve as an Emeritus Trustee of Allegheny General Hospital:

Emeritus Trustee

Claude R. Joyner, M.D.

PGH: 26610.1

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 5

Allegheny University Medical Centers Board Membership

Appointment of Trustees

The Board of Trustees of Allegheny Health, Education and Research Foundation,
acting as the Member of Allegheny University Medical Centers, appoints the
following to serve as Trustees of Allegheny University Medical Centers in such
class and for such term as indicated:

Class III - Term Expiring Annual Meeting 1997

Veronica L. McDonough

Class I - Term Expiring Annual Meeting 1998

Lyle. L. Shumaker
Walter L. Williamson

Class II - Term Expiring Annual Meeting 1999

William E. Walker

Life Trustees

Robert W. Andreen              Nancy Krzton
Guy E. Bubb                    James Ogle
R. Lee Bures                   David H. Schaub, M.D.
Helen J. Clark                 John E. Sennett
Samuel Gray, III, M.D.         David O. Shondeck
Audrey Heidenreich             Donald J. Stefl
H. William Knab, D.O.          Charles W. Young
Linda A. Knapp

PGH: 26610.1

GOV 62080

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 6

B.    Appointments to the AHERF Audit Committee

The Committee on Trustees recommended that the Chairman of the Board of AHERF appoint
the following Trustees to the AHERF Audit Committee.

> Douglas D. Danforth
> Harry R. Edelman III
> Ira J. Gumberg
> Thomas H. O'Brien
> David W. Sculley

Upon motion duly made and seconded, the Board approved the following resolution:

> RESOLVED, that the Board of Trustees of Allegheny Health, Education and
> Research Foundation (AHERF) hereby approves the expansion of the AHERF
> Audit Committee to include as ex officio voting members, the Chair of the
> Board of each second tier operating subsidiary; and
>
> FURTHER RESOLVED, that the Secretary is hereby authorized and directed
> to amend the corporate Bylaws of AHERF to reflect this change.

V.    REPORT FROM THE AUDIT COMMITTEE

Coopers & Lybrand Proposed AHERF Audit Plan for FY 1997

Mr. Barnes presented the Coopers & Lybrand (C&L) Proposed AHERF Audit Plan for FY 1997.

Upon recommendation from the Audit Committee, the Board of Trustees of Allegheny Health, Education
and Research Foundation approved the following resolution:

> RESOLVED, that the Board of Trustees of Allegheny Health, Education and Research
> Foundation (AHERF) approves the C&L Proposed AHERF Audit Plan for FY 1997 as
> presented; and
>
> FURTHER RESOLVED, that the Board instructs the Secretary to append a copy of the
> C&L Proposed AHERF Audit Plan for FY 1997, as approved at this meeting, to the
> original minutes of the meeting.

PGH: 26610.1

GOV 62081

8

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 7


VI.      REPORT FROM THE FINANCE COMMITTEE

         Results of AHERF Operations for the Period Ended December 31, 1996

         Mr. Barnes presented the Results of AHERF Operations for the Period Ended December 31, 1996,
         noting that the net revenue is significantly ahead of last year and is also ahead of budget. Most of the
         hospitals have had an increase in market share, particularly at AGH where the increase amounted to
         12%. Systemwide emphasis on additional economies continues. Mr. McConnell also commented on the
         increase in volume and revenue, noting that the recent acquisitions were not included in the December
         31, 1996 results inasmuch as they officially entered the organization on January 1, 1997 or later. In
         AIHG, future strategy will focus less on acquisition of physician practices and more toward maximizing
         current effectiveness.

         Upon recommendation from the Finance Committee, the Board of Trustees of Allegheny Health,
         Education and Research Foundation approved the following resolution:

                  RESOLVED, that the Board of Trustees of Allegheny Health, Education and Research
                  Foundation accepts the Results of AHERF Operations for the Period Ended December
                  31, 1996, and directs the Secretary to append a copy of the accepted Results of AHERF
                  Operations for the Period Ended December 31, 1996 to the original minutes of this
                  meeting.


VII.     FUND DEVELOPMENT

         Resolution to Accompany Application for Wine Auction Permit

         Ms Wynstra presented a resolution regarding the proposed plan of the Development Office of Allegheny
         Health, Education and Research Foundation to hold a wine auction some time in the Fall of 1997 and/or
         in 1998 (the "Wine Auction"), to which it intends to invite friends of the Alzheimers Research Center
         and the greater Philadelphia community, for the purpose of making bids to purchase the wine, which will
         be sold to the highest or most favorable bidder, thereby raising funds to benefit the Alzheimers Research
         Center, a program affiliated with Allegheny Health, Education and Research Foundation.

         The Pennsylvania Liquor Control Board regulates the holding of wine auctions and requires the Board
         of Trustees of Allegheny Health, Education and Research Foundation to adopt a resolution, which must
         accompany the application, authorizing the filing of the application for the Wine Auction Permit.


PGH: 26610.1


GOV 62082

9

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 8

Upon motion duly made and seconded, the Board of Trustees of Allegheny Health, Education and
Research Foundation approved of the following resolution:

WHEREAS, it is the desire of Allegheny Health, Education and Research Foundation to
be granted a Wine Auction Permit;

NOW THEREFORE, BE IT RESOLVED, that the Board of Trustees of Allegheny
Health, Education and Research Foundation authorizes that an application for said wine
auction permit be filed with the Pennsylvania Liquor Control Board, and that Michael
W. O'Mahoney, Senior Vice President, Development, and Nancy A. Wynstra, Executive
Vice President and Secretary, be authorized and either or both are hereby authorized to
execute the necessary application and any other papers required by the Pennsylvania
Liquor Control Board in order to obtain a Wine Auction Permit.

VIII.   INFORMATION ITEMS

A.   Reports from Subsidiary Organizations:

1.   Allegheny General Hospital

Mr. Sanzo presented the Report from the President and CEO of Allegheny General
Hospital for the Second Quarter, Fiscal Year 1997, to the Board as information. He
noted that AGH is currently ahead of plan.

2.   Allegheny Health Services Providers Insurance Company

Ms. Wynstra presented the Quarter Report for Allegheny Health Services Providers
Insurance Company ("AHSPIC"). She noted that 1997 marks the tenth anniversary of
the AHSPIC insurance program.

3.   Allegheny Integrated Health Group

Dr. Kaye presented the Report from the President and CEO of Allegheny Integrated
Health Group as information.

PGH: 26610.1

GOV 62083

10

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 9

4.    Allegheny University Medical Centers

Mr. Roth presented the Report from the President and CEO of Allegheny University
Medical Centers as information.

5.    Allegheny University Hospitals

Dr. Kaye presented the Report from the President and CEO of Allegheny University
Hospitals to the Board as information.

6.    Allegheny University of the Health Sciences

Dr. Ross presented the Report of the Provost of Allegheny University of the Health
Sciences as information.

7.    St. Christopher's Hospital for Children

Mr. Bland presented the Report of the President and CEO of St. Christopher's Hospital
for Children as information. He discussed in detail the termination of the lease and
affiliation agreement with Temple University and medical staff development efforts
underway to develop a contractual relationship with those physicians desiring to be
employed by St. Christopher's Hospital for Children.

B.    Management Reports from Managed Organizations:

1.    Ohio Valley Health Services Educational Corporation

Mr. McConnell presented the President's Report of Ohio Valley Health Services
Educational Corporation as information.

2.    Delaware Valley Medical Center

Dr. Kaye presented the Management Report of the Delaware Valley Medical Center as
information.

PGH: 26610.1

Meeting of the Board of Trustees
of Allegheny Health, Education and Research Foundation
April 5, 1997
Page 10


IX.    **ADJOURNMENT**

There being no further business, the meeting was adjourned.

Respectfully submitted,

_____
Nancy A. Wynstra, Esq.
Secretary

NOTED ATTACHMENTS: Meeting Notice; Coopers & Lybrand Proposed AHERF Audit Plan for FY 1997.

PGH: 26610.1

GOV 62085