**EXHIBIT  2193**



## INSURED PORTFOLIO MANAGEMENT ALERT REPORT
March 11, 1997

TO:         Distribution

FROM:       Dick Heberton

RE:         Allegheny Health, Education and Research Foundation (AHERF)
            Delaware Valley Obligated Group, PA

CONCERN:    Deteriorating balance sheet and large transfers to affiliates.

ACTION:     **Downgrade to Caution List**

| Bond Type: | 19 | | Gross Par Value: | $306,150,000 | | |
|---|---|---|---|---|---|---|
| Policy #: | 212700 | 212720 | Net Par Value: | 262,753,238 | | |
| | 212740 | | Net Debt Service: | 468,500,703 | | |
| Credit #: | PA0543 | | Next DS Pmt: | 8,397,329 | Date Due: | 5/15/97 |
| | | | MADS: | 21,913,745 | Year: | 2013 |
| Rating: | MBIA | 6B | AADS: | 18,868,332 | | |
| | Downgraded From: 4B | | | | | |
| | Moody's: | Baa(s) | Final Maturity: | 11/15/21 | | |
| | S&P: | BBB(s) | Last Approval: | 6/19/96 | | |

The AHERF Delaware Valley Obligated Group (ADVOG) is being downgraded to Caution List due to its weakening balance sheet and large ongoing cash transfers to affiliated physician groups in the midst of fierce competition in the Philadelphia market. Leverage has risen to a very high 77% debt/cap and liquidity has fallen to a low 27 days cash on hand ($76MM). While MADS coverage appears strong at 2.98x, if the $74MM in cash transfers made in 1996 are included, coverage falls to 0.87x. The DSRF requirements are met by MBIA surety bonds. Partially mitigating these concerns are $123MM in restricted cash and an additional $200MM in unrestricted cash in the AHERF System, but outside the Obligated Group. Pittsburgh-based AHERF is also the parent of 2C-rated Allegheny General Hospital (NPV: $67.9MM), which has its own obligated group. AHERF itself is not a member of ADVOG.

This 1,533-bed Obligated Group is comprised of the five hospitals and two medical schools that AHERF has acquired in the Delaware Valley in the last three years including Hahnemann University Hospital, St. Christopher's Hospital for Children and the Medical College of Pennsylvania. Through these acquisitions, AHERF now has the leading (though hardly dominant) market share in Philadelphia at 9%. To help build its market presence and ensure a steady stream of patients, AHERF recently spent large sums acquiring and operating physician groups in the area. In 1996, ADVOG transferred $74MM to its affiliated physician group and other affiliates to pay for salaries and other expenses. In previous years, this type of transfer was partly treated as an expense, however, in 1996 ADVOG recorded it only as an adjustment to the fund balance. This allowed ADVOG to post an apparent $27MM profit. If all of the transfer had been treated as an expense, ADVOG would have lost $47MM. Transfers are occurring at the same level in 1997 and AHERF expects them to continue for the foreseeable future.

Most of the members had fairly weak balance sheets prior to their affiliation with AHERF. Write-offs associated with the acquisitions and the transfers further reduced the fund balance. Combined with rising debt levels, this caused debt/cap to jump to 77% from 61% in 1995. The Group's already low liquidity dropped to only 27 days cash on hand ($76MM) in 1996 due to the cash transfers and problems converting the hospitals' accounts receivables system to the AHERF system.

There are several other factors mitigating these risks including: 1) the investment in physicians has caused patient volume to rise rapidly; 2) the two medical schools have been consolidated and downsized to reduce costs; and 3) it is logical that the benefits resulting from the large start-up costs of this network will take time to develop. Whether these benefits will outweigh the costs and whether ADVOG has the necessary capital to wait for the payoff is difficult to predict. We will meet with management next month.



**DEPOSITION EXHIBIT**
2193
10/8/03

MBIA          029899

**EXHIBIT  2209**

### ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION
### AUDIT COMMITTEE
#### Pittsburgh, Pennsylvania

A meeting of the Audit Committee of Allegheny Health, Education and Research Foundation was held on Friday, March 14, 1997 at 10:00 a.m. in the Board Room of Allegheny Health, Education and Research Foundation, Fifth Avenue Place, Pittsburgh, Pennsylvania and the Board Room of Allegheny University Hospitals, MCP, Philadelphia, Pennsylvania. The meeting was called pursuant to notice duly given in accordance with the Bylaws to each member of the Committee. A copy of the notice is appended to the original minutes of this meeting. The following individuals were present:

| Members Present | Other Invitees | Members Absent |
|---|---|---|
| J. David Barnes | Sherif S. Abdelhak | Robert M. Hernandez |
| Ralph W. Brenner | William F. Buettner | Graemer K. Hilton |
| Anthony M. Cook | (Coopers & Lybrand) | W. P. Snyder III |
| Richard H. Daniel | Carol Gordon | W. Bruce Thomas |
| | Lynn R. Isaacs | |
| | Donald Kaye, M.D. | |
| | David W. McConnell | |
| | Barry H. Roth | |
| | Anthony M. Sanzo | |
| | Diane K. Schrecengost | |
| | Nancy A. Wynstra, Esq. | |

I.    Opening of Meeting

The meeting was called to order by J. David Barnes, Chairman. Nancy A. Wynstra, Esq. kept the minutes. The Chairman declared that a quorum was present and that the meeting was competent to proceed.

II.    Additions to the Agenda

Mr. Barnes noted there were no additions to the agenda.

Date 18/20/03 Exhibit # 2209
Case Office Comm v PwC
Deponent Daniel
Reporter Hollister, L
Naegeli Reporting Corporation
(800) 528-3335   FAX (503) 227-7123

GOV 55880

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
March 14, 1997
Page 2

III.    Approval Items

A.    Minutes from the Meeting Held on October 15, 1996

The minutes from the meeting held on October 15, 1996, were reviewed.  Upon
motion duly made and seconded, the Audit Committee of Allegheny Health,
Education and Research Foundation approved the following resolution:

RESOLVED, that the Audit Committee of Allegheny Health,
Education and Research Foundation approves the minutes from the
meeting held on October 15, 1996, as presented.

B.    Coopers & Lybrand Proposed AHERF Audit Plan for FY 1997

William F. Buettner introduced the Coopers & Lybrand proposed Fiscal 1997
AHERF Audit Plan to the Committee, noting that the approach for Fiscal
Year 97 will be similar to that used in the past in terms of overall strategy.
Meetings have been conducted with AHERF management and with Audit
Services to coordinate the plan.  The Coopers & Lybrand engagement team will
once again be led by William F. Buettner, engagement partner, with Jeff Hoover
as concurring partner.  Coopers & Lybrand services will be supported by a
network of audit, consulting, and tax professionals who have worked on the
AHERF audit in the past and who have also supported the Due Diligence
process for the several acquisitions AHERF has completed during the current
Fiscal Year.  A list of the Fiscal Year 1997 audit reports to be prepared and the
purpose of each report was presented, along with the proposed schedule of
AHERF engagement fees.  Mr. McConnell noted that combined external audit
fees for AHERF and the organizations with which it had recently merged had
historically amounted to over $1,000,000.  He further noted that there is a
savings in audit fees after the merger of approximately $400,000.  Mr. Buettner
reviewed the audit approach and discussed certain key factors impacting on the
audit, including the growth of the physician network, patient receivables
management, merger-related costs, and accounting issues.  Discussion ensued
regarding the continuing emphasis on Accounts Receivable activity, particularly
in view of the increasing complexity and number of third-party payor contracts
and payment methodologies.  The possibility of requesting advance payment or
credit card imprint for self-pay admissions and/or services will be studied.
Following discussion and upon motion duly made and seconded, the Audit
Committee recommended that the Board of Trustees of AHERF approve the
following resolution:

GOV 55881

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
March 14, 1997
Page 3

> RESOLVED, that the Board of Trustees of Allegheny Health,
> Education and Research Foundation (AHERF) approves the C&L
> Proposed AHERF Audit Plan for FY 1997 as presented; and

> FURTHER RESOLVED, that the Board instructs the Secretary to
> append a copy of the C&L Proposed AHERF Audit Plan for FY
> 1997, as approved at this meeting, to the original minutes of the
> meeting.

C.    Proposed FY 1998 and FY 1999 Audit Services Workplans

Diane Schrecengost reported that the proposed Fiscal 1998 and 1999 Audit
Services Workplans were prepared using three interrelated factors which
contributed to the development of the proposed audit workplans: (1)
Consideration of the recent acquisitions in Pittsburgh and the Delaware Valley
during which extensive due diligence analyses were conducted to identify,
evaluate and correct various finance, operational and legal issues, (2) Continued
use of the Board-approved risk assessment methodology, (a comprehensive,
interactive process between Audit Services and the AHERF executive
management team),   and (3) Comprehensive, multi-year risk evaluation
schedules which evaluate combined internal and external audit coverage for each
AHERF organization's high and moderate risk areas.  Discussion ensued
regarding Audit Services' continued focus on compliance efforts and reviews of
revenue capture, documentation, and coding.  The Committee also discussed the
adequacy of audit resources/personnel, particularly in the area of information
systems.  Following discussion and upon motion duly made and seconded, the
Audit Committee of Allegheny Health, Education and Research Foundation
approved the following resolution:

> RESOLVED, that the Audit Committee of the Board of Trustees of
> Allegheny Health, Education and Research Foundation approves the
> proposed FY 1998 and FY 1999 Audit Services Workplans; and

> FURTHER RESOLVED, that the Committee instructs the Secretary
> to append a copy of the Audit Services Workplans, as approved at
> this meeting, to the original minutes of the meeting.

GOV 55882

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
March 14, 1997
Page 4

D.    Proposed FY 1998 Audit Services Operating Budget (Pittsburgh and Delaware Valley)

Diane Schrecengost presented the proposed Audit Services Operating Budget for Fiscal Year 1998. The budget reflects the transfer of the Internal Audit function from Graduate Health System into the AHERF Audit Services Department. Industry statistics indicate that the Internal Audit function is appropriately sized and the salaries paid are competitive. Following discussion and upon motion duly made and seconded, the Audit Committee of Allegheny Health, Education and Research Foundation approved the following resolution:

**RESOLVED, that the Audit Committee of the Board of Trustees of Allegheny Health, Education and Research Foundation approves the proposed FY 1998 Audit Services Operating Budget for Pittsburgh and the Delaware Valley; and**

**FURTHER RESOLVED, that the Committee instructs the Secretary to append a copy of the FY 1998 Audit Services Operating Budget, as approved at this meeting, to the original minutes of the meeting.**

IV.    Information and Discussion Items

A.    Review of AHERF Charge to the Audit Committee

Mr. McConnell noted that the Charge to the Audit Committee was presented for review by the Trustees. No changes were recommended by management or the Trustees.

B.    Profile of the AHERF Audit Services Department - March, 1997

Diane Schrecengost presented the organizational chart and staff profiles of the members of the Audit Services Department.

C.    Review of Audit Services Activities from October, 1996 to Present

Diane Schrecengost reported that summary reports of all Audit Services activity were provided for information, and there were no significant issues to be brought to the attention of the Committee.

GOV 55883

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
March 14, 1997
Page 5


Executive Session

    The offer of Executive Session was made to the representatives of Coopers & Lybrand, and the offer was declined.

    The offer of Executive Session was also extended to Audit Services, and the offer was declined.

    The offer of Executive Session was made to management, and the offer was declined.


Adjournment

    There being no further business, the meeting was adjourned at approximately 11:05 a.m.

Respectfully submitted

*Nancy A. Wynstra*

Nancy A. Wynstra
Secretary


NAW:cg

c:\minutes\031497.aud

NOTED ATTACHMENTS:  Notice of meeting; Coopers & Lybrand Proposed AHERF Audit Plan for FY 1997; FY 1998 and FY 1999 Audit Services Workplans; and FY 1998 Audit Services Operating Budget for Pittsburgh and the Delaware Valley.

GOV 55884

# ALLEGHENY
HEALTH, EDUCATION AND
RESEARCH FOUNDATION

Fifth Avenue Place, Suite 2900
120 Fifth Avenue
Pittsburgh, PA 15222-3009

## MEETING NOTICE

**TO:**        Members of the AHERF - Audit Committee

**FROM:**      Cherry S. White

**DATE:**      February 14, 1997

**SUBJECT:**   Allegheny Health, Education & Research Foundation
               Audit Committee Meeting

There will be a meeting of the AHERF Audit Committee on Friday, March 14, 1997 at 10:00 a.m. The meeting will be held via videoconference in the AHERF Fifth Avenue Place Board Room in Pittsburgh, and the Allegheny University Hospitals, MCP Board Room in Philadelphia.

I would appreciate it if you would indicate your anticipated attendance at this meeting by returning the enclosed post card. If you have questions, please contact me at 412/359-5025.

Thank you.


CSW/jlf

Enclosure


PGH: 25547.1

Members of the Allegheny Health, Education and Research Foundation
Allegheny General Hospital • Allegheny Integrated Health Group • Allegheny University of the Health Sciences •
Allegheny University Hospitals • St. Christopher's Hospital for Children

GOV 55885

# AHERF Audit Plan

**1997**

Coopers
&Lybrand

Coopers & Lybrand L.L.P.

a professional services firm

GOV 55886

**12**

# Coopers & Lybrand

| Coopers & Lybrand L.L.P. | 600 Grant Street 35th Floor Pittsburgh, Pennsylvania 15219-2777 | telephone (412) 355-8000 facsimile (412) 355-8089 |

a professional services firm

March 17, 1997

Audit Committee of the Board of
Trustees of Allegheny Health,
Education and Research Foundation:

*Last year we spoke to you about the constant change in the healthcare industry. We discussed the fact that patients and payors demand higher quality service at lower costs, managed care continued to penetrate AHERF's marketplace and the government continued to demand increased efficiency in service delivery as they manage budgetary constraints through reduced healthcare funding. This year is no different. Healthcare is in a state of flux whereby providers, insurers, physicians and consumers attempt to react to these changes and position themselves to succeed in the future. Each player has a different perspective of what will be required for the next millennium. Some believe that size is the best approach, others believe that an organization must maintain its autonomy, while others believe that the only way to proceed is through an integrated delivery model. The provider that has the foresight to adapt to the changes and position itself will be an industry leader.*

## AHERF Continues its Growth into the New Millennium

*AHERF has vastly expanded its system in the past 6 months. With the affiliation with the former Graduate Health System Hospitals, Forbes Health System and the Allegheny Valley Health System, AHERF has expanded its capacity to provide services to its communities. In addition, the recent transaction with the Penn Group Medical Associates will significantly increase the physician network in the Pittsburgh area and allow AHERF to increase the number of covered lives under its risk contracts.*

*Each affiliation has been designed to better position AHERF to be a leader in its field; however, with each affiliation, issues related to operations arise that must be addressed by AHERF management and Coopers & Lybrand. As management absorbs the additional organizations into the AHERF system, it is faced with decisions regarding information systems, physician network management, the impact of managed care, billing and collecting of accounts receivable and real estate management, to name a few.*

*In addition to the affiliations, the complexity of the industry continues to present risks to the organization. For example, with the increase in patient volume, the changes in insurance contracts and the implementation of electronic billing in many instances, the billing and collection of patient receivables remains a high risk area. The physician network requires management to constantly monitor and change its internal control structure to deal with the decentralized operations of the various individual physicians and groups. The changing information system requirements, coupled with the conversions for the new entities that will join the system, create pressure on the information systems to provide accurate and timely information for management to base decisions on.*

GOV 55887

Audit Committee of the Board of
Trustees of AHERF
March 17, 1997

<u>Coopers & Lybrand's Approach</u>

These are but a few of the risks that AHERF will face and we will consider in designing our audit approach.

We believe that the only way to adequately audit an organization's books and records is to understand the organization's strategic objectives and the risks that these will present. We have maintained close contact with AHERF's management throughout the year through our due diligence procedures on the various affiliations, as well as through regular information update meetings with senior management. Through these interactions, we have gained a thorough understanding of AHERF's operations and have designed an audit approach that is tailored to these risks.

Throughout this booklet, we present the areas that we have identified to focus our attention. In each area we provide a brief summary of the financial statement accounts that are affected, as well as a summary of our approach to auditing the accounts. It should be noted that our audit focuses on the internal controls over applications and related processes. As a result, before we begin to perform detailed audit work on any account, we obtain an understanding of the controls that are designed to be operating and determine if they are designed appropriately and operating effectively. As we obtain our understanding and complete our testing of the controls, we will be alert to areas where the controls may not be designed appropriately or are not operating as designed and will report these to you at the conclusion of the audit.

It should be noted that we will place reliance on the work of your Audit Services Department whenever possible. We have maintained communication with Diane Schrecengost throughout the year, have discussed her plan for the upcoming year and have considered the results of each of the completed internal audits in designing our audit approach. The utilization of the Audit Services Department and its focus on risk areas is a strong control for AHERF management.

From the perspective of service delivery, we believe that the only way to provide quality service is to have experienced staff on the engagement that are well versed in the industry and have an in-depth knowledge of your organization. Accordingly, we strive to maintain continuity on the audit engagement. For the coming year, each of our senior engagement team members has been on the AHERF audit in previous years. Our team will continue to be led by Bill Buettner. Bill has been the partner on the AHERF engagement for several years. He has extensive experience in the healthcare industry and has been an integral member of the due diligence teams on several of the transactions you have completed.

Assisting Bill will be Jeff Hoover as concurring partner. Jeff was the AHERF engagement manager from 1991 to 1993 and is now a partner in our Pittsburgh Office focusing on healthcare service delivery. Bill and Jeff have access to a wide range of professionals in various disciplines that are available to assist AHERF in managing your growth. For each discipline, we have assigned a partner or director to the AHERF engagement to ensure that you have access to appropriate experts, as needed.

GOV 55888

**14**

Audit Committee of the Board of
Trustees of AHERF
March 17, 1997

Lastly, we would like to make you aware that each of our engagement team members has access to our Global Benchmarking for Excellence database or GLOBE. GLOBE is a database that Coopers & Lybrand has designed that provides access to best practices that successful organizations have implemented throughout the world. We will utilize the information in GLOBE to identify areas where AHERF could use assistance and to point out areas where AHERF is a leader in its field.

Overall, we believe that our risk based approach, coupled with our experienced team and their access to the best practices that are utilized in other healthcare organizations will provide you with significant value.

**Emerging Issues**

As a separate section of the Audit Committee agenda material, we have prepared a brief discussion of many of the emerging accounting, reporting, regulatory and tax issues AHERF will face in the near future. We appreciate the opportunity to discuss these at greater length with you and management.

**Summary**

This booklet is designed to provide you with an overview of the risks that we perceive at AHERF, our approach to auditing your organization considering these risks and an overview of how we intend to deliver value to your organization throughout the audit process.

We enjoy our relationship with AHERF and look forward to continuing our relationship into the new millennium.

Very truly yours,

Coopers & Lybrand L.L.P.

GOV 55889

# The Coopers & Lybrand
# AHERF Engagement Team

GOV 55890

# AHERF Engagement Team

```
                        ┌──────────────────────┐
                        │   Bill Buettner       │
                        │  Engagement Partner   │
                        └──────────────────────┘
```

| Higher Education/Regulatory Compliance | Health Care Regulatory Group | Computer Assurance Services | Audit | Tax | Actuarial | Human Resource Advisory |
|---|---|---|---|---|---|---|
| Bob Forester Partner | Greg Finerty Partner | Susan Kinney Partner | Mark Kirstein Senior Manager | Larry Blair Partner | Andrea Gardner Director | Joy Mitra Director |
| Kim Staudt Partner | Dion Sheldy Partner | Tom Carver Senior Manager | Amy Frazier Manager | Charlie Gross Manager | Mark Proska Manager | |
| Gerry McDougall Manager | Norb Kaliszewski Manager | | Christa Porter In-Charge Accountant | | | |

GOV 55891



# AHERF Affiliations

GOV 55892

18

## AHERF AFFILIATION ACTIVITIES

During the current fiscal year, the AHERF system has experienced a great deal of change and has reacted to the challenging environment that a healthcare organization is forced to encounter with the pressures of healthcare reform. AHERF, as it develops a network of physicians and hospitals to deliver care, will be faced with a number of operational challenges, including, but not limited to information and accounting system conversions, restructuring costs to gain efficiencies and policy and procedural changes. This section is designed to provide a timeline of events that have and are expected to occur during fiscal year 1997 related to the affiliation of Graduate Hospital, Parkview and City Avenue Hospitals, Mt. Sinai Hospital, Zurbrugg and Rancocas Hospitals and GHS Re Limited, a captive insurance company, into the AHERF system. The timeline also includes the affiliations of Forbes Regional Hospital and Forbes Metropolitan Hospital and Allegheny Valley Hospital with the Allegheny University Medical Center and the more recent acquisition of Penn Group Medical Associates.

Our audit procedures have been designed to address the complicated accounting and business issues surrounding AHERF's affiliations, including the evaluation of accounting for business combinations, the assumptions utilized in developing asset valuations, information and accounting system conversions and tax implications. Furthermore, the structure of financial reporting is closely knit to the requirements of the AHERF system's bond trustees. Compliance with debt covenants in a year of transition will also be of heightened focus.

GOV 55893

**19**

# AHERF Affiliation Timeline

## 1996

**August**
- Announcement of Graduate Affiliation with SDN
- Announcement of Forbes Affiliation with AUMC

**October**
- Graduate Due Diligence Procedures Begin

**November**
- Graduate Hospital, Parkview/City Avenue Hospitals, Mt. Sinai Hospital and GHS Re Limited among others, are affiliated with SDN effective November 1, 1996

**December**
- Forbes Due Diligence Procedures Begin
- Announcement of Allegheny Valley affiliation with AUMC

## 1997

**January**
- Effective January 1, 1997, Rancocas Hospital joins SDN and Forbes Joins AUMC

**February**
- Graduate General Ledger Conversion
- Announcement of Penn Group Medical Associates Acquisition
- Allegheny Valley Due Diligence Procedures Begin

**March**
- Effective March 1, 1997 Allegheny Valley joins AUMC

**April**
- Graduate Purchasing System Conversion

**May**
- Coopers & Lybrand Review of Accounting Treatment for Affiliations

**July**
- Forbes and Allegheny Valley General Ledger Conversion

**August**
**September**
- Coopers & Lybrand 1997 Audit Phase

GOV 55894



# Next
# Millennium Challenges

GOV 55895

# NEXT MILLENNIUM CHALLENGES

The following section has been provided to highlight the business risks that a healthcare organization entering the Year 2000 will be faced with. The business risks have been tied to their financial statement implications and how Coopers & Lybrand's audit approach has been engineered to address these risks. The AHERF organization has clearly demonstrated that it is a leader in the delivery of healthcare services and education and research activities and will continue to be a leader in the future. Coopers & Lybrand believes it is necessary to design our audit approach to mirror the challenges faced by AHERF and react to the business issues that AHERF encounters.

As previously indicated, Coopers & Lybrand's audit approach will be supplemented with our Global Benchmarking for Excellence (GLOBE) database. This database provides our engagement team with global knowledge of industry risks, best practices and benchmarking that will assist us in designing and applying an effective and efficient audit approach to the AHERF engagement.

Lastly, this section also graphically highlights our audit approach by area of emphasis. We have designed our audit approach to focus on those areas which management and Coopers & Lybrand believe to be of higher risk to the organization.

GOV 55896

Next Millennium Challenges

Physician Networks

Higher Education Federal Funding

Managed Care

Acquisitions

Downsizing

Healthcare Reform

Government Investigations

Accounts Receivable Management

Funds Management

Integrated Delivery Systems

Information Systems

AHERF Western Region

AHERF Eastern Region

GOV 55897

.23

## NEXT MILLENNIUM CHALLENGES, AND C&L'S APPROACH TO FACING THESE CHALLENGES

| BUSINESS RISK | FINANCIAL STATEMENT AND OPERATIONAL IMPLICATIONS | C&L AUDIT APPROACH |
|---|---|---|
| Physician Networks | ◆ Goodwill/Intangibles<br>◆ Capitation Contracting<br>◆ Physician Employment Contracts<br>◆ Valuation Issues Associated with Acquisitions | Consistent with prior year physician practice acquisitions, C&L will continue to review samples of physician agreements. Additionally, we will evaluate management's assessment of value for recorded goodwill and other intangibles and the appropriateness of amortization periods. |
| Higher Education Federal and State Funding | ◆ Federal and State Funding of Sponsored Research and Student Financial Aid<br>◆ Compliance with Spending Requirements | This is an area of continued focus and growth for the AHERF system. We will continue to perform compliance audit procedures over such spending and evaluate the impact of non-compliance, if any, on the financial statements. |
| Accounts Receivable Management | ◆ Electronic Billing Procedures<br>◆ System Conversions<br>◆ Third-Party Payor Reimbursement<br>◆ Collection Follow-Up | Accounts receivable management continues to be an area of challenge for the AHERF system. C&L's approach is designed to focus on the risks associated with the complicated reimbursement process. As in prior years, we will continue to assess the reasonableness of contractual allowances, evaluate aging categories and the net realizable value of patient accounts based on historical results, as well as review third-party adjustments and settlements for current and prior years. |

GOV 55898

## NEXT MILLENNIUM CHALLENGES, AND C&L'S APPROACH TO FACING THESE CHALLENGES

| BUSINESS RISK | FINANCIAL STATEMENT AND OPERATIONAL IMPLICATIONS | C&L AUDIT APPROACH |
|---|---|---|
| Managed Care/Integrated Delivery Systems | • Capitation Contracting<br>• Evaluation of Incurred but not Reported Claims<br>• Services Provided Outside the Network<br>• Retroactive Adjustments Based on Enrollment<br>• Contingent Liabilities<br>• Efficiencies of Network Care Delivery | The AHERF system, particularly with the recent acquisitions and affiliations, has been increasing the number of lives covered by capitation agreements. C&L will work closely with management to review new contracts and evaluate accounting estimates for all contracts in the system. C&L will continue to review AHERF's utilization statistics, payor mix, managed care contracts and other statistics to measure and provide meaningful comments to management and identify risks associated with service delivery in an integrated system. Our audit approach will consider the impact of full risk contracts and the impact of retroactive adjustments. |
| Acquisitions | • Goodwill Recognition<br>• Reimbursement Impact<br>• Merger Related Expenses<br>• Operating System Conversions<br>• Reporting Structure<br>• Valuation of Assets | C&L will review management's acquisition accounting for all current year activities. Such evaluation will include an analysis the accounting treatment to record the acquisition, merger costs and the recognition of such costs. As indicated previously, our procedures will also include a review of the assumptions utilized in the asset valuation process, debt compliance, changes in the internal control structure and tax implications. |

GOV 55899

## NEXT MILLENNIUM CHALLENGES, AND C&L'S APPROACH TO FACING THESE CHALLENGES

| BUSINESS RISK | FINANCIAL STATEMENT AND OPERATIONAL IMPLICATIONS | C&L AUDIT APPROACH |
|---|---|---|
| Downsizing | • Staff Reductions<br>• Changes in the Internal Control Structure to Account for Reduced Staffing | C&L will continue to meet with finance and operations personnel to understand the impact of any such changes, including downsizing costs associated with restructuring operations to gain efficiencies. Our procedures will include an evaluation of the propriety of such charges and sufficient disclosure in the financial statements. |
| Healthcare Reform | • Patient Care Delivery Redesigns<br>• Reimbursement Impact From Government Funded and Private Programs | Changes in healthcare delivery and the impact of reform effect the AHERF system daily. Such changes reduce the reimbursement of care; however, to manage the cost of such changes, the AHERF system continues their focus on ensuring quality and efficiency in the delivery of services. We will continue to meet with finance and operational personnel to understand the impact of such changes. |
| Government Investigations | • Billing and Coding Procedures<br>• Reasonableness of Physician Compensation<br>• Reporting of Unrelated Business Income | The Inspector General continues to provide special attention to the healthcare industry. C&L will continue communication with management to address those areas receiving recent attention and the impact, if any, on the financial statements. |

GOV 55900

## NEXT MILLENNIUM CHALLENGES, AND C&L'S APPROACH TO FACING THESE CHALLENGES

| BUSINESS RISK | FINANCIAL STATEMENT AND OPERATIONAL IMPLICATIONS | C&L AUDIT APPROACH |
|---|---|---|
| Funds Management | • Reductions in Reimbursement<br>• Debt Refinancings<br>• Investment Funds Management<br>• Affiliation Integration<br>• Off-Balance Sheet Financing with Leasing Transactions | *With reductions in funding and the challenges of Integrating systems, cash flows, tracking of investing activities and debt refinancings are important to the success of a healthcare organization. We will meet with management to identify the changes in the investment tracking, test controls over buy, sell and trading activities and review third-party internal control reports of the investment trustees. Furthermore, as needed, we will modify our approach based on bond trustee and internal reporting requirements. As part of our audit procedures associated with debt, we will continue to review debt covenants for compliance and confirm the outstanding obligations. Additionally, as in the past, we will review lease commitment contracts to evaluate proper accounting treatment and disclosure in the financial statements.* |
| Information Systems | • Designs for Managed Care Tracking<br>• Capitalization of Internal Costs<br>• Year 2000 Compliance<br>• Acquisition Conversions | *This represents an area of high cost and importance to a healthcare organization. Without the infrastructure in place to handle such dramatic changes, conversions are not likely to be successful. We will continue to work closely with management to understand and test system changes and the impact that such changes have on the financial statements and internal controls.* |

GOV 55901

# C&L Audit Effort by Level of Emphasis

Our determination of audit areas and allocation of audit time (by level of audit emphasis and risk assessment) for 1997 is depicted below:



Higher Risk Assessment
Audit Time 66%
- Patient Receivables/Third-party Payor Settlements
- Revenue System
- Financial Stateemtn Disclosures/Reports
- Commitments/Contingencies
- Research Accounting/A-133 Reporting
- Information Systems

Moderate Risk Assessment
Audit Time 27%
- Investments
- Accounts Payable
- Accrued Expenses
- Long-term Debt
- Disbursements System
- Payroll System
- Related Party Transactions

Lower Risk Assessment
Audit Time 7%
- Cash and Short-term Investments
- Inventory
- Other Current Assets
- Property and Equipment
- Other Assets
- Restricted Assets

GOV 55902

28

# Significant Accounting and Reporting Developments



GOV 55903

## SIGNIFICANT ACCOUNTING AND REPORTING DEVELOPMENTS

The following represents of summary of accounting and reporting developments that are believed to impact the healthcare industry and AHERF during the current and future fiscal years. The table has been designed to highlight the development, a summary of the implications of adoption and the effective date for transition.

| DEVELOPMENT AND EFFECTIVE DATE OF ADOPTION | AHERF IMPACT |
|---|---|
| AICPA Health Care Organization Accounting and Auditing Guide - Effective fiscal year 1997 | The guide requires the statement of operations to include a performance indicator that clearly indentifies the results of operations and is defined in the notes to the financial statements.

The guide further provides clarification to Statement of Financial Accounting Standard (SFAS) No. 124, "Accounting for Certain Investments Held by Not-for-Profit Organizations." Such clarification requires designation of debt and equity securities between two categories "trading securities" and "available-for-sale securities," as defined in SFAS No. 115 "Accounting for Investments in Debt and Equity Securities." Once designated, unrealized gains and losses on other than trading securities are met to be included in the performance indicator on the statement of operations. |
| SFAS 121, "Accounting for the Impairment of Long-Lived Assets and Long-Lived Assets to be Disposed Of" - Effective fiscal year 1997 | This statement requires that long-lived assets and certain identifiable intangibles to be held and used by an entity be reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. The statement also requires that long-lived assets and certain identifiable intangibles to be disposed of be reported at the lower of carrying amount or fair value less cost to sell.  Fair value determination can be based on readily determinable market values or undiscounted cash flows. |

GOV 55904

## SIGNIFICANT ACCOUNTING AND REPORTING DEVELOPMENTS

| DEVELOPMENT AND EFFECTIVE DATE OF ADOPTION | AHERF IMPACT |
|---|---|
| SFAS No. 125 "Accounting for Transfers and Servicing Financial Assets and Extinguishment of Liabilities" - Effective fiscal year 1997 | This statement provides guidance to various industries. As it relates to the healthcare industry, the statement supersedes SFAS No. 76 "Extinguishment of Debt." Previously, if debt was considered to be extinguished by an in-substance defeasance, under the provisions of SFAS No. 76 only, a general description of the transaction in the notes to the financial statements was required. The disclosure included the amount of debt that is considered extinguished at the end of the period so long as that debt remains outstanding and the related fair value of the trusteed assets set aside to meet the obligations. SFAS No. 125, by superseding SFAS No. 76, eliminates the in-substance defeasance option and requires the liability and related assets remain on the balance sheet. |
| OMB Circular A-133 "Audits of Institutions of Higher Education and Other Non-Profit Institutions" - Effective fiscal year 1997 | The OMB has issued revised requirements for higher education and non-profit institutions receiving federal funding. The revised standards have changed reporting and testing to focus on a risk-based audit approach and reduce the burden of reporting under such standards for smaller organizations. |
| EITF Issue 96-14 "Costs Associated with Modifying Software for the Year 2000" - Effective fiscal year 1997 | As the next millennium approaches and the cost of upgrading information systems becomes evident to organizations, the EITF has issued a statement that provides guidance on the recognition of costs associated with the software modifications. Those costs associated with becoming "Year 2000 Compliant" are to be recognized as expense in the period incurred. This issue does not address the purchase or upgrade of hardware or software that replaces existing systems that is not year 2000 compliant. |
| SOP Exposure Draft, "Accounting for the Costs of Computer Software Developed or Obtained for Internal Use" - Effective fiscal year 1999 | The proposed SOP permits capitalization of costs associated with developing and implementing internally used software. Training and maintenance costs are to be expensed as incurred and an impairment analysis should be performed in accordance with SFAS No. 121. |

GOV 55905



# Engagement Fees & Reporting Structure

GOV 55906

# ENGAGEMENT FEES & REPORTING STRUCTURE

*The following pages summarize our fee estimate for the reports on the audits and other reporting requirements that we have been requested to complete for the year ended June 30, 1997. You will notice that the fees, as proposed, have increased approximately 3% from the fees for the 1996 AHERF engagement despite the significant growth that the organization has realized through the affiliations with the Graduate Health System, the Allegheny Valley Health System and the Forbes Health System. The total proposed 1997 fee includes a reduction of approximately $110,000 related to the items that we previously reported upon in 1996 offset by an increase of approximately $135,000 related to additional procedures that will be required for the new affiliated entities and the addition of one captive insurance company and four additional benefit plan audits for 1997.*

GOV 55907

| Proposed 1997 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1996 | Proposed 1997 |
| **Financial Statement Audits (including required debt compliance letters):** | | | |
| Consolidated Financial Statements of Allegheny Health, Education & Research Foundation, including Supplemental Consolidating Schedules | Guaranty and Suretyship Agreement (PNC Line of Credit) | 32,000 | N/A |
| Allegheny General Hospital (AGH) Obligated Group | Restated and Amended Master Trust Indenture | 94,000 | N/A |
| Delaware Valley Obligated Group | | 295,000 | N/A |
| Allegheny Singer Research Institute | Internal Requirement | 13,000 | N/A |
| Allegheny Integrated Health Group | Internal Requirement | 18,000 | N/A |
| Total AHERF Financial Statement Audits | | 452,000 | 458,000 |

GOV 55908

**34**

| Proposed 1997 Audit Fees | | | |
| --- | --- | --- | --- |
| Financial Statements/Reports | Report Purpose | Actual 1996 | Proposed 1997 |
| **A-133 Audits:** | | | |
| Allegheny Singer Research Institute | U.S. Office of Management and Budget (OMB) Requirement | 24,000 | N/A |
| Delaware Valley Combined A-133 Report | U.S. OMB Requirement | 83,000 | N/A |
| Total Combined AHERF A-133 Audits | | 107,000 | 93,000 |
| **Insurance Company Audits:** | | | |
| Allegheny Health Services Providers Insurance Company | Cayman Island Insurance Requirement | 18,000 | 19,000 |
| Hahnemann Insurance Company, Inc. | Vermont Department of Insurance Requirement | 10,000 | 8,000 |
| GHS Re Limited | Bermuda Department of Insurance Requirement | N/A | 8,000 |
| FHS Insurance Ltd. | Cayman Island Insurance Requirement | N/A | 5,000 |
| Total Insurance Company Audits | | 28,000 | 40,000 |

GOV 55909

| Proposed 1997 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1996 | Proposed 1997 |
| **Benefit Plan Audits:** | | | |
| *Defined Benefit Plans:* | | | |
| · Retirement Account Plan for Employees of Allegheny Health, Education and Research Foundation | ERISA Requirement | 20,000 | 18,000 |
| · Retirement Plan for Employees of Allegheny Valley Hospital | ERISA Requirement | N/A | 4,000 |
| Allegheny Valley Hospital Retirement Savings Plan | | N/A | 3,000 |
| · Retirement Plan for the Employees' of the Forbes Health System | ERISA Requirement | N/A | 7,000 |
| · Graduate Hospital Pension Plan | ERISA Requirement | N/A | 4,000 |
| · Zurbrugg Memorial Hospitals Retirement Income Plan | ERISA Requirement | N/A | 4,000 |
| *Defined Contribution Plan:* | | | |
| Hahnemann University Non-Contributory Defined Contribution Retirement Plan | ERISA Requirement | 5,000 | 3,000 |
| Total Benefit Plan Audits | | 25,000 | 43,000 |

GOV 55910

| Proposed 1997 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1996 | Proposed 1997 |
| **Other:** | | | |
| AHERF Management Incentive Plans | Internal Requirement | 10,000 | 11,000 |
| Prudent Buyer Computations | Third-Party Payor Requirement | 5,000 | 7,000 |
| AGH Spina Bifida Program | Commonwealth of Pennsylvania Audit Requirement | 2,500 | 2,000 |
| Total Other | | 17,500 | 20,000 |
| **Grand Total** | | 629,500 | 654,000 |

GOV 55911

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Fiscal 1998 and 1999 Audit Services Workplans
Discussion

## INTRODUCTION

Audit Services' Fiscal 1997 Workplan provided for audits and/or reviews of a wide variety of activities across the AHERF system. In particular, significant attention was devoted to billing matters and various human resources/benefit-related areas. Progress on the Fiscal 1997 Workplan is discussed herein. This section also includes a discussion of Audit Services' annual risk assessment/planning process and the resulting proposed Fiscal 1998 and 1999 Workplans.

## STATUS OF FISCAL 1997 WORKPLAN

During Fiscal 1997, Audit Services' activities have been guided by its Board-approved Workplan. We have also attempted to remain responsive to changing risk and circumstances within the AHERF system. Accordingly, Audit Services has also participated in a variety of special reviews and/or management requests during the year.

In response to a request by the Audit Committee, charts have been prepared to show the current status of completion of the approved Fiscal 1997 Audit Services' Workplans. As indicated, Audit Services has completed (or is in the process of completing) virtually all of the planned audit projects for Pittsburgh and the Delaware Valley. In addition, the combined Pittsburgh and Delaware Valley Departments completed thirteen follow-up reviews of previously issued audit reports.

Audit Services will carry forward three Fiscal 1997 projects to the proposed Fiscal 1998 Workplan: AHERF Retirement Plan Audit, a Wage and Hour Compliance Review, and the AHERF Nurse Staffing and Scheduling System (ANSOS) Audit.

During Fiscal 1997, Audit Services performed a significant number of unplanned reviews and projects. These reviews are generally performed at the request of management; by their nature, these unplanned projects often represent areas of high risk, sensitivity or dollar significance. Unplanned projects initiated and/or completed during Fiscal 1997 include the following:

- various corporate credit card, travel and travel policy-related reviews,

- investigation, quantification and repayment of various billing errors and/or irregularities (including communication with third-party/government agencies and internal/external legal counsel),

- benchmarking analyses for service utilization, revenue recognition, pricing and coding for various hospital and physician departments/divisions,

GOV 55912

**39**

- assistance in the development of the IRS voluntary compliance program filing for AHERF's Matched Savings (403(b)) Plan, including providing assistance to management in the development of action plans to correct weaknesses and/or deficiencies,

- feasibility analysis for the possible implementation of a concurrent billing audit process at AGH,

- investigations of possible employee theft and/or wrongdoing, and

- participation on various management committees and/or task forces focusing on specific operational issues such as billing process improvement, revenue/coding self audits, PC equipment leasing program development and the information services advisory group.

The following charts show the current status of Audit Services' approved Fiscal 1997 Workplans.

| ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION<br>Status of Fiscal 1997 Pittsburgh Workplan | |
| --- | --- |
| **PROJECT** | **STATUS AT 3/1/97** |
| Automated Narcotics (including Baxter Suremed System) Audit | Completed |
| AHERF End-User Computing Audit | Completed |
| Internet Risk and Exposure (AHERF-wide) Audit | Completed |
| AGH Clinical Information System (EMTEK) Audit | In process |
| DVR Student Information and Financial Records System (SCT) Audit | In process |
| AHERF Decision Support and Executive Systems Audit | In process |
| Pittsburgh IS-Data Center Operations and General Controls | In process |
| AHERF Nurse Staffing and Scheduling System (ANSOS) Audit | Carried Forward to FY 98 |
| Managed Care Contract Reimbursement Verification | In process |
| Accounts Receivable - Collection Agency Relationships | In process |
| Physician Relationships and Contracts | In process |
| AIHG Primary Care North (Richland Office) Professional Fee Billing Point-of-Service Audit | In process |
| AGH Outpatient Surgery Center Operational Audit | In process |
| AGH Emergency Room Point-of-Service Audit (Hospital and Professional Fee Billing) | Completed |
| Management Business Expenses (AHERF-wide) | Completed |
| Travel and Business Expenses (Non-executive) | Completed |
| Sales and Use Tax Compliance | Completed |
| Wage and Hour Compliance | Carried Forward to FY 98 |

GOV 55914

**41**

| ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION Status of Fiscal 1997 Delaware Valley Workplan | |
|---|---|
| **PROJECT** | **STATUS AT 3/1/97** |
| Admission, Discharge and Transfer System (under Patient Focused Initiative) | Completed |
| Managed Care Contract Reimbursement Verification Audit | In process |
| Time Allocation Process: Research Grants and Contracts | In process |
| Bursar's Office/Student Affairs | In process |
| Equipment Rental/Contract Maintenance | Completed |
| External Rotation of Residents | In process |
| Medical Audit: Statistical Presentations: Charging and Documentation Accuracy/Completeness | Completed |
| Employee Travel & Business Expense (AUHS) | Completed |
| Controlled Substance Audit - Hahnemann | Completed |
| Support to Non-Employed Physicians | Completed |
| Flexible Benefits Administration | Completed |
| SCHC Emergency Center Audit | Completed |
| AUHS Emergency Medicine Professional Billing Audit (SCHC) | Completed |
| AUHS Professional Fee Billing: Point-of-Service Audits | In process |
| Pharmacy Operations Audit (DV-wide) | In process |
| Medical Audit: Concurrent Review (targeted cases) | Ongoing |
| Medical Audit: Third/Fourth-Party Defense Audits | Ongoing |
| AIHG Point-of-Service Operational Reviews | In process |
| AHERF Retirement Plan/Pension Administrator System | Carried Forward to FY 98 |
| Outpatient Registration, Charge Capture and Coding Audit (AHERF-wide) | In process |
| Maintenance and Engineering Audit (DV-wide) | In process |
| AHERF Purchasing Practices: Prime Vendor Relationships Review | In process |
| Wage and Hour Compliance | Carried Forward to FY 98 |

GOV 55915

<u>DEVELOPMENT OF FISCAL 1998/99 AUDIT SERVICES WORKPLAN</u>

The development of the Fiscal 1998 and Fiscal 1999 Workplans considered three interrelated factors/methodologies: (1) the impact of AHERF's recent acquisitions in both Pittsburgh and the Delaware Valley, (2) the historical, Board-approved risk assessment methodology, and (3) comprehensive risk evaluation schedules which indicate the combined external and internal audit coverage for high/medium risk areas for each AHERF organization. These factors, and their impact on the proposed Workplans are discussed below.

Each of the organizations acquired by AHERF during Fiscal 1997 was evaluated by AHERF management and its external advisors during an extensive and comprehensive due diligence process. The due diligence analyses (which evaluate in detail an organization's legal, financial and operational areas) resulted in a series of reports (including findings and recommendations) designed to assist AHERF management in identifying and resolving various issues and transitioning the newly-acquired entities into the AHERF system. Due to the extensive nature of the due diligence processes (and the increased attention given to the acquired entities during C&L's Fiscal 1997 audits), Audit Services has not proposed any planned audit projects for Fiscal 1998 for Graduate Health System (Graduate), Forbes Health System (Forbes), Allegheny Valley Health System (AVHS) and the HealthAmerica medical practice operations (HealthAmerica MPOs). Instead, Audit Services recommends that AHERF management address the issues identified during due diligence and devote its attention to understanding, converting and/or coordinating the Graduate, Forbes AVHS and HealthAmerica MPO entities into AHERF's corporate standards and strategies. Audit Services would, of course, accommodate appropriate management and/or Board requests for specialized audits/reviews at the newly-acquired organizations.

The Board-approved risk assessment process traditionally used by Audit Services in developing its annual Workplan was employed for the Fiscal 1998/99 plans. The methodology (which involves an ongoing evaluation of issues, risks and concerns affecting the AHERF system) is a structured, interactive process between Audit Services and the AHERF executive management team. The risk assessment process involves the following:

- <u>Development/Maintenance of the Audit Universe</u> - The AHERF audit universe (which is constantly updated to reflect changing internal and external circumstances) is a system-wide listing of departments, functions, financial areas, transaction systems, information systems applications and implementations, regulations, compliance areas, etc. The audit universe is used to identify target areas for potential audit projects.

- <u>Identification and Weighting of Risk Assessment Criteria</u> - The risk assessment criteria utilized by Audit Services were designed to determine where greatest business risk is present. Under the risk assessment methodology, higher risk areas are given higher audit priority. The seven risk factors used in Audit Services' evaluation are (1) internal control environment, (2) management and personnel, (3) volume/materiality, (4) stability/volatility, (5) complexity, (6) external concerns and/or regulatory pressures, and (7) frequency/extent of previous audit coverage and/or management review. These risk factors are weighted by Audit Services to allow for greater emphasis on certain of the criteria as appropriate.

GOV 55916

- <u>Management Interviews</u> - Representatives of Audit Services management meet with the President and Chief Financial Officer of each AHERF operating unit and with the senior corporate officers (Information Services, Corporate Finance, Legal and Human Resources). Additional input is sought as necessary from Operations and other management personnel within each subsidiary organization. During these interviews, the audit universe is reviewed and discussed with management; specific input is received from management as to its perceptions of the most critical audit areas. The risk criteria described above are discussed as they relate to each potential audit topic. In addition, wherever possible, Audit Services attempts to define the scope/focus of each potential audit area and to identify any specific constraints which could affect audit timing and/or priority.

- <u>Weighting and Prioritization of Audit Topics</u> - Audit Services utilizes a weighting matrix to determine audit priority. For each potential audit topic (those identified with management or by Audit Services), an assessment of risk (Low, Medium or High) is assigned for each risk factor. A mathematical "score" is then calculated to determine the relative risk priority of each potential audit topic.

As an additional tool in evaluating the adequacy and appropriateness of Audit Services' proposed audit emphasis, multi-year risk schedules were developed for each significant AHERF operating entity. These schedules show areas of high and moderate risk for each operating unit; the schedules also show the historical, current and proposed audit coverage in these areas by both C&L and Audit Services. These schedules are included in this section of the Agenda for review by the Audit Committee.

After considering the due diligence analyses of the newly-acquired entities, the results of the annual risk assessment process and the historical risk/audit coverage evaluation, Audit Services has developed a proposed Workplan for Fiscal 1998 and a tentative plan for Fiscal 1999 which are included herein.

The specific audit scope, timing and resource requirements for each audit area in the proposed Workplan are evaluated in detail during the planning phase of the project. In order to allow Audit Services to identify and focus on the highest priority areas within each project, large and/or complex audit areas may be subdivided into smaller, more manageable audits. In scheduling the projects identified, the actual timing of audit efforts will consider such factors as anticipated information system changes or conversions, management priorities, auditee workloads, planned procedural changes and the coordination with other internal and external reviews.

GOV 55917

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Audit Services Workplan - Fiscal 1998
Pittsburgh and Delaware Valley Operations
(Excludes Audits in Process)

New Projects

1.    AHERF Retirement Plan/Pension Administrator System
2.    AIHG Point-of-Service Operational Reviews
3.    Wage and Hour Compliance (Pittsburgh and Delaware Valley)
4.    Psychiatry Department Professional Fee Billing Point-of-Service Audit (Pittsburgh)
5.    DVR Anesthesia Department Professional Billing Point-of-Service Audit
6.    Revenue Capture and Billing Integrity
7.    Certified Registered Nurse Anesthetist Professional Fee Billing
8.    Physician Credentialing and Enrollment (Delaware Valley)
9.    Hospital Accounts Receivable Follow-up - Allegheny General Hospital
10.   Managed Care "At-Risk" Arrangements - Settlement Process (selected system-wide contracts)
11.   Medicare "72-Hour Rule" Settlement Verification Audit
12.   Unrelated Business Income Tax (Delaware Valley)
13.   Blue Cross/Pyramid Employee Health Benefit Plan
14.   Institutional Affiliation Agreements (Pittsburgh)

IS System-wide Audit Projects

1.    Electronic Document Management (FileNet)
2.    Nurse Staffing and Scheduling System (ANSOS) Audit
3.    Centre Square IS Data Center
4.    Billing System Integrity Audits (various applications/interfaces)
5.·   Audit Programming Support (various audit/review projects)

Medical Audit Initiatives

1.    Concurrent Review (targeted cases)
2.    Third/Fourth Party Defense Audits
3.    Statistical Presentation: Charging and Documentation Accuracy/Completeness
4.    Outpatient Charge Capture and Coding Audits (AHERF-wide)

Follow-up Reviews

Follow-up Reviews of Fiscal 1997 and 1998 audits will be performed in accordance with timeframes agreed upon during the original audits.

GOV 55918

**45**

## ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
### Audit Services Workplan - Fiscal 1999
### Pittsburgh and Delaware Valley Operations

This tentative Fiscal 1999 Workplan comprises the second year of a "rolling" two-year plan. Accordingly, it represents the current assessment (based on existing facts and circumstances) of certain areas where Audit Services may focus its efforts for Fiscal 1999. In some instances, Audit Services may initiate or complete certain of these projects in Fiscal 1998. It is likely that circumstances and risks will change throughout AHERF during the next year. Accordingly, the continued applicability of this tentative Workplan will be re-evaluated during the risk assessment/planning process in the Spring of 1998.

### New Projects

1.  Patient Registration (Pittsburgh)
2.  Outpatient Registration (Delaware Valley)
3.  Medical Records Operational Audits
4.  General Control and Transaction System Reviews - newly-acquired entities (both cities)
5.  Hospital/Professional Billing: Compliance Issues (ongoing - including new entities)
6.  Hospital Accounts Receivable Follow-up - Delaware Valley
7.  Psychiatry Department Professional Billing Point-of-Service Audit (Delaware Valley)
8.  Physician Credentialing and Enrollment (Pittsburgh)
9.  Unrelated Business Income Tax Review (Pittsburgh)
10. Clinical Trials Billing Review
11. AGH Ambulatory Laboratory Program
12. Management Business Expense Audit

### IS System-wide Audit Projects

1.  Radiology System (IDXRad) - Pittsburgh and Delaware Valley
2.  IS Network Support
3.  Naming Standards
4.  DVR Laboratory System (SUNQUEST) Audit
5.  CardioNet System
6.  PC Hardware/Software Leasing Program
7.  PC/Fileserver Software License Compliance

### Medical Audit Initiatives

1.  Ongoing Medical Audit Programs (Concurrent Reviews, Defense Audits, etc.)
2.  Managed Care Contracting - Utilization Review
3.  Educational Presentations (Charging, Documentation, Coding)

GOV 55919

46

**Allegheny Health, Education and Research Foundation**
**Schedule of Risk Areas and Combined Internal/External Audit Coverage**
**(Excludes Non-routine Risk Areas and Special Projects/Investigations)**
**AHERF**

| Areas of Highest Risk | Desirable Audit Frequency | Definitive* Fiscal 1999 | Planned* Fiscal 1998 | Current Fiscal 1997 | Historical Fiscal 1996 | Historical Fiscal 1995 | Historical Fiscal 1994 |
|---|---|---|---|---|---|---|---|
| **Financial Statement Areas** | | | | | | | |
| Patient Receivables | Annual | | | C&L | C&L | C&L | C&L |
| Third-Party Payor Settlements | Annual | | AS | C&L | C&L | C&L | C&L |
| Managed Care Contracting | Significant changes | AS | AS | C&L, AS | | | |
| Self-Insurance Liabilities | Annual | | | C&L | C&L | C&L | C&L |
| Debt and Related Compliance | Annual | | | C&L | C&L | C&L | C&L |
| Financial Statement Disclosure/Reporting | Annual | | | C&L | C&L | C&L | C&L |
| Commitments and Contingencies | Annual | | | C&L | C&L | C&L | C&L |
| Acquisition Accounting/Controls | Significant changes | AS | | C&L | | | C&L |
| **Compliance/Regulatory Focus Areas** | | | | | | | |
| Tax Matters - Employee vs. Independent Contractor | Rotating - 3 years ** | | AS | AS | | AS | |
| - Management Business Expenses | Rotating - 2 years ** | | AS | | AS | AS | AS |
| AHERF Retirement/Pension Plan | Annual | | AS | C&L | C&L | C&L | C&L |
| AHERF 403(b) Matched Savings Plan | Rotating - 3 years ** | | | AS | AS | | |
| **Operational Controls/Effectiveness Reviews** | | | | | | | |
| Employee Benefits/Human Resource Systems - PGH | Significant changes | | AS | AS | AS | | |
| Employee Benefits/Human Resource Systems - DVR | Significant changes | | | AS | AS | | AS |

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

\* - Intended to reflect internal audit coverage only
\*\* - Greater audit frequency may be necessary if there are significant changes in operations or systems

GOV 55920

**Allegheny Health, Education and Research Foundation**
**Schedule of Risk Areas and Combined Internal/External Audit Coverage**
**(Excludes Non-routine Risk Areas and Special Projects/Investigations)**
**AHERF**

| Areas of Highest Risk | Desirable Audit Frequency | Tentative - Fiscal 1999 | Planned - Fiscal 1998 | Current Fiscal 1997 | Historical | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Fiscal 1996 | Fiscal 1995 | Fiscal 1994 |
| IS Data Center Operations/General Controls - PGH | Rotating - 2 years ** | AS | | C&L, AS | C&L | C&L | C&L, AS |
| IS Data Center Operations/General Controls - DVR | Rotating - 2 years ** | | AS | C&L | C&L | C&L | C&L, AS |
| IS Disaster Recovery Review - PGH | Rotating - 2 years ** | | | | C&L, AS | AS | AS |
| IS Disaster Recovery Review - DVR | Rotating - 2 years ** | | | | C&L, AS | | AS |
| PC and Local Area Network Controls/Support - PGH | Rotating - 3 years ** | AS | | | AS | | |
| PC and Local Area Network Controls/Support - DVR | Rotating - 3 years ** | AS | | | AS | | |
| Professional Fee Billing Operations - PGH | Significant changes | | AS | | | | AS |
| Professional Fee Billing Operations - DVR | Significant changes | | AS | | AS | | AS |
| Hospital Billing Operations - PGH | Significant changes | | AS | | AS | | |
| Hospital Billing Operations - DVR | Significant changes | AS | AS | | | | |

(2-20-97/AHERFRIS.HIO/document.kkt)

C&L - Coopers & Lybrand
' - AHERF Audit Services Department

* - Intended to reflect internal audit coverage only
** - Greater audit frequency may be necessary if there are significant changes in operations or systems

GOV 55921

**Allegheny Health, Education and Research Foundation**
**Schedule of Risk Areas and Combined Internal/External Audit Coverage**
**(Excludes Non-routine Risk Areas and Special Projects/Investigations)**
**AHERF**

| Areas of Moderate Risk | Desirable Audit Frequency | Tentative * Fiscal 1999 | Planned * Fiscal 1998 | Current Fiscal 1997 | Fiscal 1996 | Fiscal 1995 | Fiscal 1994 |
|---|---|---|---|---|---|---|---|
| **Financial Statement Areas** | | | | | | | |
| Investments | Annual | | | C&L | C&L | C&L | C&L, AS |
| Accrued Expenses | Significant changes | | | | C&L | C&L | C&L |
| Cash and Short-term Investments | Significant changes | | | C&L | C&L | C&L | C&L, AS |
| Purchasing/Accounts Payable | Annual | | | | C&L, AS | C&L | C&L, AS |
| Payroll and Related Systems | Annual | | | | C&L | C&L | C&L, AS |
| Related Party Transactions | Annual | | AS | C&L | C&L | C&L | C&L |
| **Compliance/Regulatory Focus Areas** | | | | | | | |
| Tax Matters - Unrelated Business Income Tax | Rotating - 3 years** | AS (PGH) | AS (DVR) | | | | |
| - Tuition Assistance Program | Significant changes | | | | AS | | |
| Wage and Hour Compliance | Significant changes | | AS | | | | |
| Workers' Compensation Program | Significant changes | | | | | AS | |

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

* - Intended to reflect internal audit coverage only
** - Greater audit frequency may be necessary if there are significant changes in operations or systems

49

**Allegheny Health, Education and Research Foundation**
**Schedule of Risk Areas and Combined Internal/External Audit Coverage**
**(Excludes Non-routine Risk Areas and Special Projects/Investigations)**
**AHERF**

| Areas of Moderate Risk | Desirable Audit Frequency | Tentative * Fiscal 1999 | Planned * Fiscal 1998 | Current Fiscal 1997 | Historical | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Fiscal 1996 | Fiscal 1995 | Fiscal 1994 |
| Charity Care | Significant changes | | | | AS | | |
| **Operational Controls/Effectiveness Reviews**<br>Physician Credentialing and Enrollment - PGH | Rotating - 3 years | AS | | | | | |
| Physician Credentialing and Enrollment - DVR | Rotating - 3 years | | AS | | | | |
| Equipment Rental and Maintenance Expense | Significant changes | | | AS | | | |
| Prime Vendor Contracts/Relationships | Significant changes | | | AS | | | AS |
| Collection Agency Relationships | Rotating - 3 years ** | | | AS | | | |

(kks/2-20-97/AHERFRIS.MOD/document.kks)

\* - Intended to reflect internal audit coverage only
\*\* - Greater audit frequency may be necessary if there are significant changes in operations or systems

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

GOV 55923

Allegheny Health, Education and Research Foundation
Schedule of Risk Areas and Combined Internal/External Audit Coverage
(Excludes Non-routine Risk Areas and Special Projects/Investigations)
ALLEGHENY UNIVERSITY OF THE HEALTH SCIENCES

| Areas of High and/or Moderate Risk | Desirable Audit Frequency | Tentative * Fiscal 1995 | Planned * Fiscal 1996 | Current * Fiscal 1997 | Historical | | |
|---|---|---|---|---|---|---|---|
| | | | | | Fiscal 1996 | Fiscal 1995 | Fiscal 1994 |
| Bursars Office/Student Information System | Rotating - 3 years ** | | | AS | | | |
| Research Accounting (Grants/Contracts) | Annual | | | C&L, AS | C&L | C&L | C&L |
| Student Financial Aid Programs | Annual | | | C&L | C&L | C&L | C&L |
| Faculty Practice Revenue (selected SIGNATURE areas/departments) | Rotating - 3 years | AS | AS | AS | AS | AS | AS |
| Faculty Practice Revenue (selected Non-SIGNATURE areas/departments) | Rotating - 2 years | | AS | AS | AS | | |
| Support to Non-Employed Physicians (Fraud and Abuse) | Rotating - 2 years | | | | AS | | |
| Billing Compliance Issues | Ongoing | AS | AS | AS | | | |
| Revenue Capture, Documentation and Coding Integrity | Ongoing | AS | AS | AS | | | AS |
| Fund Development Operations | Rotating - 3 years ** | | | | | | |
| Internet Risks and Exposure | Significant changes | | | AS | | | |
| Travel and Business Expenses | Rotating - 3 years ** | | | AS | | | |

(2-20-97/AUHSRISK.SCH/document.klss)

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

* - Intended to reflect internal audit coverage only
** - Greater audit frequency may be necessary if there are significant changes in operations or systems

GOV 55924

51

**Allegheny Health, Education and Research Foundation**
**Schedule of Risk Areas and Combined Internal/External Audit Coverage**
**(Excludes Non-routine Risk Areas and Special Projects/Investigations)**
**ALLEGHENY GENERAL HOSPITAL**

| Areas of High and/or Moderate Risk | Desirable Audit Frequency | Tentative Fiscal 1999 | Planned Fiscal 1998 | Current Fiscal 1997 | Historical Fiscal 1996 | Historical Fiscal 1995 | Historical Fiscal 1994 |
|---|---|---|---|---|---|---|---|
| Hospital Revenue Systems (Inpatient and Outpatient) | Annual | | AS | C&L | C&L | C&L | C&L |
| Support to Non-Employed Physicians (Fraud and Abuse) | Rotating - 2 years ** | | | AS | | | AS |
| Billing Compliance Issues | Ongoing | AS | AS | AS | AS | | |
| Controlled Substance Review | Rotating - 2 years | | | | AS | AS | |
| Sales and Use Taxes | Rotating - 3 years | | | AS | | AS | |
| Travel and Business Expenses | Rotating - 3 years | | | AS | | | |
| Research Grants/Contracts | Annual | | | C&L | C&L | C&L | C&L |
| Faculty Practice Revenues (selected areas/departments) | Rotating - 3 years | | AS | AS | AS | AS | |
| Operational Areas (including related automated systems): - Patient Registration | Rotating - 3 years | AS | | | | | |
| - Emergency Services | Rotating - 3 years ** | | | AS | | | |
| - Surgical Services | Rotating - 3 years ** | | | | AS | | |

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

\* - Intended to reflect internal audit coverage only
\*\* - Greater audit frequency may be necessary if there are significant changes in operations or systems

GOV 55925

Allegheny Health, Education and Research Foundation
Schedule of Risk Areas and Combined Internal/External Audit Coverage
(Excludes Non-routine Risk Areas and Special Projects/Investigations)
ALLEGHENY GENERAL HOSPITAL

| Areas of High and/or Moderate Risk | Desirable Audit Frequency | Tentative * Fiscal 1999 | Planned * Fiscal 1998 | Current Fiscal 1997 | Historical | | |
|---|---|---|---|---|---|---|---|
| | | | | | Fiscal 1996 | Fiscal 1995 | Fiscal 1994 |
| - Radiology | Rotating - 3 years ** | AS | | | | AS | |
| - Laboratory | Rotating - 3 years ** | | | | AS | | |
| - Pharmacy | Rotating - 3 years ** | | | | AS | | |
| Cash Receipts Controls | Rotating - 2 years ** | | | | | AS | |
| Fund Development | Rotating - 3 years ** | | | | | AS | |

(2-20-97/aghrisk.xch/document.kks)

C&L - Coopers & Lybrand
AS - AHERF Audit Services Department

* - Intended to reflect internal audit coverage only
** - Greater audit frequency may be necessary if there are significant changes in operations or systems

GOV 55926