**Standing Accrual Analysis**
FY 1997 (in 000's)
20-Jan-97

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| | **BUCKS COUNTY (212)** | | | | | | | | |
| Salary & Wage | S & W - Productive | | | | | | | | 0 |
| | Professional-Fees Nonsalary | | | | | | | | 0 |
| | Employee Svs Purchased | | | | | | | | 0 |
| Patient Care | Med/Surg. | | (25) | | | | | | (25) |
| | Drugs | | | | | | | 125 | 125 |
| | IV Solutions | | | | | | | | 0 |
| | Laboratory Supplies | | | | | | | | 0 |
| | Blood & Blood Products | | | | | | | | 0 |
| | Other Patient Care Supply | | | | | | | | 0 |
| Purch. Service | Consulting/Management Fee | | | | | | | | 0 |
| | Medical/Lab Services | | | | | | | | 0 |
| | Maintenance Purchased Svs | | 25 | 25 | | | | | 50 |
| | Utilities | | | | | | | | 0 |
| | Equipment Rental | | 25 | | | | | | 25 |
| | Property Rental | | | | | | | | 0 |
| | Other Purchased Service | | (75) | 75 | | | | | 0 |
| | Other Purch. - Contracts | | 65 | | 35 | | 65 | | 165 |
| Admin & Gen'l | Food & Dietary Supply | | | | | | | | 0 |
| | Housekeeping Supply | | | | | | | | 0 |
| | Laundry/Linen Supply | | | | | | | | 0 |
| | Maintenance Supply | | | | | | | | 0 |
| | Office/Computer Supply | | | | | | | | 0 |
| | Dues & Subscriptions | | | | | | | | 0 |
| | Travel, Meetings & Seminars | | | | | | | | 0 |
| | Postage & Freight | | | | | | | | 0 |
| | Other Admin & General | | | | | | | | 0 |
| Other | Unused | | | | | | | | 0 |
| | Other net activity | 435 | 2 | 0 | 0 | | 10 | | 447 |
| Accrued - Misc. | 4205001 (212) | 435 | 17 | 100 | 35 | 0 | 75 | 125 | 787 |
| Accr - Vacation | 4205100 (212) | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 60 |
| Inven. - Eval. | 1500190 (212) | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 60 |
| Incentive | 4201030 (212) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bottom Line | 4205698 (212) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DC4564 page 7 of 14

**Standing Accrual Analysis**
FY 1997 (in 000's)
20-Jan-97

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| | **MGMT SERVICE (215)** | | | | | | | | |
| Salary & Wage | S & W - Productive | | | | | | | | 0 |
| | Professional-Fees Nonsalary | | | | | | | | 0 |
| | Employee Svs Purchased | | | | | | | | 0 |
| Patient Care | Med/Surg. | | | | | | | | 0 |
| | Drugs | | | | | | | | 0 |
| | IV Solutions | | | | | | | | 0 |
| | Laboratory Supplies | | | | | | | | 0 |
| | Blood & Blood Products | | | | | | | | 0 |
| | Other Patient Care Supply | | | | | | | | 0 |
| Purch. Service | Consulting/Management Fee | | | | (50) | | | 50 | 0 |
| | Medical/Lab Services | | | | | | | | 0 |
| | Maintenance Purchased Svs | | 75 | | | | | 75 | 150 |
| | Utilities | | 75 | | (100) | 75 | 75 | 25 | 150 |
| | Equipment Rental | | | | (25) | | | | (25) |
| | Property Rental | | | | | | | | 0 |
| | Other Purchased Service | | | | | | | | 0 |
| | Other Purch. - Contracts | | | | | | | | 0 |
| Admin & Gen'l | Food & Dietary Supply | | | | | | | | 0 |
| | Housekeeping Supply | | | | | | | | 0 |
| | Laundry/Linen Supply | | | | | | | | 0 |
| | Maintenance Supply | | | | | | | | 0 |
| | Office/Computer Supply | | | | | | | | 0 |
| | Dues & Subscriptions | | | | | | | | 0 |
| | Travel. Meetings & Seminars | | | | | | | | 0 |
| | Postage & Freight | | | | | | | | 0 |
| | Other Admin & General | | | 75 | | | | | 75 |
| Other | Unused | | | | | | | | 0 |
| | Other net activity | (114) | 114 | 0 | 0 | 9 | | | 9 |
| Accrued - Misc. | 4205001 (215) | (114) | 264 | 75 | (175) | 84 | 75 | 150 | 359 |
| Accr - Vacation | 4205100 (215) | 0 | 10 | 10 | 10 | 10 | 10 | 10 | 60 |
| Inven. - Eval. | 1500190 (215) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Incentive | 4201030 (215) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bottom Line | 4205698 (215) | 0 | (160) | (139) | (298) | 0 | 0 | 0 | (597) |

DC4564 page 8 of 14

**Standing Accrual Analysis**
FY 1997 (in 000's)
20-Jan-97

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| | **ST. CHRIS. (220)** | | | | | | | | |
| Salary & Wage | S & W - Productive | | | | | | | | 0 |
| | Professional-Fees Nonsalary | | | | | | | | 0 |
| | Employee Svs Purchased | | | | | | | | 0 |
| Patient Care | Med/Surg. | | 50 | | (250) | | | | (200) |
| | Drugs | | | | | | | 100 | 100 |
| | IV Solutions | | | | | | | | 0 |
| | Laboratory Supplies | | | | | | | | 0 |
| | Blood & Blood Products | | | | (50) | | | | (50) |
| | Other Patient Care Supply | | 50 | | | | | | 50 |
| Purch. Service | Consulting/Management Fee | | | | | | | | 0 |
| | Medical/Lab Services | | 25 | | | | | | 25 |
| | Maintenance Purchased Svs | | | 25 | | | | 50 | 75 |
| | Utilities | | | | | | | | 0 |
| | Equipment Rental | | 50 | 50 | | | | | 100 |
| | Property Rental | | | | | | | | 0 |
| | Other Purchased Service | | 50 | 50 | | | | | 100 |
| | Other Purch. - Contracts | | | | | | | | 0 |
| Admin & Gen'l | Food & Dietary Supply | | | | | | | | 0 |
| | Housekeeping Supply | | | | | | | | 0 |
| | Laundry/Linen Supply | | | | | | | | 0 |
| | Maintenance Supply | | | | | | | | 0 |
| | Office/Computer Supply | | | | (50) | | | | (50) |
| | Dues & Subscriptions | | | | | | | | 0 |
| | Travel, Meetings & Seminars | | | | | | | | 0 |
| | Postage & Freight | | | | | | | | 0 |
| | Other Admin & General | | | | | | | | 0 |
| Other | Horizon FHBT | | | 211 | (211) | | | | 0 |
| | Other net activity | 75 | (34) | 0 | | | | | 41 |
| Accrued - Misc. | 4205001 (220) | 75 | 191 | 336 | (561) | 0 | 0 | 150 | 191 |
| Accr - Vacation | 4205100 (220) | 0 | 25 | 25 | 25 | 25 | 50 | 0 | 150 |
| Inven. - Eval. | 1500190 (220) | 240 | 20 | 20 | 20 | 20 | 10 | 10 | 340 |
| Incentive | 4201030 (220) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bottom Line | 4205698 (220) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Standing Accrual Analysis**
FY 1997 (in 000's)
20-Jan-97

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| | CENTER CITY (230) | | | | | | | | |
| Salary & Wage | S & W - Productive | | | | | | | | 0 |
| | Professional-Fees Nonsalary | | | | | | | | 0 |
| | Employee Svs Purchased | | | | | | | | 0 |
| Patient Care | Med/Surg. | | 150 | (150) | | | | | 0 |
| | Drugs | | | | | | | | 0 |
| | IV Solutions | | | | | | | | 0 |
| | Laboratory Supplies | | 100 | (50) | (50) | | | | 0 |
| | Blood & Blood Products | | | | 50 | | | | 50 |
| | Other Patient Care Supply | | | | | | | | 0 |
| Purch. Service | Consulting/Management Fee | | | | | | | | 0 |
| | Medical/Lab Services | | 250 | 50 | | (250) | | (50) | 0 |
| | Maintenance Purchased Svs | | 0 | | 50 | | | | 50 |
| | Utilities | | | | (100) | | | | (100) |
| | Equipment Rental | | | | | | | | 0 |
| | Property Rental | | | | | | | | 0 |
| | Other Purchased Service | | 25 | | | | | | 25 |
| | Other Purch. - Contracts | | | | | | | | 0 |
| Admin & Gen'l | Food & Dietary Supply | | | | | | | | 0 |
| | Housekeeping Supply | | | | | | | | 0 |
| | Laundry/Linen Supply | | | | 50 | | | | 50 |
| | Maintenance Supply | | | | | | | | 0 |
| | Office/Computer Supply | | | | | | | | 0 |
| | Dues & Subscriptions | | | | | | | | 0 |
| | Travel. Meetings & Seminars | | | | | | | | 0 |
| | Postage & Freight | | | | | | | | 0 |
| | Other Admin & General | | | | | | | | 0 |
| Other | Unused | | | | | | | | 0 |
| | Other net activity | 197 | (12) | 24 | | | (1) | 15 | 223 |
| Accrued - Misc. | 4205001 (230) | 197 | 513 | (126) | 0 | (250) | (1) | (35) | 298 |
| Accr - Vacation | 4205100 (230) | 0 | 50 | 50 | 50 | 50 | 50 | 50 | 300 |
| Inven. - Eval. | 1500190 (230) | 587 | 25 | 25 | 25 | 25 | 25 | 25 | 737 |
| Incentive | 4201030 (230) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bottom Line | 4205698 (230) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DC4564 page 10 of 14

**Standing Accrual Analysis**
**FY 1997 (in 000's)**
        **20-Jan-97**

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | **UNIVERSITY (205)** | | | | | | | | |
| | | | | | | | | | |
| Salary & Wage | S & W - Productive | | | | | | | | 0 |
| | Professional-Fees Nonsalary | | | | | | | | 0 |
| | Employee Svs Purchased | | | | | | | | 0 |
| Patient Care | Med/Surg. | | | | | | | | 0 |
| | Drugs | | | | | | | | 0 |
| | IV Solutions | | | | | | | | 0 |
| | Laboratory Supplies | | | | | | | | 0 |
| | Blood & Blood Products | | | | | | | | 0 |
| | Other Patient Care Supply | | | | | | | | 0 |
| Purch. Service | Consulting/Management Fee | | | 50 | 50 | | | | 100 |
| | Medical/Lab Services | | | 25 | | | | | 25 |
| | Maintenance Purchased Svs | | | 50 | | | | | 50 |
| | Utilities | | | 25 | | | | | 25 |
| | Equipment Rental | | | | | | | | 0 |
| | Property Rental | | | 100 | (100) | | | | 0 |
| | Other Purchased Service | | | | | | | | 0 |
| | Other Purch. - Contracts | | | | | | | | 0 |
| Admin & Gen'l | Food & Dietary Supply | | | | | | | | 0 |
| | Housekeeping Supply | | | | | | | | 0 |
| | Laundry/Linen Supply | | | | | | | | 0 |
| | Maintenance Supply | | | | | | | | 0 |
| | Office/Computer Supply | | | | | | | | 0 |
| | Dues & Subscriptions | | | | | | | | 0 |
| | Travel, Meetings & Seminars | | | 50 | 25 | | | | 75 |
| | Postage & Freight | | | | | | | | 0 |
| | Other Admin & General | | | | | | | | 0 |
| Other | Unused | | | | | | | | 0 |
| | Other net activity | 52 | (2) | (14) | 54 | 5 | | | 95 |
| | | | | | | | | | |
| Accrued - Misc. | 4205001 (205) | 52 | (2) | 286 | 29 | 5 | 0 | 0 | 370 |
| | | | | | | | | | |
| Accr - Vacation | 4205100 (205) | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 240 |
| | | | | | | | | | |
| Inven. - Eval. | 1500190 (205) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| Incentive | 4201030 (205) | 0 | 0 | ~~700~~ | ~~350~~ | 0 | 0 | 350 | ~~1,400~~ |
| | | | | | | | | | ⟨1,000⟩ |
| Bottom Line | 4205698 (205) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DEBIT
LIABILITY
BALANCE

**Standing Accrual Analysis**
FY 1997 (in 000's)
20-Jan-97

| Acct Name | Lotus Line | FY 96 Jun | Jul | Aug | Sep | Oct | Nov | Dec | FY 97 Avail. |
|---|---|---|---|---|---|---|---|---|---|
| **Total Allegheny Hospitals** | | | | | | | | | |
| Accrued - Misc. | Slush | 726 | 1,304 | 427 | (188) | (141) | 181 | 1,574 | 3,883 |
| Accr - Vacation | Vacation | 0 | 120 | 120 | 120 | 120 | 120 | 120 | 720 |
| Inven. - Eval. | Inventory | 587 | 70 | 70 | 70 | 70 | 70 | 70 | 1,007 |
| Accr - Incentive | Incentive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exp. to Budget | Bottom Line | 0 | (160) | (139) | (298) | 0 | 0 | 0 | (597) |
| | | 1,313 | 1,334 | 478 | (296) | 49 | 371 | 1,764 | 5,013 |
| **Total St. Christopher's** | | | | | | | | | |
| Accrued - Misc. | Slush | 75 | 191 | 336 | (561) | 0 | 0 | 150 | 191 |
| Accr - Vacation | Vacation | 0 | 25 | 25 | 25 | 25 | 50 | 0 | 150 |
| Inven. - Eval. | Inventory | 240 | 20 | 20 | 20 | 20 | 10 | 10 | 340 |
| Accr - Incentive | Incentive | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Exp. to Budget | Bottom Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 315 | 236 | 381 | (516) | 45 | 60 | 160 | 681 |
| **Total University** | | | | | | | | | |
| Accrued - Misc. | Slush | 52 | (2) | 286 | 29 | 5 | 0 | 0 | 370 |
| Accr - Vacation | Vacation | 0 | 40 | 40 | 40 | 40 | 40 | 40 | 240 |
| Inven. - Eval. | Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accr - Incentive | Incentive | 0 | 0 | 700 | 350 | 0 | 0 | 350 | 1,400 |
| Exp. to Budget | Bottom Line | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | 52 | 38 | 1,026 | 419 | 45 | 40 | 390 | 2,010 |
| **Total DV OBLIGATED** | | | | | | | | | |
| Accrued - Misc. | Slush | 853 | 1,493 | 1,049 | (720) | (136) | 181 | 1,724 | 4,444 |
| Accr - Vacation | Vacation | 0 | 185 | 185 | 185 | 185 | 210 | 160 | 1,110 |
| Inven. - Eval. | Inventory | 827 | 90 | 90 | 90 | 90 | 80 | 80 | 1,347 |
| Accr - Incentive | Incentive | 0 | 0 | 700 | 350 | 0 | 0 | 350 | 1,400 |
| Exp. to Budget | Bottom Line | 0 | (160) | (139) | (298) | 0 | 0 | 0 | (597) |
| | | 1,680 | 1,608 | 1,885 | (393) | 139 | 471 | 2,314 | 7,704 |

*(handwritten annotations: "(1,000)" near University Accr-Incentive row; "(340)" near University total; "(1,000)" near DV Obligated Accr-Incentive row; "5,304" near DV Obligated total)*

Investment Gains - MCPH              100
                    - HUH              5,900
                    . University        2,100
                    . SCHC              500
                                       ———
                                       8,600

Supt. Revenue Adj - MCPH             1,113
                  - Elkins           1,072
                  - Ruees              200
                  - SCHC             1,597
                  - HUH              5,729
                                     ———
                                     9,711

Dec CAA Adj - MCPH                    500
              Elkins                  250
              Ruees                   250
              SCHC                   1,500
              HUH                    3,000
                                     ———
                                     5,500

Allegheny Univ. - Bonus Accruals     1,000
                - Bonus Reserve Utilized   600
                - Cash Clearing Credits Utilized   2,000
                - State Appropriation deferral   〈2,563〉
                                                  ———
                                                  1,037

MCPH - Sidney Hileman Accruals       〈1,200〉
       - Jefra Homes               〈1,300〉
       . Inventory Adj                350
                                    〈2,150〉

Standing Accruals  -  MCON                              400
                    -  Elkins                           500
                    -  Bulks                            35
                    -  Scrre                            100
                    -  Hartmanizing                     100
                    -  University                       300
                                                       ─────
                                                       1750

                                 total        $ 24,448
                                              ═════════

Bad Debts                                   53,000
Incentives                                  2,500



*Copy : C+Os*

cc *Joe Sehof*
*Mike Martin*
*Dan Canellin*
✓ *Ceno*

**THE HOSPITAL & HEALTHSYSTEM ASSOCIATION OF PENNSYLVANIA**

CFO 97-93

December 24, 1997

TO:         Chief Financial Officers of HAP Member Hospitals and Health Systems

FROM:       Virginia Antonoplos, Director, Health Care Finance Policy

SUBJECT:    Medical Assistance Rates

In response to continued pressure from HAP, the Department of Public Welfare has agreed to release certain Medical Assistance (MA) payments that were held pending completion of the Medical Assistance rate negotiations. HAP President Carolyn F. Scanlan notified hospital CEOs by fax on December 18 and 19 of the release of these payments. This memo is to give you further details.

**Medical Education Pass-through Payments:** The department is releasing the MA medical education pass-through payments for October, November and December. These payments will be included as a gross adjustment in the MA Remittance Advice dated December 29, with checks mailed to hospitals on or about January 7. At this time, the department has not agreed to reinstate the regular monthly medical education payments, however we will let you know as soon as that happens.

**Outpatient Disproportionate Share:** These are quarterly payments to high volume MA hospitals. The payment that was due in October will be included in the Remittance Advice dated December 29. The department has not yet agreed to release the payment that would normally be due in January.

**Rural Access Pool:** Twenty-three rural hospitals have been receiving quarterly rural access pool payments under the MA Agreement. The payment due in October will be included in the Remittance Advice of December 29. Again, we will let you know when the department agrees to release the next quarterly payment.

**Community Access Fund (CAF):** The CAF was first funded in fiscal year 1996-97 and goes to 34 urban and rural hospitals that were especially hard hit as a result of the elimination of MA coverage for General Assistance recipients. The Legislature again provided CAF funding for the current fiscal year, with the list of eligible hospitals

*Joe, Jr., we should be receiving extra [illegible] amounts in the very future*

(OVER)

RECEIVED

JAN 0 2 1998

Executive Vice President &
Chief Financial Officer

DC4565 page 1 of 2

4750 Lindle Road
P.O. Box 8600
Harrisburg, PA 17105-8600
717 564 9200 Phone
717 561 5334 Fax
http://www.hap2000.org

CFO Memo 97-93
December 24, 1997
Page 2

remaining the same. Payments will go up slightly since the federal matching rate has
increased. The department advised HAP that it is taking steps to release the CAF
payments, however the process will take longer. The department must first publish a
notice in the *Pennsylvania Bulletin* and submit a revised State Plan Amendment to the
Health Care Financing Administration. We will notify you as soon as we get an expected
payment date from DPW.

**Questions:** If you have any questions about any of these payments or need additional
information, please call me at (717) 561-5317, or David Myers at (717) 561-5358.

/kjm

**GRADUATE**
**CRA   RESERVE   ANALYSIS**
**SEPTEMBER   30,   1997**

| | | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240191 | CRA Medicare FY91 [1] | $65,000 | | $241,000 | $306,000 |
| 1240192 | CRA Medicare FY92 [1] | 93,000 | | 159,873 | 252,873 |
| 1240193 | CRA Medicare FY93 [2] | (500,000) | | | (500,000) |
| 1240194 | CRA Medicare FY94 [2] | (500,000) | | | (500,000) |
| 1240195 | CRA Medicare FY95 [3] | 112,163 | ($112,163) | 112,163 | 112,163 |
| 1240196 | CRA Medicare FY96 | (2,035,780) | | | (2,035,780) |
| 1240197 | CRA Medicare FY97 | (770,614) | | | (770,614) |
| 1240198 | CRA Medicare FY98 | (144,800) | | | (144,800) |
| 1240295 | CRA Medicaid FY95 [4] | (132,777) | 41,323 | (41,323) | (132,777) |
| | | | | 41,323 | |
| 1240296 | CRA Medicaid FY96 | | (41,323) | (465,422) | (465,422) |
| 1240297 | CRA Medicaid FY97 [5] | | 860,604 | (67,727) | 792,877 |
| 1240396 | CRA Blue Cross FY96 | (7,299,670) | | | (7,299,670) |
| 1240900 | CRA Other | | | 393,987 | 393,987 |
| 1240997 | CRA Recapture [6] | 31,500 | | | 31,500 |
| **TOTAL:** | | ($11,081,978) | $748,441 | $373,874 | ($9,959,663) |

[1]   Appeals filed  - receivable amounts questionable as portion relating to MA HMO paid claims not available.

[2]   Reserve for duplicate Resident counts with HUP.

[3]   Receivable very questionable, see Elimination October, 1997.

[4]   Additional reserve required due to known liability.  See October entry.

[5]   Cash receipt of $860,604 will be recorded in October, 1997.

[6]   GHS, Inc.  (former Parent Corporation of Graduate) entitled to first $1.5 million of depreciation recapture per letter of May 5, 1997.

JMS/laa
s:\linda\wp\scharf\1013971.doc

*Receivable of $31,500 represents misc. invoices posted to balance sheet that relate to recapture transaction. Debit are posted to balance sheet instead of being expensed.*

**JOSEPH M. SCHARF**
**Senior Director, Reimbursement**

PHONE (412) 442-2207
FAX (412) 442-2170

TO: _JL/DAN_          DATE: _1/10/?_

ATTACHED IS HAHNEMANN'S

CRA ANALYSIS TH..

9/30/97

DC4566 page 2 of 12

**HAHNEMANN**
**CRA   RESERVE   ANALYSIS**
**SEPTEMBER   30,   1997**

|  |  | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240190 | CRA Medicare FY90 [1] | $210,958 |  |  | $210,958 |
| 1240191 | CRA Medicare FY91 | 1,982,784 |  |  | 1,982,784 |
| 1240192 | CRA Medicare FY92 | 2,700,000 |  |  | 2,700,000 |
| 1240193 | CRA Medicare FY93 | 1,200,000 |  |  | 1,200,000 |
| 1240194 | CRA Medicare FY94 [2] | (156,600) | ($243,400) | $243,400 | (156,600) |
| 1240195 | CRA Medicare FY95 | (3,198,368) | (455,000) | 455,000 | (3,198,368) |
| 1240196 | CRA Medicare FY96 | (1,833,400) | (1,452,137) | 1,452,137 | (1,833,400) |
| 1240197 | CRA Medicare FY97 [3] | (566,000) | (640,000) | 640,000 | (566,000) |
| 1240198 | CRA Medicare FY98 [4] | (582,000) |  |  | (582,000) |
| 1240295 | CRA Medicaid FY95 [5] | (390,784) |  |  | (390,784) |
| 1240297 | CRA Medicaid FY97 |  |  | (90,200) | (90,2000) |
| 1240298 | CRA Medicaid FY98 |  |  | (120.000) | (120,000) |
| **TOTAL:** |  | **($633,410)** | **($2,790,537)** | **$2,580,337** | **($843,610)** |

[1]    Approved Psych Exception Request   (Aetna letter - 06/09/97).

[2]    Reserve for duplicate Resident counts FY93   ($295,100) and FY94   ($103,307).

| [3], [4] | FY97 | FY98 |
|---|---|---|
| Inpatient Reserve | $480,000 | $120,000 |
| Rate Adjustment | 41,000 |  |
| Outpatient Reserve | 360,000 | 90,000 |
| Outpatient Lump Sum | (1,000,000) |  |
| Bad Debt Reserve | 67,600 | 15,600 |
| Organ Acquisition Reserve | 558,000 | 195,000 |
| Allied Health | 699,400 | 161,400 |
|    TOTAL: | $1,206,000 | $582,000 |

[5]   Repaid to Medical Assistance on 10/13 and 11/03/97.

JMS/laa
s:\linda\wp\scharf\1013971.doc

*Joshu,*

*Return original to me*

*Thanks*
*Dan*

*cc: Robin*

**JOSEPH M. SCHARF**
Senior Director, Reimbursement

PHONE (412) 442-2207
FAX (412) 442-2170

TO: _Al / Dan_                    DATE: _10/27/97_

9/30/97

Ces Analysis For

Parkview & City Ave.

*Joe*

# PARKVIEW HOSPITAL
## CRA RESERVE ANALYSIS
### SEPTEMBER 30, 1997

|  |  | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1230396 | Prudent Buyer - Blue Cross FY96 | ($383,969) |  |  | ($383,969) |
| 1230397 | Prudent Buyer - Blue Cross FY97 | (800,000) |  |  | (800,000) |
| 1240193 | CRA Medicare FY93 [1] | (87,914) |  |  | (87,914) |
| 1240194 | CRA Medicare FY94 [1] [2] | (29,902) | ($218,417) | ($95,964) | (344,283) |
| 1240195 | CRA Medicare FY95 | (318,214) |  |  | (318,214) |
| 1240196 | CRA Medicare FY96 | (329,134) | 218,417 |  | (110,717) |
| 1240197 | CRA Medicare FY97 | (596,765) |  |  | (596,765) |
| 1240198 | CRA Medicare FY98 | (67,400) |  |  | (67,400) |
| 1240291 | CRA Medicaid FY91 [2] |  |  | 68,196 | 68,196 |
| 1240293 | CRA Medicaid FY93 [2] |  |  | 17,051 | 17,051 |
| 1240294 | CRA Medicaid FY94 [3] | (59,656) |  | (122,193) | (181,849) |
| 1240295 | CRA Medicaid FY95 [3] | (87,647) |  |  | (87,647) |
| 1240296 | CRA Medicaid FY96 [3] | (76,484) |  |  | (76,484) |
| 1240297 | CRA Medicaid FY97 [3] | (40,733) |  |  | (40,733) |
| 1240391 | CRA Blue Cross FY91 [2] |  |  | 5,141 | 5,141 |
| 1240393 | CRA Blue Cross FY93 [2] |  |  | 5,576 | 5,576 |
| 1240395 | CRA Blue Cross FY95 | (83,770) |  |  | (83,770) |
| **TOTAL:** |  | ($2,961,588) | -0- | ($122,193) | ($3,083,781) |

[1]    Reserve for duplicate Resident counts.

[2]    Reclass reserve and write-off CRA's settled in prior years,   see October, 1997.

[3]    Reserve for MA settlement.

DC4566 page 5 of 12

**CITY AVENUE HOSPITAL**
**CRA RESERVE ANALYSIS**
**SEPTEMBER 30, 1997**

|  |  | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1230396 | Prudent Buyer - Blue Cross FY96 | ($416,902) | | | ($416,902) |
| 1230397 | Prudent Buyer - Blue Cross FY97 | (384,705) | | | (384,705) |
| 1240193 | CRA Medicare FY93 [1] | (159,176) | | | (159,176) |
| 1240194 | CRA Medicare FY94 [1] | (34,500) | | $34,500 | 43,213 |
|  |  |  |  | 43,213 |  |
| 1240195 | CRA Medicare FY95 | (500,000) | | | (500,000) |
| 1240196 | CRA Medicare FY96 | (64,736) | | | (64,736) |
| 1240197 | CRA Medicare FY97 | (140,222) | | | (140,222) |
| 1240198 | CRA Medicare FY98 | (49,800) | | | (49,800) |
| 1240293 | CRA Medicaid FY93 [2] | (265,500) | | (67,704) | (333,204) |
| 1240294 | CRA Medicaid FY94 | (115,573) | | | (115,573) |
| 1240295 | CRA Medicaid FY95 [3] | (58,768) | | | (58,768) |
| 1240392 | CRA Blue Cross FY92 | | | (16) | (16) |
| 1240393 | CRA Blue Cross FY93 | | | (64,061) | (64,061) |
| 1240395 | CRA Blue Cross FY95 | | | (16,571) | (16,571) |
| **TOTAL:** | | ($2,189,882) | -0- | ($70,639) | ($2,260,521) |

[1]   Duplicate Resident count liability for FY93 and FY94.

[2]   PCOM negotiated settlement.

[3]   Reserve based upon anticipated settlement.

**ELKINS PARK HOSPITAL**
**CRA RESERVE ANALYSIS**
**SEPTEMBER 30, 1997**

|  |  | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240195 | CRA Medicare FY95 | ($154,350) |  |  | ($154,350) |
| 1240196 | CRA Medicare FY96 | (736,970) |  | (100,000) | (836,970) |
| 1240197 | CRA Medicare FY97 | (155,390) |  |  | (155,390) |
| 1240198 | CRA Medicare FY98 | (104,000) |  |  | (104,000) |
| 1240397 | CRA Blue Cross FY97 |  |  | (107,000) | (107,000) |
| **TOTAL:** |  | ($1,150,710) |  | ($207,000) | ($1,357,710) |

**NOTE:  Zero liability anticipated for duplicate I / R counts in FY93 and FY94.**

JMS/laa
s:\linda\wp\scharf\1013971.doc

DC4566 page 7 of 12

*Jostie, ec. Raders*
*Return original*
*to me*
*Thanks,*
*Dan*

**JOSEPH M. SCHARF**
**Senior Director, Reimbursement**

PHONE (412) 442-2207
FAX (412) 442-2170

TO: _AL/DAN_                DATE: _10/15/97_

9/30/97   CRA Analysis for

BCH

MCP

SCHC

*Joe*

DC4566 page 8 of 12

**BUCKS  COUNTY  HOSPITAL**
**CRA  RESERVE  ANALYSIS**
**SEPTEMBER  30,  1997**

| | | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240194 | CRA Medicare FY94 | | | ($687,017) | ($687,017) |
| 1240195 | CRA Medicare FY95 | ($369,151) | | | ($369,151) |
| 1240196 | CRA Medicare FY96 | (462,388) | | | (462,388) |
| 1240197 | CRA Medicare FY97 | (369,116) | | | (369,116) |
| 1240198 | CRA Medicare FY98 | (57,300) | | | (57,300) |
| 1240397 | CRA Blue Cross FY97 | | | (57,000) | (57,000) |
| **TOTAL:** | | ($1,257,955) | | ($744,017) | ($2,001,972) |

JMS/laa
s:\linda\wp\scharf\1013971.doc

DC4566 page 9 of 12

**M C P**
**CRA   RESERVE   ANALYSIS**
**SEPTEMBER   30,   1997**

| | | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240192 | CRA Medicare FY92 [1] | ($179,232) | $179,232 | ($179,232) | ($179,232) |
| 1240194 | CRA Medicare FY94 [2] | (571,159) | 186,812 | (186,812) | (521,159) |
| | | | (1,335,000) | 1,335,000 | |
| 1240195 | CRA Medicare FY95 [3] | (1,377,266) | (366,044) | 366,044 | (1,377,266) |
| 1240196 | CRA Medicare FY96 [4] | (1,738,345) | (300,000) | 300,000 | (1,738,345) |
| 1240197 | CRA Medicare FY97 | (725,575) | | | (725,575) |
| 1240198 | CRA Medicare FY98 | (300,000) | | | (300,000) |
| 1240294 | CRA Medicaid FY94 [5] | (66,000) | 66,000 | (66,000) | (66,000) |
| 1240295 | CRA Medicaid FY95 [6] | (561,901) | (66,000) | 66,000 | (561,901) |
| 1240390 | CRA Blue Cross FY90 [7] | (354,600) | | | (354,600) |
| 1240397 | CRA Blue Cross FY97 | | | 119,000 | (119,000) |
| **TOTAL:** | | ($5,824,078) | ($1,635,000) | $1,516,000 | ($5,943,078) |

[1]   Reclassify for FY95 exposure, October, 1997.

[2]   Reserve for FY93 and FY94 duplicate Resident count  - $334,347.   Balance $186,812 reclassified October, 1997 for FY95 exposures.

[3]   Under-reserved with potential exposure of additional   $1,335,000.

[4]   Under-reserved with potential exposure of additional $300,000, not including PIP.

[5]   Reclass October, 1997 to cover balance of FY95 MA liability.

[6]   Reclass October, 1997 to cover balance of FY95 MA liability.

[7]   Reserve to cover exposure from FY89 and FY90  - $177,300 x 11 months totaling $1,950,300.

JMS/laa
s:\linda\wp\scharf\1013971.doc

DC4566 page 10 of 12

**S C H C**
**CRA   RESERVE   ANALYSIS**
**SEPTEMBER   30,   1997**

|  |  | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240191 | CRA Medicare FY91 [1] | $64,442 | $131,456 | ($131,456) | $64,442 |
| 1240194 | CRA Medicare FY94 |  |  |  | -0- |
| 1240195 | CRA Medicare FY95 | (415,885) |  |  | (415,885) |
| 1240196 | CRA Medicare FY96 |  |  |  | -0- |
| 1240197 | CRA Medicare FY97 |  |  |  | -0- |
| 1240198 | CRA Medicare FY98 |  |  |  | -0- |
| 1240291 | CRA Medicaid FY91 [2] | (210,000) |  |  | (210,000) |
| 1240294 | CRA Medicaid FY94 |  |  | (171,830) | (171,830) |
| 1240295 | CRA Medicaid FY95 [3] | 370,000 |  |  | 370,000 |
| 1240296 | CRA Medicaid FY95 [2] | (500,000) |  |  | (500,000) |
| **TOTAL:** |  | ($691,443) | $131,456 | ($303,286) | ($863,273) |

[1] TEFRA Exception Requests approved by HCFA - FY91  $57,863;  FY93  $138,035.  Payment should be received in November, 1997.

[2] MA Coding Audit reserve per Evan Fox.

[3] Anticipated MA settlement.   Audit started 10/6/98.

**NOTE:** Duplicate Resident counts for FY93 and FY94 ($4,298) not recorded.

JMS/laa
s:\linda\wp\scharf\1013971.doc

DC4566 page 11 of 12

# ALLEGHENY GENERAL HOSPITAL
## CRA RESERVE ANALYSIS
### SEPTEMBER 30, 1997

| | | Designated | Unrecorded | Cushion | Total |
|---|---|---|---|---|---|
| 1240190 | CRA Medicare FY90 [1] | | $29 | | $29 |
| 1240191 | CRA Medicare FY91 [1] | | | | -0- |
| 1240193 | CRA Medicare FY93 [2] | | (156,000) | $156,000 | -0- |
| 1240192 | CRA Medicare FY92 | $501,500 | | | 501,500 |
| 1240195 | CRA Medicare FY95 [1] [8] | (3,505,962) | | | (3,505,962) |
| | | | | (2,960,903) | |
| 1240196 | CRA Medicare FY96 [5] | (3,703,403) | | (2,500,000) | (9,164,306) |
| 1240197 | CRA Medicare FY97 [6] | (2,939,078) | | | (2,939,078) |
| 1240198 | CRA Medicare FY98 [7] | (725,000) | | | (725,000) |
| 1240293 | CRA Medicaid FY93 | | | (1,025,790) | (1,025,790) |
| 1240295 | CRA Medicaid FY95 [4] | (1,208,000) | | | (1,208,000) |
| 1240391 | CRA Blue Cross FY91 | 131,199 | | | 131,199 |
| 1240392 | CRA Blue Cross FY92 | (1,400,000) | | | (1,400,000) |
| 1240393 | CRA Blue Cross FY93 | (550,000) | | | (550,000) |
| 1241394 | CRA Blue Cross-ANI FY94 [3] | | | | -0- |
| **TOTAL:** | | ($13,398,744) | ($155,971) | ($6,330,693) | ($19,885,408) |

[1] Settled with NPR September, 1997.

[2] Duplicate Resident count liability FY93 and FY94.

[3] Written off - September, 1997.

[4] Cost Report Reserve ($100,000) ;   MA Coding Audit FY93 - FY97   ($1,108,000).

| [5] Initial CRA | ($5,589,545) | [6] CCC Reserve | ($149,000) | [7] CCC Reserve | ($25,000) |
|---|---|---|---|---|---|
| O/P Reserve | (396,000) | O/P | (2,162,000) | O/P Reserve | (700,000) |
| CCC Reserve | (401,000) | Pass-Thru Reserve | (628,078) | **TOTAL:** | ($725,000) |
| Pass-Thru Reserve | (418,000) | **TOTAL:** | ($2,939,078) | | |
| | (6,804,545) | | | | |
| Applied To Other Years | 601,142 | | | | |
| AL'S  Reserve | (2,960,903) | | | | |
| **TOTAL:** | ($9,164,306) | | | | |

[8] Repay in October.

JMS/laa
s:\linda\wp\scharf\1013971.doc

**6/30/97 Pension Liability Analysis**

|  | Graduate DB Pension | Zurbrugg DB Pension |
|---|---|---|
| Liability per G/L | 2,698,857 | 1,743,582 |
| Required (asset)/liability | (515,134) | 298,618 |
| Over (Under) Accrual | 3,213,991 | 1,444,964 |

DC4567 page 1 of 3

**GHS RE IBNR Liability (12/31/96)**
  Note: excludes Community General

|  | IBNR for<br>Captive |
|---|---|
| Liability per G/L | 7,363,327 |
| Required (asset)/liability | 4,203,291 |
| Over (Under) Accrual | 3,160,036 |

*Some of this may be used to cover AHERF liability shortfall and Horn's shortfall on run's books*

**AUMC - Forbes**
**Summary of Net Pension, Malpractice, & Workers Compensation Reserves**
**06/30/97**

| Account Description | 06/30/97 Balance |
|---|---|
| Deposit - Workers Comp Trust | $266,855.73 |
| Accrued Workers Comp | (5,700,000.00) |
| **NET WORKERS COMP LIABILITY** | (5,433,144.27) |
| Prepaid Pension | 64,890.33 |
| Accrued Pension | (5,237,789.15) |
| **NET PENSION LIABILITY** | (5,172,898.82) |
| Accrued Malpractice Claims | (1,707,849.00) |
| **NET MALPRACTICE LIABILITY** | (1,707,849.00) |
| **TOTAL NET LIABILITY @ 6/30/97** | **($12,313,892.09)** |

DC4567 page 3 of 3

H:\TERESA\YRENDSCH.WB2

**AUMC - Allegheny Valley Hospital**
**Summary of Net Pension, Malpractice, & Workers Compensation Liabilities**
**06/30/97**

| Account Description | 06/30/97 Balance |
|---|---|
| AVH  PREPAID WORKERS COMP | $42,227.60 |
| AVH  DEPOSIT - WORKERS COMP TRUST | 41,960.29 |
| AVH  RESERVE FOR WORKERS COMP. | (63,440.49) |
| AVH  RESERVE WORKERS COMP - SELF | (2,500,000.10) |
| **NET WORKERS COMP LIABILITY** | **($2,479,252.70)** |
| | |
| AVH PREPAID PENSION | $264,996.00 |
| AVH ACCRUED PENSION (Defined Benefit Plan Only) | (1,777,879.00) |
| **NET PENSION LIABILITY** | **($1,512,883.00)** |
| | |
| AVH ACCRUED MALPRACTICE CLAIM | ($366,000.00) |
| **NET MALPRACTICE LIABILITY** | **($366,000.00)** |
| | |
| **TOTAL NET LIABILITY @ 6/30/97** | **($4,358,135.70)** |

DC4568 page 1 of 2

# CUSHION SUMMARY
# AUMC
# JUNE 30, 1997

07/22/97
02:46 PM

### CUSHIONS

| PURPOSE | 6/30/97 BALANCE |
|---|---|
| **FORBES** | |
| CRA reserves | $7,800,000 |
| General Cushion | 10,400,000 |
| | |
| **FORBES - SUBTOTAL** | 18,200,000 |
| | |
| **ALLEGHENY VALLEY** | |
| Bad Debt & CRA reserves | 1,800,000 |
| General Cushion | 855,000 |
| | |
| **ALLEGEHNY VALLEY - SUBTOTAL** | 2,655,000 |
| | |
| **TOTAL AUMC CUSHIONS** | $20,855,000 |

P:\123\FHSFY97\CUSHAUMC.WK4

DC4568 page 2 of 2

**AHERF**
## CRA RESERVES AS OF FEBRUARY 28, 1997

### APRIL 7, 1997

| | | Designated Reserve | Non Recorded Reserve | Cushion | Total | |
|---|---|---|---|---|---|---|
| **B C H** | | | | | | |
| 1240194 | Medicare FY94 | $ 246,000 | | $441,017 | $ 687,017 | |
| 1240195 | Medicare FY95 | 334,151 | | 35,000 | 369,151 | |
| 1240196 | Medicare FY96 | 400,000 | | 62,388 | 462,388 | |
| 1240197 | Medicare FY97 | 152,800 | | | 152,800 | |
| **TOTAL:** | | $1,132,951 | | $538,405 | $1,671,356 | |
| | | | | | | |
| **E P H** | | | | | | |
| 1240191 | Medicare FY91 | $ | | $128,169 | $ 128,169 | 125,169 |
| 1240195 | Medicare FY95 | 154,350 | | | 154,350 | |
| 1240196 | Medicare FY96 | 836,970 | | 200,000 | 1,036,970 | 26,... |
| 1240197 | Medicare FY97 | 200,000 | | | 200,000 | 199,610 |
| 1240294 | MA FY94 | 600 | | 26,621 | 27,221 | 27,221 |
| **TOTAL:** | | $1,191,920 | | $354,790 | $1,546,710 | 1,500,000 |
| | | | | | | |
| **H U H** | | | | | | |
| 1240190 | Medicare FY90 | $(2,673,302) | $(4,144,264) | $4,144,264 | $(2,673,302) | 4,100,000 |
| 1240191 | Medicare FY91 | (1,982,784) | | | (1,982,784) | |
| 1240192 | Medicare FY92 | (2,700,000) | | | (2,700,000) | |
| 1240193 | Medicare FY93 | (1,200,000) | | | (1,200,000) | |
| 1240194 | Medicare FY94 | 478,470 | 2,000,000 | (2,000,000) | 478,470 | |
| 1240195 | Mediare FY95 | 3,198,368 | 454,632 | (454,632) | 3,198,368 | |
| 1240196 | Medicare FY96 | 1,833,400 | (500,000) | 500,000 | 1,833,400 | |
| 1240197 | Medicare FY97 | 1,091,000 | | | 1,091,000 | |
| 1240294 | MA FY94 | 500,000 | | | 500,000 | |
| 1240294 | MA FY95 | 151,200 | 369,600 | (369,600) | 151,200 | |
| 1240296 | MA FY96 | | | 480,000 | 480,000 | 48,... |
| 1240297 | MA FY97 | | | 320,000 | 320,000 | 20,... |
| **TOTAL:** | | $(1,303,648) | $(1,820,032) | $2,620,032 | $ (503,648) | |



DC4569 page 1 of 2

**AHERF**
**CRA  RESERVES  AS  OF  FEBRUARY  28, 1997**

MARCH 21,  1997
Page  #Two.

| | | Designated Reserve | Non Recorded Reserve | Cushion | Total |
|---|---|---|---|---|---|
| **M C P** | | | | | |
| 1240192 | Medicare FY92 | $  308,167 | $ | $ | $  308,167 |
| 1240193 | Medicare FY93 | | | 871,065 | 871,065 |
| 1240194 | Medicare FY94 | | 521,159 | 1,000,000 | 1,521,159 |
| 1240195 | Medicare FY95 | 1,321,056 | | | 1,321,056 |
| 1240196 | Medicare FY96 | 1,738,345 | 233,000 | (233,000) | 1,738,345 |
| 1240197 | Medicare FY97 | 800,000 | | | 800,000 |
| 1240294 | MA  FY94 | 264,000 | | | 264,000 |
| 1240295 | MA  FY95 | 561,901 | | | 561,901 |
| **TOTAL:** | | $4,993,469 | $754,159 | $1,628,065 | $7,385,693 |
| | | | | | |
| **S C H C** | | | | | |
| 1240191 | Medicare FY91 | $   (64,442) | $ (86,703) | $ 86,703 | $ (64,442) |
| 1240194 | Medicare FY94 | | (116,976) | | (116,976) |
| 1240195 | Medicare FY95 | 544,138 | | (83,648) | 460,490 |
| 1240196 | Medicare FY96 | | (240,042) | 3,000 | (237,042) |
| 1240197 | Medciare FY97 | | 150,000 | (150,000) | -0- |
| 1240294 | MA  FY94 | (900,000) | (85,000) | 171,164 | (813,836) |
| 1240295 | MA  FY95 | | (393,000) | 773,000 | 380,000 |
| 1240296 | MA  FY96 | | (196,707) | | (196,707) |
| **TOTAL:** | | $(420,304) | $(968,428) | $800,219 | $(588,513) |

JMS/laa
scharf/0324972.doc

DC4569 page 2 of 2



# *AHERF*

*Allegheny Health, Education*
*and Research Foundation*

Suite 2900, Fifth Avenue Place
Pittsburgh, Pennsylvania 15222

## MEMORANDUM

TO:      Joe Dionisio
         Senior Vice President and CFO, AGH

         Charles P. Morrison
         Senior Vice President and CFO

FROM:    Steve Spargo *SHS*
         Senior Vice President, Corporate Support Services

DATE:    March 6, 1997

SUBJECT: Increased Medicare GME Payments

HCFA recently issued clarifying regulations which, at least for fiscal years 1996 and 1997, restored an additional one year in the determination of initial residency periods (which means that we can still count residents during the year immediately following their prescribed residency periods as 1.0 FTE as opposed to .5 FTE). Since this clarification is retroactive to fiscal year 1996, we can expect the settlement of our 1996 cost reports to yield the following favorable adjustments:

| | |
|---|---|
| AGH | $375,000 |
| HUH | $500,000 |
| MCPH | $225,000 |

These reserves, which are available for income recognition at your discretion, should also be replicated in fiscal year 1997, assuming that our mix of residents is fairly constant.

SHS:dlg
030697.3

cc:   David McConnell
      Al Adamczak
      Dan Cancelmi
      Joe Scharf

*[handwritten, top right]* # 3/27/97
√ Hahemann file
cc: Steve

## ALLEGHENY HEALTH EDUCATION AND RESEARCH FOUNDATION

### INTERNAL MEMORANDUM

DATE: March 25, 1997

TO:    John P. Ellsworth
       Manger, Financial Services

FROM:  Kelly L. Mertz
       Senior Treasury Analyst

RE:    **Deposit of checks received from Pennsylvania Higher Educational Facilities Authority (PHEFA) related
       to Hahnemann University College Revenue Bonds, Series 14**

---

Enclosed please find four (4) checks in the amounts of $87,726.85, $91,273.31, 8,974.56, and $104,265.34 (totaling
$292,240.06) made payable to Hahnemann University. For your information, I have also enclosed correspondence
received from PHEFA which provides an explanation of the nature of these surplus funds.

Please handle the deposit of these checks and the coding to the appropriate general ledger accounts.

Thank you for your cooperation.

Ellswort\klm
cc:    Dan Cancelmi
       Susan M. Gilbert
       Angela B. Maher
       Michael P. Martin

*[handwritten]* # 292, 240  - Totr

*[handwritten note]* Steve,
This is a Little "Windfall" that
I Have Asked Joeie to Hang up
to a Cushion Until Such Time
that we Need it.
Dan

*[handwritten note, left]* Dan
I think we may need.
If whenever and where ever
you see fit.
tom

1

Copy: Steve Spargo
Joe Dionisio
Chuck Morton

# HAP THE HOSPITAL ASSOCIATION OF PENNSYLVANIA

4750 Lindle Road, PO Box 8600
Harrisburg, PA 17105-8600
(717) 564-9200
FAX (717) 561-5334

April 4, 1997.

TO:        Chief Executive Officers of Community Access Fund Hospitals

FROM:      Carolyn F. Scanlan, President and Chief Executive Officer

SUBJECT:   COMMUNITY ACCESS FUND PAYMENT

**Summary:** The Department of Public Welfare has determined that your hospital is eligible for payment under the newly created Medical Assistance Community Access Fund (CAF).  The purpose of this memo is to provide you with information related to that payment.

**Background:**  Last year, after the state legislature passed the Governor's proposal to eliminate medical assistance coverage for most General Assistance (GA) recipients, HAP and individual hospitals sought additional funding for hospitals that were especially hard hit by the GA cuts.  The state legislature ultimately included an additional  $10 million in state funds in the FY96-97 budget for this purpose.  With $11.2 million in federal funds, a Community Access Fund totaling $21.2 million was established for fiscal year 1996-97.

Since that time, the Department of Public Welfare (DPW) has been working with the state legislature to determine which hospitals should receive funding from the CAF.  A policy was finally established under which 34 hospitals qualify for the CAF.  The Fund will make payment to (1)  the top 16 hospitals with the greatest GA losses, either in absolute dollars or as a percentage of net patient revenues, except that hospitals receiving certain levels of MA medical education payments are not included; and (2) 18 rural hospitals qualifying for MA inpatient disproportionate share under the rural hospital method.  The $21.2 million will be allocated based on each hospital's GA losses as a percentage of the GA losses for all qualifying hospitals.  DPW's data is being used for the calculation.  Attached to this memo is a sheet showing the amount of your hospital's payment.

**RECEIVED**

**APR  7 1997**

Executive Vice President &
Chief Financial Officer

(Over)

DC4572 page 1 of 5

# COMMUNITY ACCESS FUND PAYMENT

---

Hospital Name:  **ALLEGHENY GENERAL HOSPITAL**

COMMUNITY ACCESS PAYMENT

**$1,353,869.82**

STATE SHARE =

**$638,349.62**

FEDERAL SHARE =

**$715,520.20**

HHAP
4/3/97

## COMMUNITY ACCESS FUND PAYMENT

Hospital Name:  **GRADUATE HOSPITAL**

COMMUNITY ACCESS PAYMENT

$860,604.15

STATE SHARE =

$405,774.86

FEDERAL SHARE =

$454,829.29

HHAP
4/3/97

# DUANE, MORRIS & HECKSCHER

ATTORNEYS AT LAW

122 E  42nd STREET, SUITE 3300
NEW YORK, NY 10168

305 NORTH FRONT STREET
HARRISBURG, PA 17108-1003

735 CHESTERBROOK BOULEVARD
WAYNE, PA 19087-5638

968 POSTAL ROAD, SUITE 200
ALLENTOWN, PA 18109-0400

ONE LIBERTY PLACE
PHILADELPHIA, PA 19103-7396
(215) 979-1000

FAX
(215) 979-1020

1667 K STREET N W., SUITE 700
WASHINGTON, D C 20006-1608

1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801-0195

314 S  STATE STREET
DOVER, DE 19901

51 HADDONFIELD ROAD, SUITE 340
CHERRY HILL, NJ 08002-4810

ONE GATEWAY CENTER, SUITE 1210
NEWARK, NJ 07102

ROLAND MORRIS
DIRECT DIAL·  (215) 979-1076

February 24, 1997

Carolyn Scanlan,
President and Chief Executive Officer
The Hospital and Healthsystem Association of Pennsylvania
4750 Lindle Road
Harrisburg, PA  17105-8600

Re:    Community Access Fund

Dear Ms. Scanlan:

The Hospital and Healthsystem Association of Pennsylvania ("HAP") has requested an opinion from Duane, Morris & Heckscher concerning the Pennsylvania Department of Public Welfare's ("DPW") ability to distribute approximately $10 million (state funds) in Community Access Fund monies ("CAF monies") to eligible hospitals.  According to HAP's understanding, DPW believes that it is prohibited from distributing CAF monies under the Agreement Among DPW and Commonwealth Hospital Signatories Regarding Medical Assistance Rates, Payments and Payments Methods for Fiscal Years 1996 and 1997 (the "Agreement").  The Agreement does not specifically prohibit the distribution of CAF monies.

It is our understanding that CAF monies were appropriated under the most recent Commonwealth budget to assist certain hospital institutions in the delivery of care to former General Assistance ("GA") recipients as a result of the withdrawal of funding for services provided to them.  The Agreement, which was finalized last March, covers very specific Medical Assistance ("MA") rates and payments for acute care, psychiatric and rehabilitation providers, including, and limited to, base rates, capital costs, direct medical education payments, disproportionate share payments, and cost outliers, See Agreement, Table of Contents.  The Agreement does not, and was never intended to, cover every type of payment made by DPW's MA Program to hospitals.

Carolyn Scanlan
February 24, 1997
Page 3


      For these reasons, we conclude that the Agreement does not specifically prohibit DPW from distributing CAF monies to eligible hospitals.  Of course, please do not hesitate to call me if you have any questions.


                Sincerely,


                Roland Morris
            for DUANE, MORRIS & HECKSCHER

RM:v


PH2\174714 1

DC4572 page 5 of 5

*Debbie,*
*Return to me*
*after you made*
*Robin's copy)*

*# 3/23/97*
*cc: Rosw*

## ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
## MEMORANDUM

**TO:**      Kim Wilkinson, Supervisor, Cashiers/Financial Control

**FROM:**   Frederick J. Oehling, Director, Reimbursement *F.J.O.*

**DATE:**    March 20, 1997

**RE:**       Allegheny University Hospital - Hahnemann  FY89 Medicare Reopening Settlement

---

Aetna has informed us of a $1,972,239 reopening settlement due to the hospital for FY89. The payment will be included in a remittance advice within thirty (30) days. Please make the necessary arrangements to have this settlement recorded to the following account:

| Account Name | Account Number | Amount |
|---|---|---|
| CRA Medicare-FY 90 and Prior | 1240190-95000230 | $1,972,239 |

If you have any questions, please contact me at extension 2254. Thank you for your help.


cc:    C. Bailey
       J. Scharf
       L. McClements
       D. Cancelmi


S:\wp\hah\mc88reop



**Medicare Provider Audit/Reimbursement**
501 Office Center Drive
Ft. Washington, PA   19034
215-643-7200

**Medicare**

March 14, 1997

NOTICE OF CORRECTION
PROGRAM REIMBURSEMENT
SETTLEMENT NO.

Mr Stephen Spargo, Senior Vice Pres.
HAHNEMANN UNIVERSITY HOSPITAL
AHERF
320 East North Avenue
Pittsburgh, PA  15212

RE:  Provider: HAHNEMANN UNIVERSITY HOSPITAL
     Provider Number: 390051
     Fiscal Year End: 06/30/89
     Subunits: 397241  39S051  39T051

Dear Mr Spargo:

  (  )  Correction to: Notice of Amount of Program Reimbursement
         Dated:

  ( X )  Correction to: Notice of Correction Program Reimbursement
         Dated: 07/30/93

In accordance with 42 CFR 405.1803, the above shows an amount due the
Provider as follows:

         Net Amount Due the Provider:  $ 1,972,239

         See Attached Transaction Summary

The balance due or appropriate credit will be issued within the next
30 days on a claims remittance advice.

This settlement is subject to future Health Care Financing
Administration clarifications and regulations which may retroactively
affect it, and it may be revised at any time within the three-year
period from the date of this notice.

1

DC4573 page 2 of 4

L-487-D

**HAHNEMANN UNIVERSITY HOSPITAL**
**390051 06/30/89**

The enclosures listed below are an integral part of this notice:

1.  Right of Appeal
2.  Adjustment Report Dated:  March 14, 1997
3.  Assessment of Interest--Public Law 97-248
4.  Notice of Amount of Program Reimbursement Exhibit(s)
    (Applicable only to periods subject to PPS)

Should you have questions regarding the payment or the amount of overpayment, please contact your representative at our office.

Sincerely,

Dennis J. Phipps, Manager
Provider Audit/Reimbursement
Aetna Life Insurance Company

DJP:gmi
Attachments
CORPMT

2

DC4573 page 3 of 4

TRANSACTION SUMMARY

**HAHNEMANN UNIVERSITY HOSP**
**Provider #: 390051**                          ( x ) Audit Settlement
**Fye    : 06/30/89**                           (   ) No Audit Settlement

| Provider Number(s): | | 390051 | 397241 | 39S051 | 39T051 |
|---|---|---|---|---|---|
| DETERMINATION | | 2,423,149 | 78,611 | 13,543 | (13,588) |
| **Event** | **Date** | | | | |
| -------- | -------- | | | | |
| Tent #1 | 09/29/89 | 0 | 0 | 0 | 0 |
| NPR | 08/30/91 | 1,800,318 | (41,055) | (80,433) | 207,014 |
| Reop #1 | 11/01/91 | 2,400 | 0 | (1,346) | (71,338) |
| Reop #2 | 07/30/93 | (1,284,061) | (37,556) | 95,765 | (19,184) |
| Tent #2 | 11/09/94 | (1,100,000) | 0 | 0 | 0 |
| Reop #3 | 03/14/97 | 1,841,806 | 0 | 27,529 | 102,904 |

Net Amount Due the Provider: $ 1,972,239

Vacation Accrual 1997
10-Mar-97
06:28 PM

| Corp # | CC# | @06/96 | @09/96 | @11/96 | @02/97 | G/L @ 02/97 | (Exp) Inc G/L Diff. @ 02/97 |
|--------|-----|--------|--------|--------|--------|-------------|------------------------------|
| 205 | Total | 1,845,735.66 | 1,644,296.59 | 1,777,149.64 | 2,805,259.28 | | |
| 206 | Total | 846,661.95 | 803,201.71 | 895,945.11 | 0.00 | | |
| | Sub Total | 2,692,397.61 | 2,447,498.30 | 2,673,094.75 | 2,805,259.28 | | |
| | Unknown | (70,420.24) | 0.00 | 0.00 | 0.00 | | |
| | Grants 205 | (352,587.34) | (321,490.82) | (342,809.58) | (506,580.36) | | |
| | Grants 206 | (161,679.76) | (152,254.70) | (154,816.88) | 0.00 | | |
| | MCPHU | 2,107,710.27 | 1,973,752.78 | 2,175,468.29 | 2,298,678.92 | 2,427,710 | 129,031.08 |
| 210 | Total | 3,481,110.91 | 2,964,648.22 | 2,991,011.50 | 2,930,062.99 | | |
| | Needed Y/E | 0.00 | 635,063.00 | 690,589.91 | 874,163.17 | | |
| | Grants 210 | (6,312.15) | (4,912.88) | (6,802.41) | (9,427.16) | | |
| | MCC | 3,474,798.76 | 3,594,798.34 | 3,674,799.00 | 3,794,799.00 | 3,794,799 | 0.00 |
| 211 | EPC | 922,839.67 | 819,706.04 | 884,129.06 | 959,621.16 | 1,002,840 | 43,218.84 |
| 212 | BCC | 809,187.08 | 686,181.49 | 750,062.18 | 794,680.23 | 889,187 | 94,506.77 |
| 215 | MS | 722,296.68 | 512,203.72 | 642,732.66 | 813,266.60 | | |
| | Golf | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | MS | 722,296.68 | 512,203.72 | 642,732.66 | 813,266.60 | 802,297 | (10,969.60) |
| 220 | SCHC | 1,974,244.63 | 1,609,538.74 | 1,735,657.14 | 1,887,952.03 | | |
| | Temple 51309820 | 88,055.50 | 77,621.13 | 84,175.36 | 94,484.82 | | |
| | Grants 220 | (61,670.42) | (54,108.18) | (57,034.57) | (47,995.12) | | |
| | Horizon 50722020 | (11,357.59) | (10,182.08) | (5,949.24) | 0.00 | | |
| | SCHC | 1,989,272.12 | 1,622,869.61 | 1,756,848.69 | 1,934,441.73 | 2,200,631 | 266,189.27 |
| 221 | Horizon | 11,357.59 | 10,182.08 | 5,949.24 | 0.00 | 0 | 0.00 |
| 230 | HUH | 3,972,657.58 | 3,483,347.47 | 3,858,767.12 | 4,316,205.74 | | |
| | Grants | (70,734.77) | (58,632.20) | (57,838.96) | (58,208.30) | | |
| | HUH | 3,901,922.81 | 3,424,715.27 | 3,800,928.16 | 4,257,997.44 | 4,301,923 | 43,925.56 |
| | Total | 13,939,384.98 | 12,644,389.33 | 13,690,917.28 | 14,853,485.08 | 15,419,387 | 565,901.92 |

## ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
## MEMORANDUM

**TO:**       Kim Wilkinson, Supervisor, Cashiers/Financial Control

**FROM:**   Frederick J. Oehling, Director, Reimbursement

**DATE:**    March 13, 1997

**RE:**        Allegheny University Hospital - Hahnemann  FY90 Medicare Reopening Settlement

---

Aetna has informed us of a $2,128,999 reopening settlement due to the hospital for FY88.  The payment will be included in a remittance advice within thirty (30) days.  Please make the necessary arrangements to have this settlement recorded to the following account:

| Account Name | Account Number | Amount |
|---|---|---|
| CRA Medicare-FY 90 and Prior | 1240190-95000230 | $2,128,999 |

If you have any questions, please contact me at extension 2254.   Thank you for your help.

cc:    C. Bailey
       J. Scharf
       L. McClements
       D. Cancelmi

S:\wp\hah\mc88reop

*[handwritten notes at top: Debbie, Action this to ... ✓ ... ME ... cc: Steve]*

## ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
### MEMORANDUM

**TO:**        Kim Wilkinson, Supervisor, Cashiers/Financial Control

**FROM:**    Frederick J. Oehling, Director, Reimbursement *F.J.O*

**DATE:**    March 17, 1997

**RE:**        Allegheny University Hospital - Hahnemann MA Outlier Appeal

*[handwritten margin note: Steve, Apparently the "Party Line" from the 6th floor is that this Outlier Payment is needed by the CRA Account since the CRA Revenues are a tad bit light. After re-phrasing the question, Finally confessing. I cas we Steve have this on our own cushion]*

Jeff Tomchik has been informed that a MA outlier in the amount of approximately $294,629 due to the hospital as part of a legal settlement with MA will be included in a remittance advice sometime between 3/17/97 and 3/24/97. Please make the necessary arrangements to have this settlement recorded to the following account:

| Account Name | Account Number | Amount |
|---|---|---|
| CRA Medicaid - FY 95 | 1240295-95000230 | $294,629 |

If you have any questions, please contact me at extension 2254.   Thank you for your help.

*[handwritten margin note: Analysis that we said we went back to prepare and compare to Schnorr's Analysis. If perhaps Schnorr doesn't get your that I agree find about this.]*

cc:    C. Bailey
        J. Scharf
        L. McClements
        D. Cancelmi

S:\wp\hah\maoutapp

DC4576 page 1 of 2

HAHNEMANN UNIVERSITY HOSPITAL
MEDICAID NEONATAL COST OUTLIER CASES (TRACH DIAGNOSIS)
L:\USERS\MCNAMAC\WKS\MISC\MANEONAT.WK1
20-Mar-95

DISCHARGE DATE 10/01/90 TO 6/30/93

| PATIENT NUMBER | PATIENT NAME | BIRTH DATE | BL DRG | PRIN DRG | ADM DATE | DSCH DATE | LOS | CHARGES | DISCH DISP | EXPECTED BASE PAYMENT | EXPECTED COST OUTLIER PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30470736 | STAUBACK, DIAMOND | 10/07/92 | 483 | 483 | 10/07/92 | 04/07/93 | 182 | $980,014 | D7N | $2,422 | $294,629 |

Note:   The Expected Base Payment was calculated on DRG 385.  Spoke with Patient Accounting on
March 8, 1995, and confirmed that to date, no payment has been received on this
account.  On January 3, 1995, Hahnemann sent appeal letter to Margo Hoffman at the State.

*OK 3/7/97*
*√ can file*
*cc: Robin*

## ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
## MEMORANDUM

**TO:**     Kim Wilkinson, Supervisor, Cashiers/Financial Control

**FROM:**   Frederick J. Oehling, Director, Reimbursement *F.J.O*

**DATE:**   March 4, 1997

**RE:**     Allegheny University Hospital - Hahnemann  FY90 Medicare Reopening Settlement

---

On February 24, 1997, Aetna informed us of a $2,716,328 reopening settlement due to the hospital for FY90. The payment will be included in a remittance advice within thirty (30) days of the date of the Notice.  Please make the necessary arrangements to have this settlement recorded to the following account:

| Account Name | Account Number | Amount |
|---|---|---|
| CRA Medicare-FY 90 and Prior | 1240190-95000230 | $2,716,328 |

If you have any questions, please contact me at extension 2254.   Thank you for your help.

cc:    C. Bailey
       J. Scharf
       L. McClements
       D. Cancelmi

S:\wp\hah\mc90reop

DC4577 page 1 of 3



**Medicare Provider Audit/Reimbursement**
501 Office Center Drive
Ft. Washington, PA   19034
215-643-7200

# Medicare

**RECD FEB 2 8 1997**

February 24, 1997

NOTICE OF CORRECTION
PROGRAM REIMBURSEMENT
SETTLEMENT NO.

Mr Stephen Spargo, Senior Vice Pres.
HAHNEMANN UNIVERSITY HOSPITAL
AHERF
320 East North Avenue
Pittsburgh, PA  15212

RE:  Provider: HAHNEMANN UNIVERSITY HOSPITAL
     Provider Number: 390051
     Fiscal Year End: 06/30/90
     Subunits: 397241  398051  39T051


Dear Mr Spargo:

   ( X )  Correction to: Notice of Amount of Program Reimbursement
          Dated: 07/30/93

   (   )  Correction to: Notice of Correction Program Reimbursement
          Dated:

In accordance with 42 CFR 405.1803, the above shows an amount due the
Provider as follows:


        Net Amount Due the Provider:  $ 2,716,328

        See Attached Transaction Summary




The balance due or appropriate credit will be issued within the next
30 days on a claims remittance advice.

This settlement is subject to future Health Care Financing
Administration clarifications and regulations which may retroactively
affect it, and it may be revised at any time within the three-year
period from the date of this notice.

1

L-487-0

DC4577 page 2 of 3

HAHNEMANN UNIVERSITY HOSPITAL
390051 06/30/90

The enclosures listed below are an integral part of this notice:

1.  Right of Appeal
2.  Adjustment Report Dated:  February 24, 1997
3.  Assessment of Interest--Public Law 97-248
4.  Notice of Amount of Program Reimbursement Exhibit(s)
    (Applicable only to periods subject to PPS)

Should you have questions regarding the payment or the amount of
overpayment, please contact your representative at our office.

Sincerely,

Dennis J. Phipps, Manager
Provider Audit/Reimbursement
Aetna Life Insurance Company

DJP:gmi
Attachments
CORPMT

2

DC4577 page 3 of 3

# *AHERF*

**Allegheny Health, Education
 and Research Foundation**

Suite 2900, Fifth Avenue Place
Pittsburgh, Pennsylvania 15222

## MEMORANDUM

TO:       David W. McConnell
          Executive Vice President and CFO

FROM:     Stephen H. Spargo *SHS*
          Senior Vice President, Corporate Support Services

DATE:     March 3, 1997

SUBJECT:  MA Payments

When the State significantly reduced General Assistance benefits last year, they established a $20 million "community access pool" to be distributed to those hospitals most adversely affected by the GA cuts. The State is now preparing to allocate these funds and has advanced a list of 33 eligible hospitals, which specifically excludes all academic medical centers, but does include AGH at $1.4 million and Graduate at $.9 million.   Mr. Abdelhak's decision to support the State's allocation plan was undoubtedly based on a system-wide perspective.  As such, I am proposing that these payments, when received, be recorded as additional reserves at AHERF and not be recorded as revenue at either AGH or TGH. I realize that $2.3 million hardly qualifies for a windfall, but I do think that it may be of some benefit when we evaluate our system-wide reserve positions in the months ahead.

SHS:dlg
030397.1

cc:   Joe Dionisio
      Chuck Morrison
      Al Adamczak
      Dan Cancelmi

DC4578 page 1 of 1

*# 3/3/97*

**ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
MEMORANDUM**


**DATE:**          March 3, 1997

**TO:**            Stephen H. Spargo
                   Senior Vice President, Corporate Support Services

**FROM:**          Joseph M. Scharf
                   Senior Director, Reimbursement

**SUBJECT:**       **FY96 Intern / Resident Analysis**

---

Listed below is the impact of restoring the one year to the initial residency programs in FY96 for Graduate Medical Education (GME) purposes.  Unfortunately, the amount for the Graduate Hospital cannot be determined as the Cost Report files lack proper documentation.

| | |
|---|---:|
| AGH | $  376,000 |
| BCH | -0- |
| EPH | -0- |
| Forbes Regional | -0- |
| Forbes Metro | -0- |
| GHS, Osteopathic | -0- |
| HUH | 500,000 |
| MCP | 233,000 |
| Rancocas | -0- |
| SCHC | 3,000 |
| | |
| TOTAL: | $1,112,000 |

Since the interpretation of the regulation became known after the November 30 Cost Report filing, the above should be considered as a reserve.

If you have any questions, please let me know.


JMS/laa
scharf/0303971.MEM


cc:    Al Adamczak
       Dan Cancelmi

Page: 1 Document Name: Session1

SELECTED DETAIL DATA                                      01/23/97  1231

PT NO:    36270973  ALICEA ,EDWIN          MR NO: 0443302      ACCT TYPE: A
REG: 10/12/96  DSCH: 11/19/96   FC: G  PT: S  EXP IND:    ACCT BAL: -970962.92
--------------------------------------------------------------- PAGE NO:  82
    ACCT BAL          G30  V                                      PT BAL
  -970962.92      -970962.92                                         .00

  SVC    POST    SVC CD   INS CD-DESCRIPTION/COMMENT-REF DATE      AMOUNT
  111996 111996 94837747  40      NIZATIDINE 150 MG                  5.00
  111996 111996 94841152  40      PHYTONADIONE 10MG                 30.00
  111996 111996    117    95      TELEVISION CHARGE                  3.95
  111996 111996 99300022  95      STATE TAX                          .24
  111996 111996 99300030  95      LOCAL TAX                          .04
  112096 112096 94018314  70      AIR/FLUID THER LAL              1974.00
  121296 121896 94425642  01      NEUROPHYSIO TEST 0               889.00.
  121696 121696 91408427  65      FACTOR VIII                   1075344.00

-------------------------------------------------------------------------
  ! (PF14) SELECT ANOTHER PT        ! (PF3) SELECT DTL      ! (PF11) ACCT CASH
  ! (PF15) RETURN TO PT OVERVIEW    ! (PF10) ACCT CMNTS       PF16 D/E ____
  ! (PF6) PREVIOUS                  ! (PF8) BEGINNING
PAQDTL01

_DEC 96 ADJ_

_$1,036,---_

_HUH_
_Credit Balance_
_ADJ_
_... Schaffy's_
_CRA A..._

DC4580 page 1 of 2