A Represents the purchase price allocations which were necessary in connection with the merger of The Gradu Hospitals into SDN/AHERF. These transactions are considered "statutory mergers" for legal purposes, with debt considered the assumed purchase price amount. These transactions were accounted for under the purchase method in accordance with APB Opinion No. 16 - "Business Combinations". Refer to external w/p 206.200 (in the Opening B/S binder) for further support.

B Prior experience with the Delaware Valley entities led to the $50 million reserve for bad debts. AHERF management believed that when the DV entities were brought into the AHERF system, the entities did not have sufficient reserves on their books for bad debts. Therefore, management wanted to have sufficient reserves for The Graduate Hospitals when they were brought into AHERF. AHERF management discussed this decision with the C&L partner who agreed that a reserve should be established.

C The Graduate Hospitals and SDN, Inc. entered into a technology agreement which provides that for a period of 3 years following the execution of the agreement, the Graduate Hospitals will continue to have the ability to utilize HSI's "Fourth Generation Medical Management" system, as the system shall be constituted from time to time, and SDN will facilitate and promote , and will cause their affiliates and promote the development, use, and improvement of the system.

It was agreed that SDN or one or more of the Graduate Hospitals collectively shall pay HSI and aggregate consideration of $12 million: 1) $2.4 million on the Effective Date; and 2) four additional payments of $2.4 million payable on each of the four successive anniversaries of the Effective Date. Refer to external w/p 206-201 for further support.

| | | |
|---|---|---|
| Per Entry | 4,400,000 | Additional consideration |
| | 2,400,000 | S/T |
| | 7,200,000 | L/T |
| | 14,000,000 | |
| Per detail | 12,000,000 | w/p 206.201 |
| Difference | 2,000,000 | |

Per Chuck Lieman, the difference relates to the amount paid to acquire various HSI subsidiaries. These for-profit subsidiaries include: HSI Mgmt, Lumber Labs, Concourse Medical Research, Advance Technology Management, Graduate Health System Home Medical, Reed Printing, Bala Imaging, and GHS Holding Co.

D The estimate of AMS runout represents a reserve for invoices at each hospital that were not entered into the A/P system at the time Graduate was merged with AHERF. Chuck Lieman analyzed the P&L by looking at the trend of expenses. He estimated the number of months that the Graduate Hospitals were behind in entering invoices and multiplied the number of months by the total expenses. Basically, this account represents cushion.

E Capitalize Negative Goodwill

The system does not close equity to the P&L until year-end; therefore, C&L had to subtract equity from excess of revenue/gains to determine negative goodwill.

Graduate

| | |
|---|---|
| Excess of Revenue/Gain | (33,874,901) |
| Equity | 12,010,056 |
| | (21,864,845) |

Mt. Sinai

| | |
|---|---|
| Excess of Revenue/Gain | (6,303,943) |
| Equity | 574,039 |
| | (5,729,904) |

Rancocas

| | | |
|---|---|---|
| Excess of Revenue/Gain | (1,031,047) | |
| Equity | (5,140,690) | |
| PY Equity at 12/31/96 | 4,890,396 | PY 12/31/96 equity was not included in equity as of 4/30/97. |
| | (1,281,341) | |

F The Contingent Liability Reserve represents an additional reserve for potential costs that may be encountered by AHERF due to the merger of the Graduate Hospitals. These costs may include legal costs, pension/payroll related costs, moving costs, etc. Basically, this account was set up for cushion.

G SSMOB was merged into Graduate Hospital at the opening balance sheet date. The $1,895,991 represents the transfer of the Church (Office Bldg.) that was managed by SSMOB to Graduate. Graduate has since then sold the Church. Refer to external w/p 206-202 for further support.

| | |
|---|---|
| Per Entry | 2,109,271 |
| Per Detail | 1,895,991 |
| | 213,280 |

Per Chuck Lieman, the difference represents a portion of the cost of the that was inadvertently not recorded until a later date.

H In connection with SDN's purchase of the Graduate Hospitals, GHS contributed $10 million and agreed to contribute an additional $15 million. GHS contributed $10 million in cash and signed a $15 million noninterest bearing note, payable in equal amounts over the next 3 years. Graduate is discounting the note and recording the present value of the noninterest bearing note on the balance sheet which amounts to $1,758,053. Refer to external w/p 206-203 for further support.

I In conjuction with the recruitment of Anesthesiologists at AUH, AUHS agreed the physicians would maintain their existing claims made professional liability insurance with PMSLIC until 12/31/97. Thereafter, coverage would be arranged through AHSPIC and AUHS would fund the tail premium arising due to the conversion. The estimated tail premium is $300,000. An additional $1 million was recorded due to management evaluating the indicated discounted outstanding losses developed by Tillinghast-Towers Perrin. Refer to external w/p 206-204 for further support.

J Management analyzed the agings for physician billings and noted a few accounts in the higher aging buckets. Management realized that they may not collect from these physicians and wanted to develop a reserve. Reserve for external w/p 206-205 for further suport.

K AHERF is planning on discontinuing the operations of Mt. Sinai and the Zurbrugg O/P Clinic. Management has estimated the costs of the shutdown and have included these estimated costs as part of the purchase price adjustment.

Mt. Sinai
AHERF has accrued $3 million based upon a $250,000 per month loss on operations.

Rancocas
AHERF has a $1 million reserve for discontinued operations.

L Joe Scharf has estimated the CRA liability from the preliminary cost reports for the period ending in April. He estimated the liability to be approximately $300,000. As of fieldwork, this liability had already been paid.

M As a result of the impending sale of the Mt. Sinai facility, Human Resources personnel have completed an analysis of the estimated severance costs to be incurred. These costs amount to $4,819,000. Management has booked a reserve in the amount of $5,500,000. Approximately, 350 full-time employees will be affected by the sale of the facility, half of which are union personnel. Refer to external w/p 206-206 for further support. The additional $500K was due to the Mayor of Philadelphia making a request to AHERF to extend the severance period due to amount of business AHERF has with City of Philadelphia.

N AHERF is planning on discontinuing operations at Mt. Sinai. AHERF believes that the PPE should be valued at $8 million. The Valuation Counselors Report valued the PP&E at $27 million. AHERF made the $12,730,033 entry to write down the PP&E on the books to the $8 million which is the amount that AHERF feels it can sell the building.

O Graduate wrote down the building(for the Zurbrugg O/P Clinic) to an estimated FMV of $1 million. At 12/31/96, it wrote the building up to $4.2 million. Subsequent to the release of the audit report as of 12/31/96 a letter of intent was received to buy the building for $200,000. AHERF has the building on the books at $200,000 after the $4 million entry to write it down to the letter of intent.

P The AHERF system will not let the entities overextend the amount of the grants awarded. However, the Graduate system would allow for the over-extension of the grant. Based upon expenditures, AHERF estimated that Graduate over-recorded Grant Revenue by $300,780. AHERF is unsure if the Grantor will pay for the over-extension; therefore, they have established a reserve.

Q Per conversation with Chuck Lieman and Don Cancelmi, C&L notes that the goodwill is to be amortized over a 35 year period using the straight-line method. Don Cancelmi and the C&L partner agreed that the goodwill should be amortized over a 35 year period.

**EXHIBIT 4132**

## AHERF
## 06/30/97

**File Section Heading:** Liabilities and Capital
**File Section Code:** 0072
**File Section Name:** Accrued liabilities and other payables
**Step Name:** Test accrued liabilities and other payables balances for reasonableness, fluctuations and omissions.

**Step Description:**
Review the balances for reasonableness, expected or unexpected fluctuations between years and obvious omissions. Obtain explanations for any changes greater than or equal to $500,000 and 5%.

**Audit Objectives:**

**Step Comments**
Please see W/P 72-1



| | | | |
|---|---|---|---|
| **Completed By:** | Anthony R. Carrabba | **Date:** | 08/27/97 12:21:25 PM |
| **Last Modified By:** | Christa L. Porter | **Date:** | 09/15/97 03:35:26 PM |

 Christa L. Porter 09/15/97 03:35:26 PM

EXHIBIT 4132
PENGAD 800-631-6989

CL 015220

**EXHIBIT 4201**

W.M. Brothers
5/17/96

**AHERF**
**A/R Bullet Points**

1. AHERF is aging inpatient accounts from final bill date versus discharge date. Additionally, AHERF is aging outpatient accounts from the last pay date, if there has been no payment the account is being kept in current.
2. The system is automatically reversing the contractual and moving patient accounts into self pay when the account reaches a certain age distorting AHERF's contractual allowance and bad debt reserve. *[margin: Aging?]*
3. Problem identified by several directors was with medical records coding and/or registration leading to front-end rejections by third parties. *[margin: No follow up / Automate the bill]*
4. Charge entry problems for at least one facility where only room & board charges were posted, there were no I/P services charges for a period of one month. *[handwritten: ST. Chris - PDP Problem]*
5. There are "mis" contractuals patient accounting is aware of that are still in the system that have not been removed. *[margin: 75 vs. 96 ?]*
6. During seven months of the fiscal year, the billing department was not utilizing the system for certain payors, instead they were manually examining every bill.

① A/R Aging
- 1995 - Discharge Date or Treatment Date
- change has resulted in reduced A/R bad debt allowance

② Monitoring Controls
Financial Dept. should review - Patient accounting should provide access.

③ Mgt manual intervention to post contractual adjustments

④ Monitoring Control
Feb '96 for Jan '96
Caught 30-45 days after the fact.

⑤ Review Aging for old system - @ conversion

⑥ MCPH -
Aging must be revised - not included for third party billings

⑦ Accounting @ Cross
AU - $10 million
MCP

⑧ Cash Receipts for April '96 - How much to PIP?

CL 035625



**EXHIBIT 4239**

W/Pa

Coopers & Lybrand

Coopers & Lybrand L.L.P.

a professional services firm

## Report of Independent Accountants

To the Board of Trustees of
Allegheny General Hospital:

We have audited, in accordance with generally accepted auditing standards, the consolidated balance sheet of Allegheny General Hospital, hereinafter referred to as the Obligated Group, as of June 30, 1996, and the related consolidated statements of operations, changes in net assets, and cash flows for the year then ended, and have issued our report thereon dated September 11, 1996. The Obligated Group includes the accounts of Allegheny General Hospital and Allegheny-Singer Research Institute.

In connection with our audit, nothing came to our attention that caused us to believe that the Obligated Group was not in compliance with the covenants (insofar as they relate to accounting or auditing matters) contained in Section 7 of the Reimbursement and Security Agreement (Agreement) dated April 1, 1995 with Morgan Guaranty Trust Company of New York and PNC Bank (as Master Trustee). It should be noted, however, that our audit was not directed primarily toward obtaining knowledge of such noncompliance.

The Obligated Group's financial covenants for "Capitalization," "Liquidity" and "Debt Service Coverage Ratio" for the year ended June 30, 1996 was 54.9%, 3.63 to 1 and 2.46 to 1, respectively. Pursuant to the provisions of the Agreement, the aforementioned ratios were calculated as defined in the Agreement. Also, the Obligated Group has not entered into any liens except as permitted by the Agreement.

This report is intended solely for the information and use of the Board of Trustees and management of the Obligated Group, Morgan Guaranty Trust Company of New York, and PNC Bank and should not be used for any other purpose.

Coopers & Lybrand L.L.P.

Pittsburgh, Pennsylvania
September 11, 1996

PENGAD 800-631-6989 DEPOSITION EXHIBIT 4239

CL 006236

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

Coopers &Lybrand

Coopers & Lybrand L.L.P.

a professional services firm

## Report of Independent Accountants

To the Board of Trustees of
Allegheny General Hospital:

We have audited, in accordance with generally accepted auditing standards, the consolidated balance sheet of Allegheny General Hospital, hereinafter referred to as The Obligated Group, as of June 30, 1996, and the related consolidated statements of operations, changes in net assets, and cash flows for the year then ended, and have issued our report thereon dated September 11, 1996. The Obligated Group includes the accounts of Allegheny General Hospital and Allegheny-Singer Research Institute.

In connection with our audit, nothing came to our attention that caused us to believe that The Obligated Group was not in compliance with the covenants (insofar as they relate to accounting or auditing matters) contained in Article V of the Restated and Amended Master Trust Indenture (Indenture) dated April 7, 1993 (as supplemented and amended) with PNC Bank (as Master Trustee). It should be noted, however, that our audit was not directed primarily toward obtaining knowledge of such noncompliance.

The Obligated Group's "Historical Long-Term Debt Service Coverage Ratio" for the year ended June 30, 1996 was 2.69 to 1. Pursuant to the provisions of the Indenture, the Historical Long-Term Debt Service Coverage Ratio is determined by dividing Income Available for Debt Service by the Long-Term Debt Service Requirement as these terms are defined in the Indenture.

This report is intended solely for the information and use of the Board of Trustees and management of The Obligated Group and PNC Bank and should not be used for any other purpose.

Coopers & Lybrand L.L.P.

Pittsburgh, Pennsylvania
September 11, 1996



Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

OCT-17-96 THU 9:17 TREASURY FAX NO. 4422290 P.03

18-Sep-96

**AGH OBLIGATED GROUP**

**MORGAN GUARANTY TRUST CO OF NY**
[Series 1995-B Reimbursement & Security Agreement]

**Financial Ratios**

*For the twelve months ended June 30, 1996*
*($'S IN THOUSANDS)*

| | Covenant | | Calculated Ratio |
|---|---|---|---|
| A. | **Liquidity Ratio** *Not less than 2:1* | | |
| | Calculation: | (Current Assets + Board-designated Assets) / Current Liabilities | |
| | | = (83,795 + 151,298) / 64,784 = | 3.63 |
| B. | **Total Indebtedness to Total Capitalization** *Not more than 66-2/3%* | | |
| | Calculation: | (Long-term Debt) / [Long-term Debt + Consolidated Unrestricted Fund Balances] | |
| | | = (257,521) / [257,521 + 211,104] = | 54.95% |
| C. | **Debt Service Coverage Ratio** *Not less than 1.2:1* | | |
| | Calculation: | (Excess Revenues Over Expenses + Depreciation/Amortization + Long-Term Interest Exp.) / 12-month Projected Long-term Debt Service Requirement | |
| | | = (6,321 + 33,284 + 13,927) / 21,797 [a] = | 2.46 |

Note: In PY, AGH included current portion also. DVOC Debt specifically excludes current portion in their calculation. AGH covenants are silent as to whether CP s/b included. Bond council recommended that to be consistent & follow general industry calculations, such as Moody's the CP s/b excluded. GL doesn't take exception. CF

[a] Variable rate assumption: most recent 3-month average. Or, if not available, rate at inception.

D. **Maintain a Consolidated Unrestricted Fund Balance of at Least $200,000.**

Consolidated Unrestricted Fund Balance, at June 30, 1996 — $211,104

*Filename:* S:\123\KKL\9606_JP.WK3



CL 006238

**AGH OBLIGATED GROUP**

**RESTATED & AMENDED MASTER TRUST INDENTURE COVENANT**
**for Fiscal Year ending June 30, 1996**
**($ Thous)**

***HISTORICAL LONG-TERM DEBT SERVICE COVERAGE RATIO***

| | |
|---|---|
| Income Available for Debt Service: | |
| Excess of Revenues Over Expenses | $6,321 |
| Depreciation and Amortization | 33,284 |
| Long-Term Debt Interest Expense | 13,927 |
| | $53,532 |
| | |
| Long-Term Debt Service Requirement: | |
| 1988 Bonds | 3,001 |
| 1991 Bonds | 5,081 |
| 1993 Bonds | 6,344 |
| 1995 Bonds | 4,522 |
| ANI Term Loan | 475 |
| Capital Leases | 411 |
| Guarantees [20% of annual debt service requirement] | 72 |
| | $19,886 |
| | |
| **Historical Long-Term Debt Service Coverage Ratio** [requirement: 1.10] | **2.692 x** |

*05-Sep-96*
*Filename:* *S:\123\KKL\LTDSC96.WK3*

392-4432

**Report of Independent Accountants**

To the Board of Trustees of
Allegheny General Hospital:

We have audited, in accordance with generally accepted auditing standards, the consolidated balance sheet of Allegheny General Hospital, hereinafter referred to as The Obligated Group, as of June 30, 1996, and the related consolidated statements of revenue and expenses, changes in net assets, and cash flows for the year then ended, and have issued our report thereon dated September 11, 1996. The Obligated Group includes the accounts of Allegheny General Hospital and Allegheny-Singer Research Institute.

In connection with our audit, nothing came to our attention that caused us to believe that The Obligated Group was not in compliance with the covenants (insofar as they relate to accounting or auditing matters) contained in Article V of the Restated and Amended Master Trust Indenture (Indenture) dated April 7, 1993 (as supplemented and amended) with PNC Bank (as Master Trustee). It should be noted, however, that our audit was not directed primarily toward obtaining knowledge of such noncompliance.

The Obligated Group's "Historical Long-Term Debt Service Coverage Ratio" for the year ended June 30, 1996 was 2.69 to 1. Pursuant to the provisions of the Indenture, the Historical Long-Term Debt Service Coverage Ratio is determined by dividing Income Available for Debt Service by the Long-Term Debt Service Requirement as these terms are defined in the Indenture.

This report is intended solely for the information and use of the Board of Trustees and management of The Obligated Group and PNC Bank and should not be used for any other purpose.

Pittsburgh, Pennsylvania
September 11, 1996

**Report of Independent Accountants**

To the Board of Trustees of
Allegheny General Hospital:

We have audited, in accordance with generally accepted auditing standards, the consolidated balance sheet of Allegheny General Hospital, hereinafter referred to as the Obligated Group, as of June 30, 1996, and the related consolidated statements of revenue and expenses, changes in net assets, and cash flows for the year then ended, and have issued our report thereon dated September 11, 1996. The Obligated Group includes the accounts of Allegheny General Hospital and Allegheny-Singer Research Institute.

In connection with our audit, nothing came to our attention that caused us to believe that the Obligated Group was not in compliance with the covenants (insofar as they relate to accounting or auditing matters) contained in Section 7 of the Reimbursement and Security Agreement (Agreement) dated April 1, 1995 with Morgan Guaranty Trust Company of New York and PNC Bank (as Master Trustee). It should be noted, however, that our audit was not directed primarily toward obtaining knowledge of such noncompliance.

The Obligated Group's financial covenants for "Capitalization," "Liquidity" and "Debt Service Coverage Ratio" for the year ended June 30, 1996 was 54.9%, 3.63 to 1 and 2.46 to 1, respectively. Pursuant to the provisions of the Agreement, the aforementioned ratios were calculated as defined in the Agreement. Also, the Obligated Group has not entered into any liens except as permitted by the Agreement.

This report is intended solely for the information and use of the Board of Trustees and management of the Obligated Group, Morgan Guaranty Trust Company of New York, and PNC Bank and should not be used for any other purpose.

Pittsburgh, Pennsylvania
September 11, 1996

**EXHIBIT 4248**

PENGAD 800-631-6989
DEPOSITION EXHIBIT
4248

PwC 010082
FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC

**AHERF**
**06/30/97**

**Working Paper Name:** A/R Lead Schedule - 3/31/97
**Working Paper Reference:** 0053-1
**Working Paper Type:** OLE

---

AHERF
A/R Lead Schedule
03/31/97

**NOTE:** A flucuation analysis was not prepared as of 3/31/97. The flux will be completed at 6/30/97.

---

**Completed**

**Completed By:** Kristen Heinlein **Date:** 07/28/97 10:15:01 AM
**Last Modified By:** Christa L. Porter **Date:** 09/10/97 04:34:07 PM

**Reviewed** Christa L. Porter
Christa L. Porter
Christa L. Porter

**Mark for Deletion**

**Modification History:**

Kristen Heinlein
Dana Bleckman
Christa L. Porter


FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC

| Account | Description | | | | |
|---|---|---|---|---|---|
| 112290026 | Reserve - Commercial O/P | 654,989 | 0 | 654,989 | ERR |
| 112290027 | Reserve Client Billing | (450,022) | (416,178) | (33,844) | 8.13% |
| | Reserve Water - MA | 0 | (524,185) | 524,185 | -100.00% |
| | Reserve Water - MC | 0 | (592,770) | 592,770 | -100.00% |
| | Reserve Water - BC | 0 | 293,462 | (293,462) | -100.00% |
| | Reserve Water - HMO | 0 | (47,884) | 47,884 | -100.00% |
| 112290030 | Reserve - Workers Comp I/P | (80,692) | 0 | (80,692) | ERR |
| 112290031 | Reserve - Workers Comp O/P | (277,335) | 0 | (277,335) | ERR |
| 112300000 | Reserve - Managed Care I/P | (542,434) | 0 | (542,434) | ERR |
| 112300002 | Reserve - Managed Care O/P | (293,226) | 0 | (293,226) | ERR |
| 112310000 | Reserve - Managed Blue I/P | 164,363 | 0 | 164,363 | ERR |
| 112310002 | Reserve - Managed Blue O/P | (447,247) | 0 | (447,247) | ERR |
| 112320000 | Reserve - Security Blue I/P | (547,747) | 0 | (547,747) | ERR |
| 112320002 | Reserve - Security Blue O/P | (117,290) | 0 | (117,290) | ERR |
| 112340000 | Reserve - HealthAmerica I/P | 35,333 | 0 | 35,333 | ERR |
| 112340002 | Reserve - HealthAmerica O/P | (368,218) | 0 | (368,218) | ERR |
| 112350000 | Reserve - USHealthcare I/P | (272,547) | 0 | (272,547) | ERR |
| 112350002 | Reserve - USHealthcare O/P | (271,447) | 0 | (271,447) | ERR |
| 112430000 | AVH Blue Cross Clearing - I/P | (827,288) | 0 | | |
| 112430002 | AVH Blue Cross Clearing - O/P | (1,480,836) | 0 | | |
| | TOT PAT RECEIVABLES - AVH | 21,464,949 | 20,709,208 | 755,741 | 3.65% |
| **PARKVIEW & CITY AVE.** | | | | | |
| 1201000 | I/P A/R - All | 39,005,094 N | 31,940,168 | 7,064,926 | 22.12% |
| 1201010 | I/P A/R - Wise Choice | 0 | 53,906 | (53,906) | |
| 1201011 | I/P A/R - OHS | 0 | 150,000 | (150,000) | |
| 1201900 | I/P Valuation/Contractual | (7,843,137) V | (4,626,831) | (3,216,306) | 69.51% |
| 1204100 | I/P Reserve For Uncollectible Accts | (3,387,963) 4 | (3,725,673) | 337,710 | -9.06% |
| 1204101 | Reserve for Bad Debt - SSI | (500,000) X | 0 | (500,000) | ERR |
| 1204200 | O/P Reserve for Uncollectible Accts | (3,777,316) 4 | (2,193,635) | (1,583,681) | 72.19% |
| 1205000 | Hospital Cash Clearing | 2,481,696 | (169,508) | 2,651,204 | -1564.06% |
| 1205001 | Cash Clearing - I/P | 602,824 | (142,982) | 745,806 | -521.61% |
| 1205002 | Cash Clearing - O/P | (233,566) | (210,999) | (22,567) | 10.70% |
| 1205010 | Keystone Cap Clearing | (16,074) U | (9,616) | (6,458) | 67.16% |
| 1205090 | Cap Clearing - Other | (37,202) | (24,718) | (12,484) | 50.51% |
| 1240900 | CRA Other | (6,219,469) W | 0 | (6,219,469) | |
| | TOT PAT RECEIVABLES - PV & CA | 20,074,887 | 21,040,112 | (965,225) | -4.59% |
| | Sum 4 | 7,165,279 T | | | |
| **RANCOCAS** | | | | | |
| 1201000 | I/P A/R-All | 26,492,995 L | 22,560,596 | 3,932,399 | 17.43% |
| 1201012 | I/P A/R - MICA | 984,689 L | 1,404,832 | (420,143) | -29.91% |
| 1201800 | I/P Refund Control | 21,843 | 305 | 21,538 | 7061.64% |
| 1201900 | I/P Valuation/Contractual Reserves | (8,437,213) 53-31 | (7,810,486) | (626,727) | 8.02% |
| 1201901 | Other Caluation Reserves | (208,524) 53-31 | (244,669) | 36,145 | -14.77% |
| 1202000 | O/P A/R Control | 8,042,552 M | 7,070,598 | 971,954 | 13.75% |
| 1202006 | O/P A/R - PTSS-Delran | 13,718 | 16,762 | (3,044) | -18.16% |
| 1202007 | O/P A/R - PTSS-Willingboro | 20,110 | 22,357 | (2,247) | -10.05% |
| 1202900 | O/P Valuation/Contractual Reserves | (1,827,794) 53-31 | (1,336,032) | (491,762) | 36.81% |
| 1204100 | I/P Reserve for Uncollectible Accts | (5,044,671) 53-20 | (5,249,444) | 204,773 | -3.90% |
| 1204200 | O/P Reserve For Uncollectible Accts | (3,760,175) 53-20 | (3,630,481) | (129,694) | 3.57% |
| 1205000 | Hospital Cash Clearing | (111,572) | 104,351 | (215,923) | -206.92% |
| 1205015 | USHC Cap Clearing | (30,297) | 0 | (30,297) | ERR |
| | TOT PAT RECEIVABLES - Rancoc | 16,155,661 | 12,908,689 | 3,246,972 | 25.15% |
| **GRADUATE** | | | | | |
| 1201000 | I/P A/R - All | 41,103,821 K | 41,378,159 | (274,338) | -0.66% |

PwC 010118

FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC

| | | | | | |
|---|---|---|---|---|---|
| 1201800 | I/P Refund Control | 32,215 | 52,064 | (19,849) | -38.12% |
| 1201900 | I/P Valuation/Contractual Reserves | (14,263,659) 53-29,Z | (17,067,197) | 2,803,538 | -16.43% |
| 1201902 | Other Reserves - PFMA | (7,050,000) CC | 0 | (7,050,000) | ERR |
| 1201903 | Other Reserves - Hill Burton | (1,500,000) | 22,922,351 | (24,422,351) | -106.54% |
| 1201905 | MA Reserve | (2,360,604) AA | (5,895,952) | 3,535,348 | -59.96% |
| 1202000 | O/P A/R Control | 21,853,875 K | (7,023,726) | 28,877,601 | -411.14% |
| 1204100 | I/P Reserve For Uncollectible Accts | (6,553,238) 53-18 | (995,951) | (5,557,287) | 557.99% |
| 1204200 | O/P Reserve For Uncollectible Accts | (8,263,271) 53-18 | 0 | (8,263,271) | ERR |
| 1205000 | Hospital Cash Clearing | (2,735,135) | 0 | (2,735,135) | ERR |
| | TOT PAT RECEIVABLES - Graduat | 20,264,004 | 33,369,748 | (13,105,744) | -39.27% |
| **MT. SINAI** | | | | | |
| 1201000 | I/P A/R - All | 14,447,388 K | 8,510,052 | 5,937,336 | 69.77% |
| 1201800 | I/P Refund Control | 2,091 | 0 | 2,091 | ERR |
| 1201900 | I/P Valuation/Contractual Reserves | (5,798,680) 53-30 | (2,555,253) | (3,243,427) | 126.93% |
| 1201905 | MA Reserve | (1,915,000) AA | 0 | (1,915,000) | ERR |
| 1202000 | O/P A/R Control | 1,480,672 K | 1,334,155 | 146,517 | 10.98% |
| 1202900 | O/P Valuation/Contractual Reserves | (75,000) 53-30 | 0 | (75,000) | ERR |
| 1204100 | I/P Reserve for Uncollectible Accts | (1,450,000) 53-19 | (1,053,000) | (397,000) | 37.70% |
| 1204200 | O/P Reserve for Uncollectible Accts | (532,000) 53-19 | (408,000) | (124,000) | 30.39% |
| 1205000 | Hospital Cash Clearing | (267,842) | 9,500 | (277,342) | -2919.39% |
| | TOT PAT RECEIVALBES - Mt. Sinai | 5,891,629 | 5,837,454 | 54,175 | 0.93% |
| | **CONSOLIDATED A/R, Net** | **407,177,137** | **389,029,169** | **(5,354,721)** | **-1.38%** |

A C&L notes that I/P A/R per the Invision system and the Patcom system totals $10,691,488.

| | |
|---|---|
| Per T/B | 10,608,341 |
| Per system | 10,691,488 |
| | (83,147) |

Per conversation with Robin Schafer, the difference is being investiaged and will be resolved by year-end.

B C&L notes that O/P A/R per the Invision system and the Patcom system totals $13,133,859.

| | |
|---|---|
| Per T/B | 13,123,547 |
| Per system | 13,133,859 |
| | (10,312) |

Per conversation with Robin Schafer, the difference is being investigated and will be resolved by year-end.

C C&L notes that I/P A/R per the Invision system and the Patcom system totals $16,789,456.

| | |
|---|---|
| Per T/B | 16,838,939 |
| Per system | 16,789,456 |
| | 49,483 |

Per conversation with Robin Schafer, the difference is being investigated and will be resolved by year-end.

D C&L notes that I/P A/R per the Invision system and the Patcom system totals $26,998,328.

| | |
|---|---|
| Per T/B | 26,883,504 |
| Per system | 26,998,328 |
| | (114,824) |

E C&L notes that the I/P and O/P A/R per SMS system totals $139,834,843.

| | |
|---|---|
| Per T/B | 139,717,436 |
| Per system | 139,834,843 |
| | (117,407) |

Per conversation with Robin Schafer, C&L notes that the difference was written off in the month of March.

F C&L notes that I/P A/R per the SMS system totals $51,884,549.

| | |
|---|---|
| Per T/B | 51,920,815 |
| Per system | 51,884,549 |
| | 36,266 lm |


FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC

**AHERF**
**06/30/97**

**Working Paper Name:** Gross to Net Revenue Trend Report - 6/30/97
**Working Paper Reference:** 0053-38
**Working Paper Type:** OLE

---

AHERF
Gross to Net Revenue Trend Repor
06/30/97

**NOTE:** This w/p represent's "Dan's Cheat Sheet" for monitoring gross and net revenue.

---

**Completed**

| | | | |
|---|---|---|---|
| **Completed By:** | Kristen Heinlein | **Date:** | 08/28/97 08:39:31 AM |
| **Last Modified By:** | Christa L. Porter | **Date:** | 09/10/97 04:34:07 PM |

**Reviewed** Christa L. Porter

**Mark for Deletion**

**Modification History:**

Kristen Heinlein


FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC



AHERF
Gross to Net Revenue Trend Report
06/30/97

NOTE: Per conversation with Robin Schafer, C&L notes that Dan Cancelmi and Robin analyze this gross to net revenue trend report to determine if the rate variances between months for I/P and O/P is consistent. If a rate flucuates greatly, Dan and Robin will investigate to determine the reason for the variance.

| | MCC Month Actual | MCC Month Budget | MCC YTD Actual | MCC YTD Budget | EPPI Month Actual | EPPI Month Budget | EPPI YTD Actual | EPPI YTD Budget |
|---|---|---|---|---|---|---|---|---|
| Admits | 1,085 | 1,130 | 13,824 | 13,578 | 223 | 228 | 2,474 | 2,554 |
| Discharges | 1,101 | 1,104 | 13,792 | 13,578 | 253 | 228 | 2,483 | 2,554 |
| Days | 5,367 | 6,113 | 72,076 | 74,077 | 2,752 | 3,384 | 36,914 | 38,412 |

| | Month Actual | Month Budget | YTD Actual | YTD Budget |
|---|---|---|---|---|
| I/P Gross | $39,626 I/S | $42,202 | $498,239 | $505,544 |
| O/P Gross | 7,571 A | 6,746 | 79,528 | 82,079 |

A C&L notes that O/P Gross Income per the I/S totals $7,544,000. The difference of $27,000 is deemed immaterial.

| Rate | YTD FY97 | FY96 |
|---|---|---|
| I/P | 36.5% | 37.1% |
| O/P | 42.8% | 41.7% |

| I/P Net Revenue per Admission | |
|---|---|
| FY97 Average | $11,169 |
| FY96 Average | 11,130 |

| I/P Gross Revenue per Admission | |
|---|---|
| FY97 Average | $30,571 |
| FY96 Average | 29,964 |

| I/P Net Revenue Per Day | |
|---|---|
| FY97 Average | $1,670 |
| FY96 Average | 1,563 |

| I/P Gross Revenue per Day | |
|---|---|
| FY97 Average | $4,571 |
| FY96 Average | 4,208 |



| mcp | | eppi | |
|---|---|---|---|
| 12,739 | 12,448 | 2,251 | 2,326 |
| 12,691 | 12,474 | 2,230 | 2,326 |
| 66,709 | 67,964 | 34,162 | 35,028 |
| $458,613 | $463,342 | | |
| 71,957 | 75,333 | | |

PwC 010095.A
FOIA Confidential Treatment
Requested by PwC



**June 1997 - Elkins Park**

| | Month | | YTD | | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Actual | Budget | | |
| Admits | 701 | 642 | 8,778 | 7,980 | 8,077 | 7,338 |
| Discharges | 668 | 622 | 8,754 | 7,985 | 8,086 | 7,363 |
| Days | 3,303 | 3,591 | 44,345 | 44,982 | 41,042 | 41,391 |
| | | | | | | |
| I/P Gross | $9,001 I/S | $9,041 | $116,654 | $113,966 | $107,653 | $104,925 |
| O/P Gross | 5,854 B | 4,301 | 66,521 | 52,328 | 60,667 | 48,027 |

*Gross revenue adjusted for L. Griffin account which was overstated, $393

B C&L notes that O/P Gross Income per the I/S totals $5,790,000. The difference of $64,000 is deemed immaterial.

| Rate | YTD FY97 | FY96 |
|---|---|---|
| I/P | 32.2% | 33.3% |
| O/P | 35.4% | 38.2% |

| I/P Net Revenue per Admission | | I/P Gross Revenue per Admission | | I/P Net Revenue Per Day | | I/P Gross Revenue per Day | |
|---|---|---|---|---|---|---|---|
| FY97 Average | $4,283 | FY97 Average | $13,289 | FY97 Average | $848 | FY97 Average | 2,631 |
| FY96 Average | 4,338 | FY96 Average | 13,011 | FY96 Average | 799 | FY96 Average | 2,395 |

PwC 010095.B
FOIA Confidential Treatment
Requested by PwC

**June 1997 - Bucks County**

| | Month Actual | | Month Budget | YTD Actual | YTD Budget | | |
|---|---|---|---|---|---|---|---|
| Admits | 486 | | 563 | 6,777 | 6,877 | 6,291 | 6,314 |
| Discharges | 490 | | 567 | 6,777 | 6,877 | 6,287 | 6,310 |
| Days | 2,586 | | 3,164 | 37,367 | 38,946 | 34,781 | 35,782 |
| I/P Gross | $7,671 | I/S | $7,850 | $98,461 | $97,804 | $90,790 | $89,954 |
| O/P Gross | 5,631 | C | 3,547 | 53,256 | 43,151 | 47,625 | 39,604 |

C C&L notes that O/P Gross Income per the I/S totals $5,635,000. The difference of $4,000 is deemed immaterial.

| Rate | YTD FY97 | FY96 |
|---|---|---|
| I/P | 30.7% | 33.2% |
| O/P | 40.1% | 46.2% |

| I/P Net Revenue per Admission | |
|---|---|
| FY97 Average | $4,459 |
| FY96 Average | 4,582 |

| I/P Gross Revenue per Admission | |
|---|---|
| FY97 Average | $14,529 |
| FY96 Average | 13,795 |

| I/P Net Revenue Per Day | |
|---|---|
| FY97 Average | $809 |
| FY96 Average | 791 |

| I/P Gross Revenue per Day | |
|---|---|
| FY97 Average | $2,635 |
| FY96 Average | 2,380 |

PwC 010095.C
FOIA Confidential Treatment
Requested by PwC



**June 1997 - SCHC**

| | Month | | | YTD | | | |
|---|---|---|---|---|---|---|---|
| | Actual | | Budget | Actual | Budget | | |
| Admits | 805 | | 849 | 11,015 | 10,960 | 10,210 | 10,111 |
| Discharges | 814 | | 846 | 11,023 | 10,960 | 10,209 | 10,114 |
| Days | 3,611 | | 4,223 | 47,731 | 54,335 | 44,120 | 50,112 |
| I/P Gross | $18,245 | I/S | $19,818 | $237,224 | $253,316 | $218,979 | $233,498 |
| O/P Gross | 6,664 | I/S | 4,522 | 67,548 | 54,950 | 60,884 | 50,428 |

| Rate | YTD FY97 | FY96 |
|---|---|---|
| I/P | 41.6% | 43.2% |
| O/P | 50.8% | 51.5% |

| I/P Net Revenue per Admission | |
|---|---|
| FY97 Average | $8,960 |
| FY96 Average | 9,958 |

| I/P Gross Revenue per Admission | |
|---|---|
| FY97 Average | $21,536 |
| FY96 Average | 23,042 |

| I/P Net Revenue Per Day | |
|---|---|
| FY97 Average | $2,068 |
| FY96 Average | 2,010 |

| I/P Gross Revenue per Day | |
|---|---|
| FY97 Average | $4,970 |
| FY96 Average | 4,651 |

PwC 010095.D
FOIA Confidential Treatment
Requested by PwC



**June 1997 - Hahnemann**

| | Month | | YTD | | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Actual | Budget | | |
| Admits * | 1,368 | 2,003 | 20,437 | 22,848 | 19,069 | 20,845 |
| Discharges | 1,352 | 1,980 | 20,468 | 22,813 | 19,116 | 20,833 |
| Days | 9,485 | 12,631 | 130,374 | 145,582 | 120,889 | 132,951 |

*Admissions decreased approximately 300 in May as a result of loss of moms and babies; budget for this is approximately 400/month

| | | | | | | |
|---|---|---|---|---|---|---|
| I/P Gross | $50,447 I/S | $71,841 | $767,029 | $824,311 | $716,582 | $752,470 |
| O/P Gross | 10,136 I/S | 9,271 | 115,245 | 112,901 | 105,109 | 103,630 |

| Rate | YTD FY97 | FY96 |
|---|---|---|
| I/P | 36.0% | 34.9% |
| O/P | 47.0% | 46.6% |

| I/P Net Revenue per Admission | | I/P Gross Revenue per Admission | | I/P Net Revenue Per Day | | I/P Gross Revenue per Day | |
|---|---|---|---|---|---|---|---|
| FY97 Average | $13,500 | FY97 Average | $37,531 | FY97 Average | $2,116 | FY97 Average | $5,883 |
| FY96 Average | 12,587 | FY96 Average | 36,100 | FY96 Average | 1,883 | FY96 Average | 5,400 |

**June 1997 - Graduate Hospital**

| | Month | | YTD | | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Actual | Budget | | |
| Admits | 842 | 875 | 10,263 | 11,000 | 9,421 | 10,125 |
| Days | 4,563 | 5,184 | 57,414 | 63,930 | 52,851 | 58,746 |
| I/P Gross | $34,450 I/S | $36,671 | $417,105 | $458,361 | $382,655 | $421,690 |
| O/P Gross | 12,436 D | 12,757 | 138,877 | 142,141 | 126,441 | 129,384 |

D C&L notes that O/P Gross income per the I/S totals $12,439,000. The difference of $3,000 is deemed immaterial.

| Rate | YTD FY97 |
|---|---|
| I/P | 27.3% G |
| O/P | 29.8% |

| I/P Net Revenue per Admission | | I/P Gross Revenue per Admission | | I/P Net Revenue Per Day | | I/P Gross Revenue per Day | |
|---|---|---|---|---|---|---|---|
| FY97 Average | $11,100 | FY97 Average | $40,642 | FY97 Average | $1,984 | FY97 Average | $7,265 |
| FY96 Average | 10,267 | | | FY96 Average | 1,778 | | |

G does not include $9.4m HSI deferred revenue

PwC 010095.E
FOIA Confidential Treatment
Requested by PwC

**June 1997 - Mt. Sinai**

| | Month | | YTD | | | |
|---|---|---|---|---|---|---|
| | Actual | Budget | Actual | Budget | | |
| Admits | 470 | 394 | 4,966 | 4,825 | 4,496 | 4,431 |
| Days | 4,483 | 4,133 | 50,984 | 50,334 | 46,501 | 46,201 |
| I/P Gross | $5,198 I/S | $4,902 | $60,978 | $59,124 | $55,780 | $54,222 |
| O/P Gross | 396 I/S | 321 | 4,460 | 3,821 | 4,064 | 3,500 |

| Rate | YTD FY97 |
|---|---|

| | |
|---|---|
| I/P | 43.7% |
| O/P | 32.6% |

| I/P Net Revenue per Admission | | I/P Gross Revenue per Admission | | I/P Net Revenue Per Day | | I/P Gross Revenue per Day | |
|---|---|---|---|---|---|---|---|
| FY97 Average | $5,360 | FY97 Average | $12,279 | FY97 Average | $522 | FY97 Average | $1,196 |

PwC 010095.F
FOIA Confidential Treatment
Requested by PwC

**AHERF**
**06/30/97**

**File Section Heading:** Assets
**File Section Code:** 0053
**File Section Name:** Patient Accounts Receivable
**Step Name:** Obtain or prepare a comparative summary at 6/30/97
**Step Description:**
Obtain or prepare a summary of patient receivables by general ledger account balances at 6/30/97 and perform the following:

a. Agree amounts to the general ledger.
b. Perform fluctuations analysis from 3/31/97 balances.

**Audit Objectives:** Completeness
Accuracy

**Step Comments**

---

☐ **Completed**

**Completed By:** Kristen Heinlein **Date:**
**Last Modified By:** Christa L. Porter **Date:** 09/10/97 04:34:07 PM

| ☐ **Reviewed** | Christa L. Porter | 09/10/97 04:34:07 PM |
|---|---|---|

☐ **Mark for Deletion**


FOIA CONFIDENTIAL TREATMENT REQUESTED BY PwC

AHERF
BAD DEBT EXPENSE ANALYSIS
6/30/96

NOTE: The Graduate hospitals, Forbes, & AVH are being analyzed since the opening balance sheet.

X The Graduate entites, Forbes, and AVH are not included.

| | HUH 6/30/97 | HUH 6/30/96 | SCHC 06/30/97 | SCHC 6/30/96 | MCP 06/30/97 | MCP 6/30/96 | Graduate 06/30/97 | Mt. Sinai 06/30/97 | Rancocas 06/30/97 | AVH 06/30/97 | AHERF x 6/30/97 | AHERF x 6/30/96 | AHERF (consolidate 6/30/97 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | | | | | |
| Routine | 281,813,271 | 292,270,385 | 73,329,836 | 75,106,469 | 207,637,944 | 185,942,244 | 14,318,555 | 7,730,250 | 26,666,684 | 14,184,000 | 892,322,257 | 850,752,675 | 1,003,496,201 |
| Ancillary | | | | | | | | | | | | | |
| I/P | 485,215,447 | 495,033,996 | 163,894,433 | 166,907,878 | 290,602,162 | 241,282,763 | 53,610,060 | 3,359,878 | 0 | 25,335,000 | 1,557,138,770 | 1,462,516,537 | 1,708,162,230 |
| O/P | 115,245,461 | 102,894,913 | 67,547,290 | 57,457,259 | 79,502,281 | 68,404,620 | 24,627,804 | 754,533 | 10,675,182 | 27,721,000 | 605,225,129 | 504,798,598 | 721,118,300 |
| Gross Patient Service Revenue | 882,274,199 | 890,199,294 | 304,771,559 | 299,471,606 | 577,742,387 | 495,629,627 | 92,556,419 | 11,844,661 | 37,343,866 | 67,240,000 | 3,054,686,156 | 2,818,067,810 | 3,432,776,731 |
| Contractual Allowance | | | | | | | | | | | | | |
| I/P | (505,837,639) | (532,338,775) | (143,677,743) | (141,888,400) | (324,725,752) | (277,421,764) | (35,961,518) | (5,724,030) | (12,837,676) | (38,259,000) | (1,532,299,598) | (1,444,290,838) | (1,693,867,583) |
| O/P | (60,492,786) | (52,604,637) | (34,122,557) | (29,463,555) | (47,278,706) | (39,714,781) | (16,346,581) | (435,676) | (5,248,165) | | (338,946,739) | (273,084,089) | (366,752,185) |
| | (566,330,425) | (584,943,412) | (177,800,300) | (171,351,955) | (372,004,458) | (317,136,545) | (52,308,099) | (6,159,706) | (18,085,841) | (38,259,000) | (1,871,246,337) | (1,717,374,926) | (2,060,619,768) |
| Net Patient Service Revenue | 315,943,774 | 305,255,882 | 126,971,259 | 128,119,651 | 205,737,929 | 178,493,082 | 40,248,320 | 5,684,955 | 19,258,025 | 28,981,000 | 1,183,439,819 | 1,100,692,884 | 1,372,156,963 |
| I/P Acute Bad Debt Expense | (7,519,547) | (5,206,194) | (2,564,857) | (2,478,782) | (6,415,643) | (7,203,662) | (1,592,727) | (580,855) | (398,209) | (715,000) | (24,856,867) | (25,474,488) | (29,990,252) |
| I/P Bad Debt Recovery | 331,303 | 265,867 | | | 935 | 40,361 | | 0 | 218,505 | | 1,121,801 | 1,787,788 | 1,340,306 |
| O/P Bad Debt Expense | (4,469,295) | (8,903,302) | (4,239,782) | (3,621,064) | (9,234,827) | (8,136,300) | (1,201,785) | (110,946) | (757,040) | | (31,480,908) | (36,132,197) | (33,550,679) |
| O/P Bad Debt Recovery | 1,075,654 | 434,566 | | | | | 89,278 | | | | 2,380,219 | 1,484,735 | 2,469,497 |
| | (10,581,885) | (13,409,063) | (6,804,639) | (6,099,846) | (15,649,535) | (15,299,601) | (2,705,234) | (691,801) | (936,744) | (715,000) | (52,835,755) | (58,334,163) | (59,731,128) |
| Bad Debt as % of Net Patient Serv. | 3.35% | 4.39% | 5.36% | 4.76% | 7.61% | 8.57% | 6.72% | 12.17% | 4.86% | 2.47% | 4.46% | 5.30% | 4.35% |
| Contractual Allowance as % of Gros | 64.19% | 65.71% | 58.34% | 57.22% | 64.39% | 63.99% | 56.51% | 52.00% | 48.43% B | 56.90% | 61.26% | 60.94% | 60.03% |

| | EPC 06/30/97 | EPC 6/30/96 | BCC 06/30/97 | BCC 6/30/96 | AGH 06/30/97 | AGH 6/30/96 | Parkview 06/30/97 | City Ave. 06/30/97 | Forbes 06/30/97 |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | |
| Routine | 47,336,295 | 44,448,780 | 42,134,409 | 38,930,579 | 240,070,502 | 214,054,218 | 4,292,928 | 3,669,527 | 40,310,000 |
| Ancillary | | | | | | | | | |
| I/P | 69,317,954 | 59,935,131 | 56,326,741 | 47,684,585 | 491,782,033 | 451,672,184 | 6,684,931 | 11,592,591 | 50,441,000 |
| O/P | 64,072,069 | 56,805,144 | 53,258,546 | 40,017,753 | 225,599,462 | 179,218,909 | 5,685,119 | 4,665,533 | 41,764,000 |
| Gross Patient Service Revenue | 180,726,318 | 161,189,055 | 151,719,696 | 126,632,917 | 957,451,997 | 844,945,311 | 16,662,978 | 19,927,651 | 132,515,000 |
| Contractual Allowance | | | | | | | | | |
| I/P | (79,467,969) | (68,620,587) | (67,963,841) | (57,675,692) | (410,626,654) | (366,345,620) | (4,891,658) | (5,835,103) | (58,059,000) A |
| O/P | (40,386,638) | (32,530,482) | (31,765,290) | (20,850,141) | (124,900,762) | (97,920,493) | (3,787,903) | (1,987,121) | |
| | (119,854,607) | (101,151,069) | (99,729,131) | (78,525,833) | (535,527,416) | (464,266,112) | (8,679,561) | (7,822,224) | (58,059,000) |
| Net Patient Service Revenue | 60,871,711 | 60,037,986 | 51,990,565 | 48,107,084 | 421,924,581 | 380,679,199 | 7,983,417 | 12,105,427 | 74,456,000 |
| I/P Acute Bad Debt Expense | (1,281,890) | (680,566) | (1,142,920) | (1,627,818) | (5,932,010) | (8,277,466) | (193,558) | (677,915) | (975,121) A |
| I/P Bad Debt Recovery | | | | | 789,563 | 1,481,560 | | | |
| O/P Bad Debt Expense | (1,540,931) | (1,918,882) | (1,846,067) | (2,461,790) | (10,150,006) | (11,090,859) | | | |
| O/P Bad Debt Recovery | | | | | 1,304,565 | 1,050,169 | | | |
| | (2,822,621) | (2,599,448) | (2,988,987) | (4,089,608) | (13,987,888) | (16,836,597) | (193,558) | (677,915) | (975,121) |
| Bad Debt as % of Net Patient Serv. | 4.64% | 4.33% | 5.75% | 8.50% | 3.32% | 4.42% | 2.42% | 5.60% | 1.31% |
| Contractual Allowance as % of Gros | 66.32% | 62.75% | 65.73% | 62.01% | 55.93% | 54.95% | 52.09% | 39.25% B | 43.81% |

A I/P and O/P are combined.

B Per inquiry of the client, C&L notes that City Ave. and Rancocas have slightly lower contractual allowance percentages due to the payor mix for each hospital.

PwC 010162.A
FOIA Confidential Treatment
Requested by PwC

**EXHIBIT 4258**

**AHERF**
**06/30/97**

**Working Paper Name:** hahnemann t/b review
**Working Paper Reference:** 0025-200a
**Working Paper Type:** Created in Notes

---

why is their overall cash improved, is this related to an increased aging of their payables

document and understand current year debt service requirements

i/p contractual reserve, I assume in-house and DNFB are up, is that correct

how was the first 25 of the 50 million distributed to the entities or did this occur in April

what is the HIP NJ Cap Clearing acct this is new

why no change in the healthpartners clearing acct from prior year

what happened to PIP this year, why have the balances been reclassified to current

pip ushc 96, 2.7 million adjustment, did we miss this last year

did they reverse cushions for 1990 and prior years

1992 is this additional ime receivables

what is the additional reserve for 1996 related to

was 93 ma settled

why is there an intercompany balance this year

what is the a/r affiliated hospitals receivable, acct # 139005

detail for misc receivables
(prior year was DC33 for $173 and ARA refund for $217 and misc of $191)

why is the inventory reserve increasing, is this still cushion

DEPOSITION EXHIBIT 4258
PENGAD 800-631-6989

JD-MEYER CLASS DISK

what happened to the Foxmeyer drug advance, was this used due to the bankruptcy filing, who is their current drug supplier

mv change on participating trust acct or perm restricted assets

amortization of cap interest, should there be some, what are their plans for recording in the current year

depr reserve of $1 million, is this still needed

how many years are they amortizing the org costs over, are there any new amounts this year

Accrued other and accrued miscellaneous - what makes up these accounts

perform a reasonableness test over the 96 debt interest accrual

no change in Hahn liability, how are claims being paid, expected timing of actuarial analysis

debt compliance, is there a mandatory paydown period on the loc and have they met it

amortization of the bond discount, this amount seems low

are there any established repayment terms for the aherf n/c intercompany

Rollforward of temp investments

| | |
|---|---|
| Beginning | 5,802,006 |
| income | 345,239 |
| realized | 2,034,504 |
| unrealized | (1,435,061) |
| Used in Op | ( 50,743) |
| | 6,695,945 |
| Per T/B | 6,746,688 |
| Difference | ( 50,743) ??????? |

also, per tem resticted net asset detail - expenses were $597,631. what is that and why doesn't it agree. ending na for tem restricted = $6,107,527 compared to $6,746,688.

Teaching/Admin Support expense increased $1,6 million over p/y

Rental/lease expense up $1.2 million over p/y

Support and contract up over $4 million from p/y

Malpractice epxnese down about $2.6 million annualized.

| Depreciation rollforward | Beginning | 188,560,000 |
|---|---|---|
| | Expense - IS | 13,103,964 |
| | Ending | 201,663,964 |

from rollforward - no disposals - but P&L shows gain on sale of $30,000

Does HUH have docs?? Pro fee receivables of $112,000 - how many?

☐ Completed

**Completed By:** **Date:**

**Last Modified By:** Christa L. Porter 05/22/97 10:30:51 AM **Date:**

☐ Reviewed

☐ Mark for Deletion

**Modification History:**

Christa L. Porter
Amy S. Frazier




AHERF
06/30/97

**Working Paper Name:** hahnemann t/b review
**Working Paper Reference:** 0025-200a
**Working Paper Type:** Created in Notes

why is their overall cash improved, is this related to an increased aging of their payables

document and understand current year debt service requirements

i/p contractual reserve, I assume in-house and DNFB are up, is that correct

how was the first 25 of the 50 million distri

what is the HIP NJ Cap Clearing acct this

why no change in the healthpartners clea

what happened to PIP this year, why hav

pip ushc 96, 2.7 million adjustment, did we

did they reverse cushions for 1990 and p

1992 is this additional ime receivables




what is the additional reserve for 1996 related to

was 93 ma settled

why is there an intercompany balance this year

what is the a/r affiliated hospitals receivable acct # 139005




0025-200a - hahnemann t/b review - S. - Lotus Notes
File Edit View Create Actions Link Help
Welcome
David S. Torborg - Inbox
Workspace
Aherf Litigator's Notebo...
AHERF Allegheny Hea A...
0025-200a
AHERF
06/30/97
Working Paper Name: hahnemann t/b review
Working Paper Reference: 0025-200a
Working Paper Type: Created in Notes
why is their overall cash improved, is this related to an increased aging of their payables
document and understand current year debt service requirements
i/p contractual reserve, I assume in-house and DNFB are up, is that correct
how was the first 25 of the 50 million distrib
what is the HIP NJ Cap Clearing acct this
why no change in the healthpartners clea
what happened to PIP this year, why have
pip ushc 96, 2.7 million adjustment, did we
did they reverse cushions for 1990 and p
1992 is this additional ime receivables
what is the additional reserve for 1996 related to
was 93 ma settled
why is there an intercompany balance this year
what is the a/r affiliated hospitals receivable, acct # 139005
Document
Computed_Status
Confirmation
ConfirmTick
Confirm_By
Control_Flag
Created_By
Date_Completed
Date_Confirm
Date_Created
Date_Deleted
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY READ/WRITE-ACCESS NAMES
"CN=Amy S. Frazier/OU=BAS/OU=Pittsburgh PA/O=C&L/C=US"
983 unread document(s) remaining
Start
iMANAGE - [iManag...
Microsoft Word - #2
0025-200a - ha...
Document - WordPad


0025-200a - hahnemann t/b review - S. - Lotus Notes
File Edit View Create Actions Link Help
Welcome David S Torborg - Inbox Workspace Aherf Litigators Notebo... AHERF Allegheny Hea A... 0025-200a
AHERF
06/30/97
Working Paper Name: hahnemann t/b review
Working Paper Reference: 0025-200a
Working Paper Type: Created in Notes
why is their overall cash improved, is this related to an increased aging of their payables
document and understand current year debt service requirements
i/p contractual reserve, I assume in-house and DNFB are up, is that correct
how was the first 25 of the 50 million distril
what is the HIP NJ Cap Clearing acct this
why no change in the healthpartners clea
what happened to PIP this year, why hav
pip ushc 96, 2.7 million adjustment, did w
did they reverse cushions for 1990 and p
1992 is this additional ime receivables
what is the additional reserve for 1996 related to
was 93 ma settled
why is there an intercompany balance this year
what is the a/r affiliated hospitals receivable, acct # 139005
Document
Computed_Status
Confirmation
ConfirmTick
Confirm_By
Control_Flag
Created_By
Date_Completed
Date_Confirm
Date_Created
Date_Deleted
Field Name: Date_Created
Data Type: Time/Date List or Range
Data Length: 12 bytes
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY
05/13/97 01:48:12 PM EDT
983 unread document(s) remaining
Start
iMANAGE - [iManag...
Microsoft Word - #2...
0025-200a - ha...
Document - WordPad


0025-200a - hahnemann t/b review - S. - Lotus Notes
File Edit View Create Actions Link Help
Welcome
David S. Torborg - Inbox
Workspace
Aherf Litigator's Notebo...
AHERF Allegheny Hea A...
0025-200a
AHERF
06/30/97
Working Paper Name: hahnemann t/b review
Working Paper Reference: 0025-200a
Working Paper Type: Created in Notes
why is their overall cash improved, is this related to an increased aging of their payables
document and understand current year debt service requirements
i/p contractual reserve, I assume in-house and DNFB are up, is that correct
how was the first 25 of the 50 million distrit
what is the HIP NJ Cap Clearing acct this
why no change in the healthpartners clea
what happened to PIP this year, why havi
pip ushc 96, 2.7 million adjustment, did we
did they reverse cushions for 1990 and p
1992 is this additional ime receivables
what is the additional reserve for 1996 related to
was 93 ma settled
why is there an intercompany balance this year
what is the a/r affiliated hospitals receivable, acct # 139005
Document
$Links
$Revisions
$UpdatedBy
Author
Client_Area_Code_anc
Client_Audit_Area_File
Client_Audit_Area_Nar
Client_File_Section_He
Client_Name
Client_Period_End
Data Length: 20 bytes
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY
05/13/97 02:04:47 PM
EDT
05/22/97 10:30:52 AM
EDT
983 unread document(s) remaining
Start
MANAGE - [iManag...
Microsoft Word - #2...
0025-200a - ha...
Document - WordPad



0025-200a - hahnemann t/b review - S. - Lotus Notes
File Edit View Create Actions Link Help
Welcome
David S Torborg - Inbox
Workspace
Aherf Litigator's Notebo
AHERF Allegheny Hea
0025-200a
AHERF
06/30/97
Working Paper Name: hahnemann t/b review
Working Paper Reference: 0025-200a
Working Paper Type: Created in Notes
why is their overall cash improved, is this related to an increased aging of their payables
document and understand current year debt service requirements
i/p contractual reserve, I assume in-house and DNFB are up, is that correct
how was the first 25 of the 50 million distrib
what is the HIP NJ Cap Clearing acct this
why no change in the healthpartners clea
what happened to PIP this year, why hav
pip ushc 96, 2.7 million adjustment, did we
did they reverse cushions for 1990 and p
1992 is this additional ime receivables
what is the additional reserve for 1996 related to
was 93 ma settled
why is there an intercompany balance this year
what is the a/r affiliated hospitals receivable acct # 139005
Document
Confirmation
ConfirmTick
Confirm_By
Control_Flag
Created_By
Date_Completed
Date_Confirm
Date_Created
Date_Deleted
Date_Modified
Data Type: Time/Date List or Range
Data Length: 12 bytes
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY
05/22/97 10:30:51 AM EDT
983 unread document(s) remaining
Start
iMANAGE - [iManag
Microsoft Word - #2
0025-200a - ha
Document - WordPad


0025-200a - hahnemann t/b review - S. - Lotus Notes
File Edit View Create Actions Link Help
Welcome
David S. Torborg - Inbox
Workspace
Aherf Litigator's Notebo...
AHERF-Allegheny Hea A...
0025-200a
AHERF
06/30/97
Working Paper Name: hahnemann t/b review
Working Paper Reference: 0025-200a
Working Paper Type: Created in Notes
why is their overall cash improved, is this related to an increased aging of their payables
document and understand current year debt service requirements
i/p contractual reserve, I assume in-house and DNFB are up, is that correct
how was the first 25 of the 50 million distrib
what is the HIP NJ Cap Clearing acct this
why no change in the healthpartners clea
what happened to PIP this year, why hav
pip ushc 96, 2.7 million adjustment, did we
did they reverse cushions for 1990 and p
1992 is this additional ime receivables
what is the additional reserve for 1996 related to
was 93 ma settled
why is there an intercompany balance this year
what is the a/r affiliated hospitals receivable, acct # 139005
Document
Global_Mod_Date
Header
Modification_History
Modified_By
Modified_Log
NoteID
Original_Period_End
Original_Period_Lead
Paper_Reviewed
PrevConfirm_Date_Fla
Field Name: Modified_By
Data Type: Text List
Data Length: 21 bytes
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY
"Christa L. Porter"
983 unread document(s) remaining
Start
MANAGE - [Manag...
Microsoft Word - #2...
0025-200a - ha...
Document - WordPad

Lotus SmartSuite Internet Calendar Addresses Reminders

0025-200a - hahnemann t/b review - S. - Lotus Notes

File Edit View Create Actions Link Help

Welcome David S. Torborg - Inbox Workspace Aherf Litigator's Notebo... AHERF Allegheny Hea A... 0025-200a

AHERF
06/30/97

**Working Paper Name:** hahnemann t/b review
**Working Paper Reference:** 0025-200a
**Working Paper Type:** Created in Notes

---

why is their overall cash improved, is this related to an increased aging of their payables

*document and understand current year debt service requirements*

i/p contractual reserve, I assume in-house and DNFB are up, is that correct

how was the first 25 of the 50 million distril

what is the HIP NJ Cap Clearing acct this

why no change in the healthpartners clea

what happened to PIP this year, why havi

pip ushc 96, 2.7 million adjustment, did we

*did they reverse cushions for 1990 and p*

1992 is this additional ime receivables

what is the additional reserve for 1996 related to

was 93 ma settled

why is there an intercompany balance this year

what is the a/r affiliated hospitals receivable, acct # 139005

Document

Global_Mod_Date
Header
Modification_History
Modified_By
Modified_Log
NoteID
Original_Period_End
Original_Period_Lead
Paper_Reviewed
PrevConfirm_Date_Fla

Field Name: Modified_Log
Data Type: Text List
Data Length: 37 bytes
Seq Num: 3
Dup Item ID: 0
Field Flags: SUMMARY

"Christa L. Porter"
"Amy S. Frazier"

983 unread document(s) remaining

Start iMANAGE - [iManag... Microsoft Word - #2... 0025-200a - ha... Document - WordPad

**EXHIBIT 4274**

**AHERF**
**06/30/96**

**Issue Topic:** Bad Debt Methodology

**Issue Description:** During the current year we noted that for MCPH, the client has continued to utilize self-pay as its basis for calculation of the bad debt reserve. The analysis should be updated to include all financial classes by aging category.

**Link to Further Information:** Audit Program Step Audit program step

**Issue Type:** Management Letter

**Audit Area(s) Affected:** Patient Accounts Receivable - MCPH

**Client Site:** MCPH

---

Cleared

**Comments:**

The client basis its reserve for doubtful accounts calculation on the balances contained in the self pay financial classes, as well as, the patient account balance portion of all other financial classes. The analysis should be revised to include the insurance as well as the patient account balance for all financial classes.

---

| | | |
|---|---|---|
| **Created By:** | Amy S. Frazier | **Date:** 05/24/96 01:44:21 PM |
| **Last Modified By:** | Mark D. Kirstein | **Date:** 10/02/96 05:18:43 PM |
| **Cleared By:** | | **Date:** |

| | | |
|---|---|---|
| Reviewed | Mark D. Kirstein | 10/02/96 05:18:43 PM |

Mark for Deletion



**EXHIBIT 4284**

# RECORD OF MONITORING CONTROLS
HEALTH CARE
**AHERF**
**06/30/97**

**System Cycle:** Revenue

**Accounting System:** Patient Accounts Receivable/Revenue

**Summary:** Record of Monitoring Controls

| Objective | What control procedures address the objective? |
| --- | --- |

DEPOSITION EXHIBIT
4284
Heinlen 2-24-04
PENGAD 800-631-6989

| | |
|---|---|
| | Senior management and the BOD review various management level reports to monitor revenue and patient activity levels. Monthly internally generated financial statements which compare actual to budgeted and prior year results are prepared including:<br><br>- An financial statement package which indicates the significant financial and operating highlights for the hospital, including the levels of patient admissions and discharges, inpatient lengths of stay, occupancy levels, and payor mix. (This is prepared when all entities are consolidated at month end.)<br><br>- A trend analysis is prepared for hospital revenue and charity care to identify unusual monthly fluctuations by department and in total. Inquiries are made for large variances. The trend analysis is included in the monthly financial statement package.<br><br>- Days in patient A/R is computed and compared to A/R days of other major hospitals. Management uses this information to identify receivable collection problems and undertakes corrective action.<br><br>- Amounts written-off to bad debts are tracked on a monthly and year-to-date basis. Inquiries are made of the A/R and collection departments to identify and reduce large A/R write-off's. Bad debts are tracked during the monthly financial statement package review.<br><br>- The accounting department prepares reconciliations of subsidiary accounts receivable records to the G/L control accounts on a monthly basis. Jack Nelson, Jack Lydon and Al Adamczak (AGH, AVH, Forbes, Park View, City Ave.) and Robin Schaffer and Dan Cancelmi (Delaware Valley, Graduate) review and approve the recons.<br><br>- Greg Snow, Patient Acct Vice President and Joe Dionisio, Sr VP of Finance, share an integral role in the monitoring of hospital revenue. These individuals, in particular, analyze the monthly financials and make requests of finance, patient accounting directors or professional hospital staff to investigate unusual variances or revenue trends.<br><br>- Management (Dan Cancelmi) monitors revenue when reviewing the Gross/Net Revenue Trend Report. If an unusual trend exists, management will then review the Gross Ancillary Charges I/P & O/P report which compares month to date to accumuated YTD totals. |

**If there are any audit implications and/or management letter comments, compose an issue by selecting the Compose Issue button from the CLASS SmartIcon bar or choosing Compose, 2. Issue from the Lotus Notes menu bar.**

**Confirmation:**



---

Record of Tests:



**Test Procedure:**

Record of Monitoring Controls- Record of Test

---



| Reviewed | Christa L. Porter | 05/19/97 04:07:55 PM |
|---|---|---|
| | Christa L. Porter | 08/04/97 03:51:00 PM |

| | | | |
|---|---|---|---|
| **Completed By:** | Kristen Heinlein | **Date:** | 05/16/97 08:28:00 AM |
| **Tested By:** | Kristen Heinlein | **Date:** | 05/20/97 04:52:03 PM |
| **Confirmed By:** | | **Date:** | |
| **Last Modified By:** | Christa L. Porter | **Date:** | 08/04/97 03:51:00 PM |

Mark for Deletion

**Objective**

**What control procedures address the objective?**

Senior management and the BOD review various management level reports to monitor revenue and patient activity levels. Monthly internally generated financial statements which compare actual to budgeted and prior year results are prepared including:

**Points of Focus**

- An financial statement package which indicates the significant financial and operating highlights for the hospital, including the levels of patient admissions and discharges, inpatient lengths of stay, occupancy levels, and payor mix. (This is prepared when all entities are consolidated at month end.)

- A trend analysis is prepared for hospital revenue and charity care to identify unusual monthly fluctuations by department and in total. Inquiries are made for large variances. The trend analysis is included in the monthly financial statement package.

- Days in patient A/R is computed and compared to A/R days of other major hospitals. Management uses this information to identify receivable collection problems and undertakes corrective action.

- Amounts written-off to bad debts are tracked on a monthly and year-to-date basis. Inquiries are made of the A/R and collection departments to identify and reduce large A/R write-off's. Bad debts are tracked during the monthly financial statement package review.

- The accounting department prepares reconciliations of subsidiary accounts receivable records to the G/L control accounts on a monthly basis. Jack Nelson, Jack Lydon and Al Adamczak (AGH, AVH, Forbes, Park View, City Ave.) and Robin Schaffer and Dan Cancelmi (Delaware Valley, Graduate) review and approve the recons.

- Greg Snow, Patient Acct Vice President and Joe Dionisio, Sr VP of Finance, share an integral role in the monitoring of hospital revenue. These individuals, in particular, analyze the monthly financials and make requests of finance, patient accounting directors or professional hospital staff to investigate unusual variances or revenue trends.

- Management (Dan Cancelmi) monitors revenue when reviewing the Gross/Net Revenue Trend

Report. If an unusual trend exists, management will then review the Gross Ancillary Charges I/P & O/P report which compares month to date to accumuated YTD totals.

- PFSG directors in admissions, medical records and billing and collections review various internal management level reports to monitor patient account activity:
  - A/R Agings (monthly reports that detail A/R by payor, hospital, agings focussing on accounts older than 90 days old) (Refer to **A/R Agings** ROT)
  - Internal financial services reports (i.e., daily cash report) (Refer to **Daily Cash Report** ROT)
  - Rejected billing reports (i.e., Quarterly AHERF Rejected Claim Analysis Report) (Refer to **Rejected Claim Analysis Report** ROT)
  - Financial Reporting Executive Summary Report (reports on days in system A/R, credit balances, historical data, cash summaries, etc.) (Refer to **Executive Summary** ROT)

A Post Payment Review Department (headed by Carole Bailey) was developed during FY97. The department reviews the following reports on a weekly basis:
  - New Credit Balances Created from Transactions Posted (investigate if refunds are due, is AHERF waiting for a retraction due to an overpayment from an insurance co., etc.)
  - New Debit Balances with Payments Posted of $25 or Greater and a Remaining Balance in Excess of $1,000 (investigate in the account was contractualized correctly, does a rebill need to occur due to the first bill not being correct, does another payor need to be billed, etc.)
  - Account Charges Greater than $2,500 with a balance within 90% of Total Charges Final Billed (examine all patient accounts that are remaining at gross charges, except commerical, self-payors, and MA Apps.)
  - At month end, an Out of Period Report is developed than details the contracuals taken in the recent month that were billed in the prior month. This report is also given to Robin Schafer in Finance.

(Refer to **Post Payment Review Dept.** ROT)

**EXHIBIT 4292**

**AHERF**
**06/30/97**

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type:** Prepared by Client, OLE

---

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for bad debt for both inpatient and outpatient.

---



**Completed By:** Kristen Heinlein 06/09/97 11:11:29 AM **Date:**

**Last Modified By:** Kristen Heinlein 07/06/97 02:33:31 PM **Date:**

☐ Reviewed

☐ Mark for Deletion

**Modification History:**

Kristen Heinlein




JD-MEYER CLASS DISK

IY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

AGED FROM FINAL BILL DATE

| CLASS | TOTAL | | IH & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 1,088,151 | | 36,085 | | 306,800 | 351,668 | 34,338 | 24,908 | 51,632 | 55,769 | 143,569 | 50,208 | 33,173 | 1,052,066 |
| B BLUE CROSS | 251,023 | | 26,688 | | 60,520 | 25,928 | 43,965 | 40,952 | 3,586 | 10,008 | 20,720 | 15,049 | 3,606 | 224,335 |
| C COMMERCIAL | 377,639 | | 25,208 | | 139,451 | 117,829 | 34,264 | 7,272 | 3,498 | 19,172 | 33,284 | (3,637) | 1,299 | 352,431 |
| D DIRECT CONTRACTING | 91,992 | | 37,186 | | 4,840 | 5,141 | 0 | 0 | 5,917 | 16,235 | 10,766 | 4,251 | 7,655 | 54,806 |
| F CHARITY CARE | 1,294 | | 0 | | 0 | 0 | 0 | 1,294 | 0 | 0 | 0 | 0 | 0 | 1,294 |
| H HMO (USHC/KHPE) | 2,576,484 | | 213,753 | | 924,453 | 673,607 | 243,699 | 87,761 | 111,637 | 70,314 | 143,696 | 81,838 | 25,726 | 2,362,731 |
| I PATIENT CONTRACTS | 15,209 | | 0 | | 760 | 0 | 1,405 | 686 | 200 | 544 | 736 | 7,293 | 3,584 | 15,209 |
| M MEDICARE | 1,565,934 | | 416,507 | | 594,523 | 130,302 | 118,935 | 55,228 | 40,309 | 67,189 | 61,743 | 38,921 | 42,277 | 1,149,427 |
| N MANAGED MA | 283,708 | | 28,036 | | 48,016 | 57,622 | 39,949 | 12,740 | 7,740 | 22,167 | 22,563 | 3,344 | 41,531 | 255,672 |
| P PPO-PREFERRED PROVIDER | 788,325 | | 117,334 | | 176,398 | 135,889 | 132,633 | 58,256 | 34,888 | 16,100 | 70,208 | 38,755 | 7,865 | 670,991 |
| U SELF PAY | 1,345,334 | | 34,584 | | 252,944 | 221,485 | 256,147 | 160,395 | 133,765 | 70,362 | 160,759 | 1,283 | 53,609 | 1,310,750 |
| W WORKERS COMP/NO FAULT | 114,836 | | 4,182 | | 52,579 | 6,039 | 7,322 | 5,611 | 0 | 2,717 | 25,912 | 0 | 10,474 | 110,654 |
| TOTAL | 8,499,928 | A | 939,563 | 0 | 2,561,284 | 1,725,510 | 912,657 | 455,103 | 393,172 | 350,577 | 693,957 | 237,305 | 230,800 | 7,560,365 |

Additional Reserve on Billed Commercial:

| | | | |
|---|---|---|---|
| Total gross billed commercial | | 352,431 | |
| Estimated contractuals at payment | X | 20.00% | F |
| Additional reserve required | | 70,486 | |

A e A/R aging without exception.
(NOTE: For inhouse A/R, Inhouse & DNFB total should not be included to agree to the aging.)

F ›rical data from Patient Accounting.

**JD-MEYER CLASS DISK**

s:\pghacctg\patar\fy97aud\b3atbaud.wk4

12/11/2003 06:04:49 PM

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
INPATIENT BAD DEBT RESERVE CALCULATION
(Revised Bad Debt Calculations)
MARCH 31, 1997

| CLASS | TOTAL | | INHOUSE & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 274,822 | | 0 | 0 | 15,340 | 17,583 | 1,717 | 2,491 | 5,163 | 5,577 | 143,569 | 50,208 | 33,173 |
| B BLUE CROSS | 32,049 | | 0 | 0 | 3,026 | 1,296 | 2,198 | 4,095 | 359 | 1,001 | 5,180 | 11,287 | 3,606 |
| C COMMERCIAL*** | 19,571 | | 0 | 0 | 5,578 | 4,713 | 1,371 | 582 | 280 | 1,534 | 6,657 | (2,182) | 1,039 |
| D DIRECT CONTRACTING | 16,249 | | 0 | 0 | 242 | 257 | 0 | 0 | 592 | 1,624 | 2,692 | 3,188 | 7,655 |
| F CHARITY CARE | 1,294 | | 0 | 0 | 0 | 0 | 0 | 1,294 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 242,087 | | 0 | 0 | 46,223 | 33,680 | 12,185 | 8,776 | 11,164 | 7,031 | 35,924 | 61,379 | 25,726 |
| I PATIENT CONTRACTS | 9,489 | | 0 | 0 | 38 | 0 | 70 | 69 | 20 | 54 | 184 | 5,470 | 3,584 |
| M MEDICARE | 145,363 | | 0 | 0 | 29,726 | 6,515 | 5,947 | 5,523 | 4,031 | 6,719 | 15,436 | 29,191 | 42,277 |
| N MANAGED MA | 61,224 | | 0 | 0 | 2,401 | 2,881 | 1,997 | 1,274 | 774 | 2,217 | 5,641 | 2,508 | 41,531 |
| P PPO-PREFERRED PROVIDER | 87,654 | | 0 | 0 | 8,820 | 6,794 | 6,632 | 5,826 | 3,489 | 1,610 | 17,552 | 29,066 | 7,865 |
| U SELF PAY | 780,492 | | 17,292 | 0 | 126,472 | 110,742 | 128,074 | 80,198 | 66,882 | 35,181 | 160,759 | 1,283 | 53,609 |
| W WORKERS COMP/NO FAULT | 21,082 | | 0 | 0 | 2,629 | 302 | 366 | 561 | 0 | 272 | 6,478 | 0 | 10,474 |
| REQUIRED RESERVE | 1,691,377 | 1 | 17,292 | 0 | 240,495 | 184,765 | 160,556 | 110,687 | 92,753 | 62,819 | 400,071 | 191,397 | 230,540 |

***Commercial reserve is calculated based on gross A/R less estimated contractual percentage [see gross A/R schedule.]

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT A/R AGING - RECEIVABLES AT GROSS
(Revised Bad Debt Calculations)
MARCH 31, 1997

AGED FROM LAST PAY DATE

| CLASS | TOTAL | | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 300,762 | | 43,702 | 29,359 | 38,116 | 2,830 | 38,665 | 13,280 | 67,243 | 19,056 | 48,511 |
| B BLUE CROSS | 484,469 | | 219,702 | 71,308 | 21,169 | 34,868 | 16,891 | 18,847 | 37,594 | 46,480 | 17,610 |
| C COMMERCIAL | 980,848 | | 163,547 | 207,309 | 101,721 | 71,099 | 44,009 | 45,889 | 125,948 | 128,009 | 93,318 |
| D DIRECT CONTRACTING | 64,311 | | 8,674 | 2,328 | 2,592 | 4,538 | 2,503 | 5,829 | 17,304 | 16,415 | 4,127 |
| F CHARITY CARE | 1,658 | | 0 | 242 | 332 | 0 | 1,084 | 0 | 0 | 0 | 0 |
| H HMO | 6,310,554 | | 1,542,930 | 1,392,553 | 669,523 | 496,850 | 216,664 | 265,558 | 915,321 | 586,273 | 224,882 |
| I PATIENT CONTRACTS | 36,920 | | 13,221 | 4,858 | 4,252 | 2,276 | 4,722 | (61) | 3,465 | 2,522 | 1,665 |
| M MEDICARE | 1,520,716 | | 688,373 | 192,309 | 90,612 | 82,460 | 148,445 | 83,602 | 134,399 | 70,905 | 29,612 |
| N MANAGED MA | 378,935 | | 88,766 | 59,985 | 30,540 | 33,241 | 17,515 | 19,814 | 56,377 | 46,102 | 26,595 |
| P PPO-PREFERRED PROVIDER | 1,287,675 | | 522,016 | 234,480 | 85,641 | 67,483 | 65,738 | 55,405 | 85,103 | 100,469 | 71,339 |
| U SELF PAY | 831,865 | | 96,548 | 110,495 | 87,298 | 105,411 | 43,976 | 56,396 | 144,610 | 108,492 | 78,640 |
| W WORKERS COMP/NO FAULT | 938,377 | | 157,534 | 90,021 | 69,015 | 49,784 | 51,463 | 32,550 | 128,369 | 259,996 | 99,645 |
| TOTAL | 13,137,089 | A | 3,545,012 | 2,395,247 | 1,200,809 | 950,840 | 651,675 | 597,108 | 1,715,733 | 1,384,719 | 695,945 |

**JD-MEYER CLASS DISK**

s:\pghacctg\patar\fy97aud\b3atbaud.wk4

12/11/2003 06:04:49 PM