ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
A/R AGING - NET OF ALLOWANCES
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE:
...contractualizing the payors that are not
...time of billing with this schedule.

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 186,173 | 43,702 | 29,359 | 38,116 | 2,830 | 38,665 | 13,280 | 10,086 | 2,858 | 7,277 |
| B BLUE CROSS | 484,469 | 219,702 | 71,308 | 21,169 | 34,868 | 16,891 | 18,847 | 37,594 | 46,480 | 17,610 |
| C COMMERCIAL | 666,976 | 111,212 | 140,970 | 69,170 | 48,347 | 29,926 | 31,204 | 85,644 | 87,046 | 63,456 |
| D DIRECT CONTRACTING | 25,724 | 3,470 | 931 | 1,037 | 1,615 | 1,001 | 2,332 | 6,922 | 6,566 | 1,651 |
| F CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 6,310,554 | 1,542,930 | 1,392,553 | 669,523 | 498,650 | 216,664 | 265,558 | 915,321 | 586,273 | 224,882 |
| I PATIENT CONTRACTS | 36,920 | 13,221 | 4,858 | 4,252 | 2,276 | 4,722 | (81) | 3,465 | 2,522 | 1,665 |
| M MEDICARE | 425,800 | 192,744 | 53,847 | 25,371 | 23,089 | 41,565 | 23,408 | 37,632 | 19,853 | 8,291 |
| N MANAGED MA | 378,935 | 88,766 | 59,985 | 30,540 | 33,241 | 17,515 | 19,814 | 56,377 | 46,102 | 26,595 |
| P PPO-PREFERRED PROVIDER | 1,287,675 | 522,016 | 234,480 | 85,641 | 67,483 | 65,738 | 55,405 | 85,103 | 100,469 | 71,339 |
| U SELF PAY | 831,865 | 96,548 | 110,495 | 87,298 | 105,411 | 43,976 | 56,396 | 144,610 | 108,492 | 78,640 |
| W WORKERS COMP/NO FAULT | 638,096 | 107,123 | 61,214 | 46,930 | 33,853 | 34,995 | 22,134 | 87,291 | 176,797 | 67,759 |
| TOTAL | 11,273,189 | 2,941,433 | 2,160,000 | 1,079,047 | 850,063 | 511,658 | 509,317 | 1,470,045 | 1,183,459 | 569,166 |

Total Outpatient A/R at gross                $13,137,089
Less: O/P A/R net of estimated allowances     11,273,189
                                               1,863,900

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT
NOTE: tractual Allowance Rollforward (w/p 53.23)
(Revised Bad Debt Calculations)
AS OF 3/31/97

| CLASS | A/R | A/R NET OF ALLOWANCES | ALLOWANCE | |
|---|---|---|---|---|
| A MEDICAID (1) | 300,762 | 186,173 | 114,589 | 38.1%  (MA expected reimb. of 15%) |
| B BLUE CROSS (2) | 484,469 | 484,469 | 0 | |
| C COMMERCIAL | 980,848 | 666,976 | 313,871 | 32.0% |
| D DIRECT CONTRACTING | 64,311 | 25,724 | 38,587 | 60.0% |
| F CHARITY CARE | 1,658 | 0 | 1,658 | |
| H HMO (2) | 6,310,554 | 6,310,554 | 0 | |
| I PATIENT CONTRACTS | 36,920 | 36,920 | 0 | |
| M MEDICARE * | 1,520,716 | 425,800 | 1,094,915 | 72.0% |
| N MANAGED MA | 378,935 | 378,935 | 0 | |
| P PPO-PREFERRED PROVIDER (2 | 1,287,675 | 1,287,675 | 0 | |
| U SELF PAY | 831,865 | 831,865 | 0 | 32.0% |
| W WORKERS COMP/NO FAULT | 938,377 | 638,096 | 300,281 | 14.2% |
| TOTAL | 13,137,089 | 11,273,189 | 1,863,900 | |

53-23

*  Rate changed April 26, 1996 from 30% to 28%

Note:  For Oct. 1996, need to consider unbilled portion of revenue when adjusting for system allowances.

(1) A02,03,04,05,06,07,08 & 09 will be netted down 30% at the time of billing 9/6/96. A01, A50 (SPU exception) will be netted down
MA fee schedule at the time of billing 10/1/96 (A01 plan code is approx. equal to 90+% of total "A" f/c; therefore, it will be
adjusted in 10/96).

(2) Effective 3/1/97, Blue Cross & KHPE a/r will not be contractualized at time of billing.  The Blue Cross reserve rate will be 52%, and
...e KHPE reserve rate will be 54%.

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT BAD DEBT RESERVE CALCULATION
(Revised Bad Debt Calculations)
MARCH 31, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|

# JD-MEYER CLASS
# DISK

12/11/2005  06:04:50 PM

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 31,258 | 2,185 | 1,468 | 1,906 | 283 | 3,867 | 1,328 | 10,086 | 2,858 | 7,277 |
| B BLUE CROSS | 84,539 | 10,985 | 3,565 | 1,058 | 3,487 | 1,689 | 1,885 | 9,399 | 34,860 | 17,610 |
| C COMMERCIAL | 177,167 | 5,561 | 7,048 | 3,459 | 4,835 | 2,993 | 3,120 | 21,411 | 65,285 | 63,456 |
| D DIRECT CONTRACTING | 9,092 | 173 | 47 | 52 | 182 | 100 | 233 | 1,730 | 4,925 | 1,651 |
| F CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 1,171,575 | 77,147 | 69,628 | 33,476 | 49,685 | 21,666 | 26,556 | 228,830 | 439,705 | 224,892 |
| I PATIENT CONTRACTS | 6,233 | 661 | 243 | 213 | 228 | 472 | (6) | 866 | 1,892 | 1,665 |
| M MEDICARE | 54,994 | 9,637 | 2,692 | 1,269 | 2,309 | 4,156 | 2,341 | 9,408 | 14,890 | 8,291 |
| N MANAGED MA | 91,287 | 4,438 | 2,999 | 1,527 | 3,324 | 1,752 | 1,981 | 14,094 | 34,576 | 26,595 |
| P PPO-PREFERRED PROVIDER | 228,936 | 26,101 | 11,724 | 4,282 | 6,748 | 6,574 | 5,541 | 21,276 | 75,352 | 71,339 |
| U SELF PAY | 581,804 | 48,274 | 55,247 | 43,649 | 52,705 | 21,988 | 28,198 | 144,610 | 108,492 | 78,640 |
| W WORKERS COMP/NO FAULT | 242,041 | 5,356 | 3,061 | 2,347 | 3,385 | 3,499 | 2,213 | 21,823 | 132,598 | 67,759 |
| REQUIRED RESERVE | 2,678,925  2 | 190,518 | 157,723 | 93,236 | 127,171 | 68,756 | 73,390 | 483,533 | 915,432 | 569,166 |

NOTE: I bad debt reserve percentages developed by
Dan Cancelmi and Robin Schafer during FY97.

**JD-MEYER CLASS DISK**

6:\opheocp\qdata\V97\aud0sJid\aud.wk4

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
INPATIENT BAD DEBT RESERVE PERCENTAGES (REVISED)

| CLASS | INHOUSE & DNFB | 0-30/ FINAL BILLS | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 100% | 100% | 100% |
| B BLUE CROSS | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C COMMERCIAL | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D DIRECT CONTRACTING | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F CHARITY CARE | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| H HMO | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| I PATIENT CONTRACTS | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| M MEDICARE | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MANAGED MA | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P PPO-PREFERRED PROVIDER | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| U SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |
| W WORKERS COMP/NO FAULT | 0% | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |

JD-MEYER CLASS DISK

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT BAD DEBT RESERVE PERCENTAGES (REVISED)

| CLASS | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 5% | 5% | 5% | 5% | 10% | 10% | 100% | 100% | 100% |
| B BLUE CROSS | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| C COMMERCIAL | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| D DIRECT CONTRACTING | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| F CHARITY CARE | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| H HMO | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| I PATIENT CONTRACTS | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 100% | 100% |
| M MEDICARE | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| N MANAGED MA | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| P PPO-PREFERRED PROVIDER | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |
| U SELF PAY | 50% | 50% | 50% | 50% | 50% | 50% | 100% | 100% | 100% |
| W WORKERS COMP/NO FAULT | 5% | 5% | 5% | 10% | 10% | 10% | 25% | 75% | 100% |

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
PERCENTAGES APPLIED TO DETERMINE OUTPATIENT NET A/R
[FOR CONTRACTUAL ALLOWANCES NOT TAKEN AT TIME OF BILLING]

| FINANCIAL CLASS | % AVERAGE REIMBURSEMENT | COMMENTS |
|---|---|---|
| A | 15.00% | |
| B | 100.00% | |
| C | 68.00% | |
| D | 40.00% | |
| F | 0.00% | |
| H | 100.00% | commercial A/R valued at 100% when billed; actual experience has been |
| I | 100.00% | an 78% collection average |
| M | 28.00% | |
| N | 100.00% | |
| P | 100.00% | |
| U | 100.00% | |
| W | 68.00% | |

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
INPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
(Revised Bad Debt Calculations)
MARCH 31, 1997

| CLASS | TOTAL | INHOUSE & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 813,329 | 36,065 | 0 | 291,460 | 334,085 | 32,621 | 22,417 | 46,469 | 50,192 | 0 | 0 | 0 |
| B BLUE CROSS | 218,975 | 26,688 | 0 | 57,494 | 24,632 | 41,767 | 36,857 | 3,227 | 9,007 | 15,540 | 3,762 | 0 |
| C COMMERCIAL | 358,068 | 25,208 | 0 | 133,872 | 113,115 | 32,893 | 6,690 | 3,218 | 17,638 | 26,628 | (1,455) | 260 |

**JD-MEYER CLASS DISK**

12/11/2003  06:04:59 PM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D DIRECT CONTRACTING | 75,743 | 37,186 | 0 | 4,598 | 4,884 | 0 | 0 | 5,325 | 14,612 | 8,075 | 1,063 | 0 |
| F CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 2,334,397 | 213,753 | 0 | 878,231 | 639,926 | 231,514 | 78,985 | 100,474 | 63,283 | 107,772 | 20,460 | 0 |
| I PATIENT CONTRACTS | 5,719 | 0 | 0 | 722 | 0 | 1,335 | 617 | 180 | 490 | 552 | 1,823 | 0 |
| M MEDICARE | 1,420,570 | 416,907 | 0 | 564,797 | 123,787 | 112,999 | 49,705 | 36,278 | 60,470 | 46,307 | 9,730 | 0 |
| N MANAGED MA | 222,484 | 28,036 | 0 | 45,615 | 54,741 | 37,952 | 11,466 | 6,966 | 19,950 | 18,922 | 836 | 0 |
| P PPO-PREFERRED PROVIDER | 700,671 | 117,334 | 0 | 167,578 | 129,094 | 126,001 | 52,430 | 31,399 | 14,490 | 52,656 | 9,689 | 0 |
| U SELF PAY | 564,841 | 17,292 | 0 | 126,472 | 110,742 | 128,074 | 80,198 | 66,882 | 35,181 | 0 | 0 | 0 |
| W WORKERS COMP/NO FAULT | 93,754 | 4,182 | 0 | 49,950 | 5,737 | 6,956 | 5,050 | 0 | 2,445 | 19,434 | 0 | 0 |
| NET INPATIENT A/R | 6,808,551 | 922,271 | 0 | 2,320,789 | 1,540,744 | 752,100 | 344,416 | 300,419 | 287,758 | 293,885 | 45,908 | 260 |

**JD-MEYER CLASS DISK**

k:\vp\acctg\patn\Vp97act0b3afbud vr4

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT ACCOUNTS RECEIVABLE - NET OF BAD DEBT RESERVES
(Revised Bad Debt Calculations)
MARCH 31, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| A MEDICAID | 154,916 | 41,517 | 27,891 | 36,210 | 2,547 | 34,799 | 11,952 | 0 | 0 | 0 |
| B BLUE CROSS | 399,931 | 208,717 | 67,743 | 20,110 | 31,381 | 15,202 | 16,962 | 28,196 | 11,620 | 0 |
| C COMMERCIAL | 489,809 | 105,651 | 133,921 | 65,712 | 43,513 | 26,934 | 28,084 | 64,233 | 21,762 | 0 |
| D DIRECT CONTRACTING | 16,632 | 3,296 | 885 | 985 | 1,634 | 901 | 2,098 | 5,191 | 1,642 | 0 |
| F CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| H HMO | 5,138,979 | 1,465,784 | 1,322,926 | 636,047 | 447,165 | 194,998 | 239,002 | 686,491 | 146,568 | 0 |
| I PATIENT CONTRACTS | 30,687 | 12,560 | 4,615 | 4,040 | 2,048 | 4,249 | (55) | 2,599 | 631 | 0 |
| M MEDICARE | 370,807 | 183,107 | 51,154 | 24,103 | 20,780 | 37,406 | 21,068 | 28,224 | 4,963 | 0 |
| N MANAGED MA | 287,647 | 84,328 | 56,985 | 29,013 | 29,917 | 15,764 | 17,832 | 42,283 | 11,525 | 0 |
| P PPO-PREFERRED PROVIDER | 1,058,739 | 495,915 | 222,756 | 81,359 | 60,734 | 59,164 | 49,865 | 63,827 | 25,117 | 0 |
| U SELF PAY | 250,062 | 48,274 | 55,247 | 43,649 | 52,705 | 21,988 | 28,198 | 0 | 0 | 0 |
| W WORKERS COMP/NO FAULT | 396,055 | 101,767 | 58,154 | 44,584 | 30,468 | 31,495 | 13,921 | 65,468 | 44,199 | 0 |
| NET OUTPATIENT A/R | 8,594,264 | 2,750,915 | 2,002,278 | 985,810 | 722,893 | 442,902 | 434,927 | 986,512 | 268,027 | 0 |

JD-MEYER CLASS DISK

**ALLEGHENY UNIVERSITY HOSPITALS**
**BUCKS COUNTY - INPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204100-85000212**
**321/07**

11-Dec-03
06:04 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOV | OTHER | ATB | PROVISIONS RIGHT$ | TOTAL | ENDING BALANCE | ADJ. ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/ UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | | |
| FYE 6/30/96 BAL. | ($2,945,570) | | | | | | | ($2,945,570) | ($2,945,570) | $11,304,649 | 26.1% | ($2,537,953) | ($407,617) |
| JULY | (2,613,909) | $455,007 | ($868) | | ($122,478) | | ($122,478) | ($2,613,909) | ($2,613,909) | $11,077,499 | 23.6% | ($2,589,420) | ($524,489) |
| AUGUST | (2,668,685) | 139,017 | (17,999) | | (175,794) | | (175,794) | (2,668,685) | (2,668,685) | 11,926,316 | 22.4% | (2,746,200) | 77,515 |
| SEPTEMBER | (2,688,685) | 196,483 | (47,194) | | (109,925) | | (109,925) | (2,629,321) | (2,629,321) | 11,648,345 | 22.6% | (2,766,951) | 137,630 |
| OCTOBER | (2,629,321) | 199,737 | (36,197) | | (109,925) | | (109,925) | (2,575,707) | (2,575,707) | 11,919,811 | 21.6% | (2,906,949) | 331,242 |
| NOVEMBER | (2,575,707) | 150,825 | (61,071) | | (109,925) | | (109,925) | (2,595,878) | (2,595,878) | 12,013,458 | 21.6% | (3,260,219) | 664,341 |
| DECEMBER | (2,595,878) | 60,981 | (4,290) | | (109,925) | | (109,925) | (2,649,112) | (2,649,112) | 11,878,266 | 22.3% | (3,320,125) | 671,013 |
| JANUARY | (2,649,112) | 146,522 | (2,706) | | (121,925) | | (121,925) | (2,627,222) | (2,627,222) | 12,769,071 | 20.8% | (3,511,749) | 884,527 |
| FEBRUARY | (2,627,222) | 135,819 | (2,806) | | (109,925) | | (109,925) | (2,604,134) | (2,604,134) | 12,548,593 | 20.8% | (3,537,609) | 933,475 |
| MARCH | (2,604,134) | 4,887,865 | (14,862) | | (3,109,925) D | | (3,109,925) | (841,055) | (841,055) | 0 | | (1,579,863) B, 1 | 738,808 |
| APRIL | | | | | | | 0 | 0 | | | | | |
| MAY | | | | | | | 0 | 0 | | | | | |
| JUNE | | | | | | | 0 | 0 | | | | | |
| TOTAL | ($2,945,570) | $6,372,255 | ($197,993) | $0 | | | ($4,079,747) | ($841,055) S3-1 | ($841,055) | | | | |

NOTES: September Recovery amount includes $37,655 of unidentified cash relating to FY96 & prior.

NOTE:   Difference  1 =   111,514
Represents the difference between

**JD-MEYER CLASS**
**DISK**

L:\rsphsdq\rpdaly\97aatb3\fraud.wk4

12/11/2003  06:04:59 PM

AR balance as of 9/30/96 does not include FY97 revenue adjustment of $100,000.
March "other" balance includes $12,000 pertaining to a contractual resv reclass
March write-offs include $4,702,895 from Patcom A/R balances.

**ALLEGHENY UNIVERSITY HOSPITALS**
**BUCKS COUNTY- OUTPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204204-95000212**
**3/31/97**

11-Dec-03
06:04 PM

the old bad debt calculation and the new calculation developed in FY97

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | PROVISIONS ATB | PROVISIONS INCOME | TOTAL | ENDING BALANCE | ADJ. ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE | VAR (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | | |
| FYE 9/30/96 BAL: | | | | | | | | ($880,141) | ($880,141) | $9,503,502 | 9.3% | ($1,043,859) | $163,718 |
| JULY | ($880,141) | 81,327 | (10,490) | | ($212,952) | | ($212,952) | ($1,022,256) | ($1,022,256) | $10,066,199 | 10.2% | ($1,175,867) | $153,611 |
| AUGUST | (1,022,256) | 99,670 | (1,900) | | (241,033) | | (241,033) | (1,171,075) | (1,171,075) | 10,878,719 | 10.8% | (1,025,906) | (145,169) |
| SEPTEMBER | (1,171,075) | 90,670 | (13,355) | 212,000 | (160,369) | | (160,369) | (1,042,169) | (1,042,169) | 11,100,461 | 9.4% | (1,506,713) | 464,544 |
| OCTOBER | (1,042,169) | 116,832 | (6,836) | | (160,369) | | (160,369) | (1,092,543) | (1,092,543) | 11,595,132 | 9.4% | (1,631,075) | 538,532 |
| NOVEMBER | (1,092,543) | 87,951 | (7,780) | | (160,369) | | (160,369) | (1,172,741) | (1,172,741) | 11,722,571 | 10.0% | (1,801,859) | 629,118 |
| DECEMBER | (1,172,741) | 12,083 | (9,564) | | (160,369) | | (160,369) | (1,330,591) | (1,330,591) | 12,196,739 | 10.9% | (2,119,677) | 789,086 |
| JANUARY | (1,330,591) | 153,958 | (8,079) | | 39,631 | | 39,631 | (1,145,081) | (1,145,081) | 12,468,195 | 9.2% | (2,333,843) | 1,188,762 |
| FEBRUARY | (1,145,081) | 62,081 | (8,583) | 1,671 | (160,368) | | (160,368) | (1,250,279) | (1,250,279) | 12,994,730 | 9.6% | (2,590,877) | 1,340,598 |
| MARCH | (1,250,279) | 7,608,413 | (13,012) | | (4,530,912) E | | (4,530,912) | 1,814,210 | 1,814,210 | | | (2,475,582) B, 2 | 4,289,792 |
| APRIL | | | | | | | 0 | 0 | 0 | | | | 0 |
| MAY | | | | | | | 0 | 0 | 0 | | | | 0 |
| JUNE | | | | | | | 0 | 0 | 0 | | | | 0 |
| **TOTAL** | ($880,141) | $8,312,329 | ($84,539) | $213,671 | | | ($5,747,110) | $1,814,210 53-1, C | $1,814,210 53-1, C | | | | 203,343 |

NOTE:   Difference   2 =   203,343
Represents the difference between the old bad debt calculation and the new calculation developed in FY97.

NOTE 1 : A/R balance as of 9/30/96 does not include FY97 revenue adjustment of $100,000.
March "other" balance includes $12,000 pertaining to a contractual resv reclass.
March provision includes $4,368,572 related to PATCOM A/R, which rather than contractual was recorded to the reserve for bad debt.
March write-offs include $7,481,590 related to PATCOM A/R balances.

B   C&L notes that the calculated reserve amount is based upon the old bad debt calculation.
    C&L has not performed any procedures over the the old bad debt calculations.
    The calculation on the first sheet of this file is the revised calculation developed during FY97
    by Dan Cancelmi and Robin Schafer.

C   The debit balance in the Allowance account is attributable to the write-off of the PATCOM
    balances in March.

D   Represents the monthly entry to Bad Debt Expense (AHERF is booking to budget) plus the
    entry of $3 million from the Graduate Hospitals (Refer to the issue).
    Monthly Bad Debt Expense agrees to the I/S without exception.

E   Represents the monthly entry to Bad Debt Expense (AHERF is booking to budget) plus the
    write-off of the PATCOM balances.
    Monthly Bad Debt Expense agrees to the I/S without exception.

NOTE:   Recoveries are included in the allowance calculation and cannot be traced to the I/S.

JD-MEYER CLASS DISK

V:\ghacct\plat\fy97\aud\b3\baud.wk4

12/11/2003  06:04:50 PM



AHERF
06/30/97

**Working Paper Name:**      Bucks - Bad Debt Reserve
**Working Paper Reference:**  0053-10
**Working Paper Type:**       Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:**      Kristen Heinlein
**Last Modified By:**  Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

**Modification History:**

---

Document ▼                    ▭ ? ✕

$FILE                    Field Name: Author
$Links                   Data Type: Text List
$Revisions               Data Length: 20 bytes
$UpdatedBy               Seq Num: 17
Author                   Dup Item ID: 0
Categories               Field Flags: SUMMARY
Client_Area_Code_and
Client_Audit_Area_File   "Kristen Heinlein"
Client_Audit_Area_Nan
Client_File_Section_He▼

---

Access to file was denied.

🏁 Start | 🅴 🅾 🕸 ⬜ | 🕰 0053-10 - Buck... | Access to file was denied | 🅱 Microsoft

JD-MEYER CLASS
DISK



# AHERF
## 06/30/97

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 📄 0053-10
**Working Paper Type** 🔳: Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

**Modification History:**

**JD-MEYER CLASS DISK**



AHERF
06/30/97

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type:** Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

**☒ Completed**

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

**☐ Reviewed**

**☐ Mark for Deletion**

**Modification History:**

Document

Control_Flag
Created_By
Date
Date_Completed
Date_Confirm
Date_Created
Date_Deleted
Date_Modified
Date_Tested
Deleted_By

Data Type: Time/Date List
or Range
Data Length: 12 bytes
Seq Num: 17
Dup Item ID: 0
Field Flags: SUMMARY.

05/22/97 04:26:05 PM
EDT

JD-MEYER CLASS
DISK



# AHERF
## 06/30/97

**Working Paper Name:**    Bucks - Bad Debt Reserve
**Working Paper Reference:**    0053-10
**Working Paper Type:**    Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

**☒ Completed**

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

**☐ Reviewed**

**☐ Mark for Deletion**

**Modification History:**

**JD-MEYER CLASS
DISK**



# AHERF
## 06/30/97

**Working Paper Name:**       Bucks - Bad Debt Reserve
**Working Paper Reference:**   0053-10
**Working Paper Type:**        Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE: This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:**     Kristen Heinlein
**Last Modified By:** Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

**Modification History:**

Document ▼   ••• ? X

| Client_Working_Paper | Data Type: Time/Date List |
| Completed_By | or Range |
| Computed_Status | Data Length: 12 bytes |
| Confirmation | Seq Num: 17 |
| ConfirmTick | Dup Item ID: 0 |
| Confirm_By | Field Flags: SUMMARY |
| Control_Flag | |
| Created_By | |
| Date | 06/09/97 11:11:29 AM |
| Date_Completed ▼ | EDT |

**JD-MEYER CLASS
DISK**



AHERF
06/30/97

**Working Paper Name:**     Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type:**     Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE: This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ Completed

**Completed By:**       Kristen Heinlein
**Last Modified By:**   Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

**Modification History:**

Document ▼                              ━━ ? ✕

Header                      Field Name: Modified_By
LastEditor                  Data Type: Text List
LastRevisionDate            Data Length: 20 bytes
Modification_History        Seq Num: 17
Modified_By                 Dup Item ID: 0
Modified_Log                Field Flags: SUMMARY
NoteID
NumberOfEdits               "Kristen Heinlein"
Original_Period_End
Original_Period_Lead

JD-MEYER CLASS
DISK

# AHERF
## 06/30/97

**Working Paper Name:**      SCHC - Contractual Allowance
**Working Paper Reference:**  0053-28
**Working Paper Type :**      Prepared by Client, OLE

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
RESERVE FOR ALLOWANCE CALCULATIONS - INPATIENT (INVISION
For the Month of March 1997

NOTE:  C&L tested the contractual allowance calculation highlighted in Blue.  C&L agreed information to Ad Hoc
Invision system.  No exceptions noted.



**☒ Completed**

**Completed By:**       Kristen Heinlein
**Last Modified By:**    Kristen Heinlein

**☐ Reviewed**

**☐ Mark for Deletion**

**Modification History:**

Document

| Date_Created | Data Type: Time/Date List |
| Date_Deleted | or Range |
| Date_Modified | Data Length: 12 bytes |
| Deleted_By | Seq Num: 5 |
| Delete_Header | Dup Item ID: 0 |
| Deletion_Flag | Field Flags: SUMMARY |
| Description_Header | |
| Det_WP | 07/06/97 04:38:29 PM |
| Display_Character | EDT |
| DocumentClass | |

JD-MEYER CLASS
DISK



AHERF
06/30/97

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type 🛈:** Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

☐ **Reviewed**

Document

| $FILE | Field Name: $Revisions |
| $Links | Data Type: Time/Date List |
| $Revisions | or Range |
| $UpdatedBy | Data Length: 132 bytes |
| Author | Seq Num: 17 |
| Categories | Dup Item ID: 0 |
| Client_Area_Code_anc | Field Flags: SUMMARY |
| Client_Audit_Area_File | |
| Client_Audit_Area_Nar | 05/22/97 04:29:14 PM |
| Client_File_Section_He | EDT |

☐ **Mark for Deletion**

**Modification History:**

Access to file was denied

JD-MEYER CLASS
DISK



# AHERF
## 06/30/97

**Working Paper Name:**  Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type :**  Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:**     Kristen Heinlein
**Last Modified By:**  Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

**Modification History:**

Document ▼                      ···  ?  X

| $FILE | 05/22/97 04:29:14 PM EDT |
| $Links | 05/22/97 04:56:17 PM EDT |
| $Revisions | |
| $UpdatedBy | 05/27/97 10:03:06 AM EDT |
| Author | |
| Categories | 05/27/97 10:21:18 AM EDT |
| Client_Area_Code_anc | |
| Client_Audit_Area_File | 05/27/97 10:28:02 AM EDT |
| Client_Audit_Area_Nar | |
| Client_File_Section_He | |

**JD-MEYER CLASS DISK**



AHERF
06/30/97

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type:** Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE: This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ Completed

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

Modification History:

**JD-MEYER CLASS DISK**

# AHERF
## 06/30/97

**Working Paper Name:**   Bucks - Bad Debt Reserve
**Working Paper Reference:**   0053-10
**Working Paper Type 🛈:**   Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE:  This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

| Document | ▼ | | | — ? X |
| --- | --- | --- | --- | --- |

| | | |
| --- | --- | --- |
| $FILE | 05/27/97 02:16:11 PM | |
| $Links | EDT | |
| $Revisions | 05/27/97 04:10:56 PM | |
| $UpdatedBy | EDT | |
| Author | 05/28/97 09:24:04 AM | |
| Categories | EDT | |
| Client_Area_Code_and | 05/29/97 12:35:18 PM | |
| Client_Audit_Area_File | EDT | |
| Client_Audit_Area_Nar | 06/03/97 03:25:39 PM | |
| Client_File_Section_He | EDT | |

**Completed By:**    Kristen Heinlein
**Last Modified By:**   Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

**Modification History:**

Access to file was denied

🏁 Start | | 0053-10 | Access to file was... | Microsoft Wor... | iMANAGE | iM... | Document - W...

**JD-MEYER CLASS
DISK**



0053-10 - Bucks - Bad Debt Reserve - S. - Lotus Notes

File Edit View Create Actions Link Help

Welcome David S. Torbord Inbox Dealing with David S. Torbord Calen Workspace AHERF

# AHERF
## 06/30/97

**Working Paper Name:** Bucks - Bad Debt Reserve
**Working Paper Reference:** 0053-10
**Working Paper Type:** Prepared by Client, OLE

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
ACCOUNTS RECEIVABLE AGING - INPATIENT
(Revised Bad Debt Calculations)
MARCH 31, 1997

NOTE: This w/p represents the inpatient and outpatient bad debt calculations and the summary of reserves for b

☒ **Completed**

**Completed By:** Kristen Heinlein
**Last Modified By:** Kristen Heinlein

☐ **Reviewed**

**Document** ▾

| | |
|---|---|
| $FILE | EDT |
| $Links | 06/03/97 03:25:39 PM |
| $Revisions | EDT |
| $UpdatedBy | 06/09/97 11:30 AM |
| Author | EDT |
| Categories | 06/09/97 11:20:21 AM |
| Client_Area_Code_and | EDT |
| Client_Audit_Area_File | 06/19/97 04:18:10 PM |
| Client_Audit_Area_Nar | EDT |
| Client_File_Section_He | |

☐ **Mark for Deletion**

**Modification History:**

**JD-MEYER CLASS
DISK**

**EXHIBIT  4297**

**AHERF**
**06/30/97**

**Issue Topic:**          $50 Million Reserve Entry

**Issue Description:**   Per conversation with Robin Schafer, C&L notes that a total of $50 million was intercompanied from the Graduate hospitals to the Delaware Valley hospitals due to the DV bad debt reserve shortfalls.
   A determination was made that $25 million of reserves would be recorded in the DV hospitals in the March, 1997 financials and the remaining $25 million would be recorded in April.

   The allocation of the reserves was as follows:

|          | March, 1997 | April, 1997 | Total |
|----------|-------------|-------------|-------|
| Bucks    | $3 million  | $ 4 million | $ 7 million |
| Elkins   | 3 million   | 5 million   | 8 million |
| HUH      | 5 million   | 5 million   | 10 million |
| MCP      | 8 million   | 7 million   | 15 million |
| SCHC     | 6 million   | 4 million   | 10 million |
|          |             |             | $25 million |
| $25 million | $50 million |          |       |

   The journal entry for the DV entities was as follows:

   Dr.  Intercompany          xxx
       Cr.   I/P Reserve for Uncollectible Accounts   xxx

   The journal entries for the Graduate Hospitals was as follows:

   Dr.  Intercompany          xxx
       Cr.  Other Assets - Purch Price Adj.  (intangible)   xxx

   Dr.  Accrued Liabilities - Other   xxx
       Cr.  Accrued Liabilities - Other        xxx

   C&L notes that AHERF is amortizing the intangible over 35 years. C&L does not take exception.

**Link to Further Information:**  Audit Program Step 🖹 Audit program step

**Issue Type 🖽:**          No further action required

**Audit Area(s)**
**Affected 🖽:**          Patient Accounts Receivable

**Client Site 🖽 :**          Delaware Valley, Graduate



DEPOSITION EXHIBIT
4297
Heinlein 2-24-04

 Cleared

**Comments:**

| | | | |
|---|---|---|---|
| **Created By:** | Kristen Heinlein | **Date:** | 06/09/97 09:09:07 AM |
| **Last Modified By:** | Kristen Heinlein | **Date:** | 06/09/97 10:30:01 AM |
| **Cleared By:** | | **Date:** | |

 Reviewed

 Mark for Deletion

CONFIDENTIAL-COUNSEL ONLY          CL 232336

**EXHIBIT  4303**

**AHERF**
**06/30/97**

Working Paper Name:      $50 Million Bad Debt Reserve Entry
Working Paper Reference:    0053-75
Working Paper Type :      Created in Notes

---

Per conversation with Robin Schafer, C&L notes that a total of $50 million was intercompanied from the Graduate hospitals to the Delaware Valley hospitals to help "support" these entities due to the bad debt reserve shortfalls.

A determination was made that $25 million of reserves would be recorded in the DV hospitals in the March, 1997 financials and the remaining $25 million would be recorded in April.

The allocation of the reserves was as follows:

|        | March, 1997 | April, 1997 | Total       |
|--------|-------------|-------------|-------------|
| Bucks  | $3 million  | $ 4 million | $ 7 million |
| Elkins | 3 million   | 5 million   | 8 million   |
| HUH    | 5 million   | 5 million   | 10 million  |
| MCP    | 8 million   | 7 million   | 15 million  |
| SCHC   | 6 million   | 4 million   | 10 million  |
|        | $25 million | $25 million | $50 million |

---

 **Completed**

Completed By:      Kristen Heinlein      Date:   09/15/97 02:20:12 PM
Last Modified By:    Christa L. Porter      Date:   09/22/97 10:18:20 AM

|  **Reviewed**      Christa L. Porter |
|---|

| ☐ **Marked for** |
|---|

**Modification History:**

| Kristen Heinlein |
|---|


DEPOSITION
EXHIBIT
4303
Heinlein 8/24/04

CL 013541