**EXHIBIT  4305**

**AHERF**
**06/30/97**

File Section Heading:  Assets
File Section Code:  0053
File Section Name:  Patient Accounts Receivable
Step Name:  Examine adjustments made
throughout the year

**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in reconciling detailed patient's receivable records with the control account(s) in the general ledger.

Audit Objectives:  Accuracy

**Step Comments**
$50 million · Graduate Bad Debt

☐ Completed

Completed By:  **Date:**

Last Modified By:  Kristen Heinlein  **Date:**
05/29/97 08:47:05 AM

☐ Reviewed

☐ Mark for Deletion



DEPOSITION
EXHIBIT
4305

Heinlein 22404

**JD-MEYER CLASS DISK**



AHERF
06/30/97

**File Section Heading:**    Assets
**File Section Code:**    0053
**File Section Name:**    Patient Accounts Receivable
**Step Name:**    Examine adjustments made throughout the year
**Step Description:**

Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in reco
with the control account(s) in the general ledger.

**Audit Objectives:**    Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

☐ Completed

**Completed By:**
**Last Modified By:**    Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

**JD-MEYER CLASS
DISK**



**Examine adjustments made throughout the year** - David S. Torborg - Lotus Notes

File  Edit  View  Create  Actions  Help

Welcome | David S. Torborg - Inbox | AHERF-Allegheny Hea Audit File-1 Audit Work 2 By | Examine adjustments ma

# AHERF
## 06/30/97

**File Section Heading:**     Assets
**File Section Code:**        0053
**File Section Name:**        Patient Accounts Receivable
**Step Name:**               Examine adjustments made throughout the year
**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in recc
with the control account(s) in the general ledger.

**Audit Objectives:**        Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

**Document**

Client_Step_Group_Na        Field Name:
Client_Step_Number          Date_Completed
Completed_By                Data Type: Text List
Computed_Status             Data Length: 4 bytes
Confirmation                Seq Num: 8
ConfirmTick                 Dup Item ID: 0
Confirm_By                  Field Flags: SUMMARY
Control_Flag
Created_By
Date_Completed

☐ **Completed**

**Completed By:**
**Last Modified By:**        Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

958 unread document(s) remaining

Start | Examine adjustm... | C:\WINDOWS\Profi... | C:\WINDOWS\Profi... | Document - WordPad

**JD-MEYER CLASS DISK**



AHERF
06/30/97

| | |
|---|---|
| File Section Heading: | Assets |
| File Section Code: | 0053 |
| File Section Name: | Patient Accounts Receivable |
| Step Name: | Examine adjustments made throughout the year |

Step Description:
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in reco
with the control account(s) in the general ledger.

Audit Objectives:        Accuracy

Step Comments
$50 million - Graduate Bad Debt

☐ Completed

Completed By:
Last Modified By:        Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

JD-MEYER CLASS
DISK



JD-MEYER CLASS
DISK



**AHERF**
**06/30/97**

| | |
|---|---|
| **File Section Heading:** | Assets |
| **File Section Code:** | 0053 |
| **File Section Name:** | Patient Accounts Receivable |
| **Step Name:** | Examine adjustments made throughout the year |

**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in reco
with the control account(s) in the general ledger.

**Audit Objectives:**       Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

**Document**

Previous_Review
PrevTest_Date_Flag
Prev_Date_Flag
Ques1
Ques2
Ready_for_Review
Reviewed_By
Reviewed_By_Date
Review_Log
Review_Log_Date

Field Name: Reviewed_By
Data Type: Text List
Data Length: 4 bytes
Seq Num: 8
Dup Item ID: 0
Field Flags: SUMMARY

☐ **Completed**

**Completed By:**
**Last Modified By:**       Kristen Heinlein

☐ **Reviewed**

☐ **Mark for Deletion**

JD-MEYER CLASS DISK



AHERF
06/30/97

**File Section Heading:**   Assets
**File Section Code:**      0053
**File Section Name:**      Patient Accounts Receivable
**Step Name:**             Examine adjustments made throughout the year
**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in rec
with the control account(s) in the general ledger.

**Audit Objectives:**      Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

☐ Completed

**Completed By:**
**Last Modified By:**      Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

JD-MEYER CLASS
DISK



AHERF
06/30/97

**File Section Heading:**    Assets
**File Section Code:**    0053
**File Section Name:**    Patient Accounts Receivable
**Step Name:**    Examine adjustments made throughout the year
**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in rec[...] with the control account(s) in the general ledger.

**Audit Objectives:**    Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

| Document |
|---|
| $Revisions | 01/20/97 07:44:38 PM EST |
| $UpdatedBy | |
| Author | 01/20/97 07:44:38 PM EST |
| Client_Area_Code_and | |
| Client_Audit_Area_File | 03/09/97 11:54:54 AM EST |
| Client_Audit_Area_Nar | |
| Client_Audit_Program_ | 03/09/97 12:15:34 PM EST |
| Client_File_Section_He | |
| Client_Name | 04/23/97 05:14:02 PM EDT |
| Client_Period_End | |

[ ] **Completed**

**Completed By:**
**Last Modified By:**    Kristen Heinlein

[ ] **Reviewed**

[ ] **Mark for Deletion**

JD-MEYER CLASS DISK



**AHERF**
**06/30/97**

| | |
|---|---|
| **File Section Heading:** | Assets |
| **File Section Code:** | 0053 |
| **File Section Name:** | Patient Accounts Receivable |
| **Step Name:** | Examine adjustments made throughout the year |

**Step Description:**
Examine support for significant unusual or non-recurring adjustments made throughout the year by the client in rec
with the control account(s) in the general ledger.

**Audit Objectives:**        Accuracy

**Step Comments**
$50 million - Graduate Bad Debt

☐ Completed

**Completed By:**
**Last Modified By:**        Kristen Heinlein

☐ Reviewed

☐ Mark for Deletion

JD-MEYER CLASS
DISK

**EXHIBIT  4329**

## AHERF
## 06/30/97

**One-line Summary:**   Robin to get Detail from Dan
regarding Graduate Reserves

**Link to Further Information:** Working Paper 📄    0053-1
A/R Lead Schedule - 3/31/97

| Review Comment: | Response: |
|---|---|
|  |  |

| ☐ Answered | ☐ Cleared |
|---|---|

---

**Created By:**    Kristen Heinlein    **Date:**

07/06/97 04:48:54 PM

**Last Modified By:**    Kristen Heinlein    **Date:**

07/06/97 04:49:13 PM

**Answered By:**    **Date:**

**Cleared By:**    **Date:**

☐ Mark for Deletion



DEPOSITION
EXHIBIT
4329
Heinlein 2-25-04
PENGAD 800-631-6989

**JD-MEYER CLASS
DISK**

**EXHIBIT  4386**

**AHERF**
**Accounts Receivable Procedures**

- See operational procedures section prepared by Norb

- Obtain & document policies & procedures for A/R across system

  - If differences between entities, document and test

- Complete RAC's and test where appropriate

- Document & test controls over cash application procedures and maintenance of remittance advice log summaries

- Document & test computer systems. Detail review of all conversions and consider implications new systems have on information available for A/R

- Complete analytical analysis by entity 

  - Aging by Payor & hospital

  - Bad debt % in relation to A/R

  - Bad debt expense analytics by entity

  - Contractual allowance analytics by payor & by entity

  - Days in A/R

- Prepare AGH model reserve for all entities

- Subsequent receipt testing (seek high coverage)

- Document policies & procedures over credit balance reporting.

  - Specific testing of significant credit balances (individual & in total)

- High dollar account testing

- Update PIP status & procedures over PIP accounting,

  - Identify implications on 1996 f/s from clearing of 1995 PIP balances

- CRA review & update

CL 035649


DEPOSITION
EXHIBIT
4386
Kirsten 5-12-04

**AHERF**
**Accounts Receivable Procedures**

- Managed Care

  - Obtain & read large managed care contracts

  - Document how managed care implemented into billing systems

  - Consider implications of capitation contracts and/or risk contracts

CL 035650

**EXHIBIT  4387**

**AHERF**
**06/30/96**

Working Paper Name:       HUH (Center City) Inpatient Bad Debt Analysis- 6/30/96
Working Paper Reference:       0053-551
Working Paper Type ☐:       OLE

HAHNEMANN UNIVERSITY HOSPITAL
INPATIENT BAD DEBT RESERVE CALCULATION
06/30/96

**PBC**

☐ Completed

Completed By:       Brian W. Christian       Date:   09/19/96 10:06:54 AM
Last Modified By:     Mark D. Kirstein       Date:   10/03/96 12:34:46 AM

| ☐ Reviewed | Mark D. Kirstein |
|---|---|

| ☐ Mark for Deletion |
|---|

Modification History:

| Brian W. Christian |
|---|

CL 001096

DEPOSITION
EXHIBIT
4387

PENGAD 800-631-6989

HAHNEMANN UNIVERSITY HOSPITAL
INPATIENT BAD DEBT RESERVE CALCULATION
06/30/96

**Note: The reserve calculation below is based on the aged by final billed date methodology.**

## PBC

| CLASS | TOTAL | INHOUSE & DNFB (NET) | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | 1,493,770 | 0 | 0 | 160,475 | 210,103 | 190,815 | 221,159 | 163,335 | 273,681 | 161,592 | 112,609 |
| 4 INDUSTRIAL HEALTH | 379,214 | 0 | 0 | 0 | 0 | 0 | 61,280 | 35,758 | 76,026 | 40,107 | 166,044 |
| A PHILA BLUE CROSS | 6,769 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,580 | 619 | 570 |
| B BLUE CROSS- BANK & FED | 1,789,323 | 0 | 0 | 76,050 | 50,621 | 82,389 | 106,621 | 150,061 | 150,492 | 161,165 | 1,011,925 |
| C HMO PA/NJ | 1,464 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,464 |
| D DISCONTINUED | 1,263,910 | 179,420 | 241,915 | 130,474 | 79,787 | 44,344 | 16,344 | 42,087 | (21,616) | 77,632 | 473,523 |
| E COMMERCIAL | 186,096 | 0 | 0 | 0 | 0 | 0 | 36,343 | 17,724 | 38,400 | 5,426 | 88,202 |
| F MEDICARE | 1,599,283 | 148,743 | 155,653 | 87,524 | 46,471 | 21,910 | 33,479 | 66,399 | 133,564 | 163,734 | 890,548 |
| G PA MED ASSISTANCE | 450,864 | 96,154 | 50,357 | 45,608 | 51,771 | 27,843 | 113,147 | 7,372 | 195,179 | 20,813 | 6,021 |
| H PA MED ASSIST APPS | 757,992 | 0 | 111,028 | 122,705 | 105,279 | 9,798 | 32,740 | 23,744 | 47,784 | 70,202 | 28,770 |
| I HEALTH PASS/MANAGED MA | 931,842 | 1,811 | 18,167 | 11,998 | 26,206 | 14,507 | 9,950 | 6,700 | 5,925 | (278) | 731,036 |
| K NJ MED ASSIST | 115,218 | 0 | 21,008 | 18,949 | 14,160 | 0 | 4,476 | 2,749 | 17,896 | 2,921 | 31,909 |
| L WORKER COMP | 50,737 | 6,496 | 0 | 0 | 0 | 14,179 | 764 | 368 | 62,562 | 14,485 | 28,788 |
| M DISCONTINUED | 497,750 | 0 | 10,057 | 9,074 | 13,112 | 91 | 13,605 | 19,874 | 1,240 | 686 | 334,305 |
| N MISC 3rd PARTIES/OTHER IP | 5,037 | 0 | 676 | 338 | 0 | | 231 | 0 | 0 | (284,114) | 1,775 |
| P HAHN BC FLEX | | | | | | | | | | | |
| S SELF PAY | 5,528,980 | 27,307 | 381,133 | 424,042 | 359,731 | 366,252 | 629,718 | 352,062 | 1,177,171 | 434,991 | 2,095,678 |
| REQUIRED RESERVE | 15,058,248 | 459,931 | 989,996 | 1,087,235 | 873,542 | 877,409 | 1,279,858 | 888,234 | 2,163,885 | 434,991 | 6,003,167 |

53-557

A- Commercial reserve is calculated based on gross A/R less estimated contractual percentage.
(1) * (2) * (80%) with the exception of Inhouse & DNFB.

(1) * (2)=

**Note: The reserve calculation below is based on the aged by discharge date methodology.**

| CLASS | TOTAL | INHOUSE & DNFB (NET) | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | 1,633,306 | 0 | 0 | 159,831 | 210,806 | 193,795 | 238,453 | 184,601 | 317,325 | 163,266 | 165,230 |
| 4 INDUSTRIAL HEALTH | 386,262 | 0 | 0 | 0 | 0 | 0 | 42,932 | 37,504 | 91,512 | 36,958 | 177,356 |
| A PHILA BLUE CROSS | 6,769 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,580 | 619 | 570 |
| B BLUE CROSS- BANK & FED | 1,858,051 | 0 | 0 | 84,902 | 60,063 | 97,278 | 87,924 | 159,874 | 172,746 | 135,679 | 1,059,585 |
| C HMO PA/NJ | 1,464 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,464 |
| D DISCONTINUED | 1,273,396 | 179,420 | 206,273 | 136,564 | 107,925 | 45,991 | 12,076 | 13,172 | 9,438 | 73,922 | 489,614 |
| E COMMERCIAL | 188,977 | 0 | 0 | 0 | 0 | 0 | 35,488 | 17,730 | 38,501 | 5,604 | 91,654 |
| F MEDICARE | 1,651,975 | 148,743 | 123,931 | 90,450 | 41,737 | 36,848 | 16,943 | 32,811 | 136,404 | 186,884 | 985,967 |
| G PA MED ASSISTANCE | 450,864 | 96,154 | 11,793 | 19,931 | 48,927 | 32,739 | 36,951 | 14,376 | 49,845 | 56,885 | 30,675 |
| H PA MED ASSIST APPS | 761,628 | 0 | 88,678 | 137,919 | 25,919 | 83,756 | 58,782 | 6,714 | 213,813 | 19,310 | 30,583 |
| I HEALTH PASS/MANAGED MA | 950,205 | 1,811 | 12,332 | 14,324 | 25,606 | 14,308 | 4,791 | 8,320 | 62,818 | 67,053 | 740,654 |
| K NJ MED ASSIST | 115,219 | 0 | 20,722 | 16,380 | 16,382 | 15,140 | 4,477 | 2,747 | 5,928 | (278) | 31,909 |
| L WORKER COMP | 52,377 | 0 | 0 | 0 | 0 | 0 | 739 | 393 | 17,896 | 871 | 32,477 |
| M DISCONTINUED | | | | | | | | | | | |

(3) * (2)=

CL 001097

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| N MISC 3rd PARTIES/OTHER IP | 513,172 | 6,496 | 10,057 | 6,383 | 13,708 | 4,744 | 3,800 | 35,837 | 52,385 | 29,408 | 350,354 |
| P HAHN BC FLEX | 5,037 | 0 | 676 | 338 | 0 | 91 | 231 | 0 | 1,240 | 686 | 1,775 |
| S SELF PAY | 5,789,937 | 27,307 | 306,166 | 412,744 | 343,174 | 296,951 | 326,183 | 356,286 | 1,242,943 | (334,701) | 2,812,884 |
| REQUIRED RESERVE | 15,638,638 | 459,931 | 780,629 | 1,079,767 | 894,249 | 821,640 | 869,769 | 870,366 | 2,418,373 | 442,165 | 7,001,751 |

A - **Commercial reserve is calculated based on gross A/R less estimated contractual percentage.**
**(3) * (2)* (80%) with the exception of Inhouse & DNFB.**

Reserve difference due to change in historic aging methodology:

| Reserve using final billed aging | 15,058,248 |
|---|---|
| Reserve using discharge date | 15,638,638 |
| Difference | (580,390) |

**Note:**
C&L does not propose an entry for the difference between the two reserve calculations because C&L has prepared an additional analysis for the bad debt reserve using AGH's reserve percentages and the client has booked an additional reserve.

HAHNEMANN UNIVERSITY HOSPITAL
ACCOUNTS RECEIVABLE AGING - INPATIENT
June 30, 1996

**AGED FROM FINAL BILL DATE**

| CLASS | TOTAL | IH & DNFB (NET) | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | 14,810,207 | 1,916,375 | 3,191,488 | 3,209,499 | 2,101,031 | 1,272,102 | 1,105,797 | 653,339 | 912,271 | 323,185 | 125,121 |
| 4 INDUSTRIAL HEALTH | 0 | | | | | | | | | | 0 |
| A PHILA BLUE CROSS | 12,839,209 | 1,141,009 | 1,996,860 | 1,908,239 | 1,372,533 | 496,720 | 1,225,592 | 715,168 | 1,520,516 | 802,131 | 1,660,441 |
| B BLUE CROSS- BANK & FED | 144,692 | | | | 15,015 | | | | 111,594 | 12,386 | 5,697 |
| C HMO PA/NJ | 8,278,279 | 811,751 | 2,140,461 | 1,520,992 | 506,212 | 549,257 | 426,484 | 500,203 | 376,229 | 322,330 | 1,124,361 |
| D DISCONTINUED | 1,627 | | | | | | | | | | 1,627 |
| E COMMERCIAL | 9,506,486 | 1,794,202 | 3,023,943 | 1,630,920 | 997,337 | 369,535 | 136,196 | 263,043 | (135,096) | 242,599 | 1,183,367 |
| F&R MEDICARE | 13,856,305 | 3,549,938 | 6,035,212 | 953,575 | 236,206 | 241,482 | 726,861 | 354,489 | 767,993 | 108,529 | 882,020 |
| G PA MED ASSISTANCE | 9,367,447 | 900,088 | 1,556,535 | 875,241 | 464,710 | 219,101 | 334,792 | 265,598 | 534,256 | 654,936 | 3,562,190 |
| H PA MED ASSIST APPS | 1,505,970 | 297,486 | 201,428 | 182,434 | 207,086 | 111,373 | 452,590 | 29,489 | | 27,751 | 24,005 |
| I HEALTH PASS/MANAGED MA | 2,033,518 | 384,614 | 444,112 | 490,820 | 86,317 | 210,559 | 65,460 | 31,659 | 260,238 | 93,603 | 31,967 |
| K NJ MED ASSIST | 1,448,546 | | 181,672 | 119,977 | 104,825 | 39,194 | 19,901 | 13,400 | 63,712 | 23,701 | 812,262 |
| L WORKER COMP | 838,931 | 18,110 | 210,083 | 189,485 | 141,603 | 145,073 | 29,843 | 18,325 | 35,793 | (1,111) | 63,819 |
| M | 75,886 | | | | | | 1,529 | 736 | 125,124 | 5,842 | 31,986 |
| N MISC 3rd PARTIES/OTHER IP | 1,148,547 | 25,985 | 50,286 | 45,371 | 52,449 | 56,716 | 45,350 | 49,686 | | 28,970 | 668,610 |
| P HAHN BC FLEX | 26,775 | | 6,758 | 3,376 | | 912 | 924 | | 4,962 | 2,742 | 7,101 |
| S&W SELF PAY | 7,528,938 | 54,614 | 762,267 | 848,084 | 599,551 | 610,421 | 899,597 | 502,945 | 1,471,464 | (315,682) | 2,095,678 |
| **TOTAL** | 83,411,361 | 10,894,172 | 19,801,104 | 11,978,012 | 6,884,875 | 4,322,445 | 5,470,934 | 3,398,080 | 6,072,756 | 2,308,211 | 12,280,772 |

(1) Amounts were traced into the Invision system generated report.

**AGED BY DISCHARGE DATE**

| CLASS | TOTAL | IH & DNFB (NET) | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTRACTS | 14,810,207 | 1,916,375 | 2,798,651 | 3,196,612 | 2,108,063 | 1,291,968 | 1,192,264 | 738,405 | 1,057,751 | 326,531 | 183,589 |
| 4 INDUSTRIAL HEALTH | 0 | | | | | | | | | | 0 |
| A PHILA BLUE CROSS | 12,839,209 | 1,141,009 | 1,667,985 | 1,729,354 | 1,553,497 | 795,682 | 858,649 | 750,084 | 1,830,236 | 739,152 | 1,773,561 |
| B BLUE CROSS - BANK & FED | 144,692 | | | | | 15,015 | | | 111,594 | 12,386 | 5,697 |
| C HMO PA/NJ | 8,278,279 | 811,751 | 1,754,186 | 1,698,048 | 600,630 | 648,518 | 351,695 | 532,912 | 431,864 | 271,358 | 1,177,317 |
| D DISCONTINUED | 1,627 | | | | | | | | | | 1,627 |
| E COMMERCIAL | 9,506,486 | 1,794,202 | 2,578,415 | 1,707,055 | 1,349,069 | 383,257 | 100,633 | 82,328 | 58,986 | 231,007 | 1,221,534 |
| F&R MEDICARE | 13,856,305 | 3,549,938 | 5,437,438 | 1,448,640 | 291,016 | 266,273 | 709,769 | 354,593 | 770,022 | 112,081 | 916,537 |
| G PA MED ASSISTANCE | 9,367,447 | 900,088 | 1,239,315 | 904,504 | 417,373 | 368,477 | 169,429 | 131,242 | 545,616 | 747,534 | 3,943,367 |
| H PA MED ASSIST APPS | 1,505,970 | 297,486 | 47,171 | 79,724 | 195,709 | 130,955 | 147,803 | 57,504 | 199,379 | 227,538 | 122,099 |
| I HEALTH PASS/MANAGED MA | 2,033,518 | 384,614 | 354,714 | 551,674 | 103,677 | 167,511 | 117,565 | 8,952 | 285,084 | 25,746 | 33,981 |
| K NJ MED ASSIST | 1,448,546 | 0 | 123,322 | 143,239 | 102,423 | 57,231 | 9,582 | 16,640 | 83,757 | 69,404 | 822,949 |
| L WORKER COMP | 838,931 | 18,110 | 207,218 | 163,804 | 163,822 | 151,396 | 29,846 | 18,316 | 23,711 | (1,111) | 63,819 |

CL 001099

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| M | 75,886 | 0 | 0 | 0 | 0 | 0 | 1,478 | 786 | 35,793 | 1,743 | 36,006 |
| N&Q MISC 3rd PARTIES/OTHER IP | 1,148,547 | 25,985 | 50,286 | 31,917 | 54,834 | 18,976 | 12,665 | 89,593 | 104,769 | 58,815 | 700,700 |
| P HAHN BC FLEX | 26,775 | 0 | 6,758 | 3,376 | 0 | 912 | 924 | 0 | 4,962 | 2,742 | 7,101 |
| S&W SELF PAY | 7,528,938 | 54,614 | 612,333 | 825,488 | 571,956 | 494,919 | 465,975 | 508,980 | 1,553,679 | (371,890) | 2,812,884 |
| TOTAL | 83,411,361 | 10,894,172 | 16,877,791 | 12,483,435 | 7,512,068 | 4,791,091 | 4,168,275 | 3,290,335 | 7,097,201 | 2,473,037 | 13,823,955 |

(3)- C&L obtained amounts from the Invision system generated agings.

83,411,361 (4)
10,894,172 (5)

72,517,189 53-555

CL 001100

HAHNEMANN UNIVERSITY HOSPITAL
INPATIENT BAD DEBT RESERVE PERCENTAGES

| CLASS | INHOUSE & DNFB | 0-30/ FINAL BILLS | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| (2) | | | | | | | | | | |
| 3 MISC HMO CONTRACTS | 0% | 0% | 5% | 10% | 15% | 20% | 25% | 30% | 50% | 90% |
| 4 INDUSTRIAL HEALTH | 0% | 0% | 5% | 10% | 15% | 25% | 30% | 40% | 50% | 90% |
| A PHILA BLUE CROSS | 0% | 0% | 0% | 0% | 0% | 5% | 5% | 5% | 5% | 10% |
| B BLUE CROSS- BANK & FED | 0% | 0% | 5% | 0% | 0% | 5% | 5% | 5% | 5% | 10% |
| C HMO PA/NJ | 0% | 0% | 5% | 10% | 15% | 25% | 30% | 40% | 50% | 90% |
| D DISCONTINUED | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 75% | 75% | 90% |
| E COMMERCIAL INS | 10% | 10% | 10% | 10% | 15% | 15% | 20% | 20% | 40% | 50% |
| F MEDICARE | 0% | 0% | 0% | 0% | 0% | 5% | 5% | 5% | 5% | 10% |
| G PA MED ASSISTANCE | 0% | 10% | 10% | 10% | 10% | 10% | 25% | 25% | 25% | 25% |
| H PA MED ASSIST APPS | 50% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| I HEALTH PASS/MANAGED MA | 25% | 25% | 25% | 25% | 50% | 50% | 75% | 75% | 75% | 90% |
| K NJ MED ASSIST | 25% | 10% | 10% | 10% | 10% | 15% | 15% | 25% | 75% | 50% |
| L WORKER COMP | 10% | 10% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| M DISCONTINUED | 50% | 50% | 50% | 50% | 25% | 50% | 40% | 50% | 50% | 50% |
| N MISC 3rd PARTIES/OTHER IP | 25% | 20% | 20% | 25% | 30% | 30% | 40% | 50% | 50% | 50% |
| O DISCONTINUED | 20% | 20% | 20% | 20% | 20% | 25% | 25% | 50% | 50% | 50% |
| P HAHN BC FLEX | 10% | 10% | 10% | 10% | 10% | 25% | 25% | 25% | 25% | 25% |
| S SELF PAY | 50% | 50% | 50% | 60% | 60% | 70% | 70% | 80% | 90% | 100% |

CL 001101

**EXHIBIT  4389**

**AHERF**
**06/30/96**

| | |
|---|---|
| Working Paper Name: | Reserve for Bad Debts Reconciliation- MCP & EPPI |
| Working Paper Reference: | 0053-157 |
| Working Paper Type ⓘ: | OLE, Prepared by Client |

---

ALLEGHENY UNIVERSITY HOSPITALS

EAST FALLS (formerly MCC) - INPATIENT

SUMMARY OF RESERVES FOR BAD DEBTS

#1204100-95000210

06/30/96          PBC

---

**Completed**

| | | | |
|---|---|---|---|
| Completed By: | Brian W. Christian | Date: | 09/19/96 10:09:34 AM |
| Last Modified By: | Mark D. Kirstein | Date: | 10/03/96 12:34:46 AM |

| **Reviewed** | Mark D. Kirstein |
|---|---|

| **Mark for Deletion** |
|---|

Modification History:

| Brian W. Christian |
|---|

CL 001200

DEPOSITION
EXHIBIT
4389
Kirstein 5.1204

PENGAD 800-631-6989

ALLEGHENY UNIVERSITY HOSPITALS     08-Oct-98
EAST FALLS (formerly MCCI - INPATIENT     11:41 AM
SUMMARY OF RESERVES FOR BAD DEBTS
#1204100-95000210
06/30/96     PBC

| MONTH | BEGINNING BALANCE | WRITE-OFFS | OTHER | RECOVERIES | PROVISIONS | ENDING BALANCE | ADJ. ENDING BALANCE | CALCULATED RESERVE AMT | VARIANCE (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | |
| FYE 6/30/93 BAL: | | | | | | (3,706,642) | (3,706,642) | (3,706,642) | 0 |
| FYE 6/30/94 BAL: | | | | | | (2,433,504) | (2,433,504) | (2,433,504) | 0 |
| FYE 6/30/95 BAL: | | | | | | (3,119,384) | (3,119,384) | (3,215,873) | 96,489 |
| JULY | ($3,119,384) | $298,401 | | ($5,935) | ($681,966) | ($3,508,884) | ($3,508,884) | ($3,399,856) | ($109,028) |
| AUGUST | (3,508,884) | 238,185 | | (7,783) | (374,689) | (3,653,170) | (3,653,170) | (3,506,344) | (146,826) |
| SEPTEMBER | (3,653,170) | 457,298 | | (38,312) | (608,647) | (3,842,831) | (3,842,831) | (3,455,442) | (387,389) |
| OCTOBER | (3,842,831) | 825,274 | | (61,150) | (257,853) | (3,336,559) | (3,336,559) | (2,575,771) | (760,788) |
| NOVEMBER | (3,336,559) | 358,467 | | (13,963) | (83,730) | (3,075,785) | (3,075,785) | (2,967,869) | (107,916) |
| DECEMBER | (3,075,785) | 296,263 | | (2,615) | (695,086) | (3,477,223) | (3,477,223) | (3,061,588) | (415,635) |
| JANUARY | (3,477,223) | 365,798 | | (3,718) | (741,493) | (3,856,636) | (3,856,636) | (3,650,716) | (205,920) |
| FEBRUARY | (3,856,636) | 1,807,319 | | (15,077) | (801,535) | (2,865,929) | (2,865,929) | (3,169,876) | 303,947 |
| MARCH | (2,865,929) | 528,820 | | (2,564) | (836,123) | (3,175,796) | (3,175,796) | (3,213,724) | 37,928 |
| APRIL | (3,175,796) | 1,306,172 | | (52,379) | (858,473) | (2,780,477) | (2,780,477) | (2,569,975) | (210,502) |
| MAY | (2,780,477) | 674,974 | | (34,183) | (892,152) | (3,031,837) | (3,031,837) | (2,885,814) | (146,023) |
| JUNE | (3,031,837) | 1,064,360 | | (110,775) | (779,862) | (2,858,115) | (2,858,115) | (2,930,547) | 72,432 |
| SUB-TOTAL | (3,119,384) | 8,221,332 | 0 | (348,454) | (7,611,609) | (2,858,115) | (2,858,115) | (2,930,547) | 72,432 |
| ACCRUAL RESERVE | | | | | | 0 | 0 | | |
| TOTAL | ($3,119,384) | $8,221,332 | $0 | ($348,454) | ($7,611,609) | ($2,858,115) | ($2,858,115) | ($2,930,547) | $72,432 |

53-155

Note:    Comparison of client's calculation and amount booked:

Reserves
    Booked    B/S method

Inpatient    (2,858,115) (2,930,547)
EPPI     (478,916) (1,214,576)

    (3,337,031) (4,145,123)    (808,092)
    53-150

CL 001201