```
ALLEGHENY UNIVERSITY HOSPITALS                                              08-Oct-98
EAST FALLS - EPPI                                                           11:41 AM
SUMMARY OF RESERVES FOR BAD DEBTS
#1204100-95001210
   6/30/96        PBC
```

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | PROVISIONS | ENDING BALANCE | CALCULATED RESERVE AMT | VARIANCE (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|
| **COMPARATIVE DATA:** | | | | | | | | |
| FYE 6/30/93 BAL: | | | | | | (587,352) | (587,352) | 0 |
| FYE 6/30/94 BAL: | | | | | | (782,352) | (782,352) | 0 |
| FYE 6/30/95 BAL: | | | | | | (852,051) | (852,051) | 0 |
| JULY | ($852,051) | | | | ($13,367) | ($865,418) | ($794,005) | ($71,413) |
| AUGUST | (865,418) | | | | (1,831) | (867,249) | (733,199) | (134,050) |
| SEPTEMBER | (867,249) | | | | (15,063) | (882,312) | (777,885) | (104,427) |
| OCTOBER | (882,312) | | | | (15,904) | (898,216) | (894,635) | (3,581) |
| NOVEMBER | (898,216) | | | | (16,256) | (914,472) | (881,005) | (33,467) |
| DECEMBER | (914,472) | 8 | | | (15,738) | (930,202) | (1,051,252) | 121,050 |
| JANUARY | (930,202) | 9 | | | (17,032) | (947,225) | (1,074,852) | 127,627 |
| FEBRUARY | (947,225) | | | | (14,783) | (962,008) | (1,264,419) | 302,411 |
| MARCH | (962,008) | | | | (16,442) | (978,450) | (1,410,384) | 431,934 |
| APRIL | (978,450) | 548,422 | | | (16,094) | (446,121) | (964,287) | 518,166 |
| MAY | (446,121) | | (1,432) | | (16,629) | (464,182) | (1,286,948) | 822,766 |
| JUNE | (464,182) | | 816 | | (15,550) | (478,916) | (1,214,576) | 735,660 |
| TOTAL | ($852,051) | $548,440 | ($616) | $0 | ($174,689) | ($478,916) | ($1,214,576) | $735,660 |

**53-156**

CL 001202

ALLEGHENY UNIVERSITY HOSPITALS
EAST FALLS (formerly MCC) - OUTPATIENT
SUMMARY OF RESERVES FOR BAD DEBTS
#1204200-95000210

| MONTH | BEGINNING BALANCE | WRITE-OFFS | PHARMACY ADJUST | RECOVERIES | PROVISIONS | ENDING BALANCE | ADJ. ENDING BALANCE | CALCULATED RESERVE AMT | VARIANCE (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | |
| FYE 6/30/93 BAL: | | | | | | (2,039,824) | (2,039,824) | (2,039,824) | 0 |
| FYE 6/30/94 BAL: | | | | | | (1,967,799) | (1,967,799) | (1,967,799) | 0 |
| FYE 6/30/95 BAL: | | | | | | (2,192,780) | (2,192,780) | (2,210,862) | 18,082 |
| JULY | ($2,192,780) | $708,544 | | ($34,811) | ($702,675) | ($2,221,721) | ($2,221,721) | ($2,113,505) | ($108,216) |
| AUGUST | (2,221,721) | 652,893 | | (28,921) | (850,032) | (2,447,781) | (2,447,781) | (2,399,044) | (48,737) |
| SEPTEMBER | (2,447,781) | 743,192 | | (62,952) | (774,381) | (2,541,922) | (2,541,922) | (2,487,712) | (54,210) |
| OCTOBER | (2,541,922) | 941,004 | | (55,059) | (606,034) | (2,262,010) | (2,262,010) | (2,454,876) | 192,866 |
| NOVEMBER | (2,262,010) | 632,560 | | (45,716) | (869,286) | (2,544,453) | (2,544,453) | (2,316,762) | (227,691) |
| DECEMBER | (2,544,453) | 838,226 | | (30,633) | (692,784) | (2,429,643) | (2,429,643) | (2,515,949) | 86,306 |
| JANUARY | (2,429,643) | 648,521 | | (27,536) | (683,405) | (2,492,064) | (2,492,064) | (2,749,576) | 257,512 |
| FEBRUARY | (2,492,064) | 491,741 | | (21,549) | (757,532) | (2,779,403) | (2,779,403) | (2,163,827) | (615,576) |
| MARCH | (2,779,403) | 119,167 | | (36,124) | (860,939) | (3,557,300) | (3,557,300) | (2,547,445) | (1,009,855) |
| APRIL | (3,557,300) | 446,158 | | (26,947) | (834,579) | (3,972,667) | (3,972,667) | (2,480,209) | (1,492,458) |
| MAY | (3,972,667) | 351,802 | | (30,501) | (894,445) | (4,545,811) | (4,545,811) | (2,361,519) | (2,184,292) |
| JUNE | (4,545,811) | 446,957 | | (24,215) | 964,635 | (3,158,435) | (3,158,435) | (2,467,604) | (690,831) |
| SUB-TOTAL | (2,192,780) | 7,020,766 | 0 | (424,963) | (7,561,457) | (3,158,435) | (3,158,435) | (2,467,604) | (690,831) |
| ACCRUAL RESERVE | | | | | | 0 | 0 | 0 | |
| TOTAL | ($2,192,780) | $7,020,766 | $0 | ($424,963) | ($7,561,457) | ($3,158,435) | ($3,158,435) | ($2,467,604) | ($690,831) |

CL 001203

**EXHIBIT 4390**

## AHERF
## 06/30/96

**Working Paper Name:** Delaware Valley Inpatient Days in A/R Analysis- 6/30/96
**Working Paper Reference:** 0025-505
**Working Paper Type:** OLE

Delaware Valley
Inpatient Days in A/R
06/30/96

 ☒ **Completed**

| | | | |
|---|---|---|---|
| **Completed By:** | Brian W. Christian | **Date:** | 09/18/96 05:54:32 PM |
| **Last Modified By:** | Mark D. Kirstein | **Date:** | 10/03/96 12:27:56 AM |

☐ **Reviewed**   Mark D. Kirstein

 ☐ **Mark for Deletion**

**Modification History:**

Brian W. Christian

DEPOSITION EXHIBIT 4390   Kirstein 54204   PENGAD 800-631-6989

CL 004228

Delaware Valley
Inpatient Days in A/R
06/30/96

| | East Falls | | Elkins | | Bucks | |
|---|---|---|---|---|---|---|
| | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 |
| Inpatient Revenue per day: | | | | | | |
| Total Inpatient Revenue, net | 158,691,249 | 152,899,879 | 34,797,853 | 35,239,605 | 28,771,958 | 29,454,802 |
| Days in Fiscal Year | 366 days | 365 days | 366 days | 365 days | 366 days | 365 days |
| Net Revenue per day | 433,583 | 418,904 | 95,076 | 96,547 | 78,612 | 80,698 |
| Average A/R: | | | | | | |
| Beg A/R, net | 48,267,450 | 40,191,879 | 7,576,360 | 17,897,234 | 8,692,825 | 6,701,080 |
| End A/R, net | 49,687,745 | 48,267,450 | 12,156,605 | 7,576,360 | 11,760,164 | 8,692,825 |
| | 97,955,195 | 88,459,329 | 19,732,965 | 25,473,594 | 20,452,989 | 15,393,905 |
| Average A/R Balance: | 48,977,598 | 44,229,665 | 9,866,483 | 12,736,797 | 10,226,495 | 7,696,953 |
| Inpatient Days in A/R | 113 | 106 | 104 | 132 | 130 | 95 |

| | SCHC | | HUH | | AGH | |
|---|---|---|---|---|---|---|
| | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 |
| Inpatient Revenue per day: | | | | | | |
| Total Inpatient Revenue, net | 104,586,186 | 103,046,338 | 274,513,968 | 258,504,717 | 299,380,783 | 322,575,036 |
| Days in Fiscal Year | 366 days | 365 days | 366 days | 365 days | 366 days | 365 days |
| Net Revenue per day | 285,755 | 282,319 | 750,038 | 708,232 | 817,980 | 883,767 |
| Average A/R: | | | | | | |
| Beg A/R, net | 32,433,073 | 26,078,832 | 88,881,815 | 55,756,541 | 71,177,192 | 55,756,541 |
| End A/R, net | 39,053,760 | 32,433,073 | 85,826,197 | 88,881,815 | 61,355,715 | 71,177,192 |
| | 71,486,833 | 58,511,905 | 174,708,012 | 144,638,356 | 132,532,907 | 126,933,733 |
| Average A/R Balance: | 35,743,417 | 29,255,953 | 87,354,006 | 72,319,178 | 66,266,454 | 63,466,867 |
| Inpatient Days in A/R | 125 | 104 | 116 | 102 | 81 | 72 |

CL 004229

**EXHIBIT  4391**

**AHERF**
**06/30/96**

**Working Paper Name:** Delaware Valley Outpatient Days in A/R- 6/30/96
**Working Paper Reference:** 0025-506
**Working Paper Type II:** OLE

Delaware Valley
Outpatient Days in A/R
06/30/96

☒ **Completed**

| | | | |
|---|---|---|---|
| **Completed By:** | Brian W. Christian | **Date:** | 09/18/96 05:54:32 PM |
| **Last Modified By:** | Mark D. Kirstein | **Date:** | 10/03/96 12:27:56 AM |

☐ **Reviewed**   Mark D. Kirstein

☐ **Mark for Deletion**

**Modification History:**

Brian W. Christian



DEPOSITION EXHIBIT 4391 Kirstein 51204
PENGAD 800-631-6989
CL 004230

Delaware Valley
Outpatient Days in A/R
06/30/96

| | East Falls | | Elkins | | Bucks | |
|---|---|---|---|---|---|---|
| | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 |
| Outpatient Revenue per day: | | | | | | |
| Total Outpatient Revenue, net | 29,256,992 | 27,172,166 | 22,832,540 | 20,306,607 | 19,153,089 | 15,064,879 |
| Days in Fiscal Year | 366 days | 365 days | 366 days | 365 days | 366 days | 365 days |
| Net Revenue per day | 79,937 | 74,444 | 62,384 | 55,635 | 52,331 | 41,274 |
| Average A/R: | | | | | | |
| Beg A/R, net | 11,664,172 | 8,683,830 | 7,652,967 | 0 | 5,705,314 | 3,498,863 |
| End A/R, net | 14,426,662 | 11,664,172 | 14,263,440 | 7,652,967 | 9,828,374 | 5,705,314 |
| | 26,090,834 | 20,348,002 | 21,916,407 | 7,652,967 | 15,533,688 | 9,204,177 |
| Average A/R Balance: | 13,045,417 | 10,174,001 | 10,958,204 | 3,826,484 | 7,766,844 | 4,602,089 |
| Inpatient Days in A/R | 163 | 137 | 176 | Invalid | 148 | 112 |

| | SCHC | | HUH | | | |
|---|---|---|---|---|---|---|
| | BAL @ 06/30/96 | BAL @ 06/30/95 | BAL @ 06/30/96 | BAL @ 06/30/95 | | |
| Inpatient Revenue per day: | | | | | | |
| Total Inpatient Revenue, net | 29,562,451 | 24,270,882 | 47,956,699 | 44,395,012 | | |
| Days in Fiscal Year | 366 days | 365 days | 366 days | 365 days | | |
| Net Revenue per day | 80,772 | 66,496 | 131,029 | 121,630 | | |
| | | | O/P Val (7,987,551) | (6,243,920) | | |
| Average A/R: | | | | | | |
| Beg A/R, net | 8,807,290 | 6,151,732 | 0 | 0 | | |
| End A/R, net | 14,311,040 | 8,807,290 | 0 | 0 | | |
| | 23,118,330 | 14,959,022 | 0 | 0 | | |
| Average A/R Balance: | 11,559,165 | 7,479,511 | 0 | 0 | | |
| Inpatient Days in A/R | 143 | 112 | 0 | 0 | | |

CL 004231