# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>ALLEGHENY HEALTH, EDUCATION<br>AND RESEARCH FOUNDATION,<br><br>      Plaintiff,<br><br>      v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

## APPENDIX TO THE COMMITTEE'S RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)

### VOLUME 9

James M. Jones (PA #81295)
Laura E. Ellsworth (PA #39555)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA 15219

Richard B. Whitney
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Attorneys for Plaintiff The Official Committee
of Unsecured Creditors of AHERF

July 11, 2005

**EXHIBIT  4403**



EXHIBIT 377

DEPOSITION
EXHIBIT
4403
Kirsten 5·13·04

# AHERF
# AUDIT UPDATE
# AUGUST 22, 1997

I. QualMed / Greater Atlantic Deferred Revenue

II. PFMA Contract

III. Debt Compliance Items
   A. Format of Letters
   B. Covenants Satisfied by Obligated Groups

IV. A/P Cutoff
   A. Search findings to date. (completed through July)

V. CRA Review
   A. Cushions / Open Items

VI. PIP Account Status

VII. Medicare Recapture

VIII. Temporarily Restricted to Unrestricted Transfers

IX. Reserves for Risk Contracts

X. AIHG Goodwill / PP&E Transfers
   A. Basis for transfer to Hospitals
   B. Valuation

XI. Draft Financial Statements

<u>Atkart Issue</u>                                    9/10   1/5

<u>Revenue</u>

— $50 mm Bad'l Reserve — $25 mm thru March
                                  $25 mm thru April

— $80
— $85 mm write offs & offset by $50 mm Reserve
    — Need current vs prior year Breakout.
— Monitoring has improved ⟹ out of period adjustments
                                  by department
                          ⟹ hours / person acct bottom
                              reason

— Bad Debt Booked to Branch
— Missed 1 Day Reserve in Prior.

<u>Practice</u>    — Charged Bad Debt to Net O/P method
              — Improved Physician Allocation procedure
              — Reserving is conservative.

<u>Testing</u>    — Changed Master for Atkart
<u>status</u>    — Needs Review
& open       • Controls & Processes
             • Sampled 80-10 Areas with Doc.

# THE ALLEGHENY SYSTEM
## ORGANIZATIONAL SUMMARY

**LARGEST SINGLE PROVIDER OF HEALTH CARE SERVICES IN PENNSYLVANIA**

**SYSTEM ACTIVITY MAKEUP**
- *THREE TERTIARY CARE HOSPITAL FACILITIES
- *FIVE ACUTE CARE HOSPITAL FACILITIES
- *ONE CHILDREN'S ACUTE CARE FACILITY
- *THREE RESEARCH CENTERS
- *ONE MEDICAL SCHOOL
- *ONE MANAGED CARE ORGANIZATION AND NUMEROUS FACULTY
  PRACTICE PLANS

**VITAL STATISTICS**
- *2600 LICENSED BEDS
- *1350 FACULTY MEMBERS
- *3200 MEDICAL STUDENTS
- *TOTAL ASSETS APPROXIMATE $1.7 BILLION
- *NET EQUITY APPROXIMATE $750 MILLION
- *NET EARNINGS FOR 1995 APPROXIMATE $30 MILLION

# THE ALLEGHENY SYSTEM
## GROWTH

### ORGANIZATIONAL GROWTH UNDER CURRENT MANAGEMENT TEAM

**\*1986**      **$335 MILLION IN ASSETS**
              **PITTSBURGH BASED TERTIARY CARE**
              **HOSPITAL WITH MINOR RESEARCH CENTER**

**\*1987**      **ACQUISITION OF MCP**

**\*1991**      **ACQUISITION OF UNITED HOSPITALS**

**\*1994**      **ACQUISITION OF HAHNEMANN UNIVERSITY**

**\*1996**      **$1.7 BILLION IN ASSETS**

## THE ALLEGHENY SYSTEM
## CORPORATE CULTURE

SYSTEM IS A LARGE ORGANIZATION SERVING SEVERAL MASTERS

CORPORATE DIRECTION/STRATEGY DEVELOPMENT IS CONTROLLED BY A GROUP OF 10 TO 15 PROFESSIONALS WITH "BUY INS" OBTAINED BY KEY CONSTITUENTS

BASED UPON THE ABOVE THE CULTURE CAN BE DESCRIBED AS
    *POLITICAL
    *DEMANDING
    *PROFESSIONAL
    *KNOWLEDGEABLE

AN OUTSIDE CONSULTANT MUST QUICKLY IDENTIFY THE CORPORATE FORCES AT WORK FOR A PROJECT AND ESTABLISH CLEAR EXPECTATIONS OF WHAT CAN BE DELIVERED, WHEN, WHERE AND HOW

MUST AVOID BECOMING A" WARM BODY"

THE ABOVE ENVIRONMENT LEADS TO THE CREATION OF "PEOPLE RELATIONSHIPS"--------NOT ORGANIZATIONAL RELATIONSHIPS.  CLEARLY THIS CREATES A RISK IN MANAGING AND GROWING THIS ACCOUNT

## THE ALLEGHENY SYSTEM
## PERFORMANCE

THE ALLEGHENY CORPORATE NAME CREATES OPPORTUNITY TO ATTRACT
TALENT IN ALL AREAS OF OPERATION
* ADMINISTRATIVE
* MEDICAL STAFF
* BOARD OF TRUSTEES

STRONG FINANCIAL GROWTH AND ABILITY TO CAPITAL MARKETS MAKES
THE ORGANIZATION ATTRACTIVE TO THE INVESTMENT COMMUNITY
* INVESTMENT BANKERS FOR CAPITAL FORMATION
* OTHER ORGANIZATIONS FOR POTENTIAL AFFILIATIONS
* JOINT VENTURE PARTNERS FOR RESEARCH OR OPERATIONAL PROFIT
  MOTIVATED INVESTMENTS

THE ORGANIZATION HAS CAPITALIZED ON PAST SUCCESSES
* ABILITY TO REACT AND MANAGE DRG TRANSITION
* COST SAVINGS RELATED TO MEDICAL SCHOOL AFFILIATION
* SYSTEM DEVELOPMENT

FUTURE PLANS INCLUDE EMPHASIS IN THE FOLLOWING AREAS
* REDUCED EMPHASIS IN BEDS GROWTH
* DEVELOPMENT OF PHYSICIAN NETWORK
* DEVELOPMENT OF MANAGED CARE/RISK MANAGEMENT PROGRAM
* CLINICAL AND BASIC SCIENCE RESEARCH GROWTH

## THE ALLEGHENY SYSTEM
## ALLEGHENY 2001

PHYSICIAN CARE NETWORK IN PLACE TO PROVIDE MEDICAL SERVICES
OUTSIDE OF THE HOSPITAL SETTING

MANAGED CARE NETWORK IN PLACE WITH ALLEGHENY AT "RISK" FOR
CERTAIN CONTRACTS AS AN INSURER AND FOR OTHER CONTRACTS AS A
PROVIDER

HOSPITAL OPERATIONS AT 90% CAPACITY WITH LOW COST FOR
ADMISSIONS RELATED TO ACUTE CARE FACILITIES WHICH SERVE THE
NETWORK AND LOW COST/ HIGH VOLUME ACTIVITY IN THE TERTIARY
CARE FACILITIES

OPERATION OF ONE OF THE LARGEST MEDICAL SCHOOLS IN THE COUNTRY

OPERATION OF A RESEARCH CENTER WHICH MANAGES $250 MILLION
ANNUALLY

## THE ALLEGHENY SYSTEM
### BUSINESS ISSUES

**OPERATING EFFICIENCY/ BEING THE LOW COST PROVIDER TO MATCH MANAGED CARE DEMANDS**

**ASSET ALLOCATION AND DEPLOYMENT**
- **\*RESEARCH FUNDING DEMANDS**
- **\*INSURANCE RESERVES DEMANDS**
- **\*REGULATORY REQUIREMENTS AND BILLING CONSTRAINTS**
- **\*CONTINUED FUNDING OF MEDICAL SCHOOL OPERATIONS TO FEED NETWORK AND AVOID THE COST OF "HOUSE DOCTORS"**

**NEW TALENT MUST BE ATTRACTED TO ADMINISTER THE NETWORK**

**TECHNOLOGY COSTS WILL INCREASE AS NEW INFORMATION NEEDS ARE CREATED**

**BUSINESS STRATEGY/TACTICAL PLANS MUST BE FINALIZED OR ADJUSTED TO ADDRESS NEEDS OR DESIRES OF NEW CONSTITUENT GROUPS**

PWCK2    72

## THE ALLEGHENY SYSTEM
## THREATS AND COMPETITION

**A.    THREATS TO C&L / ALLEGHENY RELATIONSHIP**

1. **Little depth and breath of relationships with prospective buyers (i.e operations)**

2. Continual fee pressures on audits

3. **Audit Committee's "perceived independence issue"**

   - **Desire to minimize concern by capping consulting fees**

4. Lack of awareness within AHERF of C&L expertise and services

5. **No hesitation on AHERF's behalf to utilize other consulting firms, including Big Six firms.**

   - **AHERF hires people, not firms**

6. Highly political environment

7. Past C&L delivery of additional services has been questionable

**B.    COMPETITION**

1. Peat Marwick

   a. Doing strategic planning for research in DV (buyer; the Dean)

   b. C&L not asked to bid on work

2. Deloitte & Touche

   a. Doing charge master analysis (buyer; Greg Snow)

   b. Engagement team is comprised of former C&L - Detroit HCSD members.

3. Boutique firms (including First Health located in Cleveland)

   a. Doing valuation work for AIHG

   b. No hesitation by management to utilize small niche firms, name is irrelevant to AHERF.

4. Hewitt & Associates

   a. Essentially exclusive benefit consultant up to this point.

   b. Name is affiliated with all benefit plans offered which are now being found to have significant compliance issues

5. Tillinghast

   a. Actuarial services for malpractice insurance

## THE ALLEGHENY SYSTEM
## THREATS, COMPETITION, OPPORTUNITIES

C.    **CURRENT ACTIVITIES - THE LAST YEAR**

1.   Estimated 1996 recurring audit hours approximate 10,000 hours

2.   Coding analysis and billing compliance analysis ($150,000; Jan Moh)

3.   Investigate non-approved FDA products ($25,000)

4.   Workers Compensation review ($150,000; Phil Camp)

5.   Managed care / physician billing - billing profile review ($80,000; Phil Camp)

6.   Benefit plans compliance review ($25,000: Blair)

7.   Computer security strategy ($50,000)

8.   Ongoing tax consulting (Blair)

9.   Assessment of fixed assets for research facility in Phila - phase 1 ($25,000)

10.  Compensation study at Hahnemann [CONFIDENTIAL] ($150,000)

11.  Total engagement hours for the past four years follow:

| | |
|---|---|
| 1995 | 14,600 hours |
| 1994 | 11,500 hours |
| 1993 | 11,000 hours |
| 1992 | 12,300 hours |

# THE ALLEGHENY SYSTEM
# ACTION PLAN

## CONCEPTUAL FRAMEWORK

- Maintain existing base of work in light of limited AHERF consulting budgets.
- Identify all possible areas of service opportunities considering AHERF's strategy.
- Select 2 new "food chains" to pursue aggressively in 1996.
- Attack 2 food chains with full service team.(The goal is to develop one additional food chain.)
- Develop stronger ties to selective members of the audit committee.

## GOALS AND HIGHLIGHTS TO PROTECT EXISTING BASE

- Currently provide all audit services to AHERF entities
- Must continue current relationships, particularly with Abdelhak and McConnell
  - Need to expand breadth of relationships within operational organizations to take pressure off of McConnell for providing services to C&L
  - Focus on Morrison, Kasperbauer, Calvert, Ross, Snow, and Kaye
- Appear to be current vendor of choice for various coding and regulatory projects such as billing improvements, benchmarking, etc.
  - Buettner and Moh have made significant inroads into this area;  delivery team must continue to support this avenue as there are many regulatory issues coming down the road that present significant opportunities

## POTENTIAL SERVICE AREAS

- Physician Acquisitions
- Managed Care Implementation
- Research
- Technology Issues
- Human Resources
- Regulatory Issues

## AREAS OF PRIMARY FOCUS

- Managed Care Implementation
- Human Resources
- IT SHOULD BE NOTED THAT WE WILL ALSO TARGET RESEARCH WITH A SEPARATE MONITORING GAME PLAN TO BE DEVELOPED JOINTLY WITH BOB FORESTER

## ALLEGHENY SYSTEM ACTION PLAN

- ## HUMAN RESOURCES

| Action | Possible Initiatives | Responsible Person |
|---|---|---|
| Continuation of 403(b) compliance review | • Report results to committee consisting of AHERF executives showing ramifications of violations or exceptions on the plans.<br>• Pursue compliance review for ALL other benefit plans, including DB, exec. comp, health & welfare plans, etc. | Blair, Mitra |
| Seek outsourcing of benefit record keeping function | • Evidence to management the benefits of outsourcing (improved compliance @ less cost) after communicating the extent of findings in the 403(b) review. | Blair, Mitra |
| Compensation Consulting | • Pursue consulting project on compensation issues facing AHERF, particularly in the area of faculty compensation as they are integrated with the practice plans. | Buettner, Blair, Mitra |
| Technology Enhancements | • Pursue engagement whereby "in-control" type of review would be completed on software used to manage benefits. (Current perception is that system is relatively weak)<br>• Consult on improving systems to enhanced software packages. | Carver, Mitra |

ALLEGHENY SYSTEM ACTION PLAN

- **MANAGED CARE IMPLEMENTATION**

| Action | Possible Initiatives | Responsible Person |
|---|---|---|
| Introduce C&L experts to AHERF management who specialize in managed care implementation in systems similar to AHERF's | • Introduce Phil Kamp to AHERF management (process has begun with introduction to Chuck Morrison)<br>• Pursue project to establish fee schedule in Delaware Valley related to physician practice plans that will benefit AHERF in a managed care environment and the physicians, while remaining competitive. | Buettner, Kamp |
| Obtain consult engagement revolving around negotiating and managing a full risk bearing contract | • Begin with Workers Compensation contract that was recently attained by AGH, with C&L's assistance, and show value that we can bring on this single contract.<br>• Expand breadth of consults on new risk contracts after success is demonstrated on Workers Comp contract.<br>• AHERF strategy is to essentially be an insurer, thus this information is vital. | Buettner, Kamp |

## ALLEGHENY SYSTEM ACTION PLAN

| Action | Possible Initiatives | Responsible Person |
|---|---|---|
| Pursue actuarial work required in risk environment | • Actuarial analysis is needed to negotiate contracts as lives and outcomes become more important. In addition, as AHERF becomes more of an insurer verus a health care provider, actuarial analysis will be required by regulatory bodies. | Buettner, ?? |
| Assist in technology needs under Managed Care environment | • Use of technology in the delivery of health care assists in cost cutting that is required in managed care environments. Seek consult engagements related to using technology to enhance service delivery to patients.<br>• In addition, in this environment, information is key, especially related to covered lives and outcomes. Seek consult on information technology needs and strategy. | Buettner, |

**ALLEGHENY SYSTEM ACTION PLAN**

- **IMPROVE RELATIONSHIPS**

| Actions | Possible Initiatives | Responsible Person |
|---|---|---|
| Expand relationships with other top level executives | • Develop C&L network of "executive" responsibility | **Buettner, Blair, Conti** |
| Develop plan to identify and enhance relationships with "mover & shakers" on the Audit Committee | • Convince management that Audit Committee members should be surveyed to open up communications.<br>• Track other activities of committee members to gain visibility and develop a relationship outside of AHERF. | **Buettner, Blair, Conti** |

PWCK2     79

# C&L's AHERF SERVICE NETWORK

## Pittsburgh Team

| | |
|---|---|
| Business Assurance | William Buettner, Mark Kirstein |
| HRAG | Joy Mitra, Larry Blair |
| CAS | Tom Carver, Sue Kenney |
| Tax | Larry Blair, John Woodhull |
| HCSD | Andy Ward |

## Pennsylvania Cluster/National Support

| | |
|---|---|
| HCSD | Mike Maher (Philadelphia) - Regulatory/Reimbursement Issues; Transactions |
| HRAG | Phil Kamp (Chicago) - Managed Care Contracting, Product Development |
| BA/CLC | Scott Latimer (Philadelphia)- Strategic Planning/Managed Care |
| FAS | Steve Elek (Philadelphia) - Mergers & Acquisitions |
| FAS | Paul Barnes, Gary Roland (Philadelphia) - Physician Practice Valuations |

## Specialty Support

| | |
|---|---|
| CLC | Bill Higgins (Philadelphia) - medical staff integration |
| CLC | Cindy Frye   (Philadelphia) - physician practice management |



CLC                          Dave Peterson (Chicago)    - managed care information
                                                                        systems

CLC                          Martha Robbins (Philadelphia) - clinical laboratory
                                                                        operations

CLC                          Marty Holtzman (Philadelphia) - materials management
                                                                        reduction

HRA                          Peter Konigsberg(Washington D.C.) - Physician Incentive
                                                                        Compensation

CLC                          Janet Scheuerman(Chicago)- Strategic Planning

CLC                          Fran Pennell(New York) - Faculty Practice Plans

**Account Plan: Step 1a- Sizing the wallet**

**Client Buying Center**

|      | CFO | Legal | HR | Acad/Res. Dean | Hospital CEOs | MIS | Managed Care |
|------|-----|-------|----|----------------|---------------|-----|--------------|
| **BA** | $700 | Complete $450 workshop | | | | | |
| **Tax** | $100 | Complete $100 workshop | | Complete prior to workshop | | | |
| **CLC** | | | | $1,000 | $3,000 | $2,000 | |
| **FAS** | $500 | $450 | | | $100 | | |
| **HRA** | | | $1,800 | | | | $500 |
| | $1,300 | $1,000 | $1,800 | $1,000 | $3,100 | $2,000 | $500   $11M |

**LOB** (row axis label)

> Determine the total amount spent in FY '94 for professional
> services by client Buying Center and LOB

**Account Plan:  Step 2- Developing the Competitive Map**

Client Buying Center

| | CFO | Legal | HR | Acad/Res. Dean | Hospital CEOs | MIS | Managed Care |
|---|---|---|---|---|---|---|---|
| **BA** | C&L | C&L, Law Firms | | Peat | | | |
| **Tax** | C&L | Law Firms | | | | | |
| **CLC** | | | | Boutique Firms | Boutique Firms | Boutique Firms, IBM | |
| **FAS** | C&L, Invest. Bankers | Law Firms | | | | | |
| **HRA** | | | Hewitt, Benesoft, Fidelity | | | | Boutique Firms |

**LOB** (row label at left)

Determine who the leading service provider is in each cell

PWCK2    83

02/21/96

AHERF
CLIENT SERVICE PLAN

| NAME | POSITION | STRENGTH OF RELATIONSHIP 1=GOOD, 5=BAD | C&L CONTACT | COMMENTS / RISKS |
|------|----------|----------------------------------------|-------------|------------------|
| ABDELHAK, SHERIF | PRESIDENT & CEO | 2 | Buettner/Conti | DIFFICULT TO MANAGE / NO LOYALTY |
| WYNSTRA, NANCY | General Counsel | 3 | Blair/Buettner | NO LOYALTY / NOT A FRIEND OF FIRM |
| McCONNELL, DAVID | AHERF - CFO | 1 | Buettner/Blair | GOOD FRIEND / IF LEFT AHERF, COULD BE PROBLEMS |
| DIONISIO, JOE | AHERF - CIO / AGH - CE | 2.5 | Kenney/Carver | DIFFICULT TO MANAGE / NOT NECESSARILY A FRIEND |
| MORRISON, CHUCK | MCPHUHS | 3 | Buettner/Kirstein | NO FRIEND / DISLIKES PHILADELPHIA OFFICE |
| SPARGO, STEVE | AHERF - EVP - Finance | 1 | Blair/Kirstein | GOOD FRIEND OF FIRM / TRIES TO UTILIZE WHEN POSSIBLE |
| SNYDER II, WILLIAM | Chairman - AHERF | | TBD | |
| BARNES, DAVID | Chairman - AIHG | | TBD | |
| CALVERT, CAROL | President - AIHG | 2 | Kamp/Blair | C&L MUST INCREASE VISIBILITY / FUTURE OF MGD CARE |
| MCNAIR, ROBERT Jr. | AIHG | 2 | Blair | EDUCATED BUYER |
| ADAMCZAK, AL | Sr. Director - AGH/ AHER | 2 | Kirstein | |
| SANZO, TONY | President - AGH | 2 | Buettner | MUST INCREASE VISIBILITY |

PWCK 2

84

02/21/96

AHERF
CLIENT SERVICE PLAN

| NAME | POSITION | STRENGTH OF RELATIONSHIP 1=GOOD, 5=BAD | C&L CONTACT | COMMENTS / RISKS |
|------|----------|------------------------------------------|-------------|-------------------|
| THOMAS, BRUCE | | | TBD | |
| HERNANDEZ, | | | TBD | |
| McMASTER, JAMES M.D. | ASRI | 2 | Buettner | DISLIKES PHILADELPHIA OFFICE / DISLIKES ACCOUNTANTS |
| KAYE, DONALD M.D. | MCPHUHS - President | 2 | TBD | FORMER C&L EMPLOYEE / NEUTRAL |
| BLAND, CALVIN | SCHC | 2 | TBD | STRONG DISLIKE FOR ACCOUNTANTS / TOUGH TO MANAGE |
| ROSS, LEONARD Ph. D. | MCPHU | 3 | Kamp/Buettner | FRIEND OF FIRM / LEFT C&L IN 1994 |
| DAN CANCELMI | Sr. Director - Del Valley | 1 | Kirstein | NEW AT AHERF/ BEGUN TO INTRODUCE GREG TO C&L |
| SNOW, GREG | | 2 | TBD | C&L IS NOT HIS VENDOR OF CHOICE / VERY UNORGANIZED |
| KASPERBAUER, DWIGHT | HR | 3 | Mitra/Blair | SHE IS NOT IMPRESSED WITH C&L FROM PAST |
| MARCELYN, ROSE | HR | | Mitra/Blair | SHE IS NOT IMPRESSED WITH C&L FROM PAST |
| CUSTRA, MARCIE | HR | | Mitra/Bilar | FRIEND OF FIRM / TRYING TO IDENTIFY POSITION AT AHERF |
| KIRSCH, SUE | DIRECTOR OF TAX | 1 | Blair/Woodhull | FOLLOWS McCONNELL LEAD / CAN BE TOUGH |
| SCHRECONGOST, DIANE | DIRECTOR OF I/A | 2 | Buettner/Moh | FOLLOWS LEAD OF STEVE SPARGO |
| SCHARF, JOE | DR. - REIMBURSEMENT | 2 | Kirstein/Girol | VERY DIFFICULT / STRONG DISLIKE FOR C&L FROM PAST |
| CATTIE, JOAN | SR. DR. - MC-PHU | 3 | TBD/Kirstein | UNKNOWN / NEW TO AHERF |
| KOWALSKI, CHRIS | CIO | - | Kenney/Carver | |

OBSERVATIONS TO CONSIDER AS WE PROCEED:

1) AHERF HIRES PEOPLE - NOT FIRMS!!
2) RELATIONSHIPS ARE THIN - BOTH IN NUMBER AND STRENGTH
3) C&L PEOPLE WITH CONTACTS ARE TOO CENTRALIZED (PITTSBURGH)

# AHERF CSA MEETING
## May 28, 1997

## I. Summary of AHERF's Strategic Mission, Objectives & Core Competencies

## II. Earned Services for Past 2 Years (May 1 - April 30 Results)

| 1997 | Hours | Earned Srvc | RPH |
|---|---|---|---|
| Total Engagement | 10,906 | 1,048,729 | 91.58 |
| AAR | 8,642 | 670,190 | 77.55 |
| AAN (1) | 1,087 | 128,036 | 117.84 |
| Other (2) | 1,177 | 200,503 | 170.35 |
| Other (3) | - | 50,000 | - |

(1) $50,000 is AR Review @ AGH; $23,000 from DV Refinancing & bond offering and the remainder is principally HCRG coding review and other HCRG projects ($50,000)

(2)  Other comprised principally of SDN Due Diligence @ $186/hr ($165,000) & TN work @ $124/hr ($36,000)

(3) MAS services provided to Philly hospitals.

| 1996 | Hours | Earned Srvc | RPH |
|---|---|---|---|
| Total Engagement | 13,089 | 1,049,011 | 80.14 |
| AAR | 9,748 | 657,292 | 67.43 |
| AAN (1) | 2,171 | 198,328 | 91.33 |
| Other (2) | 1,170 | 193,391 | 165.29 |

(1) $145,000 relates to HCRG projects, principally compliance reviews & coding projects; $15,000 from bond work; $18,000 for CAS security review & $25,000 for assistance in congressional testimony

(2) $185,000 represents assistance with City of Pgh workers compensation proposal

1

## III. Organization Update

A. Recent acquisitions include the Graduate Health System, Allegheny Valley Hospital and Forbes Health system. In addition, acquisition of physicians of the former Penn Group Medical Associates.

B. 1996 Financial Results

   1. Total Assets = $1.9 billion

   2. Total Equity = $770 million

   3. Net loss - $12 million

C. Physician network continues to expand. Mainly in Pgh.

D. Considering consolidating all hospitals in Philly under one name and operating with separate divisions

E. Key business issues are similar to last year. Network integration continues as primary focus along with risk contracting.

## IV. Recent Projects / Proposals (other than audit)

A. Due Diligence /Acquisitions (SDN, Forbes & AVH affiliations - Utilized FAS and BA to complete engagements. Billings approx. $165,000)

B. A/R / Business Office Review (Pittsburgh) - Engaged by Joe Dionisio to review AGH processes. $50,000 total fees.

C. MA Coding Reviews - Ongoing projects at St. Chris & AGH. Scheduled to be completed in near future. Currently coordinating with management on completion dates & access to records. (Addt'l fees approximating $30,000)

D. Debt / Lease Consulting - Finalizing GE Capital lease deal week of May 26th. $65 million power plant lease scheduled for Fall '97. Significant leasing transactions being contemplated re: information systems & other equipment.

E. Bolno Project - $10,000 reperformance of internal audit workpapers related to alleged inappropriate billing by physician.

F. Private Inurement / Physician Acquisition Proposal (not accepted) - Proposal submitted (approx. $40,000) to AIHG related to review of controls over physician acquisitions. Hired boutique firm to complete work.

G. Workers Compensation (lost to Tillinghast) - Previously performed workers compensation analysis out of Philly (Mark Proska). AHERF opted to utilize one firm and has selected Tillinghast. (Est Tillinghast fees approximate $50,000)

2

H. Property & Equipment Inventories (George Sees - MAS) - To date, completed inventory at Queen Lane. Hahnemann scheduled in near future. Potential opportunity for entire system, however, due to costs, AHERF may phase in or elect to defer certain entities.

I. For Profit Tax Services - Charlie Gross & Missy Battle have provided various consulting services to Sue Kirsch. Total billings to date approximate $36,000.

J. Proposal to implement Phone System - Tom Carver. Still in negotiations. Outlook is not good at present due to pricing.

## V. AHERF's Future Needs (Potential Services)

A. Network Formation Consultation - Network continues to grow and has not become profitable to date. Beginning to form MSO, management will have to improve and be integrated into contracting for this to be successful.

B. Managed Care Contracting Support - HealthAmerica contract is first large scale risk contract. To date, systems are not structured appropriately to provide needed information. Difficult at present to even gather number of covered lives.

C. Information Systems - In general upgrades will be required to support organization. Particularly in managed care contracting and patient care areas. Managed care will require significant amounts if information to be available to provide information to manage contracts. From a patient care perspective, they are beginning to explore the central patient file and electronic medical record concept and will need substantial funds to grow this area.

D. Corporate Compliance Reviews and Program Implementation - IL 372 audit will be completed some time in 1997. In general, no program in place in organization. Most likely, issues exist in all areas of focus such as DRG upcoding, lab, home health, transfer vs. discharge.

E. Research Accounting (CAS Standards) - Very significant undertaking to comply. Wants to grow to top 50 research institute with $200+ million in funds.

## VI. Competition

A. Peat Marwick (Research Accounting)

B. Tillinghast & Hewitt (HRA)

C. Deloitte & Touche(Revenue Projects / CDM)

D. Boutiques (Private Inurement / Physician Acquisitions)

3

## VII. Action Plan Update

| Action Step | Responsible Parties | Possible Initiatives | Status Update |
|---|---|---|---|
| Obtain AHERF Core Competencies | Buettner | See section IV regarding Potential Future Needs | Complete by June 30 |
| Develop Plan to introduce C&L Capabilities & Services to AHERF management (McConnell) (Threat #4) | Buettner, Shively | •Need to educate AHERF on the depth and breadth of services that C&L has to offer<br><br>•McConnell has agreed to meet with Bill and assist us in being a spokesperson to the organization<br><br>•Introduce Robert McDonald (industry chairman) to AHERF senior management | Complete by August 15 |
| After introducing services to McConnell, coordinate with McConnell introductions to organization CEO's. McConnell acts as reinforcement for discussions (1) ; (4) | Buettner, Shively, Blair | •Need to introduce our specialists to the "buyers" or CEO's of the organization.<br><br>•At present, many CEO's do not view C&L as consultant of first choice. | Complete by October 31 |
| Continue involvement in Excellence in Medical Education Program (1) ; (4) | Buettner, Shively | Maintain visibility for the firm through financial support and personnel support | |

4

| Action Step | Responsible Parties | Possible Initiatives | Status Update |
|---|---|---|---|
| Enhance visibility of HCRG leadership (1) ; (4) | Buettner, Finerty, Sheidy, Sarra | ·Network formation and issues around managing the network | Ongoing |
| | | ·Risk contracts such as Health America | Ongoing |
| | | ·Corporate compliance program. Pending IL 372 audit. | Ongoing |
| | | MSO Development | Ongoing |
| Obtain and analyze client survey results to ascertain perceived weaknesses (7) | Buettner, Blair, Kirstein | | Complete by October 31 |
| Capitalize on McConnell's strong dislike for D&T and target Ohio Valley System (5) | Buettner, Hoover, Sheidy, Kirstein | | Complete by March 31, 1998 |
| Utilize personnel assessments to enhance relationships with key individuals (1) | All | | Ongoing |

5

| Action Step | Responsible Parties | Possible Initiatives | Status Update |
|---|---|---|---|
| Prior CSA Action Plan Steps | | | |
| **Human Resources** (1) ; (4) | | | |
| 403 (b) Compliance | | — | Completed. Currently in discussions with IRS. |
| Outsourcing of Record Keeping | | | Hewitt has stronghold. No opportunity. |
| Compensation Consulting | | | Completed various audits of Execuflex program |
| Technology Enhancements | | | No opportunity. Hewitt software purchased. |

6

PWCK2     91

| Action Step | Responsible Parties | Possible Initiatives | Status Update |
|---|---|---|---|
| **Managed Care Implementation (1) ; (4)** | | | |
| Introduce C&L  Experts | | — | Bill has met several times with Dion and Steve Beloff related to negotiating HealthAmerica contract. As part of these meetings, discussions of C&L's capabilities related to assisting in all facets of managed care contracting have been introduced. |
| | | | AHERF has agreed to utilize Steve Beloff to assist in the development of this core competency. |
| Obtain consult engagement revolving around risk contracting | | | See above. |
| Pursue actuarial work in risk environment | | | See above |

7

PWCK2    92

| Action Step | Responsible Parties | Possible Initiatives | Status Update |
|---|---|---|---|
| Assist in technology needs under managed care | | | See above |
| **Improve Relationships** | | | |
| Expand relationships with top level executives (1) | Buettner / | | Ongoing [Roadblocks] |
| Develop plan to identify and enhance relationships with Audit Committee (3) | Testoni / Blair / et. al. | | Strong relationships with Thomas and Barnes. Audit Cmte composition is changing as result of mergers and internal operating decisions. Need to assess status with each member. |

8

## VIII. Personnel Assessments

| Name | Position | Relationship Strength 1 = strong; 5 = poor | C&L Contact | Comments / Risks |
|---|---|---|---|---|
| Sherif Abdelhak | President & CEO | 2 | Buettner / Shively | Difficult to manage / no loyalty |
| Nancy Wynstra | General Counsel | 3 | Blair / Buettner | No loyalty - not a friend of the firm |
| David McConnell | EVP & CFO - AHERF | 1 | Buettner / Blair / Sheidy | Very good friend of firm - If left AHERF, raises issues for C&L |
| Joe Dionisio | AGH CFO | 3 | Kenney / Carver / Buettner | Difficult to manage. Not necessarily a friend . |
| Chuck Morrison | CFO - DV | 3 | Buettner / Staudt / Shively | Dislikes C&L Philadelphia from prior experiences. Currently building relationships with Bill & Amy. |
| Tony Sanzo | AGH - President | 2.5 | Buettner / Blair | |
| Donald Kaye | Allegheny Univ Hosp. | 2.5 | Lattimer | Not a friend of firm. Hurt by Phil Kamp exit. |
| Calvin Bland | SCHC | 2.5 | Shively | Former C&L employee / Glenn Shively has developed contact. |

9

PWCK2

94

| Name | Position | Relationship Strength 1 = strong; 5 = poor | C&L Contact | Comments / Risks |
|---|---|---|---|---|
| Leonard Ross | Allegheny University | 3 | TBD | Strong dislike for acct. / difficult to manage |
| J. David Barnes | Audit Committee | 2 | Buettner | |
| Ralph Brenner | Audit Committee | | | |
| Anthony Cook | Audit Committee | | | |
| Douglas Danforth | Audit Committee | | | |
| Richard Daniel | Audit Committee | | | |
| Harry Edelman III | Audit Committee | | | |
| Ira Gumberg | Audit Committee | | | |
| Robert Hernandez | Audit Committee | | | |
| Graemer Hilton | Audit Committee | 2 | Buettner | Supporter of C&L over years |
| Thomas O'Brien | Audit Committee | | | |
| David Sculley | Audit Committee | | | |
| W.P. Snyder III | Audit Committee | 2 | | Supporter of C&L over years |
| W. Bruce Thomas | Audit Committee | 2 | Buettner | |
| Robert McNair | | 2 | Blair | |
| Diane Schrecengost | Director - Internal Audit | 2 | Buettner / Kirstein | Follows McConnell lead. Must manage carefully as she is outspoken. |
| | | 10 | | |

PWCK2          95

| Name | Position | Relationship Strength 1 = strong; 5 = poor | C&L Contact | Comments / Risks |
|---|---|---|---|---|
| Dan Cancelmi | Sr Dir. - Finance AHERF | 2 | Kirstein / Frazier / Buettner | Not a buyer to date, yet is a supporter. |
| Al Adamczak | Sr. Dir. - Finance AGH & AUMC | 2 | Kirstein / Frazier / Buettner | Friend of firm. Not a buyer. |
| Greg Snow | VP - Finc'l Services (Patient Acctg) | 4 | Buettner / Kaliszewski | Dislikes firm. Bad experiences to date. Hired D&T for consulting. |
| Dwight Kasperbauer | HR | 3 | Blair / Mitra | C&L is not vendor of choice. |
| Maria Randall | HR | | Buettner / Blair / Mitra | |
| Joe Sharf | Dir - Reimbursement | 2 | Kirstein / Girol | Follows finance lead. Utilizes C&L for projects when given opportunity. |
| Joan Cattie | Sr. Dir - Research Acctg. | 3 | Frazier / TBD | Tough to manage. Need to focus on relationship with her and successor. |
| Jim Ebert | CIO - Pgh | 3 | Carver / Kenney | |
| Dan Walsh | CIO - DV | 3 | Carver / Kenney | |
| Kathleen Denis | | | TBD | |
| Barry Roth | | | TBD | |
| Mike Moyer | | | Kirstein | |

11

PWCK2

96

| Name | Position | Relationship Strength 1 = strong; 5 = poor | C&L Contact | Comments / Risks |
|---|---|---|---|---|
| Don Kline | Sr. Dir - AIHG | 3 | Buettner / Sheidy / Kirstein | Tried to use C&L for project. |
| Mike Martin | VP - Treasury | 2 | Kirstein / Frazier | |
| Sue Kirsch | Director - Corporate Taxation | 2 | Blair / Gross / Battle | |

12

PWCK2 97

**EXHIBIT  4407**

# Coopers & Lybrand

# Corporate Finance Services

**Coopers & Lybrand L.L.P.**
a professional services firm

**Financial Advisory Services**

CL 039130

DEPOSITION
EXHIBIT
4407
Kirstein 5-13-04
PENGAD 800-631-6989

**THE GRADUATE HOSPITAL**

**MT. SINAI HOSPITAL**

**CITY AVENUE/PARKVIEW HOSPITALS**

**ZURBRUGG MEMORIAL HOSPITAL**


**DUE DILIGENCE REPORT**


**December 13, 1996**

CL 039131

| **Coopers & Lybrand** | Coopers & Lybrand L.L.P. | 2400 Eleven Penn Center Philadelphia, Pennsylvania 19103-2962 | telephone (215) 963-8000 |
|---|---|---|---|
| | a professional services firm | | facsimile (215) 963-8700 |

**CONFIDENTIAL**

December 13, 1996

Mr. David W. McConnell
Executive Vice President and CFO
SDN, Inc.
Fifth Avenue Place
120 Fifth Avenue, Suite 2900
Pittsburgh, PA 15222

Dear Mr. McConnell:

Pursuant to our engagement letter dated August 26, 1996 and the due diligence checklist attached thereto, we have analyzed certain financial, lease, contract and other data of Graduate Hospital, Mt. Sinai Hospital, Parkview/City Avenue Hospitals, Zurbrugg Memorial Hospital and Founders Health Care (collectively, "Graduate") and identified herein various significant items noted during our analysis. Our analysis was undertaken solely to assist you in your evaluation of the transaction with Graduate. The scope of our work included:

- Visiting various Graduate entities;

- Holding discussions with various key management executives of Graduate regarding financial, contract, lease, disbursement, and physician acquisition due diligence and valuation matters;

- Reading and analyzing audited financial statements for the prior three fiscal years of Graduate;

- Analyzing certain significant contracts for the sale, lease or acquisition of capital assets;

- Analyzing physician acquisition due diligence and valuation reports;

- Analyzing Graduate disbursement records for the period July 1, 1995 through June 30, 1996 for payments to certain officers and directors of Graduate; and

- Reading the working papers of Deloitte & Touche and Ernst & Young and interviewing certain of their personnel regarding the audit performed by these firms for the last three fiscal years of Graduate.

We believe you understand that the scope of our engagement and our procedures described above do not constitute an attest service as the term is defined by the American Institute of Certified

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

CL 039132

Mr. David W. McConnell
December 13, 1996
Page 2

Public Accountants ("AICPA").  Accordingly, we are unable to express any assurance on any of
the financial statements or other data included in the accompanying report.  We also make no
representation as to the adequacy of our procedures for your purposes.

This report is solely for your information and the management of SDN and its advisors in
connection with the proposed acquisition of Graduate and should not be referred to or distributed
for any purposes to any other parties.  We have no responsibility to update this report for events
and circumstances occurring after the date of this report.

After you and your colleagues have had an opportunity to review this report, we will be pleased
to answer any questions.

Very truly yours,

*Coopers & Lybrand L.L.P.*

CL 039133

TABLE OF CONTENTS

|      |                                      | Page |
|------|--------------------------------------|------|
| I.   | Significant Capital Asset Transactions | 1    |
| II.  | Physician Practice Transactions      | 4    |
| III. | Financial Reporting                  | 9    |
| IV.  | Payments to Related Parties          | 31   |
| V.   | Government Actions                   | 33   |

| Exhibit A | Physician Practice Acquisition Summary |
| Exhibit B | Summary of Disbursements to Certain Identified Related Parties |

CL 039134

# I. SIGNIFICANT CAPITAL ASSET TRANSACTIONS

<u>The Omega Sale/Leaseback Transaction</u>

In October 1993, Graduate Health System, Inc. ("GHS"), The Graduate Hospital and 17th and South Parking Corp. sold four properties to Omega Healthcare Investors, a real estate investment trust, for a total of $29,725,000.  Omega agreed to lease the properties back to the sellers.  The following properties were involved in the sale/leaseback:

| Entity | Property | Primary Use | Sale Price | Monthly Lease Payment |
|--------|----------|-------------|-----------|------------------------|
| GHS | 1740 South St. | Medical Office Bldg. | $ 6,775,000 | $66,400 |
| GHS | 520 So. 19th St. | Medical Office Bldg. | 1,275,000 | 12,500 |
| Graduate Hospital | 19th & Lombard St. (Pepper Pavilion) | Medical Office Bldg. | 15,300,000 | 150,000 |
| 17th & S. Parking Corp. | 1700 South Street | Parking Garage | 6,375,000 | 62,500 |
| (Conveyed to Hospital by Phila. Industrial Development Authority) | | | | Indexed to CPI |
| | | | $29,725,000 | |

Under the terms of the "operating lease," the initial lease term on all properties is 17 years.  The GHS and 17th & South Parking Corp. leases have options to renew for eight years followed by an option to renew for an additional two years thereafter.  The Pepper Pavilion lease has an option to renew for eight years followed by an option for an additional four years.

Under the "ground lease" ownership of all properties, except the Pepper Pavilion property, revert back to their respective entities after 27 years.  The Pepper property reverts back to Graduate Hospital after 29 years.

---

Page 1

CL 039135