CL 138466

AHERF
BD Writeoff Analysis
6/30/97

| Hospital | I/P Writeoffs | O/P Writeoffs | I/P Other | | O/P Other | Reserves | | Recoveries |
|---|---|---|---|---|---|---|---|---|
| Bucks | 2,163,271 | 1,181,333 | 4,702,095 | Bucks | 7,481,599 | (4,368,872) | Bucks | (201,949) |
| Elkins | 1,463,203 | 1,172,983 | 4,181,069 | Elkins | 10,589,272 | (5,659,696) | Elkins | (238,088) |
| HUH | 0 | 1,491,691 | 4,958,557 | HUH | 706,908 | 0 | HUH | (530) |
| MCP | 2,179,971 | 8,610,363 | 7,046,687 | HUH | 4,138,560 | 0 | MCP | (1,284,667) |
| SCHC | 3,273,435 | 2,029,290 | 5,806,417 | MCP | 1,401,518 | 0 | SCHC | (791,691) |
| | | | 139,207 | MCP | 4,247,787 | | | |
| | | | 6,212,735 | SCHC | 8,050,962 | | | |
| | | | 590,161 | SCHC | 260,726 | | | |
| | | | 2,668,706 | SCHC | 3,249,918 | | | |
| Total | 9,079,880 | 14,485,660 | 36,305,634 | | 40,127,250 | (10,028,568) | | (2,516,925) |

Total I/P & O/P Writeoffs    23,565,540

Total I/P & O/P Other    76,432,884

Total Writeoffs & Other    99,998,424

Total Writeoffs, Other, Reserves & Recoveries    87,452,931



AHERF
BD WRITEOFF ANALYSIS
6/30/97

CL 138467

AHERF
**Rollforward of Allowance for Doubtful Accounts**
**6/30/97**

| | | |
|---|---:|---|
| Allow @ 6/30/96 | 63,830 | PY |
| FY 97 provision | 66,416 | T/B |
| | 130,246 | |
| Net chargeoffs | (103,915) | (B) |
| | 26,331 | |
| Old AHERF Adjusted | | |
|   Required Allow | 66,421 | (A) |
| | | |
| Shortfall | (40,090) | |
| | | |
| Redesignation of | | |
|   general reserves: | | |
| | | |
| Undesignated CRA reserves | 11,608 | (C) |
| Legal Reserves | 1,201 | (D) |
| SCHC Recovery | 1,000 | (E) |
| Redesignation of excess | | |
|   contr. allow for DVOG entities | 9,020 | (F) |
| Redesignation of excess | | |
|   cont. allow for AGH | 800 | (G) |
| | | |
| remaining shortfall | (16,461) | |
| recognition of unrestricted | | |
|   free care funds | 11,500 | (H) |
| | | |
| Remaining shortfall | (4,961) | (I) |

CL 138468

(A)  Adjusted required reserve
Reserve per client calculations   77,137
less AGH excess bad debt per
 comparison to of calc to T/B   (700)
Excess reserve related to
 IBC and HMO accounts due to
 slow payment by payor   (9,016) (assumes a 30% collection rate for a
             vs. the client uses a 0 to 25% collect
Estimated impact of unapplied cash  (1,000) (based on 20% of unapplied cash)
Adjusted allow for old AHERF   66,421

(B) See attached summary - amount represent charge-off summarized
from the client's reserve rollfoward (87,453 DVOG plus 16,462 AGH)

(C) represents undesignated CRA reserves based on our review of
CRA balances at 6/30/97

(D) represents reserves that have been established by the client for
accounts that have been sent to collection, however such accounts have
been written off from detailed patient a/r balances, therefore, such reserves
are not required.

(E) represents recoveries that were received for SCHC prior to 6/30/97,
however $1 million of the total recoveries was not applied to adj the reserve
or recognized into income

(F) represents the sum of DVOG entities excess cont allow based on the
detailed calculation compared to the t/b @ 6/30/97

(G) represents undesignated cushion included in the AGH cont allow calc

(H) represents temporarily restricted net asset amounts that given the required
amounts for bad debt chargeoffs during FY 97 should have been reversed
into income as net assets released from restriction since the client has met
the restrictions imposed by the donor.  Note, the client should recognize
additional bad debt expense of $11,500 and related free care funds.

(I) Amount represents a remaining shortfall based on the client's calculation.
C&L has not posted this amount to the SUD since it represents an estimate
and is less than 4% of the total a/r reserve reported at 6/30/97

Reconciliation of a/r reserve to f/s
old AHERF req reserve per client  77,137
acquired entities a/r reserve   41,601
designation of other reserves
 as bad debt reserve    8,686

CL 138469

amt per f/s                    127,424

CL 138470



CL 138471



CL 138472

| | AGHT | ΣVOG₇ | OTHER ① | TOTAL |
|---|---|---|---|---|
| 6/96 | 12,576 | 47637 | 3617 | 63830 |
| NT(1/0 | <16,462> | <87,453> | — | <103,915> |
| PROV | 13,987 | 38,844 | 13,580 | 66,416 |
| LEF ATTACHED | 10,101 | <967> | 17197 | 26331 |
| REG | 8667 | 53686 | 1068 | 66421 |
| Net Shortfall | 1434 | <71,653> | 13129 | <40,090> |

Redesignation
of Capital RTS:

| | CRA | 5291 | 6317 |
|---|---|---|---|
| | LEGAL | | 1201 |
| | SCHC Recovery | | 1000 |
| | REDESIG CA | 800 | 9020 |
| | Free Core Factor | | 11,500 |
| | | 7525 | <25,615> | 13129 | <4961> |

↓ (under ΣVOG column) WOULD NOT trigger a Debt Covenant violation on ΣVOG₇

↓ (under TOTAL column) Systemwide Net Shortfall

① Includes KING/ANHS POFF RESERVE & EU PROVISION RECORDED PRINCIPALLY ON THE EAST Acquisitions THAT WERE IN THE SYSTEM ONLY 3 MONTHS BUT WOULD NOT BE REQUIRED TO RECOGNIZE UER. SINCE THE RSRV SHOULD BE adj to NRV @ the opening BTS date of 5/1.

CL 138473

ADJ Reserve

|  | 9567 | 63502 | 4068 | 77137 |
|---|---|---|---|---|
| Excess B/D ded | ⟨700⟩ |  | — |  |
| Fixed ADT | | ⟨9016⟩ | — |  |
| unapplied cash | ⟨200⟩ | ⟨800⟩ | — |  |
| Adj Reg Reserve | 8667 | 53686 | 4068 | 66421 |

CL 138474

AHERF
Rollforward of Allowance for Doubtful Accounts
6/30/97

| | | |
|---|---|---|
| Allow @ 6/30/96 | 63,830 | PY |
| FY 97 provision | 66,416 | T/B |
| | 130,246 | |
| Net chargeoffs | (103,915) | (B) |
| | 26,331 | |
| Old AHERF Adjusted Required Allow | 66,421 | (A) |
| Shortfall | (40,090) | |
| Redesignation of general reserves: | | |
| Undesignated CRA reserves | 11,608 | (C) |
| Legal Reserves | 1,201 | (D) |
| SCHC Recovery | 1,000 | (E) |
| Redesignation of excess contr. allow for DVOG entities | 9,020 | (F) |
| Redesignation of excess cont. allow for AGH | 800 | (G) |
| remaining shortfall | (16,461) | |
| recognition of unrestricted free care funds | 11,500 | (H) |
| Remaining shortfall | (4,961) | (I) |

CL 138475

(A)  Adjusted required reserve
Reserve per client calculations                    77,137
less AGH excess bad debt per
   comparison to of calc to T/B                        (700)      ,
Excess reserve related to
   IBC and HMO accounts due to
   slow payment by payor                            (9,016) (assumes a 30% collection rate for accts >270 days

                                                                    vs. the client uses a 0 to 25% collection rate)
Estimated impact of unapplied cash             (1,000) (based on 20% of unapplied cash)
Adjusted allow for old AHERF                     66,421

(B) See attached summary - amount represent charge-off summarized
from the client's reserve rollfoward (87,453 DVOG plus 16,462 AGH)

(C) represents undesignated CRA reserves based on our review of
CRA balances at 6/30/97

(D) represents reserves that have been established by the client for
accounts that have been sent to collection, however such accounts have
been written off from detailed patient a/r balances, therefore, such reserves
are not required.

(E) represents recoveries that were received for SCHC prior to 6/30/97,
however $1 million of the total recoveries was not applied to adj the reserve
or recognized into income

(F) represents the sum of DVOG entities excess cont allow based on the
detailed calculation compared to the t/b @ 6/30/97

(G) represents undesignated cushion included in the AGH cont allow calc

(H) represents temporarily restricted net asset amounts that given the required
amounts for bad debt chargeoffs during FY 97 should have been reversed
into income as net assets released from restriction since the client has met
the restrictions imposed by the donor.  Note, the client should recognize
additional bad debt expense of $11,500 and related free care funds.

(I) Amount represents a remaining shortfall based on the client's calculation.
C&L has not posted this amount to the SUD since it represents an estimate
and is less than 4% of the total a/r reserve reported at 6/30/97

Reconciliation of a/r reserve to f/s
old AHERF req reserve per client             77,137
acquired entities a/r reserve                    41,601
designation of other reserves
   as bad debt reserve                             8,686
amt per f/s                                           127,424

, **CL 138476**

AHERF
**Rollforward of Allowance for Doubtful Accounts**
6/30/97

| | | |
|---|---|---|
| Allow @ 6/30/96 | 63,830 | PY |
| FY 97 provision | 66,416 | T/B |
| | 130,246 | |
| Net chargeoffs | (103,915) | (B) |
| | 26,331 | |
| Old AHERF Adjusted Required Allow | 66,421 | (A) |
| | | |
| Shortfall | (40,090) | |
| | | |
| Redesignation of general reserves: | | |
| | | |
| Undesignated CRA reserves | 11,608 | (C) |
| Legal Reserves | 1,201 | (D) |
| SCHC Recovery | 1,000 | (E) |
| Redesignation of excess contr. allow for DVOG entities | 9,020 | (F) |
| Redesignation of excess cont. allow for AGH | 800 | (G) |
| | | |
| remaining shortfall | (16,461) | |
| recognition of unrestricted free care funds | 11,500 | (H) |
| | | |
| Remaining shortfall | (4,961) | (I) |

CL 138477

(A)  Adjusted required reserve
Reserve per client calculations                77,137
less AGH excess bad debt per
  comparison to of calc to T/B                  (700)
Excess reserve related to
  IBC and HMO accounts due to
  slow payment by payor                         (9,016) (assumes a 30% collection rate for accts >
                                                         vs. the client uses a 0 to 25% collection rat
Estimated impact of unapplied cash              (1,000) (based on 20% of unapplied cash)
Adjusted allow for old AHERF                   66,421

(B) See attached summary - amount represent charge-off summarized
from the client's reserve rollfoward (87,453 DVOG plus 16,462 AGH)

(C) represents undesignated CRA reserves based on our review of
CRA balances at 6/30/97

(D) represents reserves that have been established by the client for
accounts that have been sent to collection, however such accounts have
been written off from detailed patient a/r balances, therefore, such reserves
are not required.

(E) represents recoveries that were received for SCHC prior to 6/30/97,
however $1 million of the total recoveries was not applied to adj the reserve
or recognized into income

(F) represents the sum of DVOG entities excess cont allow based on the
detailed calculation compared to the t/b @ 6/30/97

(G) represents undesignated cushion included in the AGH cont allow calc

(H) represents temporarily restricted net asset amounts that given the required
amounts for bad debt chargeoffs during FY 97 should have been reversed
into income as net assets released from restriction since the client has met
the restrictions imposed by the donor.  Note, the client should recognize
additional bad debt expense of $11,500 and related free care funds.

(I) Amount represents a remaining shortfall based on the client's calculation.
C&L has not posted this amount to the SUD since it represents an estimate
and is less than 4% of the total a/r reserve reported at 6/30/97

Reconciliation of a/r reserve to f/s
old AHERF req reserve per client               77,137
acquired entities a/r reserve                  41,601
designation of other reserves
  as bad debt reserve                           8,686
amt per f/s                                    127,424

CL 138478

70 days
)

CL 138479

**AHERF**
**06/29/97**

Working Paper Name:        $50 Million Bad Debt Reserve Entry
Working Paper Reference:    0053-75
Working Paper Type □:      Created in Notes

Per conversation with Robin Schafer, C&L notes that a total of $50 million was intercompanied from the Graduate hospitals to the Delaware Valley hospitals to help "support" these entities due to the bad debt reserve shortfalls.

A determination was made that $25 million of reserves would be recorded in the DV hospitals in the March, 1997 financials and the remaining $25 million would be recorded in April.

The allocation of the reserves was as follows:

|        | March, 1997 | April, 1997 | Total       |
|--------|-------------|-------------|-------------|
| Bucks  | $3 million  | $ 4 million | $ 7 million |
| Elkins | 3 million   | 5 million   | 8 million   |
| HUH    | 5 million   | 5 million   | 10 million  |
| MCP    | 8 million   | 7 million   | 15 million  |
| SCHC   | 6 million   | 4 million   | 10 million  |
|        | $25 million | $25 million | $50 million |

**Completed**

Completed By:        Kristen Heinlein        Date:   09/15/97 01:20:12 PM
Last Modified By:    Christa L. Porter       Date:   09/22/97 09:18:20 AM

| Reviewed | Christa L. Porter |
|----------|-------------------|

| Mark for Deletion |
|-------------------|

Modification History:

| Kristen Heinlein |
|------------------|

CL 138480

| | CRA | 3rd Other Reserves | OIB Other Reserves | Cash Clearing | Prepayments Small Cap Legal A/R | |
|---|---|---|---|---|---|---|
| AGH | <529/238> | | | <1007007> | | |
| AUHE | | | | — | | |
| SCHC | <210000> | <188266> | <221257> | <1031870> | <67444> | RHG <1035(M |
| MCA | <1917571> | <4060867> | | <8707272> | <357,543> | |
| Elkins | <309700> | <214910> | | <619436> | <207740> | |
| Bucks | <1518556> | <68,203> | | <400679> | <840> | |
| Hahnemann | <1833400> | <428,591> | | <705659> | <1201232> | |
| | <11607,741> | <8798891> | <221257> | <5034371> | <2314613> | |

AGH Short Reserve ⌐ 700K

**AHERF**
**06/29/97**

| | |
|---|---|
| **Working Paper Name:** | AGH Bad Debt Reserve - 6/30/97 |
| **Working Paper Reference:** | 0053-48 |
| **Working Paper Type ▣:** | OLE, Prepared by Client |

AGH
Bad Debt Reserve
6/30/97

**NOTE:** This w/p represents the inpatient and outpatient bad debt calculations.



| | | | |
|---|---|---|---|
| **Completed By:** | Kristen Heinlein | **Date:** | 08/27/97 08:20:47 AM |
| **Last Modified By:** | Christa L. Porter | **Date:** | 09/10/97 03:34:07 PM |

Christa L. Porter

**Modification History:**

Kristen Heinlein

**CL 138482**

AGH
Bad Debt Reserve
6/30/97

**ALLEGHENY GENERAL HOSPITAL**
**ALLOWANCE FOR DOUBTFUL ACCOUNTS - INPATIENT**
**JUNE 30, 1997**

| PAYOR CLASSIFICATION | INHOUSE & DNFB | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-210 | 211-360 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| SELF PAY - A/R - S | 5313,873 | 501,974 | 670,696 | 230,544 | 430,746 | 377,112 | 518,360 | 204,187 | 444,743 | 13,890,029 |
| CHARGE DIFFERENTIAL | 0 | | | | | | | | | 0 |
| SELF PAY -A/R- NET | 313,873 | 501,974 | 670,690 | 230,544 | 430,746 | 377,112 | 518,360 | 204,187 | 444,743 | 3,890,029 |
| SELF PAY - ALLOWANCE | 3,137 | 5,020 | 43,535 | 23,054 | 64,812 | 75,422 | 154,908 | 102,094 | 333,557 | 805,539 |
| ALLOWANCE % | 1% | 1% | 5% | 10% | 15% | 20% | 30% | 50% | 75% | |
| WORKERS' COMP - A/R - W | 432,208 | 368,804 | 354,109 | 519,245 | 229,189 | 126,188 | 50,481 | 86,726 | 238,398 | 2,405,343 |
| CHARGE DIFFERENTIAL | 164,238 | | | | | | | | | 164,238 |
| WORKERS' COMP -A/R- NET | 267,968 | 368,804 | 354,109 | 519,245 | 229,189 | 126,188 | 50,481 | 86,726 | 238,398 | 2,241,104 |
| WORKERS' COMP - ALLOWANCE | 2,680 | 7,376 | 17,705 | 51,925 | 34,378 | 25,237 | 15,144 | 43,363 | 178,799 | 378,607 |
| ALLOWANCE % | 1% | 2% | 5% | 10% | 15% | 20% | 30% | 50% | 75% | |
| ACT VI AUTO - A/R - A,N | 631,340 | 644,487 | 608,004 | 330,210 | 300,562 | 88,190 | 86,433 | 71,317 | 347,218 | 3,104,894 |
| CHARGE DIFFERENTIAL | 252,818 | | | | | | | | | 252,818 |
| ACT VI AUTO - A/R - NET | 378,927 | 644,487 | 608,004 | 330,210 | 300,562 | 88,190 | 86,433 | 71,317 | 347,218 | 2,852,275 |
| ACT VI AUTO - ALLOWANCE | 3,789 | 12,890 | 30,345 | 33,021 | 45,089 | 17,238 | 25,930 | 35,658 | 225,690 | 429,650 |
| ALLOWANCE % | 1% | 2% | 5% | 10% | 15% | 20% | 30% | 50% | 85% | |
| COMMERCIAL - A/R - C,E,I | 909,759 | 1,957,520 | 912,844 | 419,799 | 452,437 | 74,422 | 104,248 | 208,972 | 246,240 | 5,308,231 |
| CHARGE DIFFERENTIAL | 148,464 | | | | | | | | | 148,464 |
| COMMERCIAL - A/R - NET | 841,298 | 1,957,520 | 912,844 | 419,799 | 452,437 | 74,422 | 104,248 | 208,972 | 246,240 | 5,217,787 |
| COMMERCIAL - ALLOWANCE | 42,065 | 97,878 | 91,284 | 41,980 | 45,243 | 18,606 | 48,812 | 73,140 | 147,744 | 604,840 |
| ALLOWANCE % | 5% | 5% | 10% | 10% | 10% | 25% | 45% | 35% | 60% | |
| HMO/PPO - A/R - H | 3,357,745 | 4,860,935 | 2,039,701 | 793,854 | 943,894 | 221,966 | 215,151 | 170,570 | 730,003 | 13,147,321 |
| CHARGE DIFFERENTIAL | 1,123,138 | | | | | | | | | 1,123,138 |
| HMO/PPO - A/R - NET | 2,234,609 | 4,860,935 | 2,039,701 | 793,854 | 943,894 | 221,966 | 215,151 | 170,570 | 730,003 | 12,024,183 |
| HMO/PPO - ALLOWANCE | 22,348 | 48,688 | 81,588 | 63,508 | 113,243 | 33,295 | 53,788 | 73,345 | 463,082 | 951,482 |
| ALLOWANCE % | 1% | 1% | 4% | 8% | 12% | 15% | 25% | 43% | 57% | |
| MEDICARE - A/R - M,J | 8,969,510 | 7,563,497 | 640,404 | 168,548 | 119,751 | 278,562 | 222,957 | 74,794 | 522,811 | 18,598,895 |
| CHARGE DIFFERENTIAL | 5,698,913 | | | | | | | | | 5,698,913 |
| MEDICARE - A/R - NET | 3,292,597 | 7,563,497 | 640,404 | 168,548 | 119,751 | 278,562 | 222,957 | 74,794 | 522,811 | 12,902,081 |
| MEDICARE - ALLOWANCE | 0 | 0 | 12,808 | 8,427 | 9,580 | 27,858 | 44,591 | 29,918 | 313,687 | 446,869 |
| ALLOWANCE % | 0% | 0% | 2% | 5% | 8% | 10% | 20% | 40% | 60% | |
| MEDICAID - A/R - F,X,K | 3,00,078 | 1,368,279 | 1,491,865 | 1,003,031 | 419,174 | 343,400 | 198,080 | 173,655 | 1,525,935 | 8,226,107 |
| CHARGE DIFFERENTIAL | 2,227,357 | | | | | | | | | 2,227,357 |
| MEDICAID - A/R - NET | 172,721 | 1,368,279 | 1,491,865 | 1,003,031 | 419,174 | 343,400 | 198,080 | 173,655 | 1,525,935 | 6,998,749 |
| MEDICAID - ALLOWANCE | 0 | 0 | 29,837 | 50,152 | 61,917 | 69,180 | 59,427 | 78,145 | 1,068,134 | 1,398,793 |
| ALLOWANCE % | 0% | 0% | 2% | 5% | 10% | 20% | 30% | 45% | 70% | |
| BLUE CROSS - A/R -B | 6,549,150 | 6,171,309 | 1,031,468 | 468,684 | 282,878 | 179,407 | 381,778 | 138,919 | 565,352 | 15,765,761 |
| CHARGE DIFFERENTIAL | 4,047,567 | | | | | | | | | 4,047,567 |
| BLUE CROSS - A/R - NET | 2,501,502 | 6,171,309 | 1,031,468 | 468,684 | 282,878 | 179,407 | 381,778 | 138,919 | 565,352 | 11,718,194 |
| BLUE CROSS - ALLOWANCE | 0 | 0 | 20,629 | 23,433 | 42,401 | 44,802 | 152,711 | 82,151 | 395,746 | 761,876 |
| ALLOWANCE % | 0% | 0% | 2% | 5% | 15% | 25% | 40% | 60% | 70% | |
| ALLEGHENY HMO - A/R - G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHARGE DIFFERENTIAL | 0 | | | | | | | | | 0 |
| ALLEGHENY HMO - A/R - NET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALLEGHENY HMO - ALLOWANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALLOWANCE % | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| CONTINUING CARE - T,U,V,Y,Z | 1,006,668 | 470,989 | 130,361 | 151,752 | 58,482 | 66,009 | 32,772 | 30,232 | 204,283 | 2,294,525 |
| CHARGE DIFFERENTIAL | 505,000 | | | | | | | | | 505,000 |
| CONTINUING CARE - NET | 493,668 | 470,989 | 130,361 | 151,752 | 58,482 | 66,009 | 32,772 | 30,232 | 204,283 | 1,890,525 |
| CCC - ALLOWANCE | 74,050 | 70,645 | 8,519 | 15,175 | 8,922 | 13,202 | 16,388 | 18,139 | 211,428 | 434,484 |
| ALLOWANCE % | 15% | 15% | 5% | 10% | 15% | 20% | 50% | 60% | 60% | |
| CHARITY CARE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 511 | 511 |
| CHARGE DIFFERENTIAL | 0 | | | | | | | | | 0 |
| CHARITY CARE - NET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 511 | 511 |
| CCC - ALLOWANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 511 | 511 |
| ALLOWANCE % | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | |
| TOTAL - A/R | 10,797,348 | 23,755,473 | 8,078,406 | 4,065,877 | 3,237,750 | 1,752,655 | 1,806,266 | 1,157,371 | 4,881,492 | 59,344,422 |
| TOTAL - ALLOWANCE | 3140,050 | $290,480 | $304,232 | $310,877 | $405,380 | $324,410 | $369,787 | 3535,963 | $3,030,197 | 36,020,020 |
| OVERALL ALLOWANCE % | 1.4% | 1.0% | 4.5% | 7.6% | 13.3% | 18.5% | 31.5% | 48.2% | 68.5% | 10.4% |

Per calculation    3,808,020 1
Per T/B            8,808,000 53.2
                   899,981 Represents an additional general bad debt reserve
                           booked by AGH. C&L does not take exception due to
                           treatment being conservative.

NOTE:    C&L compared the payor and reserve percentages to the PY

CL 138483

percentages noting the consistency between the years.

**ALLOWANCE FOR DOUBTFUL ACCOUNTS - OUTPATIENT**
JUNE 30, 1997

| PAYOR CLASSIFICATION | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-210 | 211-240 | 241+ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| SELF PAY & OTHR - A/R - S & E | 51,141,621 | $757,360 | $402,649 | $304,611 | $278,116 | $111,738 | $28,746 | $15,914 | $469,124 | 53,689,879 |
| CHARGE DIFFERENTIAL | 162,223 | 107,820 | 60,978 | 56,102 | 39,520 | 15,878 | 4,085 | 2,281 | 50,682 | 524,328 |
| SELF PAY - A/R - NET | 979,398 | 649,740 | 422,473 | 338,709 | 238,598 | 95,860 | 24,661 | 13,663 | 403,482 | 3,165,553 |
| SELF PAY - ALLOWANCE | 9,794 | 32,487 | 42,247 | 50,806 | 47,719 | 28,758 | 12,331 | 8,874 | 321,970 | 554,967 |
| ALLOWANCE % | 1% | 5% | 10% | 15% | 20% | 30% | 50% | 65% | 80% | |
| WORKERS COMP -A/R- W | 772,189 | 373,560 | 214,184 | 120,416 | 69,178 | 8,682 | (11,820) | (14,058) | (13,035) | 1,521,448 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WORKERS COMP -A/R- NET | 772,189 | 373,560 | 214,184 | 120,416 | 69,178 | 8,682 | (11,820) | (14,058) | (13,035) | 1,521,448 |
| WORKERS COMP -ALLOWANCE | 7,722 | 18,778 | 21,418 | 18,062 | 13,835 | 2,605 | (5,813) | (9,138) | (10,428) | 87,040 |
| ALLOWANCE % | 1% | 5% | 10% | 15% | 20% | 30% | 50% | 65% | 80% | |
| ACT VI AUTO - A/R - A,H | 403,075 | 199,828 | 99,918 | 63,508 | 52,745 | 31,019 | 9,196 | (147) | 28,235 | 877,378 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ACT VI AUTO - A/R -NET | 403,075 | 199,828 | 99,918 | 63,508 | 52,745 | 31,019 | 9,196 | (147) | 28,235 | 877,378 |
| ACT VI AUTO - ALLOWANCE | 4,031 | 9,991 | 9,992 | 9,526 | 10,549 | 9,306 | 4,598 | (96) | 22,588 | 79,485 |
| ALLOWANCE % | 1% | 5% | 10% | 15% | 20% | 30% | 50% | 65% | 80% | |
| COMMERCIAL - A/R -C, | 1,821,501 | 657,357 | 284,417 | 138,355 | 83,089 | 50,462 | 923 | 770 | 28,811 | 2,845,494 |
| COMMERCIAL - ALLOWANCE | 18,215 | 19,721 | 18,665 | 13,836 | 12,463 | *12,610 | 323 | 390 | 21,608 | 112,898 |
| ALLOWANCE % | 1% | 3% | 8% | 10% | 15% | 25% | 35% | 50% | 75% | |
| HMO/PPO - A/R - H | (885,555) | 1,935,877 | 1,738,735 | 398,151 | 256,750 | 154,949 | 114,590 | 63,388 | 83,623 | 3,858,523 |
| CHARGE DIFFERENTIAL | (884,610) | 1,933,611 | 1,738,680 | 395,728 | 256,465 | 154,784 | 114,474 | 63,320 | 83,538 | 3,854,408 |
| HMO/PPO - A/R - NET | (945) | 2,066 | 1,033 | 423 | 274 | 165 | 122 | 56 | 89 | 4,117 |
| HMO/PPO - ALLOWANCE | (9) | 83 | 148 | 55 | 41 | 48 | 53 | 39 | 67 | 523 |
| ALLOWANCE % | 1% | 4% | 8% | 13% | 15% | 28% | 43% | 58% | 75% | |
| MEDICARE - A/R - GROSS J,M | 8,920,008 | 1,278,813 | 564,878 | 482,477 | 514,843 | 198,088 | 98,721 | 101,839 | 315,386 | 12,478,444 |
| CHARGE DIFFERENTIAL | 5,192,131 | 743,701 | 328,558 | 290,829 | 299,457 | 115,218 | 55,876 | 59,234 | 183,443 | 7,258,044 |
| MEDICARE - A/R - NET | 3,734,477 | 534,912 | 238,318 | 201,844 | 215,388 | 82,870 | 40,045 | 42,605 | 131,943 | 5,220,400 |
| MEDICARE - ALLOWANCE | 0 | 10,698 | 11,816 | 18,140 | 21,539 | 16,574 | 16,018 | 25,563 | 105,554 | 223,909 |
| ALLOWANCE % | 0% | 2% | 5% | 9% | 10% | 20% | 40% | 60% | 80% | |
| MEDICAID - A/R - GROSS F,K,X | 1,556,803 | 475,241 | 322,238 | 255,352 | 150,168 | 114,550 | 122,027 | 71,170 | 660,993 | 3,728,542 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MEDICAID - A/R - NET | 1,556,803 | 475,241 | 322,238 | 255,352 | 150,168 | 114,550 | 122,027 | 71,170 | 660,993 | 3,728,542 |
| MEDICAID - ALLOWANCE | 0 | 9,505 | 16,112 | 25,535 | 30,034 | 34,365 | 54,912 | 49,819 | 660,993 | 881,275 |
| ALLOWANCE % | 0% | 2% | 5% | 10% | 20% | 30% | 45% | 70% | 100% | |
| BLUE CROSS - A/R - GROSS - B | 4,411,205 | 727,330 | 248,191 | 152,123 | 120,093 | 40,463 | (4,040) | (28,732) | (31,684) | 5,637,929 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | (0) | (0) | (0) | 0 |
| BLUE CROSS - A/R - NET | 4,411,205 | 727,330 | 248,191 | 152,123 | 120,093 | 40,463 | (4,040) | (28,732) | (31,684) | 5,637,929 |
| BLUE CROSS - ALLOWANCE | 0 | 14,547 | 12,460 | 22,818 | 30,023 | 10,181 | (2,424) | (18,712) | (25,355) | 49,537 |
| ALLOWANCE % | 0% | 2% | 5% | 15% | 25% | 40% | 60% | 70% | 80% | |
| AGH HMO - A/R - G | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALLEGHENY HMO - A/R - NET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALLEGHENY HMO - ALLOWANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ALLOWANCE % | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | |
| CHARITY CARE - A/R - O | 11,220 | 260 | 10 | 0 | 0 | 0 | 0 | (25) | 22,893 | 34,358 |
| CHARGE DIFFERENTIAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CHARITY CARE - A/R - NET | 11,220 | 260 | 10 | 0 | 0 | 0 | 0 | (25) | 22,893 | 34,358 |
| CHARITY CARE - ALLOWANCE | 11,220 | 260 | 10 | 0 | 0 | 0 | 0 | (25) | 22,893 | 34,358 |
| ALLOWANCE % | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | |
| HOMECARE & HOSPICE - A/R | 1,428,190 | 10,581 | 702,511 | 192,010 | | | | | 520,345 | 3,901,131 |
| HOMECARE - ALLOWANCE | 0 | 10,581 | 35,126 | 19,201 | 0 | 0 | 0 | | 338,224 | 403,131 |
| ALLOWANCE % | 0% | 1% | 5% | 10% | | | | | 65% | |
| TOTAL - A/R | $14,817,063 | $4,680,380 | $2,503,505 | $1,482,740 | $629,527 | $624,081 | $161,308 | $167,312 | $1,750,942 | $26,938,346 |
| TOTAL - ALLOWANCE | $48,872 | $125,690 | $184,193 | $175,986 | $186,203 | $120,450 | $79,997 | $58,716 | $1,457,964 | $2,307,720 |
| OVERALL ALLOWANCE % | 0.3% | 2.7% | 6.9% | 12.0% | 17.9% | 28.6% | 44.1% | 65.0% | 83.3% | 7.6% |

Per calculation    $2,307,150.2
Per T/B              2,659,000.53-2
                       281,870  Represents additional bad debt reserve booked by AGH.
                                C&L does not exception due to the treatment being
                                conservative.

NOTE:    C&L compared payor and reserve percentage to the prior year
          percentages noting consistency between the years.

NOTE:    C&L notes that Total A/R per the schedules do not agree to the T/B.
          The reason is that the Total A/R is offset by the Charge Differential.

**CL 138484**



**AHERF**
**06/29/97**

| | |
|---|---|
| **Issue Topic:** | Dr. $1,000,000 -I/P Contractual Allow, Cr. $1,000,000 -Bad Debt Reserve |
| **Issue Description:** | SCHC received $1,881,300 in payments that were previously written off from the PATCOM system. AHERF correctly charged $881,300 to bad debt recovery. The $1 million was used to increase contractual allowances (to use as a cushion). C&L is proposing an entry to correctly state the $1,000,000 as bad debt reserve. (ie., a redesignation within the a/r accounts since the client prepares their aging based on final bill date vs. final discharge date). |

**Link to Further Information:** Working Paper   0053-57  SCHC - Contractual Allowances 6/30/97

| | | |
|---|---|---|
| **Issue Type** **:** | Unadjusted Difference/Error | *RECEIVABLES per TB* |
| **Audit Area(s) Affected :** | Patient Accounts Receivable | *30,598,560* |
| **Client Site**  **:** | DVOG | |

**Comments:**

not included on summary of unadjusted differences because since there is no balance sheet impact, not also, for purposes of amount presented as a component of allowance for bad debt, C&L waives due to immateriality

| | | |
|---|---|---|
| **Created By:** | Kristen Heinlein | Date: 08/29/97 11:48:15 AM |
| **Last Modified By:** | Amy S. Frazier | Date: 01/22/98 03:39:55 PM |
| **Cleared By:** | Amy S. Frazier | Date: 01/22/98 03:39:55 PM |
| | Christa L. Porter | 09/10/97 03:34:07 PM |
| | Christa L. Porter | 09/10/97 03:34:07 PM |
| | Christa L. Porter | 09/10/97 03:34:07 PM |
| | Christa L. Porter | 09/10/97 03:34:07 PM |

CL 138485

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLED | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INPATIENT** | | | | | | | | | | | | | | |
| TOTAL BLUE CROSS | 12,469,171 | 1,800,313 | 0 | 3,258,285 | 1,693,637 | 1,495,545 | 973,870 | 654,898 | 770,774 | 650,338 | 642,665 | 528,829 | 12,469,171 | 0 |
| TOTAL HMO | 38,361,171 | 4,592,992 | 0 | 10,802,615 | 7,560,576 | 4,478,466 | 2,556,454 | 1,795,243 | 1,156,670 | 2,194,251 | 2,077,539 | 1,146,365 | 38,361,171 | (0) |
| TOTAL INPATIENT | 50,830,342 | 6,393,305 | 0 | 14,060,900 | 9,254,213 | 5,974,011 | 3,530,324 | 2,450,140 | 1,927,444 | 2,844,589 | 2,720,222 | 1,675,194 | 50,830,342 | (0) |

| CLASS | TOTAL | | | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OUTPATIENT** | | | | | | | | | | | | | | |
| TOTAL BLUE CROSS | 6,528,787 | | 0 | 1,320,535 | 683,169 | 508,779 | 397,105 | 430,421 | 364,220 | 614,987 | 821,131 | 1,388,439 | 6,528,787 | 0 |
| TOTAL HMO | 37,724,227 | | 0 | 7,831,865 | 5,817,679 | 4,625,101 | 2,582,109 | 2,783,648 | 1,565,340 | 3,559,720 | 3,693,734 | 5,165,031 | 37,724,227 | 0 |
| TOTAL OUTPATIENT | 44,253,014 | | 0 | 9,152,401 | 6,500,848 | 5,133,880 | 2,979,214 | 3,214,069 | 1,929,560 | 4,274,707 | 4,514,865 | 6,553,470 | 44,253,014 | 0 |
| | | | | | | | | | | | | | | |
| TOTAL I/P & O/P BC | 18,997,957 | 1,800,313 | 0 | 4,578,820 | 2,376,807 | 2,004,323 | 1,370,975 | 1,085,318 | 1,134,995 | 1,285,325 | 1,463,813 | 1,917,268 | 18,997,957 | 0 |
| TOTAL I/P & O/P HMO | 76,085,398 | 4,592,992 | 0 | 16,634,461 | 13,378,254 | 9,103,567 | 5,138,563 | 4,578,890 | 2,722,010 | 5,853,972 | 5,771,274 | 6,311,396 | 76,085,398 | 0 |
| TOTAL I/P & O/P BC & HM | 95,083,356 | 6,393,305 | 0 | 23,213,301 | 15,755,061 | 11,107,890 | 6,509,538 | 5,664,209 | 3,857,004 | 7,119,296 | 7,235,087 | 8,226,664 | 95,083,356 | 0 |

CL 138486

ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY
OUTPATIENT A/R AGING - RECEIVABLES AT GROSS
(Bad Debt Calculations—New Methodolog  REVISED
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 453,783 | 174,757 | 55,509 | 41,183 | 43,295 | 27,853 | 12,118 | 39,705 | 20,536 | 38,827 | 453,783 |
| H HMO | 3,971,836 | 1,733,247 | 828,306 | 472,411 | 38,930 | 88,801 | 105,500 | 244,855 | 236,796 | 222,989 | 3,971,836 |
| H30 - BC | 2,556 | 0 | 0 | 0 | 0 | 548 | 2,009 | 0 | 0 | 0 | 2,556 |
| H39.42 - KHP | 2,991,637 | 653,615 | 484,383 | 462,081 | 379,093 | 329,738 | 51,034 | 162,086 | 305,592 | 160,015 | 2,991,637 |
| TOTAL | 7,419,812 A | 2,561,619 A | 1,368,198 | 975,675 | 461,318 | 446,940 | 170,661 | 446,646 | 566,925 | 421,831 | 7,419,812 |

ALLEGHENY UNIV. HOSPITALS, EL contractualized at time of billing with this schedule.
OUTPATIENT A/R AGING - NET OF ALLOWANCES
(Bad Debt Calculations—New Methodolog  MOVE PERCENTAGES OVER TO NEXT AGING FOR BC (3). KHP (2)!!!!
JUNE 30, 1997    MOVE PERCENTAGES OVER TO NEXT AGING FOR MAI  AS OF 10/1 (181-270)!!!
MOVE PERCENTAGES OVER TO NEXT AGING FOR MC RATE CHANGE AS OF APRIL
MOVE PERCENTAGES OVER TO NEXT AGING FOR MC

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 290,116 | 83,883 | 26,644 | 19,768 | 20,782 | 27,853 | 12,118 | 39,705 | 20,536 | 38,827 | 290,116 |
| H HMO | 3,971,836 | 1,733,247 | 828,306 | 472,411 | 38,930 | 88,801 | 105,500 | 244,855 | 236,796 | 222,989 | 3,971,836 |
| H30 - BC | 2,556 | 0 | 0 | 0 | 0 | 548 | 2,009 | 0 | 0 | 0 | 2,556 |
| H39.42 - KHP | 1,903,092 | 294,127 | 217,972 | 207,937 | 170,592 | 329,738 | 51,034 | 162,086 | 309,592 | 160,015 | 1,903,092 |
| TOTAL | 6,167,600 | 2,111,257 | 1,072,923 | 700,115 | 230,303 | 446,940 | 170,661 | 446,646 | 566,925 | 421,831 | 6,167,600 |

ALLEGHENY UNIVERSITY - HAHNEAHERF is contractualizing the payors that are not
OUTPATIENT A/R AGING - NET OF contractualized at time of billing with this schedule.
(Bad Debt Calculations—New Methodology)
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO | 12,330,165 | 1,317,748 | 1,590,146 | 1,804,033 | 1,278,715 | 1,087,465 | 624,261 | 1,390,441 | 1,140,948 | 2,096,407 | 12,330,165 |
| A PHIL BC | 2,535,906 | 463,699 | 282,944 | 166,693 | 132,383 | 96,976 | 173,208 | 331,107 | 278,115 | 610,782 | 2,535,906 |
| B BC- BANK & FED | 358,986 | 77,510 | 59,999 | 65,686 | 26,281 | 30,086 | 17,205 | 27,551 | 17,380 | 37,288 | 358,986 |
| C HMO PA/NJ | 5,527,043 | 603,909 | 584,438 | 506,641 | 371,502 | 302,988 | 292,311 | 785,295 | 457,553 | 1,622,406 | 5,527,043 |
| TOTAL | 20,752,100 | 2,462,866 | 2,517,528 | 2,543,053 | 1,808,880 | 1,517,514 | 1,106,985 | 2,534,394 | 1,893,997 | 4,366,883 | 20,752,100 |

ALLEGHENY UNIVERSITY - MCC
OUTPATIENT A/R AGING - NET OF ALLOWANCES
NOTE:
AHERF is contractualizing the payors that are not

CL 138487

contractualized at time of billing with this schedule.

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 BC - OUT OF STATE | 917 | 53 | 193 | | | | 394 | | | 277 |
| 6 OTHER HMO | 138,455 | 25,523 | 18,991 | 20,528 | 10,977 | 7,572 | 7,584 | 5,482 | 28,503 | 13,295 |
| B BLUE CROSS ** | 2,093,462 | 350,069 | 180,238 | 137,515 | 131,652 | 174,009 | 99,503 | 75,667 | 389,161 | 555,649 |
| D HMO CAP | 0 | | | | | | | | | |
| E KEYSTONE ** | 2,317,283 | 363,279 | 342,548 | 248,098 | 154,299 | 275,671 | 160,715 | 116,559 | 534,785 | 121,330 |
| TOTAL | 4,550,117 | 738,924 | 541,970 | 406,140 | 296,928 | 457,252 | 268,196 | 197,708 | 952,449 | 690,551 |

ST CHRISTOPHERS HOSPITAL    contractualized at time of billing with this schedule.
OUTPATIENT A/R AGING - NET OF ALLOWANCES --BC AND KHP AGING CATEGORIES NEED ADJUSTED BASED ON 3/1/97 EFFECTIVE DATE
(DON'T FORGET FC "B")
Bad Debt Calculation (New Methodology)    --MA PRIOR TO 10/1/96 IS GROSS---WATCH AGING CATEGORIES
JUNE 30, 1997

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 795,617 | 170,564 | 77,642 | 77,934 | 42,713 | 73,644 | 49,676 | 101,253 | 95,402 | 106,789 |
| H HMO | 2,774,675 | 781,305 | 574,802 | 145,486 | (25,503) | 102,294 | 112,901 | 408,001 | 305,351 | 370,041 |
| H30 (BC) | 6,197 | 2,043 | 1,144 | 321 | 765 | 0 | 0 | 0 | 0 | 1,925 |
| K39,K42 (KHPE) | 1,786,896 | 323,823 | 346,641 | 285,156 | 163,815 | 169,485 | 50,480 | 140,060 | 133,817 | 173,619 |
| TOTAL | 5,363,386 | 1,277,735 | 1,000,229 | 508,897 | 181,786 | 345,423 | 213,058 | 649,314 | 534,571 | 652,374 |

| CLASS | TOTAL | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ |
|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 3,632,978 | 779,273 | 340,034 | 276,400 | 238,442 | 303,359 | 173,414 | 256,329 | 525,635 | 740,092 |
| A PHIL BC | 2,535,906 | 463,699 | 282,944 | 166,693 | 132,383 | 96,976 | 173,208 | 331,107 | 278,115 | 610,782 |
| B BC- BANK & FED | 358,986 | 77,510 | 59,999 | 65,686 | 26,281 | 30,086 | 17,205 | 27,551 | 17,380 | 37,288 |
| OTHER BLUE CROSS | 917 | 53 | 193 | 0 | 0 | 0 | 394 | 0 | 0 | 277 |
| NJ BLUE CROSS | 0 | | | | | | | | | 0 |
| TOTAL BLUE CROSS | 6,528,787 | 1,320,535 | 683,169 | 508,779 | 397,105 | 430,421 | 364,220 | 614,987 | 821,131 | 1,388,439 |

CL 138488

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 OTHER HMO | 12,468,619 | 1,343,272 | 1,609,138 | 1,824,561 | 1,289,691 | 1,095,036 | 631,845 | 1,395,923 | 1,169,451 | 2,109,702 | 12,468,619 | 0 |
| D HMO CAP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| E KEYSTONE ** | 2,317,283 | 363,279 | 342,548 | 248,098 | 154,299 | 275,671 | 160,715 | 116,559 | 534,785 | 121,330 | 2,317,283 | 0 |
| H HMO | 10,718,347 | 4,247,799 | 2,231,415 | 1,090,307 | 52,351 | 279,897 | 323,902 | 897,711 | 778,944 | 816,020 | 10,718,347 | 0 |
| H30 - BC | 11,310 | 2,043 | 1,144 | 321 | 765 | 1,096 | 4,017 | 0 | 0 | 0 | 11,310 | 0 |
| H39,42 - KHP | 6,681,625 | 1,271,564 | 1,048,996 | 955,174 | 713,500 | 828,960 | 152,549 | 464,232 | 753,001 | 493,649 | 6,681,625 | 0 |
| C HMO PA/NJ | 5,527,043 | 603,909 | 584,438 | 506,641 | 371,502 | 302,938 | 292,311 | 785,295 | 457,553 | 1,622,406 | 5,527,043 | 0 |
| TOTAL HMO | 37,724,227 | 7,831,865 | 5,817,679 | 4,625,101 | 2,582,109 | 2,783,648 | 1,565,340 | 3,659,720 | 3,693,734 | 5,165,031 | 37,724,227 | 0 |
| | | | | | | | | | | | | |
| TOTAL O/P | 44,253,014 | 9,152,401 | 6,500,848 | 5,133,880 | 2,979,214 | 3,214,069 | 1,929,560 | 4,274,707 | 4,514,865 | 6,553,470 | 44,253,014 | 0 |
| check | (0) | 0 | 0 | (0) | 0 | 0 | 0 | 0 | 0 | (0) | (0) | (0) |

CL 138489

**ALLEGHENY UNIV. HOSPITALS, BUCKS COUNTY**
**ACCOUNTS RECEIVABLE AGING - IN REVISED**
**(Bad Debt Calculations—New Methodology)**
**JUNE 30, 1997**

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLE | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 197,303 | 16,422 | | 75,810 | 16,400 | 26,469 | 11,236 | 3,960 | 19,775 | 25,742 | 4,020 | (2,531) | 180,881 |
| H HMO (USHC/KHPE | 1,822,277 | 81,392 | | 830,551 | 442,321 | 125,166 | 43,386 | 112,299 | 108,611 | (21,681) | 66,538 | 33,795 | 1,740,885 |
| TOTAL | 2,019,579 | 97,814 | | 906,361 | 458,721 | 151,635 | 54,622 | 116,259 | 128,386 | 3,861 | 70,658 | 31,263 | 1,921,765 |

**ALLEGHENY UNIV. HOSPITALS, ELKINS PARK**
**ACCOUNTS RECEIVABLE AGING - INPATIENT   REVISED**
**(Bad Debt Calculations—New Methodology)**
**JUNE 30, 1997**

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLE | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B BLUE CROSS | 460,176 | 57,480 | | 120,582 | 29,573 | 47,844 | 24,356 | 39,452 | 24,040 | 70,340 | 1,951 | 34,458 | 402,696 |
| H HMO (USHC/KHPE | 2,085,349 | 144,050 | | 953,009 | 468,743 | 131,037 | 42,762 | 71,583 | 48,807 | 50,315 | 85,673 | 89,370 | 1,941,299 |
| TOTAL | 2,545,525 | 201,530 | 0 | 1,083,591 | 498,316 | 178,881 | 67,118 | 111,035 | 72,847 | 120,655 | 87,624 | 123,829 | 2,343,995 |

**ALLEGHENY UNIVERSITY - HAHNEMANN**
**ACCOUNTS RECEIVABLE AGING - INPATIENT   AGED FROM FINAL BILL DATE**
**(Bad Debt Calculations—New Methodology)**
**JUNE 30, 1997**

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLE | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 MISC HMO CONTR | 13,019,436 | 1,652,879 | | 2,935,315 | 2,816,532 | 1,717,454 | 1,351,390 | 497,963 | 517,553 | 849,701 | 254,099 | 425,552 | 11,366,557 |
| A HLTH PART CROSS | 8,158,844 | 1,178,863 | | 1,962,058 | 1,023,223 | 1,030,358 | 652,701 | 437,354 | 505,257 | 410,630 | 441,483 | 77,313 | 7,182,986 |
| B BLUCROSS- BANK | 38,366 | | | | 22,534 | | | (3,000) | | 1,287 | (107) | 16,651 | 38,366 |
| C HMO PANNJ | 7,605,758 | 999,257 | | 2,169,912 | 1,055,657 | 1,010,412 | 213,910 | 551,813 | 100,899 | 703,810 | 474,919 | 325,158 | 6,606,501 |
| TOTAL | 29,023,409 | 3,828,999 | 0 | 7,066,285 | 4,919,946 | 3,758,224 | 2,218,600 | 1,484,729 | 1,123,710 | 1,965,428 | 1,170,404 | 1,484,664 | 25,194,410 |

**ALLEGHENY UNIVERSITY - MCC & EPPI**
**ACCOUNTS RECEIVABLE AGING - INPATIENT   AGED FROM FINAL BILL DATE**
**JUNE 30, 1997**

| CLASS | TOTAL | IH & DNFB (NET) | FINAL BILLE | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 181-270 | 271-365 | 365+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F OTHER HMO | 654,660 | 452,630 | | 54,160 | 25,980 | 1,260 | | 12,360 | | | 75,344 | 32,906 | 202,030 |
| 842 BLUE CROSS | 1,866,855 | 368,300 | | 769,535 | 287,593 | 183,049 | 18,983 | 111,851 | 114,865 | 57,490 | 164,549 | (229,350) | 1,498,555 |
| D HMO CAP | 19,277 | | | | | | | | | | | | 19,277 |
| E KEYSTONE | 3,252,478 | 270,061 | | 884,261 | 626,743 | 400,507 | 289,064 | 63,396 | 137,258 | 279,458 | 292,935 | 3,795 | 2,982,417 |
| H HMO REGULAR | 5,454,440 | 474,335 | | 1,756,572 | 1,107,982 | 578,831 | 296,773 | 309,823 | 153,463 | 200,477 | 569,944 | 6,540 | 4,980,105 |

CL 138490