**ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN**
**INPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204100-95009220**
**3/31/99**

19-Jun-98
04:37 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | BAD DEBT (PROV) BEN | REACTIVATED AR | OTHER | ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/ UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | |
| FYE 6/30/97 BAL: | ($4,511,934) | | | | | | ($4,511,934) | $22,243,003 | 20.3% | ($4,511,934) | $0 |
| JULY | ($4,524,415) | $506,708 | ($397,778) | ($378,518) | ($42,994) | | ($4,524,415) | $24,038,250 | 18.8% | ($4,524,415) | $0 |
| AUGUST | (4,067,148) | 303,740 | (169,313) | 279,585 | 63,256 | | (4,067,148) | 24,213,653 | 16.8% | (4,064,847) | (2,501) |
| SEPTEMBER | (4,067,148) | 253,864 | (67,724) | 256,215 | 3,978 | (51,777) (a) | (3,650,772) | 22,809,292 | 16.0% | (3,650,772) | (0) |
| OCTOBER | (3,650,772) | 76,659 | (61,535) | 150,116 | (56,121) | | (3,539,842) | 22,432,721 | 15.8% | (3,539,642) | (0) |
| NOVEMBER | (3,539,842) | 797,511 | (16,607) | (2,152,111) | (47,749) | 776,155 (9) | (4,182,443) | 24,477,955 | 17.1% | (4,958,598) | 776,155 |
| DECEMBER | (4,182,443) | 161,702 | (25,758) | 725,037 | (89,402) | (928,155) (b),(c) | (4,317,020) | 22,558,744 | 19.1% | (4,167,020) | (150,000) |
| JANUARY | (4,317,020) | 541,091 | (14,149) | (958,623) | (181,080) | | (4,928,791) | 23,134,205 | 21.3% | (4,778,791) | (150,000) |
| FEBRUARY | (4,928,791) | 346,183 | (4,567) | (66,666) | (214,943) | | (4,857,886) | 23,246,749 | 19.2% | (4,707,886) | (150,000) |
| MARCH | (4,857,886) | 490,489 | (7,512) | (916,033) | (102,406) | | (5,293,141) | | | (5,143,141) | (150,000) |
| APRIL | | | | | | | | | | | |
| MAY | | | | | | | | | | | |
| JUNE | | | | | | | | | | | |
| TOTAL | ($4,511,934) | $3,491,786 | ($473,834) | ($2,946,999) | ($647,263) | ($201,777) | ($5,293,141) | | | | |

**NOTES:**
(a) Unreconciled A/R for the month of August (not recorded until September).
(b) Correction to reduce bad debt, with corresponding increase to MA allowance (I. Vrde(a)s). Dec. bad allowance also corrected as appropriate.
(c) Includes inventory reserve of $180,000.

C:\CLIENTS\AHERPARDVOGSCH\SUMBD.WK4

CL 138591

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
OUTPATIENT
SUMMARY OF RESERVES FOR BAD DEBT
#120420-0-8500220
2/21/98

19-Jun-98
04:37 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | BAD DEBT (PROV) BEN | REACTIVATED AR | OTHER | ENDING BALANCE | AR BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/ UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: FYE 6/30/97 BAL: | (5,195,231) | | | | | | (5,195,231) | $18,848,882 | 27.4% | (5,195,231) | $0 |
| JULY | (6,163,712) | $1,036 | (810,213) | (952,521) | (86,783) | | (6,163,712) | $20,357,416 | 30.3% | (6,163,712) | $0 |
| AUGUST | (6,231,094) | 96,859 | (10,104) | (114,415) | (9,722) | | (6,231,094) | 19,740,081 | 31.6% | (6,231,094) | (0) |
| SEPTEMBER | (6,446,543) | 235,175 | (9,403) | (437,464) | (4,831) | 94 (a) | (6,446,543) | 18,510,736 | 34.8% | (6,446,543) | 0 |
| OCTOBER | (6,634,322) | 10,476 | (7,194) | (179,322) | (11,447) | (94) (a) | (6,634,322) | 18,038,963 | 36.8% | (6,634,322) | (0) |
| NOVEMBER | (7,524,750) | 20,245 | (9,842) | (901,731) | | | (7,524,750) | 18,238,682 | 39.1% | (7,524,750) | 0 |
| DECEMBER | (7,629,324) | 159,592 | (9,474) | (230,514) | (24,178) | | (7,629,324) | 18,795,000 | 40.6% | (7,629,324) | 0 |
| JANUARY | (8,001,611) | 455 | (8,534) | (333,114) | (10,931) | (21,663) (b) | (8,001,611) | 19,108,788 | 41.9% | (8,001,611) | 0 |
| FEBRUARY | (8,267,898) | | | (248,780) | (3,159) | | (8,267,898) | 20,418,216 | 40.5% | (8,267,898) | 0 |
| MARCH | | 96,538 | (14,348) | (325,151) | (1,015) | | (8,499,476) | | | (8,499,476) | |
| APRIL | | | | | | | | | | | |
| MAY | | | | | | | | | | | |
| JUNE | | | | | | | | | | | |
| TOTAL | (5,195,231) | 591,379 | (876,464) | (3,723,231) | (872,067) | (21,663) | (8,499,476) TB | | | | |

NOTES:
(a) Administrative write-offs (reversed in October).
(b) Effect of change in OP reimbursement rates for several payors. Overall increase to A/R net of allowances resulting in increase in bad debt provision.

C:\CLIENTS\AHERF\ARDVG\SCHSUMBD.WK4

CL 138592



Date Prepared __11/20/98__
Prepared by
of C & L _____
of Client and
Reviewed by _____ STH
Reviewed by
C & L group

AHERF
Bad Debt Reserve Refinement — D. Chris
6/2/98

CL 138593

3150-6

**ALLEGHENY UNIVERSITY HOSPITALS**
**BUCKS COUNTY- OUTPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#124-2200-9600/0212**
**3/31/98**

16-Jun-98
04:23 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | REACTIVATED A/R | SMS/GL ADJUSTMENTS | BAD DEBT PROVISION | ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE | VAR (OVER)/ UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: FYE 6/30/98 BAL: | ($2,876,708) | | | | | | | ($2,876,708) | $10,133,433 | 28.4% | | 0 |
| JULY | ($3,046,966) | $172,556 | ($15,403) | | ($17,352) | | ($310,059) | ($3,046,966) | | ERR | ($3,046,966) | 0 |
| AUGUST | (3,046,966) | 73,453 | 47,212 | | (15,977) | | 62,407 | ($3,004,675) | | | (3,068,269) | 63,594 |
| SEPTEMBER | (3,004,675) | 112,384 | (6,637) | (34,169) (e) | (8,572) | | (413,980) | ($3,357,648) | | | (3,323,478) | (34,169) |
| OCTOBER | (3,357,648) | 16,309 | (10,153) | | (6,198) | | (44,016) | ($3,401,708) | | | (3,401,708) | 0 |
| NOVEMBER | (3,401,708) | 170,192 | (6,250) | | | | (446,813) | ($3,668,597) | | | (3,668,597) | 0 |
| DECEMBER | (3,668,597) | 63,853 | (8,452) | (6) (b) | (14,850) | | (137,604) | ($3,779,685) | | | (3,779,685) | 0 |
| JANUARY | (3,779,685) | 31,714 | (9,064) | 85,943 (c) | (3,000) | | (396,655) | ($3,972,027) | | | (3,972,027) | 0 |
| FEBRUARY | (3,972,027) | 26,545 | (9,288) | (1,700) (d) | (16,680) | | (88,177) | ($4,060,537) | | | (4,060,537) | (0) |
| MARCH | (4,060,537) | 47,828 | (6,872) | (91) (9) | (10,317) | | (126,755) | ($4,156,744) | | | (4,156,744) | 0 |
| APRIL | (4,156,744) | | | | | | | ($4,156,744) | | | (4,156,744) | 0 |
| MAY | | | | | | | | 0 | | | | 0 |
| JUNE | | | | | | | | 0 | | | | 0 |
| TOTAL | ($2,876,708) | $718,835 | ($20,925) | $50,976 | ($92,156) | $0 | ($1,928,489) | ($4,156,744) | | | | |

(a) Adjust Bad Debt Expense.
(b) Correct error codes - GL Key 60.
(c) Correct error codes - GL Key 60 (95); Adjust Bad Debt for new OP Rates $98,648.
(d) Correct error codes - GL Key 60.
(e) Correct error codes - GL Key 60.

C:\CLIENTS\WAHERPA\RDV\OGBCSUNBD.WK4

CL 138594

ALLEGHENY UNIVERSITY HOSPITALS
BUCKS COUNTY- INPATIENT
SUMMARY OF RESERVES FOR BAD DEBT
#1204100-85000212
3/31/98

19-Jun-98
04:23 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | REACTIVATED A/R | SMS/GL ADJUSTMENTS | BAD DEBT PROVISION | ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/ UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | |
| FYE 6/30/97 BAL: | | | | | | | | ($1,408,742) | PY $6,196,651 | 22.7% | ($1,449,196) | (73) |
| JULY | ($1,408,742) | 397,760 | ($2,551) | | ($7,755) | | ($127,760) | ($1,449,023) | | ERR | (1,395,548) | 17,798 |
| AUGUST | (1,449,023) | 74,291 | 12,014 | | (9,449) | | (5,583) | ($1,377,750) | | | (1,377,641) | (25,917) |
| SEPTEMBER | (1,377,750) | 136,034 | (2,342) | | (780) | | (158,488) | ($1,403,318) | | | (1,559,335) | (2) |
| OCTOBER | (1,403,318) | 91,685 | (2,517) | | 873 | | (246,073) | ($1,559,340) | | | (1,559,335) | (2) |
| NOVEMBER | (1,559,340) | 71,074 | (365) | (16,990) (e) | | | (655,294) | ($2,161,845) | | | (2,161,843) | (2) |
| DECEMBER | (2,161,845) | 144,337 | (1,777) | (133,162) (b) | (4,609) | | (6,696) | ($2,163,851) | | | (2,032,809) | (131,042) |
| JANUARY | (2,163,851) | 176,078 | (11,006) | (2,175) (c) | (500) | | (52,613) | ($2,055,898) | | | (1,924,826) | (131,042) |
| FEBRUARY | (2,055,898) | 126,968 | 2,708 | (88) (d) | (57,367) | | (22,464) | ($2,007,070) | | | (1,876,038) | (131,042) |
| MARCH | (2,007,070) | 223,150 | 230 | (1,541) (e) | (8,944) | | (278,277) | ($2,070,581) | | | (1,939,539) | (131,042) |
| APRIL | 0 | | | | | | | 0 | | | | 0 |
| MAY | 0 | | | | | | | 0 | | | | 0 |
| JUNE | 0 | | | | | | | 0 | | | | 0 |
| TOTAL | ($1,408,742) | $1,140,435 | ($6,366) | ($154,073) | ($86,707) | $0 | ($1,555,120) | ($2,070,581) | TB | | | |

(a) Clear Rehab and NHU Bad Debt Reserve Accts.
(b) Correcting entries and correct error codes = ($2,122); Inventory Reserve = ($131,040).
(c) Correct Interface post and correct error codes - GL Key 60.
(d) Correct error codes - GL Key 60.
(e) Correct Interface post and correct error codes - GL Key 60.

C:\CLIENTS\AHERF\AR\DV\OGBCSUMBD.WK4

CL 138595



CL 138596

3150-7

19-Jun-98
04:30 PM

**ALLEGHENY UNIVERSITY HOSPITALS**
**ELKINS PARK-INPATIENT**
**SUMMARY OF RESERVES FOR BAD DEBT**
**#1204100-95000211**
**3/31/98**

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | REACTIVATED A/R | SMISIGL ADJUSTMENTS | BAD DEBT PROVISION | ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: FYE 6/30/97 BAL: | | | | | | | | (1,711,670) | 7,316,515 | 23.4% | | |
| JULY | (1,711,670) | 842,085 | (82,752) | | (832,161) | | (539,685) | (1,744,183) | | ERR | (1,744,232) | 49 |
| AUGUST | (1,744,183) | 51,508 | 23,725 | | (2,758) | | 22,219 | (1,647,691) | | | (1,675,281) | 27,590 |
| SEPTEMBER | (1,647,691) | 221,123 | (3,862) | 19,478 (a) | (5,843) | | (74,400) | (1,491,294) | | | (1,457,536) | (33,769) |
| OCTOBER | (1,491,294) | 59,727 | (9,239) | (19,048)(b) | (7,561) | | (156,814) | (1,623,230) | | | (1,604,181) | (19,049) |
| NOVEMBER | (1,623,230) | 78,702 | (10,940) | (16,409)(c) | | | (322,270) | (1,894,147) | | | (1,894,146) | (1) |
| DECEMBER | (1,894,147) | 105,766 | (7,754) | (125,378)(d) | (7,421) | | (127,317) | (2,056,252) | | | (1,931,372) | (124,880) |
| JANUARY | (2,056,252) | 100,977 | (2,256) | (342)(e) | (2,279) | | (164,319) | (2,124,478) | | | (1,999,599) | (124,880) |
| FEBRUARY | (2,124,478) | 19,166 | (3,755) | (5,119)(f) | (6,769) | | (61,605) | (2,182,561) | | | (2,057,581) | (124,880) |
| MARCH | (2,182,561) | 242,992 | (4,708) | (815)(g) | (456) | | (284,589) | (2,230,117) | | | (2,105,237) | (124,880) |
| APRIL | (2,230,117) | | | | | | | | | | | 0 |
| MAY | | | | | | | | | | | | 0 |
| JUNE | | | | | | | | | | | | 0 |
| **TOTAL** | (1,711,670) | 924,864 | (18,652) | (147,631) | (866,248) | 0 | (1,210,380) | (2,230,117) | | | | |

(a) Adjust bad debt expense.
(b) Feicom Accts entry (10002).
(c) Clear Rehab Bad Debt Reserve Acct.
(d) Correcting entries and correcting error codes = $500; Inventory Reserve = ($124,879)
(e) Correcting Error Codes - GL Key 60.
(f) Correcting Error Codes - GL Key 60 ($5099); Correct Interface Post ($323).
(g) Correcting Error Codes - GL Key 60 ($800); Correct Interface Post (315).

C:\CLIENTS\WHERPA\DVCO\EPSUMBD.WK4

CL 138597

ALLEGHENY UNIVERSITY HOSPITALS
ELKINS PARK- OUTPATIENT
SUMMARY OF RESERVES FOR BAD DEBT
#194D20-35000211
3/31/98

19-Jun-98
04:30 PM

| MONTH | BEGINNING BALANCE | WRITE-OFFS | RECOVERIES | OTHER | REACTIVATED A/R | SMS/GL ADJUSTMENTS | BAD DEBT PROVISION | ENDING BALANCE | A/R BALANCE | RESERVE % | CALCULATED RESERVE AMT | VAR (OVER)/UNDER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COMPARATIVE DATA: | | | | | | | | | | | | |
| PYE M30/97 BAL: | (3,565,337) | | | | | | | | Py $10,447,650 | 34.1% | | |
| JULY | (3,565,337) | $191,141 | (11,364) | | (15,592) | | ($539,808) | ($3,799,960) | | | (3,799,961) | 1 |
| AUGUST | (3,799,960) | 45,107 | 32,655 | | (17,172) | | (112,769) | ($3,852,178) | | ERR | (3,894,618) | 42,440 |
| SEPTEMBER | (3,852,178) | 3,832 | (8,456) | (43,901) (a) | (11,162) | | (489,178) | ($4,402,044) | | | (4,358,144) | (43,900) |
| OCTOBER | (4,402,044) | 474 | (10,027) | (7,817) (b) | (2,949) | | 6,549 | ($4,415,613) | | | (4,407,997) | (7,516) |
| NOVEMBER | (4,415,613) | 115,016 | (3,105) | | | | (566,355) | ($4,870,056) | | | (4,870,057) | 1 |
| DECEMBER | (4,870,056) | 49,372 | (8,516) | (45) (c) | (6,395) | | (52,371) | ($4,888,010) | | | (4,888,011) | 1 |
| JANUARY | (4,888,010) | 42,453 | (7,186) | 61,625 (d) | (5,960) | | (19,069) | ($4,816,147) | | | (4,816,148) | 1 |
| FEBRUARY | (4,816,147) | 14,022 | (13,816) | (57) (e) | (7,845) | | (20,227) | ($4,844,071) | | | (4,844,072) | 1 |
| MARCH | (4,844,071) | 8,568 | (8,138) | | (5,814) | | (77,165) | ($4,926,601) | | | (4,926,602) | 0 |
| APRIL | (4,926,601) | | | | | | | 0 | | | | 0 |
| MAY | 0 | | | | | | | 0 | | | | 0 |
| JUNE | 0 | | | | | | | 0 | | | | 0 |
| TOTAL | (3,565,337) | $469,006 | ($39,974) | $10,005 | (72,888) | $0 | ($1,728,413) | ($4,926,601) Py | | | | |

(a) Adjust bad debt expense.
(b) Reform Accts entry (10022).
(c) Correcting error codes - GL Key 60.
(d) Correcting error codes - GL Key 60 ($820); Adjust Bad Debt for new OP Rates $61,645.
(e) Correcting error codes - GL Key 60.

C:\CLIENTS\AHERP\AROOGEPSJMBD.WK4

CL 138898



CL 138599

3150-8

HAHNEMANN
RESERVE FOR ALLOWANCE BALANCES
OUTPATIENT (1202900)

28-Aug-98
12:52 PM

|  | 6/30/97 | 3/31/98 |
|---|---|---|
| Reserve on Gross Billed OP | (10,111,551) | (12,748,522) |
| Reserve on Workers' Comp |  |  |
| Reserve on Unbilled OP | (1,101,110) | (1,024,672) |
| Adjust Chemistry Overstatement |  |  |
| OP Revenue Adjustment |  |  |
| PA Adj on FB I/P | 698 | 698 |
| Reserve on accts FB @ Gross |  |  |
| Adjust OP reserve - revised reimb. rates |  | 127,031 |
| Adjust MC OP reserve |  |  |
| Bal. Reserve for Allowances | (11,211,963) | (13,645,465) |

A:\HU\HRESRV.WK4

ALLEGHENY UNIVERSITY HOSPITALS
HAHNEMANN
RESERVE FOR ALLOWANCE BALANCES
INPATIENT (1201900)

28-Aug-98
12:52 PM

|  | 6/30/97 | 3/31/98 |
|---|---|---|
| Adjust Pharmacy GPR |  |  |
| DC33 Reserves | (76,462) | (32,189) |
| Reserve on IH/DNFB (Unbilled) | (18,576,091) | (28,829,163) |
| Reserve on Gross MA Apps ATB | (1,825,437) | (459,954) |
| Reserve accounts @ gross |  | (365,714) |
| Reserve on Workers' Comp | 600,000 |  |
| Reserve Specific High $ Accts |  |  |
| Reserve on Commercial 20% | (943,338) | (2,108,508) |
| Commercial Rate Adjust |  |  |
| General Reserve | (83,354) | (83,354) |
| IP Revenue Adjustment |  |  |
| Unposted Out of Pd Contractuals |  | (325,955) |
| A/R Unreconciled Difference |  | 251,373 |
| Bad Debt Transfer Adjust | 900,000 | 900,000 |
| Accrue Cardiac Implants | 900,000 |  |
| Adj Cardiology I/H & DNFB | 678,226 | 733,270 |
| Bal. Reserve for Allowances | (19,326,456) | (30,319,194) |

A:\HU\HRESRV.WK4

CL 138600



AHERF

Detail of Contract Allowance - Hahnemann

6/20/98

CL 138601

3150-9

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
RESERVE FOR ALLOWANCE BALANCES
OUTPATIENT (120200)
FISCAL YEAR ENDING JUNE 30, 1998

28-Aug-98
12:59 PM
0251/98

| | 6/30/97 | 0251/98 |
|---|---|---|
| Reserve on Unbilled OP | (592,005) | (852,316) |
| Reserve on Accts Final Billed @ gross | (2,542,289) | (2,441,237) |
| General reserve | | |
| Adjust OP Reimbursement Rates | | |
| DC33 Intracompany Adjustment | (37) | (37) |
| Adjust reserve on BCH/UPE | | |
| 2/97-6/97 Reactivated AR | (22,701) | (22,701) |
| Dental Reserve (ATRV1 interface) | (221,237) | (352,964) |
| Bal. Reserve for Allowances | (3,378,269) V | (3,769,255) 10 |

A:\SCRESERV.WK4

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
RESERVE FOR ALLOWANCE BALANCES
INPATIENT (120100)
FISCAL YEAR ENDING JUNE 30, 1998

28-Aug-98
12:59 PM
0351/98

| | 6/30/97 | 0351/98 |
|---|---|---|
| MA Appa ATB Rev | | |
| Reserve on IH/DNFB (Unbilled) | (3,200,883) | (11,144,956) |
| Reserve on Charity Care | (5,091) | |
| Reserve on Accts FB @ Gross | (274,674) | (321,466) |
| Reserve on Comm @ Gross | 186,037 | 186,037 |
| Retrospective rate adj on HMOs (PA adj'd) | (534,139) | (534,139) |
| 2/97-6/97 Reactivated A/R | 153,861 | |
| IH/DNFB Cycle Billing Adjustment | (1,000,300) | |
| Additional PATCOM Payments * | | |
| Unpooled Out-of-Period Contractuals | | |
| Correct MA Allowance (I. Vrdoljat) | (300) | |
| Reserve 7/97 reposting Js's (CRA/JPT adjust.) | (188,542) | |
| District 33 Reserve on ATB | 9,698 | 9,698 |
| Bal. Reserve for Allowances | (4,695,488) IV | (12,003,664) 10 |

* PATCOM A/R balances previously written off in their entirety; these payments were erroneously applied against StdSDivision A/R.

A:\SCRESERV.WK4

CL 138602



Date Prepared    6/26/08
Prepared by
at C B L
at Client and
Examined by    CFH
Reviewed by
C B L Owner

AHERF

Rehash of Contract Allowance - St. Charles

6/26/08

CL 138603

3150-10

CL 138604

ALLEGHENY UNIVERSITY HOSPITALS
BUCKS COUNTY
RESERVE FOR ALLOWANCE BALANCES
INPATIENT  (1201900)

07/30/97

| | 6/30/97 | 03/31/98 | 04/30/98 | 05/31/98 | 6/30/98 |
|---|---|---|---|---|---|
| Resv on IH/OH/FB (Unbilled) | | | | | |
| Reserve acts FB @ Gross (Nov to Oct change) | (1,270,454) | (1,859,424) | | | |
| Unposted Out of Period Contractuals | | (24,138) | | | |
| Reserve on Charity Care | 0 | | | | |
| Reserve on Comm @ Gross | (60,041) | (182,407) | | | |
| DC33 Reserves | (9,665) | | | | |
| General Reserve | | | | | |
| Reserve on SMI Capitation A/R | (95,559) | (95,559) | | | |
| MA Appa AT3 Rev | (129,866) | | | | |
| Reactivated A/R | (137,845) | (137,845) | | | |
| IP Revenue Adjustment | | | | | |
| USHC Reserve Risk FY95 | (7,361) | (7,361) | | | |
| PATCOM IP/OP Charity Care w/o | (207,716) | (207,716) | | | |
| Balance Reserve for Allowances | (1,938,707) | (2,514,450) | 0 | 0 | 0 |

A:\BCRESERV.WK4
08/28/98
12:58 PM

ALLEGHENY UNIVERSITY HOSPITALS
BUCKS COUNTY
RESERVE FOR ALLOWANCE BALANCES
OUTPATIENT  (1202900)

| | 06/30/97 | 03/31/98 | 04/30/98 | 05/31/98 | 06/30/98 |
|---|---|---|---|---|---|
| Resv on Unbilled OP | (374,998) | (386,452) | | | |
| Reserve on Invision OP @ Gross | (3,418,338) | (3,233,271) | | | |
| Correct Reserv KHP & BC | | | | | |
| Reserve on SMI Capitation A/R | (26,846) | (26,848) | | | |
| Adjust MA System Allow | | | | | |
| Reactivated A/R | (35,503) | (35,503) | | | |
| OP Revenue Adjustment | | | | | |
| Balance Reserve for Allowances | (3,855,687) | (3,652,074) | 0 | 0 | 0 |

A:\BCRESERV.WK4
08/28/98
12:58 PM

Date Prepared: 6/24/98
Prepared by: at C&L
to Client and
Examined by: SM
Reviewed by: C&L Group

AHERF

Detailed Combined Allowance - Bucks

6/24/98

CL 138605

315U-11

CL 138606

ALLEGHENY UNIVERSITY HOSPITALS
ELKINS PARK
RESERVE FOR ALLOWANCE BALANCES
INPATIENT  (1201900)

08/28/98
12:55 PM

| | 6/30/97 | 07/31/98 | 04/30/98 | 05/31/98 | 06/30/98 |
|---|---|---|---|---|---|
| Reserve on IH/DNFB (Unbilled) | (2,462,788) | (3,207,122) | | | |
| Reserve on Comm @ Gross | (76,659) | (206,510) | | | |
| Unposted Out of Period Contractuals | | | | | |
| Reserve FB @ Gross (Nov to Oct change) | | (64,266) | | | |
| Reserve on Charity Care | (5,113) | | | | |
| IP Revenue Adjustment | | | | | |
| Correct L. Griffin DNFB Account | 393,096 | | | | |
| Reactivated A/R | | | | | |
| DC33 Reserve on Final Billed | (29,918) | (29,918) | | | |
| MA Apps ATB Rev | (28,210) | (43,524) | | | |
| IH/DNFB Outlier Adjustment | (74,803) | | | | |
| Bal. Reserve for Allowances | (2,284,605) | (3,551,340) | 0 | 0 | 0 |

A:\EPRESERV.WK4
08/28/98
12:55 PM

ALLEGHENY UNIVERSITY HOSPITALS
ELKINS PARK
RESERVE FOR ALLOWANCE BALANCES
OUTPATIENT  (1202900)

08/28/98
12:55 PM

| | 06/30/97 | 07/31/98 | 04/30/98 | 05/31/98 | 06/30/98 |
|---|---|---|---|---|---|
| Reserve on Unbilled OP | (259,451) | (346,282) | | | |
| Reserve on Invision OP @ Gross | (4,694,613) | (3,993,011) | | | |
| P/A Adjustments-reserve on FB | (100,000) | (100,000) | | | |
| Correct Reserve KGP & BC | | | | | |
| Reserve (5%) Commercial accts (Billed) | | | | | |
| Medicare With- hold | | | | | |
| General Accrual | | | | | |
| OP Revenue Adjustment | (36,826) | (36,826) | | | |
| DC33 Reserve on FB | 113 | 113 | | | |
| Reserve on FB Lab Charges | | | | | |
| MA Apps ATB Rev | | | | | |
| Adjust MA System Allow | | | | | |
| Bal. Reserve for Allowances | (5,090,776) | (4,476,006) | 0 | 0 | 0 |

A:\EPRESERV.WK4
08/28/98
12:55 PM



CL 138607

3150-12

**EXHIBIT  4450**

DEPOSITION
EXHIBIT
4450
PENGAD 800-631-6989

Prepared by Robin Schaus

CL 94013

**ALLEGHE... UNIVERSITY HOSPITALS**
**SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS**
**For the Twelve Months Ended Jun 20, 1997**

8-Jun-97 04:54 PM

**MCP**
**INPATIENT:**

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY98 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OTHER CY ADJUSTMENTS:** | | | | | | | | | | | | | |
| MA-Uncomp MA W/O | | | | | | | | | | | | | 0 |
| MC PY PIP Adj/PY AR Recpt(ai/latebacks) | | | | | | | | | | | | | 0 |
| MA PIP Adj/st PY | | | | | | | | | | | | | 0 |
| DC 33 Payment offset-in Other | (334,486) | (449,174) | (136,083) | (46,750) | (119,000) | (194,873) | (287,500) | (190,825) | (250,750) | (112,825) | (25,075) | | (2,057,141) |
| District Council 33 Capitation | 126,654 | 126,566 | 123,126 | 84,092 | 112,860 | 110,357 | 110,343 | 113,559 | (11,768) | (278) | (278) | | 884,593 |
| Global Fee Transfers-Mustard Seed | (10,200) | | (17,700) | (8,050) | (25,050) | (7,350) | (1,900) | (10,300) | (12,600) | (6,350) | (126,550) | | (227,750) |
| Global Fee Transfers - KMPE | (3,940) | | (1,580) | (2,040) | (1,240) | (10,880) | (3,720) | (10,920) | (10,030) | (5,840) | (6,820) | | (63,500) |
| Global Fee Transfers - USHC | (11,524) | (38,279) | (61,849) | (10,572) | (39,301) | (32,201) | (107,653) | (45,411) | (82,603) | (11,420) | (33,632) | | (532,442) |
| Unreconciled A/R Adjustment | | | | | | | | | | | 408,692 | | 408,692 |
| USHC Old Items Cleared | | | | | | | | | | | (10,135) | | (10,135) |
| USHC Rate Adjustment-in Other | | | | | | | | | | | | | 0 |
| USHC Capitation & Qualified Pmts | (196,206) | (323,321) | (201,655) | (843,644) | (195,225) | (300,000) | (524,328) | (188,343) | (144,267) | (361,560) | (281,334) | | (3,359,883) |
| **Total** | (320,502) | (693,888) | (296,198) | (628,154) | (277,596) | (232,694) | (624,759) | (332,236) | (512,028) | (499,571) | (133,354) | 0 | (4,943,566) |
| **OTHER PY/PM ADJUSTMENTS:** | | | | | | | | | | | | | |
| Total PY/PM Monthly Adjustments | (946,150) | (707,497) | (706,384) | (556,041) | (1,453,535) | (872,772) | (1,120,839) | (696,346) | (1,301,466) | (1,180,331) | (620,046) | | (10,170,407) |
| PM Adjust Final Billed in FY97 | | 120,000 | 419,491 | 550,202 | 794,806 | 567,157 | 931,624 | 752,394 | 770,631 | 1,176,277 | 491,019 | | 6,573,601 |
| **Total PY Adjustment** | (946,150) | (587,497) | (286,893) | (5,839) | (658,729) | (305,615) | (189,215) | 56,048 | (530,835) | (4,054) | (129,027) | 0 | (3,596,806) |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| Health Partners FY97 | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (120,000) | (120,000) | (120,000) | | (1,500,000) |
| W/O BC PIP | (120,000) | (120,000) | (120,000) | (120,000) | (120,000) | (125,900) | (120,000) | (140,261) | (120,000) | (120,000) | (120,000) | | (1,226,161) |
| MA Final Settle Adjust FY94 | (34,125) | (32,176) | (29,194) | (33,000) | (33,000) | (33,000) | (33,000) | (33,000) | (33,000) | (25,327) | (33,000) | | (351,822) |
| MA FY 96 Adjustment | | | | | | | | (392,309) | | | | | (392,309) |
| FY95 DSH Rate Overstatement | (64,000) | (64,000) | (64,000) | (64,000) | (84,000) | (64,000) | (64,000) | | (64,000) | (64,000) | (64,000) | | (1,082,309) |
| Non-Patient OTC | 12,349 | | 2,649 | (88,659) | 7,198 | | | 15,184 | | | | | (70,838) |
| MC FY 94 Settlement Adjust | | | | | | | | | 1,000,000 | | | | 2,000,000 |
| MC DSH FY95 | | | | | | | | | 1,000,000 | | | | 19,547 |
| **Total** | (185,776) | (315,176) | (310,545) | (405,659) | (239,802) | (327,900) | (317,000) | 185,614 | 593,000 | (409,337) | (417,000) | 0 | (2,225,571) |

ALLEGH... UNIVERSITY HOSPITALS
SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS
For the Twelve Months Ended June 30, 1997

18-Jun-97
05:02 PM

| | 7/95 | 8/95 | 9/95 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OUTPATIENT:** | | | | | | | | | | | | | |
| **OTHER CY ADJUSTMENTS:** | | | | | | | | | | | | | |
| District 833 adjustment | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | (4,749) | | | (42,741) |
| Rcl ESI Accts Payable | (8,522) | | | | | | | | | | | | (8,522) |
| PY A/R Receipts(takebacks) | | | | | | | | | | | | | 0 |
| MC Non-Patient Distribution | | | | | | | | | | (7,710) | | | (7,710) |
| Unreconciled A/R Adjustment | | | | | | | | | | | 199,575 | | 199,575 |
| HP Capitation Income | 2,451 | 18,173 | | 206 | | (7,888) | | (8,728) | 14,468 | 15,333 | 7,840 | | 47,086 |
| USHC Cap Income | 22 | (35) | 200 | | | | | 566 | 433 | 471 | 8,604 | | 5,043 |
| USHC Cap-Ctr Women's Health | | | (2,416) | | | | | | | | | | (2,429) |
| KHPE Radiology Capitation | 25,396 | 23,082 | 16,699 | | | | | 34,782 | 34,678 | 34,646 | 34,622 | | 299,198 |
| USHC Radiology Capitation | | 6,737 | 8,793 | 7,117 | 27,816 | 31,759 | 33,518 | 13,908 | 9,948 | 6,924 | 6,833 | | 69,782 |
| USHC Radiology - Oncology Nuclear | | | | | | 14,503 | | | | (10,542) | | | (10,542) |
| Global Fee Transfers - KHPE | (1,896) | (72,580) | (53,876) | (5,427) | (10,091) | (12,156) | (5,832) | (5,659) | (12,930) | (17,224) | (12,703) | | 0 |
| Global Fee Transfers - GPPPN | (35,446) | (32,109) | (27,642) | (20,534) | (35,743) | (29,320) | (46,569) | (34,911) | (28,576) | (21,355) | (28,078) | | (210,949) |
| Global Fee Transfers - USHC | (32,109) | | | | | | | | | | | | (340,367) |
| Total | (15,224) | (72,093) | (82,986) | (23,389) | (22,765) | (7,850) | (23,629) | (4,990) | 6,272 | 742 | 215,813 | 0 | (2,292) |
| | | | | | | | | | | | | | |
| **OTHER PY ADJUSTMENTS:** | | | | | | | | | | | | | |
| PY A/R Receipts(takebacks) | 671 | (105) | | | | | | 890 | | | | | 709 |
| Non-Patient OIC | (286) | | 2,226 | 143 | (510) | (510) | (7,548) | | | | | | 2,830 |
| Other PIP Adjust PY | | | | | | | | | | | | | (8,059) |
| Total | 385 | (105) | 2,226 | 143 | (510) | (510) | (7,548) | 890 | 0 | 0 | 0 | 0 | (4,519) |
| | | | | | | | | | | | | | |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| MA DSH FY98 | 144,569 | 144,569 | 144,569 | 144,569 | 144,569 | 144,569 | 181,199 | 181,199 | 181,199 | 181,199 | 181,199 | | 1,773,409 |
| MA DSH PY | 128 | | | | | | | | | | | | 128 |
| MC Rate Overstatement Adjust | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | | (21,000) |
| Total | 133,697 | 133,569 | 133,569 | 133,569 | 133,569 | 133,569 | 170,199 | 170,199 | 170,199 | 170,199 | 170,199 | 0 | 1,652,537 |

CL 94014

**ALLEGH... UNIVERSITY HOSPITALS**
**SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS**
**For the Twelve Months Ended June 30, 1997**

18-Jun-97
04:54 PM

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OTHER CY ADJUSTMENTS:** | | | | | | | | | | | | | |
| District #33 Capitation | 74,729 | 75,331 | 73,225 | 50,011 | 67,123 | 65,630 | 65,624 | 67,533 | 179,681 | (324) | 0 | 0 | 718,503 |
| OC 33 Payment Offset-in Other | (337,875) | (257,861) | (160,091) | (219,875) | (176,375) | (514,250) | (174,250) | (212,500) | (127,500) | 148,750 | | | (2,328,327) |
| MC PIP Adjust PY | | | | | | | | | | | | | 0 |
| MA-Incomp MA W/O | | | | | | | | | | | | | 0 |
| Total | (263,146) | (182,530) | (86,866) | (169,864) | (109,252) | (448,620) | (108,625) | (144,967) | 52,121 | (149,074) | 0 | 0 | (1,009,824) |
| **OTHER PY/PM ADJUSTMENTS:** | | | | | | | | | | | | | |
| Total PY/PM Monthly Adjustments | | | | (667,886) | (265,838) | (482,996) | (779,429) | (311,508) | (622,991) | (1,374,714) | (1,017,761) | | (5,523,143) |
| PM Adjust-Final Billed in FY97 | | | | 406,686 | 281,200 | 212,306 | 333,900 | 285,228 | 464,523 | 822,033 | 758,110 | | 3,543,886 |
| Total PY Adjustment | | | | (261,200) | (4,638) | (270,688) | (445,529) | (25,282) | (158,468) | (551,781) | (281,671) | 0 | (1,979,257) |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| Total | | | | | | | | | | | | 0 | 0 |

CL 94015

ALLEGHENY UNIVERSITY HOSPITALS
SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS
For the Twelve Months Ended June 30, 1997

CL 94016

ALLEGHENY UNIVERSITY HOSPITALS
SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS
For the Twelve Months Ended June 30, 1997

18-Jun-97
9:38 PM

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**BUCKS COUNTY**

OTHER ADJUSTMENTS:
- EIF Account Payable
- Non-patient Cash
- Global Fee Transfer-USHC
- Global Fee Transfer-Maryland Seed
- DCE & Honor Care Other at Year
- USHC Rate Adjustment to Other
- USHC Capitation-TAC
- USHC Clearing
- BC PIF Clearing Adjust
- MC Takeback
- Total

FY97 ADJUSTMENTS:
- Total PIF Monthly Adjustments
- PIF Adjustments (Not Billed in FY97)
- Total PIF Adjustments

COST RATE ADJUSTMENTS:
- MC FY97 Adjustment
- MC PIF Adjustment
- MC Rate Overpayment Adjust
- BC Overpayment Adjust
- MA CRA Adjustment
- MA Credit Balance
- MA Final Settlement
- Health Partners FY97
- Total

**SUMMARY**

OTHER ADJUSTMENTS:
- BM HCPE Capitation Payments
- HIP Subcapitation
- USHC TAC FIT Capitation
- BM USHC Capitation Payments
- BM HCPE Capitation
- TIN IIF Cash Rec.
- Reduce General Reserve
- EIF Accounts Payable
- MC Negative Reimbursement
- MC Florida Shares
- Global Fee Transfer-GPFFS
- Global Fee Transfer-USHC Probe
- Total

FY97 ADJUSTMENTS:
- Total FY97 Monthly Adjustments
- PIF Adjustments (Not Billed in FY97)
- Total PIF Adjustments

COST RATE ADJUSTMENTS:
- BAC CY CRA
- MA Current
- MC Rate Overpayment Adjust
- Total

* IP totals tie to the Gross to Net when April's Misc. Adjustment column added to May Other Adjustment Total above.

** OP totals tie to the Gross to Net when April's Misc. Adjustment column added to May Other Adjustment Total above.

CL 94017

ST. CHRISTOPHER'S HOSPITAL FOR CHILDREN
SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS
For the Twelve Months Ended June 30, 1997

23-Jun-97
02:49 PM

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INPATIENT:** | | | | | | | | | | | | | |
| **OTHER ADJUSTMENTS:** | | | | | | | | | | | | | |
| DC33 Payment Offset - In Other | (17,100) | (11,400) | (24,700) | (28,500) | (11,400) | (54,500) | (9,500) | (56,400) | (50,800) | (11,400) | | | (307,600) |
| USHIC Rate Adjustment-In Other | (16,696) | 72,197 | 132,531 | 85,893 | 61,403 | 35,756 | 35,756 | 19,474 | 302,028 | 37,893 | | | 532,968 |
| DC 833 Capitation Payments | 33,364 | 33,633 | 32,694 | 22,328 | 29,968 | 29,302 | 29,302 | 30,153 | (35,431) | (45) | | | 205,268 |
| Transfer Resv. from Centennial | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000,000 | | 1,000,000 |
| Total | (432) | 94,430 | 140,525 | 79,721 | 79,971 | (35,298) | (43,956) | (18,721) | 205,797 | 26,540 | 959,857 | 0 | 1,430,436 |
| **OTHER PY/PM ADJUSTMENTS:** | | | | | | | | | | | | | |
| Total PY/PM Monthly Adjustments | (409,684) | (452,314) | (879,876) | (1,443,165) | (189,752) | (1,120,599) | (774,849) | (51,043) | (1,500,224) | (568,475) | (1,486,935) | | (8,876,736) |
| PM Adjustments Final Billed in FY97 | 0 | 0 | 331,729 | 733,705 | 263,819 | 689,205 | 518,707 | 178,615 | 1,395,072 | 466,194 | 917,025 | | 5,494,071 |
| Total PY Adjustments | (409,684) | (452,314) | (547,347) | (709,460) | 74,067 | (431,394) | (256,142) | 127,572 | (105,152) | (102,281) | (569,910) | | (3,381,665) |
| Total | (409,684) | (452,314) | (547,347) | (709,460) | 74,067 | (431,394) | (256,142) | 127,572 | (105,152) | (102,281) | (569,910) | 0 | (3,381,665) |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| MA Passthru Adjust for DSH/Med Ed | 7,681 | | | | | | | | | | | | 7,681 |
| MA CR Claims/Writeoffs | | | | | | | (188,089) | | 606,266 | 143,712 | (143,712) | | 130,775 |
| MC FY98 Adjustment | | | | | | | 6,031 | 6,031 | 6,031 | 6,031 | 6,031 | | 24,124 |
| Health Partner Reserve FY97 | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (250,000) | (250,000) | (250,000) | (250,000) | (250,000) | | (1,875,000) |
| Total | (117,319) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (175,000) | (432,058) | 362,319 | (387,681) | (387,681) | 0 | (1,712,121) |
| **OUTPATIENT:** | | | | | | | | | | | | | |
| **OTHER ADJUSTMENTS:** | | | | | | | | | | | | | |
| Health Partner Capitation Tnf | 19,609 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 91,642 | 10,231 | | 121,482 |
| PIP Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (18,165) | 0 | | (18,165) |
| PRNC Lab Charges | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,290 | | 1,290 |
| DC 833 Capitation Adjustments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Total | 19,609 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 73,477 | 11,521 | 0 | 104,607 |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| MA DSH PY Adjust | 159 | 0 | 0 | (60,996) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | | (486,777) |
| Total | 159 | 0 | 0 | (60,996) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | (60,860) | 0 | (486,777) |

CL 94018

s:\pghaccig\galar\may97\schcf\ootl.wk4

**HAHNEMANN**
**SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS**
**For the Twelve Months Ended June 30, 1997**

19-Jun-97
04:58 PM

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INPATIENT** | | | | | | | | | | | | | |
| **OTHER OF ADJUSTMENTS:** | | | | | | | | | | | | | |
| DC 8&11 Capitation Payments | 86,435 | 87,132 | 84,696 | 57,847 | 77,637 | 75,911 | 75,903 | 78,115 | 22,173 | (216) | | | 645,633 |
| DC11 Payment Offset- In Other | (137,011) | (69,046) | (153,525) | (229,425) | (234,600) | (155,516) | (53,475) | (55,200) | (41,400) | (31,050) | | | (1,208,548) |
| USHC Rate Adjustmen-In Other | (511,804) | (750,034) | (705,251) | (845,232) | (590,079) | (700,000) | (428,107) | 111,233 | (287,983) | (319,233) | | | (5,018,067) |
| USHC Old Items Cleared | | | | | | | | | | | (10,676) | | (70,421) |
| Transfer reserves from Centennial | | | | | | | | | | | (70,421) | | (70,421) |
| Reduce General Reserves | | | | | | | | | | | 5,000,000 | | 5,000,000 |
| Respiratory Assoc A/P pymt | | | | | | | | | | | 700,000 | | 700,000 |
| Reclass EST Accounts Payable | | | (427) | | | | | | | | | | (783) |
| Brodsky Assoc Item/Cmc | | | | (357) | | (564) | | (15,314) | | (135) | | | (17,235) |
| BC/BS of NJ Withholding (Non-Patient Cash) | | (9,931) | | | | | | | | | | | (9,931) |
| MA Allow (Non-Patient Cash) | | | | | | | | (45,235) | (124,840) | 124,840 | | | (45,235) |
| MC PIP Adjust for Repayment | | | | | | | | | (124,940) | | | | 35,871 |
| MC Arena Allowance (Non-Patient Cash) | | | | | | | | 35,871 | 35,871 | (59,721) | | | (29,860) |
| USHC Radiology/Oncology | | | | | (10,280) | | | 29,861 | | | | | (10,280) |
| USHC HUH Business | (135,056) | (69,305) | (202,776) | (157,044) | (68,606) | (163,710) | (207,792) | (153,065) | (189,913) | (147,473) | (125,758) | | (1,620,548) |
| Global Fee Transfer - Other HMO | (8,740) | (6,440) | (6,440) | (6,020) | (6,180) | (15,906) | (7,100) | (6,540) | (17,220) | (9,509) | (11,421) | | (91,220) |
| Global Fee Transfer - USHC | | | (8,700) | (6,700) | (2,250) | (7,000) | (1,550) | (11,250) | (6,150) | (1,550) | (8,850) | | (44,550) |
| Global Fee Transfer - GFPPN | | | | | | | | | | | | | (5,387) |
| Global Fee Transfer - KHPE | | | | | | | | | | | | | (46,066) |
| Global Fee Transfer -Mustard Seed | | | | | | | | | | | (11,849) | | |
| **Total** | (706,176) | (813,989) | (998,354) | (1,190,490) | (825,060) | (891,107) | (636,632) | (53,891) | (614,945) | (445,524) | 5,415,972 | 0 | (1,840,517) |
| | | | | | | | | | | | | | |
| **OTHER PYRM ADJUSTMENTS:** | | | | | | | | | | | | | |
| Total PYRM Monthly Adjustments | (1,405,549) | (1,585,931) | (4,070,352) | (1,465,385) | (1,828,864) | (2,178,282) | (539,806) | (305,167) | (3,367,442) | | (2,492,040) | | (19,247,847) |
| PM Adjust-Final Billed in FY97 | | | 2,957,662 | 872,850 | 634,556 | 1,843,921 | 137,574 | 133,718 | 2,369,929 | | 2,326,712 | | 10,684,898 |
| Total PY Adjustment | (1,405,549) | (1,585,931) | (1,112,690) | (592,535) | (1,194,308) | (334,361) | (402,232) | (171,468) | (997,513) | 0 | (165,337) | 0 | (8,562,959) |
| | | | | | | | | | | | | | |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| Health Partners FY97 | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (150,000) | (150,000) | (150,000) | (150,000) | | (1,125,000) |
| IBC Pymt Adjustment | | (53,406) | (53,406) | | | | | (27,454) | | | | | (80,854) |
| Non-Patient OTC | | 6,296 | | | | | | | | | | | 6,296 |
| MA Pass-thru Adjust for DSH/Med Ed | 6,814 | | | | | | | | | | | | 6,814 |
| Other MA Claim | | | | | | | | (281,983) | | | | | (281,983) |
| Title V PY | | | | | | | | | | | | | 0 |
| 1994 Prudent Buyer Adjustment | | | | | | | | | | | | | 0 |
| Reserve I/P Bad Debt PY | | | | | | | | | | 480,000 | | | (26,000) |
| MA FY98 Adjust | | (6,200) | (6,200) | (5,200) | (5,200) | | | | | | | | 480,000 |
| MC Settle FY94 | | | | | | | | 4,100,000 | | | | | 4,100,000 |
| MC PIP Adjust PY | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | | (440,000) |
| MC Settle FY93 | | (5,200) | (5,200) | (5,200) | (5,200) | | (5,200) | (5,200) | (5,200) | (5,200) | (5,200) | | (55,500) |
| MC Rate Overstatement Adjust | (88,500) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | (53,800) | | (826,500) |
| MC Third Part BD Adjust | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | (40,000) | | (420,000) |
| MA SHSH DME 97 | | | | | | | | | | | (289,000) | | |
| MA SHSH DME 97 | | | | | | | | | | | | | |
| **Total** | (230,686) | (214,050) | (351,006) | (214,000) | (214,000) | (243,560) | (295,437) | 3,811,000 | 211,000 | | | 0 | 1,537,273 |

CL 94019

s:\pg\hacct\goals\may97\huh\foot.wk4