**HAHNEMANN**
**SUMMARY OF INPATIENT/OUTPATIENT ADJUSTMENTS**
For the Twelve Months Ended June 30, 1997

19-Jun-97
04:58 PM

| | 7/96 | 8/96 | 9/96 | 10/96 | 11/96 | 12/96 | 1/97 | 2/97 | 3/97 | 4/97 | 5/97 | 6/97 | FY97 YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **OUTPATIENT** | | | | | | | | | | | | | |
| **OTHER CY ADJUSTMENTS:** | | | | | | | | | | | | | |
| DC 933 Adjustments | (1,433) | (1,433) | (1,433) | (1,433) | (1,433) | (1,433) | (1,851) | (1,433) | | (8,598) | | | (13,316) |
| USHC Capitation - Other | | 1,741 | 2,021 | 12,460 | | (58,082) | (16,220) | 461 | 473 | 507 | 1,320 | | (59,086) |
| Astra Radiology | | 2,879 | | | | | | | | | | | 2,756 |
| HP Capitation Income | | | | | | | | (13,553) | 5,100 | 5,770 | 2,448 | | 2,454 |
| MA/NJ Non-Patient Distribution | | | | | | | | | | 69,034 | | | 1,282 |
| Non Patient Cash - Mercy | (56,035) | (5,952) | (63,736) | (33,504) | (40,571) | (33,239) | (59,190) | (35,281) | (95,302) | (27,014) | (39,643) | | (484,463) |
| Global Fee Transfer - USHC | | (8,390) | | | | | | | 980 | | 282 | | (11,240) |
| Global Fee Transfer - KHPE | (12,245) | (10,213) | (6,709) | (6,709) | (7,240) | (26,123) | (6,719) | (12,673) | (70,719) | (13,090) | (16,658) | | (192,779) |
| Global Fee Transfer - GPPPN | | | | | | | (28,569) | | | (92,899) | | | (92,899) |
| USHC Radiology - Oncology Nuclear | 2,703 | 41,216 | 45,000 | 459 | 53,028 | 48,539 | | 103,533 | 51,270 | 50,282 | 50,473 | | 416,833 |
| KHPE Capitation Income | 27,111 | 22,090 | 23,972 | 23,972 | | 48,984 | | 49,972 | 23,203 | 23,139 | 22,888 | | 244,016 |
| Radiology Cap Income - USHC | (67,009) | (7,290) | (14,755) | | 2,784 | (21,350) | (113,558) | 69,016 | (77,020) | (4,056) | (31,110) | 0 | (116,360) |
| **Total** | (67,009) | 57,371 | | (14,755) | 2,784 | (21,350) | (113,558) | 69,016 | (77,020) | (4,056) | (31,110) | 0 | (116,360) |
| | | | | | | | | | | | | | |
| **OTHER PY ADJUSTMENTS:** | | | | | | | | | | | | | |
| MC PIP Adjust PY | (216) | | | | | | | | | | | | (216) |
| **Total** | (216) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (216) |
| | | | | | | | | | | | | | |
| **COST RATE ADJUSTMENTS:** | | | | | | | | | | | | | |
| MA CRA PY | 105,788 | 105,788 | 105,788 | 105,788 | 105,788 | 105,788 | 132,590 | 132,590 | 132,590 | 132,590 | 132,590 | | 1,297,666 |
| MA DSH Adjust | 90 | | | | | | | | | | | | 90 |
| MC CRA Adjust -72 HR | | 1,491 | | | | | | | | | | | 1,491 |
| MC Rate Overstatement Adjust | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | (30,000) | | (330,000) |
| Reserve on MC Payback | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | (52,200) | | (574,200) |
| **Total** | 23,676 | 25,077 | 23,586 | 23,586 | 23,586 | 23,586 | 50,390 | 50,390 | 50,390 | 50,390 | 50,390 | 0 | 395,047 |

CL 94020

s:\pghacctg\gpatar\may97\huh\foot.wk4

**EXHIBIT  4458**

9

**Coopers & Lybrand**

Coopers & Lybrand L.L.P.

a professional services firm

600 Grant Street
35th Floor
Pittsburgh, Pennsylvania
15219-2777

telephone (412) 355-8000

facsimile  (412) 355-8089

SALY
RISK BASED
NEW AREAS
PEOPLE
CLASS

April 8, 1996

**Audit Committee of the Board of Trustees
of the Allegheny Health, Education and
Research Foundation:**

This past year has clearly been one of the most interesting years that healthcare providers have
faced in decades. The industry continues to undergo profound change. Patients and payors
demand higher quality service at lower costs, enrollment in managed healthcare plans continues
to increase, and pending changes in government health insurance programs demand that
healthcare providers adhere to a new standard of efficiency. In order to stay competitive and to
meet the challenges of tomorrow, healthcare providers are faced with the requirement to increase
revenue streams, maximize operating efficiencies and offer a diversity of services as a hedge
against changes in third party reimbursements. These services demand change, and the
marketplace of the next decade will favor those providers with the foresight and the ability to
adapt.

**AHERF Adapts to Change**

Allegheny Health, Education and Research Foundation (AHERF) has had this foresight and has
made changes to adapt to the marketplace. During the past year, AHERF has undertaken many
initiatives to adapt to the changing environment. While each change is designed to better
position AHERF for the impending revisions in the healthcare system, each also has the potential
to create issues or concerns that should be addressed by management and by Coopers & Lybrand
L.L.P., as your auditors. Following is a brief summary of what we perceive to be five of the
more significant financial based items that have changed at AHERF which will require additional
attention in our upcoming audits:

* AHERF has completed its centralization of the inpatient/outpatient billing function in
  Pittsburgh and has continued information system upgrades and consolidation. With these
  changes and other external changes, AHERF patient accounts receivable has increased $65
  million from June 30, 1995 to December 31, 1995.

* Acquisition of numerous physician practices, facilitated through Allegheny Integrated Health
  Group, and integration of these plans into the AHERF system.

* Continued information system conversions and system upgrades, especially in the Delaware
  Valley.

* Consolidation of all investment functions into the Pittsburgh Treasury Department.

* Consolidation of Delaware Valley debt (expected to be completed in late April 1996).

CL 036236

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.



DEPOSITION
EXHIBIT
4458
6-22-04 Buether

## Coopers & Lybrand Audit Approach

Consistently each year, our main objective is to render an opinion on the consolidated financial statements of AHERF and on those financial statements necessary for compliance with contractual, statutory or AHERF internal requirements.

In order to accomplish this objective we have designed an audit plan that considers the internal controls at AHERF and includes tests designed to address the significant risks AHERF faces. In addition to the general audit procedures we will complete on all accounts at AHERF, we have specifically designed steps to address each of the five areas discussed earlier. These procedures are designed to ensure that the accounts impacted by the changes are fairly stated and that controls are in place to manage the change. Our planned procedures are detailed in the following section.

It should be noted that we place reliance on the work of your Audit Services Department whenever possible. We have maintained communication with Diane Schrecengost throughout the year, have discussed her plan for the upcoming year and have considered the results of each of the completed internal audits in designing our testing plan. The utilization of the Audit Services Department and its focus on perceived risk areas is a strong control for AHERF management.

We would like to discuss with you two other items which we believe bring value to our audit and which help to maximize the benefit that AHERF can achieve from the audit process. These items are our engagement team and the implementation of our Coopers & Lybrand Audit Support System (CLASS) in 1996.

The engagement team is lead by Bill Buettner who has been the partner on the AHERF engagement for 8 years, and a member of the AHERF engagement team for 17 years. Assisting Bill are Jeff Hoover, Larry Blair, Bob Forrester and Phil Kamp. Each of these individuals are partners in our Firm who possess significant experience servicing the healthcare industry.

We would like to point out that Jeff Hoover, Phil Kamp and Bob Forrester are three additions to the engagement team for fiscal 1996. Jeff will serve as concurring partner on all audit engagements. Jeff previously worked with AHERF management as engagement manager from 1991 through 1993. Phil specializes in managed care and Bob focuses his attention on government compliance and research accounting. We have added these individuals to allow us to better serve AHERF as you maneuver through the changes caused by managed care and expand your efforts in research and the acquisition of external funding. As in previous years, Larry is prepared to assist AHERF in all aspects of tax compliance, including compliance with ERISA provisions and private inurement questions which have been the focus of recent IRS audits.

CLASS is our Firm's version of a "paperless" audit. It is a fully integrated automated system that allows each member of the engagement team to communicate on-line while providing access to some of the Firm's best experts. We believe that the system allows us to provide you with insight from other experts and improves the quality of service which we provide.

11

We believe that the plan we have in place, the team that will implement the plan, and the implementation of CLASS at AHERF will provide you with additional value from the audit process.

<u>Emerging Issues</u>

Lastly, as a separate section of the Audit Committee agenda materials, we have prepared a brief discussion of many of the emerging accounting, reporting, regulatory and tax issues AHERF will face in the near future. We appreciate the opportunity to discuss these at greater length with you and management.

<u>Summary</u>

This booklet is designed to provide you with an overview of the factors that we considered in designing our 1996 Audit Plan, a summary of the audit procedures that we intend to complete in the risk areas, and the areas that have changed over the past year.

We enjoy our relationship with AHERF and look forward to providing you with our best quality service.

Very truly yours,

Coopers & Lybrand L.L.P.

CL 036238

12

| Allegheny Health, Education and Research Foundation | **AHERF Audit Approach Overview** |

Coopers & Lybrand's Audit Approach has been designed to meet the following objectives:

➡ Provide an opinion on the financial statements

➡ Provide management with value-added services

The following represents a pyramid of our approach to meet our overall AHERF engagement objectives.

CL 036239

13

Allegheny
Health,
Education and
Research
Foundation

# Principles of the
# C&L Audit Approach

Provide
report of
independent
accountants on the
financial statements.

Evaluate the results of
our procedures and the impact
on the financial statements.

Discuss issues with management through
weekly status meetings.

Focus our approach on accounts assessed with high
and moderate risk.

Design substantive tests with reliance on internal controls,
evaluate significant financial statement classifications and
related audit areas, incorporate inherent business risks into
our engagement plan, and consider the results of internal audit reviews.

Assess and test the internal control environment through dialogue
with management and performance of tests of controls.

CL 036240

14

# C&L Audit Effort by Level of Emphasis

Our determination of audit areas and allocation of audit time (by level of audit emphasis and risk assessment) for 1996 is depicted below:



**Lower Risk Assessment**
Audit Time 7%
- Cash and Short-Term Investments
- Inventory
- Other Current Assets
- Property and Equipment
- Other Assets
- Restricted Assets

**Higher Risk Assessment**
Audit Time 66%
- Patient Receivables/Third-Party Payor Settlements
- Revenue System
- Financial Statement Disclosures/Reports
- Commitments/Contingencies
- Research Accounting/A-133 Reporting
- Information Systems

**Moderate Risk Assessment**
Audit Time 27%
- Investments
- Accounts Payable
- Accrued Expenses
- Long-term Debt
- Disbursements System
- Payroll System
- Related Party Transactions

CL 036241

15

# Significant Financial Statement Classifications and Related Audit Areas

- Account receivables/third-party settlements
- Commitments and contingencies
- Revenue system
- Purchasing/payroll
- Investments
- Long-term debt
- Information systems
- Research accounting/A-133 reporting
- Financial reporting

Based on our discussions with management and our understanding of AHERF's business, we believe these are the significant financial statement classifications and related audit areas. All of these areas have been determined to possess moderate or higher audit risk. Furthermore, as a result of the ongoing corporate restructuring, certain areas have been viewed as significant due to the changes made throughout the current year. The following charts depict how each of these areas impacts our reports on the various financial statements to be issued, our approach, the team makeup and financial highlights, if applicable.

CL 036242

16

# Financial Statement Classifications

## Account Receivables/Third-party Settlements

Account receivables/third-party settlements ➡
Commitments and contingencies
Revenue system
Purchasing/payroll
Investments
Long-term debt
Information systems
Research accounting/A-133 reporting
Financial reporting

### Approach
- Document and evaluate information system controls
- Consider results of billing/coding compliance reviews
- Evaluate net realizable value of patient accounts based on historical results and existing contracts
- Evaluate aging categories
- Review third-party adjustments and settlements for current and prior years and determine the impact on the current and prior years' estimates
- Assess reasonableness of contractual allowances in connection with testing of patient revenues and patient accounts receivable
- Review risk-based capitation contracts to determine if recorded amount is appropriate

### Scope
- Hospital Patient A/R
- Professional Fees
- Third-party Payor Contracts

### Team
- Audit
- Computer Assurance
- Reimbursement
- Managed Care Consultants

### Financial Highlights
($ in millions)

Net Patient Accounts Receivable
| | |
|---|---|
| 12/95 | $320.7 |
| 6/95 | $255.4 |

CL 036243

17

# Financial Statement Classifications

## Commitments and Contingencies



Account receivables/third-party settlements

**Commitments and contingencies** ➡

Revenue system

Purchasing / payroll

Investments

Long-term debt

Information systems

Research accounting/A-133 reporting

Financial reporting

### Approach

- Understand the system for evaluating commitments and contingencies, including litigation, risk management, etc.
- Circulate inquiry letter to attorneys and actuaries
- Analyze significant self-insurance accruals including claims history, actuarial assumptions and settlement data
- Assess compliance with applicable federal, state and local tax rules and regulations
- Throughout the year, on an as-needed basis, discuss and analyze management's compliance with coding, billing, etc. to third-party payors
- Evaluate full risk contracts for possible liability

### Team

- Audit
- Tax
- Actuarial
- Reimbursement

### Scope

- Organization-wide Malpractice Liability
- Organization-wide Workers' Compensation Liability
- Possible Hospital Third-Party Exposure (i.e. coding, billing)
- Managed Care Contracts

CL 036244

18

## Financial Statement Classifications

### Revenue System

Account receivables/third-party settlements

Commitments and contingencies

Revenue system  ➡

Purchasing / payroll

Investments

Long-term debt

Information systems

Research accounting/A-133 reporting

Financial reporting

**Approach**

- Understand and document the revenue cycle/billing process
- Assess major controls over:
  — Billing of services and revenue reporting
  — Collection of balances and remittance processing
  — Charity care and write-off policies
- Assess controls over reporting/monitoring of managed care contracts

**Team**

- Audit
- Computer Assurance
- Managed Care Consultants

**Scope**

- Hospital Net Patient Revenue
- Professional Fee Revenue
- Hospital Patient Receivables
- Organization-wide Bad Debt Expense
- Tuition Revenue

**Financial Highlights ($ in millions)**

Net Patient Revenues
6 mo. ended 12/95     $660.7
Fiscal 1995     $1,246.0

CL 036245

19

# Financial Statement Classifications

## Purchasing / Payroll

Account receivables/third-party settlements
Commitments and contingencies
Revenue system
**Purchasing / payroll** ➡
Investments
Long-term debt
Information systems
Research accounting/A-133 reporting
Financial reporting

### Approach

- Understand and document the purchasing/payroll cycles, key internal controls over these cycles and related cash disbursements
- Assess:
  — Policies and procedures
  — Authorization for purchases, payment, and changes to the standing data
  — Documentation of receipt of goods
  — Recording of expenses in accounting records

### Team

- Audit
- Computer Assurance

### Scope

- Organization-wide Payroll and Salary Expenses
- Organization-wide Benefit Expenses
- Organization-wide Supplies and Purchased Services Cost

### Financial Highlights ($ in millions)

| Salaries, Wages and Fringe Benefits | |
|---|---|
| 6 mo. ended 12/95 | $470.5 |
| Fiscal 1995 | $839.4 |

| Materials, Supplies and Services | |
|---|---|
| 6 mo. ended 12/95 | $225.7 |
| Fiscal 1995 | $442.9 |

CL 036246

20

# Financial Statement Classifications

## Investments

Account receivables/third-party settlements
Commitments and contingencies
Revenue system
Purchasing/payroll
**Investments** ➡
Long-term debt
Information systems
Research  accounting/A-133 reporting
Financial reporting

### Approach

- Document corporate restructuring
- Confirm existence
- Review third-party internal control reports of the trustees
- Review classifications (i.e., unrestricted, temporarily restricted, permanently restricted)
- Test controls over buy, sell and trade approvals via review of third-party reports
- Test interest, income, gains and losses for reasonableness
- Assess compliance with SFAS 124, Accounting for Certain Investments Held by Not-for-Profit Organizations, if adopted

### Scope

- Organization-wide Investment Portfolio
- Classification of Assets

### Team

- Audit

### Financial Highlights
### ($ in millions)

| Investments and Assets Limited to Use | |
|---|---|
| 12/95 | $451.0 |
| 6/95 | $495.2 |

Coopers & Lybrand L.L.P.

CL 036247

21

# Financial Statement Classifications



Account receivables/third-party settlements
Commitments and contingencies
Revenue system
Purchasing/payroll
Investments
Long-term debt →
Information systems
Research accounting/A-133 reporting
Financial reporting

**Long-term Debt**

**Approach**

- Document corporate restructuring
- Confirm obligations
- Review debt covenants for compliance

**Team**

- Audit

**Scope**

- Organization-wide Long-term Debt
- Organization-wide Compliance Review

**Financial Highlights**
**($ in millions)**

| Long-term Debt | |
|---|---|
| 12/95 | $613.4 |
| 6/95 | $621.1 |

CL 036248

22

# Financial Statement Classifications

## Information Systems



Account receivables/third-party settlements
Commitments and contingencies
Revenue system
Purchasing/payroll
Investments
Long-term debt
Information systems
Research accounting/A-133 reporting
Financial reporting

### Approach

• Understand and document computer controls
• Assess key controls over financial information systems
    — Implementation of new systems
    — Maintenance of existing systems
    — Computer security
    — Computer operations/execution
• Document and test systems
• Conversion and implementation

### Team

• Audit
• Computer Assurance

### Scope

• Organization-wide Computer Controls over Financial Information Systems

Coopers & Lybrand L.L.P.

CL 036249

23

## Financial Statement Classifications

### Research Accounting/A-133 Reporting

Account receivables/third-party settlements

Commitments and contingencies

Revenue system

Purchasing / payroll

Investments

Long-term debt

Information systems

Research accounting/A-133 reporting ➡

Financial reporting

**Approach**

- Review propriety of classification of awards between major and non-major programs
- Assess compliance with laws and regulations that have a direct and material effect on the financial statements
- Assess compliance with specific requirements of OMB Circular A-133 applicable to major and non-major programs
- Assess compliance with general requirements of OMB Circular A-133

**Team**

- Audit

**Scope**

- Organization-wide Compliance with Regulations
- Recognition of Revenue
- Understanding of Future Commitments, Matching Requirements, etc.

**Financial Highlights ($ in millions)**

| Research and Training Support | |
|---|---|
| 6 mo. ended 12/95 | $27.2 |
| Fiscal 1995 | $54.2 |

CL 036250

24

# Financial Statement Classifications



## Financial Reporting

Account receivables/third-party settlements
Commitments and contingencies
Revenue system
Purchasing/payroll
Investments
Long-term debt
Information systems
Research accounting/A-133 reporting
Financial reporting ➡️

### Approach
- Design overall approach to meet various objectives
- Integrate procedures to support individual reports
- Evaluate the impact of emerging issues

### Team
- Audit

### Scope
- Organization-wide Financial Statement Presentation
- Classification of Revenue and Expenses
- Classification of Assets and Liabilities
- Compliance with Generally Accepted Accounting Principles
- Disclosure of Pertinent Accounting Policies and Other Items

CL 036251

25

| Proposed 1996 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1995 | Proposed 1996 |
| **Financial Statement Audits (including required debt compliance letters):** | | | |
| Consolidated Financial Statements of Allegheny Health, Education & Research Foundation, including Supplemental Consolidating Schedules | Guaranty and Suretyship Agreement (PNC Line of Credit) | 39,000 | 32,000 |
| Allegheny General Hospital (AGH) Obligated Group | Restated and Amended Master Trust Indenture | 94,000 | 94,000 |
| Allegheny United Hospitals (AUH) Obligated Group | Master Trust Indenture | 127,000 | 127,000 |
| Medical College of Pennsylvania and Hahnemann University Hospital System (MCPHUHS) - Medical College of Pennsylvania (MCP) Hospital | Loan and Security Agreement | 85,000 | 85,000 |
| Medical College of Pennsylvania and Hahnemann University Hospital System (MCPHUHS) - Hahnemann University Hospital | Master Trust Indenture | 85,000 | 85,000 |
| Medical College of Pennsylvania and Hahnemann University (MCPHU) | Loan and Security Agreement | 56,200 | 56,000 |
| Allegheny Singer Research Institute | Internal Requirement | 13,000 | 13,000 |
| Horizon Medical Corporation (St. Christopher's Hospital for Children parking garage) | Sublease and Security Agreement | 11,500 | 11,500 |
| Allegheny Integrated Health Group | Internal Requirement | 0 | 18,000 |
| | Total | 510,700 | 521,500 |

CL 036252

26

| Proposed 1996 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1995 | Proposed 1996 |
| **A-133 Audits:** | | | |
| Allegheny Singer Research Institute | U.S. Office of Management and Budget Requirement | 17,000 | 17,000 |
| MCPHU | U.S. Office of Management and Budget Requirement | 34,000 | 34,000 |
| St. Christopher's Hospital for Children | U.S. Office of Management and Budget Requirement | 21,000 | 21,000 |
| MCPHUHS - Hahnemann University Hospital | U.S. Office of Management and Budget Requirement | 18,000 | 18,000 |
| MCPHUHS - MCP Hospital | U.S. Office of Management and Budget Requirement | 18,000 | 18,000 |
| | Total | 108,000 | 108,000 |
| **Insurance Company Audits:** | | | |
| Allegheny Health Services Providers Insurance Company | Cayman Island Insurance Requirement | 15,000 | 18,000 |
| Hahnemann Insurance Company, Inc. | Vermont Department of Insurance Requirement | 10,000 | 10,000 |
| | Total | 25,000 | 28,000 |

CL 036253

27.

| Proposed 1996 Audit Fees | | | |
|---|---|---|---|
| **Financial Statements/Reports** | **Report Purpose** | **Actual 1995** | **Proposed 1996** |
| **Benefit Plan Audits:** | | | |
| Retirement Account Plan for the Employees of Allegheny General Hospital for the year ended December 31, 1994 | ERISA Requirement | 10,000 | 0 |
| Retirement Account Plan for the Employees of The Medical College and Hospital of Pennsylvania for the year ended December 31, 1994 | ERISA Requirement | 6,300 | 0 |
| Retirement Account Plan for the Employees of United Hospitals, Inc. for the year ended December 31, 1994 | ERISA Requirement | 7,300 | 0 |
| Hahnemann University Non-Contributory Defined Contribution Retirement Plan | ERISA Requirement | 7,300 | 5,000 |
| Hahnemann University Defined Benefit Pension Plan (Short plan year ending December 31, 1994) | ERISA Requirement | 7,300 | 0 |
| Retirement Account Plan for Employees of Allegheny Health, Education and Research Foundation for the year ending December 31, 1995 | ERISA Requirement | 0 | 20,000 |
| | Total | 38,200 | 25,000 |

CL 036254

28

| Proposed 1996 Audit Fees | | | |
|---|---|---|---|
| Financial Statements/Reports | Report Purpose | Actual 1995 | Proposed 1996 |
| **Other:** | | | |
| AHERF Management Incentive Plans | Internal Requirement | 9,000 | 10,000 |
| Prudent Buyer Computations | Third-Party Payor Requirement | 4,800 | 5,000 |
| Audit of National Institute of Standards and Technology Grant - "Development of National Medical Practice Knowledge Banks" as of September 29, 1996 | NIST Requirement | 0 | 7,000 |
| AGH Spina Bifida Program | Commonwealth of Pennsylvania Audit Requirement | 2,600 | 2,500 |
| | Total | 16,400 | 24,500 |
| | Grand Total | 698,300 | 707,000 |

*Handwritten annotations:*

(12,000)  11,800  = ?

Comparatove

698,300   682,000   242.7.↓

12,000   11,200

Total 96        707,000
AIR              15,000
ASPI              7,000
AIHG            18,000
                  ――――――
                667,000

Reduction      31,300 or
                 4(2°)

CL 036255

29

**1996 PROPOSED FEE ASSUMING DELAWARE VALLEY CONSOLIDATION**

The consolidation of the Delaware Valley debt is schedule to be finalized in April 1996. Should this be completed, it is our understanding that there will only be 1 report required to be issued for the Delaware Valley Obligated Group versus the current reporting requirements. Below is a summary of our proposed fees for the AHERF engagement should this consolidation be finalized prior to June 30, 1996:

| Financial Statements/Reports | Report Purpose | Actual 1995 | Proposed 1996 |
|---|---|---|---|
| **Financial Statement Audits:** | | | |
| Consolidated Financial Statements of Allegheny Health, Education & Research Foundation, including Supplemental Consolidating Schedules | Guaranty and Suretyship Agreement (PNC Line of Credit) | 39,000 | 32,000 |
| Allegheny General Hospital (AGH) Obligated Group | Restated and Amended Master Trust Indenture | 94,000 | 94,000 |
| Delaware Valley Obligated Group | | 364,700 | 295,000 |
| Allegheny Singer Research Institute | Internal Requirement | 13,000 | 13,000 |
| Allegheny Integrated Health Group | Internal Requirement | | 18,000 |
| Financial Statement Audits | | 510,700 | 452,000 |
| A-133 Audits | | 108,000 | 108,000 |
| Insurance Company Audits | | 25,000 | 28,000 |
| Benefit Plan Audits | | 38,200 | 25,000 |
| Other | | 16,400 | 24,500 |
| | Grand Total | 698,300 | 637,500 |

CL 036256

**EXHIBIT  4463**

DEPOSITION EXHIBIT 4463
6-22-04 Buettner
PENGAD 800-631-6989

**AHERF Consold A/R by Major P 06/30/96**

| | MCC Out Patient > 180 days - 360 | MCC Out Patient > 360 days | EPPI InPatient > 180 days - 360 | EPPI InPatient > 360 days | Hahnemann InPatient > 180 days - 360 | Hahnemann InPatient > 360 days | Hahnemann Out Patient > 180 days - 360 | Hahnemann Out Patient > 360 days | ACH InPatient > 180 days - 360 | ACH InPatient > 360 days | ACH Out Patient > 180 days - 360 | ACH Out Patient > 360 days | TOTAL All Entities > 180 days - 360 | TOTAL All Entities > 360 days | TOTAL ALL ENTITIES > 180 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medicaid A/R | 31,712,217 | 331,444 | $1,634,110 | $1,634,110 | $1,090,223 | $530,122 | $304,901 | $314,731 | $111,288 | $614,938 | 130968 | 459242 | $10,045,666 | $19,434,220 | $27,923,373 |
| Reserve | 31,116,406 | 331,444 | $614,543 | $614,543 | $530,132 | | $116,418 | $116,070 | 350,336 | 531,891 | 77943 | 458242 | $3,302,821 | $8,305,617 | $16,475,824 |
| Total Medicaid | $18,111 | | $415,579 | | $704,891 | | $345,293 | $798,663 | 161,790 | $318,037 | 57,085 | $0 | $4,882,945 | $13,125,463 | $12,344,449 |
| Blue Cross A/R | 31,976,787 | 581,904 | 313,702 | $864,634 | 571,137 | $318,537 | 1,779,368 | $456,741 | 138,482 | 606,844 | 3700 | -92566 | $12,412,728 | $11,791,281 | $28,857,387 |
| Reserve | 1970,281 | 979,994 | 542,647 | 580,514 | $23,377 | | $17,258 | $45,228 | 523,989 | 682,301 | 22828 | -24844 | $1,800,118 | $3,196,437 | $7,433,186 |
| Total Blue Cross | $318,506 | 88,895 | | | 573,968 | | 573,688 | 573,669 | 513,393 | $89,842 | 54,672 | (314,311) | $48,637,018 | $8,664,821 | $19,473,117 |
| Medicare A/R | 3134,796 | $498,437 | 577,409 | 982,513 | $112,081 | $916,137 | 1977,332 | $1,159,291 | 177,673 | 1,071,341 | 13919 | 2565 | $4,598,777 | $5,844,906 | $13,688,811 |
| Reserve | 3478,298 | $498,437 | 144,094 | 582,513 | 53,604 | 591,621 | 324,348 | $111,930 | 238,970 | 3447,717 | 6648 | 10096 | $1,459,043 | $1,606,471 | $6,163,527 |
| Total Medicare | 564,298 | | 318,632 | | $82,680 | | 589,784 | $776,488 | 161,455 | 548,506 | 17,171 | 54,769 | $3,236,784 | $4,636,641 | $7,410,464 |
| HMO | 3811,832 | 591,241 | 1199,526 | $181,207 | 1997,996 | 1,946,985 | 52,103,375 | 53,210,543 | $246,228 | 3324,144 | 78837 | 169904 | $11,583,275 | $14,830,944 | $21,086,353 |
| Reserve | 5702,114 | 580,241 | 1145,797 | 1181,907 | 5298,165 | 1,127,431 | 57,430,743 | 53,143,918 | 1105,964 | 5206,913 | 2620 | 124620 | $3,923,629 | $17,718,838 | $19,802,888 |
| Total HMO | $698,718 | | 317,929 | $0 | $378,140 | $18,694 | 5288,662 | $93,545 | $48,464 | $819,233 | 546,217 | 543,376 | $4,855,446 | $2,105,414 | $3,133,040 |
| Other A/R | 51,890,745 | 53,815,957 | 573,264 | 51,013,709 | (378,044) | $2,462,724 | 52,382,340 | 52,791,598 | 51,813,320 | 51,991,439 | 205320 | 369942 | $10,306,388 | $22,220,160 | $30,015,288 |
| Reserve | 51,640,773 | 53,815,957 | 1,068,661 | 51,613,309 | (5304,807) | 33,911*1 | 51,293,581 | 52,117,957 | 1,509,387 | 54,351,057 | 100504 | 265020 | $4,816,937 | $19,196,540 | $29,296,514 |
| Total Other | 5216,495 | | 174,780 | | $231,298 | 50,114,081 | 558,679 | 524,581 | 580,733 | 51,391,175 | 104,914 | 597,909 | $13,675,441 | 54,479,366 | 5I,775,565 |
| Total A/R / Total Reserve | 51,564,078 | 56,367,613 | 51,372,705 | 53,781,723 | 52,473,917 | 53,043,097 | 54,897,624 | 57,940,953 | 51,404,702 | 58,469,346 | 648341 | 3919,673 | $68,108,064 | $60,365,600 | $138,247,235 |
| | 51,985,772 | 54,567,413 | 51,294,907 | 53,781,723 | 5254,166 | 53,173,378 | 53,133,378 | 54,091,202 | 57,240 | 54,136,319 | 5248,241 | 5822,395 | $112,982,944 | 130,340,345 | 548,834,271 |
| NET A/R | $665,198 | $0 | $235,918 | $0 | $2,030,871 | $6,822,304 | $3,214,248 | $3,027,933 | $766,803 | $2,471,227 | $220,001 | $115,583 | $41,715,256 | $21,272,257 | $70,939,947 |

CL 035633

**AHERF Consolid AHERF Consolidated**
**Aging by Major P Aging by Major Payer > 180 days**
**06/20/96**

| | St. Chris InPatient > 180 days - 36 | St. Chris Reserve | St. Chris Out Patient > 180 days - 360 | St. Chris Out Patient > 360 days | St. Chris InPatient > 360 days | Bucks County InPatient > 180 days - 360 | Bucks County Out Patient > 180 days - 360 | Bucks County InPatient > 360 days | Bucks County Out Patient > 360 days | Elkins InPatient > 180 days - 360 | Elkins Out Patient > 180 days - 360 | Elkins InPatient > 360 days | Elkins Out Patient > 360 days | MCC InPatient > 180 days - 360 | MCC InPatient > 360 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medicaid A/R | | | | | | | | | | | | | | | |
| Reserve | | | | | | | | | | | | | | | |
| Total Medicaid | | | | | | | | | | | | | | | |
| Blue Cross A/R | | | | | | | | | | | | | | | |
| Reserve | | | | | | | | | | | | | | | |
| Total Blue Cross | | | | | | | | | | | | | | | |
| Medicare A/R | | | | | | | | | | | | | | | |
| Reserve | | | | | | | | | | | | | | | |
| Total Medicare | | | | | | | | | | | | | | | |
| HMO | | | | | | | | | | | | | | | |
| Reserve | | | | | | | | | | | | | | | |
| Total HMO | | | | | | | | | | | | | | | |
| Other A/R | | | | | | | | | | | | | | | |
| Reserve | | | | | | | | | | | | | | | |
| Total Other | | | | | | | | | | | | | | | |
| Total A/R | | | | | | | | | | | | | | | |
| Total Reserve | | | | | | | | | | | | | | | |
| NET A/R | | | | | | | | | | | | | | | |

CL 035634

AHERF Consolidated
A/R Aging by Major Payer > 180 days
06/30/96

| | MCC Out Patient > 180 days > 360 | MCC Out Patient > 360 days | EPPI InPatient > 180 days > 360 | EPPI InPatient > 360 days | Hahnemann InPatient > 180 days > 360 | Hahnemann InPatient > 360 days | Hahnemann Out Patient > 180 days > 360 | Hahnemann Out Patient > 360 days | AGH InPatient > 180 days > 360 | AGH InPatient > 360 days | AGH Out Patient > 180 days > 360 | AGH Out Patient > 360 days | TOTAL All Entities > 180 days > 360 | TOTAL All Entities > 360 days | TOTAL ALL ENTITIES > 180 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Medicaid A/R** Reserve | 13,369,236 5,191,716 | 3,206,168 (168,209) | 1,770,232 (54,946) | 13,424,759 (13,457) | 11,093,228 1,519,589 | 11,174,291 1,113,428 | 172,232 134,168 | 11,176,295 1,113,38 | 1,012,288 728,330 | 3,64,638 603,091 | 134,068 77,965 | 490,062 490,062 | $6,184,687 $2,654,626 | $11,671,040 $4,547,640 | $26,787,068 $8,644,472 |
| Total Medicaid | 17,151,114 | 3,467,200 | 1,775,586 | 13,411,760 | 5494,994 | 31,053,341 | 1181,057 | 314,738 | 5465,944 | 527,831 | 1165,977 | 82 | 64,644,277 | 57,053,740 | 164,742,276 |
| **Blue Cross A/R** Reserve | 3,476,707 (172,077) | 5,078,884 (168,694) | 533,702 31,705 | 5984,634 505,423 | 12,751,079 5,926,595 | 16,786,250 5,879,761 | 5775,988 545,220 | MY6,561 545,412 | 309,644 532,000 | 5409,644 5403,381 | 37,500 22628 | 422255 -29244 | $11,142,000 $740,753 | 50,450,934 $760,831 | $23,205,851 $3,010,148 |
| Total Blue Cross | 15,696,434 | 5998,780 | 525,977 | 5708,719 | 12,364,477 | 11,466,458 | 3724,689 | 3415,049 | 515,592 | 327,063 | 14,675 | (519,857) | 103,390,346 | 51,716,983 | 126,646,768 |
| **Medicare A/R** Reserve | 5356,396 (60,766) | 5407,742 5871 | 575,699 52,584 | 5872,103 563,0 | 5892,103 344,093 | 15,857,526 1,755,743 | 11314,751 3,563,339 | 11,657,326 1,735,549 | 515,592 329,179 | 11,071,261 342,757 | 10810 6648 | 23365 18858 | $3,652,648 $434,600 | $6,726,008 $1,274,800 | $10,344,058 $1,374,672 |
| Total Medicare | 5,563,336 | 5496,879 | 578,995 | 5817,998 | 5817,998 | 5398,592 | 5358,002 | 5198,960 | 545,455 | 5485,584 | 57,378 | 54,739 | 53,446,640 | 54,498,830 | 511,754,346 |
| **HMO** Reserve | 5938,647 (35,727) | 55,103,882 (158,593) | 5098,538 (54,398) | 1081,797 337,303 | 12,298,514 11,423,19 | 12,198,387 11,253,304 | 12,412,581 10,793,181 | 15,275,094 5655,663 | 5304,128 1098,961 | 5326,141 5326,552 | 70637 30320 | 169104 129028 | $12,085,157 $5,663,818 | 50,811,565 53,291,555 | $22,896,661 56,886,521 |
| Total HMO | 5886,194 | 52,285,735 | 5324,464 | 5341,624 | 53,751,674 | 11,951,337 | 18,703,624 | 5165,487 | 5140,464 | 5330,221 | 546,317 | 142,276 | 59,417,481 | 116,217,618 | 116,217,618 |
| **Other A/R** Reserve | 12,711,396 3,506,453 | 53,675,928 5457,092 | 5413,204 535,362 | 11,047,799 5495,836 | 12,655,982 11,997,012 | 54,824,528 55,5,760 | 10,355,154 11,126,429 | 11,244,343 13,118,027 | 11,493,178 1309,287 | 53,904,599 54,175,887 | 205520 135004 | 300242 290335 | $18,894,400 $9,987,682 | 529,145,628 511,682,190 | 548,008,371 518,894,000 |
| Total Other | 11,204,833 | 53,373,044 | 5414,594 | 5911,873 | 5295,070 | 12,118,574 | 5738,995 | 5226,429 | 5305,713 | 51,391,372 | 187,569 | 112,314,818 | 112,314,818 | 51,642,478 | 117,613,581 |
| **Total A/R** Reserve | 33,344,471 5710,209 | 56,567,452 5360,565 | 51,575,705 536,707 | 13,781,712 5334,133 | 13,529,224 11,846,568 | 14,587,426 5485,280 | 16,387,426 51,172,470 | 17,044,711 1757,948 | 11,644,741 5197,940 | 18,605,266 14,138,529 | 199,875 5571,979 | 110,574,599 116,258,599 | $37,050,939 $18,720,000 | 564,417,319 522,703,836 | 1191,439,425 558,640,487 |
| Total Reserve | | | | | | | | | | | | | | | |
| **NET A/R** | $4,856,662 | $6,102,567 | $1,552,078 | $3,547,389 | $6,709,699 | $6,822,205 | $3,215,148 | $3,027,356 | $766,803 | $2,471,217 | $210,001 | $115,983 | $43,281,654 | $32,173,479 | $92,151,914 |

CL 035635

**AHERF Consolidated**
**Aging by Major Payer > 180 days**
**06/24/96**

| | St. Chris InPatient 180 days - 360 | St. Chris InPatient > 360 days | St. Chris Out Patient > 180 days - 360 | St. Chris Out Patient > 360 days | Bucks County InPatient > 180 days - 360 | Bucks County InPatient > 360 days | Bucks County Out Patient > 180 days - 360 | Bucks County Out Patient > 360 days | Elkins InPatient > 180 days - 360 | Elkins InPatient > 360 days | Elkins Out Patient > 180 days - 360 | Elkins Out Patient > 360 days | MCC InPatient > 180 days - 360 | MCC InPatient > 360 days |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Medicaid A/R** | $2,313,821 | $3,902,995 | $3,098,300 | | $470,095 | $227,419 | $233,181 | $187,530 | $282,074 | $143,944 | $895,138 | $779,498 | $1,363,147 | $1,782,838 |
| Reserve | $2,233,680 | $3,647,637 | $56,331 | | $362,727 | $323,773 | $4,584 | $11,473 | $110,613 | $60,095 | $114,374 | $32,421 | $879,875 | $232,341 |
| **Total Medicaid** | $4,149,418 | $285,439 | $298,799 | | $296,340 | $25,524 | $254,194 | $146,477 | $242,461 | $32,869 | $468,354 | $272,877 | $367,274 | $866,998 |
| **Blue Cross A/R** | $3,342,555 | $2,401,507 | $986,743 | | $337,838 | $398,396 | $772,184 | $408,575 | $412,515 | $996,379 | $1,044,352 | $310,349 | $980,204 | $101,176 |
| Reserve | $344,391 | $495,301 | $4,549 | | $26,348 | $272,518 | $14,236 | $4,549 | $145,381 | $103,189 | $543,664 | $12,134 | $(102,361) | $101,174 |
| **Total Blue Cross** | $2,993,941 | $3,946,346 | $993,654 | | $331,490 | $663,878 | $757,948 | $444,816 | $348,434 | $853,670 | $11,617,986 | $384,735 | $485,436 | (44) |
| **Medicare A/R** | $130,077 | $146,775 | $193,948 | | $443,482 | $353,140 | $500,778 | $1,165,912 | $1493,579 | $213,618 | $11,473,733 | $860,818 | $573,891 | $224,423 |
| Reserve | $56,408 | $124,051 | $111,107 | | $350,249 | $196,542 | $119,235 | $12,560 | $778,841 | $172,185 | $328,140 | $53,660 | $53,999 | $3,999 |
| **Total Medicare** | $833,689 | $322,706 | $190,347 | | $415,613 | $85,4898 | $509,233 | $545,412 | $813,398 | $810,433 | $51,405,643 | $798,198 | $500,898 | $378,431 |
| **HMO** | $1,439,960 | $149,920 | $413,135 | | $467,491 | $716,652 | $955,771 | $1,270,867 | $3,982,290 | $111,061 | $3,695,881 | $1632,399 | $1,375,318 | $958,144 |
| Reserve | $197,038 | $59,500 | $57,615 | | $193,288 | $562,300 | $373,936 | $832,271 | $173,246 | $142,009 | $337,021 | $54,349 | $(333,326) | $(535,320) |
| **Total HMO** | $1,264,033 | $315,531 | $594,413 | | $322,182 | $153,342 | $5,492,801 | $52,376,789 | $324,996 | $346,964 | $32,364,697 | $624,050 | $8,498,343 | $964,618 |
| **Other A/R** | $3,211,491 | $878,412 | $3,420,804 | | $1,144,358 | $1,403,347 | $1,731,860 | $664,377 | $51,971,241 | $548,818 | $3,299,330 | $5,850,513 | $909,342 | $1,172,970 |
| Reserve | $1,427,627 | $533,337 | $333,343 | | $449,231 | $325,164 | $1195,694 | $1166,149 | $3,579,650 | $333,728 | $348,170 | $387,236 | $399,141 | $580,176 |
| **Total Other** | $3,786,647 | $349,895 | $3,983,546 | | $696,834 | $946,783 | $36,542,166 | $206,647 | $663,731 | $313,826 | $3,234,340 | $2,463,199 | $541,081 | $391,004 |
| **Total A/R** | $145,644,990 | $11,478,346 | $34,797,308 | | $53,376,364 | $52,192,371 | $53,233,771 | $12,798,681 | $53,300,986 | $11,723,622 | $18,089,396 | $15,079,059 | $13,243,337 | $33,043,732 |
| **Total Reserve** | $3,503,307 | $52,304,131 | $374,730 | | $51,053,876 | $918,346 | $113,006 | $113,056 | $893,379 | $9476,388 | $379,231 | $1,205,608 | $1,471,367 | $196,366 |
| **NET A/R** | $7,341,083 | $2,774,163 | $6,212,868 | $4,537,261 | $2,226,388 | $1,274,025 | $5,220,763 | $2,674,625 | $2,317,601 | $1,056,234 | $7,502,222 | $3,872,431 | $2,770,026 | $2,844,545 |

CL 035636

**EXHIBIT  4473**

*Allegheny Health, Education*
*and Research Foundation*
*1997 Audit Update*
*October 1, 1997*

*dollars in thousands*

### 1997 Financial Results

|  | 1997 | 1996 |
|---|---|---|
| Net Income, before extraordinary item and change in accounting principle | 21,926 | 6,547 |
| Extraordinary item and effect of change in accounting principle | - | (18,384) (1) |
| Net income (loss) | 21,926 (2,3,4) | (11,837) (2,3) |
| Unrealized depreciation on investments | (9,146) | - (5) |
| Other changes in unrestricted net assets | (2,220) | 3,830 |
| Net increase(decrease) in unrestricted net assets | 10,560 | (8,007) |

(1) Includes adjustments for the extraordinary loss on early extinguishment of debt for the Delaware Valley Obligated Group and the adoption of Statement of Financial Accounting Standard (SFAS) Nos. 116 "Accounting for Contributions Received and Contributions Made" and 124 "Accounting for Certain Investments Held by Not-for-Profit Organizations," of $(32,534) and $14,150, respectively.

(2) Includes realized gains on the sale of investment securities of $63,459 and $10,114 at June 30, 1997 and 1996, respectively.

(3) Includes net assets released from restrictions used for operations of $47,229 and $18,916 at June 30, 1997 and 1996, respectively. Included in the $47,229 is approximately $36.7 million of temporarily restricted income released from restriction for the purpose of benefiting the AHERF system. Approximately $12 million of such funds is available for future fiscal years.

(4) Includes the results of operations for Forbes Health System, Allegheny Valley Health System and the Former Graduate Health System Entities for the date of acquisition (ie., January 1, 1997, March 1, 1997 and May 1, 1997, respectively).

(5) Amounts reported in prior years for unrealized investment securities gains(losses) were reported as component of AHERF's operating indicator. As indicated on page 6, the AICPA Audit and Accounting Guide for Health Care Providers requires presentation of unrealized gains(losses) on investment securities, other than trading, to be recorded as component of the change in net assets.

Page 1

CL 036430


DEPOSITION
EXHIBIT
4473
6-24-04  Brother

*Computer ... ; Collection ...*
*Claims Audit*

*? 40*
*90*
*37*

*Patient Accounts Receivable (including professional fee accounts)*

|  | 1997 | 1996 |
|---|---|---|
| Patient Accounts, net of cash clearing | 563,878 (1) | 399,827 (1) |
| Allowance for Uncollectible Accounts | (127,424) | (63,830) |
| PIP | (3,208) | 7,251 |
| Cost Rate Adjustments | (66,185) | (23,189) |
| Net Patient Accounts Receivable | 367,061 | 320,059 |
| Bad Debt Expense | 66,416 | 67,534 |
| Allowance as a % of Accounts Receivable, before PIP/CRA | 23% | 16% |
| Days in Accounts Receivable | | |
| (based on ending a/r and net of CRA/PIP) | 79 | 86 |
| Charity Care | 16,324 | 13,571 |

(1) Includes professional fee accounts of $70,889 and $54,032 at June 30, 1997 and 1996, respectively.

- Acquired patient accounts receivable, net of allowance for uncollectible accounts and CRAs, approximated $68.5 million at the respective date of acquisition.
- During fiscal year 1997, the AHERF system acquired 40 physician practices, including Penn Group Medical Associates.
- Also during 1997, the AHERF system adopted a uniform bad debt reserve methodology which provides for an allowance on patient accounts by aging category and payor.
- Cost rate adjustments at June 30, 1997 include approximately $7 million for depreciation recapture — *Reserve* receivables and $2.4 million prudent buyer reserves associated with the acquisitions during 1997.
- During 1997, AHERF reversed $14 million of reserves into net patient service revenue related to Qual Med/Greater Atlantic. The reserves were established at Graduate Hospital during the sale of Greater Atlantic as deferred revenue to provide future services. Based AHERF's analysis, no obligation exists under the sale agreement, therefore such amounts were reversed. Consideration should have been given to reversing the amount through purchase accounting adjustments versus including the $14 million in the AHERF consolidated results of operations.

*Assets Limited or Restricted As to Use*



- Acquired assets limited or restricted as to use approximated $258,418 at the respective date of acquisition.
- Consistent with prior years, AGH, via cash advances, continued to fund the operations of AHERF affiliates. Amounts provided by AGH amounted to approximately $100 million during 1997. Such amounts advanced have been recorded by the respective entities as non-current intercompany payables.

CL 036431

*Property and Equipment, net*

*[handwritten: Non Strategic Assets]*
*[handwritten: CHL – Review – Accounting – Valuation point of View]*

- During 1997, the James Street and Hemlock Street parking garages and the East Wing of AGH, were sold in connection with a sale/leaseback transactions. Proceeds from the sale approximated $33 million. The deferred gain of $15.4 million has been deferred and is being amortized into income over the life of the lease (ie., 20 years).
- In prior years, transfers to AIHG were provided for building the capital structure of the physician practice groups. During 1997, a decision was made to transfer $30.7 million of property and equipment and $59.3 million of intangible assets that have been accumulated by AIHG to the respective hospital that provided funding to AIHG since its inception.
- In connection with the 1997 acquisitions, the AHERF system acquired various property and equipment. At the time of acquisition, market appraisals were obtained principally for purposes of filing for reimbursement for depreciation recapture from Medicare and Medical Assistance. AHERF performed an analysis in accordance with APB No. 16 and adjusted property and equipment accordingly. As deemed appropriate based on the results of the analysis, property and equipment was adjusted up to an amount not to exceed the appraised value of the property.

### Intangible Assets (net of accumulated amortization)

*[handwritten: ✓ Created Due to Recaphure]*

| | 1997 | 1996 | Amortization Period |
|---|---|---|---|
| 1997 Acquisition Positive Goodwill | 115,004  (1) | - | 35 years |
| 1997 Acquisition Negative Goodwill | ⟨ 31,703⟩ | - | 10 years |
| Physician Practice Goodwill/Non-Compete/Transition Payments | 61,037  (2) | 21,539 | 5-15 years |
| Other intangibles | 10,770 | 7,226 | 3-5 years |
| Total intangibles | 218,514 | 28,765 | |

(1)    Includes goodwill recorded during 1997 for the acquisition of PGMA of approximately $84 million, which consists of $64 million recorded as a loss contract for the HealthAmerica risk contract and $20 million on the note payable due to Coventry. The remaining goodwill recorded with such acquisitions relates the Former Graduate Health System Hospitals.

(2)    Consists of negative goodwill recorded in connection with the Forbes Health System and Allegheny Valley Health System acquisitions of $26,609 and $5,094, respectively.

- As previously discussed in property and equipment above, AIHG transferred $59.3 million intangible assets to the respective hospitals.
- During 1997, as previously discussed, the AHERF system acquired Forbes Health System, Allegheny Valley Health System and certain Former Graduate Health System Entities. The acquisitions were treated as a purchase in accordance with APB No. 16.
- As discussed in the notes of the financial statements, AHERF is required to perform an analysis of the impairment of long-lived assets, which includes intangibles, in accordance with SFAS No. 121, "Accounting for the Impairment of Long-Lived Assets and Long-Lived Assets to be Disposed Of." No such impairment reserves have been deemed necessary at June 30, 1997.
- Management will be required to perform ongoing periodic cash flow analysis to identify impairments in the recorded assets.



CL 036432

CL 036433

### Accounts Payable

* Accounts payable at June 30, 1997 approximated $217.9 million versus $103.2 million at June 30, 1996. The increase includes both assumed accounts from the acquired entities of $48.3 million and AHERF's extension payment terms to vendors. Days in accounts payable, based on ending accounts payable, at June 30, 1997 were 114 days versus 76 days at June 30, 1996.
* Based on our discussions with management, it is our understanding that over 500 AHERF vendors are on credit hold.
* Our audit procedures include performing a search for unrecorded liabilities. Our search results indicated the following items: 1) closing adjustments to record capital purchases were not processed due to time constraints in closing accounts payable, 2) approximately $540 thousand of expenses were improperly excluded from the year end accrual, and 3) approximately $643 thousand of expenses were improperly included in the year end accrual.

### Intercompany Receivables(Payables)

* As noted in assets limited as to use, AGH has provided funding to various affiliates within the AHERF system. Management has evaluated the classification of the outstanding balances and has concluded that such amounts should be reported as non-current in the consolidating and combining financial information of the AHERF financial statements.
* An evaluation of the collectibility of the outstanding amounts should be performed and evaluated in connection with performing periodic debt covenant requirements. Specific management representation of the collectibility of the accounts has been requested.

### Commitments/Contingencies

* As disclosed in the notes of the financial statements, the AHERF system has off-balance sheet commitments totaling $431,676 at June 30, 1997 versus $247,540 at June 30, 1996.
* Subsequent to year-end, the AHERF system entered into an $30,000 operating lease program to finance certain equipment needs.
* As part of a management agreement, AIHG and Allegheny University provide certain physician, billing and accounting services to Sidney Hillman Medical Center (SHMC). In connection with the management agreement, AIHG has committed to fund losses of SHMC until 2011. Included as a component of non-operating income at June 30, 1997, AIHG has recorded a commitment of $1.1 million. AHERF should evaluate the remaining commitment as a loss contract.

### Self-Insurance Liabilities

|  | 1997 | 1996 | Discount Rate |
|---|---|---|---|
| Malpractice/General Liability Reserves | 82,708 | 59,317 | 7.5% |
| Workers' Compensation Reserves | 35,058 | 18,684 | 6.0% |
| Total self-insurance reserves | 117,766 | 78,001 | |
| Self-insurance reserve funds | 70,117 (1) | 68,171 | |

(1)    Funds available for self-insurance claims include approximately $49.7 million and $45.4 million at June 30, 1997 and 1996, respectively, held at AHSPIC.

Page 4    

CL 036434

*Self-Insurance Liabilities, continued*

* During 1996, AHSPIC recorded a promissory note of approximately $2.5 million from AHERF. Such amount was required to meet minimum capital requirements. During 1997, AHERF paid the note and recorded the amount as an increase in their equity investment in AHSPIC.
* Assumed self-insurance liabilities from the 1997 acquisitions approximated $8.9 million and $13.6 million for malpractice and workers' compensation, respectively, at the respective date of acquisition.
* Subsequent to the date of acquisition of GHS Re Limited, the former Graduate Health System captive insurance company, AHERF transferred all self-insurance risk to a commercial payor.
* In connection with the self-insurance reserves acquired, purchase accounting adjustments of approximately $7.1 million were recorded to conform the acquired entities to AHERF's reserve methodologies.

## Risk Contracts    *Med - Development of Program*

* AHERF has various agreements with third-party payors to provide medical services to subscribing participants. Currently AHERF has assumed the risk of managing care for approximately 500,000 lives. Managing the risk of loss under such contracts is essential through a structured medical management program. Additionally, proper tracking of capitation revenue as premium revenue continues to grow within the AHERF system is necessary for reporting purposes.
* During 1997, as previously discussed, AHERF acquired PGMA. In connection with the transaction, AHERF entered into a risk-sharing arrangement with HealthAmerica whereby AHERF receives certain premium levels to cover the treatment HealthAmerica subscribers receive from AHERF-affiliated physicians. The contract is initially expected to generate significant losses to the AHERF system. Estimates of the losses (ie., $64 million) have been capitalized in connection with the purchase transaction
* AHERF has also recorded risk reserves for its contracts with US Healthcare for 1995, 1996 and 1997, and Pyramid for 1997. Such amounts estimated for settlement of outstanding liabilities at June 30, 1997 approximated $11 million and $10 million, respectively.

## Long-Term Debt/Line of Credit Borrowings

* Assumed long-term debt from the 1997 acquisitions approximated $331,044 at the respective date of acquisition.
* Allegheny Hospitals, Centennial Obligated Group was not in compliance with its debt service coverage ratio for the twelve-month period ended June 30, 1997. The obligated group has requested a waiver from such event of default. Coopers & Lybrand's opinion will be dual dated upon receipt of the waiver by the obligated group.
* During 1997, AHERF entered into a consolidated $100 million line of credit with Mellon and other participating financial institutions. The line provides for long-term payment terms, however, internal notes with short-term payment terms have been entered into by AHERF entities as borrowers on the line. As such the respective liability has been recorded at the individual entity level based on their draws.

CL 036435

*Impact of Adoption of New Accounting Standards*

- During fiscal year 1996, AHERF adopted SFAS No. 124, "Accounting for Certain Investments Held by Not-for-Profit Entities," at which time, AHERF recorded the unrealized gain(loss) on investments as a component of the operating indicator. Effective for fiscal year 1997, the Audit and Accounting Guide for Health Care Providers (the Guide) was issued by the AICPA. The Guide requires that unrealized gains(losses) on investments, other than trading, should be recorded as a component of the change in net assets and excluded from the operating indicator. AHERF has properly reflected the amount during 1997. No disclosure of the impact of the adoption of the Guide has been made due to the single year presentation of the financial statements.
- During 1997, AHERF adopted SFAS No. 121. Management does not believe an impairment reserve is necessary based on their evaluation of the recoverability of the intangible assets.

*Other Matters*

- Other reporting requirements
    AHERF final report
    Debt Letters (including agreed-upon procedures)
    No Material Weakness Letter
    Hahnemann Insurance Company
    Prudent Buyer (AHERF '97 and Graduate '96 and '97)
    Allegheny Valley Hospital Foundation
    Monroeville Hospital Authority
    Spina Bifida
    Benefit Plans (AHERF, Forbes and Zurbrugg due October 15th)
    OMB Circular A-133 (Fieldwork scheduled for October 6th)

Page 6

CL 036436

|           | 97       | '96     |
|-----------|----------|---------|
| NI        | 21.9     | 6.5     |
| Forbes/AUH | ⟨20.0⟩  |         |
| Orwtw     | ⟨10.3⟩   |         |
| AHERF     | ⟨8.4⟩    | 6.5     |
| Invest. gain | ⟨76.7⟩ | ⟨74.1⟩ |
| Core Oper | ⟨85.1⟩   | ⟨67.6⟩  |
| DVI       | 20.0     | 22.0    |
|           | ⟨65.1⟩   | ⟨45.6⟩  |
| Depr      | 107.0    | 95.6    |
|           | 42.0     | 50.0    |

Core Oper

| AHFC | ⟨61⟩ | ⟨41⟩ |
|------|------|------|
| Hosp | ⟨24⟩ | 26   |
|      | ⟨85⟩ | ⟨67⟩ |

DVI Hosp    Ø        Ø

GAA Corp.   248.5  ↑122   178,000  117

| AHERF | ⟨8.4⟩ |
|-------|-------|
| Forbes | 28 |
| AUH   | 10 |
| Grael | ⟨3⟩ |
|       | 16.6 |
| Dep   | 107.0 |
|       | 123.6 |
| Debt  | 35.0 |
| PMGA  | 35.0 |
|       | 53.0 |

GL 036437

|                          | 1997      |      | 1996      |
|--------------------------|-----------|------|-----------|
| Reserve                  | $63.8     |      | $41.8     |
| Expense                  | 66.4      |      | 67.5      |
|                          | 130.2     |      | 109.3     |
| Chg off (Gross)          | (80.4)    |      |           |
| (Net)                    | (14.6)    |      |           |
|                          | (95.0)    |      | (45.5)    |
| Reserve - a.o            | 35.2      |      | 63.8      |
| Required Reserve         | 40.0  41.5|      |           |
| Graduate                 | 50.0      |      |           |
|                          | 125.2     |      |           |
| Reserve F/S              | 127.4     |      |           |

| Free Care | 30 million  |
|-----------|-------------|
| Chg off's | 130 million |
| Recoveries| 3.6 billion |
| Average   | 4 1/2 % loss|

| Roll up              |      |                    |
|----------------------|------|--------------------|
| Required Forbes      | 2.9  |                    |
| AHH                  | 1.1  |                    |
| Oral                 | 36.0 |                    |
|                      | 40.0 |                    |
| OLD ANEDP - GLL      | 35.2 |                    |
| other Reserve        | 22.5 |                    |
|                      | 97.7 |                    |
| Graham - Splendora   | 14.0 | (Qual Med - DHC)   |
| Valve True           | 140  |                    |
| Probed buyer         | 5.1  | (Is this Needed?)  |
|                      | 130.8|                    |

CL 036438

1997

OLD NH&P                    $239.1

    Formula Reserve         $79.1

    IBC (OnBalSheet
    CASH Flow)              (9.0)        -30%  vs  15%

    Unapplied Cash          (1.9)        ($3.8 @ OH)

    Needed                  66.2

    B&L Add       $35.2
    Gross CDA      10.0           (DUOG ?)
    Gross CTA       9.8           ($.8 AGH    9.0 DUOG)
    Legal Reserve/IL  1.7
                    _____
                     56.7

    SCWC Collection  1.0
                    _____
                     57.7
                      ⇒

  Old NIR  $239.1
  Allocations  150.8              Reflects  $8.5   OK
              _____
               88.3            • AGH Allocations - 80%
                              • Recovery #'s -7  $3 to $4
  Reserve      58.0
  Net      $  30.3
  to Be Worked-Sept ⇒

                              CL 036439

CL 036440

AHERF
Subsequent Receipts                **NOTE:**    C&L obtained the cash receipts information fro
6/30/97                                         Summaries prepared by Bill Gedman, Patient A

**AGH**

| | |
|---|---|
| I/P A/R at 6/30/97 | 47,566,957 |
| O/P A/R at 6/30/97 | 33,692,113 |
| | 81,259,070 ⊗ |

| | |
|---|---|
| July Receipts | 35,251,217 |
| August Receipts | 28,248,243 |

Total remaining as of 8/25/97   17,759,610

Dollar Coverage                  78.14%

*Bill Diff reserve $9.6 million*
*Net Expense $8,160   OK*

**HUH**

| | |
|---|---|
| I/P A/R at 6/30/97 | 80,344,936 |
| O/P A/R at 6/30/97 | 43,695,814 |
| | 124,040,750 |

| | |
|---|---|
| July Receipts | 20,753,058 |
| August Receipts | 14,254,656 |

Total remaining as of 8/25/97   89,033,036

Dollar Coverage                  28.22%

*Reserve*

**MCP & EPPI**

| | |
|---|---|
| I/P A/R at 6/30/97 | 60,321,021 |
| O/P A/R at 6/30/97 | 28,836,431 |
| | 89,157,452 |

| | |
|---|---|
| July Receipts | 11,720,770 |
| August Receipts | 14,113,864 |

Total remaining as of 8/25/97   63,322,818

Dollar Coverage                  28.98%

CL 036441

the Daily Cash
ctg.

CL 036442

**Bucks**

| | |
|---|---|
| I/P A/R at 6/30/97 | 8,016,107 |
| O/P A/R at 6/30/97 | 13,989,121 |
| 16,355 | 22,005,228 |
| July Receipts | 3,688,717 |
| August Receipts | 3,141,153 |
| Total remaining as of 8/25/97 | 15,175,358 |
| Dollar Coverage | 42.7 ~~31.04%~~ |

**Elkins**

| | |
|---|---|
| I/P A/R at 6/30/97 | 10,675,763 |
| O/P A/R at 6/30/97 | 15,538,436 |
| 18,900 | 26,214,199 |
| July Receipts | 3,997,835 |
| August Receipts | 3,056,017 |
| Total remaining as of 8/25/97 | 19,160,347 |
| Dollar Coverage | 37.37 ~~26.91%~~ |

**SCHC**

| | |
|---|---|
| I/P A/R at 6/30/97 | 29,017,559 |
| O/P A/R at 6/30/97 | 22,105,894 |
| | 51,123,453 |
| July Receipts | 7,173,663 |
| August Receipts | 5,375,386 |
| Total remaining as of 8/25/97 | 38,574,404 |
| Dollar Coverage | 24.55% |

A/R -

| | |
|---|---|
| Consolidated | 341,178,205 |
| Graduate | <90,559,119> |
| Forbes | <28,333,392> |
| AUH | <11,468,662> |
| | 210,817,032 |

| | |
|---|---|
| AGH | 72,097 |
| Med Ser | 1,510 |
| MCP | 43,809 |
| SHC | 34,167 |
| EPC | 13,523 |
| BCC | 12,070 |
| HUH | 61,903 |
| AU | 68 |
| | 239,147 |
| FIS | 34,166,975 |
| B.D | 9,707,165 |
| | 43,874,140 |
| | 12,549,049 |
| | 31,325,091 |
| | 28.67 |

Consolidated - OLD AHERF
Collections $150,774,579

A/R net 239,147
Collections 150,775 > 63% Coverage Consolidated

CL 036443

**EXHIBIT  6012**

# Allegheny Health Education and Research Foundation

# Delaware Valley Obligated Group

# Turnaround Evaluation
# As Of September 30, 1996

**Submitted:  August 2004**

**Thomas W. Singleton, President and CEO**

**Cambio Health Solutions, LLC**

**100 Westwood Place**

**Suite 350**

**Brentwood, TN  37027**



DEPOSITION
EXHIBIT
6012
AKF

1

**Thomas W. Singleton – Experience and Qualifications**

My name is Thomas W. Singleton. I am President and CEO of Cambio Health Solutions, LLC (Cambio), a nationally-recognized hospital turnaround management and consulting company.

I have over twenty-five years of experience in the healthcare industry. Upon receiving an MBA from the University of Chicago, my healthcare career began as a systems and financial analyst. I then became a Chief Financial Officer of a hospital and was ultimately promoted to a corporate finance position with responsibility for the financial management of several hospitals. Subsequently I served as the Chief Financial Officer and Treasurer of a large hospital management company. In 1989, I founded Cambio's predecessor enterprise, The Intensive Resource Division of Hospital Management Professionals, Inc. In addition, I have also served as the president and CEO of a publicly-traded hospital company.

As President and CEO of Cambio, I have had ultimate responsibility for over 100 consultative and management engagements. These projects have included turning around various hospitals ranging from a 100 bed suburban hospital to a 700 bed teaching hospital.

I have been involved in bringing hospitals out of bankruptcy, keeping hospitals out of bankruptcy and improving the performance of financially stable hospitals concerned about deterioration in financial performance.

I have also negotiated a substantial number of hospital sales and debt restructurings. MBIA, a significant creditor of the Allegheny Health Education and Research Foundation (AHERF) engaged me in July of 1998 to serve as advisor/consultant for MBIA in the 1998 bankruptcy filing of AHERF. In connection with the 1998 filing, I began my assignment as an advisor to MBIA as to valuation and the identification of

2

potential purchasers of AHERF assets, and eventually I oversaw the development of a
plan focused on the turnaround of certain Eastern AHERF enterprises.

In performing my analysis, I have utilized a team of persons employed by Cambio who
worked under my direction and control.

For additional information on my qualifications and background, please refer to Exhibit I
attached to this report for a copy of my Curriculum Vitae and Exhibit II for a list of
national speaking engagements.

**SUMMARY**

I have been asked by the Official Committee of Unsecured Creditors of AHERF (the
Committee) to evaluate whether AHERF, in the restated financial condition articulated
by the Committee's forensic accountants for fiscal year-end 1996, and with appropriate
intervention around September of 1996, could remain financially viable and therefore
avoid the creditor loss occasioned when it resorted to Chapter 11 protection some two
years later.  Based upon both my review of the financial data and other information in
connection with this engagement and on my previous work performed for MBIA, I
believe that the answer to that question focuses upon whether those entities that
formed the so-called Delaware Valley Obligated Group (DVOG), as influenced by
operations at Allegheny Integrated Health Group (AIHG), could be restored to financial
stability on a go-forward basis.  It is my opinion that DVOG could have been restored to
a position of financial viability upon a timely intervention by AHERF's Board or others
around the end of September, 1996.  For purposes of this analysis, and by "financial
stability", I mean that the DVOG entities could, within three to four years, have been
restored to a position of positive earnings before interest, taxes, depreciation and
amortization (EBITDA), sufficient to allow AHERF's Board to sell the entities without
creditor loss.  In the late 1990's, hospitals of similar kind to the DVOG entities' sold at
multiples of between five and eight times EBITDA.  This does not suggest that a sale of
any or all of the DVOG hospitals was or was not necessary.  Rather, in analyzing for
present purposes the ability to avoid a creditor loss through an intervention and

turnaround, a finite measure of success is the ability to sell the troubled entities free of loss to debt holders.

The Committee's accounting experts have developed various adjustments to the audited financial statements for fiscal 1996. The financial statements of DVOG, when properly stated, provide evidence of financial distress and accounting and financial practices sufficient to compel intervention in the financial management of DVOG. In my experience, when a board of trustees of a hospital organization is provided with accurate information regarding the operations and potential financial peril of the kind portrayed here, board action is swift. Board action is also inevitable when creditor pressure, precipitated by flagging financial performance or the organization's potential or actual inability to comply with debt covenants, is brought to bear. In my opinion, both of these results were probable, if not assured, had AHERF's independent public accounting firm reported upon statements with operating losses for the system consistent with those shown by the Committee's restated financial statements.

Often in such situations an independent firm such as Cambio is contracted to develop and implement an EBITDA improvement plan, commonly referred to as a "turnaround" plan, such as the one discussed herein. In reviewing the data, it became apparent that a major drain on AHERF's financial performance was the loss for the acquisition and subsidy of physician practices at AIHG, an AHERF entity not part of the DVOG obligated group. I therefore looked at potential EBITDA improvement at the DVOG entities as well as the AIHG physician practices.

As noted in the following table labeled "Summary of EBITDA Improvement," there were significant opportunities for both financial improvement and cost avoidance in the months and years following fiscal 1996. Principal among the latter would have been placing a hold on further development of AHERF's Integrated Delivery System model (IDS), specifically the further acquisition of hospitals and physician practices, and the assumption of additional capitated contract risk beyond that which existed at September of 1996. I have developed turn around initiatives that, when fully implemented in fiscal 1999, yield $123.7 million in EBITDA improvement for the DVOG

4

entities and limit further EBITDA deterioration at AIHG to $8.8 million. Consistent with my experience, I have conservatively assumed that 30% of the EBITDA improvements, reduced to account for nine months of improvement in year one, could have been achieved in fiscal 1997, 70% in 1998, with full realization in fiscal 1999. Cessation of further physician practice acquisition and risk contracting at or around September 30, 1996 would have produced an immediate impact on AIHG EBITDA deterioration.

| SUMMARY OF EBITDA IMPROVEMENT | | | | |
|---|---|---|---|---|
| | | EBITDA Improvement Phase-In | | |
| | Delaware Valley Obligated Group and AIHG Total EBITDA for Fiscal Year Ending 6/30/1996 Calculated From Creditors Committee Accounting Expert's Adjustments | Fiscal Year Ending 6/30/1997 | Fiscal Year Ending 6/30/1998 | Fiscal Year Ending 6/30/1999 |
| **Delaware Valley Obligated Group** | | | | |
| Restated Base Year EBITDA | 38,129 | 38,129 | 38,129 | 38,129 |
| EBITDA Improvements (Cambio Findings) | | | | |
| Supply Chain Management | | 4,107 | 12,778 | 18,254 |
| Productivity | | 14,148 | 44.015 | 62,878 |
| Case Management | | 573 | 1,782 | 2,546 |
| Revenue Cycle | | 7,274 | 22,632 | 32,331 |
| Discretionary Spending | | 1,720 | 5,350 | 7,642 |
| Total EBITDA Improvements | | 27,882 | 86,556 | 123,651 |
| **Allegheny Integrated Health Group** | | | | |
| EBITDA as restated by the Creditors committee Accounting Experts adjusted for Improvements | (36,659) | (45,459) | (45,459) | (45,459) |
| **Combined DVOG and AIHG** | | | | |
| Combined Restated EBITDA Adjusted for Improvement | 1,470 | 20,492 | 79,226 | 116,321 |

Note: The Delaware Valley Obligated Group is comprised of the following entities:
        Allegheny Center City Hospital
        Allegheny East Falls Hospital
        Allegheny Bucks County Hospital
        Allegheny Elkins Park Hospital
        St. Christophers Hospital
        Allegheny University - (a medical school entity)
        Management Support Services - (an entity providing system resources such as Human Resources, Legal, etc.)

Note: The Allegheny Integrated Health Group is an entity charged with management and financial reporting of employed physicians and risk contracting for all of AHERF.

**Our analysis rendered a conclusion that improvements to EBITDA were sufficient to effect a turnaround. The improvements are sufficient to allow the AHERF Board of Trustees to sell the entities after turnaround without creditor loss.**

The anticipated EBITDA improvements are not immediately realized in full, necessitating access to working capital during the turnaround process. The following simplified cash flow illustrates the need for access to funds in excess of EBITDA for fiscal 1997 and 1998.

5

| SIMPLIFIED CASH FLOW | | | |
|---|---|---|---|
| | Fiscal 1997 | Fiscal 1998 | Fiscal 1999 |
| EBITDA estimate including AIHG | 20,492 | 79,226 | 116,321 |
| Less: | | | |
|    Debt Service | 25,412 | 36,488 | 35,457 |
|    Capital Requirements | 48,631 | 46,462 | 45,092 |
| Cash Required | 74,043 | 82,950 | 80,549 |
| | | | |
| Excess / (Deficit) Cash | (53,551) | (3,724) | 35,772 |
| Beginning Cash | 27,762 | (25,789) | (29,513) |
| Ending Cash | (25,789) | (29,513) | 6,259 |

AHERF, in fact, had sufficient working capital to undertake a feasible DVOG turnaround. AHERF and DVOG held investments in accounts titled "assets limited or restricted as to use." Amounts available for use are limited to the unrestricted portion of these asset accounts. We noted amounts in the unrestricted accounts (net of amounts designated for self-insurance reserves or encumbered as a debt service fund) of $48.8 million at DVOG alone as of June 30, 1996. In the context of a rational turnaround plan, AHERF had access to additional working capital through assets held by non-DVOG AHERF entities, current lenders or other sources.

The impact of a cessation of further IDS development, specifically acquisitions of hospitals, physician practices and entry into additional risk contracting agreements for AHERF as a whole is significant. Based on a review of data relating to capital acquisition and operating costs, if no additional physician practices had been purchased after September 30, 1996, AIHG would have conserved $38.7 million in cash. A total of $31.6 million in physician-acquisition costs were identified from the AHERF consolidating cash flow statement as of June 30, 1997. Additionally, AIHG incurred $7.1 million in derived EBITDA losses associated with practices that it acquired subsequent to September 30, 1996 during fiscal 1997.[1]

Based on a review of financial and statistical data, depositions of key individuals from the AHERF senior management team and others, various court filings and exhibits, and