| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-017137-017149 | Exhibit 6-r The Medical College of PA Medical College Hospitals Secondary Market Disclosure Report FY 1993 |
| PWC-SUB-PR-017150-017188 | Exhibit 6-u Secondary Market Report Disclosure Report for Yrs. 1994, 1995, and 1996 Allegheny Gen. Hosp. Obligated Group |
| PWC-SUB-PR-0171189-017200 | Exhibit 6-v The Medical College of PA and Hahnemann Univ. Secondary Market Disclosure Report FY 1995 |
| PWC-SUB-PR-017201-017215 | Exhibit 6-w The Medical Coll of PA Med College Hosps. Secondary Market Disclosure Report FY 1994 |
| PWC-SUB-PR-017216-017228 | Exhibit 6-x Hahnemann Univ. Hosp. Secondary Market Dis Report FY 1995 |
| PWC-SUB-PR-017229-017385 | Bonds for Forbes Health System |
| PWC-SUB-PR-017388-017394 | Instrument of Succession |
| PWC-SUB-PR-017395-017396 | Correspondence betw. Judge McCullough and Lee Powar re: KEYSOP distribution made to Anthony M. Sanzo |
| PWC-SUB-PR-017397-017399 | Analysis of West Penn Affil Agreement - March 9 Draft |
| PWC-SUB-PR-017400-017455 | Affiliation Agreement betwn AUH West, AGH, AUMC, AUMC -Canonsburg, ASRI, and the Western PA Healthcare System 3/99 |
| PWC-SUB-PR-017456-017516 | Settlement Agreement betwn AGH, AUMC, AUH-West, Wm. Scharffenberger as Trustee of the Bankrupscy Estate of AH, East, AH-Centennial, AUMP, AUHS, The Official Comm. Of Unsecured Creditors |
| PWC-SUB-PR-017517-017567 | Analysis - Presentation to Rep. Of the Off. Comm. Of Unsecured Creditors of AHERF |
| PWC-SUB-PR-017568-017588 | Misc/Contacts |
| PWC-SUB-PR-017612-017638 | Affidavit in Support of Motion by Off. Unsecured Creditors Comm. Of AHERF presented by Parente Randolph Orlando & Associates |
| PWC-SUB-PR-017639-017642 | Entities which include all except Cent., Cent. City Ave./Park View and Graduate |
| PWC-SUB-PR-017643-017643 | AUH, Eastern Region and St Christophers Wkly. Unbilled Comparison Report |
| PWC-SUB-PR-017644-017644 | Allegheny Hospitals Summary Financial Information |
| PWC-SUB-PR-017645-017646 | AUH, Eastern Region and St. Chistophers Hosp. Wkly Unbilled Comparison Report Intpatient |
| PWC-SUB-PR-017647-017661 | Meeting Notes |
| PWC-SUB-PR-017662-017662 | AHERF Execytory Contracts/Cure Payments |
| PWC-SUB-PR-017663-017669 | AHERF Notes |
| PWC-SUB-PR-017675-017687 | Cure Objections re: 12/15 hearings |
| PWC-SUB-PR-017688-017690 | FRO/AMO Rentals to OSS, Inc. schedule |
| PWC-SUB-PR-017699-017700 | Second Wave cure amounts greater than zero |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-017701-017707 | AHERF: Contract Projects |
| PWC-SUB-PR-017708-017710 | Centennial/Omega Operating Leases |
| PWC-SUB-PR-017711-017711 | Memo re: Scheduled conference call for 12/16 |
| PWC-SUB-PR-017712-017715 | Outline of the current program for executory contracts |
| PWC-SUB-PR-017716-017718 | Stayed By Bankruptcy Code Section 362(a) Your Right to Seek to Collect from Tenet any amount that relates to future obligation incurred after closing under the contracts is not affected by notice |
| PWC-SUB-PR-017719-017722 | Notes on Executory Contracts Conf. Call 12/10/98 |
| PWC-SUB-PR-017723-017725 | List of Executory Contracts and Unexpired Leases not in Debtors Database |
| PWC-SUB-PR-017726-017734 | Notes re: AHERF Conf. Call re: Cure Amt. Calculations |
| PWC-SUB-PR-017735-017735 | Memo re: sched. Conf. Call for Wed. 12/2/ |
| PWC-SUB-PR-017736-017742 | Schedule A: Accept Contracts by Contract Type 11/17/98 |
| PWC-SUB-PR-017743-017761 | Schedule A: Accept Contracts by Contract Type 11/17/98 |
| PWC-SUB-PR-017762-017786 | Exhibit C: Change Report by Contract Type for Period 9/16-11/10 |
| PWC-SUB-PR-017787-017790 | Notice of Claim sent to insurance companies |
| PWC-SUB-PR-017795-017808 | Stipulation and Agreed order Granting Official Committee of Unsecured Creditors Authority to Investigate, Assert, Pursue, and Settle Certain Alleged Claims and Causes of Action |
| PWC-SUB-PR-017809-017811 | Online News Article |
| PWC-SUB-PR-017824-017897 | Correspondence |
| PWC-SUB-PR-017900-017902 | Corr from Irene Goldstein to S. Goldring re: Allegheny Hosp-Centen |
| PWC-SUB-PR-017904-017913 | Letter of Intent re: The Western PA Healthcare System, Inc. |
| PWC-SUB-PR-017914-017916 | Ltr re: AHERF Bankruptcy D&O Claims |
| PWC-SUB-PR-017917-017918 | Ltr of Confidentiality |
| PWC-SUB-PR-017922-017923 | Corr re: Master Trust Indenture Among the Graduate Hosp. The Fifth and Reed Hospital dba Mt. Sinai Hospital and the Meridian Trust Co. as succeeded by First Union Nat. Bank dated as of 12/1/91 |
| PWC-SUB-PR-017924-017925 | Corr re: Sale of AHERF's Western PA Assets |
| PWC-SUB-PR-017926-017934 | Corr re: AHERF |
| PWC-SUB-PR-017935-017936 | Corr re: AHERF |
| PWC-SUB-PR-017937-017938 | Corr re: AHERF |
| PWC-SUB-PR-017943-017951 | Distribution of Daily Docket March 10, 1999 |
| PWC-SUB-PR-017952-017959 | KERP Issues March 11, 1999 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-017960-017973 | FAX re: Information packet for Fri 2/5 Conference Call |
| PWC-SUB-PR-017974-017978 | Draft of a Notice of Withdrawal of Notice of Cure Amounts |
| PWC-SUB-PR-017979-017979 | Memo re: Conference Call for 2/5/99 |
| PWC-SUB-PR-017980-017989 | Claims Reconciliation |
| PWC-SUB-PR-018000-018001 | Oral Argument in Nondebtor Affiliates' Appeal of Physician Communications Order |
| PWC-SUB-PR-018008-018019 | West Penn Proposal |
| PWC-SUB-PR-018026-018026 | Order of the Court dated Jan 11, 1999 |
| PWC-SUB-PR-018027-018030 | News article: Tenet takes Control |
| PWC-SUB-PR-018031-018045 | List of Official Comm. Of Unsecured Creditors of AHERF |
| PWC-SUB-PR-018046-018055 | Corr re: The Hosp and Higher Educ. Facil. Author. Of PA Rev. Bonds, Series A and B of 1991 and Series A and B of 1993 |
| PWC-SUB-PR-018061-018074 | Information Packet for Fiday 2/5/ Conference Call |
| PWC-SUB-PR-018075-018076 | Summary of the Tenet resignated contracts to be assumed and assigned |
| PWC-SUB-PR-018081-018081 | Proposed Settlement Agreement dated March 18, 1999 |
| PWC-SUB-PR-018087-018096 | Official Committee of Unsecured Creditors of AHERF |
| PWC-SUB-PR-018097-018173 | Notes |
| PWC-SUB-PR-018174-018180 | AHERF |
| PWC-SUB-PR-018181-018186 | Report to the Off. Comm. Of Unsecured Creditors of AHERF |
| PWC-SUB-PR-018201-018204 | Allocation of Regional and Corporate Expenses |
| PWC-SUB-PR-018205-018209 | Target allocation percentages |
| PWC-SUB-PR-018210-018320 | Exhibit 5-c Ground Lease between United Hosp. & OCD, Inc. |
| PWC-SUB-PR-018321-018335 | New St. Chrisopher's Hosp. For Children Overview |
| PWC-SUB-PR-018336-018340 | Federal Grant |
| PWC-SUB-PR-018341-018547 | An Appraisal of St. Christopher's Professional Arts Bulding Philadelphia, PA, for Mediq Development Co. as of 9/1/90 |
| PWC-SUB-PR-018548-018556 | A few items of interest from due diligence binder re: Parkview |
| PWC-SUB-PR-018557-018608 | Amendment and Supplement to Ground Lease dated 9/9/94 between GHS-Osteopathic, Inc. and OMD, Inc. |
| PWC-SUB-PR-018609-018809 | Loan by First Valley Bank betwn OMD, Inc. and GHS-Osteo |
| PWC-SUB-PR-018810-018829 | Exhibit 2-q Diversified Health Group, Inc. Fin. State 6/30/90&89 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-018830-018864 | Exhibit 2-r The Restricted Grp., Conolidated Financial Statement for the years ending 6/30/89 and 90 |
| PWC-SUB-PR-018865-018933 | Exhibit 2-s AHERF Consol Fin Statements for Yr End 6/30/92 |
| PWC-SUB-PR-018934-019081 | AHERF Fiscal Year 1995 Audited Fin. Statements |
| PWC-SUB-PR-019082-019106 | AHERF Consolidated Fin. State. For Yr End 6/30/96 |
| PWC-SUB-PR-019107-019150 | AHERF Consolidated Fin State for Yr End 6/30/97 |
| PWC-SUB-PR-019151-019280 | Exhibit 2-o AGH Consol Fin State for Yr End 6/30/90 & 89 |
| PWC-SUB-PR-019281-019349 | Exhibit 2-p AUHOG Combined Fin State for Yr End 6/30/92 |
| PWC-SUB-PR-019350-019452 | Exhibit 2-g AHS Providers Ins. Co. Fin Statement for Yr Ending 6/30/91 and six month period ending 6/30/90 |
| PWC-SUB-PR-019453-019466 | Exhibit 2-h AIHG Fin State for Yr End 6/30/96 |
| HLAH 0009799-0009823 | Operating Statistics - Parkview |
| HLAH 0009824-0009842 | Operating Statistics - St. Christopher's |
| HLAH 0009843-0009844 | St. Chritopher's Activity Summary for June 1998 |
| HLAH 0009845-0009863 | May Executive Reporting Package for St. Chritopher's 1998 |
| HLAH 0009864-0009882 | July Executive Reporting Package for St. Christopher's 1999 |
| HLAH 0009883-0009892 | St. Christopher's Mount Laurel Multispecialty Practice |
| HLAH 0009893-0009910 | May Executive Reporting Package for St. Christopher's |
| HLAH 0009911-0010005 | Operating Statistics - Bucks County |
| HLAH 0010006-0010021 | Operating Statistics - Rancocas |
| HLAH 0010022-0010191 | Definitive Agreement - Vanguard |
| HLAH 0010192-0010418 | Definitive Agreement - Tenet |
| HLAH 0010419-0010621 | AHERF Research and Articles |
| HLAH 0010622-0010756 | Motion of Official Comm. of Unsecured Cred. For Entry of Order Directing Appointment of Chap 11 Trustee of AHERF |
| HLAH 0010757-0010759 | Projected Tail Costs - Liability Insurance |
| HLAH 0010760-0010808 | AUMP Practice Analysis 9/3/98 |
| HLAH 0010809-0010892 | Allegheny Hosp, Centennial Financial State 8/31/98 |
| HLAH 0010893-0010933 | AUH-West Financial |
| HLAH 0010934-0010934 | AUH-West Financial Analysis of Proposals |
| HLAH 0010935-0010957 | Allegheny Gen Hosp. Fin Statements 10/31/98 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0010958-0011003 | AUH-West Summary Forecast State of Rev. & Exp. |
| HLAH 0011004-0011050 | AUH-West Summary Forecast State of Rev & Exp. |
| HLAH 0011051-0011052 | WEST - Cash Flow Projections |
| HLAH 0011053-0011114 | WEST - Settlement Agreement |
| HLAH 0011116-0011166 | WEST - AUH HLHZ Analysis |
| HLAH 0011167-0011240 | WEST - West Penn Plan |
| HLAH 0011241-0011425 | The Western PA Hlthcare Syst. Summary of Credentials 12/19/98 |
| HLAH 0011556-0011558 | West AUHS AUMP Recovery Analysis |
| HLAH 0011559-0011559 | West-APA |
| HLAH 0011560-0011622 | Draft Settlement Agreement - West |
| HLAH 0011623-0011649 | AUMP AUMS Trial Balances |
| HLAH 0011650-0011674 | AUMP AUMS Year to Date Trial Balance 10/31/98 |
| HLAH 0011675-0011681 | Contingent Liabilities |
| HLAH 0011682-0011687 | 3-B Objections |
| HLAH 0011688-0011690 | Recovery Proposal - WEST |
| HLAH 0011691-0011757 | AGH Data Room Index - West |
| HLAH 0011809-0011820 | AUH West Projections |
| HLAH 0011821-0011823 | AGH Rebudget |
| HLAH 0011824-0011826 | AUH - West Operating Statements |
| HLAH 0011827-0011847 | AGH Admissions - WEST |
| HLAH 0011848-0011871 | Partnership Selection Committee |
| HLAH 0011872-0011880 | Notes - WEST |
| HLAH 0011881-0011921 | Financial Statements - West |
| HLAH 0011922-0011945 | AUH - West Cash Flow |
| HLAH 0011946-0011956 | AUH - West Financial Analysis |
| HLAH 0011957-0011965 | AUHS - AUMP Restructuring |
| HLAH 0011966-0011979 | AGH Financial Statement Analysis |
| HLAH 0011980-0012012 | AUH-WEST Financials |
| HLAH 0012013-0012021 | WEST - Cash Flow Analysis |
| HLAH 0012022-0012034 | AUMP - AUHS Physician Info |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0012131-0012175 | AUH Operating Plan |
| HLAH 0012176-0012181 | AGH 1999 Operating Plan |
| HLAH 0012182-0012191 | AUH Allegheny Gen. Quality Mgmt Program 9/98 FY 1999 |
| HLAH 0012192-0012230 | AUH-Allegheny Gen. Fiscal Yr 1999 Operating Plan |
| HLAH 0012231-0012269 | AUH - Allegheny Gen. Fis. Yr 1999 Operating Plan |
| HLAH 0012270-0012336 | AGH Strategic Plan Summary 1997-1999 |
| HLAH 0012337-0012380 | AUH - AUMC Division Fiscal Yr 1999 Operating Plan |
| HLAH 0012381-0012411 | AGH Fiscal Year 1998 Operating Plan |
| HLAH 0012412-0012471 | AGH Information Management Plan |
| HLAH 0012472-0012613 | AGH Performance Improvement Plan FY-1998 |
| PWC-SUB-PR-006027-006240 | AHERF Monthly Operating Report for the Mo. End 11/30/98 |
| PWC-SUB-PR-006548-006647 | Newspaper Articles |
| PWC-SUB-PR-006649-006652 | October 14 Meeting Agenda |
| PWC-SUB-PR-006680-006683 | Rancocas Hosp. Intercompany Acct. Anal. And Hospital Sale |
| PWC-SUB-PR-006684-006684 | AHERF Intercompany Receivable/(payable) w/Affil. For 12 mo ending June 30, 1998 |
| PWC-SUB-PR-006685-006685 | AHERF Intercompany Receivable/(Payable) w/Affil. For 11 mo ended May 31. 1998 |
| PWC-SUB-PR-006686-006716 | Allegheny Hospitals, New Jersey Finan. Stmts. May 31, 1998 |
| PWC-SUB-PR-006717-006721 | Aetna US Healthcare Notice of Adm. Freeze against PIP and Draft of Agreement for Aetna |
| PWC-SUB-PR-006722-006739 | AHERF Intercompany Rec./Pay w/Affil. 12 mo end 6/30/98 |
| PWC-SUB-PR-006740-006750 | Agreement between Allegheny Rancocas and Our Lady of Lourde |
| PWC-SUB-PR-006753-006754 | Notes and Allegheny, New Jersey Bal. Sheets 5/31/98 |
| PWC-SUB-PR-006755-006757 | Pension Benefit Liabilities Assoc. w/Phil. Hosp. And AUMP |
| PWC-SUB-PR-006758-006766 | Payor Percentages for Rancocas |
| PWC-SUB-PR-006767-006770 | AUH Rancocas Patient Stat Summary for 5 mos. End 5/31/98 |
| PWC-SUB-PR-006771-006778 | Allegheny Hospitals, New Jersey Bond Issuance for FY 1997 |
| PWC-SUB-PR-006779-006782 | New Jersey Administrative Code Title 8 |
| PWC-SUB-PR-006783-006784 | Documents re: AHERF/Rancocas |
| PWC-SUB-PR-006785-006801 | Allegheny Hospitals, NJ Financial Statements 7/31/98 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-006802-006802 | FY 99 AHERF Budget Allocations |
| PWC-SUB-PR-006803-006805 | Management Svcs. Corporate Allocation FY 98 Budget |
| PWC-SUB-PR-006806-006833 | Rancocas Hosp. Stmt of Rev and Exp for mo End 12/31/97 |
| PWC-SUB-PR-006834-006889 | Motion of Official Comm. Of Unsecured Creditors for Entry of Order Directing Appointment of Chap 11 Trustee of AHERF |
| PWC-SUB-PR-006890-006897 | Key Employee Retention Program (KERP) |
| PWC-SUB-PR-006905-006908 | Newspaper Articles |
| PWC-SUB-PR-006909-006929 | Newspaper Articles and notes |
| PWC-SUB-PR-006932-006936 | list of competition |
| PWC-SUB-PR-006949-006993 | List of Creditors Holding 20 Largest Unsecured Claims |
| PWC-SUB-PR-006994-007049 | Official Committee of Unsecured Creditors of AHERF contact list |
| PWC-SUB-PR-007068-007081 | List of Unsecured Creditors of AHERF |
| PWC-SUB-PR-007082-007139 | List of docket entries |
| PWC-SUB-PR-007140-007147 | Notes |
| PWC-SUB-PR-007148-007153 | Notes on AHERF |
| PWC-SUB-PR-007164-007179 | Docket entries |
| PWC-SUB-PR-007180-007253 | Articles on Bankruptcy and preparing for it |
| PWC-SUB-PR-007254-007316 | Liability for Not-For-Profit Directors and Officers |
| PWC-SUB-PR-007317-007679 | D & O Litigation |
| PWC-SUB-PR-007680-007748 | New Business Control/Decision Document #618742 |
| PWC-SUB-PR-007749-007766 | Ambac's HealthCare Surviellance and Remediation Dept. |
| PWC-SUB-PR-007767-007797 | Article from Health Affairs re:  Allegheny Bankruptcy |
| PWC-SUB-PR-007798-007758 | AHERF D & O Motions |
| PWC-SUB-PR-007859-007889 | The AHERF Bankruptcy and its Aftermath Implications for Mgrs. And Trustees, Part 1 |
| PWC-SUB-PR-007890-008039 | Copies of Articles |
| HLAH 0004066-0004377 | AHERF - Billing |
| HLAH 0004493-0004632 | HL H2 Presentation |
| HLAH 0004634-0004649 | AHERF - Contact List |
| HLAH 0004650-0004684 | AHERF - Billing West |
| HLAH 0004685-0004721 | AHERF - Revised Engagement |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0004722-0004755 | The Western PA Hlthcare Sys., Inc. and Subs Consolicated Financial Statements as of 6/30/97 and 98 |
| HLAH 0004756-0004759 | Initial Term Settlement - West |
| HLAH 0004760-0004763 | AUH - W - 3 Year Plan |
| HLAH 0004764-0004794 | Transition Service Agreement |
| HLAH 0004795-0004798 | Maps - West |
| HLAH 0004799-0004847 | AUH - W - Budget |
| HLAH 0004848-0004924 | West Penn Bid |
| HLAH 0004925-0004996 | West Penn Refinance Plan |
| HLAH 0004997-0005006 | Direct Costs - West |
| HLAH 0005007-0005056 | PBGC - West |
| HLAH 0005057-0005062 | Contingent Liabilities - WEST |
| HLAH 0005063-0005113 | Initial Proposal - West |
| HLAH 0005114-0005141 | AUH - W - Forecast |
| HLAH 0005142-0005181 | AGH Operating Plan 1999 - West |
| HLAH 0005182-0005227 | AUH-AUMP Reorg Plan - WEST |
| HLAH 0005228-0005377 | Confidential Memorandum AUH-West |
| HLAH 0005378-0005517 | Affiliation Agreement - WEST |
| HLAH 0005518-0005524 | West Penn/AUH-West Projection West |
| HLAH 0005525-0005570 | AUMP/AUHS Financial Statements - WEST |
| HLAH 0005571-0005602 | AGH Business Plan - WEST |
| HLAH 0005603-0005706 | West Penn Financial - WEST |
| HLAH 0005707-0005969 | Settlement Agreement - WEST |
| HLAH 0005970-0005976 | Intercompany Analysis WEST - Tenet Interest |
| HLAH 0005977-0006009 | MD & A Financial Statements - WEST |
| HLAH 0006010-0006036 | Physician Admissions - WEST |
| HLAH 0006037-0006107 | Cost Cutting - West |
| HLAH 0006108-0006108 | Financial Statements Cover Sheet |
| HLAH 0006109-0006175 | AGH Fin Stmt 12/31/98 |
| HLAH 0006176-0006222 | AGH Consolidated Fin Stmts for YE 6/30/96, '95 & '94 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0006223-0006359 | AUMC Fin Stmt for Mo end 12/31/98 |
| HLAH 0006360-0006379 | AUMC Combined Fin Stmt for YE 6/30/98 |
| HLAH 0006380-0006404 | AUH/AGH Fin Stmt for YE 6/30/98 |
| HLAH 0006405-0006436 | AHERF/AUH-West Combined Fin Stmt 8/31/98 |
| HLAH 0006437-6454 | AGH Fin Stmt 6/30/98 |
| HLAH 0006455-0006481 | AGH Fin Stmt 6/30/97 |
| HLAH 0006482-0006509 | AGH Fin Stmt 6/30/96 |
| HLAH 0006510-0006515 | AGH Income Statement |
| HLAH 0006516-0006537 | AUH-WEST Combined Fin Stmts 2/28/99 |
| HLAH 0006538-0006560 | AGH Balance Sheets 10/31/98 |
| HLAH 0006561-0006590 | AUH, Forbes Metropolitan |
| HLAH 0006591-0006603 | May, 1998 AUH-Allegheny Gen. Fin Stment Analysis 6/29/98 |
| HLAH 0006604-0006643 | AUH-WEST Fin Stmts for 6/30/98 & 83198 |
| HLAH 0006644-0006661 | AGH Fin Stmts 6/30/98 |
| HLAH 0006662-0006688 | AGH Fin Stmts 5/31/98 |
| HLAH 0006689-0006719 | AGH Fin Stmt 4/30/98 |
| HLAH 0006720-0006747 | AGH Fin Stmt 3/31/98 |
| HLAH 0006748-0006774 | AGH Fin Stmt 2/28/98 |
| HLAH 0006775-0006801 | AGH Fin Stmt 1/31/98 |
| HLAH 0006802-0006828 | AGH Fin Stmt 12/31/97 |
| HLAH 0006829-0006850 | AGH Fin Stmt 11/30/97 |
| HLAH 0006851-0006877 | AGH Fin Stmt 10/31/97 |
| HLAH 0006878-0006904 | AGH Fin Stmt 9/30/97 |
| HLAH 0006905-0006932 | AGH Fin Stmt 8/31/97 |
| HLAH 0006933-0006960 | AGH Fin Stmt 7/31/97 |
| HLAH 0006961-0007019 | AUHS - Western Region Fin Stmts 4/30/99 |
| HLAH 0007020-0007028.01 | Purchase Price Allocation - EAST |
| HLAH 0007029-0007056 | Cash Flow - EAST |
| HLAH 0007188-0007225 | Debtor Presentation - EAST |
| HLAH 0007226-0007247 | University Budget - EAST |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0007248-0007274 | AUHS Model - EAST |
| HLAH 0007275-0007389 | AUHS Budget - EAST |
| HLAH 0007390-0007410 | AUHS/Drexel Agreement - EAST |
| HLAH 0007411-0007417 | Closing Fees |
| HLAH 0007418-0007422 | Intercompany Analysis - EAST |
| HLAH 0007423-0007454 | AUMP Analysis - EAST |
| HLAH 0007455-0007495 | Objections/Sale Process - EAST |
| HLAH 0007496-0007496 | PL/GL Insurance - EAST |
| HLAH 0007497-0007559 | Mt. Sinai - EAST |
| HLAH 0007560-0007568 | Cash Projection - EAST |
| HLAH 0007569-0007569 | Zolfo Report - EAST |
| HLAH 0007570-0007636 | Trustee Motion - EAST |
| HLAH 0007637-0007729 | Bidding Procedures - EAST |
| HLAH 0007730-0007798 | Wasserstien Pitch - EAST |
| HLAH 0007799-0007823 | Shut Down Analysis - EAST |
| HLAH 0007824-0007840 | Accounts Received - EAST |
| HLAH 0007842-0007864 | Cost Allocation - EAST |
| HLAH 0007865-0007909 | Financial Statements - EAST |
| HLAH 0007910-0007972 | AHERF/AUH,East Consolidated Fin Stmts 8/31/98 |
| HLAH 0007973-0007988 | Allegheny Hospitals, New Jersey Fin Stmt 5/31/98 |
| HLAH 0007989-0008015 | AUHS Consolicated Fin Stmt 7/31/98 |
| HLAH 0008016-0008043 | AHERF/AUH, EAST Consolidated Fin Stmt 5/31/98 |
| HLAH 0008044-0008070 | AUHS Consolidated Fin Stmt 5/31/98 |
| HLAH 0008071-0008087 | St. Christopher's Hosp for Children Fin Stmt 5/31/98 |
| HLAH 0008088-0008149 | AHERF Consolidated Fin Stmt YE 6/30/97 |
| HLAH 0008150-0008174 | AHERF/Delaware Valley Obligated Grp Combined Fin Stmt YE 6/30/96 |
| HLAH 0008175-0008184 | May Executive Reporting Package |
| HLAH 0008185-0008205 | AHERF/Delaware Valley Ob. Grp Combined Fin Stmt YE 6/30/95 & 94 |
| HLAH 0008206-0008250 | AHERF Fin Stmt 8/31/98 |
| HLAH 0008252-0008266 | Grants |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0008267-0008277 | Refinance - EAST |
| HLAH 0008278-0008282 | West Penn Synergies - WEST |
| HLAH 0008296-0008366 | Vanguard Purchase Agreement |
| HLAH 0008367-0008455 | Academic Affiliation |
| HLAH 0008456-0008461 | Transaction Issues |
| HLAH 0008462-0008463 | Bidding Procedures Cover Page |
| HLAH 0008464-0008519 | Notice of Hearing |
| HLAH 0008520-0008548.01 | Asset Purchase Agreement |
| HLAH 0008549-0008576 | Procedures |
| HLAH 0008577-0008600 | AUMP Practice Analysis |
| HLAH 0008601-0008722 | Tenet Purchase Agreement - EAST |
| HLAH 0008723-0008789 | Recovery - EAST |
| HLAH 0008790-0008830 | Physician Flight - EAST |
| HLAH 0008831-0008831 | AUHS Practice Analysis Cover Sheet |
| HLAH 0008832-0008881 | KERP |
| HLAH 0008882-0008889 | Board Members |
| HLAH 0008890-0008958 | Contact Lists - AHERF |
| HLAH 0008959-0009009 | Organizational Charts - AHERF |
| HLAH 0009010-0009036 | Letter of Intent - Our Lady of Lourdes |
| HLAH 0009037-0009065 | Bankruptcy Filing - AHERF |
| HLAH 0009066-0009174 | Notes |
| HLAH 0009175-0009207 | Notes |
| HLAH 0009208-0009379 | Notes |
| HLAH 0009380-0009398 | Financials Allegheny Hospitals - EAST |
| HLAH 0009399-0009416 | AHERF Combining Bal Sheets AUH, EAST 5/31/98 |
| HLAH 0009417-0009465 | Financials Allegheny Hospitals - Centennial |
| HLAH 0009466-0009536 | Financials Allegheny Univ. Med. Practices |
| HLAH 0009537-0009544 | Operating Statistics Allegheny Hospitals - EAST |
| HLAH 0009545-0009625 | Operating Statistics Allegheny Hospitals - Centennial |
| HLAH 0009626-0009650 | Operating Statistics City Avenue |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0009651-0009697 | Operating Statistics - Elkins Park |
| HLAH 0009698-0009731 | Operating Statistics - Graduate |
| HLAH 0009732-0009763 | Operating Statistics - Hahnemann |
| HLAH 0009764-0009798 | Operating Statistics - MCP |
| PWC-SUB-PR-002971-002971 | AHERF Bankruptcy - Graduate Acquisition Due Diligence |
| PWC-SBU-PR-003027-003078 | Zurburgg Health Foundation Consol. Fin Stmt for YE 12/31/96 |
| PWC-SUB-PR-002972-002978 | Intercompany Transfers and Allocations |
| PWC-SUB-PR-002979-002988 | May to June Comparison |
| PWC-SUB-PR-002989-002990 | Map |
| PWC-SUB-PR-002997-003011 | Cost Allocation Methodology for the AHERF Parent FY 1998 |
| PWC-SUB-PR-003012-003014 | Rancocas Hospital Inter-company Accounts |
| PWC-SUB-PR-003015-003021 | Rancocas Hospital Inter-company |
| PWC-SUB-PR-003022-003022 | Exhibit 2-j Cover Page |
| PWC-SUB-PR-003079-003128 | Hospital Financial Reports |
| PWC-SUB-PR-003171-003182 | Motion of Official Comm. Of Unsecured Creditors for Order Approving Certain Prov. Of Comm. Bylaws |
| PWC-SUB-PR-003190-003197 | Reconciliation Summary for First Wave contracts greater than $5,000 and not disputed |
| PWC-SUB-PR-003198-003246 | Presentation to:  The Pension Benefit Guaranty Corp. |
| PWC-SUB-PR-003247-003429 | Graduate Due Diligence Report |
| PWC-SUB-PR-003430-003537 | Graduate Due Diligence Report |
| PWC-SUB-PR-003538-003586 | Due Diligence Report for Graduate, Mt. Sinai, City Ave/Parkview and Zurbrugg Memorial Hospital |
| PWC-SUB-PR-003607-003650 | AHERF Consolidated Fin Stmt for YE 6/30/97 |
| PWC-SUB-PR-003651-003660 | Notes |
| PWC-SUB-PR-003661-003672 | Allegheny Univ. Hosp. Summ. Stmt of Rev & Exp (1997 vs. 1998) |
| PWC-SUB-PR-003673-003683 | AUH-Elkins Park Stmt of Rev and Exp. For 2 mos. End 8/31/98 |
| PWC-SUB-PR-003684-003694 | AUH-Bucks Cty. Stmt of Rev and Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003695-003705 | Hahnemann Hosp. Stmt of Rev and Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003706-003716 | St. Christophers Stmt of Rev and Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003717-003727 | AUH-Graduate Stmt of Rev and Exp for 2 mos end 8/31/98 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-003728-003737 | AUH-Parkview Stmt of Rev & Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003738-003748 | AUH-City Avenue Hosp Stmt of Rev & Exp 2 mos end 8/31/98 |
| PWC-SUB-PR-003749-003759 | AUH Mgmt Svcs. Stmt of Rev and Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003760-003770 | AUH-MCP Stmt of Rev and Exp for 2 mos end 8/31/98 |
| PWC-SUB-PR-003773-003798 | AHERF Unsecured Creditros Committee Meeting 11/2/98 |
| PWC-SUB-PR-003799-003799 | AHERF-EAST Tenet Transaction Summary |
| PWC-SUB-PR-003800-003800 | Merrill & Lehman Success Fee Possibilities Arising From Sale of the Univ. and the Eastern Hospitals |
| PWC-SUB-PR-003801-003802 | Revenue Enhancement/Cost Reduction Initiatives |
| PWC-SUB-PR-003803-003829 | AUH - WEST Executive Summary |
| PWC-SUB-PR-003830-003846 | Fax from DuFrayne to Santarelli re: Financials |
| PWC-SUB-PR-003847-003847 | Results of Hearing Regarding Att. Gen. Motion to Vacate Order Enjoining Orphans Court Litigation |
| PWC-SUB-PR-003848-003855 | Special Real Estate Deals |
| PWC-SUB-PR-003863-003864 | AHERF Executory Contract/Unexpired Lease Max Cure Amt. |
| PWC-SUB-PR-003867-003867 | AHERF Exec. Contract/Unexpired Lease Likely Max Agg. Cure \ Amt. For Contracts and Leases Designated by Tenet (1) |
| PWC-SUB-PR-003868-003875 | AHERF Exec Con/Unexpired Lease Likely Max Agg Cure Amt for Contracts and Leases Designated by Tenet (By Contract Type) |
| PWC-SUB-PR-003876-003876 | AHERF Exec Con/Unexp Lease Likely Max Agg Cure Amt for Contracts and Leases Designated by Tenet (Third Party Payor) |
| PWC-SUB-PR-003877-003885 | Memo to: D. Mayeux at Tenet re: Existing Issues in the Cur Env. |
| PWC-SUB-PR-003898-003916 | Notes re: Tenet 11/4/98 |
| PWC-SUB-PR-003930-003946 | Financial Statements |
| PWC-SUB-PR-003947-004016 | Motion of Official Committee of Unsecured Creditors for Entry of Order Directing Appointment of Chap. 11 Trustee of Allegheny Health pursuant to 11 USC 1104 |
| PWC-SUB-PR-004017-004017 | Memo re: Trustee Motion Ex Officio Stipulation |
| PWC-SUB-PR-004019-004028 | Stipulation and Agreed order Regarding Appt of Certain Parties to Official Comm. Of Unsecured Creditors as Ex Officio Members and Approval of Cert. Related Provisions of Committee Bylaws |
| PWC-SUB-PR-004029-004045 | Financials |
| PWC-SUB-PR-004047-004065 | Application to Retain McBee Assoc., Inc. as Fin Con. NUNC PRO |
| PWC-SUB-PR-004066-004066 | Notes on issues w/respect to executory contracts |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-004067-004205 | AHERF Bankruptcy Affidavit |
| PWC-SUB-PR-004206-004207 | Affidavit in Support of Motion by Off. Unsecured Cred Comm of AHERF Presented by Parente |
| PWC-SUB-PR-004208-004226 | Affidavit of Philip J. Santarelli, CPA, MBA |
| PWC-SUB-PR-004227-004250 | CV on Philip J. Santarelli, CPA, MBA |
| PWC-SUB-PR-004251-004345 | Motion of Official Comm of Unsecured Cred. For Entry of Order Directing Appt. of Chap 11 Trustee of AHERF |
| PWC-SUB-PR-004346-004396 | Revised Draft of Motion for Entry of Order Directing Appt. of Chap 11 Trustee |
| PWC-SUB-PR-004397-004400 | List of Debtors and Non-Debtors |
| PWC-SUB-PR-004401-004488 | Order Under 11 USC 105,363 & 365 Approving (I) Asset Purchase Agreement with Tenet Healthsystem PA and Tenet Healthcare Corp. (2) Sale Free and Clear (3) Administrative services agreement and Indemnity escrow agreement and (4) Assumption and assignment of certain executory contracts and unexpired leases |
| PWC-SUB-PR-004489-004530 | Motion of Off Comm of Unsecured Cred. For Entry of Order Direc. Appointment of chap. 11 Trustee of AHERF |
| PWC-SUB-PR-004540-004622 | Lease Agreement between Wayne PA Bus. Trst. & AH, Centenn. |
| PWC-SUB-PR-004623-004636 | Objection of Official Committee of Unsecured Creditors |
| PWC-SUB-PR-004637-004656 | Debtors Omnibus Response to Objections and Responses to Motion for Order App. (1) Transfer of assets of AUHS, (2) Mgmt Agreement, and (3) Assumption and Assignment of Executory Contracts |
| PWC-SUB-PR-004659-004664 | Motion or Special Ex Parte Relief |
| PWC-SUB-PR-004665-004670 | Emergency Interim Order Granting Emergency Motion of Off. Comm of Unsecured Creditors Enforcing the Automatic Stay and Enjoining Action of the Commonwealth of PA |
| PWC-SUB-PR-004671-004676 | LTD Obj. of Off Comm of Unsecured Cred to Emer Motion of Debt |
| PWC-SUB-PR-004677-004690 | Obj. of Off Comm of Unsecured Cred to Motion of Debtors |
| PWC-SUB-PR-004691-004693 | Commonwealth's Request to Dissolve Interim Order |
| PWC-SUB-PR-004699-004701 | Memo re: Cure Amounts for Executory Service and Supply Contract |
| PWC-SUB-PR-004702-004702 | Notes on Wayne Business Trust |
| PWC-SUB-PR-004703-004720 | Financials |
| PWC-SUB-PR-004721-004725 | Notes |
| PWC-SUB-PR-004747-004748 | Ltr from EA Southerling at US Secur. & Exch to Lee Powar |
| PWC-SUB-PR-004750-004782 | Commonwealth's Motion to Dissolve the Oct. 25, 1998 Emergency Interim Ex Parte Order |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-004783-004802 | Memorandum in Support of Emer. Motion of Off Comm of Unsec Creditors for Entry of an Order Enforcing the Automatic Stay and Enjoining Actions of the Commonwealth of PA |
| PWC-SUB-PR-004803-004807 | Obj of Off Comm of Unsec Cred to Motion of PA Ram LLC Obj to the Granting of Relief under 11 USC |
| PWC-SUB-PR-004820-004820 | Exhibit A |
| PWC-SUB-PR-004821-004822 | NEWS Release re: Allegheny General To Explore Partnership |
| PWC-SUB-PR-004823-004826 | Access Data Base Criteria |
| PWC-SUB-PR-004827-004830 | Corr Re: AHERF/Status of Retention and Severance Package |
| PWC-SUB-PR-004831-004836 | Correspondence |
| PWC-SUB-PR-004837-004884 | Confidential Report to AHERF Regarding Sale of Eastern Division Community Hospitals - Merrill Lynch & Co., March 31, 1998 |
| PWC-SUB-PR-004885-004885 | AHERF Salary Analysis |
| PWC-SUB-PR-004886-004886 | Vanguard Transaction Proposed Summ. Of Sources and Uses |
| PWC-SUB-PR-004887-004889 | AHERF Analysis of Intercompany Debt Forgiveness |
| PWC-SUB-PR-004890-004897 | Entity: AUMP-EAST Operating Cash Flow Analysis |
| PWC-SUB-PR-004898-004905 | Entity: AUMP-WEST Operating Cash Flow Analysis |
| PWC-SUB-PR-004906-004906 | AHERF Special Items for the 10 mos. Ended April 30, 1998 |
| PWC-SUB-PR-004907-004945 | AHERF/AUH, East Combined Fin Stmts 3/31/98 |
| PWC-SUB-PR-004946-004946 | AHERF Discussion Topics |
| PWC-SUB-PR-004947-004947 | AHERF Organizational Chart |
| PWC-SUB-PR-004948-004982 | AHERF Consolidated Fin. Statements for YE 6/30/97 |
| PWC-SUB-PR-004983-005024 | AHERF Consolidated Fin Stmts. 3/31/98 |
| PWC-SUB-PR-005025-005051 | AHERF/Del Val Ob. Grp Comb Fin Stmts 3/31/98 |
| PWC-SUB-PR-005052-005091 | AHERF Consolidated Fin Stmts 4/30/98 |
| PWC-SUB-PR-005092-005134 | AHERF Consolidated Fin Stmts 5/31/98 |
| HLAH 0015410-0015413 | Correspondence re: AHERF Bankruptcy |
| HLAH 0015460-0015475 | Extended Business Office Service Agreement |
| HLAH 0015493-0015502 | Emergency Mot. Of Off Comm of Unsecur Cred for Order Author Comm Between Committee and Physician Employed by Nondebtor |
| HLAH 0015503-0015504 | Order of Court |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0015507-0015521 | Supplemental Order related to Final Order (I) author incurrence of post-petiton indebtedness with administrative super-priority and secured by senior liens on and security interests in all assets of debtors |
| HLAH 0015522-0015526 | Response of Unisource Worldwide, Inc. to motion of Allegheny-Cent. To Reject Certain Executory Contracts and Unexpired Leases |
| HLAH 0015566-0015581 | Order Holding Children's Hosp of PA in Contempt of Court and Assessing Damages |
| HLAH 0015594-0015621 | Final Order (1)authorizing incurrence of post-petition indebtedness with Administrative super-priority and secured by senior liens on and security interests in all assets of debtors |
| HLAH 0015655-0015694 | Aetna US Healthcare Inc's Memorandum of Law in Support of Objection to Assumption and Assignment of Executory Contracts |
| HLAH 0015695-0015697 | Corr from EA Southerling at US Sec and Exch Comm re AHERF |
| HLAH 0015698-0015730 | Commonwealth's Motion to Dissolve the 10/25/98 Emergency Interim Ex Parte Order |
| HLAH 0015731-0015750 | Memorandum in Support of Emer Motion of Off Comm of Unsec Cred for entry of Order Enforcing the Automatic Stay and Enjoining Action of the Commonwealth of PA |
| HLAH 0015751-0015751 | AHERF Exec Contract/Unexp Lease Likely Max Agg Cure Amt for Contracts and Leases designated by Tenet (1) |
| HLAH 0015752-0015756 | Objection of Off Comm of Unsecur Cred to Motion of PA Ram LLC Objecting to the Granting of Relief under 11 USC |
| HLAH 0015770-0015771 | News Release re: Allegheny Gen to Explore Partnership |
| HLAH 0015772-0015776 | Order Setting Date Certain for Response and Hearing on Motion |
| HLAH 0015777-0015779 | Estimated Summary of Creditor Recovery |
| HLAH 0015780-0015813 | Commonwealth's Motion to Dissolve the 10/25/98 Emergency Interim Ex Parte Order |
| HLAH 0015814-0015814 | News Article |
| HLAH 0015815-0015817 | Correspondence re: Paramount Care, Inc. and Health Alliance Plan of Michigan re: Draft Retainer Letter of 8/11/98 |
| HLAH 0015818-0015819 | Second Iteration of the AGH Financial Projections for FY 1999 |
| HLAH 0015820-0015830 | Order Rescheduling Hearing |
| HLAH 0015832-0015842 | Memorandum Opinion and Order of Court |
| HLAH 0015843-0015863 | App of Off Comm of Unsecured Cred for Order supp terms of engage of HLH & Z as investment bankers |
| HLAH 0015864-0015866 | Ltr re:AHERF Chap 11 Cases Transition of Counsel Services |
| HLAH 0015867-0015914 | Complaint Seeking Avoidance of Preferential And/or Fraudulent Transfers and Recovery of Property of the Debtor's Estate |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0015915-0015943 | Third Status Report of Wm Scharffenberger Chap 11 Trustee of AHERF for the Month of March, 1999 |
| HLAH 0015944-0015945 | Ltr re: Order Temporarily Staying Restraining and Enjoining Actions |
| HLAH 0016001-0016012 | Motion of Official Committee of Unsecured Creditors for Order Approving Certain Provisions of Comm Bylaws |
| HLAH 0016013-0016155 | Reply of Official Committee of Unsecured Creditors to Debtors Response to January 11, 1999 order |
| HLAH 0016156-0016179 | Second Status Report of Wm. Scharffenberger Chap 11 Trustee of AHERF for the month of Feb 1999 |
| HLAH 00162440016255 | Motion of Offical Comm of Unsec. Cred For Order App. Certain Provisions of Comm Bylaws |
| HLAH 0016256-0016257 | Rule to Show Cause |
| HLAH 0016258-0016260 | Order of Court Related to Order of Feb. 25, 1999 |
| HLAH 0016261-0016263 | Response of Off Comm of Unsec Cred to Expedited Motion of the Chap 11 Trustee to Enforce the Automatic Stay and for Injunctive Relief |
| HLAH 0016264-0016269 | Order Temporarily Staying, Restraining and Enjoining Actions |
| HLAH 0016270-0016324 | Affiliation Agreement by AUH, West/AGH, AUMC & Western PA Hlt |
| HLAH 0016325-0016327 | Analysis of West Penn Affiliation Agreement - March 9th Draft |
| HLAH 0016328-0016330 | Order of Court |
| HLAH 0016331-0016391 | Settlement Agreement between AGH, AUMC,AUH-West, Wm J. Scharffenberger, as Trustee of the Bankruptcy Estate of AHERF |
| HLAH 0016392-0016392 | Order of Court |
| HLAH 0016429-0016438 | The Western PA Healthcare System, Inc. |
| HLAH 0016439-0016440 | Order Extending Bar Date for Intercompany Claims Between Debtors |
| HLAH 0016441-0016453 | Stipulation and Agreed Order Regarding Appt of Certain Parties to Official Comm. Of Unsecured Creditors as Ex Officio Members and Approval of Cert. Related Provisions of Committee Bylaws |
| HLAH 0016454-0016490 | Notes on Allegheny Hospital |
| HLAH 0016491-0016502 | Stipulation and Agreed Order Author Transfer of Grants to NSABP Foundation, Inc. |
| HLAH 0016503-0016504 | Order of Court |
| HLAH 0016505-0016507 | AHERF Bankruptcy D & O Claims |
| HLAH 0016508-0016556 | Presentation to:  The Pension Benefit Guaranty Corp. Briefing Mater |
| HLAH 0016557-0016599 | Debtors First Amended Chap 11 Liquidating Plan Re: Tie/Commun |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0016600-0016752 | Debtor's First Amended Disclosure Statement Describing First Amended Chap 11 Liquidating Plan Re: Tie/Communications, Inc. |
| HLAH 0016754-0016760 | Allegheny Bulletin for the President Anthony M. Sanzo |
| HLAH 0016766-0016839 | Final Proposal of the Western PA Hlthcare Syst to form relationship with AGH and AUMC |
| HLAH 0016840-0016851 | Corr from I. Goldstein to S. Goldring re: counsel to 1st Union Natl Bnk |
| HLAH 0016852-0016854 | Corr from Lee Powar to Judge McCullough re: AHERF |
| HLAH 0016855-0016880 | First Status Report of Wm. Scharffenberger Chap 11 Trustee of AHERF for the period of Dec. 10,1998-Jan.31, 1999 |
| HLAH 0016881-0016925 | Memorandum Opinion |
| HLAH 0016926-0016934 | Corr form D. Heiman to A. Hyman re: press releases re: AUH-WEST |
| HLAH 0016935-0016939 | Stipulation and Order |
| HLAH 0016953-0016971 | Objection of Official Committee of Unsecured Cred to Motion of David McConnell for Relief from Order Suspending Payments to Certain Former Execs Under Debtors' Retirement Plan |
| HLAH 0017022-0017033 | Debtors Motion for Approval of Settlement and Compromise with Maxicare Health Plans, Inc. and National Pharmaceutical Services, Inc. |
| HLAH 0017049-0017050 | Sale of AHERF's Western PA Assets |
| HLAH 0017051-0017066 | Stipulation and Order |
| HLAH 0017067-0017068 | Master Trust Indenture Among the Graduate Hosp., the Fifth and Reed Hospitals dba Mt Sinai Hosptial and the Meridian Trust Co as successor by First Union National Bank dated Dec. 1, 1991 |
| HLAH 0017069-0017100 | AHERF Selection of Entities |
| HLAH 0017101-0017118 | AHERF Combining Balance Sheets AUH,EAST 5/31/98 |
| HLAH 0017119-0017128 | Corr re: The Hospitals and Higher Ed Fac Author of PA Rev Bonds Series A and B of 1991 and Series A and B of 1993 AH Cent |
| HLAH 0017129-0017129 | Order of Court |
| HLAH 0017132-0017135 | New Article: Tenet Takes Control |
| HLAH 0017136-0017284 | Allegheny University Hospitals Confidential Memorandum 12/17/98 |
| HLAH 0017292-0017304 | Stipulation and Agreed Order Regarding Appt. of Certain Parties to Off Comm of Unsecured Creditors as Ex Officio Members and Approval of Certain Related Provisions of Comm's Bylaws |
| HLAH 0017305-0017306 | Business Health Care Article |
| HLAH 0017322-0017323 | Ltr re: Audit of Restricted Gifts |
| HLAH 0017324-0017390 | Asset Purchase Agreement for AHERF and Tenet |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0017391-0017397 | Comparison of Svcs. between Parente, Randolph, Orlando, Carey and HLH&Z |
| HLAH 0017398-0017398 | AHERF Debt Summary |
| HLAH 0017399-0017426 | Final draft of the App. Of the Off Committee of Unsecured Creditors of AHERF for an order authorizing it to employ HLH&Z |
| HLAH 0017427-0017429 | AHERF/Rancocas |
| HLAH 0017430-0017433 | Allegheny Notes |
| HLAH 0017442-0017443 | AHERF & St. Christorpher's Hosp for Children Sale |
| HLAH 0017444-0017458 | AHERF/Retention Severance Programs |
| HLAH 0017459-0017462 | Ltd Objection of Official Committee of Unsecured Creditors to Motion by the Debtors |
| HLAH 0017463-0017465 | AHERF & St. Christopher's Hosp for Children Sale |
| HLAH 0017466-0017479 | AHERF Official Committee of Unsecured Creditors Preliminary Discussion Material, August, 1998 |
| HLAH 0017480-0017559 | Asset Purchase Agreement Dated as of 7/31/98 DRAFT |
| HLAH 0017560-0017564 | Administrative Services Agreement |
| HLAH 0017565-0017566 | News Article from the Inquirer |
| HLAH 0017567-0017573 | Operating Unit:  AUH Centennial |
| HLAH 0017574-0017575 | News Article from the Inquirer |
| HLAH 0017576-0017589 | Order Scheduling Date, Time and Place for Hearing and Establishing Sale Procedures |
| HLAH 0017590-0017594 | AHERF Off. Comm. Of Unsecured Cred Prelim Disc Materials 8/98 |
| HLAH 0017595-0017654 | Verified Complaint for Temporary Restraining Order, Preliminary and Permanent Injunction and Damages |
| HLAH 0017655-0017657 | News Article Re: AHERF Files for Chapter 11 |
| HLAH 0017658-0017658 | AHERF Summary of DIP Operations |
| HLAH 0017659-0017661 | Statement of Position of Off Comm of Unsecured Cred Regarding Motion of Debtors and DIP for Approval to Pay Claims Related to Direct Federal Award Grants |
| HLAH 0017662-0017670 | Obj of Off Comm of Unsecured Cred to Debtors Motions to Employ Hunter and Associates Management Services and Deloitte & Touche Consulting Group |
| HLAH 0017671-0017674 | Obj of Off Comm of Unsecured Cred to Emergency Motion Pursuant to Rule 2018(a) for leave to intervene filed bvy Atty Gen of the Commonwealth of PA |
| HLAH 0017675-0017743 | Asset Purchase Agreement by AHERF and Tenet dated 8/98 |
| HLAH 0017744-0017744 | Ltr from D. Heiman to Wm Slaughter re: Asset Sale Agreement between AHERF and Vanguard |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0017745-0017745 | AHERF/Asset Sale |
| HLAH 0017747-0017751 | Official Committee of Unsecured Creditors of AHERF Pending Motion Applications Order by Hearing Date |
| HLAH 0017752-0017753 | Ltr re: Asset Sale Agrmt Betwn AHERF and Vanguard |
| HLAH 0017754-0017760 | HLHZ Investment Banking Group Status Report |
| HLAH 0017765-0017775 | AHERF Avaiable Data Listing For Profit Tax Return |
| HLAH 0017776-0017791 | AUHS & AUMP by Houlihan Lokey Howard & Zukin |
| HLAH 0017797-0017800 | Current Financial and Operational Performance |
| HLAH 00177992-0017792 | Admissions by AUMP Doctors |
| HLAH 0017801-0017802 | Ltr re: AHERF/Rancocas |
| HLAH 0017803-0017829 | Order Setting Date Certain for Response and Hearing on Motion |
| HLAH 0017830-0017830 | Committee Member Claims Estimate Form |
| HLAH 0017847-0017856 | Ltr. Re: AHERF - Med Coll Hosp Elkins Park Campus |
| HLAH 0017857-0017924 | AHERF Document August 5, 1998 by Wasserstein Perella & Co. |
| HLAH 0017926-0017981 | Copies of News Articles |
| HLAH 0017982-0018058 | Emergency Motion for the Entry of an Order |
| HLAH 0018059-0018061 | Exhibit A to Interim Financing Order |
| HLAH 0018062-0018122 | AUH Hahnemann & Elkins Park Exec Report Pckg May Fis 1998 |
| HLAH 0018123-0018129 | AUH City Line Executive Reporting Package for Mo of May FIsc1998 |
| HLAH 0018130-0018136 | AUH Parkview Exec Repoorting Pack for the Month of May Fis 1998 |
| HLAH 0018137-0018151 | AUH MCP Exec Report Pack for the Mo of May Fis 1998 |
| HLAH 0018152-0018158 | AUH Graduate Exec Report Pack for the Mo of May, Fiscal 1998 |
| HLAH 0018159-0018183 | Ltr from D. Sykes to David Preiser re: AHERF Chap 11 Misc doc. |
| HLAH 0018185-0018189 | AHERF Official Committee of Unsecured Creditors Preliminary Discussion Material, August, 1998 |
| HLAH 0018190-0018194 | AHERF Official Committee of Unsecured Creditors Preliminary Discussion Material, August, 1998 |
| HLAH 0018195-0018200 | List of 25 Largest Pittsburgh-Area Hospital Organizations |
| HLAH 0018201-0018204 | News Article re: AHERF enters into definitive Agreement to Sell Eight Allegheny Hospitals to Vanguard Health |
| HLAH 0018205-0018235 | AHERF Docket Entries |
| HLAH 0018236-0018248 | Allegheny Health Complete Docket |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0018249-0018261 | Ltr re: Allegheny Rancocas Hosp, Willingsboro, NJ |
| HLAH 0018262-0018274 | Ltr re: Allegheny Rancocas Hosp, Willingsboro, NJ |
| HLAH 0018275-0018275 | Our Lady of Lourdes Healthcare Services Calcu of Purch Price |
| HLAH 0018276-0018276 | Our Lady of Lourdes Ltr Agmt for the Purchase of Allegh. Hosp NJ and Affiliates |
| HLAH 0018277-0018352 | Asset Purchase Agreement  between AHERF and Vanguard |
| HLAH 0018353-0018414 | AHERF Consolidated Fin Stmts for the YE June 30, 1997 |
| HLAH 0018415-0018415 | Schedule 5.24 AS&T Formula |
| HLAH 0018416-0018416 | AUHS FY 99 Budget |
| HLAH 0018417-0018514 | Order (A) Scheduling Date, Time and Place for Hearing on Motion for Order Approving Sale of Assets, Approving Academic Affiliation Agreement, Administrative Services Agreement and Indemnity Escrow Agreement, Authorizing Assumption and Assignment of Executory Contracts and Payment of Certain Transaction Fees; (B) Prescribing Form and Manner of Notice Thereof; (c) Approving Terms for Submission of Competing Offers, Overbid Procedures, Break-Up Fee and Expense Reimbursement; and (D) Authorizing Performance Under SPecified Provisions of Asset Purchase Agreement |
| HLAH 0000001-0000003 | East - Endowments |
| HLAH 0000004-0000032 | EAST St. Christopher's |
| HLAH 0000033-0000040 | East - Temple Univ. |
| HLAH 0000041-0000130 | East - Managed Care |
| HLAH 0000131-0000142 | East - Operating Statements |
| HLAH 0000143-0000172 | East - Wind Down Analysis |
| HLAH 0000173-0000173 | East - Other Motions Cover Page |
| HLAH 0000174-0000182 | Response of Cred Herman Goldner Co. to Notice of Potential Assumption and Assignment of Certain Executory Contracts in connection with the sale |
| HLAH 0000183-0000191 | Response of Cred 3B Orthopaedics to Notice pf Potential Assump |
| HLAH 0000192-0000193 | Ltr re: AHERF |
| HLAH 0000194-0000202 | Ltd Obj of Copelco Capital to the motion of the debtors for a final order |
| HLAH 0000203-0000213 | Ltd Obj of Sodexho Marriott Mgmt to the motion of the debtors for a final order |
| HLAH 0000214-0000225 | Ltd Lob of Qualmed Plans for Health to the Motion of the debtors |
| HLAH 0000229-0000234 | Order |
| HLAH 0000235-0000245 | Response of PA Health Care Trust F/K/A Graduate Health to Motion of the Debtors for Final Order under 11 USC |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0000246-0000254 | Response of Creditor and Lessee Dr. Vncent J. DiStefano, to Notice of Potential Assumption and Assignment of Certain Executory Contracts in Connection with the date of certain assets including hospital businesses and affiliated physician practices |
| HLAH 0000255-0000263 | Response of Cred American National Red Cross to Notice of Potential Assumption and Assignment of Certain Executory Contracts |
| HLAH 0000264-0000274 | Response of Aramark Healthcare Support Svcs to Notice of Potential Assumption and Assignment of Certain Executory contracts |
| HLAH 0000275-0000285 | IBM and Unicare Motions Scheduled for October 6, 1998 |
| HLAH 0000286-0000290 | Notice of Appearance and Request Service of Papers, Receipt of Notices, and Inclusion of Notice Lists |
| HLAH 0000291-0000341 | Response of JJM Assoc. to the Debtors Notice of Assump of Commercial Real Estate Lease |
| HLAH 0000342-0000375 | Commonwealth's Motion to Dissolve The 10/25/98 Emergency Interim Ex Parte Order |
| HLAH 0000381-0000400 | Mem in Support of Emergency Motion of Off Comm of Unsecured Creditors for Entry of Order Enforcing the Automatic Stay and Enjoining Actions of the Commonwealth of PA |
| HLAH 0000401-0000405 | Obj of Off Comm of Unsecured Cred to Motion of PA RAM objecting to the Granting of Relief under 11USC |
| HLAH 0000428-0000460 | Commonwealth's Motion to Dissolve the October 25, 1998 Emergency Interim Ex Parte Order |
| HLAH 0000461-0000474 | Amended Response by Sunquest Information Syst. To Motion of the Debtors for a Final Order under 11 USC |
| HLAH 0000481-0000496 | Motion of Off. Comm of Unsecured cred for Order Appointing Certain Parties to Official Comm Of Unsecured Creditors as Ex Officio Members and Approving Certain Provisions of Comm's Bylaws |
| HLAH 0000497-0000513 | Motion by The Debtors for Oder (A) Sched Date and Time and Place for Hearing to Approve Sale of Assets, Approve Academic Affiliation Agreement, Administrative Services Agreement and Indemnity Escrow Agreement |
| HLAH 0000514-0000525 | Ltr to Judge McCullough re: The Imminent and Substantial Danger to the Rights of PNC and Other Creditors of Various Debtors |
| HLAH 0000542-0000580 | EAST - Comparable Transactions |
| HLAH 0000581-0000606 | EAST - Employment Objection |
| HLAH 0000607-0000644 | EAST - Sale Motion |
| HLAH 0000645-0000659 | EAST - Execution Contracts |
| HLAH 0000660-0000692 | EAST - A/R Offers |
| HLAH 0000693-0000724 | EAST - Operating Leases |
| HLAH 0000725-0000729 | Market Info |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| HLAH 0000730-0000793 | EAST - Sale Process |
| HLAH 0000794-0000850 | EAST - Trustee Motion |
| HLAH 0000851-0000851 | EAST - Monthly Operating Reports Cover Sheet |
| HLAH 0000852-0000926 | Motion of Official Committee of Unsecured Creditors for Entry of Order Directing Appointment of Chap. 11 Trustee of Allegheny Health Pursuant to 11 USC 1104 |
| HLAH 0000927-0000943 | Ltd Obj to the Supplemental Motion of Official Committee of Unsecured Creditors for Entry of Order Directing Appointment of Chap 11 Trustee of AHERF filed on behalf of the Commonwealth of PA |
| HLAH 0000956-0000969 | Response of DVI Financial to Supplemental Motion of Off Comm of Unsecured Creditors for Entry of Order Direct Appt of Chap 11 Trustee |
| HLAH 0000970-0001020 | Patrick Hurst Affidavit |
| HLAH 0001021-0001057 | Phil Santarelli Affidavit |
| HLAH 0001058-0001088 | EAST - Motions |
| HLAH 0001089-0001136 | WEST - Financials |
| HLAH 0001137-0001149 | EAST Bidder Info |
| HLAH 0001150-0001760 | EAST - Sale Objections |
| HLAH 0001780-0002164 | EAST - Sale Objections |
| HLAH 0002165-0002583 | EAST - Sale Objections |
| HLAH 0002584-0002883 | EAST - Asset Purchase Agreements |
| HLAH 0002884-0003312 | EAST - Asset Purchase Agreements |
| PWC-SUB-PR-010904-010926 | Financial Agreement between PA Higher Ed and Hahnemann |
| PWC-SUB-PR-010927-010952 | Financing Statement betwn PA Higher Ed and Hanemann 12/16/85 |
| PWC-SUB-PR-010953-010956 | Ltr re: PA Higher Ed Facil Author Hosp Rev Refunding Bonds (Hahnemann Univ. Project) Series A |
| PWC-SUB-PR-010957-011033 | Master Trust Indenture between Hahnemann Univ. & PA Nat Bank |
| PWC-SUB-PR-011034-011108 | PA Higher Educ Facil Author to Meridian Trust Co. 1989 |
| PWC-SUB-PR-011109-011227 | PA Higher Educ Fac Author to Mellon Bank (EAST) Nat Assoc 1985 |
| PWC-SUB-PR-011228-011228 | Required Collateral Values for Invest Grade Issuers (1) |
| PWC-SUB-PR-011229-011230 | Hahnemann Univ Hosp Rev Refunding Bonds Series A of 1985 |
| PWC-SUB-PR-011231-011258 | Financing Agreement betwn PA Higher Educa & Hahnemann Univ |
| PWC-SUB-PR-011259-011282 | Miscellaneous Documents |
| PWC-SUB-PR-011283-011322 | Presentation to the Official Committee of Unsecured Cred 9/22/98 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-011323-011326 | Ltr re: Confirmation of Transfer of Assets and Termination of Collective Bargianing Relationship forwarded via fax |
| PWC-SUB-PR-011327-011330 | Correspondence re: AHERF's Retirement Account Plan |
| PWC-SUB-PR-011331-011350 | AHERF Unsecured Creditors' Committee Mtg. Nov. 17, 1998 |
| PWC-SUB-PR-011352-011354 | Notes on Teleconference |
| PWC-SUB-PR-011355-011375 | Emergency Order setting date certain for response and Hearing on Motion |
| PWC-SUB-PR-011397-011406 | Emer. Motion of Off Comm of Unsecured Cred for Order Author Communications Between Comm and Phys employed by Nondebtor Affiliates and Prohibiting any Interference with such Communications |
| PWC-SUB-PR-011407-011408 | Order of Court |
| PWC-SUB-PR-011409-011410 | Ltr to Judge McCullough from Stanley Levine re:  AHERF |
| PWC-SUB-PR-011411-011425 | Supplemental Order Related to Final Order (1)Authorizing Incurr of Post-Petition Indebtedness with administrative super-priority and secured by senior liens on and security interests in all assets of debtors pursuant to Sections 364 (c)(1), (2) and (3) and 364 (d)(1) of the bankruptcy code and (2) granting adequate protection and other relief |
| PWC-SUB-PR-011426-011434 | Response and Objection of the Official Comm of Unsecured Cred to Motion of Fifth Third Bank and Summit Funding Group, Inc. for (1) An Order Compelling Determination of Assumption or Rejection of Unexpired Leases and (2) For adequate protection, and (3) For an order allowing an administrative expense claim and compelling payment |
| PWC-SUB-PR-011435-011435 | AHERF Distribution of Proceeds |
| PWC-SUB-PR-011456-011457 | Correspondence |
| PWC-SUB-PR-011458-011464 | Boards of Trustees as of Nov. 6, 1998 |
| PWC-SUB-PR-011465-011479 | Supplemental Order Related to Final Order (1) Author Incurrence of Post-Petition Indebtedness with administrative super-priority and secured by Senior Liens on and Security Interests in all Assets of Debtors |
| PWC-SUB-PR-011480-011483 | Notice of Extension of Time to Withdraw or Pay Proposed Cure Amt/ For Executory Contracts and Unexpired Leases to be assumed |
| PWC-SUB-PR-011484-011487 | AHERF Bankruptcy |
| PWC-SUB-PR-011534-011536 | Schedule of Excess Distributors to Insiders |
| PWC-SUB-PR-011537-011552 | Financials |
| PWC-SUB-PR-011553-011569 | Meeting Notice and Status Report dated Nov 12, 1998 |
| PWC-SUB-PR-011570-011580 | Motion to Appoint Examiner Nov. 11, 1998 |
| PWC-SUB-PR-011623-011631 | Response to Motion #98-6223-M |
| PWC-SUB-PR-011632-011647 | Financials |
| PWC-SUB-PR-011687-011689 | Procedures for Expense Reimbursement dated 11/20/98 |

| DOCUMENT NUMBER | CONTENTS |
|---|---|
| PWC-SUB-PR-011690-011705 | Order Setting Date Certain and Emergency Motion for an Order Suspending payments Payments to Former Executive Under Debtors' Retirement Plan |
| PWC-SUB-PR-011706-011708 | Notes re: AHERF - Trustee Motion dated 11/17/98 |
| PWC-SUB-PR-011715-011729 | Cost Methodology for the AHERF Parent for FY 1998 |
| PWC-SUB-PR-011737-011753 | Financials |
| PWC-SUB-PR-011754-011756 | Notes re: Trustee Motion |
| PWC-SUB-PR-011757-011770 | Financials |
| PWC-SUB-PR-011771-011786 | Financials |
| PWC-SUB-PR-011787-011794 | Rancocas Hosp Analysis of Intercopany Receivable (Payable) with Affiliates 8/31/98 |
| PWC-SUB-PR-011800-011811 | Lease Reporting 6/98 |
| PWC-SUB-PR-011812-011821 | AHERF Rejected Lease Schedule |
| PWC-SUB-PR-011822-011822 | Trustee Motion dated 10/20/98 |
| PWC-SUB-PR-011823-011824 | Response to Motion #98-5334 |
| PWC-SUB-PR-011825-011829 | Supplemental Obj of Off Comm of Unsec Cred to Emer Motion of First Union Bank for Adequate Protection pursuant to 11 USC |
| PWC-SUB-PR-011830-011835 | Obj of Off Comm of Unsec Cred to Motion by Commonwealth of PA for Limited Reconsideration and/or for Modification of 10/1/98 Order |
| PWC-SUB-PR-011836-011839 | Response of Off Comm of Unsecured Cred to Obj by MLC GRP to Debtors Motion for Final Order Approving Assumption and Assignment of Executory Contracts |
| PWC-SUB-PR-011840-011907 | Motion of Off Comm of Unsec Cred for Entry of Order Directing Appointment of Chap 11 Trustee of AHERF |
| PWC-SUB-PR-011909-012015 | Documents pertaining to the Lease at 520 S. 19th St. for Omega |
| PWC-SUB-PR-012016-012126 | Related Correspondence to Lease at 520 S. 19th St. |
| PWC-SUB-PR-012127-012157 | Real Estate Agreement |
| PWC-SUB-PR-012158-012167 | Corporate Guaranty |
| PWC-SUB-PR-012168-012239 | Lease pertaining to Pepper Pavilion |
| PWC-SUB-PR-012240-012243 | Corporation Deed between Graduate and Omega |
| PWC-SUB-PR-012244-012251 | Collateral Assignment of Leases |
| PWC-SUB-PR-012252-012254 | Assignment of Leases |
| PWC-SUB-PR-012255-012257 | RE-Assignment of Leases |
| PWC-SUB-PR-012258-012266 | Escrow Agreement |