## UNANIMOUS CONSENT RESOLUTION

The Committee is asked to consider the following resolution:

WHEREAS, The Compensation Committee adopted a Key Management Long-Term Incentive Plan to encourage and reward senior managers for the attainment of established long-term objectives; and,

WHEREAS, The organization has received a favorable ruling from the IRS concerning such Plan; and,

WHEREAS, The Plan provides for the distribution of accrued incentive awards subject to the Compensation Committee's determination of management performance; and,

WHEREAS, An assessment of progress concerning quality of care, level of charity care, excellence in educational and research programs and financial viability indicates that the system has been and continues to be effectively managed in the long-term best interests of patients, students and staff.

NOW, THEREFORE, BE IT RESOLVED, That the Compensation Committee authorizes the distribution of accrued long-term incentive awards for Fiscal Year 1992 plus accrued interest to the following individuals:

| Name | Award Amount |
|---|---|
| Sherif S. Abdelhak | $123,150 |
| Calvin Bland | $ 52,331 |
| D. Walter Cohen, D.D.S. | $ 49,899 |
| Thomas P. Galinski | $ 49,062 |
| Dwight Kasperbauer | $ 56,076 |
| Donald Kaye, M.D. | $ 74,106 |
| David W. McConnell | $ 77,233 |
| Leonard L. Ross, Ph.D. | $ 59,923 |
| Anthony M. Sanzo | $ 69,118 |
| Nancy A. Wynstra, Esquire | $ 66,750 |

FURTHER RESOLVED, That the Committee authorizes distribution of the deferred award amount, as noted, based on its evaluation of management's progress and performance each year for the prior five years; and

FURTHER RESOLVED, That the Committee directs that the list of individuals and the specific awards authorized be appended in a sealed envelope to the original minutes of this meeting.

Approvals:  _W.P. Snyder III, Chair_    _6-11-96_ Date

J. David Barnes

Douglas D. Danforth

Graemer K. Hilton

Francis B. Nimick, Jr.

PR-PLD-009-01282

## UNANIMOUS CONSENT RESOLUTION

The Committee is asked to consider the following resolution:

WHEREAS, The Compensation Committee adopted a Key Management Long-Term Incentive Plan to encourage and reward senior managers for the attainment of established long-term objectives; and,

WHEREAS, The organization has received a favorable ruling from the IRS concerning such Plan; and,

WHEREAS, The Plan provides for the distribution of accrued incentive awards subject to the Compensation Committee's determination of management performance; and,

WHEREAS, An assessment of progress concerning quality of care, level of charity care, excellence in educational and research programs and financial viability indicates that the system has been and continues to be effectively managed in the long-term best interests of patients, students and staff.

NOW, THEREFORE, BE IT RESOLVED, That the Compensation Committee authorizes the distribution of accrued long-term incentive awards for Fiscal Year 1992 plus accrued interest to the following individuals:

| Name | Award Amount |
| --- | --- |
| Sherif S. Abdelhak | $123,150 |
| Calvin Bland | $ 52,331 |
| D. Walter Cohen, D.D.S. | $ 49,899 |
| Thomas P. Galinski | $ 49,062 |
| Dwight Kasperbauer | $ 56,076 |
| Donald Kaye, M.D. | $ 74,106 |
| David W. McConnell | $ 77,233 |
| Leonard L. Ross, Ph.D. | $ 59,923 |
| Anthony M. Sanzo | $ 69,118 |
| Nancy A. Wynstra, Esquire | $ 66,750 |

FURTHER RESOLVED, That the Committee authorizes distribution of the deferred award amount, as noted, based on its evaluation of management's progress and performance each year for the prior five years; and

FURTHER RESOLVED, That the Committee directs that the list of individuals and the specific awards authorized be appended in a sealed envelope to the original minutes of this meeting.

Approvals:

_W.P. Snyder III, Chair_   6-11-96
Date

_J. David Barnes_

_Douglas D. Danforth_

_Graemer K. Hilton_

_Francis B. Nimick, Jr._

PR-PLD-009-01283

## UNANIMOUS CONSENT RESOLUTION

The Committee is asked to consider the following resolution:

WHEREAS, The Compensation Committee adopted a Key Management Long-Term Incentive Plan to encourage and reward senior managers for the attainment of established long-term objectives; and,

WHEREAS, The organization has received a favorable ruling from the IRS concerning such Plan; and,

WHEREAS, The Plan provides for the distribution of accrued incentive awards subject to the Compensation Committee's determination of management performance; and,

WHEREAS, An assessment of progress concerning quality of care, level of charity care, excellence in educational and research programs and financial viability indicates that the system has been and continues to be effectively managed in the long-term best interests of patients, students and staff.

NOW, THEREFORE, BE IT RESOLVED, That the Compensation Committee authorizes the distribution of accrued long-term incentive awards for Fiscal Year 1992 plus accrued interest to the following individuals:

| Name | Award Amount |
|---|---|
| Sherif S. Abdelhak | $123,150 |
| Calvin Bland | $ 52,331 |
| D. Walter Cohen, D.D.S. | $ 49,899 |
| Thomas P. Galinski | $ 49,062 |
| Dwight Kasperbauer | $ 56,076 |
| Donald Kaye, M.D. | $ 74,106 |
| David W. McConnell | $ 77,233 |
| Leonard L. Ross, Ph.D. | $ 59,923 |
| Anthony M. Sanzo | $ 69,118 |
| Nancy A. Wynstra, Esquire | $ 66,750 |

FURTHER RESOLVED, That the Committee authorizes distribution of the deferred award amount, as noted, based on its evaluation of management's progress and performance each year for the prior five years; and

FURTHER RESOLVED, That the Committee directs that the list of individuals and the specific awards authorized be appended in a sealed envelope to the original minutes of this meeting.

Approvals:  _W.P. Snyder_ (signature)    6-11-96
W.P. Snyder III, Chair                   Date

_____
J. David Barnes

_____
Douglas D. Danforth

_____
Graemer K. Hilton

_Francis B. Nimick, Jr._ (signature)
Francis B. Nimick, Jr.

PR-PLD-009-01284

### Key Management Long-Term Incentive Plan Distribution

Under the terms of the Key Management Long-Term Incentive Plan, an amount equal to the eligible executives' annual incentive award (not to exceed 20% of base salary) is deferred and credited with interest. Distribution of the award, after passage of the deferral period, is at the sole discretion of the Compensation Committee, based upon the Committee's assessment of the executive team's performance and progress toward the attainment of established long-term objectives as set forth in the mission statement and operating plans for the prior five-year period. The Committee's assessment may include both quantitative and qualitative considerations deemed relevant by the Committee including, without limitation, measures of quality of care, level of charity care provided, excellence of educational and research programs and financial viability.

In accordance with the terms of the Plan, the senior management team submits as its report on achievement of established strategic goals three documents: 1) A Report to the Board of Trustees Academic and Fiscal Year 1995 - This comprehensive report addresses all of the major mission elements of the system and the quantifiable measures of progress in each area; 2) The Consolidated Financial Statements as of April 30, 1996; 3) The Consolidated Financial Statements projected for June 30, 1996.

Pursuant to the Plan, the Committee is asked to determine if the accrued deposits should be released based upon performance for Fiscal Years 1992 - 1996. If the Committee approves the enclosed Unanimous Consent Resolution, payments in the amounts authorized will be distributed on or before July 15, 1996 to the eligible participants.

The senior executives eligible for a distribution of 1992 accruals are noted below. The Committee may authorize distribution for the group of any amount between zero and 100%. The Plan requires that the percentage of the accrual authorized for release be uniform for all members of the management team eligible for a distribution in any year. Thus, the Committee may not authorize different percentage distributions for different members of the management team.

| Name | Award Amount |
| --- | --- |
| Sherif S. Abdelhak | $123,150 |
| Calvin Bland | $ 52,331 |
| D. Walter Cohen, D.D.S. | $ 49,899 |
| Thomas P. Galinski | $ 49,062 |
| Dwight Kasperbauer | $ 56,076 |
| Donald Kaye, M.D. | $ 74,106 |
| David W. McConnell | $ 77,233 |
| Leonard L. Ross, Ph.D. | $ 59,923 |
| Anthony M. Sanzo | $ 69,118 |
| Nancy A. Wynstra, Esquire | $ 66,750 |

PR-PLD-009-01285

## UNANIMOUS CONSENT RESOLUTION

The Committee is asked to consider the following resolution:

WHEREAS, The Compensation Committee adopted a Key Management Long-Term Incentive Plan to encourage and reward senior managers for the attainment of established long-term objectives; and,

WHEREAS, The organization has received a favorable ruling from the IRS concerning such Plan; and,

WHEREAS, The Plan provides for the distribution of accrued incentive awards subject to the Compensation Committee's determination of management performance; and,

WHEREAS, An assessment of progress concerning quality of care, level of charity care, excellence in educational and research programs and financial viability indicates that the system has been and continues to be effectively managed in the long-term best interests of patients, students and staff.

NOW, THEREFORE, BE IT RESOLVED, That the Compensation Committee authorizes the distribution of accrued long-term incentive awards for Fiscal Year 1992 plus accrued interest to the following individuals:

| Name | Award Amount |
| --- | --- |
| Sherif S. Abdelhak | $123,150 |
| Calvin Bland | $ 52,331 |
| D. Walter Cohen, D.D.S. | $ 49,899 |
| Thomas P. Galinski | $ 49,062 |
| Dwight Kasperbauer | $ 56,076 |
| Donald Kaye, M.D. | $ 74,106 |
| David W. McConnell | $ 77,233 |
| Leonard L. Ross, Ph.D. | $ 59,923 |
| Anthony M. Sanzo | $ 69,118 |
| Nancy A. Wynstra, Esquire | $ 66,750 |

FURTHER RESOLVED, That the Committee authorizes distribution of the deferred award amount, as noted, based on its evaluation of management's progress and performance each year for the prior five years; and

FURTHER RESOLVED, That the Committee directs that the list of individuals and the specific awards authorized be appended in a sealed envelope to the original minutes of this meeting.

Approvals: _W.P. Snyder [signature]_   6-11-96
W.P. Snyder III, Chair                 Date

_____
J. David Barnes

_____
Douglas D. Danforth

_____
Graemer K. Hilton

_____
Francis B. Nimick, Jr.

PR-PLD-008-01286

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
CONSOLIDATED BALANCE SHEETS
(Dollars in thousands)

|  | Projected June 30, 1996 | April 30, 1996 | June 30, 1995 |  | Projected June 30, 1996 | April 30, 1996 | June 30, 1995 |
|---|---|---|---|---|---|---|---|
| Current assets: |  |  |  | Current liabilities: |  |  |  |
| Cash and short-term investments | $44,934 | $47,961 | $57,401 | Accounts payable and accrued expenses | $216,368 | $191,114 | $170,201 |
| Receivables: |  |  |  | Deferred revenue | 8,033 | 16,231 | 4,949 |
| Patient accounts, net | 328,258 | 338,258 | 255,432 | Lines of credit | 49,300 | 56,300 | 6,000 |
| Grants and other | 31,536 | 37,893 | 25,178 | Current portion of long-term debt | 7,023 | 15,235 | 12,896 |
| Inventories | 21,234 | 21,487 | 21,294 |  |  |  |  |
| Prepaid expenses | 19,131 | 20,152 | 12,889 | Total current liabilities | 280,724 | 278,880 | 194,046 |
| Total current assets | 445,093 | 465,751 | 372,194 |  |  |  |  |
|  |  |  |  | Long-term debt | 665,836 | 589,346 | 608,190 |
|  |  |  |  | Self-insurance liabilities | 76,172 | 76,399 | 76,802 |
|  |  |  |  | Student loans | 18,501 | 18,501 | 17,375 |
|  |  |  |  | Other noncurrent liabilities | 61,471 | 59,538 | 50,912 |
| Investments limited or restricted as to use: |  |  |  |  |  |  |  |
| By Board for designated purposes | 307,544 | 214,036 | 290,279 | Total liabilities | 1,102,704 | 1,022,664 | 947,325 |
| By financing agreements | 0 | 31,023 | 36,081 |  |  |  |  |
| By donor for restricted purposes | 15,052 | 13,708 | 11,832 |  |  |  |  |
| Student loans | 17,684 | 17,684 | 16,568 |  |  |  |  |
| Endowments | 166,191 | 165,191 | 140,451 |  |  |  |  |
|  | 506,471 | 441,642 | 495,211 | Net assets: |  |  |  |
|  |  |  |  | General | 533,422 | 557,692 | 547,136 |
|  |  |  |  | Restricted: |  |  |  |
|  |  |  |  | Specific purposes | 35,805 | 33,862 | 27,195 |
| Investments | 48,829 | 46,062 | 32,070 | Endowments | 154,470 | 152,862 | 137,400 |
| Property and equipment, net | 733,047 | 727,047 | 704,207 |  |  |  |  |
| Other assets | 92,961 | 86,578 | 55,374 | Total net assets | 723,697 | 744,416 | 711,731 |
| Total assets | $1,826,401 | $1,767,080 | $1,659,056 | Total liabilities and net assets | $1,826,401 | $1,767,080 | $1,659,056 |

PR-PLD-009-01287

# AHERF
## STATEMENT OF REVENUE IN EXCESS OF EXPENSES SUMMARY
## FISCAL YEAR 1996 OUTLOOK vs. BUDGET
(Dollars in Thousands)

|  | FY 96 Outlook | FY 96 Budget | Variance | FY 96 10 Months Ended June 30, 1996 Actual |
|---|---:|---:|---:|---:|
| AGH | $19,478 | $20,671 | ($1,193) | $17,635 |
| ANI |  |  |  |  |
| ASRI | (16,619) | (21,032) | 4,413 | (14,763) |
| Eliminations |  |  |  |  |
| AGH Consolidated | 2,859 | (361) | 3,220 | 2,872 |
| MCPH | 4,974 | 13,166 | (8,192) | 4,846 |
| EPH | 3,372 | 5,427 | (2,055) | 2,433 |
| BCH | 1,941 | 5,224 | (3,283) | 1,625 |
| HUH | 6,489 | 18,909 | (12,420) | 10,068 |
| MSS |  |  |  |  |
| MCPHUHS Consolidated | 16,776 | 42,726 | (25,950) | 18,972 |
| SCHC Consolidated | 14,729 | 10,249 | 4,480 | 10,946 |
| MCPHU Consolidated | (2,800) |  | (2,800) | 463 |
| DV Consolidated | 28,705 | 52,975 | (24,270) | 30,381 |
| AHERF Operations | 18,602 | 5,033 | 13,569 | 3,079 |
| AIHG | (37,930) | (20,624) | (17,306) | (30,803) |
| Eliminations | 2,923 | 6,661 | (3,738) | 3,234 |
| AHERF Consolidated | $15,159 * | $43,684 | ($28,525) | $8,763 |

*The fiscal year 1996 outlook does not include the effect of the anticipated extraordinary loss on the Delaware Valley debt refinancing which is estimated to approximate $31 million.

AA:tw\AHERF\MSC\960TVSBD.WK4\0511\1996\Sheet B

PR-PLD-009-01288

The following noteworthy or unusual items have been highlighted inorder to better facilitate an understanding of the previous comparative analysis:

- The fiscal year 1996 outlook does not include the effect of the anticipated extraordinary loss on the Delaware Valley debt refinancing which is estimated to approximate $31 million.

- The acquisition of approximately 120 physician practices during fiscal year 1996 (new acquisitions were not included in the fiscal year 1996 budget) required operating support to AIHG in excess of anticipated amounts by approximately $17 million.

- Workforce reductions (including layoffs, early retirements, and other downsizing costs) resulted in associated expenses of approximately $4.7 million.

- Effective January 1, 1996, the state enacted a 5% rate reduction for Medical Assistance payments resulting in decreased reimbursement of approximately $5 million.

- Unanticipated emergency CAT Fund surcharges increased insurance expense by approximately $6 million.

- State funding to EPPI was reduced by $1.5 million from anticipated levels.

- These negative items were partially offset by the adoption of an accounting pronouncement (FASB 124) which requires investments to be recorded at market value as opposed to the current practice of recording such at the lower of cost or market value resulted in approximately $13 million of here-to-fore unrealized gains.

# AHERF
## UTILIZATION INFORMATION
### FISCAL YEAR 1996 OUTLOOK vs. BUDGET

| | CASES | | | DAYS | | |
|---|---|---|---|---|---|---|
| | FY 96 Outlook | FY96 Budget | Variance | FY96 Outlook | FY96 Budget | Variance |
| AGH | 29,920 | 30,241 | (321) | 190,492 | 204,056 | (13,564) |
| MCPH | 13,623 | 14,754 | (1,131) | 99,271 | 102,276 | (3,005) |
| EPH | 7,627 | 8,470 | (843) | 41,543 | 47,316 | (5,773) |
| BCH | 6,172 | 6,915 | (743) | 35,948 | 38,150 | (2,202) |
| HUH | 21,406 | 22,580 | (1,174) | 148,160 | 153,525 | (5,365) |
| MCPHUHS | 48,828 | 52,719 | (3,891) | 324,922 | 341,267 | (16,345) |
| SCHC | 10,400 | 10,305 | 95 | 53,225 | 51,174 | 2,051 |
| Total AHERF | 89,148 | 93,265 | (4,117) | 568,639 | 596,497 | (27,858) |

s:\k\123\aherf\msc1996ovsbdt\06111196\Sheet A

PR-PLD-009-01290

# AHERF
## COST INFORMATION
### FISCAL YEAR 1996 OUTLOOK vs. BUDGET

| | Cost (Expense) Per Adjusted Discharge* | | | Cost (Expense) Per Adjusted Day* | | |
|---|---|---|---|---|---|---|
| | FY 96 Outlook | FY 96 Budget | Variance | FY 96 Outlook | FY 96 Budget | Variance |
| AGH | $5,983 | $6,192 | ($209) | $940 | $918 | $22 |
| MCPH | 7,641 | 7,515 | 126 | 1,153 | 1,084 | 69 |
| EPH | 4,892 | 4,471 | 421 | 898 | 800 | 98 |
| BCH | 5,226 | 5,135 | 91 | 897 | 931 | (34) |
| HUH | 7,572 | 6,508 | 1,064 | 1,094 | 957 | 137 |
| MCPHUHS | 7,123 | 6,422 | 701 | 1,100 | 992 | 108 |
| SCHC | 9,170 | 8,654 | 516 | 1,792 | 1,743 | 49 |
| Total AHERF | $6,756 | $6,522 | $234 | $1,075 | $1,020 | $55 |

*Adjusted for acuity

s:\k123\aherf\msc\96costinfo\06\11\96

PR-PLD-009-01291