EXHIBIT 5

# Medicare BBA/BBRA Analysis
*External Summary - DVOG Hospitals*

EXHIBIT 5.1

| | 1997 | 1998 | 1999 | Total |
|---|---|---|---|---|
| Medicare BBA/BBR | $ — | $ (10,743) | $ (20,555) | $ (31,298) |
| Welfare Reform | (2,562) | (4,783) | (4,823) | (12,168) |
| Malpractice Premiums | (2,057) | (6,058) | (5,883) | (13,997) |
| Total | $ (4,618) | $ (21,584) | $ (31,261) | $ (57,463) |

Note: slight differences in totals may result due to rounding

## Medicare BBA/BBRA Analysis
## Medicare Settlement Pivot Tables - Medicare Payments

### Exhibit 5 Source Data 2

FISCAL_YR: 1997

Sum of VALUE — DATA_DSCRP

| FAC | Medicare A Ttl Liab | Medicare B Ttl Liab | Medicare A Ttl Liab - SNF | Medicare A Ttl Liab - Subprovider | Medicare B Ttl Liab - Subprovider | Grand Total |
|---|---|---|---|---|---|---|
| Allegheny General Hospital | $ 131,196,614 | $ 8,841,615 | $ 6,325,611 | $ 4,044,591 | | $ 150,408,431 |
| AUH, Bucks County | 8,992,750 | 368,859 | | 2,114,533 | | 11,476,142 |
| AUH, City Ave & Parkview | 37,228,083 | 2,115,264 | 1,886,067 | 1,914,935 | | 43,144,897 |
| AUH, Elkins Park | 11,871,995 | 368,642 | | | 548 | 17,964,322 |
| AUH, Graduate | 57,419,423 | 1,989,477 | 1,426,646 | 5,723,685 | | 60,835,546 |
| AUH, Hahnemann | 103,145,187 | 3,926,311 | | | | |
| AUH, MCP | 65,822,625 | 1,490,302 | | 1,430,029 | 13,188 | 108,514,715 |
| AUMC, Allegheny Valley | 16,694,505 | 1,165,875 | 2,034,618 | 3,186,770 | | 70,499,697 |
| AUMC, Canonsburg | 10,031,225 | 1,001,522 | 1,856,537 | 1,747,946 | | 21,642,944 |
| Forbes Regional Hospital | 17,413,346 | 1,122,764 | | 1,372,370 | | 12,889,284 |
| Mount Sinai | 288,593 | 116,775 | | | | 19,908,480 |
| Rancocas NJ | 22,567,410 | 1,642,362 | 1,432,828 | 6,672,127 | | 8,510,323 |
| St. Christopher's Children | 729,094 | 6,933 | | 1,687,614 | | 25,897,386 |
| Grand Total | $ 483,400,850 | $ 24,156,701 | $ 14,962,307 | $ 29,894,600 | $ 13,736 | $ 736,027 552,428,194 |

Sources:
HCRIS Medicare Cost Report data files; BDC Advisors, LLC analysis (g:\021303).

EXHIBIT 5.2

# Medicare BBA/BBRA Analysis

**OBJECTIVE**

Calculate the impact of declining Medicare reimbursement from BBA 1997 and Medicare BBRA 1999 on DVOG Hospitals

## CALCULATION / RESULT SUMMARY

### a) Medicare NPR

| Division: | DVOG AUH-E | DVOG AUH-E | DVOG AUH-E | DVOG AUH-E | DVOG AUH-E | Notes / Comments |
|---|---|---|---|---|---|---|
| Entity: | Bucks Cnty | Elkins Park | Hahnemann | MCP Hospital | St. Chris | |
| Teaching Hospital | N | N | Y | Y | N | |
| FY 1997 total charges ($000s) (1) | $ 62,184 | $ 110,765 | $ 330,098 | $ 216,079 | $ 132,824 | Source: 1997 Medicare cost report (HCRIS) |
| FY 1997 Medicare NPR % (calc) | 18.5% | 16.2% | 32.9% | 32.6% | 0.6% | Derived |
| FY 1997 Medicare payments Baseline (1) | $ 11,476 | $ 17,964 | $ 108,515 | $ 70,500 | $ 736 | Source: 1997 Medicare cost report (HCRIS) |

### By Facility

| | FY1997 | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | |
|---|---|---|---|---|---|---|---|---|---|
| **Bucks County (non-teaching)** | | | | | | | | | |
| Projected revenue (2) | $ 11,476 | $ 11,786 | $ 12,357 | $ 12,718 | $ 13,065 | $ 13,417 | $ 13,787 | $ 14,173 | |
| BBA/BBRA reduction phase-in (2) | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | Source: AHA BBA/BBRA impact analysis |
| Aggregate BBA impact | | -4.6% | -8.4% | -9.6% | -11.1% | -12.0% | -12.0% | -12.0% | Source: AHA BBA/BBRA impact analysis |
| | | $ (545) | $ (1,044) | $ (1,220) | $ (1,444) | $ (1,616) | $ (1,657) | $ (1,704) | |
| **Elkins Park (non-teaching)** | | | | | | | | | |
| b) NPR growth: Projected revenue (2) | $ 17,964 | $ 18,449 | $ 19,343 | $ 19,909 | $ 20,451 | $ 21,003 | $ 21,581 | $ 22,185 | |
| c) BBA 97 impact: BBA/BBRA reduction phase-in (2) | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | Source: AHA BBA/BBRA impact analysis |
| Aggregate BBA impact | | -4.6% | -8.4% | -9.6% | -11.1% | -12.0% | -12.0% | -12.0% | Source: AHA BBA/BBRA impact analysis |
| | | $ (854) | $ (1,634) | $ (1,910) | $ (2,260) | $ (2,529) | $ (2,595) | $ (2,668) | |
| **Hahnemann (teaching)** | | | | | | | | | |
| b) NPR growth: Projected revenue (2) | $ 108,515 | $ 111,445 | $ 116,843 | $ 120,262 | $ 123,536 | $ 126,869 | $ 130,384 | $ 134,012 | |
| c) BBA 97 impact: BBA/BBRA reduction phase-in (2) | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | Source: AHA BBA/BBRA impact analysis |
| Aggregate BBA impact | | -5.1% | -9.2% | -10.5% | -12.1% | -13.2% | -13.2% | -13.2% | Source: AHA BBA/BBRA impact analysis |
| | | $ (5,643) | $ (10,796) | $ (12,621) | $ (14,937) | $ (16,714) | $ (17,213) | $ (17,633) | |
| **MCP (teaching)** | | | | | | | | | |
| b) NPR growth: Projected revenue (2) | $ 70,500 | $ 72,403 | $ 75,911 | $ 78,132 | $ 80,259 | $ 82,424 | $ 84,695 | $ 87,064 | |
| c) BBA 97 impact: BBA/BBRA reduction phase-in (2) | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | Source: AHA BBA/BBRA impact analysis |
| Aggregate BBA impact | | -5.1% | -9.2% | -10.5% | -12.1% | -13.2% | -13.2% | -13.2% | Source: AHA BBA/BBRA impact analysis |
| | | $ (3,666) | $ (7,014) | $ (8,199) | $ (9,704) | $ (10,859) | $ (11,183) | $ (11,456) | |
| **St. Chris (non-teaching)** | | | | | | | | | |
| b) NPR growth: Projected revenue (2) | $ 736 | $ 756 | $ 793 | $ 816 | $ 838 | $ 861 | $ 884 | $ 909 | |
| c) BBA 97 impact: BBA/BBRA reduction phase-in (2) | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | Source: AHA BBA/BBRA impact analysis |
| Aggregate BBA impact | | -4.6% | -8.4% | -9.6% | -11.1% | -12.0% | -12.0% | -12.0% | Source: AHA BBA/BBRA impact analysis |
| | | $ (35) | $ (67) | $ (78) | $ (93) | $ (104) | $ (106) | $ (109) | |
| Check sum | | | | | | | | | |
| Total teaching | | $ (9,344) | $ (17,878) | $ (20,898) | $ (24,734) | $ (27,677) | $ (28,502) | $ (29,199) | |
| Total non-teaching | | $ (1,399) | $ (2,677) | $ (3,129) | $ (3,704) | $ (4,145) | $ (4,252) | $ (4,372) | |
| | | $ (10,743) | $ (20,555) | $ (24,028) | $ (28,438) | $ (31,822) | $ (32,754) | $ (33,571) | |

### Sources / Notes:
(1) Medicare payments based on Medicare Cost Report ("MCR") data.
(2) "The Impact of Medicare Balanced Budget Refinement Act on Medicare Payments to Hospitals", American Hospital Association, February, 1, 2000, Report Prepared by The Lewin Group.

EXHIBIT 5.3

**Medicare BBA/BBRA Analysis**

INPUT DATA

| | BBA FY1998 | BBA FY1999 | BBRA FY2000 | BBRA FY2001 | BBRA FY2002 | BBRA FY2003 | BBRA FY2004 | Total 00-04 | Total 98-04 |
|---|---|---|---|---|---|---|---|---|---|
| **II: With Costs Increasing at Market Basket - BBA** | | | | | | | | | |
| *Nationwide* | | | | | | | | | |
| Pre-BBA/BBRA Payments | $ 131,574 | $ 137,948 | $ 141,984 | $ 145,849 | $ 149,784 | $ 153,911 | $ 158,217 | $ 749,745 | $ 1,019,267 |
| Post BBA Impact | (8,327) | (13,022) | (15,952) | (19,029) | (20,632) | (20,875) | (21,476) | (97,964) | (119,313) |
| Post-BBA/BBRA Payments | $ 123,247 | $ 124,926 | $ 126,032 | $ 126,820 | $ 129,152 | $ 133,036 | $ 136,741 | | |
| Percent Impact | -6.3% | -9.4% | -11.2% | -13.0% | -13.8% | -13.6% | -13.6% | | -11.7% |
| *Teaching* | | | | | | | | | |
| Pre-BBA Payments | $ 66,472 | $ 69,692 | $ 71,731 | $ 73,684 | $ 75,672 | $ 77,757 | $ 79,932 | $ 514,940 | $ 514,940 |
| Post-BBA Impact | $ (4,394) | $ (6,871) | $ (8,417) | $ (10,041) | $ (10,887) | $ (11,015) | $ (11,332) | (62,957) | |
| Percent Impact | -6.6% | -9.9% | -11.7% | -13.6% | -14.4% | -14.2% | -14.2% | -12.2% | -12.2% |
| *Non-Teaching* | | | | | | | | | |
| Pre-BBA Payments | $ 65,102 | $ 68,256 | $ 70,253 | $ 72,165 | $ 74,112 | $ 76,154 | $ 78,285 | $ 504,326 | $ 504,326 |
| Post-BBA Impact | $ (3,933) | $ (6,151) | $ (7,534) | $ (8,988) | $ (9,745) | $ (9,860) | $ (10,144) | (56,354) | |
| Percent Impact | -6.0% | -9.0% | -10.7% | -12.5% | -13.1% | -12.9% | -13.0% | -11.2% | -11.2% |
| check | (0) | (0) | (0) | (0) | (0) | (0) | (0) | | |
| *Middle Atlantic (1)* | | | | | | | | | |
| Pre-BBA Payments | $ 23,990 | $ 25,153 | $ 25,889 | $ 26,593 | $ 27,311 | $ 28,063 | $ 28,848 | $ 185,847 | $ 185,847 |
| Post-BBA Impact | $ (1,551) | $ (2,425) | $ (2,971) | $ (3,544) | $ (3,842) | $ (3,887) | $ (3,999) | (22,219) | |
| Percent Impact | -6.5% | -9.6% | -11.5% | -13.3% | -14.1% | -13.9% | -13.9% | -12.0% | -12.0% |
| Teaching adj | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | | |
| Non-Teaching adj | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | | |
| **PA Estimates BBA (Middle Atlantic region)** | | | | | | | | | |
| Teaching (2) | -6.8% | -10.1% | -12.0% | -13.9% | -14.7% | -14.5% | -14.5% | -12.5% | |
| Non-teaching (3) | -6.2% | -9.2% | -11.0% | -12.7% | -13.4% | -13.2% | -13.2% | -11.4% | |
| **II: With Costs Increasing at Market Basket - BBRA** | | | | | | | | | |
| *Nationwide* | | | | | | | | | |
| Pre-BBA/BBRA Payments | $ 131,574 | $ 137,948 | $ 141,984 | $ 145,849 | $ 149,784 | $ 153,911 | $ 158,217 | $ 749,745 | $ 1,019,267 |
| Post BBA Impact | (8,327) | (13,022) | (15,119) | (16,271) | (18,861) | (19,200) | (20,133) | (89,584) | (110,933) |
| Post-BBA/BBRA Payments | $ 123,247 | $ 124,926 | $ 126,865 | $ 129,578 | $ 130,923 | $ 134,711 | $ 138,084 | | |
| Percent Impact | -6.3% | -9.4% | -10.6% | -11.2% | -12.6% | -12.5% | -12.7% | | -10.9% |
| *Teaching* | | | | | | | | | |
| Pre-BBA Payments | $ 66,472 | $ 69,692 | $ 71,731 | $ 73,684 | $ 75,672 | $ 77,757 | $ 79,932 | $ 514,940 | $ 514,940 |
| BBRA relief | - | - | 440 | 1,455 | 935 | 884 | 709 | 4,229 | 4,422 |
| Post-BBA Impact | $ (4,394) | $ (6,871) | $ (7,978) | $ (8,586) | $ (9,952) | $ (10,131) | $ (10,623) | (58,535) | (58,535) |

EXHIBIT 5.3

## Medicare BBA/BBRA Analysis

### INPUT DATA

| | BBA FY1998 | BBA FY1999 | BBRA FY2000 | BBRA FY2001 | BBRA FY2002 | BBRA FY2003 | BBRA FY2004 | Total 00-04 | Total 98-04 | Total 98-04 |
|---|---|---|---|---|---|---|---|---|---|---|
| Percent Impact | -6.6% | -9.9% | -11.1% | -11.7% | -13.2% | -13.0% | -13.3% | | | -11.4% |
| *Non-Teaching* | | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% | | | |
| Pre-BBA Payments | $ 65,102 | $ 68,256 | $ 70,253 | $ 72,165 | $ 74,112 | $ 76,154 | $ 78,285 | | $ 504,326 | $ 504,326 |
| BBRA relief | - | - | 393 | 1,303 | 836 | 791 | 634 | | 4,150 | 3,958 |
| Post-BBA Impact | $ (3,933) | $ (6,151) | $ (7,141) | $ (7,685) | $ (8,908) | $ (9,069) | $ (9,509) | | $ (52,396) | $ (52,396) |
| Percent Impact | -6.0% | -9.0% | -10.2% | -10.6% | -12.0% | -11.9% | -12.1% | | -10.4% | |
| Relief payments | | | | | | | | | | |
| check | $ (0) | $ (0) | $ 833 | $ 2,758 | $ 1,771 | $ 1,675 | $ 1,343 | | | |
| | | | $ (0) | $ (0) | $ (0) | $ (0) | $ (0) | | | |
| *Middle Atlantic (1)* | | | | | | | | | | |
| Pre-BBA Payments | $ 23,990 | $ 25,153 | $ 25,889 | $ 26,593 | $ 27,311 | $ 28,063 | $ 28,848 | | $ 185,847 | $ 185,847 |
| BBRA relief | - | - | 334 | 342 | 345 | 355 | 364 | | 1,740 | 1,740 |
| Post-BBA Impact | $ (1,551) | $ (2,425) | $ (2,636) | $ (3,202) | $ (3,497) | $ (3,532) | $ (3,635) | | $ (20,479) | $ (20,479) |
| Percent Impact | -6.5% | -9.6% | -10.2% | -12.0% | -12.8% | -12.6% | -12.6% | | -11.0% | |
| Teaching adj | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | -4.4% | | | |
| Non-Teaching adj | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | 4.5% | | | |

### PA Estimates BBRA (Middle Atlantic region)

| | BBA FY1998 | BBA FY1999 | BBRA FY2000 | BBRA FY2001 | BBRA FY2002 | BBRA FY2003 | BBRA FY2004 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Teaching (2) | -6.8% | -10.1% | -10.6% | -12.6% | -13.4% | -13.1% | -13.2% | | | -11.5% |
| Non-teaching (3) | -6.2% | -9.2% | -9.7% | -11.5% | -12.2% | -12.0% | -12.0% | | | -10.5% |