

EXHIBIT 5.3

**Medicare BBA/BBRA Analysis**

**INPUT DATA**

*Timing Adjustment: Government Fiscal year start (October 1) to AHERF Fiscal year start (July 1)*

| | BBA FY1998 | BBA FY1999 | BBRA FY2000 | BBRA FY2001 | BBRA FY2002 | BBRA FY2003 | BBRA FY2004 | Total 00-04 | Total 98-04 |
|---|---|---|---|---|---|---|---|---|---|
| **Teaching** | | | | | | | | | |
| 7/1/97 - 9/30/97 | 0.0% | | | | | | | | |
| 10/1/97 - 6/30/98 | -6.8% | | | | | | | | |
| AHERF FY98 impact | -5.1% | | | | | | | | |
| 7/1/98 - 9/30/98 | | -6.8% | | | | | | | |
| 10/1/98 - 6/30/99 | | -10.1% | | | | | | | |
| AHERF FY99 impact | | -9.2% | | | | | | | |
| 7/1/99 - 9/30/99 | | | -10.1% | | | | | | |
| 10/1/99 - 6/30/00 | | | -10.6% | | | | | | |
| AHERF FY00 impact | | | -10.5% | | | | | | |
| 7/1/00 - 9/30/00 | | | | -10.6% | | | | | |
| 10/1/00 - 6/30/01 | | | | -12.6% | | | | | |
| AHERF FY01 impact | | | | -12.1% | | | | | |
| 7/1/01 - 9/30/01 | | | | | -12.6% | | | | |
| 10/1/01 - 6/30/02 | | | | | -13.4% | | | | |
| AHERF FY02 impact | | | | | -13.2% | | | | |
| 7/1/02 - 9/30/02 | | | | | | -13.4% | | | |
| 10/1/02 - 6/30/03 | | | | | | -13.1% | | | |
| AHERF FY03 impact | | | | | | -13.2% | | | |
| 7/1/03 - 9/30/03 | | | | | | | -13.1% | | |
| 10/1/03 - 6/30/04 | | | | | | | -13.2% | | |
| AHERF FY04 impact | | | | | | | -13.2% | | |
| **Non-Teaching** | | | | | | | | | |
| 7/1/97 - 9/30/97 | 0.0% | | | | | | | | |
| 10/1/97 - 6/30/98 | -6.2% | | | | | | | | |
| AHERF FY98 impact | -4.6% | | | | | | | | |
| 7/1/98 - 9/30/98 | | -6.2% | | | | | | | |
| 10/1/98 - 6/30/99 | | -9.2% | | | | | | | |
| AHERF FY99 impact | | -8.4% | | | | | | | |
| 7/1/99 - 9/30/99 | | | -9.2% | | | | | | |
| 10/1/99 - 6/30/00 | | | -9.7% | | | | | | |
| AHERF FY00 impact | | | -9.6% | | | | | | |
| 7/1/00 - 9/30/00 | | | | -9.7% | | | | | |
| 10/1/00 - 6/30/01 | | | | -11.5% | | | | | |
| AHERF FY01 impact | | | | -11.1% | | | | | |
| 7/1/01 - 9/30/01 | | | | | -11.5% | | | | |

EXHIBIT 6.3

# Medicare BBA/BBRA Analysis

## INPUT DATA

| | BBA FY1998 | BBA FY1999 | BBRA FY2000 | BBRA FY2001 | BBRA FY2002 | BBRA FY2003 | BBRA FY2004 | Total 00-04 | Total 98-04 |
|---|---|---|---|---|---|---|---|---|---|
| 10/1/01 - 6/30/02 | | | | | | | | | |
| AHERF FY02 impact | | | | | -12.2% | | | | |
| | | | | | -12.0% | | | | |
| 7/1/02 - 9/30/02 | | | | | | | | | |
| 10/1/02 - 6/30/03 | | | | | | | | | |
| AHERF FY03 impact | | | | | | -12.0% | | | |
| | | | | | | -12.0% | | | |
| | | | | | | -12.0% | | | |
| 7/1/03 - 9/30/03 | | | | | | | | | |
| 10/1/03 - 6/30/04 | | | | | | | | | |
| AHERF FY04 impact | | | | | | | -12.0% | | |
| | | | | | | | -12.0% | | |
| | | | | | | | -12.0% | | |

Sources:
"The Impact of Medicare Balanced Budget Refinement Act on Medicare Payments to Hospitals", American Hospital Association, February, 1, 2000, Report Prepared by The Lewin Group.

Notes:
(1) Middle Atlantic include PA, NJ and NY.
(2) Middle Atlantic BBA/BBRA impact adjusted by teaching impact relative to national impact.
(3) Middle Atlantic BBA/BBRA impact adjusted by non-teaching impact relative to national impact.

EXHIBIT 5.4

# Medicare BBA / BBRA Analysis
## Confirmatory Analysis

### Tenet DCF analysis (a)

| | Normalized Year | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 |
|---|---|---|---|---|---|---|
| BBA impact | $ (23,676) | $ (26,678) | $ (32,678) | $ (32,678) | $ (32,678) | $ (32,678) |
| census reduction adj | 0 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Net BBA impact | (23,676) | (24,678) | (30,678) | (30,678) | (30,678) | (30,678) |
| Net BBA impact, DVOG (a) | (15,815) | (16,484) | (20,492) | (20,492) | (20,492) | (20,492) |
| Hospital patient revenue | 990,049 | 859,987 | 955,048 | 1,064,917 | 1,131,630 | 1,187,121 |
| Pro fees / physician services | 65,435 | 60,848 | 61,979 | 63,133 | 64,311 | 65,511 |
| Total patient revenue | $ 1,055,484 | $ 920,835 | $ 1,017,027 | $ 1,128,050 | $ 1,195,941 | $ 1,252,632 |
| BBA Margin impact (2) | | -2.7% | -3.0% | -2.7% | -2.6% | -2.4% |

### Comparable figures

| | | | | | | |
|---|---|---|---|---|---|---|
| HCIA based BBA margin impact (2), (b) | | 0% | -2.4% | -3.1% | -3.6% | -4.1% |
| AHA based BBA Impact, DVOG (1) | | $ (10,743) | $ (20,555) | | | |

### Facilities included in Tenet asset purchase agreement prorated for DVOG portion based on Medicare net revenue (c)

| | Medicare Net Revenue (d) | Share of Medicare Net Revenue | DVOG Portion |
|---|---|---|---|
| AUH Graduate | $ 60,835,546 | 19.4% | |
| AUH City Ave / Parkview | 43,144,897 | 13.8% | |
| AUH Bucks | 11,476,142 | 3.7% | 3.7% |
| AUH Elkins Park | 17,964,322 | 5.7% | 5.7% |
| AUH Hahnemann | 108,514,715 | 34.7% | 34.7% |
| AUH MCP | 70,499,697 | 22.5% | 22.5% |
| St. Christopher's | 736,027 | 0.2% | 0.2% |
| | $ 313,171,346 | 100.0% | 66.8% |

DVOG portion of Tenet Asset Purchase Agreement facilities, as percent of Medicare net revenue

#### Sources:
(a) Source: Tenet DCF value analysis (Mayeux exhibit 1504).
(b) Source: The BBA and a Guide to Hospital Performance, HCIA, 1999.
(c) Tenet net BBA impact calculation includes more than DVOG hospitals. Adjusted to DVOG only based on pro rate portion of DVOG Medicare net revenue.
(d) Source: CMS, 1996 cost report data.

#### Notes:
(1) The BDC Advisors, LLC BBA Impact on EBITDA calculation based on AHA data for the DVOG hospitals is consistent with Tenet's BBA impact on EBITDA calculation.
(2) Tenet's calculation of BBA impact on margin compares higher than HCIA's calculation of BBA impact on margin in 1998 and 1999, but lower than HCIA margin impact calculation in 2000-2002.
(3) The AHA BBA impact analysis is comparable to the HCIA BBA impact analysis based on the comparability of the AHA EBITDA impact analysis to Tenet's EBITDA analysis, and comparability of Tenet's margin analysis to HCIA's margin analysis.

**Medicare BBA/BBRA Analysis**
**Income Statement Pivot Tables - Medicare Charges**

Exhibit 5 Source Data 1

| FISCAL_YR | 1997 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sum of VALUE | FAC | | | | | | | | | | |
| DATA_DSCRP | Allegheny General Hospital | AUH, Bucks County | AUH, City Ave & Parkview | AUH, Elkins Park | AUH, Graduate | AUH, Hahnemann | AUH, MCP | AUMC, Allegheny Valley | AUMC, Canonsburg | Forbes Regional Hospital | Mount Sinai |
| Contractual allowance | $ 496,940,673 | $ 89,536,134 | $ 114,168,172 | $ 94,138,936 | $ 383,867,942 | $ 571,444,323 | $ 360,414,719 | $ 79,635,046 | $ 36,648,745 | $ 48,605,000 | $ 37,640,536 |
| Interest exp | | | 980,147 | | | 9,915,058 | 9,915,058 | 2,282,649 | 1,237,671 | | |
| Net income | 11,843,000 | 14,668,018 | (25,257,357) | 52,057,655 | (23,509,000) | 12,166,381 | 11,657,000 | 2,980,046 | 7,655 | (931,053) | (6,314,000) |
| Net income from service to patient | (263,892) | 13,725,018 | (27,263,642) | 51,405,655 | (55,279,159) | (5,109,582) | (1,432,739) | (439,521) | (926,343) | 4,912,670 | (9,777,326) |
| Total patient revenues | 962,664,695 | 151,719,696 | 213,841,648 | 204,904,195 | 534,919,947 | 901,542,743 | 576,493,719 | 126,556,217 | 65,395,080 | 97,107,783 | 65,531,378 |
| Total NPR | $ 465,724,022 | $ 62,183,562 | $ 99,673,476 | $ 110,765,259 | $ 151,052,005 | $ 330,098,420 | $ 216,079,000 | $ 46,921,171 | $ 28,746,335 | $ 48,502,783 | $ 27,890,842 |
| Contributions, donations | 396,429 | 2,000 | 2,335 | | | 599,496 | | | 14,840 | | 4,365 |
| Investment income | 1,898,620 | 134,000 | 16,601 | | 3,590,019 | 6,504,371 | 468,000 | 2,707,816 | 153,648 | | 786,013 |
| Government appropriations | | | | | | | | | 462,964 | | |
| Total other Income | 12,106,892 | 943,000 | 2,006,285 | 652,000 | 31,770,159 | 17,275,963 | 13,089,739 | 3,419,567 | 933,998 | 945,277 | |
| Total operating expense | 465,987,914 | 48,458,544 | 126,937,118 | 59,359,604 | 206,331,164 | 335,208,002 | 217,511,739 | 47,360,692 | 29,672,678 | 43,590,113 | 3,463,326 |
| Other expense | | | | | | | | | | 6,789,000 | 37,668,168 |
| Grand Total | $ 2,417,298,353 | $ 381,369,972 | $ 505,104,783 | $ 573,283,304 | $ 1,232,743,077 | $ 2,179,645,175 | $ 1,394,281,177 | $ 311,438,523 | $ 162,332,431 | $ 249,521,573 | $ 156,893,302 |

Sources:
HCRIS Medicare Cost Report data files; BDC Advisors, LLC analysis (g:\021303)

**Medicare BBA/BBRA Analysis**
**Income Statement Pivot Table**

Exhibit 5 Source Data 1

FISCAL_YR

Sum of VALUE

| DATA_DSCRP | Rancocas NJ | St. Christopher's Children | Grand Total |
|---|---|---|---|
| Contractual allowance | $ 135,332,118 | $ 171,742,000 | $ 2,620,114,344 |
| Interest exp | 3,500,475 | 2,192,978 | 20,108,978 |
| Net income | (2,927,936) | 8,288,000 | 54,728,409 |
| Net income from service to patient | (8,679,505) | (7,111,629) | (46,239,995) |
| Total patient revenues | 218,439,986 | 304,566,322 | 4,423,683,409 |
| Total NPR | $ 83,107,868 | $ 132,824,322 | $ 1,803,569,065 |
| Contributions, donations | 136,799 | 715,000 | 2,024,912 |
| Investment income | 3,956,062 | 4,668,000 | 25,192,466 |
| Government appropriations | | 791,000 | 791,000 |
| Total other income | 5,751,569 | 15,399,629 | 107,757,404 |
| Total operating expense | 91,787,373 | 139,935,951 | 1,849,809,060 |
| Other expense | | | 6,789,000 |
| Grand Total | $ 530,404,809 | $ 774,011,573 | $ 10,868,328,052 |

Sources:
HCRIS Medicare Cost Report data f