**Medicare BBA/BBRA Analysis**
**Medicare Settlement Pivot Tables - Medicare Payments**

Exhibit 5 Source Data 2

FISCAL_YR: 1997

Sum of VALUE    DATA_DSCRP

| FAC | Medicare A Ttl Liab | Medicare B Ttl Liab | Medicare A Ttl Liab - SNF | Medicare A Ttl Liab - Subprovider | Medicare B Ttl Liab - Subprovider | Grand Total |
|---|---|---|---|---|---|---|
| Allegheny General Hospital | $ 131,196,614 | $ 8,841,615 | $ 6,325,611 | $ 4,044,591 | | $ 150,408,431 |
| AUH, Bucks County | 8,992,750 | 368,859 | | 2,114,533 | | 11,476,142 |
| AUH, City Ave & Parkview | 37,228,083 | 2,115,264 | 1,886,067 | 1,914,935 | 548 | 43,144,897 |
| AUH, Elkins Park | 11,871,995 | 368,642 | | 5,723,685 | | 17,964,322 |
| AUH, Graduate | 57,419,423 | 1,989,477 | 1,426,646 | | | 60,835,546 |
| AUH, Hahnemann | 103,145,187 | 3,926,311 | | 1,430,029 | 13,188 | 108,514,715 |
| AUH, MCP | 65,822,625 | 1,490,302 | | 3,186,770 | | 70,499,697 |
| AUMC, Allegheny Valley | 16,694,505 | 1,165,875 | 2,034,618 | 1,747,946 | | 21,642,944 |
| AUMC, Canonsburg | 10,031,225 | 1,001,522 | 1,856,537 | | | 12,889,284 |
| Forbes Regional Hospital | 17,413,346 | 1,122,764 | | 1,372,370 | | 19,908,480 |
| Mount Sinai | 288,593 | 116,775 | 1,432,828 | 6,672,127 | | 8,510,323 |
| Rancocas NJ | 22,567,410 | 1,642,362 | | 1,687,614 | | 25,897,386 |
| St. Christopher's Children | 729,094 | 6,933 | | | | 736,027 |
| Grand Total | $ 483,400,850 | $ 24,156,701 | $ 14,962,307 | $ 29,894,600 | 13,736 | $ 552,428,194 |

Sources:
HCRIS Medicare Cost Report data files; BDC Advisors, LLC analysis (g:\021303).

# MEDICAID IMPACT - 1996 Welfare Reform

## OBJECTIVE

Determine the dollar impact of reduction in Medicaid revenue due to impact of 1996 Welfare Reform.

## METHODOLOGY

- Identify portion of Medicaid population who lose Medicaid coverage as a result of Welfare Reform (i.e., Loss of Medicaid, 'leavers')
- Identify Medicaid 'leavers' who remain uninsured after leaving Medicaid (i.e., 'Not-Insured')
- Identify portion of Not-Insured who continue to seek care (i.e., "Seek care")
- Adjust for incremental commercial reimbursement on newly insured cases

## RESULT SUMMARY

### Est. EARNINGS Impact ($000)

| By Facility | | Negative Annual Impact ($000s) | | |
|---|---|---|---|---|
| | | FY1997 | FY1998 | FY1999 |
| DVOG | AUH, Bucks County | $ (405) | $ (409) | (412) |
| DVOG | AUH, Elkins Park | (165) | (167) | (168) |
| DVOG | AUH, Hahnemann | (1,794) | (1,809) | (1,824) |
| DVOG | AUH, MCP | (2,370) | (2,390) | (2,409) |
| DVOG | St. Christopher's Children | (9) | (9) | (10) |
| Total | | $ (4,744) | $ (4,783) | $ (4,823) |

| Implementation Timing Adjustment | | 54.0% | 100.0% | 100.0% |
| Net impact, after timing adjustment | | $ (2,562) | $ (4,783) | $ (4,823) |

| Timing Adjustment | Distribution of Enrollees, new vs. existing | Effective date | 1997 adj factor |
|---|---|---|---|
| New | 8% | 6/17/1996 | 100% |
| | | No later than | |
| Existing | 92% | 6/30/97 | 50% |
| | 100% | weighted avg | 54% |

### 1997 REVENUE Impact Comparison with AHERF Internal Analysis ($000)

| DVOG | Prospective (AHERF-prepared) | | | Retrospective | |
|---|---|---|---|---|---|
| | HAP | Urban HC Coalition | State | Market Adjusted | |
| | FY1997 | FY1998 | FY1999 | | |
| | $ (14,475) | $ (16,025) | $ (16,850) | $ (4,744) | |

## CALCULATION DETAIL

### Est. Impacted NPR ($000s)

| | | FY1997 | FY1998 | FY1999 | Source / Notes: |
|---|---|---|---|---|---|
| DVOG | AUH, Bucks County | $ (1,350) | | | Hosp Assoc of PA ("HAP") and Urban Coalition of PA estimate |
| DVOG | AUH, Elkins Park | (550) | | | Hosp Assoc of PA and Urban Coalition of PA estimate |
| DVOG | AUH, Hahnemann | (5,975) | | | HAP, Urban Coalition average and state of PA estimates average |
| DVOG | AUH, MCP | (7,892) | | | HAP, Urban Coalition average and state of PA estimates average |
| DVOG | St. Christopher's Children | (17) | | | HAP, Urban Coalition average and state of PA estimates average |
| | Total | $ (15,783) | | | |

| Avg Medicaid payment per case (6) | $ 7,922 | | | |
| Estimated Impacted cases | 1,992 | | | |

EXHIBIT 6

# MEDICAID IMPACT - 1996 Welfare Reform

| | | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|
| **Loss of Medicaid Benefits After Welfare Reform** | | | | | |
| % not enrolled in Medicaid after Welfare Reform | | | | | |
| Children | 26.0% | | | | |
| Parents | 56.0% | | | | |
| | | | | | |
| Participation distribution percentage (among Medicaid participating population) | | | | | |
| Children | 53.0% | | | | |
| Parents | 47.0% | | | | |
| | | | | | |
| Loss of Medicaid (weighted average based on participation distribution percentage) | | | | | |
| Children | 13.8% | | | | |
| Parents | 26.3% | | | | |
| Total | 40.1% | | | | |
| | | | | | |
| **a) Loss of Medicaid** | 40.1% | ($000s) | | | "Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000 |
| DVOG | AUH, Bucks County | $ (541) | | | |
| DVOG | AUH, Elkins Park | (221) | | | |
| DVOG | AUH, Hahnemann | (2,396) | | | |
| DVOG | AUH, MCP | (3,165) | | | |
| DVOG | St. Christopher's Children | (12) | | | |
| | Total | $ (6,335) | | | |
| Net impacted cases, adjusted for Loss of Medicaid | | 799 | | | "Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000 |
| | | | | | |
| **Uninsured After Leaving Welfare** | | | | | |
| Medicaid 'leavers' who secured private coverage | | | | | |
| Children | 13.0% | | | | |
| Parents | 15.0% | | | | |
| | | | | | |
| Participation distribution percentage (among Medicaid participating population) | | | | | |
| Children | 53.0% | | | | |
| Parents | 47.0% | | | | |
| | | | | | |
| Loss of Medicaid (weighted average based on participation distribution percentage) | | | | | |
| Children | 6.9% | | | | |
| Parents | 7.1% | | | | |
| Total | 13.9% | | | | |
| | | | | | |
| **b) Not-Insured** | 86.1% | ($000s) | | | "Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000 |
| DVOG | AUH, Bucks County | $ (466) | | | |
| DVOG | AUH, Elkins Park | (190) | | | |
| DVOG | AUH, Hahnemann | (2,062) | | | |
| DVOG | AUH, MCP | (2,723) | | | |
| DVOG | St. Christopher's Children | (11) | | | |
| | Total | $ (5,452) | | | |
| Net impacted cases, adjusted for Not-Insured | | 688 | | | "Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000 |
| | | | | | |
| **c) Don't seek care** | 6.0% | ($000s) | | | "Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000 |
| DVOG | AUH, Bucks County | $ (28) | | | |
| DVOG | AUH, Elkins Park | (11) | | | |
| DVOG | AUH, Hahnemann | (124) | | | |
| DVOG | AUH, MCP | (163) | | | |
| DVOG | St. Christopher's Children | (1) | | | |
| | Total | $ (327) | | | |
| Adj for avoided var cost | | | | | |
| Var cost % Medicaid rate | 100% | Avoided var cost | | | Our assumption is that the Medicaid rate as a percent of total cost is equal to our less than variable cost as a percent of total cost, and no additional impact would be realized. |
| Avoided var costs | | 327 | | | |
| Combined impact | | - | | | |

EXHIBIT 6

## MEDICAID IMPACT - 1996 Welfare Reform

### c) Seek Care

94.0%

| | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
| | ($000s) | | |
| DVOG AUH, Bucks County | $ (438) | (442) $ | (447) |
| DVOG AUH, Elkins Park | (178) | (180) | (182) |
| DVOG AUH, Hahnemann | (1,938) | (1,958) | (1,977) |
| AUH, MCP | (2,560) | (2,586) | (2,611) |
| DVOG St. Christopher's Children | (10) | (10) | (10) |
| Total | $ (5,125) | (5,176) $ | (5,228) |

Net impacted cases, adjusted for percent who Seek Care   646   Lost revenue

### d) Incremental revenue from Medicaid 'leavers' with private ins:

| | ($000s) | | |
|---|---|---|---|
| less: Loss of Medicaid After Welfare Reform | $ (6,335) | | |
| Total Insured | (5,452) | | |
| Comm to Medicaid rate | 1.43 | | |
| Incremental Comm rev | $ (883) | | |

### Summary

### c) Seek Care

| | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
| DVOG AUH, Bucks County | $ (438) $ | (442) $ | (447) |
| DVOG AUH, Elkins Park | (178) | (180) | (182) |
| DVOG AUH, Hahnemann | (1,938) | (1,958) | (1,977) |
| AUH, MCP | (2,560) | (2,586) | (2,611) |
| DVOG St. Christopher's Children | (10) | (10) | (10) |
| Total Base Impact | $ (5,125) $ | (5,176) $ | (5,228) |
| | 1.0% | 1.0% | 1.0% Medicaid payment inflation |

### d) plus: Inc Comm payments on insured cases

| | 381 | 393 | 404 |
|---|---|---|---|
| | 3.0% | 3.0% | 3.0% Commercial payment inflation in excess of Medicaid |

### Allocation % of Base Impact

| | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
| DVOG AUH, Bucks County | 8.5% | 8.5% | 8.5% |
| DVOG AUH, Elkins Park | 3.5% | 3.5% | 3.5% |
| DVOG AUH, Hahnemann | 37.8% | 37.8% | 37.8% |
| AUH, MCP | 50.0% | 50.0% | 50.0% |
| DVOG St. Christopher's Children | 0.2% | 0.2% | 0.2% |
| | 100.0% | 100.0% | 100.0% |

### Allocation of in Comm payments

| | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
| DVOG AUH, Bucks County | $ 33 | $ 34 | $ 35 |
| DVOG AUH, Elkins Park | 13 | 14 | 14 |
| DVOG AUH, Hahnemann | 144 | 148 | 153 |
| AUH, MCP | 190 | 196 | 202 |
| DVOG St. Christopher's Children | 1 | 1 | 1 |
| Total Inc. Adjustments | $ 381 | $ 393 | $ 404 |

row 76
row 99

BDC analysis of DVOG payment rates by payor, 1996-1998
[$883 x 1.43] - $883 = $381

### Sources / Notes:
(1) June 30, 1998 AHERF Patient Financial Services report.
(2) June 30, 1997 Year End AHERF Financial Reporting Summary.
(3) "Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000.
(4) "Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000.
(5) 3/19/96 memo from Stephen H. Spargo summarizing Impact of General Assistance Cuts on AHERF facilities.
(6) Based on 1997 AHERF-East Medicaid collections (YE Financial Reporting Summary, 7/17/96 (PR-SEC 00979)) and AHERF East Medicaid discharges (AHERF Financial Reporting Summary, June 1997 (DB-CM-10-00370)).

EXHIBIT 7 — ALL-STATE LEGAL

# Malpractice Insurance Cost Impact

Exhibit 7

## OBJECTIVE
Determine the increase in CAT fund and malpractice premiums over 1996 base line

## METHODOLOGY
$ Impact = Actual CAT Fund increase in each year 1997, 1998 and estimated 1999 over actual 1996

## RESULT SUMMARY

**Est. AHERF Earning Impact ($000)**

| By Facility | | 1994 | 1995 | Annual Negative Impact 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| AGH | Allegheny General Hospital | | | $ - | $ (1,453) | $ (4,341) | $ (4,249) |
| AUMC | AUMC, Allegheny Valley | | | | (129) | (170) | (165) |
| AUMC | AUMC, Canonsburg | | | | - | (69) | (68) |
| AUMC | Forbes Regional Hospital | | | | (254) | (243) | (236) |
| Centennial | AUH, City Ave & Parkview | | | | (85) | (256) | (249) |
| Centennial | AUH, Graduate | | | | (129) | (448) | (436) |
| DVOG | AUH, Bucks County | | | | (166) | (429) | (420) |
| DVOG | AUH, Elkins Park | | | | (189) | (463) | (453) |
| DVOG | AUH, Hahnemann | | | | (566) | (2,267) | (2,173) |
| DVOG | AUH, MCP | | | | (701) | (1,738) | (1,701) |
| DVOG | St. Christopher's Children | | | | (435) | (1,161) | (1,136) |

**By Obligated Group**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AGH | | | | | $ (1,453) | $ (4,341) | $ (4,249) |
| AUMC | | | | | (384) | (482) | (469) |
| Centennial | | | | | (214) | (704) | (685) |
| DVOG | | | | | (2,057) | (6,058) | (5,883) |
| **AHERF Total** | | | | $ - | $ (4,107) | $ (11,585) | $ (11,287) |

## CALCULATION DETAIL

| CAT Fund Premiums (CY) | CY1994 | CY1995 | CY1996 | CY1997 | CY1998 | CY1999 | Source / Notes |
|---|---|---|---|---|---|---|---|
| AHERF base entities (a) | $ 3,546,000 | $ 9,644,000 | $ 4,811,000 | $ 15,532,000 | $ 15,187,000 | $ 15,187,000 | Source: AHERF letter to Governor Ridge RE: CAT Fund increase, 12/97 |
| % increase | | 172% | -50% | 223% | -2% | 0% | Trend cycle would indicate a 1999 premium increase, held constant to be conservative |
| AHERF entities added FY95 (b) | | 5,798,000 | 3,339,000 | 6,930,000 | 6,741,000 | 6,741,000 | |
| % increase | | | -42% | 108% | -3% | 0% | |
| AHERF entities added FY97 (c) | | | 2,627,519 | 1,386,755 | 3,822,000 | 3,759,000 | 3,759,000 | 1995 imputed based on 1995 / 1996 relationship of base (a) and FY95 entities (b) |
| % increase | | | -47% | 176% | -2% | 0% | |
| **Total AHERF CAT Fund Premium** | $ 3,546,000 | $ 15,442,000 | $ 9,538,755 | $ 26,284,000 | $ 25,687,000 | $ 25,687,000 | |

| CAT Fund Premiums (FY) | FY1994 | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|---|
| AHERF base entities (a) | $ - | $ 6,595,000 | $ 7,227,500 | $ 10,171,500 | $ 15,359,500 | $ 15,187,000 | Conversion from CY to FY based on straight average (last six months of prior CY plus first six months of current calendar year) |
| % increase | | | 10% | 41% | 51% | 0% | |
| AHERF entities added FY95 (b) | | 5,798,000 | 4,568,500 | 5,134,500 | 6,835,500 | 6,741,000 | |
| % increase | | | -21% | 12% | 33% | 0% | |
| AHERF entities added FY97 (c) | | | $ 2,007,137 | 2,604,378 | 3,790,500 | 3,759,000 | |
| % increase | | | | 30% | 46% | 0% | |
| **Total AHERF CAT Fund Premium** | $ - | $ 12,393,000 | $ 13,803,137 | $ 17,910,378 | $ 25,985,500 | $ 25,687,000 | |