Exhibit 7

## Malpractice Insurance Cost Impact

### Incremental EBITDA Impact ($000s)

| | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|
| Base entities (a) | | | | | | |
| Entities added FY95 (b) | | | $ (2,944) | $ (8,132) | $ (7,960) | |
| Entities added FY97 (c) | | | (566) | (2,267) | (2,173) | |
| Total | | | (597) | (1,186) | (1,155) | |
| | | $ - | $ (4,107) | $ (11,585) | $ (11,287) | |

### Total Net Patient Revenue

| | | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|---|
| AHERF base entities (a) | | | | | | | |
| AGH | Allegheny General Hospital | $ 403,861,000 | $ 394,561,000 | $ 441,088,000 | $ 450,131,000 | $ 450,131,000 | Source: PA Health Care Cost Containment Council Hospital Financials |
| DVOG | AUH, Bucks County | 44,520,000 | 47,953,000 | 50,293,000 | 44,479,000 | 44,479,000 | Used for facility level allocation (1999 based on 1998 actual) |
| DVOG | AUH, Elkins Park | 55,546,000 | 57,798,000 | 57,297,000 | 48,006,000 | 48,006,000 | |
| DVOG | AUH, MCP | 180,072,000 | 189,993,000 | 212,699,000 | 180,211,000 | 180,211,000 | |
| DVOG | St. Christopher's Children | 127,317,000 | 134,149,000 | 132,029,000 | 120,360,000 | 120,360,000 | |
| AHERF entities added FY95 (b) | | | | | | | |
| DVOG | AUH, Hahnemann | $ 302,900,000 | $ 322,470,000 | $ 315,099,000 | $ 290,132,000 | $ 290,132,000 | |
| AHERF entities added FY97 (c) | | | | | | | |
| AUMC | AUMC, Allegheny Valley | $ - | $ - | $ 25,300,724 | $ 67,576,062 | $ 67,576,062 | |
| AUMC | AUMC, Canonsburg | - | - | - | 27,614,862 | 27,614,862 | |
| AUMC | Forbes Regional Hospital | - | - | 49,693,892 | 96,618,360 | 96,618,360 | |
| Centennial | AUH, City Ave & Parkview | - | - | 16,612,246 | 101,744,000 | 101,744,000 | |
| Centennial | AUH, Graduate | $ - | $ - | $ 25,175,334 | $ 178,199,000 | $ 178,199,000 | |

### %NPR

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AHERF base entities (a) | | | | | | | |
| AGH | Allegheny General Hospital | 50% | 48% | 49% | 53% | 53% | Calculated |
| DVOG | AUH, Bucks County | 5% | 6% | 6% | 5% | 5% | |
| DVOG | AUH, Elkins Park | 7% | 7% | 6% | 6% | 6% | |
| DVOG | AUH, MCP | 22% | 23% | 24% | 21% | 21% | |
| DVOG | St. Christopher's Children | 16% | 16% | 15% | 14% | 14% | |
| | | 100% | 100% | 100% | 100% | 100% | |
| AHERF entities added FY95 (b) | | | | | | | |
| DVOG | AUH, Hahnemann | 100% | 100% | 100% | 100% | 100% | |
| AHERF entities added FY97 (c) | | | | | | | |
| AUMC | AUMC, Allegheny Valley | | | 22% | 14% | 14% | Used for facility level allocation |
| AUMC | AUMC, Canonsburg | | | 0% | 6% | 6% | |
| AUMC | Forbes Regional Hospital | | | 43% | 20% | 20% | |
| Centennial | AUH, City Ave & Parkview | | | 14% | 22% | 22% | |
| Centennial | AUH, Graduate | | | 22% | 38% | 38% | |
| | | | | 100% | 100% | 100% | |

### Est. DVOG Impact ($000)

| | | | | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|---|
| AHERF base entities (a) | | | | | | | |
| AGH | Allegheny General Hospital | | | $ (1,453) | $ (4,341) | $ (4,249) | |
| DVOG | AUH, Bucks County | | | (166) | (429) | (420) | |
| DVOG | AUH, Elkins Park | | | (189) | (463) | (453) | |
| DVOG | AUH, MCP | | | (701) | (1,738) | (1,701) | |
| DVOG | St. Christopher's Children | | | (435) | (1,161) | (1,136) | |
| AHERF entities added FY95 (b) | | | | | | | |
| DVOG | AUH, Hahnemann | | | $ (566) | $ (2,267) | $ (2,173) | |
| DVOG Total | | | | $ (2,057) | $ (6,058) | $ (5,883) | |

Exhibit 7

## Malpractice Insurance Cost Impact

| | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 |
|---|---|---|---|---|---|
| AHERF entities added FY97 (c) | | | | | |
| AUMC  AUMC, Allegheny Valley | | | $ (129) | (170) | (165) |
| AUMC  AUMC, Canonsburg | | | - | (69) | (68) |
| AUMC  Forbes Regional Hospital | | | (254) | (243) | (236) |
| Centennial  AUH, City Ave & Parkview | | | (85) | (256) | (249) |
| Centennial  AUH, Graduate | | | $ (129) | (448) | (436) |

### Sources:

| Source | Data |
|---|---|
| AHERF letter to Governor Ridge Re: CAT Fund increase, 12/97 | AHERF CAT Fund Premium |
| PA Health Care Cost Containment Council Hospital Financials | Used for facility level impact allocation |
| PA Medical Society, "History of Mandatory Coverage & Medical Liability Reform" | Verification of CAT Fund increase |
| http://www.pamedsoc.org/page_detail.cfm?k=13598&id=17 | |
| Physician's News Digest, "CAT Fund Fight Brings Historical Tort Reform", 12/96 | Verification of CAT Fund increase |

### Notes:

(a) Base entities:
  Allegheny General Hospital
  Bucks County Hospital
  Elkins Park Hospital
  Medical College of PA Hospital
  St. Christopher's Hosp for Children
(b) Entities added FY95:
  Hahnemann University Hospital
(c) Entities added FY97:
  Forbes Health System
  Graduate Health System
  Allegheny Valley Hospital
  Cannonsburg General Hospital
(d) PA physicians purchase malpractice insurance in a two layered fashion - a primary coverage of $300,000 per occurrence obtained from a commercial carrier and a mandatory excess liability obtained from the state run CAT (Catastrophic Loss) Fund.
(e) PA Medical Society - CAT Fund imposed an emergency surcharge 12/95, providers forced to pay the 1996 annual surcharge of 164% several months later.
(f) Physician's News Digest - CAT Fund proposed surcharge of 254% in 1997.

EXHIBIT 8 — ALL-STATE LEGAL

Exhibit 8

# Turnaround Initiatives Analysis
## Supply Cost Opportunity

**Conclusion:** Supply cost reduction to achievable standard could result in improvement equal to ($000s)

**Combined correction of calculation errors and assumptions reduces Singleton Report improvement opportunity by ($000s):** $ (18,262)

**Finding #1:** Supply benchmark in Singleton Report is a system level benchmark, but it is applied at the hospital level, leaving out Bucks, Elkins Park and St. Christopher from the analysis

- **Error #1:** Singleton Report applies system benchmark at hospital level, but leaves out three of five DVOG hospitals
- **Basis** - Report cites benchmark as a system level benchmark
- **DVOG hospitals with mistake** - Bucks, Elkins Park and St. Chris
- **Remedy** - Include Bucks, Elkins Park and St. Chris in benchmark analysis at system level

*Combined calculation errors overstate improvement opportunity by ($000s)* $ 2,217

| Account # | Account Description | AUH, East Falls (MCP) | Elkins Park | Bucks | St. Chris | AUH, Center City (Hahnemann) | Total |
|---|---|---|---|---|---|---|---|
| | **Total Supplies** | | | | | | |
| | **Patient care supplies** | | | | | | |
| | Med/Surg supplies | $ 4,107,918 | $ 1,830,495 | | $ 6,568,807 | | |
| | Sutures/Staples | | 200,424 | | | | |
| | Pacemakers | | 282,232 | | | | |
| | Supplies - special | | 558,271 | | | | |
| | Organ Procurement | | - | | | | |
| | Drugs | 1,229,579 | 1,244,862 | | 2,944,127 | | |
| | IV solutions | 330,762 | | | 975,383 | | |
| | Lab supplies | 548,382 | 215,393 | | 1,280,563 | | |
| | Blood and blood products | 171,684 | 122,991 | | 1,190,302 | | |
| | Total other patient care | 216,112 | 229,383 | | 270,531 | | |
| | Sub-total patient care supplies | $ 24,459,060 | $ 6,604,437 | $ 4,684,051 | $ 13,229,713 | $ 53,826,233 | $ 102,803,494 |
| | **Other G&A supplies** | | | | | | |
| | Food | | 568,196 | 483,633 | 9,520 | | |
| | Dietary provisions | | 319,714 | 122,293 | 1,767,408 | | |
| | Housekeeping supplies | | 57,474 | 76,238 | 344,729 | | |
| | Laundry & Linen supplies | | 315,103 | 288,719 | 511,441 | | |
| | Maintenance supplies | | 33,540 | 205,856 | 17,649 | | |
| | Merchandise cost | | 45,471 | 30,588 | (151) | | |
| | Office / other supplies | | 303,881 | 343,565 | 726,138 | | |
| | Computer supplies | | 12,334 | 5,603 | 26,013 | | |
| | Sub-total G&A supplies | $ 4,553,245 | $ 1,655,713 | $ 1,556,495 | $ 3,402,747 | $ 5,605,959 | $ 16,774,159 |
| | Total Supplies ($000s) | $ 29,012 | $ 8,260 | $ 6,241 | $ 16,632 | $ 59,432 | $ 119,578 |
| | Account expert adj. | (14) | - | - | - | 1,000 | 986 |
| | Total Adj Supplies ($000s) | $ 28,998 | $ 8,260 | $ 6,241 | $ 16,632 | $ 60,432 | $ 120,564 |
| | Adjusted Net Revenue | $ 173,994 | $ 49,049 | $ 38,810 | $ 134,489 | $ 300,515 | $ 696,857 |
| | Supplies as % of Net Patient Revenue | 16.67% | 16.84% | 16.08% | 12.37% | 20.11% | 17.30% |
| | Derived Supply Cost at 15% of NPR ($000s) | $ 26,099 | $ 7,357 | $ 5,822 | $ 20,173 | $ 45,077 | $ 104,529 |

Exhibit 8

**Turnaround Initiatives Analysis**
**Supply Cost Opportunity**

EBITDA Improvement Opportunity ($000s)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | $ 2,899 | $ 903 | $ 419 | $ 15,355 | $ 16,035 |

| | | | | | |
|---|---|---|---|---|---|
| Total Hospital expenses | $ 204,706 | $ 62,699 | $ 52,178 | $ 149,061 | $ 320,979 | $ 789,623 |
| Supplies as % of expenses | 14.2% | 13.2% | 12.0% | 11.2% | 18.8% | 15.3% |

Finding #2: Singleton Report makes an error in application of achievable benchmark standard.

Error #2: Hospital operations analysis and benchmark typically expressed as a % of total hospital expenses or as a % of volume
Basis - Hospital operations benchmark analysis not typically expressed as a % of revenue because of the impact variances in revenue unrelated to supply cost have on the ratio (e.g., payor mix, managed care penetration, relative balance of power between payors and hospitals and relative impact on purchasing power; DSH status, Medicare case mix, GME)
DVOG hospitals with mistake - All
Remedy - Apply supply benchmark derived from objective benchmark source as a % of expense, distinguished by DVOG hospital type as standard for achievable result.

**SUPPLY COST EBITDA IMPROVEMENT OPPORTUNITY ($000s)**

| Facility | Total Supplies (1) | Total Hospital Expenses (2) | 1996 Actual Supplies Cost % Total Hospital Expenses | HCA Benchmark, % of Expenses, 1996 (3) | HCA Opportunity | Tenet Benchmark, % of Expenses, 1996 (4) | HCA Opportunity | Premier Benchmark, 2000 (5) | Premier Opportunity |
|---|---|---|---|---|---|---|---|---|---|
| AUH, MCP (East Falls) | $ 28,998 | $ 204,706 | 14.2% | | | | | 18.0% | $ 0 |
| AUH, Elkins Park | 8,260 | 62,699 | 13.2% | | | | | 16.9% | 0 |
| AUH, Bucks | 6,241 | 52,178 | 12.0% | | | | | 16.9% | 0 |
| St. Christopher's | 16,632 | 149,061 | 11.2% | | | | | 16.9% | 0 |
| AUH, Hahnemann (City Center) | 60,432 | 320,979 | 18.8% | | | | | 19.6% | 0 |
| | $ 120,564 | $ 789,623 | 15.3% | 17.3% | $ - | 15.8% | $ - | 17.2% | $ 0 |

Error #2 (additional verification, alternative benchmark source): Hospital operations analysis and benchmark typically expressed as a % of total hospital expenses or as a % of volume utilization.
Basis - System level benchmarks referenced in Singleton Report have been re-evaluated based on supply cost as percent of expense (as opposed to supply costs as percent of revenue)
Finding - Both HCA and Tenet supply costs as a % of expenses (1996 - 2000) are above the DVOG actual supply costs as a percent of expenses, supporting the finding based on Premier benchmark that no supply cost opportunity is achievable.

**HCA (3)**

| | FY1996 | FY1997 | FY1998 | FY1999 | FY2000 |
|---|---|---|---|---|---|
| Supplies cost ($millions) | $ 2,655 | $ 2,722 | $ 2,901 | $ 2,645 | $ 2,640 |
| Total operating expenses | 15,346 | 17,767 | 17,733 | 15,424 | 15,211 |
| Total revenue | $ 18,786 | $ 18,819 | $ 18,681 | $ 16,657 | $ 16,670 |
| Supply % of operating expenses | 17.3% | 15.3% | 16.4% | 17.1% | 17.4% |
| Supply % of revenue | 14.1% | 14.5% | 15.5% | 15.9% | 15.8% |

**TENET (4)**

| | FY1996 | FY1997 | FY1998 | FY1999 | FY2000 |
|---|---|---|---|---|---|
| Supplies cost ($millions) | $ 1,056 | $ 1,197 | $ 1,375 | $ 1,525 | $ 1,595 |
| Total operating expenses | 6,682 | 7,537 | 8,546 | 9,578 | 10,012 |
| Total revenue | $ 7,706 | $ 8,691 | $ 9,895 | $ 10,880 | $ 11,414 |
| Supply % of operating expenses | 15.8% | 15.9% | 16.1% | 15.9% | 15.9% |
| Supply % of revenue | 13.7% | 13.8% | 13.9% | 14.0% | 14.0% |

**Turnaround Initiatives Analysis**
Supply Cost Opportunity

Exhibit 8

**DVOG**

| Facility | Revenue ($000s) | Days | Discharges | Revenue / day ($000s) | Revenue / case ($000s) |
|---|---|---|---|---|---|
| Allegheny East Falls Hospital | $ 173,994 | 100,930 | 14,183 | $ 1,724 | 12,268 |
| Allegheny Elkins Park Hospital | 49,049 | 44,019 | 8,102 | 1,114 | 6,054 |
| Allegheny Bucks County Hospital | 38,810 | 36,381 | 6,236 | 1,067 | 6,223 |
| St. Christopher's Hospital | 134,489 | 51,739 | 10,469 | 2,599 | 12,847 |
| Allegheny Center City Hospital | $ 300,515 | 144,995 | 21,732 | $ 2,073 | 13,828 |

*Sources / Notes:*
(1) Singleton Report
(2) Restated FYE1996 financial statements
(3) HCA 10-K reports FY1996 - FY2000, supply costs as percent of operating expenses
(4) Tenet Corp. 10-K reports FY1996 - FY2000, supply costs as percent of operating expenses
(5) Premier, Inc. 2000, hospital supply costs as a percent of total hospital expenses, benchmark statistics by hospital by bed size, and overall average