# Turnaround Initiatives Analysis
## Management Company Analysis

**Conclusion:** Management Company cost reductions could result in improvement equal to ($000s)  $ 2,538
Combined correction of assumptions reduces Singleton Report improvement opportunity by ($000s)  $ 13,665

Exhibit 9

| Cost Center (1) | Description (1) | Amount | Clinical Integration | Strategy and Planning | Finance | Information Systems | Ex Office | Mrkt & Comm | Purchasing | Regional Facilities | Other Overhead / Not Otherwise Identified |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50010015 | Chancellor's office | $ 142,477 | | | | | 142,477 | | | | |
| 50500115 | Laboratory Admin | 166,411 | 166,411 | | | | | | | | |
| 50500315 | Lab Information System | 181,909 | 181,909 | | | | | | | | |
| 50601415 | Lab Quality Assurance | 41,513 | 41,513 | | | | | | | | |
| 50601415 | Cashiers | 87,590 | | | | | | | | | 87,590 |
| 50618015 | Telecommunications | 176,142 | | | | 176,142 | | | | | |
| 50618115 | Telecommunications | 149,020 | | | | 149,020 | | | | | |
| 50618215 | Telecommunications | 133,020 | | | | 133,020 | | | | | |
| 50618415 | Telecommunications | 698,810 | | | | 698,810 | | | | | |
| 50618515 | Telecommunications | 455,375 | | | | 455,375 | | | | | |
| 50620015 | Mgt Services Admin | 315,547 | | | | | | | | | 315,547 |
| 50625015 | | 1,023 | | | | | | | | | 1,023 |
| 50625915 | Regional Transportation | 924,199 | 924,199 | | | | | | | | |
| 50626115 | Purchasing | 749,412 | | | | | | | 749,412 | | |
| 50627015 | Regional Copy Center | 276,822 | | | | | | | 276,822 | | |
| 50700615 | | (7,728) | | | | | | | | | (7,728) |
| 50710015 | Communications-EF | 152,154 | | | | | | 152,154 | | | |
| 50710115 | Communications-Regional | 914,678 | | | | | | 914,678 | | | |
| 50710215 | Communicatios-CC | 247,917 | | | | | | 247,917 | | | |
| 50710315 | Communications-SCHC | 242,422 | | | | | | 242,422 | | | |
| 50710415 | Communications-BC | 49,927 | | | | | | 49,927 | | | |
| 50710515 | Communications-EP | 38,968 | | | | | | 38,968 | | | |
| 50715015 | Regional Marketing | 348,905 | | | | | | 348,905 | | | |
| 50715515 | SR Member Program | 86,301 | | | | | | 86,301 | | | |
| 50715615 | Women Member Program | 16,858 | | | | | | 16,858 | | | |
| 50720015 | Regional Facilities | 884,241 | | | | | | | | 884,241 | |
| 50724015 | Clinical Engineering | 1,454,548 | 1,454,548 | | | | | | | | |
| 50730515 | | 102,514 | | | | | | | | | 102,514 |
| 50733015 | Fringe Benefit Admin (2) | 2,377,421 | | | | | | | | | 102,399 |
| 50800015 | Executive Director | 563,891 | | | | | 96,801 563,891 | | | | |
| 50800115 | | 100,148 | | | | | | | | | 100,148 |
| 50801015 | Mgt Care System Development | 947,283 | 947,283 | | | | | | | | |
| 50801115 | Mgt Care/Prof Relations | 518 | 518 | | | | | | | | |
| 50801815 | Network Development | 207 | 207 | | | | | | | | |
| 50802015 | Client Outreach Services | 303,495 | 303,495 | | | | | | | | |
| 50810015 | Development | 1,582,540 | | 1,582,540 | | | | | | | |
| 50840015 | Planning | 268,119 | | 268,119 | | | | | | | |
| 50862015 | | (6,246) | | | | | | | | | (6,246) |
| 58490015 | Regional City Med P | 140,202 | | 140,202 | | | | | | | |
| 68601415 | | 3,657 | | | | | | | | | 3,657 |
| 95000215 | Mgt Finance Control | 914,345 | | | 914,345 | | | | | | |
| | | $ 16,226,555 | $ 4,020,083 | $ 1,990,861 | $ 2,940,772 | $ 1,612,367 | $ 803,169 | $ 2,098,130 | $ 1,026,234 | $ 1,036,035 | $ 698,904 |
| | Cost Reduction Estimate % | | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% | 100% |
| | EBITDA Opportunity | $ 2,538,108 | $ - | $ - | $ - | $ - | $ 803,169 | $ - | $ - | $ 1,036,035 | $ 698,904 |

**Sources / Notes:**
(1) C&L FYE1996 audit work papers (CL010979 - CL011595)
(2) Pro rated allocation of benefit costs (cost center 50739015) to salary adjustments



Exhibit 10



Turnaround Initiatives Analysis
Salary and Benefit EBITDA Opportunity

Exhibit 10

| Company Number | Facility | Staffed Bed Size (4) | Licensed Bed Size (5) | 100 to 249 Beds (6) | Teaching - Major | Specialty Children's Hospital (10) | Benchmark Value Utilized | FTE Variance (corrected) | FTE Variance (revised) | Hour Variance (corrected) (9) | Hour Variance (revised) | Average Hourly Wage and Benefit | EBITDA Impact (report) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | Allegheny East Falls Hospital | 541 | 618 | | 5.73 | | 5.73 | 1.57 | 0.37 | 363,820 | 85,037 | $ 30.06 | $ 2,585,865 |
| 211 | Allegheny Elkins Park Hospital | 158 | 465 | 4.66 | | | 4.66 | 0.26 | -0.53 | (218,099) | | 21.54 | |
| 212 | Allegheny Bucks County Hospital | 132 | 280 | 4.66 | | | 4.66 | 0.31 | -0.46 | (50,773) | | 22.20 | |
| 220 | St. Christopher's Hospital | 183 | 180 | | | 6.94 | 6.94 | 3.71 | 2.89 | 77,851 | 60,841 | 24.25 | 1,470,633 |
| 230 | Allegheny Center City Hospital | 367 | 183 | | | | 5.73 | 0.71 | -0.49 | 428,710 | | 27.45 | |
| | | | 615 | | 5.73 | | | | | | | | 4,056,498 |
| | | | | | | | | | | | Add: Mgt Support | | 16,230,000 |
| | | | | | | | | | | | Total | | $ 20,286,498 |

Finding #3: The expert report makes an error in the assumption that management support services can be downsized to zero.

Error #10: Elimination of vital management support services functions without regard to benchmark performance
Basis - Benchmark staffing analysis conducted at the hospital level, before allocation of system overhead, consistent with industry norms
Remedy - Eliminate management company salary savings from erroneous assumption that management company FTEs are reducible to zero; functions vital and different that patient care services currently performed by hospital

Combined restatement of assumptions overstate improvement opportunity by ($000s)   $ 13,692

| Company Number | Facility | Staffed Bed Size (4) | Licensed Bed Size (5) | 100 to 249 Beds (13) | Teaching - major (13) | Specialty Children's Hospital (10) | Benchmark Value Utilized | FTE Variance (corrected) | FTE Variance (revised) | Hour Variance (corrected) | Hour Variance (revised) | Average Hourly Wage and Benefit | EBITDA Impact (report) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 210 | Allegheny East Falls Hospital | 367 | 465 | | 5.73 | | 5.73 | 1.57 | 0.37 | 363,820 | 85,037 | $ 30.06 | $ 2,585,865 |
| 211 | Allegheny Elkins Park Hospital | 158 | 280 | 4.66 | | | 4.66 | 0.26 | -0.53 | (218,099) | | 21.54 | |
| 212 | Allegheny Bucks County Hospital | 132 | 180 | 4.66 | | | 4.66 | 0.31 | -0.46 | (50,773) | | 22.20 | |
| 220 | St. Christopher's Hospital | 183 | 183 | | | 6.94 | 6.94 | 3.71 | 2.89 | 77,851 | 60,841 | 24.25 | 1,470,633 |
| 230 | Allegheny Center City Hospital | 541 | 618 | | 5.73 | | 5.73 | 0.71 | -0.49 | 428,710 | | 27.45 | |
| | | | | | | | | | | | 146,678 | | 4,056,498 |
| | | | | | | | | | | | Add: Mgt Support | | 2,538,108 |
| | | | | | | | | | | | Total | | $ 6,594,606 |

($000s)

| Company Number | Facility | Net Revenue (11) | Salary and Benefits (11) |
|---|---|---|---|
| 210 | Allegheny East Falls Hospital | $ 173,994 | $ 100,649 |
| 211 | Allegheny Elkins Park Hospital | 49,049 | 26,833 |
| 212 | Allegheny Bucks County Hospital | 38,810 | 22,070 |
| 220 | St. Christopher's Hospital | 134,489 | 67,442 |
| 230 | Allegheny Center City Hospital | $ 300,515 | $ 180,981 |

Average Salary Analysis

($000s)

| Company Number | Facility | Net Revenue | Salary and Benefits | Salary and Benefits w/ savings | FTEs from Cost Report (1) | Add back excluded FTEs | Total Adj FTEs | Salary & Benefits per FTE |
|---|---|---|---|---|---|---|---|---|
| 210 | Allegheny East Falls Hospital | $ 173,994 | $ 100,649 | $ 98,063 | 1,663 | 122 | 1,785 | $ 54,950 |
| 211 | Allegheny Elkins Park Hospital | 49,049 | 26,833 | 26,833 | 615 | | 615 | 43,631 |
| 212 | Allegheny Bucks County Hospital | 38,810 | 22,070 | 22,070 | 481 | | 481 | 45,884 |
| 220 | St. Christopher's Hospital | 134,489 | 67,442 | 65,971 | 1,455 | | 1,455 | 45,341 |
| 230 | Allegheny Center City Hospital | $ 300,515 | $ 160,961 | $ 160,961 | 2,976 | 89 | 3,065 | $ 52,510 |

