ALL-STATE LEGAL® EXHIBIT 11

Exhibit 11

## MEDICARE LOS REDUCTION EBITDA IMPROVEMENT OPPORTUNITY

**Turnaround Initiatives Analysis**
Case Management Improvement

**Conclusion:** Achievable LOS reduction could have generated savings improvement equal to ($000s)   $ 1,363
The correction of calculation errors and assumptions reduces Singleton Report Improvement opportunity by ($000s)   $ (1,182)

**Finding #1:** A calculation errors was made in the Singleton report in estimating Medicare LOS savings through an analysis of total patient LOS.

Error #1: Medicare LOS analysis is derived from total patient reduction opportunity and incorrectly extrapolated to Medicare patient population
Basis - Methodology incorrectly calculates total patient length of stay, rather than direct calculation of Medicare length of stay reduction opportunity
DVOG hospitals with mistake - all
Remedy - Evaluate Medicare LOS reduction opportunity on Medicare cases

**Finding #2:** A calculation error was made in the Singleton Report in the reliance on a total patient CMI in the calculation of Medicare ALOS CMI adjusted

Error #2: Medicare CMI adjusted LOS is incorrectly calculated based on total patient population CMI, should be calculated based on Medicare CMI, as published by CMS
Basis - Calculation applies total patient CMI to all payor class
DVOG hospitals with mistake - all
Remedy - Calculate Medicare CMI adjusted LOS and compare to benchmark

**Finding #3:** A calculation was made in the Singleton report in excluding nursery volume from the calculation of DVOG acute care ALOS by payor

Error #3: Newborn volume is excluded from DVOG hospital patient days and discharges. Benchmark data includes newborn volumes.
Basis - Acute care volume by payor type, including nursery, reported in Medicare Cost Reports, and AHERF volume reports by payor class
DVOG hospitals with mistake - all
Remedy - Include nursery volume in LOS calculation and comparison to benchmark, *however focus of the adjusted analysis on Medicare renders this error moot.*

**Finding #4:** A number of errors of assumptions were made in the Singleton report in the selection of the benchmark measure of achievable result
**Finding #5:** The Singleton report proposes a LOS benchmark that fails to differentiate for teaching status, specialty children's hospital and urban tertiary hospital status

Error #4: Unsubstantiated benchmark fails to differentiate for teaching status, specialty children's hospital and urban tertiary hospital status of DVOG hospitals.
Basis - Constant 3.5 standard does not recognize the specialty nature of DVOG teaching hospitals (MCP, Hahnemann), children's hospital (St. Chris), and urban, tertiary hospitals (Bucks, Elkins Park) Medicare patients
DVOG hospitals with mistake - all
Remedy - Compare DVOG LOS performance to objective, appropriate benchmark standard of achievable performance that accounts for different DVOG hospital peer group status and Medicare patients

# Turnaround Initiatives Analysis
## Case Management Improvement

Exhibit 11

| | Days (1) | Admits (2) | ALOS | CMI (3) | CMI (4) | ALOS CMI adj (3) | Peer Group Benchmark standard (5) | Day savings | Var at $200/day | Medicare portion | EBITDA opportunity based on Medicare % of days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AUH, MCP (East Falls)** | | | | | | | | | | | |
| Title XVIII - Medicare | 27,302 | 3,693 | 7.39 | | 1.63 | 4.54 | 4.2 | $ (1,261) | $ (252,140) | $ (252,140) | $ (252,140) |
| Title XIX - Medicaid | 21,890 | 1,961 | 11.16 | | | | | | | | |
| Other payors | 20,072 | 6,822 | 2.94 | | | | | - | - | | |
| Total All Payors | 69,264 | 12,476 | 5.55 | 1.39 | | | | | $ - | $ - | $ (252,140) |
| **AUH, Elkins Park** | | | | | | | | | | | |
| Title XVIII - Medicare | 14,580 | 2,125 | 6.86 | | 1.17 | 5.87 | 4.4 | $ (3,125) | $ (625,080) | $ (625,080) | $ (625,080) |
| Title XIX - Medicaid | 2,485 | 468 | 5.31 | | | | | | | | |
| Other payors | 10,985 | 3,180 | 3.45 | | | | | - | - | | |
| Total All Payors | 28,050 | 5,773 | 4.86 | 0.99 | | | | | $ - | $ - | $ (625,080) |
| **AUH, Bucks County** | | | | | | | | | | | |
| Title XVIII - Medicare | 11,728 | 1,649 | 7.11 | | 1.24 | 5.74 | 4.4 | $ (2,209) | $ (441,867) | $ (441,867) | $ (441,867) |
| Title XIX - Medicaid | 2,130 | 487 | 4.37 | | | | | | | | |
| Other payors | 9,409 | 2,739 | 3.44 | | | | | - | - | | |
| Total All Payors | 23,267 | 4,875 | 4.77 | 0.95 | | | | | $ - | $ - | $ (441,867) |
| **St. Christopher's** | | | | | | | | | | | |
| Title XVIII - Medicare | 413 | 42 | 9.83 | | 1.05 | 9.37 | 4.08 | $ (222) | $ (44,395) | $ (44,395) | $ (44,395) |
| Title XIX - Medicaid | 14,730 | 2,549 | 5.78 | | | | | | | | |
| Other payors | 36,596 | 7,878 | 4.65 | | | | | - | - | | |
| Total All Payors | 51,739 | 10,469 | 4.94 | 1.05 | | | | | $ - | $ - | $ (44,395) |
| **AUH, Hahnemann (Center City)** | | | | | | | | | | | |
| Title XVIII - Medicare | 51,779 | 6,203 | 8.35 | | 2.18 | 3.83 | 4.2 | $ 2,323 | $ 464,507 | $ - | $ - |
| Title XIX - Medicaid | 12,769 | 1,938 | 6.59 | | | | | | | | |
| Other payors | 63,470 | 12,588 | 5.04 | | | | | - | - | | |
| Total All Payors | 128,018 | 20,729 | 6.18 | 1.77 | | | | | $ - | $ - | $ - |
| | | | | | | | | | Total | | $ (1,363,482) |

*Sources / Notes:*
(1) Total acute care adults and Peds total patient days (including newborn), sourced from 1996 Medicare Cost Reports.
(2) Total acute care adults and Peds total admissions (including newborn), sourced from 1996 Medicare Cost Reports.
(3) All-patients case mix index ("CMI").
(4) Medicare CMI based on CMS data.
(5) Medicare LOS, adj for case mix, benchmarks: St. Chris based on CHIPS, 1996 median, Bucks and Elkins Park - 'Urban Hospitals, $25-$60M revenue', MCP and Hahnemann - 'Teaching'.

EXHIBIT 12  ALL-STATE LEGAL

# Turnaround Initiatives Analysis
## Revenue Cycle Improvement

**Conclusion:** An achievable improvement in bad debt to an appropriate benchmark standard is equal to ($000s) **$ 10,942**
Correction of benchmark assumption reduces Singleton Report improvement opportunity by ($000s) **$ 21,389**

### Finding #1: Bad debt

**Error #1:** Singleton Report assumes bad debt improvement opportunity based on historical performance standard, before accounting adjustments
**Remedy** - Determine improvement opportunity based on difference between adjusted bad debt amount and benchmark

|   |   | Hahnemann | MCP | St. Chris | Bucks | Elkins Park | DVOG Hospitals | Sources / Notes: | check sum |
|---|---|---|---|---|---|---|---|---|---|
|   | Gross patient service revenue | | | | | | | | |
|   | FYE1996 bad debt - audit | $ 885,780 | $ 497,624 | $ 298,330 | $ 127,521 | $ 163,974 | $ 1,973,229 | FY1996 audit | |
|   | Bad debt rate - audit | 13,018 | 14,569 | 5,636 | 3,777 | 2,573 | 39,573 | FY1996 audit | |
|   |   | 1.5% | 2.9% | 1.9% | 3.0% | 1.6% | 2.0% | calculated | |
|   | Bad debt rate - adjusted | | | | | | | | |
|   | FYE199 bad debt - audit | 3,605 | 7,449 | 9,792 | 5,260 | 6,225 | 32,331 | Mr. Berliner, accounting expert | |
|   |   | 13,018 | 14,569 | 5,636 | 3,777 | 2,573 | 39,573 | FY1996 audit | |
| A | FYE199 bad debt - adjusted | $ 16,623 | $ 22,018 | $ 15,428 | $ 9,037 | $ 8,798 | $ 71,904 | calculated | |
|   | Bad debt rate - adjusted | 1.9% | 4.4% | 5.2% | 7.1% | 5.4% | 3.6% | calculated | |
|   | Benchmark standard | 2.6% | 3.0% | 3.9% | 3.9% | 3.9% | 3.0% | | |
| B | DVOG bad debt at benchmark | 23,030 | 14,929 | 11,635 | 4,973 | 6,395 | 59,197 | | |
| A - B | Bad debt oppty - all hospital sum | $ (6,407) | $ 7,089 | $ 3,793 | $ 4,064 | $ 2,403 | 10,942 | | 1,765 |

| Benchmark Category | US Total | 0-100 beds | 101-200 beds | 201-400 beds | 400+ beds |
|---|---|---|---|---|---|
| Bad debt as % of GPR | 3.0% | 3.2% | 3.9% | 3.0% | 2.6% |

*Sources / Notes:*
(1) C&L FY1996 audit workpapers, (CL010584 - 010585; CL010553 - 010555; CL 010463 - 010487).
(2) The Hospital Accounts Receivable Analysis ("HARA"), 2nd Quarter 1996, Volume 10, Issues 2.   HARA 2nd Quarter 1996
(3) Exhibit 901.

# Turnaround Initiatives Analysis
## Discretionary Spending Opportunity

**Conclusion:** An achievable discretionary spending reduction could result in EBITDA improvement equal to ($000s) $ 4,209
**Combined correction of assumptions reduces Singleton Report Improvement opportunity by ($000s)** $ (3,433)

**Finding #1: Media and advertising budget is not a discretionary expense that can be reduced when a new message needs to be conveyed to the market**

**Error #1:** Wrong time to downsize investment in the form of advertising is during a turn around that includes staffing reduction
**Basis** - Report assumes 75% of corporate advertising budget could be reduced
**Remedy** - Assume zero reduction of advertising budget

| | Dues | Publications and Subscriptions | Seminars | Travel Expense | Luncheons / Meetings | Special Events | Donations / Contributions | Media Advertising | Entertainment | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Expense | $ 1,629,507 | $ 1,917,525 | $ 905,267 | $ 4,232,996 | $ 972,997 | $ 786,003 | $ 133,447 | $ 4,577,897 | $ 17,945 | $ 15,173,584 |
| Singleton Report Reduction Est % | 10% | 25% | 50% | 50% | 50% | 50% | 75% | 75% | 100% | |
| EBITDA Opportunity | $ 162,951 | $ 479,381 | $ 452,634 | $ 2,116,498 | $ 486,499 | $ 393,002 | $ 100,085 | $ 3,433,423 | $ 17,945 | $ 7,642,416 |
| BDC Reduction Est % | 10% | 25% | 50% | 50% | 50% | 50% | 75% | 0% | 100% | |
| EBITDA Opportunity | $ 162,951 | $ 479,381 | $ 452,634 | $ 2,116,498 | $ 486,499 | $ 393,002 | $ 100,085 | $ - | $ 17,945 | $ 4,208,994 |

**Sources:**
C&L FY1996 audit workpapers (CL01122 - CL011595)

Exhibit 13



**Sufficiency of Cash Flow**

| | SIMPLIFIED CASH FLOW | | |
|---|---|---|---|
| | FY 97 | FY 98 | FY 99 |
| **Beginning Cash** | $ 27,762 | $ (56,780) | $ (152,980) |
| Plus: | | | |
| Estimated DVOG and AIHG EBITDA - Corrected | (10,086) | (13,225) | (16,177) |
| Less: | | | |
| Capital Requirements | 48,631 | 46,462 | 45,092 |
| **Cash Available for Debt Service** | **(30,955)** | **(116,467)** | **(214,249)** |
| Debt Service | 25,825 | 36,513 | 35,545 |
| **Ending Cash - Corrected** | $ (56,780) | $ (152,980) | $ (249,794) |

*Note*: The Singleton report proposes a change in DVOG strategy without consideration for the required increases in capital spending that would be necessary to support a new strategy. These costs would likely be significant and would be in addition to the Capital Requirements figures in the table above.