**Productivity Improvement Analysis - Validation**
**UHC Benchmark Analysis**

EXHIBIT 15

| | 1996 | 1997 | Sources / Notes |
|---|---|---|---|
| **Teaching peer group - Medians (UHC Benchmarks)**[1] | | | |
| All patient case mix index | 1.30 | 1.35 | UHC survey |
| FTEs per Occ Bed Adj for Case Mix | 4.44 | 4.47 | UHC survey |
| Outpatient Man-hours per Visit | 5.81 | 5.74 | UHC survey |
| | | | |
| **AUH Hahnemann (Center City)** | | | |
| All patient case mix index | 1.82 | 1.90 | UHC survey |
| FTEs per Occ Bed Adj for Case Mix (UHC) | 4.28 | 3.92 | UHC survey |
| Inpatient revenue % | 81.2% | 81.5% | UHC survey |
| Outpatient Man-hours per Visit | 3.31 | 2.94 | UHC survey |
| ADC | 344.31 | 330.1 | UHC survey |
| Average Salary per FTE | $ 34,991 | $ 39,493 | UHC survey |
| Employee Benefits % | 27.32% | 26.60% | UHC survey |
| Average salary and benefits % per FTE | $ 44,551 | $ 49,998 | Calculated |
| Total outpatient visits | 236,316 | 245,864 | FY97 Secondary Market Disclosure Reports[2] |
| | | | |
| **IP FTE per Occ Bed, CMO adj. variance from median** | | | |
| IP FTE variance (@median) | (0.16) | (0.55) | Calculated |
| | (100) | (345) | Calculated |
| IP Savings opportunity ($000s) | $ (4,458) | $ (17,250) | Calculated |
| | | | |
| **Outpatient Man-hours per Visit variance from median** | (2.50) | (2.80) | Calculated |
| Hrs variance = variance from benchmark x visits | (590,790) | (688,419) | |
| OP FTE variance (@median) | (284) | (331) | |
| OP Savings opportunity ($000s) | $ (12,654) | $ (16,548) | |
| | | | |
| **Total IP + OP FTE Savings Opportunity** | $ (17,112) | $ (33,798) | Positive number indicates savings opportunity (Current performance better than benchmark) |
| | | | |
| **MCP (East Falls)** | | | |
| | | | |
| MCP IP revenue percent of total | 78.7% | 78.5% | 1996: FY96 Budget Book[3] |
| MCP OP revenue percent of total | 21.3% | 21.5% | 1997: FY97 Budget Book[4] |
| | 100.0% | 100.0% | |
| | | | |
| IP FTEs | 1,135 | | FTE IP / OP split based on revenue allocation |
| OP FTEs | 307 | | |
| Total FTEs | 1,443 | | Calculated from Singleton Report, BDC adjusted |
| | | | |
| All patient case mix index | 1.39 | | Singleton Report |
| ADC | 190 | | Calculated from Singleton Report |
| FTEs (IP) per Occ Bed Adj for Case Mix | 4.30 | | Calculated |
| Average salary and benefits % per FTE | $ 54,950 | | Calculated |
| Total outpatient visits | 115,023 | | FY97 Secondary Market Disclosure Reports[2] |
| | | | |
| **IP FTE per Occ Bed, CMO adj. variance from median** | (0.14) | | Calculated |
| IP FTE variance (@median) | (35.9) | | Calculated |
| IP Savings opportunity ($000s) | $ (1,972) | | Positive number implies savings opportunity (Current performance better than benchmark) |
| | | | |
| **Outpatient Man-hours per Visit** | | | |
| OP Man-hours | 638,907 | | Calculated (OP FTEs x 2080) |
| OP Man-hours per visit | 5.55 | | Calculated (OP Man-hours / Total OP visits) |
| | | | |
| **Outpatient Man-hours per Visit variance from median** | (0.26) | | |
| Hrs variance = variance from benchmark x visits | (29,376) | - | |
| OP FTE variance (@median) | (14) | | |
| OP Savings opportunity ($000s) | $ (776) | | |
| | | | |
| **Total IP + OP FTE Savings Opportunity** | $ (2,748) | | Positive number indicates savings opportunity (Current performance better than benchmark) |

*Sources / Notes:*
(1) The Almanac of Hospital Financial and Operating Indicators, Allegheny University Hospitals, Hahnemann, Volume 1, 1997, Final Edition
    University HealthSystem Consortium.
(2) PR-DLC-160-02768.
(3) FY96 Budget Book (DBR-AA-44780).
(4) FY97 Budget Book (DB-CM-37-02259).
(5) Reasonableness of MCP budget IP revenue % based on comparison of Hahnemann UHC reported IP revenue % compared to 1996 and 1997 budget;
    Hahnemann IP revenue % reported lower in UHC survey than budget, indicating MCP budget IP revenue % potentially slightly overstated;
    A lower MCP IP revenue % would only indicated better performance compared to benchmark than what is calculated in the above analysis,
    and therefore indicate a consistent finding of no improvement opportunity.

EXHIBIT 16

EXHIBIT 16.1

**External Summary - Centennial Hospitals**

| External Market Events [1] | 1997 [2] | 1998 | 1999 | Total |
|---|---|---|---|---|
| Medicare BBA/BBRA | $ - | $ (5,214) | $ (9,976) | $ (15,190) |
| Welfare Reform | (133) | (1,491) | (1,503) | (3,128) |
| Malpractice Premiums | (214) | (704) | (685) | (1,603) |
| Total | $ (347) | $ (7,409) | $ (12,165) | $ (19,920) |

*Note*: Slight differences in totals may result due to rounding

(1) Summary chart includes external market impact for Centennial Graduate and Centennial City Ave. / Parkview Hospitals.
(2) 1997 includes only two months of impact analysis.

EXHIBIT 16.2

# BBA Summary - Centennial Hospitals

## OBJECTIVE

Calculate the impact of declining Medicare reimbursement from BBA 1997 and Medicare BBRA on AHERF Medicare reimbursement and enterprise value

## METHODOLOGY

Apply legislated reduction in Medicare IP and OP reimbursements to estimated Medicare net patient revenue to 1997 actual AHERF Medicare net patient revenue

## CALCULATION / RESULT SUMMARY

| | AHERF-E DVOG AUH-E | AHERF-E DVOG AUH-E | AHERF-E DVOG AUH-E | AHERF-E DVOG AUH-E | AHERF-E DVOG AUH-E | AHERF-E Centennial AHC | AHERF-E Centennial AHC | AHERF-E Centennial AHC | AHERF-E Centennial AHC |
|---|---|---|---|---|---|---|---|---|---|
| Region: | | | | | | | | | |
| Ob Grp.: | | | | | | | | | |
| Division: | | | | | | | | | |
| Entity: | Bucks Cnty | Elkins Park | Hahnemann | MCP Hospital | St. Chris | City Ave (inc. Parkview) | Parkview (see City Ave.) | Graduate | Mt. Sinai |
| Acquired: | | | | | Y | 5/1/1997 | 5/1/1997 | 5/1/1997 | 5/1/1997 |
| Sold: | | | | | | | | | 10/20/1997 |

### Teaching Hospital

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FY 1997 total net patient revenue ($000s) | $ 62,184 | $ 110,765 | $ 330,098 | $ 216,079 | $ 132,824 | $ 99,673 | $ - | $ 151,052 | $ - |
| FY 1997 Medicare NPR % (calc) | 18.5% | 16.2% | 32.9% | 32.6% | 0.6% | 43.3% | 0.0% | 40.3% | 0.0% |
| FY 1997 Medicare NPR Baseline | $ 11,476 | $ 17,964 | $ 108,515 | $ 70,500 | $ 736 | $ 43,145 | $ - | $ 60,836 | $ - |

### By Facility

| | FY1997 | FY1998 | FY1999 | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 |
|---|---|---|---|---|---|---|---|---|
| **City Ave. / Parkview (non-teaching)** | | | | | | | | |
| Projected revenue | $ 43,145 | $ 44,310 | $ 46,456 | $ 47,816 | $ 49,117 | $ 50,442 | $ 51,832 | $ 53,282 |
| BBA/BBRA reduction phase-in | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% |
| Aggregate BBA impact | | -4.6% | -8.4% | -9.6% | -11.1% | -12.0% | -12.0% | -12.0% |
| | | $ (2,051) | $ (3,923) | $ (4,586) | $ (5,428) | $ (6,074) | $ (6,231) | $ (6,408) |
| **Graduate (teaching)** | | | | | | | | |
| b) Projected revenue | $ 60,836 | $ 62,478 | $ 65,505 | $ 67,421 | $ 69,257 | $ 71,125 | $ 73,085 | $ 75,130 |
| b) NPR growth: | | 2.7% | 4.8% | 2.9% | 2.7% | 2.7% | 2.8% | 2.8% |
| c) BBA 97 impact: | | -5.1% | -9.2% | -10.5% | -12.1% | -13.2% | -13.2% | -13.2% |
| Aggregate BBA impact | | $ (3,163) | $ (6,053) | $ (7,075) | $ (8,374) | $ (9,370) | $ (9,650) | $ (9,886) |
| | | | | | | | | |
| Aggregate BBA impact - Centennial | | $ (5,214) | $ (9,976) | $ (11,662) | $ (13,802) | $ (15,444) | $ (15,881) | $ (16,293) |

## Source / Notes:

"The Impact of Medicare Balanced Budget Refinement Act on Medicare Payments to Hospitals", American Hospital Association, February, 1, 2000, Report Prepared by The Lewin Group
Medicare payments based on Medicare Cost Report data

EXHIBIT 16.3

## Medicaid Impact, 1997 Welfare Reform - Centennial Hospitals

**OBJECTIVE**

Determine the dollar impact of reduction in Medicaid revenue due to impact of 1997 Welfare Reform.

**METHODOLOGY**

Identify portion of Medicaid population who lose Medicaid coverage as a result of Welfare Reform (i.e., Loss of Medicaid, 'leavers')
Identify Medicaid 'leavers' who remain uninsured after leaving Medicaid (i.e., "Not-Insured")
Identify portion of Not-Insured who continue to seek care (i.e., 'Seek care')
Adjust for incremental commercial reimbursement on newly insured cases

**RESULT SUMMARY**

Est. EARNINGS Impact ($000)

| By Facility | Negative Annual Impact ($000s) | | |
|---|---|---|---|
| | FY1997 | FY1998 | FY1999 |
| Centennial | $ (1,479) | $ (1,491) | $ (1,503) |
| Total | $ (1,479) | $ (1,491) | $ (1,503) |

| Implementation Timing Adjustment | | | |
|---|---|---|---|
| Affiliation with AHERF-East Timing Adjustment | 54.0% | 100.0% | 100.0% |
| Net impact, after timing adjustments | 16.7% | 100.0% | 100.0% |
| | $ (133) | $ (1,491) | $ (1,503) |

| Timing Adjustment | Distribution of Enrollees, new vs. existing | Effective date | 1997 adj factor |
|---|---|---|---|
| New | 8% | 6/17/1996 | 100% |
| | | No later than | |
| Existing | 92% | 6/30/97 | 50% |
| | 100% weighted avg | | 54% |

1997 REVENUE Impact Comparison with AHERF Internal Analysis ($000)

| | Prospective (AHERF-prepared) | | | Retrospective | |
|---|---|---|---|---|---|
| | HAP | Urban HC Coalition | State | | Market Adjusted |
| DVOG | $ 5,600 | $ 5,600 | $ 6,000 | | $ (1,479) |

**CALCULATION DETAIL**

Est. Impacted NPR ($000s)
- Graduate                  $ (1,848)
- City Ave. / Park View     $ (3,077)
- Centennial                $ (4,924)

Avg total payment per case (6)   $ 7,922
Estimated Impacted cases               622

See 'Welfare Reform' worksheet (derived based on DVOG estimates)
See 'Welfare Reform' worksheet (derived based on DVOG estimates)

EXHIBIT 16.3

## Medicaid Impact, 1997 Welfare Reform - Centennial Hospitals

| | FY1997 | FY1998 | FY1999 | Source / Notes: |
|---|---|---|---|---|

### Loss of Medicaid Benefits After Welfare Reform
% not enrolled in Medicaid after Welfare Reform
- Children: 26.0%
- Parents: 56.0%

"Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000

Participation distribution percentage (among Medicaid participating population)
- Children: 53.0%
- Parents: 47.0%

"Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000

Loss of Medicaid (weighted average based on participation distribution percentage)
- Children: 13.8%
- Parents: 26.3%
- Total: 40.1%

**a) Loss of Medicaid**

| | ($000s) |
|---|---|
| Centennial | 40.1% |
| Net impacted cases, adjusted for Loss of Medicaid | $ (1,975) |
| | 249 |

### Uninsured After Leaving Welfare
Medicaid "leavers" who secured private coverage
- Children: 13.0%
- Parents: 15.0%

"Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000

Participation distribution percentage (among Medicaid participating population)
- Children: 53.0%
- Parents: 47.0%

"Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000

Loss of Medicaid (weighted average based on participation distribution percentage)
- Children: 6.9%
- Parents: 7.1%
- Total: 13.9%

**b) Not-Insured**

| | ($000s) |
|---|---|
| Centennial | 86.1% |
| Net impacted cases, adjusted for Not-Insured | $ (1,699) |
| | 215 |

**c) Don't seek care**

| | ($000s) |
|---|---|
| Centennial | 6.0% |
| Total | $ (102) |
| | $ (102) |

"Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000

| | | |
|---|---|---|
| Adj for avoided var cost | 100% | Avoided var cost |
| Var cost % Medicaid rate | | |
| Avoided var costs | $ 102 | |
| Combined impact | - | |

Our assumption is that the Medicaid rate as a percent of total cost is equal to our less than variable cost as a percent of total cost, and no additional impact would be realized.