EXHIBIT 16.3

## Medicaid Impact, 1997 Welfare Reform - Centennial Hospitals

### c) Seek Care

|  | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
|  | ($000s) | | |
| Centennial | 94.0% | | |
| Net impacted cases, adjusted for percent who Seek Care | $ (1,597) | | Lost revenue |
|  | 202 | | |

### d) Incremental revenue from Medicaid 'leavers' with private ins.

|  | ($000s) | | |
|---|---|---|---|
| Loss of Medicaid After Welfare Reform | $ (1,975) | | row 64 |
| less: Not-Insured | (1,699) | | row 82 |
| Total insured | $ (275) | | BDC analysis of DVOG payment rates by payor, 1996-1998 |
| Comm to Medicaid rate | 1.43 | | |
| Incremental Comm rev | $ 119 | | [$275 x 1.43] - $275 = $119 |

### Summary

### c) Seek Care

|  | FY1997 | FY1998 | FY1999 |
|---|---|---|---|
| Centennial | $ (1,597) | $ (1,613) | $ (1,630) |
| **Total Base Impact** | $ (1,597) | $ (1,613) | $ (1,630) |
|  | 1.0% | 1.0% | 1.0% Medicaid payment inflation |

### d) plus: Inc Comm payments on insured cases

|  |  |  |  |
|---|---|---|---|
| | $ 119 | $ 122 | $ 126 |
| | 3.0% | 3.0% | 3.0% Commercial payment inflation in excess of Medicaid |

### Allocation % of Base impact

| Centennial | 100.0% | 100.0% | 100.0% |

### Allocation of In Comm payments

|  |  |  |  |
|---|---|---|---|
| Centennial | $ 119 | $ 122 | $ 126 |
| **Total Inc. Adjustments** | $ 119 | $ 122 | $ 126 |

Sources / Notes:
(1) June 30, 1998 AHERF Patient Financial Services report.
(2) June 30, 1997 Year End AHERF Financial Reporting Summary.
(3) "Health Care and Welfare: An Update of Findings from State-Level Leaver Studies", Center on Budget and Policy Priorities, by Jocelyn Guyer, August 16, 2000.
(4) "Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, 3/2000.
(5) 3/19/96 memo from Stephen H. Spargo summarizing impact of General Assistance Cuts on AHERF facilities.
(6) Based on 1997 AHERF-East Medicaid collections (YE Financial Reporting Summary, 7/17/96 (PR-SEC 00979)), and AHERF East Medicaid discharges (AHERF Financial Reporting Summary, June 1997 (DB-CM-10-00370)).

EXHIBIT 16.4

# Medicaid Impact, 1996 Welfare Reform - Centennial Hospitals

## OBJECTIVE

Derive estimate of Centennial Hospital Reductions due to General Assistance Cuts based on approached used by State of PA (1) in DVOG hospital estimates

## RESULT SUMMARY

|  | DVOG | | | | Centennial | | |
|---|---|---|---|---|---|---|---|
|  | MCP | HUH | AGH | SCHC | Graduate | City Ave. | |
|  | *Figures are in $000s* | | | | | | |
| NPR (1) |  |  |  |  |  |  |  |
| Medical Assistance Reimbursement | $ 180,072 | $ 302,900 | $ 402,825 | $ 136,546 | $ 161,636 | $ 103,562 | |
| Reductions due to General Assistance Cuts | 49,508 | 38,406 | 28,019 | 15,205 | 10,234 | 17,039 | |
|  | $ 8,827 | $ 6,126 | $ 5,712 | $ 3 | $ 1,848 | $ 3,077 | Centennial cuts derived based on DVOG state of PA estimates |
| Reductions % | 17.8% | 16.0% | 20.4% | 0.0% | 18.1% | 18.1% | |

### Sources / Notes:
(1) DVOG from 3/19/96 memo from Stephen Spargo to Sherif Abdelhak [DM2036.TIF page 1 of 34]; Centennial from PA Health Care Cost Containment Council ("PHC4"), 1995 NPR reporting.
(2) Centennial Medical Assistance Reimbursement based on Medicaid % NPR reported in 1997 PHC4 reports applied to NPR.
(3) Centennial reductions due to General Assistance cuts percentage based on DVOG hospital, less SCHC, average.

EXHIBIT 16.5

## Malpractice Insurance Cost Impact - Centennial Hospitals

### OBJECTIVE
Determine the increase in CAT fund and malpractice premiums over 1997 base line

### METHODOLOGY
$ Impact = Actual CAT Fund increase in each year 1997, 1998 and estimated 1999 over actual 1996

### RESULT SUMMARY

**Est. AHERF Earning Impact ($000)**

| By Facility | | 1994 | 1995 | Annual Negative Impact 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|---|---|
| Centennial | AUH, City Ave & Parkview | | | | (85) | (256) | (249) |
| Centennial | AUH, Graduate | | | | (129) | (448) | (436) |
| By Obligated Group | | | | | | | |
| AGH | | | | | | | |
| AUMC | | | | | $ - | $ (1,453) | $ (4,341) | $ (4,249) |
| Centennial | | | | | (384) | (482) | (469) |
| DVOG | | | | | (214) | (704) | (685) |
| **AHERF Total** | | | | | (2,057) | (6,058) | (5,883) |
| | | | | | (4,107) | (11,585) | (11,287) |

### CALCULATION DETAIL

| | CY1994 | CY1995 | CY1996 | CY1997 | CY1998 | CY1999 | Source / Notes |
|---|---|---|---|---|---|---|---|
| CAT Fund Premiums (CY) | | | | | | | |
| AHERF base entities (a) | $ 3,546,000 | $ 9,644,000 | $ 4,811,000 | $ 15,532,000 | $ 15,187,000 | $ 15,187,000 | Source: AHERF letter to Governor Ridge RE: CAT Fund increase, 12/97 |
| % increase | | 172% | -50% | 223% | -2% | 0% | Trend cycle would indicate a 1999 premium increase, held constant to be conservative |
| AHERF entities added FY95 (b) | | 5,798,000 | 3,339,000 | 6,930,000 | 6,741,000 | 6,741,000 | |
| % increase | | | -42% | 108% | -3% | 0% | |
| AHERF entities added FY97 (c) | | | 2,627,519 | 3,822,000 | 3,759,000 | 3,759,000 | 1995 imputed based on 1995 / 1996 relationship of base (a) and FY95 entities (b) |
| % increase | | | | 176% | -2% | 0% | |
| Total AHERF CAT Fund Premium | $ 3,546,000 | $ 15,442,000 | $ 9,536,755 | $ 26,284,000 | $ 25,687,000 | $ 25,687,000 | |

| | FY1994 | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|---|
| CAT Fund Premiums (FY) | | | | | | | |
| AHERF base entities (a) | | $ 6,595,000 | $ 7,227,500 | $ 10,171,500 | $ 15,359,500 | $ 15,187,000 | Conversion from CY to FY based on straight average (last six months of prior CY plus first six months of current calendar year) |
| % increase | | | 10% | 41% | 51% | 0% | |
| AHERF entities added FY95 (b) | | 5,798,000 | 4,568,500 | 5,134,500 | 6,835,500 | 6,741,000 | |
| % increase | | | -21% | 12% | 33% | 0% | |
| AHERF entities added FY97 (c) | | | $ 2,007,137 | 2,604,378 | 3,790,500 | 3,759,000 | |
| % increase | | | | 30% | 46% | 0% | |
| Total AHERF CAT Fund Premium | $ - | $ 12,393,000 | $ 13,803,137 | $ 17,910,378 | $ 25,985,500 | $ 25,687,000 | |

| | | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 | |
|---|---|---|---|---|---|---|---|
| Incremental EBITDA Impact ($000s) | | | | | | | |
| Base entities (a) | | | | $ (2,944) | $ (8,132) | $ (7,960) | |
| Entities added FY95 (b) | | | | (566) | (2,267) | (2,173) | |
| Entities added FY97 (c) | | | | (597) | (1,186) | (1,155) | |
| Total | | | | $ (4,107) | $ (11,585) | $ (11,287) | |

EXHIBIT 16.5

*Malpractice Insurance Cost Impact - Centennial Hospitals*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Net Patient Revenue** | | | | | | |
| AHERF base entities (a) | | | | | | |
| AGH | Allegheny General Hospital | $ 403,861,000 | $ 394,561,000 | $ 441,088,000 | $ 450,131,000 | $ 450,131,000 |
| DVOG | AUH, Bucks County | 44,520,000 | 47,953,000 | 50,293,000 | 44,479,000 | 44,479,000 |
| DVOG | AUH, Elkins Park | 55,546,000 | 57,798,000 | 57,297,000 | 48,006,000 | 48,006,000 |
| DVOG | AUH, MCP | 180,072,000 | 189,993,000 | 212,699,000 | 180,211,000 | 180,211,000 |
| DVOG | St. Christopher's Children | $ 127,317,000 | 134,149,000 | 132,029,000 | 120,360,000 | 120,360,000 |
| AHERF entities added FY95 (b) | | | | | | |
| DVOG | AUH, Hahnemann | $ 302,900,000 | $ 322,470,000 | $ 315,099,000 | $ 290,132,000 | $ 290,132,000 |
| AHERF entities added FY97 (c) | | | | | | |
| AUMC | AUMC, Allegheny Valley | $ - | $ - | $ 25,300,724 | $ 67,576,062 | $ 67,576,062 |
| AUMC | AUMC, Canonsburg | - | - | - | 27,614,862 | 27,614,862 |
| AUMC | Forbes Regional Hospital | - | - | - | 96,618,360 | 96,618,360 |
| Centennial | AUH, City Ave & Parkview | - | - | 49,693,892 | 101,744,000 | 101,744,000 |
| Centennial | AUH, Graduate | $ - | $ - | $ 16,612,246 | 178,199,000 | 178,199,000 |
| | | | | 25,175,334 | | |

| **%NPR** | | | | | | |
|---|---|---|---|---|---|---|
| AHERF base entities (a) | | | | | | |
| AGH | Allegheny General Hospital | 50% | 48% | 49% | 53% | 53% Calculated |
| DVOG | AUH, Bucks County | 5% | 6% | 6% | 5% | 5% |
| DVOG | AUH, Elkins Park | 7% | 7% | 6% | 6% | 6% |
| DVOG | AUH, MCP | 22% | 23% | 24% | 21% | 21% |
| DVOG | St. Christopher's Children | 16% | 16% | 15% | 14% | 14% |
| AHERF entities added FY95 (b) | | | | | | |
| DVOG | AUH, Hahnemann | 100% | 100% | 100% | 100% | 100% |
| AHERF entities added FY97 (c) | | | | | | |
| AUMC | AUMC, Allegheny Valley | | | 22% | 14% | 14% Used for facility level allocation |
| AUMC | AUMC, Canonsburg | | | 0% | 6% | 6% |
| AUMC | Forbes Regional Hospital | | | 43% | 20% | 20% |
| Centennial | AUH, City Ave & Parkview | | | 14% | 22% | 22% |
| Centennial | AUH, Graduate | | | 22% | 38% | 38% |
| AHERF base entities (a) | | | | | | |
| AGH | Allegheny General Hospital | | | 100% | 100% | 100% |

**Est. DVOG Impact ($000)**

| | | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 |
|---|---|---|---|---|---|---|
| DVOG | AUH, Bucks County | | | $ (1,453) | $ (4,341) | $ (4,249) |
| DVOG | AUH, Elkins Park | | | (166) | (429) | (420) |
| DVOG | AUH, MCP | | | (189) | (463) | (453) |
| DVOG | St. Christopher's Children | | | (701) | (1,738) | (1,701) |
| | | | | (435) | (1,161) | (1,136) |
| AHERF entities added FY95 (b) | | | | | | |
| DVOG | AUH, Hahnemann | | | $ (566) | $ (2,267) | $ (2,173) |
| DVOG Total | | | | $ (2,057) | $ (6,058) | $ (5,883) |

| AHERF entities added FY97 (c) | | FY1995 | FY1996 | FY1997 | FY1998 | FY1999 |
|---|---|---|---|---|---|---|
| AUMC | AUMC, Allegheny Valley | | | $ (129) | $ (170) | $ (165) |
| AUMC | AUMC, Canonsburg | | | - | (69) | (68) |
| AUMC | Forbes Regional Hospital | | | (254) | (243) | (236) |
| Centennial | AUH, City Ave & Parkview | | | (85) | (256) | (249) |
| Centennial | AUH, Graduate | | | (129) | (448) | (436) |

Source: PA Health Care Cost Containment Council Hospital Financials
Used for facility level allocation (1999 based on 1998 actual)

*Malpractice Insurance Cost Impact - Centennial Hospitals*

EXHIBIT 16.5

**Sources:**

| Source | Data |
|---|---|
| AHERF letter to Governor Ridge Re: CAT Fund increase, 12/97 | AHERF CAT Fund Premium |
| PA Health Care Cost Containment Council Hospital Financials | Used for facility level valuation impact allocation |
| PA Medical Society, "History of Mandatory Coverage & Medical Liability Reform" | Verification of CAT Fund increase |
| http://www.pamedsoc.org/page_detail.cfm?id=1359&dx=17 | |
| Physician's News Digest, "CAT Fund Fight Brings Historical Tort Reform", 12/96 | Verification of CAT Fund increase |

**Notes:**

(a) Base entities:
  Allegheny General Hospital
  Bucks County Hospital
  Elkins Park Hospital
  Medical College of PA Hospital
  St. Christopher's Hosp for Children
(b) Entities added FY95:
  Hahnemann University Hospital
(c) Entities added FY97:
  Forbes Health System
  Graduate Health System
  Allegheny Valley Hospital
  Cannonsburg General Hospital
(d) PA physicians purchase malpractice insurance in a two layered fashion - a primary coverage of $300,000 per occurrence obtained from a commercial carrier and a mandatory excess liability obtained from the state run CAT (Catastrophic Loss) Fund.
(e) PA Medical Society - CAT Fund imposed an emergency surcharge 12/95, providers forced to pay the 1996 annual surcharge of 164% several months later.
(f) Physician's News Digest - CAT Fund proposed surcharge of 254% in 1997.



# Exhibit 17 – Materials Considered List

The following is a list of materials that I, Robert A. Dickinson, reviewed or relied upon in the preparation of my report dated November 9, 2004.

## Case Materials

1. PwC Response to Unsecured Creditors First Amended Complaint.
2. Report of R. Bruce Den Uyl, September 3, 2004.
3. Response of the Official Committee of Unsecured Creditors of AHERF to Defendant PricewaterhouseCoopers, LLP's First Set of Interrogatories.
4. Robert W. Berliner Supplementary Expert Report, September 3, 2004.
5. Supplemental Response of the Official Committee of Unsecured Creditors of AHERF to Defendant PricewaterhouseCoopers, LLP's First Set of Interrogatories.
6. Thomas W. Singleton, Turnaround Evaluation as of September 30, 1996, Expert Report dated August 2004.
7. Unsecured Creditors First Amended Complaint.

## Depositions and Affidavits

8. Anne Morse Deposition
9. Anthony Sanzo Deposition
10. Calvin Bland Deposition
11. Charles Martin Deposition
12. Daniel Stickler Deposition
13. David R. Mayeux Deposition
14. Edward Malmstrom Deposition
15. Harvey Levy Deposition
16. Judy Harrington Deposition
17. Lorrie Warner Declaration
18. Margaret McGoldrick Deposition
19. Mary Goessler, M.D. Deposition
20. Patrick Hurst Affidavit
21. Patrick Hurst Deposition
22. Robert M. McNair, Jr. Deposition
23. Shelly Gebar Deposition
24. Thomas W. Singleton Deposition

## Documents

25. "Allegheny Integrated Health Group, Strategic Business Plan, AHERF, December 1994". DBR-AA22586-22618.
26. "Delaware Valley Planning Initiative 1993-1994, Executive Summary", AHERF. Exhibit 871.
27. "Delaware Valley Planning Initiative Assessment of Internal Environment", AHERF. SA038.9-.33.
28. "Healthcare Delivery and Financing Progress Report, AHERF, March 1995". JD-SA-0000853-867.

BDC Advisors, LLC

*Exhibit 17: Materials Considered List*
*Page 2*

**Documents (continued)**

29. 1997 AHERF-E Financial Reporting Summary, July 17, 1996. PR-SEC-00979.
30. AEHRF Board of Trustees Annual Reports, 1995-1997.
31. AHERF audited financial statements, 1990-1997.
32. AHERF Board of Trustees minutes: December 16, 1994, December 14, 1995, March 27, 1997, April 10, 1997.
33. AHERF Board of Trustees Retreat, April 5, 1997, Board Book, Market Analysis, SA1812. Exhibit 723.
34. AHERF Executive Committee minutes: April 29, 1996, October 7, 1996, October 17, 1996, February 9, 1998, May 14, 1998, June 5, 1998, June 13, 1998, June 20, 1998, June 26, 1998, July 17, 1998, October 1, 1998, October 27, 1998
35. AHERF Finance Committee minutes: October 15, 1993, December 17, 1993, April 8, 1994, June 27, 1994, October 10, 1994, April 3, 1995, June 23, 1995, December 4, 1995, June 10, 1996, December 2, 1996, March 14, 1997, June 20, 1997, October 30, 1997 ; Carol Gordon Notes: October 1994, April 3, 1995, June 23, 1995, June 10, 1996, December 2, 1996, March 14, 1997, June 20, 1997, October 30, 1997
36. AHERF Financial Reporting Summary, June 1997. DB-CM-10-00370.
37. AHERF letter to Pennsylvania Governor Ridge, December 2, 1997.
38. AHERF Managed Care Status reports, DM209.TIF, pp. 1-67.
39. AHERF Official Statements March 9, 1995, May 30, 1996 and June 13, 1996.
40. AHERF risk sharing agreements: Keystone, DC7474 pp. 1-19; HealthAmerica, COV0744-0795 and COV0844-0995; and USHealthCare, DB-CM-02-00108-00377.
41. AIHG Board of Trustee Board Books, 1994-1998.
42. Annual Meeting of the Board of Trustees, MCP and HUHS, December 14, 1995 Board Book, Health Care Delivery and Financing, Progress Report, December 1995 Executive Summary. DBR-LI0019948-20384.
43. Coopers & Lybrand AHERF Management Comment Letters, FYE 1995-1997.
44. Coopers & Lybrand FY1996 trial balance, CL010979-CL011595.
45. Due Diligence Material Related to Acquisition of the United Hospitals.
46. DVOG net patient revenue, CL010584-010585; DVOG adjustments to accounts receivable, CL010553 - 010555; FY1996 DVOG financial statements, CL 010463-010487.
47. Exhibit 1672.
48. Exhibit 901.
49. FY1996 Budget Book. PR-RA 00418-00576.
50. FY1997 Budget Book. PR-RA 00577-00715.
51. FY1998 Budget Book. PR-RA 00716-00878.
52. June 30, 1997 Year-End AHERF Financial Reporting Summary. DB-CM-10-00311.
53. June 30, 1998 AHERF Patient Financial Services Report. TN RC033 04865.
54. Memo from Joseph Scharf to Kelly Mertz. PR-DLC-160-02768-88.
55. Memorandum from Daniel Cancelmi, Senior Director, Corporate Accounting and Financial Reporting to Al Adamezak, December 1, 1997. DBR-AA8461-62.
56. Memorandum from Stephen H. Spargo, Senior Vice President, Corporate Support Services for AHERF to Sherif Abdelhak and David W. McConnell, March 19, 1996. Exhibit 271.
57. Secondary Market Disclosure Reports, 1992-1997.

58. Special Meeting of the Board of Trustees of AHERF, September 16, 1996 Board Book, 10 Year Self Assessment Report – Hospital System / AIHG. Exhibit 1988.

**Publicly Available Reports**

59. "A Report on Welfare Reform in Pennsylvania at the One Year Mark March 3, 1998", Philadelphia Unemployment Project, Executive Summary.
60. "Allegheny: What Happened and Why", paper published at the 1999 Annual Meeting of the American Health Lawyers by Howard A. Burde, Esq., Deputy General Counsel of the Governor's Office of General Counsel, June 27-30, 1999, Chicago, IL.
61. "Financial Performance of Academic Health Center Hospitals, 1994-2000", published by The Commonwealth Fund, September 2002.
62. "Health Care after Welfare: An Update of Findings from State-Level Leaver Studies", Jocelyn Guyer, Center on Budget and Policy Priorities, August 16, 2000.
63. "History of Mandatory Coverage & Medical Liability Reform in the 1990s", Pennsylvania Medical Society.
64. "The AHERF Bankruptcy and its Aftermath: Implications for Managers and Trustees, Part 1", Cain Brothers, published in Strategies in Capital Finance, Summer 1999, Volume 27.
65. "The Fall of the House of AHERF: The Allegheny Bankruptcy" written by Lawton R. Burns, John Cacciamani, James Clement and Welman Aquino in the January/February edition of Health Affairs, vol. 19, no. 1.
66. "The Impact of the Medicare Balanced Budget Refinement Act on Medicare Payments to Hospitals", American Hospital Association, February 1, 2000 (i.e., Lewin Report).
67. "Welfare Reform – Less Than Meets the Eye" Michael Tanner, Policy Analysis No. 473, April 1, 2003, The Cato Institute.
68. Delaware Valley Healthcare Council, Environmental Assessment, 1999 Update Executive Summary and Report.
69. Federal Register.
70. Gartner Group Healthcare Market Overview, June 1, 1999.
71. Greater Philadelphia's Challenge: Capitalizing on Change in the Regional Health Care Economy, Pennsylvania Economy League, Inc., February 1996.
72. Medicaid in Pennsylvania", Peg J. Dierkers, Deputy Secretary for Medical Assistance Programs, Department of Public Welfare, March 2000.
73. Medical Assistance Bulletin, Commonwealth of Pennsylvania, Department of Public Welfare, No. 99-96-05, June 14, 1996.

**Data**

74. American Hospital Association Guide to Hospitals, 1994-1997.
75. American Hospital Directory, on-line subscription, various years.
76. Center for Medicare Services, AHERF-E hospital costs reports and cost report data, various years.
77. Data from American Association of Health Plans.
78. Data from Pennsylvania Department of Health, Division of Health Statistics, 1994-1998.
79. Data from Pennsylvania State Data Center, 1995-1999.
80. HCA 10-K reports, 1996-2000.

### Data (continued)

81. HCRIS Medicare Cost Report data files, various years.
82. Pennsylvania Health Care Cost Containment Council, Hospital Financial summary reports, various years.
83. Published article from American College of Physicians.
84. Published article from Graduate School of Business Stanford University.
85. Published article from Pennsylvania Medical Society.
86. Published article from Robert Wood Johnson Foundation.
87. Published article from The Council of State Governments.
88. Tenet 10-K reports, 1996-2000.
89. The Almanac of Hospital Financial and Operating Indicators, 1998-1999, Center for Healthcare Industry Performance Studies ('CHIPS').
90. The Almanac of Hospital Financial and Operating Indicators, Volume 1, 1997, University HealthSystem Consortium.
91. The BBA and a Guide to Hospital Performance, HCIA, 1999.
92. The Comparative Performance of U.S. Hospitals, The 2001 Sourcebook, and The 2003 Sourcebook, Solucient.
93. The Hospital Accounts Receivable Analysis, 1996 and 1997.

### Articles and Publications

94. Various news periodicals and journal publications:
    i. American Association of the Advancement of Science
    ii. Daily Pennsylvanian
    iii. Financial Practice and Education
    iv. Harvard Business Review
    v. Health Affairs
    vi. Healthcare Purchasing News
    vii. Journal of Finance
    viii. Journal of Finance and Economics
    ix. Journal of the American Medical Association
    x. Medical Economics
    xi. Medical Industry Today
    xii. Modern Healthcare
    xiii. Moody's Investor Services
    xiv. Philadelphia Business Journal
    xv. Philadelphia Inquirer
    xvi. Physician News Digest
    xvii. Pittsburgh Business Times
    xviii. Pittsburgh Post-Gazette
    xix. PR Newswire
    xx. The Review of Financial Studies
    xxi. University of California Santa Barbara publications.