**Appendix 1**

# Cravath, Swaine & Moore, LLP
# Unsecured Creditors of AHERF v. PwC
## Civil Action No. 00-684

Market Environment and AHERF-E Impact

November 2004

**BDC Advisors, LLC**

San Francisco ▪ Boston ▪ Washington, DC

Key Definitions . . . Timeline

## Selected Events Timeline



External Events

Growth in HMO enrollment
Increasing malpractice premium / CAT Fund

PA Welfare Reform / Act 35 signed into law

Approval of final PA state budget, including Medicaid cut due to Welfare Reform / Act 35

Implementation of PA Welfare Reform / Act 35

Implementation of mandatory Medicaid managed care begins

Publication of proposed rule for Medicare changes

Enactment of Balanced Budget Act

3/96   5/96   6/96   7/96   10/96   2/97   5/97   6/97   8/97   2/98   7/98   9/98   11/98   2/99

4/88

AHERF enters Philadelphia market through MCP acquisition

Beginning of FY1997

PwC presents results of its audit of AHERF's FY 1996 financial statement

Graduate Hospitals become part of AH, Centennial via statutory merger

PwC presents results of its audit of AHERF's FY1997 financial statement

Vanguard enters into asset purchase agreement to buy AHERF-E

AHERF-E files bankruptcy

AHERF officials acknowledge that FY1997 financial statements are inaccurate

Sale of AHERF-W

Sale of AHERF-E to Tenet

### AHERF Events

Source:   BDC Advisors, LLC analysis

BDC Advisors, LLC

*Key Definitions . . . AHERF-East*

# AHERF-East Entities – FY1997 to FY1998

| AHERF-East Entities | FY1997 | FY1998 |
|---|---|---|
| Allegheny University Medical Practices 1 | ✓ | ✓ |
| Delaware Valley Obligated Group ("DVOG") | | |
| **Allegheny University of the Health Sciences** | ✓ | ✓ |
| **Allegheny University Hospital MCP** | ✓ | ✓ |
| **Allegheny University Hospital Hahnemann** | ✓ | ✓ |
| **Allegheny University Hospital Bucks County** | ✓ | ✓ |
| **Allegheny University Hospital Elkins Park** | ✓ | ✓ |
| **Allegheny University Hospital St. Christopher** | ✓ | ✓ |
| Allegheny Hospitals ("AH"), Centennial 2 | | |
| **Centennial Graduate** | ✓ | ✓ |
| **Centennial City Avenue** | ✓ | ✓ |
| **Centennial Parkview** | ✓ | ✓ |
| **Centennial Mt. Sinai** | ✓ | Closed October, 1997 |

Note:   Check mark indicates AHERF-owned entity during a specific fiscal year
        (1) Doing business as Allegheny Integrated Health Group in FY1997
        (2) Graduate Hospitals became part of AH, Centennial via statutory merger, effective May 1, 1997 (per FY 1997 audited financial statements)
Source:  AHERF

**BDC Advisors, LLC**

2

# Market Environment

BDC Advisors, LLC

*Market Environment . . . Summary*

## In the mid-1990s, competition among hospitals intensified as price among selected payors and volume declined.

- Hospital reimbursement failed to keep pace with rising costs due in part to a market structure dominated by two health plans and increasing HMO enrollment.

- To balance the power among hospitals against two major health plans and respond to managed care, hospitals actively consolidated ownership but did not consolidate bed supply sufficiently to increase occupancy.

- Medicare and Medicaid program changes and payment reductions made it more difficult for hospitals to cover expenses.

  - ↑ Balanced Budget Act (BBA) of 1997 reduced Medicare payments beginning in FY1998.

  - ↑ The 1996 PA Welfare Reform Act placed restrictions on eligibility, reducing FY1997 Medicaid volume.

- As hospital payments continued to decline, hospital financial performance deteriorated among hospitals in Philadelphia.

Source: BDC Advisors, LLC analysis

**BDC Advisors, LLC**

4