# Non-Commercial Business Impact . . . Executive Summary

### Increased Managed Care Enrollment

- Volume shift from traditional indemnity / FFS to managed care
- Emergence of less restrictive managed care products, i.e., POS, PPO, to compete with traditional Indemnity / FFS plans

### Steep Provider Discounts

- Managed care plans sought cost saving opportunities through provider discounts and selective contracting
- Can be responsible for up to 20% negative impact on non-HMO commercial payment to providers

### Excess Bed Capacity

- Hospital providers lacked negotiation leverage due to excess bed capacity

### Declining Inpatient Utilization Trends

- A declining hospital utilization trend did not improve hospital occupancy over time
- Can be responsible for up to 14% negative impact on non-HMO commercial payment to providers





**Negative Impact on Non-HMO Commercial Payment**

Source: Robert Wood Johnson Foundation; Center for Health Care Policy and Evaluation

**BDC Advisors, LLC**

15

*Non-Commercial Business Impact . . . Provider Discounting Impact*

## Research studies show that managed care product price discounting can be responsible for non-managed care product pricing discounts of up to 20%.

### Price Discount Impact Studies

| Research Study / Source | Key Finding |
|---|---|
| Johns, L. "Selective Contracting in California." *Health Affairs*, Fall 1985 | • In the California MediCal program, selective contracting with hospitals was found to be responsible for cost reduction of over 15% |
| Verrilli, D.K., Zuckerman, S. "Preferred Provider Organization and Physician Fees." *Health Care Financial Review*, Spring 1996161-170 | • Two national PPOs negotiated a weighted average price discounts of 12 – 21% for physician services compared to traditional insurance in 1993 |
| Lewin Group (1994, 1997) | • PPOs and POS achieved an 8% savings from provider discounts and utilization management from 1991 to 1996<br>• The estimate is lower than other studies, in part, because they take account of the additional plan administrative costs involved in obtaining and processing discounts |
| American Association of Preferred Provider Organization (1999) | • PPOs offer savings over traditional health plans. The source of cost savings is primarily discounts on physician fees and hospital per diem payments, with discounts ranging up to 20% off standard fees |

Source: Health Affairs, Health Care Financial Review, Lewin Group, American Association of Preferred Provider Organizations; BDC Advisors, LLC

BDC Advisors, LLC

16

## Non-Commercial Business Impact... Utilization Impact

**The implementation of utilization management programs to improve the financial performance of managed care products has reduced non-HMO product provider payments by up to 14% from decreased non-HMO patient utilization.**

### Utilization Impact Studies

| Research Study / Source | Key Finding |
|---|---|
| Smith, D. "The Effects of Preferred Provider Organization on Health Care Use and Costs." Final Report to the Robert Wood Johnson Foundation, Grant No. 20040. Ann Arbor, MI: University of Michigan, November 1995 | • PPOs showed costs savings of 12 to 14% when compared to indemnity plan with utilization review[1]<br>• This cost saving was the result of lower utilization rates, including 9.7% lower rate of physician office visits and 9.3% lower rate of hospital admissions |
| The Lewin Group, "Managed Care Savings", 1997, commissioned by American Association of Health Plans | • Each ten percentage point increase in managed care enrollment is associated with a one percentage point reduction in the rate of growth in health spending for all plans, including traditional indemnity plans |
| Frech, T., "Managed Health Care Effects: Medical Care Costs and Access to Health Insurance", Department of Economics, University of California, Santa Barbara, 2000 | • The practice of utilization management by managed care health plans decreased utilization and is responsible for up to 8% in cost savings for PPO and POS, and up to 22% in cost savings for HMOs |
| Greenfield S, et al. "Variations in Resource Utilization Among Medical Specialties and Systems of Care. *Journal of the American Medical Association.* March 25, 1992 | • After adjusting for differences in patient mix, traditional practice / payment methods had 41% more hospitalization and 12% higher prescription drug use than HMOs |
| Miller RH, Luft HS. Managed Care Plan Performance Since 1980: A Literature Analysis. *Journal of the American Medical Association.* May 18, 1994 | • A review of research since 1980 found lower hospital use in HMOs (reflecting both generally lower admission rates and consistently shorter length-of-stay), reduced intensity of tests and procedures, and mixed effects on physician visits, compared to traditional coverage |

Source: Robert Wood Johnson Foundation, Lewin Group, Journal of the American Medical Association, UCSB, American Association of Health Plans; BDC Advisors, LLC

**BDC Advisors, LLC**  17

# IDS Strategy and AHERF Application

## IDS Strategy . . . Executive Summary

**Growth in managed care and reductions in payment among selected payors and volume created new challenges for hospital systems. A common response among Delaware Valley hospital systems was the formation of integrated delivery systems (IDS).**

### Strategic Objective

- Increase scope of service
- Control managed care lives
  - ↑ Grow volume to stabilize revenue
  - ↑ Additional patients to support research and teaching mission
- Acquire physician practices
  - ↑ Increase patient base through broader geographic coverage
  - ↑ Primary care physicians to manage service delivery and control total cost
- Consolidate hospital capacity
  - ↑ Broader geographic coverage
  - ↑ Control costs
- Infrastructure investments
  - ↑ Develop care management systems required under managed care contracts



### IDS Imperative

- Establish relationship with a medical school to gain access to state-of-the-art science and medicine
- Grow regional share to improve negotiations with health plans
- Develop primary care physician (PCP) networks to increase patient base and appeal to health plans for the management of covered lives
- Develop relationship with community hospitals to increase patient base
- Improve operational effectiveness to achieve cost competitiveness and enhance clinical quality

Source: AHERF Strategic Planning and acquisition material; BDC Advisors, LLC analysis

**BDC Advisors, LLC**  19