# IDS Strategy . . . Operating Efficiencies

**Because managed care represents lower and/or fixed payment, reducing the cost of operations was a critical success factor.**

## Rationale

- Achieving efficiency requires rationalizing services, developing economies of scale, streamlining processes, and sharing best practices
- Alleviating cost pressures requires joint purchasing / standardization programs for supplies and growth to spread overhead costs

## Market Evidence

- Philadelphia MSA hospital workforce reduction of 22K – 40K from 1995 to 2000 is primarily related to the need to reduce costs[1]
- JHS
  - ↑ Combined Methodist and St. Agnes management via joint operating agreement
  - ↑ Eliminated duplicative technology investments
- AHERF
  - ↑ Initiated Clinical Outcomes Management Program and Critical Pathways
  - ↑ Consolidated programs, e.g. relocation of transplant and other tertiary services to HUH, relocation of selected services to MCPH
  - ↑ Centralized corporate services and clinical programs oversight

Note (1): 1996 PA Economy League Report on Greater Philadelphia's healthcare economy
Source:  AHERF Strategic Planning and Acquisition materials; BDC Advisors, LLC analysis

**BDC Advisors, LLC**



25

## IDS Strategy ... Key Success Factors

**The IDS strategy requires health systems to manage between the often conflicting and capital-intensive objectives of service delivery and population management.**

### Managed Care Strategy Rationale

| | Service Delivery | Population Management |
|---|---|---|
| • Revenue: | Per unit of service (e.g., fee-for-service) | Per covered life (e.g., capitation) |
| • Differentiation: | Service / Quality | Cost |
| • Operational Focus: | Delivery of Services | Population Management |
| • Efficiency Measure: | Cost Management per Unit | Cost Avoidance |
| • Operating Units: | Hospital Services and Service Lines | Continuum of Care |
| • Clinical Focus: | Event / Disease Management | Disease Management |
| • Risk Assumption: | Intensity | Actuarial |
| • Triage Competency: | Referral Management | Demand Management |

Source: BDC Advisors, LLC

**BDC Advisors, LLC**   26

## IDS Strategy . . . Key Success Factors

Integrated delivery systems tend to experience better financial performance when they pursue a prevailing strategy between service delivery or population management, rather than pursue both strategies simultaneously.

### Managed Care Strategy Rationale



Source: BDC Advisors, LLC

**BDC Advisors, LLC**

27

## IDS Strategy... Impact on AHERF

**The strategic investments made by AHERF-East were capital intensive and did not yield short-term financial returns or immediate hospital cost savings.**

### AHERF Delaware Valley Planning Initiative

- Consolidate hospital facilities – Appeal to HMO plans and achieve operating economies of scale
- Acquire physician practices – Generate incremental revenue and control hospital costs
- Enter into full risk contracts – Secure patient volumes and hospital risk pool savings
- Invest in system infrastructure – Implement care management processes to reduce cost, improve quality and increase efficiency of care delivery



### Outcome

- AHERF pursued a physician practice integration and hospital consolidation strategy at a rapid pace in 1996 and 1997 that consumed significant capital
- AIHG's capital investment cost and operating losses exceeded its contribution to AHERF-East's financial performance
- Hospital operating scale efficiencies did not materialize to keep up with the slower rate of increase in net patient revenues

Note (1): Developed over a two-year period ending in 1995
Source:   AHERF Strategic Planning and Acquisition materials; AHERF FY 1995-1997 audited financial statements; 2002 Almanac of Hospital Financial & Operating Indicators; BDC Advisors, LLC analysis

**BDC Advisors, LLC**                                                                                                      28

*IDS Strategy . . . AHERF Strategic Investments*

## AHERF-East acquired physician practices and consolidated hospital facilities at a rapid pace in 1996 and 1997.

### AHERF-East IDS Growth



Note (1): Approximately 75% of AIHG physician practices were based in the Delaware Valley region, and 25% in the Pittsburgh region.
Source:    AHA Guide to Hospitals, 1994 -1997; AHERF budgets and Board of Trustees annual reports; BDC Advisors, LLC analysis

**BDC Advisors, LLC**                                                                                              29