# IDS Comparative Assessment

BDC Advisors, LLC

## IDS Comparative Assessment ... Philadelphia IDS Comparison

### AHERF-East was relatively weak compared to other Delaware Valley hospital systems pursuing the strategy.

## Comparison of IDS Metrics – 1996

| IDS Metric | Univ of PA | Frankford | Jefferson | Temple | Crozer Keystone | AHERF East | Albert Einstein | Graduate | CHI |
|---|---|---|---|---|---|---|---|---|---|
| Total Facilities | ◐ | ○ | ● | ◐ | ◐ | ● | ◐ | ◐ | ○ |
| Total Beds | ◐ | ○ | ● | ◐ | ◐ | ● | ◐ | ◐ | ◐ |
| Avg. NPR per Facility | ◐ | ● | ◐ | ◐ | ● | ◐ | ◐ | ○ | ○ |
| Operating Margin Percentage | ● | ● | ◐ | ◐ | ◐ | ◐ | ◐ | ◐ | ○ |
| Total Margin Percentage | ● | ◐ | ◐ | ◐ | ○ | ◐ | ◐ | ◐ | ○ |
| Avg. Discharges per Facility | ◐ | ● | ◐ | ◐ | ● | ◐ | ◐ | ◐ | ○ |
| System Occupancy Percentage | ◐ | ● | ◐ | ● | ◐ | ◐ | ● | ◐ | ○ |
| **Total Score** | **5.6** | **5.2** | **5.0** | **5.0** | **4.6** | **4.6** | **3.8** | **3.0** | **1.6** |

Legend:
- ● 80th Percentile, 1.0 point
- ◐ 60th Percentile, 0.8 point
- ◐ 40th Percentile, 0.6 point
- ◐ 20th Percentile, 0.4 point
- ○ Bottom Quintile, 0.2 point

Note: Hospital systems ordered left to right, highest overall relative score to lowest; IDS metrics given equal weight in scoring. Harvey ball assignment per IDS metric is based upon relative rank order of health systems, i.e., top two health systems are 80th percentile or 1 point. IDS financial metrics based upon consolidating hospital financial statements. System facilities are based upon ownership, affiliation or control for 1996 only.

Source: Medicare Cost Reports, 1996; PA Health Care Cost Containment Council, 1996; BDC Advisors, LLC analysis

**BDC Advisors, LLC**                                                      31

*IDS Comparative Assessment . . . Philadelphia IDS Comparison*

## Philadelphia Region Integrated Delivery Systems, 1996

| IDS Metric | AHERF-East | Albert Einstein | CHI | CHOP | Crozer-Keystone | Frankford | Graduate | Jefferson | Temple | Univ of PA |
|---|---|---|---|---|---|---|---|---|---|---|
| System Facilities | 5 | 2 | 2 | 3 | 2 | 1 | 5 | 5 | 2 | 5 |
| System Beds | 1,652 | 701 | 418 | 381 | 793 | 343 | 982 | 1,864 | 663 | 1,502 |
| NPR per Facility | $ 150.5 | $ 141.6 | $ 62.8 | $ 100.8 | $ 176.1 | $ 177.4 | $ 72.7 | $ 140.2 | $ 174.7 | $ 169.1 |
| Operating Margin % | -2.9% | -8.0% | -33.2% | -10.7% | -3.4% | 1.4% | -13.5% | -1.7% | -1.2% | 0.9% |
| Total Margin % | 0.4% | 2.9% | -26.7% | 8.7% | -0.7% | 7.2% | -2.4% | 2.5% | 5.5% | 9.1% |
| Discharges per Facility | 12,125 | 11,700 | 7,854 | 5,613 | 16,727 | 18,433 | 8,071 | 12,602 | 14,982 | 12,782 |
| Occupancy % | 69.7% | 74.6% | 58.2% | 76.9% | 70.8% | 78.1% | 59.6% | 71.5% | 79.3% | 62.6% |

Notes: Consolidating net patient revenue, operating margin and total margin may exclude inter-company transfers and may not equal IDS consolidated financial / operating performance
System facilities are based upon ownership / joint venture / affiliation for 1996 only and excludes future years (e.g., 1997, 1998)
Graduate Ran cocas Hospital (NJ) is based upon 1997 data

Source: Medicare Cost Reports; Pennsylvania Health Care Cost Containment Council; BDC Advisors, LLC analysis

**BDC Advisors, LLC**                                                                                      32

# IDS Comparative Assessment ... MSA Comparison: PMPM vs. Beds



Commercial PMPM vs. Beds per 1,000 Lives, 1996

Note: Provider PMPM based upon pure single premium multiplied by the medical expense ratio; Source: Understudy, 1996 data; BDC Advisors, LLC analysis

**BDC Advisors, LLC**  33



# IDS Comparative Assessment ... MSA Comparison: Hospital Supply

## MSA Bed Supply, 1996

| MSA | Hospital Beds / 1,000 Lives |
|---|---|
| PITTSBURGH PA | 5.2 |
| ST LOUIS MO | 5.0 |
| BUFFALO NY | 4.4 |
| LOUISVILLE KY | 3.9 |
| MIAMI FL | 3.9 |
| ALBANY NY | 3.8 |
| PHILADELPHIA PA | 3.8 |
| TAMPA FL | 3.8 |
| ROCHESTER NY | 3.6 |
| BOSTON MA | 3.4 |
| MILWAUKEE WI | 3.3 |
| CINCINNATI OH | 3.2 |
| JACKSONVILLE FL | 3.2 |
| SAN FRANCISCO CA | 3.0 |
| LOS ANGELES CA | 2.8 |
| MINNEAPOLIS MN | 2.4 |
| ORANGE COUNTY CA | 2.4 |
| SAN JOSE CA | 2.3 |
| SACRAMENTO CA | 2.2 |
| SALT LAKE CITY UT | 2.2 |
| PORTLAND OR | 2.1 |
| SAN DIEGO CA | 2.1 |
| OAKLAND CA | 2.0 |
| RIVERSIDE CA | 2.0 |
| NEW HAVEN CT | 1.9 |

Source: Understudy, 1996 data; BDC Advisors, LLC analysis

**BDC Advisors, LLC**    34