# IDS Comparative Assessment . . . MSA Comparison: Days per 1,000 Lives

## MSA Utilization, 1996



Source: Understudy, 1996 data; BDC Advisors, LLC analysis

**BDC Advisors, LLC**

35

# Sale of AHERF - East

BDC Advisors, LLC

36

*Sale Process . . . Summary*

**The handling of the AHERF-East sale process negatively impacted the proceeds received at sale.**

## Decline in Value From Sale of AHERF-East

- Three factors known to negatively impact the asset sale price during the sale of AHERF-East were a lengthy sale process, low number of bidders, and the filing of bankruptcy

- The handling of the sale of AHERF-East's assets had a negative impact on the sale price based on the decline in AHERF-East hospital volume by 16% during the sale process

Source:  BDC Advisors, LLC analysis

**BDC Advisors, LLC**

37

*Sale Process . . . Auction*

**Based on research studies, a long auction process, low number of bidders and the filing of bankruptcy during a sale / auction process can result in a lower sale price.**

**Long Auction Process**

- AHERF decided to sell a portion of the AHERF-East in January 1998
- The sale was finally completed in November 1998

**Low Number of Bidders**

- AHERF began the sale of AHERF-East assets using a sole bidder approach in January 1998
- The sale process moved to a competitive auction in August 1998
- AHERF-East received only one bid by the time the first round bids were due (September 1998)

**Filing of Bankruptcy**

- AHERF-East filed for bankruptcy during the sale process in July 1998



Lower Sale Price

Source:   BDC Advisors, LLC

**BDC Advisors, LLC**

38

**Appendix 2**

# *Cravath, Swaine & Moore, LLP*
# *Unsecured Creditors of AHERF v. PwC*
## *Civil Action No. 00-684*

Hospital Turnaround Framework

November 2004

**BDC ADVISORS, LLC**

San Francisco ■ Boston ■ Chicago ■ Washington, D.C.