## Turnaround Factors – Overview

**Turnaround factors fall broadly into two categories – organizational (internal) factors** that are subject to intervention in influencing turnaround, and **market (external) factors** that can serve as enablers or constraints to intervention.

| Market (External) Factors | Organization (Internal) Factors |
|---|---|
| Market position | Service line volume and market position |
| Hospital market structure | Revenue cycle management |
| Physician market structure | Resource utilization |
| Structure of health care finance market | Labor management |
| Population demographics | Supply chain management |
| Local economic factors | Physician relationships |
| | Faculty / employed physician productivity |
| | Cash flow / balance sheet |
| | Management capability and experience |

BDC ADVISORS, LLC                                                                                     1

## Market (External) Factors

*ILLUSTRATIVE*

**Market factors sometimes can be influenced over the long term through competitive strategy, but rarely in sufficient time to influence a turnaround.**

- Market position
  - Share
  - Geographic coverage
  - Control of unique services (children's hospital, transplant services)
  - Consumer / Employer image ("indispensability")

- Hospital market structure
  - Supply and demand of competitor hospitals (over/under capacity)
  - Organization of competitor market (degree of consolidation)

- Physician market structure
  - Supply and demand of physicians
  - Specialty physician supply issues
  - Degree of organization of physician marketplace
  - Physician practice economics (managed care rates; malpractice issues)
  - Physician control of hospital and / or ancillary capacity

- Structure of health care finance market
  - Number of health plans
  - Degree of market managed care penetration
  - Type of health plan contracting arrangements (capitation, case rates, per diems, discounted charges, etc.)
  - Prevailing government rates and eligibility standards (Medicaid; Uncompensated care assistance)

- Population demographics (e.g.,
  - Age (Medicare eligible)
  - Stage of life (Women of childbearing age)
  - Socio-economic status (Medicaid enrollment)
  - Health care use rates
  - Disease incidence

- Local economic factors
  - Unemployment rates (Uninsured)
  - Degree of organization among employers

BDC ADVISORS, LLC

2

*Application of Turnaround Factors*

ILLUSTRATIVE

**External market forces that impact the structure of the industry evolve over time, requiring long-term commitment to influence change.**

| | Rate of Significant Change | |
|---|---|---|
| | ≤ 1 Yr | > 1 Yr |
| **Market Position** | | |
| Share | | ■ High |
| Geographic coverage | | ■ High |
| Control of unique services | | ■ High |
| Consumer/Employer image | | ■ High |
| **Hospital Market Structure** | | |
| Supply and demand of competitors (capacity) | | ■ High |
| Organization of competitor market (degree of consolidation) | | ■ High |
| **Physician Market Structure** | | |
| Supply and demand of physicians | | ■ High |
| Specialty physician supply issues | | ■ High |
| Degree of organization of physician marketplace | | ▨ Moderate |
| Practice economics | | ▨ Moderate |
| Physician control of hospital/ancillary capacity | | ■ High |
| **Structure of Healthcare Finance Market** | | |
| Number of health plans | | ■ High |
| Degree of market managed care penetration | | ▨ Moderate |
| Type of health plan contracts | | ▨ Moderate |
| Prevailing government rates and eligibility standards | | ▨ Moderate |
| **Population Demographics** | | |
| Age and Stage of Life | | ▨ Moderate |
| Socioeconomic status | | ▨ Moderate |
| Health care use rates | | ▨ Moderate |
| Disease incidence | | ▨ Moderate |
| **Local Economic Factors** | | |
| Unemployment rates | | ▨ Moderate |
| Degree of organization among employers | | ▨ Moderate |

Key:
■ High Impact
▨ Moderate Impact

Source: BDC Advisors, LLC

**BDC ADVISORS, LLC**

3

*Organizational (Internal) Factors*

**ILLUSTRATIVE**

# Organizational factors that are targets for intervention have the potential to effect a turnaround.

- **Service Line Market Position**
  - ↑ Launch new service
  - ↑ Recruit new physicians
  - ↑ Referral source development
  - ↑ Scheduling practices
  - ↑ Triage urgent care out of ER
  - ↑ Improve bed turnover
  - ↑ Add ICU/Med-Surg capacity

- **Revenue Cycle Management**
  - ↑ Adjust service mix to target more attractive payors
  - ↑ Rationalize price/volume relationships
  - ↑ Confront/cancel poor performing contracts
  - ↑ Improve billing efficiency
  - ↑ Pursue uncompensated care relief through legislature

- **Labor Management**
  - ↑ Develop census-based staffing
  - ↑ Raise authorization levels for overtime
  - ↑ Consolidate agency hiring
  - ↑ Implement recruiting/retention programs
  - ↑ Benchmark wage and benefits
  - ↑ Re-negotiate onerous work rules

- **Physician Relationships**
  - ↑ Implement medical advisory board
  - ↑ Ensure engaged, empowered medical leadership
  - ↑ Monitor and control medical director fees
  - ↑ Focus on issues important to efficient medical practice
  - ↑ Appropriate technology availability
  - ↑ Recruit star quality leaders and providers

- **Faculty Physician Productivity**
  - ↑ Benchmark physician productivity and compensation
  - ↑ Implement compensation based on productivity, collections
  - ↑ Benchmark practice operations and costs
  - ↑ Consolidate small practices
  - ↑ Differentiate between hospital and physician support staff in compensation package

- **Cash Flow / Balance Sheet**
  - ↑ Improve current accounts balance
  - ↑ Monetize fixed assets
  - ↑ Divest non-core businesses
  - ↑ Restructure debt
  - ↑ Establish development program

BDC ADVISORS, LLC

4

## Turnaround Factors – Timing

ILLUSTRATIVE

**Turnaround interventions vary in terms of the length of time required to have an impact and the risk associated with external market influence.**

| Implementation Risk | 0 – 3 Months | 3 – 12 Months | 12 – 24 Months | 24 – 60 Months |
|---|---|---|---|---|
| **Low** | Change scheduling practices to improve access<br>Improve bed turnover<br>Develop census-based staffing standards<br>Raise authorization levels for overtime use<br>Consolidate agency hiring<br>Ensure appropriate use of buying groups<br>Control supply / drug sales rep access to staff<br>Restructure debt | Referral source development<br>Triage urgent care out of ER<br>Improve billing efficiency<br>Implement recruiting / retention program to maintain full staffing<br>Ensure engaged, empowered medical leadership<br>Reduce length of stay<br>Monetize fixed assets<br>Divest assets and non-core business | Rationalize price / volume relationships<br>Exert political pressure to balance uncompensated care load | Pursue uncompensated care relief through legislature<br>Leverage political relationships<br>Establish development program |
| **Moderate** | Enforce formulary<br>A/R management<br>A/P management<br>Implement medical advisory board | Benchmark wage rates, benefits packages<br>Benchmark practice operations performance and costs<br>Implement supply chain management control systems<br>Develop / enforce standards for key medical supplies to enable consolidated purchasing<br>Implement technology review committee | Implement cafeteria benefits<br>Re-negotiate onerous work rules<br>Recruit new physicians<br>Monitor and control medical director fees<br>Implement compensation based on productivity, practice collections | Add ICU / Med-Surg capacity<br>Adjust service mix / geography to target more attractive payors |
| **High** | | Confront / cancel poor performing contracts<br>Consolidate small physician practices | Launch new service | |

Timing

BDC ADVISORS, LLC

5