## Organizational Factors – Service Line Volume & Market Position

*ILLUSTRATIVE*

### Factors
- Service line availability
- Volume / occupancy levels
- Access
  - → MD Supply
  - → Open vs. closed practices
  - → Time-to-appointment
  - → Scheduling practices
  - → Critical service throughput (ER, ICU, Med-Surg Beds)
- Relative market share

### Interventions
- Launch new service
- Recruit new physicians
  - → Direct employment
  - → Recruiting assistance for community groups
- Referral source development
- Change scheduling practices to improve access
  - → Same day appointments
  - → Central scheduling
- Triage urgent care out of ER
- Improve bed turnover
- Add ICU / Med-Surg capacity

### Enablers
- Market service gaps
- Strong demand
- Fragmented competitors
- Dynamic physician market

### Constraints
- New service start-up costs
- Dominant competitors
- Physician supply/practice economics
- Recruiting/credentialing delays for new physicians
- Physical space constraints

BDC ADVISORS, LLC

6

## Organizational Factors – Revenue Cycle Management

*ILLUSTRATIVE*

### Factors
- Payor mix
- Health plan rate structure
- Health plan price performance (net revenue per case / volume relationships)
- Contract performance (denials, timeliness of payments)
- Accounts receivable management efficiency
- Uncompensated care

### Interventions
- Adjust service mix / geography to target more attractive payors
- Rationalize price / volume relationships
- Confront / cancel poor performing contracts
- Improve billing efficiency (registration, documentation, claims submission, account follow-up)
- Sale of assets/divestiture
- A/P and A/R management
- Pursue Medicaid, uncompensated care relief through legislature

### Enablers
- Service line or geographic indispensability
- Competitive health plan market
- Political allies

### Constraints
- Service mix/distribution changes take time
- Contract cycles
- Weak market position – limited ability to influence health plans
- Weak political position

BDC ADVISORS, LLC

7

*ILLUSTRATIVE*

## Organizational Factors – Resource Utilization

**Factors**
- Length of stay
- Ancillary utilization
  - Laboratory
  - Diagnostic imaging
  - Pharmacy

**Interventions**
- Employ utilization management to monitor / manage length of stay
- Adjust scheduling practices to reduce length of stay
- Adopt / monitor use of clinical protocols to discourage inappropriate resource use

**Enablers**
- Effective clinical leadership

**Constraints**
- Weak clinical leadership
- Inadequate house staff coverage / management

BDC ADVISORS, LLC

8

## Organizational Factors – Labor Management

*ILLUSTRATIVE*

### Factors
- Matching staff to census
  - FTE's / adjusted occupied bed
  - Mix of staff
  - Overtime
  - Use of agency
- Staff turnover
- Labor costs
  - Wages
  - Benefits
  - Work rules

### Interventions
- Develop census-based staffing standards by nursing unit; Rigorously manage on daily basis
- Raise authorization levels for overtime use
- Consolidate agency hiring
- Implement recruiting / retention program to maintain full staffing
- Monitor employee satisfaction
- Benchmark wage rates, benefits packages
- Implement cafeteria benefits
- Re-negotiate onerous work rules

### Enablers
- Strong labor supply
- Effective labor-management relationship

### Constraints
- Market-wide shortages in key staff positions
- Inefficient nursing unit size / configuration
- Uncooperative labor-management history

*Organizational Factors – Supply Chain Management*

ILLUSTRATIVE

### Factors
- Purchasing effectiveness
- Inventory levels
- Loss / waste
- Payables management

### Interventions
- Ensure appropriate use of buying groups
- Implement supply chain management control systems
- Track supply use at department / unit level
- Enforce formulary
- Develop / enforce standards for key medical supplies to enable consolidated purchasing
- Implement technology review committee
- Control supply / drug sales rep access to staff
- Triage, stretch payables

### Enablers
- Scale
- Effective clinical management

### Constraints
- Small scale
- Inadequate information systems
- Weak clinical management