## Organizational Factors – Physician Relationships

*ILLUSTRATIVE*

### Factors
- Medical staff loyalty
- Alignment of interests
- Cost of medical leadership
- Effectiveness of medical leadership

### Interventions
- Implement medical advisory board
- Ensure engaged, empowered medical leadership
- Monitor / control medical director fees (market value, clear expectations, documentation)
- Focus on issues important to efficient medical practice (scheduling, house staff coverage, support services)
- Appropriate technology availability
- Recruit star quality leaders and providers

### Enablers
- Parallel physician and hospital market structure
- Limited physician / hospital competition

### Constraints
- Weak medical practice economics
- No CON facilitates physician competition
- Capital available for equipment upgrades
- Weak, entrenched medical leadership

## Organizational Factors – Faculty / Employed Physician Productivity  |ILLUSTRATIVE|

### Factors
- Physician compensation levels
- Physician productivity levels
- Practice infrastructure efficiency
- Billing effectiveness

### Interventions
- Benchmark physician compensation and productivity
- Implement productivity based compensation
- Tie compensation to collections rather than gross charges
- Benchmark practice management costs
- Benchmark billing effectiveness (charge lag, denials)
- Consolidate small practices
- Differentiate between hospital and physician support staff in comp / benefits structure

### Enablers
- Strong medical leadership
- Weak specialty physician supply (can be +/-)

### Constraints
- Disadvantageous, long term employment agreements
- Weak specialty physician supply (can be +/-)
- Aggressive competition for key specialties
- Primary care oversupply

## Organizational Factors – Cash Flow / Balance Sheet

*ILLUSTRATIVE*

**Factors**
- Cost of debt
- Debt service coverage
- Debt covenants
- Access to cash
- Non-operating funding sources
  → Philanthropy
  → Special appropriations

**Interventions**
- Improve current accounts balance
- Monetize fixed assets
- Divest non-core business activities
- Restructure debt
- Establish development program
- Leverage political relationships

**Enablers**
- Essential provider to key market segments
- Positive fiscal track record
- Strong community / political relationships

**Constraints**
- Weak competitive position
- Weak leverage with health plans
- Poor cash flow