College of Healthcare Information Management Executives

# CIO CONNECTION

July 2003

### News and Trends for Healthcare IT Leaders

**PRESIDENT'S MESSAGE**

## The 2003 Fall CIO Forum: Building a Hub for CIOs



Rich Correll

In this year's Call-A-Member campaign, we've been asking members for their opinions on what CHIME's overall direction as an organization should be, as well as what our strategic planning goals should be for the year 2004. A continuing theme resulting from this survey has been that CHIME should continue to provide enhancements to the Fall CIO Forum. Many of our members say that the time they have available to get away to conferences is extremely limited, so they need to make sure they are attending meetings that provide maximum value. In response, the staff and Fall Forum Planning Committee have put together a Fall Forum that will offer outstanding opportunities in terms of both networking and educational sessions. Here are a few of the events members can look forward to at this year's Fall CIO Forum at the Westin Kierland Resort and Spa in Scottsdale, AZ:

- **Pre-Forum Meetings:** Several CIO organizations elect to hold their meetings immediately preceding the Fall CIO Forum. This year, such groups include the Premier CIO meeting and the CHCA CIO meeting. CIOs who are members of multiple groups will be able to economize on both travel time and expense.

- **The Healthcare CIO Boot Camp:** The inaugural offering the Healthcare CIO Bootcamp, CHIME's new educational program for current and future CIOs, will be held during the 2-1/2 days prior to the Fall Forum. Attendance is limited to 30 CHIME members and their staffs, and graduates will be afforded the opportunity to stay on and attend the Fall Forum event.

- **The Gartner Healthcare Mini-Symposium:** We are pleased once again to be able to link Gartner's Healthcare Mini-Symposium to CHIME's Fall CIO Forum. This year, the Gartner Mini-Symposium will be offered on the Tuesday afternoon before the Forum to make attendance more convenient for members.

- **A Variety of Educational Sessions:** Nearly 20 educational presentations will be held at the Fall Forum, greatly exceeding the number of sessions in past years. A number of these sessions will be concurrent track sessions in which CIOs will have the opportunity to select the topics of greatest relevance to their current interests.

- **Extensive Networking and Social Events:** At this year's Fall CIO Forum, there will be a greater number of social activities and networking events than we have ever offered before. The receptions, sporting activities, and recreational events will offer a great opportunity to network with colleagues and friends.

Be sure to make plans to join your fellow CHIME members in Scottsdale, AZ for what promises to be an unparalleled opportunity. It's clear that this year's Fall CIO Forum offers the greatest variety and most extensive array of educational networking events ever!

---------- IN THIS ISSUE ----------

1   The 2003 Fall CIO Forum: Building a Hub for CIOs
2   The Healthcare CIO Boot Camp – Register Now!
3   CHIME's 2003 Fall CIO Forum: Get Strategic...Or Else!
    JULY RESEARCH
4   HIPAA Status Update on HCO Privacy Training Approaches
6   HIPAA Progress Status for COMPARE Level Four
7   HIPAA COMPARE Level Five: A Worst-Case Scenario Ahead
9   Contingency Planning for a Possible HIPAA Claims Crisis
10  CHIME Foundation Member Features
    *Allscripts TouchWorks Receives "5-Star" EMR Rating for Second Straight Year*
    *Daou Systems, Inc.: Extending the Life of Legacy Systems*
    *KLAS Reports on Today's CPOE Accomplishments with the Publication of the CPOE Digest*
    *SoftMed Systems, Inc.*
12  Chuck Christian Appointed to CHIME Board
12  Members on the Move
13  Member Sound Bytes
14  CHIME Welcomes New Members...
15  Look Who's Talking...
16  Calendar of Events

CIO Connection is a publication of

**College of Healthcare Information Management Executives**

**Gartner**

**College of Healthcare Information Management Executives**

**College of Healthcare Information Management Executives**

3300 Washtenaw Avenue, Suite 225
Ann Arbor, MI 48104-4261

Phone:    (734) 665-0000
Fax:      (734) 665-4922
Website:  www.cio-chime.org

**CHAIRMAN**
William J. Turnbull
The Children's Hospital

**BOARD OF TRUSTEES**
Charles E. Christian
Good Samaritan Hospital

Kent Gale
CHIME Foundation Representative
KLAS

Edward F. Kopetsky
CHIME Foundation Representative
Healthlink

Pamela Mon Muccilli
Emerson Health System

Patricia C. Skarulis
Memorial Sloan-Kettering
Cancer Center

Michael W. Smith
Lee Memorial Health System

Peter B. Strombom
CHIME Foundation Chairman
Meriter Health Services

Eric B. Yablonka
University of Chicago
Hospitals & Health System

Richard A. Correll (ex officio)
President

Founded in 1992, the College of Healthcare Information Management Executives is a membership organization dedicated to serving the professional development needs of healthcare Chief Information Officers and to advancing the strategic applications of information management in healthcare. Our vision includes educational programs, networking opportunities, and linkages with related organizations.

**CIO CONNECTION**
Editor: Anne Wizauer
(734) 665-0000
awizauer@cio-chime.org

# The Healthcare CIO Boot Camp – Register Now!

If you're serious about achieving excellence at the highest level, the Healthcare CIO Boot Camp offers a rare opportunity to kick-start your success. Each day of this 2 1/2-day program will guide you through a logical progression of learning founded on a model of CIO success pioneered by CHIME. This intensive and highly interactive education program brings all of CHIME's knowledge and expertise to bear on developing the leadership skills healthcare CIOs need to be successful.

## Who Should Attend the Boot Camp?

The Boot Camp is specifically designed for healthcare IT professionals seeking to acquire the skills and knowledge base needed to become successful at the CIO level. The teachings are equally appropriate for current CIOs looking to sharpen and enhance their leadership skills.

Although building CIO skills is the goal for most attendees, this program will impart teachings that are transferable to additional positions and responsibilities you may face as you progress in your career.

## What Makes the Healthcare CIO Boot Camp Different?

Without doubt, this is the most informative, incisive, and interactive opportunity available for healthcare CIO development. Combining presentations, small group discussion, case study, mentoring, coaching, and interactive problem solving, the Healthcare CIO Boot Camp's learning methodology is practical, personal, and uniquely tailored to the needs of participants.



John P. Glaser, Ph.D.
FCHIME
Vice President & CIO
Partners Health
Care System, Inc.

"The CIO Boot Camp provides an in-depth immersion into the roles, skills and knowledge required to be an effective healthcare CIO. It's more than just a class about becoming a healthcare CIO – it is the experience of being a CIO."

Teaching methods are intense, but if you're ready to roll up your sleeves and get your hands dirty, the Boot Camp will equip you with the tools you'll need to succeed.

## The Faculty – Expert Instruction with a Personal Touch

Some of the leading healthcare CIO minds will be at your disposal. Instruction is provided by a faculty of CIOs who have demonstrated continued success, leadership, and organizational excellence throughout their careers. To reinforce the program's teachings, participants are paired with a faculty member who'll serve as their mentor and coach throughout the program – a personal approach to learning you won't find anywhere else. Distinguished faculty include:

- **Eric Yablonka** (Program Director), Vice President and CIO at the University of Chicago Hospitals & Health System
- **John P. Glaser, Ph.D.**, FCHIME, Vice President and CIO, Partners Health Care System
- **Pamela G. McNutt**, Senior Vice President and CIO, Methodist Hospitals of Dallas
- **Stephanie L. Reel**, Vice President of IS and CIO, Johns Hopkins Medicine

The CIO Connection Newsletter is published by CHIME. Editorial supplied by CHIME is independent of Gartner analysis. All Gartner research is © 2003 by Gartner, Inc. and/or its Affiliates. All rights reserved. All Gartner materials are used with Gartner's permission and in no way does the use or publication of Gartner research indicate Gartner's endorsement of CHIME's products and/or strategies. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Gartner disclaims all warranties as to the accuracy, completeness or adequacy of such information. Gartner shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

**College of Healthcare Information Management Executives**

- Richard I. Skinner, FCHIME, Vice President of IS and CIO, Providence Health System
- Timothy R. Zoph, Vice President of IS and CIO, Northwestern Memorial Hospital

To register for the Healthcare CIO Boot Camp, visit www.cio-chime.org and click on the Boot Camp link. Please note that all registrations must be done online. The deadline to register is October 1, 2003. Note: Participation in the Boot Camp is currently limited to CHIME members and their direct reports only.

Boot Camp registrants may also participate in several optional educational and networking events: The Gartner Healthcare Mini-Symposium and the Fall CIO Forum. In addition, all Boot Camp registrants may participate in CHIME's Healthcare CIO 360 at no cost. Visit www.cio-chime.org for more information about these events.

# CHIME's 2003 Fall CIO Forum: Get Strategic...Or Else!

This year's Fall CIO Forum, "The Healthcare CIO Imperative: Get Strategic...Or Else!" identifies strategies for strengthening key skills and relationships that will reinforce the CIO's role as a key partner and advisor to the Executive Team. This year, the Fall CIO Forum will offer more education than ever before. In addition to an incredible lineup of speakers, the Forum will feature track sessions specifically targeted to healthcare management topics of interest to CIOs.

Educational opportunities begin on Tuesday afternoon with the optional Gartner Healthcare Mini Symposium. Topics presented during the Mini Symposium include IT efficiency/effectiveness, CPRs, and technologies for enabling agility.

Forum activities begin on Wednesday morning with keynote speaker Dr. Clayton Christensen. Dr. Christensen is considered the world's leading authority on innovation management and disruptive innovation. His research on the process of disruption provides a framework for thinking through how the present situation in healthcare can be resolved. Rapid and dramatic advances in science and technology offer the promise of a brighter future, but where should your organization invest for long-term success?

Dr. Christensen has received widespread praise for the groundbreaking ideas presented in his book, *The Innovator's Dilemma*, which describes how companies struggle to adapt their business to major technological breakthroughs. His forthcoming book, *The Innovator's Solution*, will be published this fall.

Following Dr. Christensen's presentation, Robert J. Pallari, President and CEO of Legacy Health System in Portland, Oregon, will discuss the importance of the CIO as a key member and advisor to the Executive Management Team. He'll share insights into the CEO's expectations of the CIO role, discuss how the CIO can best support the CEO's vision, and explore some of the keys to forging a successful CEO/CIO relationship.

CHIME Foundation Focus Groups are scheduled for Wednesday afternoon. These small group sessions focus on IT and executive leadership issues and have become a valuable component of the CIO Forum program.

Thursday's program begins with the return of a highly rated speaker from a past CIO Forum: James E. Orlikoff, president of Orlikoff & Associates. Mr. Orlikoff, the foremost expert on healthcare boards and governance, has been involved in leadership, quality, and strategy issues for over 20 years. Since 1985 he has worked with hospital and system governing boards to strengthen their overall effectiveness and their oversight of quality and strategy.

After Mr. Orlikoff's presentation, Forum attendees will have the opportunity to attend up to three peer-reviewed track sessions featuring some of the hottest topics facing healthcare CIOs today. There are four tracks to choose from: strategy, management, IT value, and clinical applications.

After a day and a half of education and networking activities, you'll be ready for some down time on Thursday afternoon. Activities have been planned for golfers and non-golfers alike. The Fall Forum golf tournament will be played at the Troon-managed Kierland Golf Club. The dramatic courses feature emerald green fairways and golden-colored desert grasses, and are sure to challenge golfers of any level.

Other recreational networking opportunities include a day at the ranch, where Forum attendees can choose from a variety of activities in which to participate – a desert 4-wheel tour, a cattle drive, or panning for gold. Whether at breakfast, lunch, receptions, focus groups, or at educational sessions, networking has always been and will continue to be an integral part of CHIME's CIO Forums.

Friday's program is sure to be memorable. The morning session will kick off with Patrick Lencioni, Founder and President of The Table Group and author of *The Five Temptations of a CEO*. Through his consulting experience, he observed fundamental behavioral patterns among his clients that led him to form his original theories on leadership. Mr. Lencioni believes that too many leaders overcomplicate their jobs. He will challenge leaders to engage in self-exploration in order to assess their own temptations and will offer actionable advice on how to overcome the all too common behavioral pitfalls that even the best leaders face.

This year's Scottsdale, Arizona location features great weather, easy travel access, and wide-open spaces. The Forum will take place at the beautiful new Westin Kierland Resort and Spa, located about 20 minutes from the Sky Harbor (Phoenix) International Airport.

Brochures are being mailed out this month – but for those of you who would like to register now, a registration form along with other information has been posted online at http://www.cio-chime.org/services/serv2.asp. Early-bird registration rates will be in effect until September 16. We hope to see you there!

College of Healthcare Information Management Executives

# HIPAA Status Update on HCO Privacy Training Approaches

HIPAA privacy standards require employee training in the healthcare organization's patient privacy policies and procedures, and that records of training be kept. Data gathered close to the deadline reveal some best practices.

### Background

In February 2003, Gartner conducted its seventh U.S. Health Insurance Portability and Accountability Act (HIPAA) COMpliance Progress And Readiness (COMPARE) panel study since November 2000. The sample size of 166 organizations yielded data for providers and payer organizations (payers) that are statistically valid to a margin of error of plus or minus 10 percent. The methodology for the study is described in "HIPAA COMPARE Methodology and Panel for February 2003."

### The Importance of HIPAA Training

The HIPAA privacy regulation mandates that all employees of a covered entity be trained in the privacy policies and procedures of the organization. Although the mandatory compliance date was 14 April 2003, Gartner's survey results indicate that a significant minority of healthcare organizations (HCOs) have not completed employee training. Even if training were optional, it would still be the foundation of compliance with the privacy regulation because the greatest risk of privacy breaches is from well-meaning disclosures by employees with legitimate access to protected health information (PHI). Good training programs are also a necessity if HCOs are to avoid needlessly inconveniencing and angering patients, their family members, and the various consulting physicians and other healthcare professionals involved in patient care. Employees unsure of the provisions of the HIPAA privacy regulation, and understandably concerned that they might make a mistake that could harm a patient or get themselves disciplined, have a tendency to withhold information when they should not. HIPAA privacy training is as important for good customer relations and the free flow of information for treatment as it is for privacy protection.

### Approaches to HIPAA Training

Approximately two-thirds of HCOs are deploying internally developed HIPAA privacy training programs (see Figure 1). However, the reasons behind providers and payers overwhelmingly choosing this approach are different. In the case of providers, virtually all organizations have education departments that develop and deliver a wide variety of in-service training programs designed to maintain clinical skills at high proficiency, support the introduction of new treatments and medical technology, and support other long-standing regulatory requirements related to license and accreditation. It was only natural for those providers, which approached HIPAA-privacy compliance other than at the last minute, to simply add HIPAA privacy training to the responsibilities of their internal education departments. Interpreting the HIPAA privacy standards for the employees of a provider organization can be quite complex, because so many of a provider's employees come in contact with the patient, the patient's family and the multitude of physicians and other health professionals under a variety of circumstances.

The HIPAA privacy regulation's training mandate should be easier to comply with for payers than providers, because a much-lower percentage of the employees of payers have ad hoc contact with patients, family members and health professionals. The proper use of PHI in the payer environment is more likely to be in conjunction with well-defined processes or workflows. Finally, the results of previous Gartner HIPAA COMPARE surveys indicate that payers, in general, turned their attention to HIPAA compliance much earlier than providers. For all of these reasons, the vast majority of payers have been comfortable with internal training programs for HIPAA-privacy compliance.

Both types of HCOs purchased desktop-based and Internet-based HIPAA training solutions with almost identical frequency — 17 percent of providers purchased desktop-based solutions;



**Figure 1**
**HCO Approaches to HIPAA Training**

Percentages of Respondents

- Not Yet Determined
- Purchased Internet
- Purchased Desktop
- Plan on Purchasing
- Internal Development

Payers   Providers

Source: Gartner Research (February 2003)

**College of Healthcare Information Management Executives**

10 percent purchased Internet-based solutions, while 16 percent of payers opted for desktop solutions; 13 percent selected an Internet-based solutions. The differences in percentages between the two types of organizations are not significant in light of the margin of error for the sample size.

### HIPAA Training Topics

Training solutions used by HCOs are not limited to the HIPAA privacy regulation (see Figure 2). The training solutions deployed by 58 percent of providers are limited to HIPAA privacy; 37 percent also address HIPAA security or transactions or both. Fewer payers than providers use training solutions dedicated to HIPAA privacy (42 percent); 48 percent of payers are using multicontent solutions.

Survey respondents were asked to name the vendors that they used for HIPAA training (see Note 1).

### Summary and Recommendations

When available training implementation time is short, vended solutions with content that can be easily modified by the HCO is a critical success factor. Most HCOs will find that they can set up and administer a Web-based training solution faster and easier than one that requires client-side software to be installed on workstations. Training solutions must enable HCOs to record and report on employee education progress. Set-up and administration is greatly facilitated if the training solution can interface with the HCO's human resources application or at least a directory of system users to establish the database of employees to be trained.

**Bottom Line:** Employee training in a healthcare organization's patient privacy policies and procedures is the cornerstone of compliance with the privacy standards of the U.S. Health Insurance Portability and Accountability Act and is explicitly required by the regulation. Compliance with the HIPAA privacy regulation became mandatory on 14 April 2003. As of February 2003, approximately two-thirds of all affected HCOs had addressed the requirements with internally developed training programs. The rest of the HCOs used purchased packages and were split about equally between PC-based packages and Web-based products, with a slight edge to the Web-based model. Combining training on the act's transactions and code sets with privacy training was a popular strategy, with nearly half of HCOs opting to do so.



**Figure 2**
**HIPAA Training Topics**

Percentages of Respondents

- Privacy Plus Transaction Code Sets or Security
- Privacy
- Other

Payers: 42 (Privacy), 5 (Other)
Providers: 58 (Privacy)

Source: Gartner Research (February 2003)

---

**NOTE 1**

**Most Frequently Mentioned Vendors of HIPAA Training**

(The most-frequently mentioned vendors are listed first.)

- Quick Compliance
- Eduneering
- Healthcare Compliance Strategies
- Easy i
- HealthStream (marketing HCProfessor's solution)
- Covansys
- PricewaterhouseCoopers
- Beacon Learning
- BearingPoint
- Complistar
- Discovering HIPAA
- Envision
- Expediate
- HCProfessor
- HIPAADocs
- LRN
- Media Pro
- Option 6
- Oregon Medical Association
- Saba
- Siemens Health Services
- Software Professionals
- The Boston Group
- WorkSmart MD

---

**ACRONYM KEY**

- COMPARE — COMpliance Progress And Readiness
- HCO — healthcare organization
- HIPAA — U.S. Health Insurance Portability and Accountability Act
- PHI — protected health information

*Gartner Healthcare Executive and Management Strategies Research Note M-19-840, J. Klein, 5 June 2003.*