**College of Healthcare Information Management Executives**

# MEMBER SOUND BYTES

Member Sound Bytes is a feature designed to help you get to know your fellow members better, as well as give members a space to voice their opinions on healthcare IT issues. This month, members were asked "How has the trend towards outsourcing affected your organization?"



Name: Hal Augustine
Title: Former VP & CIO
Organization: Jefferson Health System
Location: Radnor, PA
Organization Type: IDN
Bed Size: 1,000 or more

We have "select-sourced" certain functions rather than a full outsource agreement. The business partners selected have been vendor-hosted services. The results have followed our expectations of real cost savings and allowing internal IT staff and management to focus on implementation and optimization. I believe them to be a win for us to date.



Name: Charles Jones
Title: Senior VP & CIO
Organization: Baptist Health System
Location: Birmingham, AL
Organization Type: IDN
Bed Size: 1,000 or more

The trend toward outsourcing in healthcare is simply a sign of the economic times in this industry. Healthcare organizations are having to "reinvent" themselves, and doing that effectively requires that they focus on redesigning their core business lines and consider alternative delivery models for everything else. For companies in the IT outsourcing business, provision of IT services is their core business, so one way to look at outsourcing is that it converts "overhead" employees of HCOs into "core business line" employees of the IT outsourcing company. After a "due diligence" and contracting process that spanned over a little more than a year, Baptist outsourced 110 of its 126 Information Resources employees in September 2002, and in retrospect I think that was one of the best decisions I ever made. Employees of the outsourcing company [Siemens] who were formerly Baptist employees are no less a part of the "Baptist family" today than they were before this decision – but they have access to much better resources [e.g., for measuring and managing to operational performance metrics], education and training, and career growth opportunities. Our senior management team and board – and perhaps more importantly, I believe the Baptist employees who made this transition – are very pleased with this relationship.



Name: Mike McDevitt
Title: CIO
Organization: Children's Health System
Location: Birmingham, AL
Organization Type: IDN
Bed Size: 100-249

The trend has definitely added to the options we explore when purchasing new applications and, most recently, in our planning for a new data center. Further, as we all continue to analyze the contributions of IT to our organizations, knowing and considering the alternatives offered through full or limited outsourcing allows a balanced view of value as compared to traditional in-house operations.



Name: Mike Rosencrance
Title: VP – IS
Organization: University of Wisconsin Medical Foundation
Location: Madison, WI
Organization Type: Group Practice/Clinic
Bed Size: N/A

At UWMF, certain functions lend themselves to consider outsourcing proposals such as document production/mailing (statements or paper claims), disaster recovery sites, infrastructure management or computer operations. While we continue to investigate outsourcing opportunities, none have presented themselves that offer the desired flexibility or increased functionality with a pricing structure that is competitive with our present expense level. Historically speaking, outsourcing has been a lot like bell-bottoms, going in and out of style. Vendors tend to see an opportunity to capitalize on the trend and jump into it only to find out it's more costly than they initially believe and the profits they envisioned don't materialize. Customers tend to believe they can replicate functionality for a cheaper price and often find that their cost structure doesn't decrease as much as they had hoped.

**College of Healthcare Information Management Executives**

# CHIME Welcomes New Members...

CHIME extends a warm welcome to the new members listed below. Thank you for recognizing CHIME as America's premier organization serving the needs of the healthcare IT executive!

Mark D. Amey
Regional CIO
Adventist Health
Glendale, CA

Richard E. Beran
Director – IS
Fremont Area Medical Center
Fremont, NE

Mark Brookman
CIO
Margaret R. Pardee Memorial Hospital
Hendersonville, NC

Michael Brummett
CSO
US Air Force Medical Service
Alexandria, VA

William Colbert
VP & CIO
University Health Care System
Augusta, GA

James A. Croker
Director – IS
Central Arkansas Hospital
Searcy, AR

John Daniels
CIO
DoD Health Service Region 5
Wright Patterson AFB, OH

Lyman Dennis
CIO
Partnership Healthplan of California
Fairfield, CA

Ronald D. Doremus
Vice President & CIO
H. Lee Moffitt Cancer Center & Research Ins
Tampa, FL

Craig Hanenburg
Director – IT
Mather LifeWays
Evanston, IL

John P. McDaniel
CIO
New Hanover Health Network
Wilmington, NC

James Mormann
CIO
Iowa Health System
Des Moines, IA

Dwight Muller
Director of IS/CIO
Southern New Hampshire Health System
Nashua, NH

Jacqui Phillips
Director
Baycrest Centre
Toronto, ON

David Rowley
VP & CIO
Rex Healthcare
Raleigh, NC

William E. Watercutter
CIO
Upper Valley Medical Center
Troy, OH

Alan D. Wyman
VP – IT
Wausau Hospital
Wausau, WI

James R. Younkin
CIO
Sunbury Community Hospital & Outpatient Center
Sunbury, PA

**College of Healthcare Information Management Executives**

# Look Who's Talking...

Each month several members can be found quoted and noted in the top healthcare magazines. Use this feature as your guide to what your peers are talking about.

| MEMBER | MAGAZINE | TYPE OF MENTION | ARTICLE TITLE |
|---|---|---|---|
| Ferren, Allison | Advance for Health Information Executives May 2003 | Quoted | "Tablet Deployments Take Hold," p. 16 |
| Hummel, John | Advance for Health Information Executives May 2003 | Author | "Action! CPOE from the CIO's Chair," p. 23 |
| Andersen, Mark L. | Advance for Health Information Executives May 2003 | Author | "Ensuring Availability in an Online Environment," p. 29 |
| Stanek, Janet | Advance for Health Information Executives May 2003 | Author | "Using Consultants to Support Your Many Roles," p. 45 |
| George, Christopher | Advance for Health Information Executives May 2003 | Author | "Using Workflow Automation in the Care Process," p. 49 |
| Jones, Charles | Advance for Health Information Executives May 2003 | Author | "An Overview of Knowledge Management," p. 53 |
| Tucker, Stephen | Advance for Health Information Executives June 2003 | Quoted | "Computers Battle Real Virus," p. 12 |
| Blades, Bob Enicks, Charlie Evans, George Skinner, Rick | Advance for Health Information Executives June 2003 | Roundtable Participants | "Gearing Up for HIPAA Transactions," p. 26 |
| Morgan, Richard | Advance for Health Information Executives June 2003 | Author | "You Don't Have to Be Big to Be Aggressive," p. 47 |
| Ferraiuola, Lex | Continuity Insights May/June 2003 | Quoted | "Hackensack University Medical Center Takes Recovery to a Whole New Level" |
| Martin, Len | Healthcare Informatics May 2003 | Quoted | "Portable Medical Data Moves Beyond Discussion Phase," p. 22 |
| Pecoraro, David | Healthcare Informatics June 2003 | Quoted | "Specialized Digital Hospitals Take Off Nationwide," p. 19 |
| Corn, Rick | Healthcare Informatics June 2003 | Quoted | "Choosing a Vendor," p. 87 |

**College of Healthcare Information Management Executives**

## Look Who's Talking...Continued

| MEMBER | MAGAZINE | TYPE OF MENTION | ARTICLE TITLE |
|---|---|---|---|
| Sheets, Cindy | Healthcare Informatics June 2003 | Author | "Eliminating the Paper Chase," p. 98 |
| Rogers, Rich | Healthcare Informatics June 2003 | Author | "Office Capabilities with Home Comforts," p. 104 |
| Tang, Paul | The Wall Street Journal June 5, 2003 | Quoted | "Drug Makers Retool Web Sites with Broad Health Offerings" |

Are you going to be featured in an upcoming article? Let us know about it! Send information to awizauer@cio-chime.org or contact Anne at (734) 665-0000. We hope we haven't overlooked anyone; if we have, please contact us and we'll be sure to mention you in the next issue. CHIME will print mentions appearing in the last three months.

## CALENDAR OF EVENTS

**2003**

| DATE | EVENT | CONTACT |
|---|---|---|
| October 19 – 21 | HEALTHCARE CIO BOOTCAMP<br>Westin Kierland Resort and Spa<br>Scottsdale, AZ | Keith Fraidenburg<br>BootCamp@cio-chime.org |
| October 21 – 24 | FALL CIO FORUM<br>Westin Kierland Resort and Spa<br>Scottsdale, AZ | Leigh Vogelsong<br>lvogelsong@cio-chime.org |

**2004**

| DATE | EVENT | CONTACT |
|---|---|---|
| February 22 | SPRING CIO FORUM<br>Orlando Convention Center<br>Orlando, FL | Leigh Vogelsong<br>lvogelsong@cio-chime.org |
| February 22 – 26 | HIMSS ANNUAL CONFERENCE<br>Orlando Convention Center<br>Orlando, FL | Karen Malone<br>www.himss.org |
| October 5 – 8 | FALL CIO FORUM<br>Hilton La Jolla Torrey Pines<br>La Jolla, CA | Leigh Vogelsong<br>lvogelsong@cio-chime.org |

For questions or more information, please contact CHIME at:
Phone: (734) 665-0000 / Fax: (734) 665-4922 / General E-mail: staff@cio-chime.org / Website: http://www.cio-chime.org