

# In Action

**Florida Hospital Association: An Association of Hospitals & Health Systems**

December 2002      www.fha.org      Volume 21, No. 2

## 75th Annual Meeting: Responding to New Health Care Challenges

On November 20-22 at the Wyndham Palace Resort & Spa in Lake Buena Vista, over 175 top health care executives engaged in serious issue discussions as well as celebrated the 75th anniversary of the Florida Hospital Association. For the sixth consecutive year, the Florida Organization of Nurse Executives were partners in presenting the annual meeting.

Jamie Orlikoff, nationally recognized leadership strategist and consultant, opened the meeting focusing on several current paradoxes in health care. He described the "profitless prosperity," challenged hospitals to be "nimble, niche players," and urged them to make health care more relevant to what health care consumers want.


*Keynote speaker, Jamie Orlikoff, makes a point about "New Markets and New Opportunities."*

The afternoon general session explored the medical liability insurance crisis with two panel presentations moderated by Morton Kondracke, editor of *Roll Call*, a widely read Capitol Hill publication. Friday, the public relations and education campaign for FHA's medical liability insurance reform was unveiled.

At the PAC Breakfast, Tony Blankley of television news talk show fame, described the latest Washington politics. Rick Pollack, Executive Vice President/Advocacy and Public Policy from the American Hospital Association, presented an overview of national health care issues and strategies to address them for the coming year.


*Executive editor and Washington analyst, Morton Kondracke, questions the medical liability insurance panel.*

*Tony Blankley, Washington pundit, McLaughlin Group panelist, and editorial page editor of The Washington Times, addresses the PAC breakfast audience.*




*Rick Pollack, AHA Executive VP/Advocacy and Public Policy, outlines the political environment in Washington highlighting how it will impact health care.*



*FHA President, Wayne NeSmith, and 2002 PAC Chairman, Frank Sacco, open the trade show.*

## Trade Show, Education, Conversation, Networking

This year's trade show featured 100 booths with 96 vendors anxious to talk to decision makers about everything from architecture to call centers to new equipment to employee benefits. Before and after the annual meeting, six other groups met to hold workshops for nursing, managed care, small and rural hospitals, and skilled nursing facilities as well as for hospital physician executives, health care attorneys, and those involved in corporate compliance. In addition there were several dinner meetings including one for members of the American College of Healthcare Executives, government relations executives, former Board chairmen, and active board members.



*Dottie Mancini, RN, CEO of Imperial Point Medical Center; Wil Trower, 2001-2002 FHA Board Chairman and President/CEO of North Broward Hospital District; Lanie Ward, Chief Nursing Officer/COO of North Broward Medical Center; and Debbie Mulvihill, CEO of Coral Springs Medical Center, meet in the lobby before attending the general session.*



*Elese Sanford, Chairwoman of the Orange County Health Facilities Authority; Jim McKnight, CEO of Doctor's Memorial Hospital in Perry; and Carla Robinson, Chief Nursing Officer of Doctor's Memorial Hospital in Perry, take a break between educational sessions.*



*Trade show attendees were fascinated by the latest mobility vehicle.*



*FHA President Wayne NeSmith has the most fun at the trade show – announcing the winner of the $1,500 grand prize. This year's very lucky winner is Phillis Oeters-Pena, Corporate VP, Government Relations, Baptist Health South Florida.*

# Medical Liability Insurance Crisis: Discussion, Debate, Action

Three different educational sessions focused on the current medical liability insurance crisis. Providing the background and laying the foundation for this topic was a three-person panel, which addressed the issue from diverse positions – as a defense lawyer, insurance executive, and trial lawyer. Morton Kondracke, Washington insider and editor of *Roll Call*, the newspaper most read by Congress, moderated the lively discussion. This panel was followed by a description of three creative techniques being used by hospitals to keep physicians on staff and insured.

Friday morning we heard from FHA's legislative and education team. John Thrasher, Lee Hinkle, and Marcia Austin discussed our legislative strategy, coalition building efforts, and the public and media education campaign that will soon be underway.


*Defense attorney Janet Adams, Esq., Hill, Adams, Hall & Schieffelin; insurance executive Randy Giddens, Senior Vice President of McNeary Healthcare Services; and trial attorney William Harrell, Esq., Harrell & Johnson, debate the causes of and solutions to the medical liability crisis.*


*Richard Irwin, President/CEO of Health Central in Ocoee, and Dyer Michell, President/CEO of Munroe Regional Health System, Inc. in Ocala, enjoy the meeting.*


*Robert Nevens, Director of Claims for HCA/HCII; Frank Sacco, President of Memorial Healthcare Systems in Hollywood, and newly elected FHA Board Chairman; and John Babka, MD, Vice President/Medical Affairs, Morton Plant Mease Health Care, share three different hospital/system responses to the crisis.*


*FONE members from Baptist Health South Florida include: Becky Montesino, RN, Nursing Director; Denise Harris, RN, Director/Patient Care Services; and Joan Clark, new president of FONE and VP/Patient Services. They are joined by Laurie Cheatham, Nurse Manager, St. Vincent's Medical Center.*


*FHA has enlisted the help of various experts to develop and implement the insurance crisis campaign. John Thrasher, Esq., South Strategy Group and former Speaker of the House, talks about the legislative plans while Marcia Austin, Senior Managing Director, Hill and Knowlton Public Relations; and Lee Hinkle, governmental consultant, wait to discuss their plans for the public education and the coalition building components of the campaign.*

# Award of Merit Winner: Charles F. Pierce, Jr.

President of FHA for over 11 years, health care executive for over 30, Charles F. Pierce, Jr. received this year's Award of Merit for his significant and continuous contributions to the field of health care. As Wil Trower presented the award, he said, "The qualities of leadership, vision, and integrity have brought honor and respect to the organizations with which you have worked, the people around you, and most certainly to yourself and family."

Charlie and his wife, Lydia, whom he warmly acknowledged as he accepted the award, spend time with their children and grandchildren, travel, and continue to serve their church and community. Hardly "retired," Charlie is very active on the Board of the YMCA, Mustard Seed, Grandmother's House, Senior Resource Alliance, and the Winter Park Health Foundation. He also is an Executive-in-Residence and Visiting Assistant Professor at the University of Central Florida.



*As one of his last official acts as 2001-2002 Board Chairman, Wil Trower presents former FHA President, Charlie Pierce, with the 2002 Award of Merit.*

# Special Celebration: FHA's 75th Anniversary



*Jack Stephens, CEO, Lakeland Regional Medical Center, stands next to his 1984 Board Chairman's photo in the Hall of Honor.*

## 1927-2002

Seventy-five years ago, 16 representatives from 12 hospitals gathered in Jacksonville to create an association of hospitals to advance the perception that "hospitals of Florida were not backward in the matter of organization." Its first item of business was to conduct a comprehensive survey of the state's 81 hospitals. Today, the FHA has 230 hospital and health system members and over 1,800 personal members engaged in 19 professional membership groups. No one 75 years ago could begin to imagine the changes in health care that would occur from 1927 – 2002, but the founders did understand - just as members do today - that there is strength in collaboration and in collective wisdom.

During the Leadership Reception, a special anniversary ceremony featured congratulatory messages from Governor Jeb Bush and AHA President, Dick Davidson. Both praised FHA for its strong voice and continued dedication to meet the needs of its members.

**FHA In Action – December 2002**

Published by FHA
Regional Office-Orlando
307 Park Lake Circle
Orlando, FL 32803
407/841-6230

Frank Sacco, Chairman
Wayne NeSmith, President
Geri Evans, Editor

www.fha.org