UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge David Stewart Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**SUPPLEMENT TO THE APPENDIX TO THE COMMITTEE'S
RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND
MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)**

Plaintiff The Official Committee of Unsecured Creditors of AHERF hereby supplements the Appendix to its Response to PwC's Statement of Undisputed and Material Facts Under Local Rule 56.1(C)(1), filed on July 11, 2005 ("Com. Appdx.").

In paragraph 235 of the Com. Appdx., the Committee cited, among other documents, a rider to a Statement of Financial Affairs filed in the Bankruptcy Court by AHERF debtors in their bankruptcy proceeding. Defendant PricewaterhouseCoopers LLP informed us that it initially experienced some difficulty obtaining a copy of the document from the Bankruptcy Court, but that difficulty apparently was remedied promptly.

PII-1123650v1

Nonetheless, as a courtesy and as a supplement to its Appendix, the Committee submits a copy (attached hereto).

| | |
|---|---|
| Date:  July 25, 2005 | Respectfully submitted |
| | /s/James M. Jones |
| | James M. Jones (PA #81295) |
| | Laura E. Ellsworth (PA #39555) |
| | Laura A. Meaden (PA #52002) |
| | JONES DAY |
| | 500 Grant Street, 31st Floor |
| | Pittsburgh, PA  15219 |
| | |
| | Richard B. Whitney |
| | JONES DAY |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH  44114 |
| | |
| | Attorneys for Plaintiff The Official Committee of Unsecured Creditors of AHERF |