UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge David Stewart Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**JOINT MOTION TO MODIFY MEDIATION DATE**

Plaintiff The Official Committee of Unsecured Creditors of the Allegheny Health, Education and Research Foundation, joined by defendant PricewaterhouseCoopers, LLP, moves this Court for an order briefly postponing the dates on which the parties shall submit confidential mediation statements and appear for mediation.  As set forth in Magistrate Judge Lenihan's Order of June 29, 2005, the current deadline for filing mediation statements is September 1, 2005, and the mediation currently is scheduled for September 6, 2005.

To facilitate attendance by appropriate representatives of the Committee and PwC, the majority of which representatives work and reside outside of Pittsburgh, the Committee and PwC jointly seek to reschedule the mediation of this action before Magistrate Judge Lenihan to September 26, 2005, a date on which those representatives and Magistrate Judge Lenihan are all available.  This modest change in the mediation date, facilitating the attendance of the appropriate representatives of the parties, will promote the potential for meaningful mediation exchanges and thereby the goals of alternative dispute resolution.

The parties therefore request that this Court reschedule the mediation to September 26, 2005, and that the Court set a new date for the submission of confidential settlement

PII-1124374v1

statements, which shall be modestly in advance of the new mediation. A proposed Order is attached.

                Respectfully submitted,

                /s/ James M. Jones
                James M. Jones (PA #81295)
                Laura E. Ellsworth (PA #39555)
                Laura A. Meaden (PA #52002)
                JONES DAY
                500 Grant Street, 31st Floor
                Pittsburgh, PA 15219
                (412) 391-3939

                Richard B. Whitney
                JONES DAY
                North Point
                901 Lakeside Avenue
                Cleveland, OH 44114
                (216) 586-3939

                Attorneys for Plaintiff The Official Committee of Unsecured Creditors of AHERF

                /s/ Antony L. Ryan
                Antony L. Ryan
                Thomas G. Rafferty
                Roger G. Brooks
                CRAVATH, SWAINE & MOORE LLP
                825 Eighth Avenue
                New York, NY 10019
                (212) 474-1000

                Joseph F. McDonough (PA #19853)
                MANION McDONOUGH & LUCAS, P.C.
                600 Grant Street, Suite 1414
                Pittsburgh, PA 15219
                (412) 232-0200

                Attorneys for Defendant PricewaterhouseCoopers, LLP

Date: August 8, 2005

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION, | ) ) ) ) | Civil Action No. 00-684 |
| | ) | Judge David Stewart Cercone |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS, L.L.P. | ) ) | |
| Defendant. | ) | |

**ORDER MODIFYING MEDIATION DATE**

On this _____ day of August, 2005, having considered the parties' Joint Motion to Modify Mediation Date, it is hereby ORDERED that the parties' Joint Motion is GRANTED.

The parties shall attend a mediation before the undersigned, pursuant to the terms of the June 27, 2005, Order for Mediation. The mediation now shall be held on Monday, September 26, 2005, at 9:30 a.m. at the location set forth in the Order for Mediation. Confidential settlement statements shall be submitted to the undersigned, but not filed with the Clerk, on or before September ___, 2005.

_____
Lenihan, M.J.

PII-1124374v1