IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION, | ) ) ) ) | Civil Action No. 00-684 |
| | ) | Judge David Stewart Cercone |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS, L.L.P. | ) ) | |
| Defendant. | ) ) | |

## ORDER MODIFYING MEDIATION DATE

On this ___9th___ day of August, 2005, having considered the parties' Joint Motion to Modify Mediation Date, it is hereby ORDERED that the parties' Joint Motion is GRANTED.

The parties shall attend a mediation before the undersigned, pursuant to the terms of the June 27, 2005, Order for Mediation. The mediation now shall be held on Monday, September 26, 2005, at 9:30 a.m. at the location set forth in the Order for Mediation. Confidential settlement statements shall be submitted to the undersigned, but not filed with the Clerk, on or before September _19_, 2005.

_____
Lenihan, M.J.

PII-1124374v1