IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION<br><br>Plaintiff<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP<br><br>Defendant. | CIVIL ACTION No: 00-684<br><br>Judge David Stewart Cercone |

## UNOPPOSED MOTION OF PRICEWATERHOUSECOOPERS LLP TO EXCEED PAGE LIMITATION SET FORTH IN CASE MANAGEMENT ORDER BY FOUR PAGES

PricewaterhouseCoopers, LLP ("PwC"), by its undersigned counsel, requests leave of Court to exceed by four pages the 25-page limitation on Reply Briefs set forth in the Case Management Order governing this case, and in support thereof states as follows:

1. At the inception of this case more than four years ago the parties submitted, and the Court (Judge Ziegler) signed, a Case Management Order providing for the filing of dispositive motions at the conclusion of discovery and stating that Reply Briefs in support of said Motions would be limited to 25 pages or less.

2. Notwithstanding the broad range of issues developed in this case and the vast record produced during discovery, counsel for PwC made every effort possible to stay within the 25-page limit for its Reply Memorandum of Law in Support of Motion for Summary Judgment. Repeated efforts were made to eliminate any repetition and to otherwise make the Reply Memorandum of

Law concise. Despite these efforts, however, the Memorandum of Law -- after several reductions -- still exceeds the 25-page limitation; albeit only by four pages.

3. Counsel respectfully submits that reducing the length of the Memorandum of Law any further would deprive the Court of important and necessary discussion of the issues and citation to relevant case law. Accordingly, counsel respectfully requests that the Court permit the filing of the Memorandum of Law at its present length -- 29 pages.

4. Counsel for Plaintiff has advised it does not oppose this Motion.

WHEREFORE, PricewaterhouseCoopers, LLP requests leave of this Court to exceed the 25-page limitation set forth in the Case Management Order by four pages.

Respectfully submitted,

_____
Joseph F. McDonough
Pa. I.D. #19853
Manion McDonough & Lucas, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200

Thomas G. Rafferty
Roger G. Brooks
Antony L. Ryan
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475
(212) 474-1000

Counsel for Defendant
PricewaterhouseCoopers, LLP

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August 2005, a copy of the foregoing Unopposed Motion to Exceed Page Limitation was served upon counsel of record by hand deliver and/or overnight, postage prepaid, addressed as follows:

*VIA HAND DELIVERY*

James Jones, Esquire
Jones Day Reavis & Pogue
One Mellon Bank Center
500 Grant Street, Suite 3100
Pittsburgh, PA  15219

*VIA FEDERAL EXPRESS*

Richard B. Whitney, Esquire
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION | ) ) ) ) ) | CIVIL ACTION No: 00-684<br><br>Judge David Stewart Cercone |
| Plaintiff | ) ) | |
| v. | ) ) | (Phase III) |
| PRICEWATERHOUSECOOPERS, LLP | ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ____ day of August 2005, upon consideration of PricewaterhouseCoopers LLP's Motion to Exceed Page Limitations Set Forth in Case Management Order by Four Pages, said Motion is GRANTED.

_____
Judge David Stewart Cercone
United States District Judge