TAB 212

*To Ryan*
*II. A. 13. n*

# AHERF

**Allegheny Health, Education and Research Foundation**

*D.L. Clark Building, 4th Floor*
*Pittsburgh, Pennsylvania 15212*

---

*Memorandum*

TO:     Al Adamczak
        Vice President, Financial Services

FROM:   Daniel J. Cancelmi
        Senior Director, Corporate Accounting and Financial Reporting

DATE:   July 3, 1997

SUBJECT:  Delaware Valley Bad Debt Reserves

In my memorandum dated September 24, 1996, the status of the bad debt reserve balances was discussed (refer to Attachment A). At that time, old account balances of approximately $81 million were identified for possible writeoff against the reserve balances. The aging categories earmarked for possible writeoff were as follows

| Entity | Aging Category | ($ in 000s) | |
|---|---|---|---|
| Hahnemann | + 365 days | $21,513 | |
|  | 271- 365 days | 7,050 | 28,563 |
| MCPH | + 365 days | 9,940 | |
|  | 211 - 365 days | 6,927 | 16,867 |
| St Christopher's | All PATCOM Accounts | | 18,329 |
| Elkins | All PATCOM Accounts | | 9,690 |
| Bucks | All PATCOM Accounts | | 8,003 |
|  |  | | $81,452 |

As can be seen from the above aging categories, only rather old balances were identified for possible writeoff. No amounts were assigned for any account balances that were more current.

Based on the reserves that were available at that point in time, it was determined that sufficient reserves were available to cover the $81 million of accounts if they had to be written off. However, the memorandum indicated that if all $81 million of reserves were used, we would be left with essentially zero bad debt reserves balances, which obviously would create a shortfall since the $81 million only included older account balances.



DBR-RS-0290

Al Adamczak
July 3, 1997
Page 2

As you are aware, throughout fiscal 1997, all PATCOM account balances and other past statute accounts of approximately $80 million have been written off by Patient Accounting personnel. These accounts have been written off against the bad debt reserve accounts by General Accounting personnel so that the fiscal 1997 operating results would not be negatively impacted.

Subsequent to the decision being made to begin writing off $80 million of accounts ($20 million per quarter), a bad debt reserve methodology was developed for the Delaware Valley hospitals in order to promote consistency among the hospitals' reserve calculations. However, the required expense levels suggested by the reserve calculations (which approximated expense levels if calculated under the old reserve methods) were never recorded due to profitability concerns. Rather, bad debt expense was recorded at the budgeted amounts on a monthly basis. Due to the continued deterioration of the aging categories and the consumption of the existing bad debt reserve balances to cover the $80 million of writeoffs, bad debt shortfalls were created and continued to grow throughout fiscal 1997.

In an effort to alleviate the bad debt shortfalls, Graduate reserves of $50 million were transferred to the Delaware Valley hospitals. Despite the transfers of these reserves, a shortfall of approximately $25 million still existed as of May 31, 1997 as documented in my memorandum dated June 20, 1997 (refer to Attachment B). Since a shortfall still exists questions have arisen as to why a shortfall still prevails if $50 million of Graduate reserves have been transferred. The primary reasons can be summarized as follows:

♦ The level of bad debt expense ($32.7 million) and recoveries ($3.7 million) recorded throughout fiscal 1997 ($36.4 million in total) have only been sufficient enough to cover accounts written off to bad debts during fiscal 1997 by Patient Accounting ($36.1 million - this amount is over and above the $80 million of past statute and PATCOM accounts that have been written off)

♦ Despite the writeoff of $80 million of past statute and PATCOM - type accounts and $36 million of other bad debt writeoffs, the required bad debt reserve balances per the calculations indicate reserves of $67.6 million are still needed at May 31, 1997

♦ Unsubstantiated patient reserve adjustments of $10.8 million were recorded by General Accounting personnel in September 1996 to enhance operating results. When these adjustments could not be substantiated, General Accounting covered these adjustments with bad debt reserves

An assessment of the total Delaware Valley fiscal 1997 allowance follows

|  | ($ in 000s) |
|---|---|
| Fiscal 1997 bad debt expense | $32,663 |
| Fiscal 1997 bad debt recoveries | 3,679 |
| Fiscal 1997 bad debt writeoffs | (36,094) |
| Net increase/(decrease) in reserves | 248 |
| Required reserves @ 5/31/97 per reserve calculations | 67,857 |
| Shortfall | (67,609) |
| Graduate reserves | 50,000 |
| General Accounting reserve adjustments | (10,752) |
| Adjusted Shortfall | $(28,361) |

Refer to Attachment C for further analysis of this information by respective hospital

DBR-RS-0291

Al Adamczak
July 3, 1997
Page 3

Attachment D to this memorandum further analyzes the bad debt reserve position as of June 30, 1996 rolled forward for fiscal 1997 activity through May 31, 1997.

Given the fact that a shortfall of approximately $25 million still exists of May 31, 1997, a proposal has been advanced to utilize various reserves in June 1997 to cover the shortfall   Assuming acceptance of such proposal, June 30, 1997 bad debt allowances will be supported by consistent detail calculations and no shortfall will be carried forward into fiscal 1998.  In tandem with these proposed reserve transfers, I am proposing that we begin recording bad debt expense in June 1997 based on the reserve calculations instead of recording budgeted bad debt expense.

If you have any questions or need additional information, please contact me at your convenience.

Attachments

DJC/jaf
ofodushop/dsr/memos/al/dr-bdebt.mem

cc.     David McConnell
        Joe Dionisio
        Chuck Morrison
        Greg Snow

DBR-RS-0292

*ATTACHMENT A*

# *AHERF*

*Allegheny Health, Education and*
*Research Foundation*

*D.L. Clark Building, 4th Floor*
*Pittsburgh, Pennsylvania 15212*

## *Memorandum*

TO:        Stephen H. Spargo
           Senior Vice President, Corporate Support Services

FROM:      Daniel J. Cancelmi
           Senior Director, Financial Services

DATE:      September 24, 1996

SUBJECT:   **Delaware Valley Accounts Receivable Reserves**

In my memorandum dated September 20, 1996, the status of the Delaware Valley aging categories was discussed. In short, since the aging categories continue to deteriorate, the monthly financial statement results continue to be burdened with levels of bad debt expense which exceed budgeted amounts. Accordingly, we are continually faced with attempting to explain negative bad debt variances to operating unit personnel, which create a distraction for the operating units to focus on. For obvious selfish reasons, we in Finance may want to reconsider our accounting treatment for addressing uncollectible accounts.

I believe it is fair to state that there is a pool of old receivables that we will not be able to collect. The questions that all of us have been struggling with is how much is the amount of bad accounts and can we afford to write the accounts off. For almost a year, we have bled the accounts off or suffered the consequences of deteriorating aging categories, which has served to impair operating results. In turn, Finance has had to react to a barrage of inquiries from operating unit personnel. Since their patience may be wearing thin, now may be the time to "bite the bullet" and write off accounts using existing bad debt reserves.

Certainly, upon the writeoff of the old accounts, our remaining reserves will be negligible. However, the strategy would be to build up the reserves over the remainder of fiscal 1997. Furthermore, for the foreseeable future, the operating units would not be burdened with the excess bad debt levels. Essentially, assuming the billing and collection processes function as designed, the aging categories should not deteriorate to the point where we have to deal with a problem of the magnitude created by the patient accounting consolidation and system conversions.

As we have discussed in recent days, several options have been advanced to dispose of the old accounts. Based on accounts receivable data as of August 31, 1996 and the associated reserves, the following analysis is one option we may want to pursue to eliminate the old accounts.

DBR–RS–0293

Stephen H. Spargo
September 24, 1996
Page 2

Refer to the following

Proposed Inpatient and Outpatient Accounts to be Written Off

| Entity | Aging Category | ($ in 000s) | |
|---|---|---|---|
| Center City Hospital | 365+ | $21,513 | |
| | 271-365 | 7,050 | |
| | | | 28,563 |
| East Falls Hospital | 365+ | 9,940 | |
| | 211-365 | 6,927 | |
| | | | 16,867 |
| St. Christopher's | All PATCOM Accounts | | |
| | 365+ | 10,260 | |
| | <365 | 8,069 | |
| | | | 18,329 |
| Elkins Park Hospital | All PATCOM Accounts | | |
| | 365+ | 5,547 | |
| | <365 | 4,143 | |
| | | | 9,690 |
| Bucks County Hospital | All PATCOM Accounts | | |
| | 365+ | 4,440 | |
| | <365 | 3,563 | |
| | | | 8,003 |
| | Total Accounts to be Written Off | | $81,452 |

Existing Reserves to be Used to Cover Writeoffs

| | | | |
|---|---|---|---|
| ♦ Bad debt reserves | Center City Hospital | $29,922 | |
| | East Falls Hospital | 7,457 | |
| | St Christopher's | 9,239 | |
| | Elkins Park Hospital | 3,707 | |
| | Bucks County Hospital | 3,542 | |
| | | | 53,867 |
| ♦ Other reserves segregated for bad debts @ 6/30/96 | | | 17,500 |
| ♦ AGH capitalized interest reserve | | | 7,500 |
| ♦ Other reserves to be used | | | 2,585 |
| | | | $81,452 |

If the above approach is taken, we would be left with zero bad debt reserves as of August 31, 1996 However, budgeted Delaware Valley bad debt expense for the remainder of fiscal 1997 is approximately $29,700. Assuming any further writeoffs for the remainder of fiscal 1997 are not significant, we may be able to build the bad debt reserve back up in the $25 - $30 million range by June 30, 1997 Furthermore, any future collections on the accounts to be written off of $81,452 would also increase our bad debt reserve as of June 30, 1997.

DBR-RS-0294



Stephen H. Spargo
September 24, 1996
Page 3

There are certainly other options that can be pursued  This is just one suggestion as to how we can put this problem behind us.

If you have any questions or need additional information, please contact me at your convenience.

DJC/jaf
u/jd/w/wp/44v/acmos-u/tv-4rns a am

DBR-RS-0295

*Attachment 8*

# AHERF

**Allegheny Health, Education and
Research Foundation**

*D.L. Clark Building, 4th Floor*
*Pittsburgh, Pennsylvania 15212*

### *Memorandum*

TO:        Charles P. Morrison
             Senior Vice President, Chief Financial Officer - DV

FROM:     Daniel J. Cancelmi
             Senior Director, Financial Services

DATE:      June 20, 1997

SUBJECT:  **Delaware Valley Bad Debt Reserve Shortfall**

The following is a summary of the bad debt reserve shortfall as of May 31, 1997. It should be noted that the following estimated required bad debt reserve levels are predicated on the new reserve methodology that we have discussed in the past.

($ in 000s)

| | Required Bad Debt Reserve As of May 31, 1997 | Unadjusted General Ledger Bad Debt (Reserve) Debit | Unadjusted Shortfall | Graduate Reserves | Adjusted Shortfall As of May 31, 1997 |
|---|---|---|---|---|---|
| Bucks County | $(4,592) | $3,955 | $8,547 | $(7,000) | $1,547 |
| Elkins Park | (14,424) | (3,631) | 10,793 | (8,000) | 2,793 |
| Hahnemann | (32,533) | (11,427) | 21,106 | (10,000) | 11,106 |
| MCP | (20,509) | 582 | 21,091 | (15,000) | 6,091 |
| St. Christopher's | (9,899) | 3,647 | 13,546 | (10,000) | 3,546 |
| | $(81,957) | $(6,874) | $75,083 | $(50,000) | $25,083 |

If you have any questions or need additional information, please contact me at your convenience

cc:    David McConnell
      Joe Dionisio
      Al Adamczak
      Greg Snow
      Russ Laing
      Chuck Lisman
      Robin Schaffer

DBR-RS-0296

*Attachment C*

**Allegheny University Hospitals
and St. Christopher's Hospital for Children**

**Analysis of Current Year Bad Debt Allowance**
**($ in 000s)**

| | A Current Year Bad Debt Expense | B Current Year Recoveries | C Current Year Writeoffs | (A+B+C=D) Net (Increase)/ Decrease In Reserve | E Required Reserves @ 5/31/97 | (D-E=F) Current Year Shortfall | G Graduate Reserves | H General Accounting Revenue Adjustments | (F-G-H) Adjusted Current Year Shortfall |
|---|---|---|---|---|---|---|---|---|---|
| **Allegheny University Hospitals:** | | | | | | | | | |
| Hahnemann | (58,031) | (1,143) | 9,185 | 11 | (32,533) | 32,544 | (10,000) | 6,782 | 29,326 |
| MCP | (12,818) | (1,283) | 16,988 | 2,887 | (15,509)* | 18,396 | (15,000) | 1,113 | 4,509 |
| Elkins Park | (2,543) | (284) | 2,320 | (507) | (5,324)** | 4,817 | (8,000) | 1,072 | (2,111) |
| Bucks County | (2,973) | (315) | 3,058 | (230) | (4,592) | 4,362 | (7,000) | 168 | (2,450) |
| St. Christopher's Hospital for Children | (6,298) | (654) | 4,543 | (2,409) | (9,899) | 7,490 | (10,000) | 1,597 | (913) |
| **Total** | (32,663) | (3,679) | 36,094 | (248) | (67,857) | 67,609 | (50,000) | 10,752 | 28,361 |

* Excludes $5 million EPPI past statute writeoffs which will occur in June 1997

** Excludes Palcom past statute accounts receivable

DBR-RS-0297

ATTACHMENT D

**Allegheny University Hospitals
and St. Christopher's Hospital for Children
Bad Debt Allowance Analysis
($ in 000s)**

| | Past Statute Accounts to be Written-off @ 6/30/98 | Non Past Statute Accounts to be Reserved @ 6/30/98 | Total Allowance Required @ 6/30/98 | Actual Bad Debt Allowance @ 6/30/98 | Bad Debt Allowance Deficiency @ 6/30/98 |
|---|---|---|---|---|---|
| Hahnemann | $16,550 | $23,653 | $40,243 | $34,810 | $5,433 |
| MCP | 11,978 | 11,302 | 23,280 | 10,396 | 12,884 |
| Elkins Park | 9,100 | 2,402 | 11,502 | 4,196 | 7,306 |
| Bucks County | 7,823 | 2,201 | 10,024 | 3,826 | 6,198 |
| St. Christopher's Hospital for Children | 16,367 | 5,644 | 22,011 | 11,908 | 10,103 |
| | $61,836 | $45,202 | $107,060 | $65,136 | $41,924 |

* Such amounts are net of related charge differentials.

**Analysis of Deficiency @ 5/01/97**

| | Actual Bad Debt Allowance @ 6/30/98 | Actual Bad Debt Expense 11 mos ended 5/01/97 | Actual Bad Debt Recoveries 11 mos ended 5/01/97 | Reserved transferred from Graduate effect | Total Bad Debt Allowance Before FY97 Write-off | Write-off of Past Statute Accounts | Write-off of Non Past Statute Accounts & Cont Acctg Rev Adj | Bad Debt Allowance @ 5/01/97 | Total Allowance Recorded @ 5/01/97 | Bad Debt Allowance Deficiency @ 5/01/97 |
|---|---|---|---|---|---|---|---|---|---|---|
| Hahnemann | $34,810 | $8,031 | $1,143 | 110,000 | $53,984 | ($16,550) | ($15,967) | $21,467 | $32,544 | ($11,081) |
| MCP | 10,396 | 12,818 | 783 | 110,000 | 33,997 | (11,974) | (14,101) | 9,326 | 18,396 | (9,020) |
| Elkins Park | 4,196 | 2,543 | 284 | 8,000 | 15,023 | (9,100) | (3,392) | 2,531 | 4,817 | (2,286) |
| Bucks County | 3,826 | 2,973 | 315 | 7,000 | 14,114 | (7,823) | (3,246) | 3,045 | 4,362 | (1,317) |
| St. Christopher's Hospital for Children | 11,908 | 6,298 | 654 | 10,000 | 28,860 | (16,387) | (9,140) | 3,333 | 7,490 | (1,131) |
| | 165,136 | 32,663 | 3,079 | 150,000 | $151,478 | (61,835) | ($46,846) | 142,774 | 167,600 | ($24,835) |

DBR-RS-0298

TAB 213

# AHERF

**Allegheny Health, Education
and Research Foundation**

Suite 2900, Fifth Avenue Place
Pittsburgh, Pennsylvania 15222

## MEMORANDUM

TO:     Sherif S. Abdelhak
        President and CEO

        David W. McConnell
        Executive Vice President and CFO

FROM:   Stephen H. Spargo  *SHS*
        Senior Vice President, Corporate Support Services

DATE::  March 13, 1997

SUBJECT:  Graduate Projections

The attached schedules are intended to demonstrate the likely operating results of the five Graduate hospitals during the presumed three month period (April 1 - June 30, 1997) that they may be part of AHERF. As you will note, these projections are based on the actual financial results for the most recently available three month period (which, in most cases, is November 1, 1996 - January 31, 1997). Although there may be some degree of risk in expecting the April-June results to replicate the financial performance of the November-January period, our past experience would suggest that the latter months of any given fiscal year are normally the most profitable. I have also reflected, where applicable, the following more noteworthy acquisition related adjustments:

- Medicare recapture proceeds at the rate of 25% of the estimated settlement amount, which, in addition to being somewhat conservative (which I believe is justified in anticipation of the fiscal intermediary's reaction), it allows us to recognize like amounts of additional net revenue over the ensuing three years.

- The elimination of all or a portion of depreciation expense consistent with the writedown of property and equipment (necessitated by the purchase price allocation).

- Potential (and hopefully, likely) expense savings estimated at 3% of salaries and benefits and 5% of purchased services and administrative and general costs. These expense reductions may be rather aggressive, but hopefully will materialize as efficiencies and cost savings opportunities are identified.



DEPOSITION
EXHIBIT
1553
4/19/03

DBR-AA
41834

It should be noted that these projections do not include provisions for any restructuring or severance type costs, all of which will be recorded "below the line" while the hospitals are in SDN and Horizon. I should point out, however, that the reserves that are being established on the various hospitals' books while in SDN and Horizon (some of which are quite significant) will be immediately available upon transfer to AHERF to smooth out earnings, to offset unexpected revenue declines or expense overages, etc.

From a purely financial performance perspective, I would recommend that Graduate and Rancocas Hospitals be brought into AHERF on April 1, 1997 and, presuming that the forthcoming operating plans and identified cost savings are acceptable, that the other GHS hospitals be brought into AHERF on June 1, 1997. I hope these projections are helpful and would be happy to provide any additional information or clarification that may be desired.

SHS:dlg
Attachments
031397.2

DBR-AA
41835

**EFFECT OF TRANSFERRING CERTAIN
GRADUATE ENTITIES TO AHERF ON
APRIL 1, 1997
(Dollars in Thousands)**

| | Projected Excess/(Deficiency) of Revenue over Expenses 3 Month Period April 1 - June 30, 1997 | FY 97 Target | Difference |
|---|---|---|---|
| Graduate Hospital | $10,572 | $8,000 | $2,572 |
| Mt. Sinai Hospital | (631) | - | (631) |
| Parkview Hospital | 114 | (500) | 614 |
| City Avenue Hospital | (951) | (500) | (451) |
| Rancocas Hospital | 1,784 | 4,000 | (2,216) |
| | $10,888 | $11,000 | ($112) |

s:\k\123\ghsmsc\ghs-ahrf uf

DBR-AA
41836

## GRADUATE HOSPITAL
## STATEMENT OF REVENUE AND EXPENSES
### for the three-month period November 1, 1996 - January 31, 1997
### (Dollars in thousands)

| | Actual | Acquisition Adjustments | 3 Month Pro Forma |
|---|---|---|---|
| **Revenue:** | | | |
| Inpatient | $30,364 | $6,250  (A) | $36,614 |
| Outpatient | 10,272 | - | 10,272 |
| Sponsored projects | 576 | - | 576 |
| Investment income | 2,123 | - | 2,123 |
| Other | 1,546 | - | 1,546 |
| Total revenue | 44,881 | 6,250 | 51,131 |
| | | | |
| **Expenses:** | | | |
| Salaries, wages and fees | 15,082 | <500> (B) | 14,582 |
| Fringe benefits | 2,946 | <100> (B) | 2,846 |
| Patient care supplies | 6,451 | - | 6,451 |
| Purchased services | 8,310 | <400> (B) | 7,910 |
| Support & contract costs | 2,123 | - | 2,123 |
| Administrative and general | 4,693 | <200> (B) | 4,693 |
| Depreciation and amortization | 2,916 | <2,800> (C) | 116 |
| Interest | 2,038 | - | 2,038 |
| Total expenses | 44,559 | <4,000> | 40,559 |
| | | | |
| **Excess of revenue over expenses, before restructuring costs** | $    322 | $ 10,250 | $ 10,572 |

(A)   Represents 25% of the anticipated depreciation expense recapture proceeds of $25 million.  It is expected that $6.25 million of these proceeds will be recognized annually from 1997-2000.

(B)   Represents an estimate of the savings that the merger will yield as a result of efficiencies and economies within certain support and clinical areas (3% reduction in salaries and a benefits and 5% reduction in purchased services and A & G costs).

(C)   Represents the anticipated reduction of depreciation expense as a result of the writedown of property and equipment in conjunction with the purchase price allocation.

DBR-AA
41837

s:\jodie\wp\dsn\graphes7.doc

### MT. SINAI HOSPITAL
### STATEMENT OF REVENUE AND EXPENSES
#### for the three-month period November 1, 1996 - January 31, 1997
#### (Dollars in thousands)

| | Actual | Acquisition Adjustments | Pro Forma 3 Month Actual |
|---|---|---|---|
| **Revenue:** | | | |
| Inpatient | $ 6,131 | - | $ 6,131 |
| Outpatient | 232 | - | 232 |
| Sponsored projects | - | - | - |
| Investment income | 27 | - | 27 |
| Other | 643 | - | 643 |
| Total revenue | 7,033 | - | 7,033 |
| | | | |
| **Expenses:** | | | |
| Salaries, wages and fees | 3,884 | <110> (A) | 3,774 |
| Fringe benefits | 999 | <20> (A) | 979 |
| Patient care supplies | 169 | - | 169 |
| Purchased services | 817 | <40> (A) | 777 |
| Support & contract costs | 454 | - | 454 |
| Administrative and general | 468 | <20> (A) | 448 |
| Depreciation and amortization | 351 | - | 351 |
| Interest | 712 | - | 712 |
| Total expenses | 7,854 | <190> | 7,664 |
| | | | |
| **Deficiency of revenue over expenses, before restructuring costs** | $ <821> | $ 190 | $ <631> |

(A)    Represents an estimate of the savings that the merger will yield as a result of efficiencies and economies within certain support and clinical areas (3% reduction in salaries and benefits and a 5% reduction in purchased services and A & G costs.

(B)    Represents the anticipated reduction of depreciation expense as a result of the writedown of property and equipment in conjunction with the purchase price allocation.

DBR-AA
41838

### PARKVIEW HOSPITAL
### STATEMENT OF REVENUE AND EXPENSES
### For the Three-Month Period November 1, 1996 – January 31, 1997
### (Dollars in Thousands)

| | Actual | Acquisition Adjustments | Pro-Forma 3 Month Actual |
|---|---|---|---|
| **Revenue:** | | | |
| Inpatient | $9,299 | $0 | $9,299 |
| Outpatient | 2,898 | 0 | 2,898 |
| Sponsored Projects | 0 | 0 | 0 |
| Investment Income | 0 | 0 | 0 |
| Other | 331 | 0 | 331 |
| Total Revenue | 12,528 | 0 | 12,528 |
| **Expenses:** | | | |
| Salaries, Wages and Fees | 5,702 | (170) (A) | 5,532 |
| Fringe Benefits | 880 | (25) (A) | 855 |
| Patient Care Supplies | 1,397 | 0 | 1,397 |
| Purchased Services | 2,773 | (140) (A) | 2,633 |
| Administrative and General | 1,327 | (70) (A) | 1,257 |
| Depreciation and Amortization | 428 | 0 | 428 |
| Interest | 312 | 0 | 312 |
| Total Expenses | 12,819 | (405) | 12,414 |
| Excess/(Deficiency) of Revenue over Expenses before Restructuring Costs | ($291) | $405 | $114 |

(A)  Represents an estimate of the savings that the merger will yield as a result of efficiencies and economies within certain support and clinical areas (3% reduction in salaries and benefits and 5% reduction in purchased services and A&G costs).

s:\k\123\ghsmsc\pv-sr&e 96

DBR-AA
41839

## CITY AVENUE HOSPITAL
## STATEMENT OF REVENUE AND EXPENSES
### For the Three-Month Period November 1, 1996 - January 31, 1997
### (Dollars in Thousands)

|  | Actual | Acquisition Adjustments | Pro-Forma 3 Month Actual |
|---|---|---|---|
| **Revenue:** | | | |
| Inpatient | $10,701 | $0 | $10,701 |
| Outpatient | 2,276 | 0 | 2,276 |
| Sponsored Projects | 0 | 0 | 0 |
| Investment Income | 0 | 0 | 0 |
| Other | 177 | 0 | 177 |
| Total Revenue | 13,154 | 0 | 13,154 |
| **Expenses:** | | | |
| Salaries, Wages and Fees | 6,503 | (200) (A) | 6,303 |
| Fringe Benefits | 1,366 | (40) (A) | 1,326 |
| Patient Care Supplies | 1,664 | 0 | 1,664 |
| Purchased Services | 2,472 | (120) (A) | 2,352 |
| Administrative and General | 1,434 | (70) (A) | 1,364 |
| Depreciation and Amortization | 681 | 0 | 681 |
| Interest | 415 | 0 | 415 |
| Total Expenses | 14,535 | (430) | 14,105 |
| Excess/(Deficiency) of Revenue over Expenses before Restructuring Costs | ($1,381) | $430 | ($951) |

(A)   Represents an estimate of the savings that the merger will yield as a result of efficiencies and economies within certain support and clinical areas (3% reduction in salaries and benefits and 5% reduction in purchased services and A&G costs).

s:\lk\123\ghcmscka-st&e.96

DBR-AA
41840

**RANCOCAS HOSPITAL**
**STATEMENT OF REVENUE AND EXPENSES**
**for the three-month period October 1, 1996 – December 31, 1996**
**(Dollars in thousands)**

|  | Actual | Acquisition Adjustments | Pro Forma 3 Month Actual |
|---|---|---|---|
| **Revenue:** | | | |
| Inpatient | $14,301 | $1,000  (A) | $15,301 |
| Outpatient | 6,135 | - | 6,135 |
| Sponsored projects | - | - | - |
| Investment income | 252 | - | 252 |
| Other | 801 | - | 801 |
| Total revenue | 21,489 | 1,000 | 22,489 |
| | | | |
| **Expenses:** | | | |
| Salaries, wages and fees | 9,975 | <300>  (B) | 9,675 |
| Fringe benefits | 1,449 | <40>  (B) | 1,409 |
| Patient care supplies | 2,180 | - | 2,180 |
| Purchased services | 1,914 | <40>  (B) | 1,874 |
| Support & contract costs | 588 | - | 588 |
| Administrative and general | 2,926 | <60>  (B) | 2,866 |
| Depreciation and amortization | 1,292 | <100>  (C) | 1,192 |
| Interest | 921 | - | 921 |
| Total expenses | 21,245 | <540> | 20,705 |
| | | | |
| **Excess of revenue over expenses, before restructuring costs** | $  244 | $1,540 | $ 1,784 |

(A)    Represents 25% of the anticipated depreciation expense recapture proceeds of $4 million. It is expected that $1 million of these proceeds will be recognized annually from 1997-2000.

(B)    Represents an estimate of the savings that the merger will yield as a result of efficiencies and economies within certain support and clinical areas (3% reduction in salaries and benefits and a 5% reduction in purchased services and A & G costs.

(C)    Represents the anticipated reduction of depreciation expense as a result of the writedown of property and equipment in conjunction with the purchase price allocation.

DBR-AA
41841

TAB 214

**Allegheny General Hospital**

*Consolidated*

*Financial*

*Statements*

*for the*

*year ended*

*June 30, 1996*

DEPOSITION
EXHIBIT

*237*

ACF

PR-BINDER-12-00689

# Coopers &Lybrand

Coopers & Lybrand L.L.P.

a professional services firm

## Report of Independent Accountants

To the Board of Trustees of
  Allegheny General Hospital:

We have audited the accompanying consolidated balance sheet of Allegheny General Hospital as of June 30, 1996 and the related consolidated statements of operations, changes in net assets, and cash flows for the year then ended. These consolidated financial statements are the responsibility of Allegheny General Hospital's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audit.

We conducted our audit in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit provides a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the consolidated financial position of Allegheny General Hospital as of June 30, 1996 and the consolidated results of its operations, changes in net assets and cash flows for the year then ended in conformity with generally accepted accounting principles.

As discussed in Note 2 to the consolidated financial statements, Allegheny General Hospital changed its method of accounting for contributions by adopting Statement of Financial Accounting Standards (SFAS) No. 116, "Accounting for Contributions Received and Contributions Made" and its method of reporting by adopting SFAS No. 117, "Financial Statements of Not-for-Profit Organizations," as well as its method of accounting for investments by adopting SFAS No. 124, "Accounting for Certain Investments Held by Not-for-Profit Organizations."

*Coopers + Lybrand L.L.P.*

Pittsburgh, Pennsylvania
September 11, 1996

1

PR-BINDER-12-00690

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATED BALANCE SHEET
June 30, 1996
(Dollars in Thousands)

## ASSETS

| | | |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | $ | 2,447 |
| Short-term investments | | 11,394 |
| Assets limited or restricted as to use | | 3,957 |
| Receivables: | | |
| Patient accounts, less allowance for uncollectible accounts of $12,576 | | 50,036 |
| Grants and other | | 5,077 |
| Inventories | | 10,045 |
| Prepaid expenses | | 839 |
| Total current assets | | 83,795 |
| Assets limited or restricted as to use, net of current portion | | 181,691 |
| Property and equipment, net | | 248,747 |
| Due from affiliates | | 26,369 |
| Other assets | | 25,760 |
| Total assets | $ | 566,362 |

## LIABILITIES AND NET ASSETS

| | | |
|---|---|---|
| Current liabilities: | | |
| Accounts payable and accrued expenses | $ | 54,044 |
| Deferred grant revenue | | 3,717 |
| Current portion of long-term debt | | 7,023 |
| Total current liabilities | | 64,784 |
| Long-term debt, net of current portion | | 257,521 |
| Deferred grant revenue | | 1,074 |
| Other noncurrent liabilities | | 784 |
| Total liabilities | | 324,163 |
| Net assets: | | |
| Unrestricted | | 227,876 |
| Restricted: | | |
| Temporarily | | 6,773 |
| Permanently | | 7,550 |
| Total net assets | | 242,199 |
| Total liabilities and net assets | $ | 566,362 |

PR-BINDER-12-00691

The accompanying notes are an integral part of the consolidated financial statements.

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATED STATEMENT OF OPERATIONS
For the year ended June 30, 1996
(Dollars in Thousands)

| | | |
|---|---|---:|
| **Unrestricted revenues, gains and other support:** | | |
| Net patient service revenue | $ | 394,561 |
| Research support | | 8,789 |
| Investment income | | 23,291 |
| Net assets released from restrictions used for operations | | 8,518 |
| Other revenue | | 23,981 |
| Total revenues, gains and other support | | 459,140 |
| | | |
| **Expenses:** | | |
| Salaries, wages and fringe benefits | | 204,513 |
| Materials, supplies and services | | 201,662 |
| Depreciation and amortization | | 33,284 |
| Interest | | 13,927 |
| Unusual items | | 3,149 |
| Total expenses | | 456,535 |
| Net income, before change in accounting principles | | 2,605 |
| Income from change in accounting principles | | 3,716 |
| Net income | | 6,321 |
| Transfers to affiliates, net | | (14,158) |
| Transfers from deferred revenue | | 562 |
| Net assets released from restrictions used for acquisition of property and equipment | | 1,091 |
| Decrease in unrestricted net assets | $ | (6,184) |

PR-BINDER-12-00692

The accompanying notes are an integral part of the consolidated financial statements.

3

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATED STATEMENT OF CHANGES IN NET ASSETS
For the year ended June 30, 1996
(Dollars in Thousands)

| | | |
|---|---|---:|
| Unrestricted net assets: | | |
| Net income | $ | 6,321 |
| Transfers to affiliates, net | | (14,158) |
| Transfers from deferred revenue | | 562 |
| Net assets released from restrictions | | |
| used for acquisition of property and equipment | | 1,091 |
| Decrease in unrestricted net assets | | (6,184) |
| | | |
| Temporarily restricted net assets: | | |
| Adjustment from change in accounting principles | | 1,213 |
| Contributions | | 2,529 |
| Investment income | | 1,767 |
| Net assets released from restrictions | | (11,350) |
| Unrealized appreciation of investments | | 639 |
| Decrease in temporarily restricted net assets | | (5,202) |
| | | |
| Permanently restricted net assets: | | |
| Contributions | | 655 |
| Increase in permanently restricted net assets | | 655 |
| | | |
| Decrease in net assets | | (10,731) |
| Net assets, beginning of year | | 252,930 |
| Net assets, end of year | $ | 242,199 |

PR-BINDER-12-00693

The accompanying notes are an integral part of the consolidated financial statements.

4

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATED STATEMENT OF CASH FLOWS
For the year ended June 30, 1996
(Dollars in Thousands)

| | | |
|---|---|---:|
| Cash flows from operating activities: | | |
| Change in net assets | $ | (10,731) |
| Adjustments to reconcile change in net assets | | |
|   to net cash provided by operating activities: | | |
| Adjustment from change in accounting principles | | (4,929) |
| Depreciation and amortization | | 33,284 |
| Amortization of bond discount | | 81 |
| Net transfers to affiliates | | 14,158 |
| Net unrealized appreciation of investments | | (443) |
| Gain on sale of property and equipment | | (7,439) |
| Income from equity investments | | (4,779) |
| Increase/(decrease) in cash from changes in: | | |
|   Short-term investments | | (1,331) |
|   Patient accounts receivable | | 17,923 |
|   Other receivables | | (2,770) |
|   Inventories | | (614) |
|   Prepaid expenses | | (210) |
|   Accounts payable and accrued expenses | | 18,292 |
|   Due to/from affiliates | | (26,265) |
|   Other | | (22,960) |
|      Net cash provided by operating activities | | 1,267 |
| Cash flows from investing activities: | | |
| Acquisition of property and equipment, net | | (34,209) |
| Proceeds of sale of property and equipment | | 27,400 |
| Decrease in assets limited or restricted as to use, net | | 30,527 |
|      Net cash provided by investing activities | | 23,718 |
| Cash flows from financing activities: | | |
| Repayments of long-term debt | | (8,763) |
| Net transfers to affiliates | | (14,158) |
|      Net cash used by financing activities | | (22,921) |
| Net increase in cash and cash equivalents | | 2,064 |
| Cash and cash equivalents, beginning of year | | 383 |
| Cash and cash equivalents, end of year | $ | 2,447 |
| Supplemental disclosure: | | |
|   Cash paid for interest | $ | 14,747 |

PR-BINDER-12-00694

The accompanying notes are an integral part of the consolidated financial statements.

5

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

1.  **Organization:**

Allegheny General Hospital (AGH) is a Pennsylvania nonprofit charitable organization that operates a 777-bed tertiary care facility and an 80-bed subacute hospital-based skilled nursing facility. AGH is the parent company of Allegheny-Singer Research Institute (ASRI). AGH and ASRI comprise an obligated group formed in connection with the issuance of hospital revenue bonds. ASRI is a nonprofit medical research institute that receives funding principally from affiliates, government grant programs, and private donors.

Allegheny Health, Education and Research Foundation (AHERF), a nonprofit organization, is the parent company of AGH. AHERF is also the parent company of Allegheny University of the Health Sciences (Allegheny University), Allegheny University Hospitals, St. Christopher's Hospital for Children (St. Christopher's), Diversified Health Group, Inc. (DHG), Allegheny Integrated Health Group (AIHG) and Allegheny Health Services Providers Insurance Company (AHSPIC).

2.  **Accounting Policies:**

The significant accounting policies applied in preparing the accompanying consolidated financial statements are summarized below:

Principles of Consolidation:

The accompanying consolidated financial statements include the accounts of AGH and ASRI. All intercompany transactions have been eliminated in consolidation.

Accounting Changes:

In fiscal year 1996, AGH adopted Financial Accounting Standards Board Statements (FAS), No. 116, "Accounting for Contributions Received and Contributions Made," No. 117, "Financial Statements of Not-for-Profit Organizations" and No. 124, "Accounting for Certain Investments Held by Not-for-Profit Organizations." FAS 116 requires that unconditional promises by donors to pledge monies to AGH be recorded as receivables and revenues within

6

PR-BINDER-12-00895

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

2.    <u>Accounting Policies:</u> (continued)

the appropriate net asset category.  FAS 117 establishes uniform standards for general-purpose external financial statements of not-for-profit organizations and further requires the classification of net assets into three categories, based on the existence or absence of donor-imposed restrictions as follows:

<u>Unrestricted</u> - Net assets that are not subject to donor-imposed stipulations. Such net assets may be designated by the Board of Trustees for specific purposes or limited by contractual agreements with outside parties.

<u>Temporarily Restricted</u> - Net assets whose use is subject to donor-imposed stipulations that can be fulfilled by specific actions pursuant to such stipulations or expire by the passage of time.

<u>Permanently Restricted</u> - Net assets subject to donor-imposed stipulations that neither expire by passage of time nor can be fulfilled and removed by action.  Such net assets, which must be maintained in perpetuity, generally include only the original amount of the contribution since the donors of these assets most often permit the use of all investment earnings for specific or general purposes.

FAS 124 requires that investments in equity securities with readily determinable fair value and all investments in debt securities be reported at fair value with gains and losses included in the consolidated statement of operations.  As is permitted by FAS 124, the cumulative effect of adopting the statement for periods prior to July 1, 1995 is $3,716 for unrestricted investments, which is reflected as an adjustment from change in accounting principle on the consolidated statements of operations, and $1,213 for investments temporarily restricted and is reflected on the consolidated statement of changes in net assets.

7

PR-BINDER-12-00696

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

2.    **Accounting Policies:** (continued)

Use of Estimates:

The preparation of consolidated financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and the disclosure of contingent assets and liabilities at the date of the consolidated financial statements. Estimates also affect the amounts reported as revenues and expenses during the reporting period. Actual results could differ from those estimates.

Cash and Cash Equivalents:

Cash and cash equivalents include highly liquid investments purchased with a maturity date of three months or less and deposits maintained with AHERF which are available to AGH.

Investments and Investment Income:

A majority of AGH's short-term investments and those investments temporarily restricted by donors for specific purposes are managed pursuant to a master trust arrangement (Master Trust) that includes the investments of other AHERF entities. Investments in the Master Trust consist primarily of government and corporate obligations and repurchase agreements collateralized by U.S. Treasury notes and bonds that have fixed rates of return. Investment income and gains or losses are allocated on the pro rata cost value of each entity's investment. AGH's pro rata share of Master Trust is stated at fair value.

AGH's investments are carried at fair value and consist generally of investments similar to those in the Master Trust and marketable equity securities of domestic companies.

Donated investments are recorded at estimated fair value at the date of contribution. Unrestricted investment income and gains and losses on sales of investments, which are based on average cost, are included in investment income.

8

PR-BINDER-12-00697

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

2.    **Accounting Policies:** (continued)

Grants Receivable and Deferred Grant Revenue:

Grants and contracts are recognized in the year in which expenditures are made,
either as research support or, in the case of expenditures for property and
equipment, as additions to net assets. Receivables are recorded when contract and
grant expenditures exceed funds received. Deferrals are recorded when funds
received are in excess of expenditures incurred. Additionally, notices of federal
and other research grant awards relating to future years have not been recorded.

Inventories:

Inventories are valued at the lower of average cost or fair value.

Property and Equipment:

Property and equipment, along with expenditures that extend the useful lives of
assets, are recorded at cost. Certain internal computer software and development
costs are capitalized and included in property and equipment. Interest is
capitalized in accordance with the construction of major capital additions.
Maintenance and repairs are charged to expense as incurred. At the time assets are
retired or otherwise disposed of, the cost thereof and the related accumulated
depreciation or amortization are eliminated and any resulting gain or loss on
disposition is recorded as other revenue.

Depreciation is provided over the estimated useful lives of the assets computed
under the straight-line method with one-half year of depreciation recognized in the
year the related assets are placed into service.

Other Assets:

Other assets consist primarily of bond financing costs, equity investments and
investments in other joint ventures. Bond financing costs are being amortized over
the respective terms of the related bond issues on a basis that approximates the
interest method. AGH has a 32.3% ownership interest in Gateway Health Plan,
L.P. (Gateway). AGH's share of income from its Gateway investment for fiscal
year 1996 was $4,919.

9

PR-BINDER-12-00698

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

2.   **Accounting Policies:** (continued)

Restricted Net Assets:

Temporarily restricted net assets are those whose use has been limited by donors for a specific purpose or a specific time period. Permanently restricted net assets have been restricted by donors to be maintained in perpetuity. Temporarily restricted assets released from restriction during the period are reflected in the consolidated statement of operations.

Net Patient Service Revenue:

AGH has agreements with third-party payors that provide for payments to AGH at amounts different from its established rates. Payment arrangements include prospectively determined rates based on discharges, discounted charges, per diem payments and capitation arrangements. Net patient service revenue is reported at the estimated net realizable amounts due from patients, third-party payors, and others for services rendered, including estimated net retroactive adjustments under reimbursement agreements with third-party payors. Retroactive adjustments are accrued on an estimated basis in the period the related services are rendered and adjusted in future periods as final settlements are determined.

Charity Care, Uncompensated Care and Other Community Services:

AGH maintains a charity care policy which was established to assure that all persons seeking treatment receive needed health care services regardless of their ability to pay. This policy provides that persons who lack the means to pay for all or a portion of their needed health care services receive financial assistance in the form of partial or total charge reductions. Because AGH does not pursue collection of amounts determined to qualify as charity care, they are not reported as revenue. The amount of charges forgone for services and supplies furnished under AGH's charity care policy approximated $3,615 in fiscal year 1996.

10

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

2.    **Accounting Policies:** (continued)

Additionally, AGH provides services to patients covered by Medical Assistance and Medicare, whereby the payments received are less than the costs of providing such services. Also, AGH performs services at no charge which benefit the community, such as public health screenings, health care publications, workplace wellness programs, health related research, educational programs and other activities.

Related Party Transactions:

Fees charged for services provided by affiliates are included in expenses with all other transactions among affiliates recorded as net asset transfers. Any resulting amounts due to or from affiliates are settled periodically in the normal course of business.

Income Tax:

AGH and ASRI are not-for-profit corporations that have been recognized as tax exempt pursuant to Section 501 (C)(3) of the Internal Revenue Code.

3.    **Assets Limited or Restricted as to Use:**

Assets limited or restricted as to use consist of the following components at June 30, 1996:

| | |
|---|---:|
| Unrestricted: | |
| By Board of Trustees: | |
| Future additions or replacement of property and equipment | $ 151,298 |
| By Financing Agreements: | |
| Debt service funds | 3,960 |
| Construction fund | 12,332 |
| | 16,292 |
| Endowments | 3,723 |
| | 171,313 |
| Temporarily restricted: | |
| By donor-specific purposes | 6,095 |
| Endowments | 690 |
| | 6,785 |

11

PR-BINDER-12-00700

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

3. **Assets Limited or Restricted as to Use:** (continued)

| | |
|---|---:|
| Permanently restricted: | |
| Endowments | 7,550 |
| Total assets limited or restricted as to use | 185,648 |
| Less current portion | 3,957 |
| Assets limited or restricted as to use, net of current portion | $ 181,691 |

The following table sets forth the composition of assets limited or restricted as to use by investment type at June 30, 1996:

| | |
|---|---:|
| Unrestricted: | |
| Cash and short-term investments | $ 72,153 |
| Government and corporate obligations | 58,282 |
| Marketable equity securities | 40,878 |
| | 171,313 |
| Temporarily restricted: | |
| Cash and short-term investments | 506 |
| Government and corporate obligations | 2,633 |
| Marketable equity securities | 3,646 |
| | 6,785 |
| Permanently restricted: | |
| Cash and short-term investments | 144 |
| Government and corporate obligations | 3,007 |
| Marketable equity securities | 4,399 |
| | 7,550 |
| Assets limited or restricted as to use | $ 185,648 |

The Board of Trustees retains control over certain designated assets and may, at its discretion, subsequently use such assets for other purposes. Assets limited or restricted as to use that are required to satisfy obligations classified as current liabilities, are reported as current assets on the consolidated balance sheet.

Investment returns consisted of the following for the year ended June 30, 1996:

| | |
|---|---:|
| Net gains on investments | $ 10,114 |
| Dividends and interest | 8,124 |
| | $ 18,238 |

12

PR-BINDER-12-00701

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

4.    **Property and Equipment:**

Property and equipment consists of the following components at June 30, 1996:

| | |
|---|---:|
| Buildings and building improvements | $ 274,116 |
| Equipment | 195,789 |
| Land and land improvements | 10,482 |
| | 480,387 |
| Less accumulated depreciation and amortization | 246,648 |
| | 233,739 |
| Construction in progress | 15,008 |
| Property and equipment, net | $ 248,747 |

5.    **Lines of Credit:**

AGH maintains a $25,000 working capital line of credit from a bank.   Interest on outstanding borrowings is based on one of several interest rate options that can be selected by AGH and there is a commitment fee of .08% on the unused portion of the available line.  No borrowings were outstanding under the line of credit as of June 30, 1996.

6.    **Long-Term Debt:**

Long-term debt consists of the following obligations at June 30, 1996:

| | |
|---|---:|
| Allegheny County Hospital Development Authority (ACHDA): | |
| Series 1995 A and B Hospital Revenue Bonds: | |
| A  net of unamortized discount of $450 (with maturity dates through September 1, 2020 and fixed interest rates ranging from 4.65% to 6.35%) | $ 49,550 |
| B  (with maturity dates through September 1, 2020 and variable interest rates ranging from 2.8% to 5.0% during fiscal year 1996 and at 3.25% on June 30, 1996) | 50,000 |
| | 99,550 |
| Series 1993 A-C Notes: | |
| A  (with maturity dates through July 1, 2012 and variable interest rates from 5.57% to 6.35% during fiscal year 1996 and at 5.76% on June 30, 1996) | 27,500 |
| B  (with maturity dates through January 1, 2012 and a fixed interest rate of 7.85%) | 13,825 |
| C  (with maturity dates through January 1, 2004 and a fixed interest rate of 7.33%) | 12,797 |
| | 54,122 |

13

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

6.   **Long-Term Debt:**   (continued)

| | |
|---|---:|
| Series 1988 A-D Hospital Revenue Bonds (with maturity dates through March 1, 2018 and variable interest rates ranging from 2.75% to 5.0% during fiscal year 1996 and at 3.3% on June 30, 1996) | 48,100 |
| Pennsylvania Higher Educational Facilities Authority (PHEFA): Series 1991 A Revenue Bonds, net of unamortized discount of $677 (with maturity dates through September 1, 2017 and fixed interest rates ranging from 5.9% to 7.25%) | 55,272 |
| Term loan (with a maturity date of June 16, 1999 and variable interest rates ranging from 5.84% to 6.84% during fiscal year 1996 and at 5.84% on June 30, 1996) | 7,500 |
| | 264,544 |
| Less current portion of long-term debt | 7,023 |
| Long-term debt | $257,521 |

Redemption of all ACHDA obligations is supported by renewable irrevocable bank letters of credit. All obligations are subject to early redemption at the option of AGH. Additionally, under the provisions of the Master Trust Indenture, AGH is directly obligated to make loan payments related to the 1993 Bonds, 1991 Bonds, and 1995 A and B Bonds and is obligated to make rental payments under lease and sublease arrangements related to the 1988 Bonds, which are sufficient to enable the PHEFA and the ACHDA to make timely payments of principal and interest. These bonds are collateralized by the pledge of AGH unrestricted receivables to the Master Trustee. Additionally, AGH has entered into a Letter of Credit, Reimbursement and Security Agreement related to Series 1993 A and 1998 Bonds which contain specific covenants, the most restrictive of which require AGH to maintain unrestricted net assets of at least $200,000 and a long-term debt service coverage ratio of 1.2 or greater, calculated at the end of each quarter.

Following are scheduled principal repayments and sinking fund requirements on the long-term debt for each of the next five fiscal years:

| | | |
|---|---|---:|
| 1997 | - | $7,023 |
| 1998 | - | 7,568 |
| 1999 | - | 15,537 |
| 2000 | - | 8,422 |
| 2001 | - | 9,134 |

14

PR-BINDER-12-00703

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

7.  **Commitments:**

AGH leases certain medical and office equipment and office space used in its operations. Rental expenses for operating leases for the fiscal year ended June 30, 1996 were $12,359. The annual and total future minimum lease payments under noncancelable operating leases entered into as of June 30, 1996 are as follows:

| Year | |
|------|------|
| 1997 | $ 8,595 |
| 1998 | 7,956 |
| 1999 | 7,056 |
| 2000 | 6,508 |
| 2001 | 6,171 |
| 2002 and thereafter | 43,988 |
| Total minimum payments | $ 80,274 |

8.  **Net Patient Service Revenue:**

Net patient service revenue consists of the following components for the year ended June 30, 1996:

| | |
|------|------|
| Gross patient service revenue | $ 849,990 |
| Less provisions for contractual adjustments | 455,429 |
| Net patient service revenue | $ 394,561 |

Contractual adjustments represent the difference between standard billing rates and amounts estimated to be paid under various health benefit agreements. Provisions for contractual adjustments are recorded in the period in which the services are provided.

During fiscal year 1996, AGH's bad debt expense amounted to $16,874, which is included in materials, supplies and services expense on the consolidated statement of operations.

9.  **Insurance:**

AHERF is self-insured for primary coverage and for certain levels of excess coverage related to professional and general liability claims through AHSPIC, an affiliated captive insurance company incorporated in the Cayman Islands. In addition, AHERF participates in the Medical Professional Liability Catastrophic Loss Fund of the Commonwealth of

15

PR-BINDER-12-00704

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

9.    Insurance:  (continued)

Pennsylvania (CAT Fund) and maintains insurance under commercially insured programs
on a claims-made basis for amounts in excess of the self-insurance and CAT Fund
coverages. Premiums paid by AHERF to AHSPIC are retrospectively rated and are based
on funding requirements determined by independent insurance actuaries to include
provisions for estimates of the ultimate costs for both reported claims and claims incurred
but not reported, determined on a discounted basis using a 7.5% rate. Professional and
general liability expense is allocated by AHERF to each relevant AHERF entity based
principally upon such entity's reported claims and estimated claims incurred but not
reported. During fiscal year 1996, total professional and general liability insurance
expense was $283.

AHERF is also self-insured for workers' compensation liability claims and has established
a trust fund for the payment of such claims. Funding requirements and estimates of losses
incurred are determined on a discounted basis using actuarial assumptions which include
a 6.0% discount rate and which are subject to revision based upon actual experience.
Workers' compensation expense is allocated by AHERF to each relevant AHERF entity
based principally upon such entity's reported claims and estimated claims incurred but not
reported. During fiscal year 1996, AGH's workers' compensation expense was $5,025.

10.   Pension Plans:

AHERF maintains a noncontributory, defined benefit pension plan covering substantially
all AGH employees. Under this cash balance plan (the Plan), pension accruals are
determined using a defined percentage of an employee's current compensation based on
the employee's age and years of service. Each employee's individual retirement benefit
is defined within the Plan's obligation as a notational cash balance retirement account and
is credited with interest based on a defined interest rate. AHERF's funding policy is to
contribute such amounts as are necessary on an actuarial basis to provide the Plan with
assets sufficient to meet benefits to be paid to retirees or their beneficiaries and to satisfy
the minimum funding requirements of the Employee Retirement Income Security Act of
1974. Pension expense is allocated by AHERF to each relevant AHERF entity based
principally upon the number of full and part time employees covered by the Plan and their
respective salary levels. During fiscal year 1996, AGH's pension expense was $6,012.

16                    PR-BINDER-12-00705

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

10.    **Pension Plans:**   (continued)

AHERF sponsors a contributory, defined contribution savings plan which is available to substantially all AGH employees in order to provide additional security during retirement by creating an incentive for employees to make regular contributions on their own behalf. Under this plan, and as determined on an individual employee basis, AHERF contributes amounts equal to 25% of an employee's contribution for employee contributions up to 4% of such employee's salary in a given year. Such expense is allocated by AHERF to each relevant AHERF entity based on actual contributions made. AGH's expense associated with contributions to this savings plan was $1,135 for the year ended June 30, 1996.

11.    **Related Party Transactions:**

An affiliation agreement between AHERF and Allegheny University stipulates certain AHERF financial commitments, in order to, among other things, strengthen Allegheny University's academic, research and health service programs. Such financial support of operations, which is determined annually based upon Allegheny University's needs and available funds within the AHERF system, is recorded as a net asset transfer on the consolidated statement of changes in net assets. In this regard, AGH, through AHERF, transferred $2,500 to Allegheny University during fiscal year 1996. AGH provided Allegheny University with a research grant, which is determined annually based upon the amount of external, competitively awarded research funds obtained by Allegheny University during the prior fiscal year and the total amount of internal funding available for research within the AHERF System. This research grant amounted to $3,571 in fiscal year 1996. Additionally, during fiscal year 1996, AGH purchased directly from Allegheny University $20,028 of physician administrative and teaching services and researcher services and initiated charges to Allegheny University of $3,492 for support and administrative services. The amounts purchased from Allegheny University are included in materials, supplies and services expenses, while the amounts charged to Allegheny University are included in other revenue on the consolidated statement of operations. During fiscal years 1996, AGH transferred $19,847 to AHERF to support corporate initiatives as net asset transfers on the consolidated statement of changes in net assets. AHERF provides selected management, administrative and support services to its operating units and charges them for these services. During fiscal year 1996, AGH

17

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

11.    **Related Party Transactions:**    (continued)

incurred service charges from AHERF of $36,749 which are included on the consolidated statement of operations as materials, supplies and services. Additionally, AHERF is committed to advancing the quality of health care services provided to the communities it serves through the sponsorship of human genetic and biomedical research. Funding provided to AGH in this connection, which is reflected as net asset transfers on the consolidated statement of changes in net assets, amounted to $18,565 for the fiscal year ended June 30, 1996. AHERF also provided $868 in fiscal year 1996 to AGH as matching support related to externally funded contributions for the establishment of endowments. Such were recorded as other revenue on the consolidated statement of operations.

During fiscal year 1996, AGH, through AHERF, transferred $10,376 to AIHG to support its acquisition and operation of physician practices. This transfer has been reflected as a net asset transfer on the consolidated statement of changes in net assets. Prior to fiscal year 1996, support of AIHG's operations was provided through expense subsidization, which was reflected as an expense on the consolidated statement of operations as opposed to a net asset transfer.

12.    **Functional Expenses:**

AGH provides general health care services through its hospital and performs medical research through its research institute. Expenses related to these services are as follows for the year ended June 30, 1996:

| | |
|---|---|
| Health care services | $ 353,885 |
| Medical research | 21,891 |
| General and administrative | 80,759 |
| | $ 456,535 |

18

PR-BINDER-12-00707

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

13. **Concentrations of Credit Risk:**

AGH grants credit without collateral to its patients, most of whom are local residents insured under third-party payor agreements.  The mix of receivables from patients and third-party payors is as follows at June 30, 1996:

| | |
|---|---|
| Medicare | 34% |
| Medicaid | 12 |
| Blue Cross | 16 |
| Managed care | 14 |
| Other third-party payors | 19 |
| Patients | 5 |
| | 100% |

14. **Fair Value of Financial Instruments:**

The following methods and assumptions were used by AGH in estimating the fair value of its financial instruments:

**Cash and cash equivalents:**  The carrying value reported in the consolidated balance sheet for cash and cash equivalents approximates its fair value.

**Short-term investments:** The carrying value reported in the consolidated balance sheet for short-term investments approximates its fair value.

**Assets limited or restricted as to use:**  These assets consist primarily of government and corporate obligations, marketable equity securities, cash and short term investments and AGH's prorata share of the Master Trust.  For government and corporate obligations and marketable equity securities, fair values were determined based on quoted market prices and dealer quotes where available, or quoted market prices pertaining to similar securities where not available.  The carrying value for cash and short-term investments and for investments included in the Master Trust approximates fair value.  The carrying value reported in the consolidated balance sheet for all assets limited or restricted as to use approximates their fair value.

19

PR-BINDER-12-00708

ALLEGHENY GENERAL HOSPITAL

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
June 30, 1996
(Dollars in Thousands)

14.    **Fair Value of Financial Instruments:**    (continued)

**Long-term debt:** The fair value of all obligations included in long-term debt is based on current traded values. The carrying and fair values of AGH's long-term debt obligations are $264,544 and $268,415, respectively, at June 30, 1996.

15.    **Legal Matters:**

AGH is subject to legal proceedings and claims which have arisen in the ordinary course of its business and have not yet been adjudicated. The ultimate liability from these actions cannot be determined because of the uncertainties that exist. In the opinion of management, the eventual disposition of these matters will not have a material adverse effect on the consolidated financial position of AGH. However, it is possible that, upon settlement, results of operations in a particular period could be materially affected.

16.    **Unusual Items:**

AGH recognized expenses principally associated with reductions in workforce in fiscal year 1996. These expenses, which were $3,149, are classified as unusual items on the consolidated statement of operations.

20

PR-BINDER-12-00709

# Coopers & Lybrand

Coopers & Lybrand L.L.P.

a professional services firm

### Report of Independent Accountants on Consolidating Financial Information

Our report on the audit of the consolidated financial statements of Allegheny General Hospital as of June 30, 1996, and for the year then ended appears on Page 1. This audit was conducted for the purpose of forming an opinion on the consolidated financial statements taken as a whole. The supplementary consolidating financial information accompanying the consolidated financial statements is not necessary for fair presentation of the consolidated financial position, results of operations and changes in net assets of Allegheny General Hospital in conformity with generally accepted accounting principles. The supplementary consolidating financial information is presented only for purposes of additional analysis and is not a required part of the consolidated financial statements. The supplementary consolidating financial information has been subjected to the auditing procedures applied in the audit of the consolidated financial statements and, in our opinion, is fairly stated, in all material respects, in relation to the consolidated financial statements taken as a whole.

*Coopers & Lybrand L.L.P.*

Pittsburgh, Pennsylvania
September 11, 1996

21

PR-BINDER-12-00710

Coopers & Lybrand L.L.P. is a member of Coopers & Lybrand International, a limited liability association incorporated in Switzerland.

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATING BALANCE SHEET
as of June 30, 1996
(Dollars in Thousands)

### ASSETS

| | AGH | ASRI | Consolidated AGH |
|---|---|---|---|
| Current assets: | | | |
| Cash and cash equivalents | $ 1,737 | $ 710 | $ 2,447 |
| Short-term investments | 6,455 | 4,939 | 11,394 |
| Assets limited or restricted as to use | 3,957 | - | 3,957 |
| Receivables: | | | |
| Patient accounts, net | 50,036 | - | 50,036 |
| Grants and other | 2,350 | 2,727 | 5,077 |
| Inventories | 10,045 | - | 10,045 |
| Prepaid expenses | 833 | 6 | 839 |
| Total current assets | 75,413 | 8,382 | 83,795 |
| Assets limited or restricted as to use, net of current portion | 169,423 | 12,268 | 181,691 |
| Property and equipment, net | 235,252 | 13,495 | 248,747 |
| Due from affiliates | 25,128 | 1,241 | 26,369 |
| Other assets | 24,406 | 1,354 | 25,760 |
| Total assets | $529,622 | $ 36,740 | $566,362 |

### LIABILITIES AND NET ASSETS

| | AGH | ASRI | Consolidated AGH |
|---|---|---|---|
| Current liabilities: | | | |
| Accounts payable and accrued expenses | $ 50,768 | $ 3,276 | $ 54,044 |
| Deferred grant revenue | - | 3,717 | 3,717 |
| Current portion of long-term debt | 7,023 | - | 7,023 |
| Total current liabilities | 57,791 | 6,993 | 64,784 |
| Long-term debt, net of current portion | 257,521 | - | 257,521 |
| Deferred grant revenue | - | 1,074 | 1,074 |
| Other noncurrent liabilities | 784 | - | 784 |
| Total liabilities | 316,096 | 8,067 | 324,163 |
| Net assets: | | | |
| Unrestricted | 209,647 | 18,229 | 227,876 |
| Restricted : | | | |
| Temporarily | 2,315 | 4,458 | 6,773 |
| Permanently | 1,564 | 5,986 | 7,550 |
| Total net assets | 213,526 | 28,673 | 242,199 |
| Total liabilities and net assets | $529,622 | $ 36,740 | $566,362 |

PR-BINDER-12-00711

ALLEGHENY GENERAL HOSPITAL

CONSOLIDATING STATEMENT OF OPERATIONS
For the year ended June 30, 1996
(Dollars in Thousands)

|  | AGH | ASRI | Consolidated AGH |
|---|---|---|---|
| Unrestricted revenues, gains and other support: | | | |
| Net patient service | $394,561 | $        - | $     394,561 |
| Research support | - | 8,789 | 8,789 |
| Investment income | 22,960 | 331 | 23,291 |
| Net assets released from restrictions used for operations | 6,838 | 1,680 | 8,518 |
| Other revenue | 22,168 | 1,813 | 23,981 |
| Total revenues, gains and other support | 446,527 | 12,613 | 459,140 |
| Expenses: | | | |
| Salaries, wages and fringe benefits | 195,809 | 8,704 | 204,513 |
| Materials, supplies and services | 185,632 | 16,030 | 201,662 |
| Depreciation and amortization | 31,233 | 2,051 | 33,284 |
| Interest | 13,919 | 8 | 13,927 |
| Unusual items | 3,149 | - | 3,149 |
| Total expenses | 429,742 | 26,793 | 456,535 |
| Net income/(loss), before change in accounting principles | 16,785 | (14,180) | 2,605 |
| Income from change in accounting principles | 3,716 | - | 3,716 |
| Net income/(loss) | 20,501 | (14,180) | 6,321 |
| Transfers (to)/from affiliates, net | (33,629) | 19,471 | (14,158) |
| Transfers from deferred revenue | - | 562 | 562 |
| Net assets released from restrictions used for acquisition of property and equipment | 81 | 1,010 | 1,091 |
| Increase/(decrease) in unrestricted net assets | $   (13,047) | $    6,863 | $      (6,184) |

PR-BINDER-12-00712

TAB 215

ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION
AUDIT COMMITTEE
Pittsburgh, Pennsylvania

A meeting of the Audit Committee of Allegheny Health, Education & Research Foundation
was held on Wednesday, October 15, 1997, at 12:50 p.m. in the Board Room of Allegheny
General Hospital, Pittsburgh, Pennsylvania. The meeting was called pursuant to notice duly
given in accordance with the Bylaws to each member of the Committee. A copy of the notice
is appended to the original minutes of this meeting. The following individuals were present:

| Members Present | Other Invitees | Members Absent |
|---|---|---|
| J. David Barnes | Sherif S. Abdelhak | Robert M. Hernandez |
| Ralph W. Brenner, Esq. | William F. Buettner | Graemer K. Hilton |
| Anthony M. Cook | (Coopers & Lybrand) | Thomas H. O'Brien |
| Douglas D. Danforth | Carol Gordon | David W. Sculley |
| Richard H. Daniel | Lynn R. Isaacs | |
| Harry R. Edelman, III | Donald Kaye, M.D. | |
| Ira J. Gumberg | David W. McConnell | |
| W. P. Snyder III | Leonard L. Ross, Ph. D. | |
| W. Bruce Thomas | Barry H. Roth | |
| | Anthony M. Sanzo | |
| | Diane K. Schrecengost | |
| | Nancy A. Wynstra, Esq. | |

I.    Opening of Meeting

The meeting was called to order by J. David Barnes, Chairman. Nancy A. Wynstra,
Esq. kept the minutes. The Chairman declared that a quorum was present and the
meeting was competent to proceed.

II.    Additions to the Agenda

Mr. Barnes noted there were no additions to the agenda.



DEPOSITION
EXHIBIT

2019

AKF

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 2

III.    Approval Items

A.    ·Minutes from the Meeting Held on March 14, 1997

The minutes from the meeting held on March 14, 1997 were reviewed. Upon
motion duly made and seconded, the Audit Committee of Allegheny Health,
Education and Research Foundation approved the following resolution:

RESOLVED, that the Audit Committee of Allegheny Health,
Education and Research Foundation approves the minutes from the
meeting held on March 14, 1997, as presented.

B.    Management Discussion and Report on Fiscal Year 1997 Audited Financial
Statements and Related Reports for AHERF

David McConnell reported that audited financial statements for AHERF were
presented along with the debt compliance verification letter for each outstanding
debt obligation requiring annual verification. He noted that AHERF
management has elected to present one consolidated set of financial statements
(with consolidating schedules that identify the financial data of the separate
entities) for the year ended June 30, 1997, in lieu of separate audit reports for
the various AHERF entities. The reasons for preparing one set of consolidated
financial statements can be summarized as follows:

.    Given the vast and complex nature of AHERF's integrated system, one
consolidated external reporting presentation portrays a more accurate
picture of the financial condition/resources of the AHERF system, as
opposed to presenting disparate financial snapshots of individual business
units within AHERF's system.

..    Stakeholders in the AHERF system (e.g., employees, debt holders,
management, Board members) are provided a global financial overview
of the financial status of the overall AHERF system, which AHERF's
Board members and management have worked diligently to develop over
the past decade.

.    During fiscal 1997, AHERF realized substantial external audit cost
savings (in terms of real dollars and audit efficiencies) and alleviated

GOV 55812

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 3

       certain internal administrative burdens by deploying a consolidated
       reporting methodology.

       A recently issued authoritative accounting pronouncement promulgates
       that separate obligated group financial statements prepared for debt
       purposes are no longer considered as prepared in accordance with
       generally accepted accounting principles. Accordingly, Coopers &
       Lybrand would be unable to issue a "clean opinion" on such statements.
       Rather, a "special purpose" opinion would have to be issued; such a
       change may prove alarming or confusing to our debt holders. In
       addition, the distribution of such statements would be greatly limited by
       the special purpose opinion, which restricts use to only management and
       specified parties. Accordingly, this would preclude the general
       distribution of the statements.

William F. Buettner noted that the audit work was completed on September 4,
1997, however, the Report of Independent Auditors was not signed.
Management is waiting for official waivers from Graduate System bond trustees
related to debt covenant violations. It was anticipated when the Graduate
acquisition was consummated in November, 1996 that certain Graduate System
hospitals would be in violation of debt service coverage ratio requirements for
Fiscal Year 1997 as a result of approximately $49 million in restructuring
charges (primarily non-cash), which do not impair the ability of the hospitals to
meet future debt service requirements. When the waiver from the Trustees is
received, the final report will be issued with an October date.

Mr. Buettner discussed the acquisition of the Graduate Hospital and certain
accounting methodology that affected the financial statements. The mergers
have been accounted for under the purchase method with the purchase price
being the amount of the respective hospital's outstanding liabilities assumed by
AHERF at the date of acquisition. The purchase price of the acquisitions has
been allocated based on the fair value of the assets acquired and liabilities
assumed. The operations of the acquired hospitals have been included in the
accompanying consolidated financial statements from their respective dates of
acquisition. The unaudited pro forma financial information presents the results
of operations of the acquired hospitals as if the acquisitions had occurred at the
beginning of Fiscal Year 1997 and the balance sheet information of the acquired
hospitals at the respective acquisition dates.

GOV 55813

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 4

A discussion followed regarding the amount of $367 million in Accounts
Receivable, having achieved 62 net days of patient revenue. Because the
collection of such large dollar amounts from the insurers is beyond the
capability of their computer systems, negotiations continue in an effort to collect
lump sum payments. Following discussion regarding the outstanding balances
in Accounts Payable and expected adjustments which are intended to repay the
AGH Funded Depreciation account, and upon motion duly made and seconded,
the AHERF Audit Committee recommended that the Board of Trustees of
Allegheny Health, Education and Research Foundation consider the following
resolution:

RESOLVED, that the Allegheny Health, Education and Research
Foundation Board of Trustees approves the Audited Financial
Statements and the related debt compliance letters for Fiscal Year
1997, as presented, subject to sign-off by Coopers & Lybrand; and

FURTHER RESOLVED, that the Board instructs the Secretary to
append copies of the accepted Fiscal Year 1997 Financial Statements
and related debt compliance letters to the original minutes of this
meeting.

C.    Fiscal Year 1997 Report on AHERF Internal Controls

William F. Buettner reported that Coopers & Lybrand had reviewed internal
controls within AHERF and its Obligated Group entities and stated that there
were no matters noted during the audits that would be considered to be material
weaknesses in the internal control structure. The letter reporting on the absence
of material weaknesses, presented herein in draft form, is being provided to
enable AHERF and its affiliates to comply with Medicare regulations requiring
that such reports be included as an attachment to the Medicare Cost Report. All
prior year comments made by Coopers & Lybrand have been adequately
addressed by management. Upon motion duly made and seconded, the AHERF
Audit Committee recommended that the Board of Trustees of Allegheny Health,
Education and Research Foundation approve the following resolution:

RESOLVED, that the Allegheny Health, Education and Research
Foundation Board of Trustees accepts the Coopers & Lybrand
Report on Internal Controls as presented; and

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 5

> **FURTHER RESOLVED, that the Board instructs the Secretary to attach a copy of the Report to the original minutes of this meeting.**

IV.     Information and Discussion Items

A.     Coopers & Lybrand Management Letter and AHERF Management Response

David W. McConnell noted that the detailed Coopers & Lybrand management letter provided AHERF with system-wide internal control observations. The report is designed to provide focus areas for the CEOs in identifying opportunities for improved operations. William Buettner stated that the letter was provided to suggest enhancements to the control environment within AHERF, and he reiterated that no material control weaknesses were identified by Coopers & Lybrand during its audits. A brief discussion ensued regarding system corrections which were implemented to enhance revenue, and Mr. Buettner noted that a dramatic improvement had been made in the quality of registration input. It was noted that the repetition of low impact focus areas from year to year indicates that the management team has been diligent.

B.     Coopers & Lybrand Required Communication to the Audit Committee

Mr. Buettner reported that the American Institute of Certified Public Accountants (AICPA) requires external auditors to communicate certain matters to their audit clients on an annual basis, and this letter is provided in compliance with such requirement.

C.     Report on Fiscal Year 1997 Audited Financial Statements – Canonsburg General Hospital and Subsidiaries

Mr. Buettner noted that the audited financial statements for Canonsburg General Hospital were provided as information.

D.     Coopers & Lybrand Management Letter and Canonsburg General Hospital Management Response

Mr. Buettner stated that the letter was provided as information to management and there were no material control weaknesses identified by Coopers & Lybrand during its audit.

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 6

E.    Review of Audit Services Activities from March, 1997 to Present (Pittsburgh and Delaware Valley)

Diane Schrecengost reported that summary reports of all Audit Services audits and/or reviews were provided for information, and there were no significant issues to be brought to the attention of the Committee. Ms. Schrecengost noted that the department has been focusing on compliance issues, particularly in view of the emphasis from government agencies on fraud and abuse.
Ms. Schrecengost stated that risk assessment would be addressed at the March meeting, during which there will be time for questions from the Committee.

Executive Session

The offer of Executive Session was made to the representative of Coopers & Lybrand, and the offer was declined.

The offer of Executive Session was also extended to Audit Services, and the offer was declined.

The offer of Executive Session was made to management, and the offer was accepted. Mr. Buettner was excused from the meeting.

Recommendation of Appointment of External Auditors

Mr. McConnell presented management's recommendation that the Audit Committee recommend to the AHERF Board that Coopers & Lybrand be reappointed to serve as external auditors for AHERF and its subsidiary organizations for Fiscal Year 1998. Mr. McConnell noted that management would report to the Audit Committee at its next meeting on the result of management negotiations with Coopers & Lybrand regarding audit fees. He noted further that although Coopers & Lybrand had recently merged with Price Waterhouse, no changes were expected in the working relationship between Coopers & Lybrand and AHERF. Upon motion duly made and seconded, the Audit Committee recommended that the Board of Trustees of Allegheny Health, Education and Research Foundation consider the following resolution:

RESOLVED, that the Allegheny Health, Education and Research Foundation Board of Trustees reappoints Coopers & Lybrand as independent auditors of AHERF and its subsidiary organizations for Fiscal Year 1998.

ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION
Meeting of the Audit Committee
October 15, 1997
Page 7


**Adjournment**

> There being no further business, the meeting was adjourned at approximately 1:50 a.m.

> Respectfully submitted

> Nancy A. Wynstra, Esq.
> Secretary

NAW:cg

c:\minutes\101597.aud


NOTED ATTACHMENTS:  Notice of meeting; approved Fiscal Year 1997 Financial
Statements and Related debt compliance letters; and Coopers & Lybrand Reports on AHERF
Internal Controls.

GOV 55817