IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

**SUPPLEMENTAL APPENDIX TO MEMORANDUM IN SUPPORT OF PWC'S MOTION TO PRECLUDE DUPLICATIVE AND UNRELIABLE EXPERT ACCOUNTING TESTIMONY**

Joseph F. McDonough
(Pa. I.D. # 19853)
MANION McDONOUGH & LUCAS, P.C.
USX Tower
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200

Thomas G. Rafferty
Roger G. Brooks
Antony L. Ryan
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Attorneys for Defendant
PricewaterhouseCoopers LLP

TAB 9

Exhibit A

# ROBERT W. BERLINER, CPA, CFE
# CURRICULUM VITAE

### PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1990 to Date | **Marks Paneth & Shron LLP** |
| | Director of Litigation Services |
| | Accounting and Auditing Consultations |
| 1987 to 1990 | **Spicer & Oppenheim** |
| | National Executive Director of Accounting and Auditing |
| | Chairman, National Accounting and Auditing Standards Committee |
| | Member, International Audit Committee |
| | National Director of Education |
| | New York Office Director of Litigation Support Services |
| 1954 to 1987 | **Arthur Young (now Ernst & Young)** |
| 1976 to 1987 | National Director of Practice Development - Accounting and Auditing |
| | Assistant National Director of Auditing (National Office) |
| 1970 to 1976 | Client-Handling Partner (New York Office) |
| 1967 to 1970 | Managing Partner (Sao Paulo, Brazil Office) |
| 1958 to 1967 | Audit Principal, Audit Manager & Senior Accountant (New York Office) |
| 1956 to 1958 | Military Service - U.S. Army |
| 1954 to 1956 | Staff Accountant (New York Office) |

### PROFESSIONAL ACTIVITIES

American Institute of Certified Public Accountants:

| | |
|---|---|
| 1987 to 1991 | Member of Forecasts and Projections Task Force |
| 1982 to 1984 | Member of Financial Feasibility Study Group |
| 1982 to 1984 | Chairman of Task Force on Auditor Involvement with Current Value Information |
| 1980 to 1984 | Chairman of Task Force on Materiality and Audit Risk |
| 1979 to 1982 | Chairman of Task Force on Required Supplementary Information |
| 1979 to 1982 | Member of Auditing Standards Board |
| 1979 to 1982 | Member of Planning Subcommittee of the Auditing Standards Board |
| 1977 to 1978 | Chairman of Task Force on Current Value Disclosures |
| 1976 to 1979 | Member of Task Force on Conceptual Framework of Accounting and Reporting |

Exhibit A

# ROBERT W. BERLINER, CPA, CFE

**Professional Activities – (Continued)**

Financial Accounting Standards Board:

| | |
|---|---|
| 1987 to 1989 | Member of Emerging Issues Task Force |
| 1987 to 1989 | Member of FAS 96 Implementation Task Force |
| 1983 to 1985 | Member of Task Force for the Review of FAS 33 |

Securities and Exchange Commission:

| | |
|---|---|
| 1976 to 1978 | Member of Replacement Cost Disclosure Advisory Committee |

New York State Society of Certified Public Accountants:

| | |
|---|---|
| 2002 to Date | Member of Auditing Standards and Procedures Committee |
| 1992 to Date | Member of Litigation Support Committee |
| 1989 to 1992 | Member of General Committee on Accounting and Auditing |
| 1983 to 1986 | Member of Professional Ethics Committee |
| 1987 to 1989 | Chairman of Professional Ethics Committee |

New York University Stern School of Business:

| | |
|---|---|
| 1986 to 1991 | Adjunct Professor of Accounting |
| 1984 to 1987 | Management Development Laboratory Board Member |
| 1976 to 1986 | Ross Institute of Accounting Research - Board of Editorial Advisors |

Executive Enterprises:

| | |
|---|---|
| 1977 to 1987 | Member of Corporate Accounting Advisory Council |

University of Michigan:

| | |
|---|---|
| 1983 to 1987 | Member of Paton Accounting Center Advisory Board |

**Community Activities**

Cannon Point South, Inc.

| | |
|---|---|
| 2002 to Present | Member of the Board of Directors & the Executive Committee |
| 2002-2004 | Treasurer & Chair of the Finance Committee |
| 2004 to Present | Vice President & Chair of the Finance Committee |

Florham on The Fairways Condominium Association:

| | |
|---|---|
| 1985 to 2000 | President and Member of the Board of Trustees |

**Exhibit A**

# ROBERT W. BERLINER, CPA, CFE

## Community Activities – (Continued)

New Philharmonic Orchestra of New Jersey:

| | |
|---|---|
| 1994 to 2000 | Chairman of the Finance Committee |
| 1993 to 2000 | Member of the Board of Trustees |

New York University:

| | |
|---|---|
| 1988 to 1989 | Vice Chairman of the Alumni Council |
| 1986 to 1989 | Member of the Alumni Council |

New York University Stern School of Business:

| | |
|---|---|
| 1987 to 1988 | President of the Alumni Association |
| 1973 to 1988 | Member of the Board of Directors of the Alumni Association |

## Education

New York University Stern School of Business - M.B.A., 1961

Wharton School, University of Pennsylvania - B.S. in Economics, 1954

    Beta Alpha Psi Honorary Accounting Fraternity, President
    Beta Gamma Sigma Honorary Society

## PROFESSIONAL CERTIFICATION

Certified Fraud Examiner, Association of Certified Fraud Examiners, 1995

Certified Public Accountant, New Jersey, 1992

Certified Public Accountant, New York, 1960

## PROFESSIONAL MEMBERSHIPS

    Accountants Club of America
    American Accounting Association
    American Institute of Certified Public Accountants
    Institute of Management Accountants
    New York State Society of Certified Public Accountants