UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>    Defendant. | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

**SECOND SUPPLEMENT TO THE APPENDIX TO THE COMMITTEE'S RESPONSE TO PwC'S STATEMENT OF UNDISPUTED AND <u>MATERIAL FACTS UNDER LOCAL RULE 56.1(C)(1)</u>**

Plaintiff The Official Committee of Unsecured Creditors of AHERF hereby supplements the Appendix to its Response to PwC's Statement of Undisputed and Material Facts Under Local Rule 56.1(C)(1) ("Rule 56.1 Response"), filed on July 11, 2005, and first supplemented on July 25, 2005.

Attached is a copy of the 1994 federal tax return filed by AHERF (Form 990). This document (at line 80b and Statement 11) provides evidentiary support for the statement in paragraph 392 of the Committee's Rule 56.1 Response that "In their respective tax returns filed with the IRS, AHERF and SDN each described the other as an 'organization related . . . through common membership, governing bodies, trustees, officers, etc.'" This document was

PII-1125224v1

inadvertently omitted from the Committee's Appendix.

| | |
|---|---|
| Date:  August 24, 2005 | Respectfully submitted |
| | /s/ James M. Jones<br>James M. Jones (PA #81295)<br>Laura E. Ellsworth (PA #39555)<br>Laura A. Meaden (PA #52002)<br>JONES DAY<br>500 Grant Street, 31st Floor<br>Pittsburgh, PA  15219 |
| | Richard B. Whitney<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114 |
| | Attorneys for Plaintiff The Official Committee of Unsecured Creditors of AHERF |