**EXHIBIT 1**

*AHERF*
*98-25773-MBM*

*#8487*
*Mc/ala*

# TABLE OF CONTENTS

I. DECLARATION CERTIFYING BALLOTS.

II. FINAL VOTING REPORTS-SUMMARY & CUMULATIVE DETAIL BY CLASS.

III. AFFIDAVIT OF MAILING & EXHIBIT-MORROW & COMPANY.

IV. POSTAL RECEIPTS FROM APPLE DIRECT MAIL.

V. AFFIDAVITS OF MAILING FROM APPLE DIRECT MAIL PLUS EXHIBITS LISTING CREDITORS RECEIVING VOTE SOLICITATION PACKAGES IN CLASSES 3, 4, 5A, 5B, 6A & 6B.

VI. AFFIDAVITS OF MAILING FROM APPLE DIRECT MAIL PLUS EXHIBITS LISTING CREDITORS RECEIVING NON-VOTE SOLICITATION PACKAGES IN CLASSES 1, 2, 7, ADMIN PRIORITY TAX CLAIMS, 2002 SERVICE LIST & TEMPORARY DISALLOWANCE OF CLAIM NOTICE.

VII. AFFIDAVITS OF MAILING FROM DONLIN, RECANO & CO. LISTING CREDITORS RECEIVING VOTE SOLICITATION PACKAGES IN CLASS 5A & 5B.



RECEIVED
DEC 2005
CLERK BANKRUPTCY COURT
WEST. DIST. OF PENNSYLVANIA

# VI. AFFIDAVITS OF MAILING FROM APPLE DIRECT MAIL PLUS EXHIBIT LISTING CREDITOS RECEIVING NON-VOTE SOLICITATION PACKAGES IN CLASSES 1, 2, 7 ADM, PRIORITY TAX CLAIMS, 2002 SERVICE LIST & TEMPORARY DISALLOWANCE OF CLAIM NOTICES.



**Apple Direct Mail Services, Ltd.**
225 Varick Street, New York, NY 10014-4304

*Financial Mailing and Binding Specialists*
Tel: 212/924-4488  Fax: 212/366-4709
E-Mail: apple@spacelab.net/WWW.applemail.com

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

### AFFIDAVIT OF MAILING

Raj Cyril , being duly sworn , deposes and say:

I am production coordinator of Apple Direct Mail Services , Ltd., located at 225 Varick Street, New York , N. Y.
Apple Direct Mail performs services as a distribution agent for Donlin Recano &Company, Inc.
That pursuant to instructions from Donlin Recano & Co. Inc. on Aug. 30, 2000 Apple mailed

    A) Plan/ Disclosure Statement
    B) Disclosure Statement Approval Order
    C) Confirmation Hearing Notice
    D) Letter from the Creditor's Committee
    E) Letter from the Trustee

Which were inserted into a 9x12 envelope and mailed to 1 party of Allegheny Health, Education And Research Foundation et al.
Said mailing was completed on August 30, 2000 from the General Post Office, 33rd street and 8th Avenue, New York City.

                                               Raj Cyril
                                               Production Coordinator

Sworn to before me this
31st day of August, 2000

_____
Notary Public

                                      JEFFREY MEYER
                           Notary Public, State of New York
                                 No. 31-4841070
                           Qualified in New York County
                        Commission Expires May 31, 20 01



**Apple Direct Mail Services, Ltd.**
225 Varick Street, New York, NY 10014-4304

*Financial Mailing and Binding Specialists*
Tel: 212/924-4488  Fax: 212/366-4709
E-Mail: apple@spacelab.net/www.applemail.com

STATE OF NEW YORK    )
                     )  ss
COUNTY OF NEW YORK   )

### AFFIDAVIT OF MAILING

Raj Cyril, being duly sworn, deposes and say:

I am production coordinator of Apple Direct Mail Services, Ltd., located at 225 Varick Street, New York, N.Y.
Apple Direct Mail performs services as a distribution agent for Donlin Recano & Company, Inc.
That pursuant to instructions from Donlin Recano & Co. Inc. on Aug. 30, 2000 Apple mailed

    A) Non-Vote Notice
    B) Confirmation Hearing Notice

Which were inserted into a # 10 envelope and mailed to 118 parties of Allegheny Health, Education And Research Foundation et al.
Said mailing was completed on August 30, 2000 from the General Post Office, 33rd street and 8th Avenue, New York City.

                        _____
                        Raj Cyril
                        Production Coordinator

Sworn to before me this
31st day of August, 2000

_____
Notary Public

JEFFREY MEYER
Notary Public, State of New York
No. 31-4841070
Qualified in New York County
Commission Expires May 31, 20_01_



**Apple Direct Mail Services, Ltd.**
225 Varick Street, New York, NY 10014-4304

*Financial Mailing and Binding Specialists*
Tel: 212/924-4488  Fax: 212/366-4709
E-Mail: apple@spacelab.net/WWW.applemail.com

STATE OF NEW YORK     )
                      ) ss
COUNTY OF NEW YORK    )

### AFFIDAVIT OF MAILING

Raj Cyril, being duly sworn, deposes and say:

I am production coordinator of Apple Direct Mail Services, Ltd., located at 225 Varick Street, New York, N.Y.
Apple Direct Mail performs services as a distribution agent for Donlin Recano & Company, Inc.
That pursuant to instructions from Donlin Recano & Co. Inc. on Aug. 30, 2000 Apple mailed

- A) Temporary Disallowance of Claim Notice
- B) Plan/ Disclosure Statement
- C) Disclosure Statement Approval Order
- D) Confirmation Hearing Notice
- E) Letter from the Creditor's Committee
- F) Letter from the Trustee

Which were inserted into a 9x12 window envelope and mailed to 1835 parties of Allegheny Health, Education And Research Foundation et al.
Said mailing was completed on August 30, 2000 from the General Post Office, 33rd street and 8th Avenue, New York City.

Raj Cyril
Production Coordinator

Sworn to before me this
31st day of August, 2000

Notary Public

JEFFREY MEYER
Notary Public, State of New York
No. 31-4841070
Qualified in New York County
Commission Expires May 31, 20_01_



**Apple Direct Mail Services, Ltd.**
225 Varick Street, New York, NY 10014-4304

*Financial Mailing and Binding Specialists*
Tel: 212/924-4488  Fax: 212/366-4709
E-Mail: apple@spacelab.net / www.applemail.com

STATE OF NEW YORK      )
                       )  ss
COUNTY OF NEW YORK     )

### AFFIDAVIT OF MAILING

Raj Cyril, being duly sworn, deposes and say:

I am production coordinator of Apple Direct Mail Services, Ltd., located at 225 Varick Street, New York, N.Y.
Apple Direct Mail performs services as a distribution agent for Donlin Recano &Company, Inc.
That pursuant to instructions from Donlin Recano & Co. Inc. on Aug. 30, 2000 Apple mailed

A) Confirmation Hearing Notice

Which were inserted into a # 10 envelope and mailed to 2137 parties of Allegheny Health, Education And Research Foundation et al.
Said mailing was completed on August 30, 2000 from the General Post Office, 33rd street and 8th Avenue, New York City.

Raj Cyril
Production Coordinator

Sworn to before me this
31st day of August, 2000

_____
Notary Public

JEFFREY MEYER
Notary Public, State of New York
No. 31-4841070
Qualified in New York County
Commission Expires May 31, 2021

**CUSIP: PRF10**

| CRED # | CREDITOR NAME AND ADDRESS | CLAIMS |
|---|---|---|
| )5085 | COOK INCORPORATED<br>ATTN: BRIAN BURNS<br>PO BOX 489<br>BLOOMINGTON IN 47402 | 4674.00 |
| )7848 | COOK INCORPORATED<br>ATTN: BRIAN BURNS<br>PO BOX 489<br>BLOOMINGTON IN 47402 | 4673.00 |
| )5147 | COOK UROLOGICAL<br>PO BOX 7700-8025<br>INDIANAPOLIS IN 46277-8025 | 53956.00 |
| )7253 | COOK UROLOGICAL<br>PO BOX 7700-8025<br>INDIANAPOLIS IN 46277-8025 | 55625.00 |
| )8431 | COOK UROLOGICAL<br>1100 WEST MORGAN ST<br>SPENCER IN 47460-0227 | 56375.00 |
| 12229 | COOK UROLOGICAL<br>PO BOX 7700-8025<br>INDIANAPOLIS IN 46277-8025 | 59469.00 |
| )3312 | COOK UROLOGICAL  COOK OBGYN<br>PO BOX 7700-8025<br>INDIANAPOLIS IN 46277-8025 | 52559.00 |
| 12018 | COOK VETERINARY PRODUCTS<br>PO BOX 227<br>SPENCER IN 47460-0227 | 59059.00 |
| )1137 | COOPERS & LYBRAND<br>PO BOX 905695<br>CHARLOTTE NC 28290-5695 | 50824.00 |
| )3331 | COOPERS & LYBRAND<br>PO BOX 905695<br>CHARLOTTE NC 28290-5695 | 52574.00 |
| )1231 | COOPERS & LYBRAND L L P<br>PO BOX 641155<br>PITTSBRUGH PA 15264-1155 | 50902.00 |
| ?915 | CORDIS CORP<br>ATTN: MYRA DIAZ<br>FILE #99427<br>LOCKBOX 99427<br>CHICAGO IL 60693 | 2915.00 |

09/25/00

AHERF VOTER DATABASE
EXHIBIT

24

USIP: PRF10

| RED # | CREDITOR NAME AND ADDRESS | CLAIMS |
|---|---|---|
| 3686 | PG PUBLISHING COMPANY<br>PO BOX 747012<br>PITTSBURGH PA 15274-7012 | 53011.00 |
| 2853 | PG PUBLISHING COMPANY<br>PO BOX 747012<br>PITTSBURGH PA 15274-7012 | 59650.00 |
| 3703 | PHILA GAS WORKS<br>PO BOX 7789<br>PHILADELPHIA PA 19101-7789 | 52886.00 |
| 4752 | PHILA GAS WORKS<br>PO BOX 7789<br>PHILADELPHIA PA 19101-7789 | 53675.00 |
| 6674 | PHILA GAS WORKS<br>800 WEST MONTGOMERY AVE<br>3RD FL. ATT:MR.BECK<br>ATT:MR. BECK<br>PHILADELPHIA PA 19122 | 55048.00 |
| 959 | PHILADELPHIA GAS WORKS<br>800 W MONTGOMERY AVE<br>PHILADELPHIA PA 19122 | 1959.00 |
| 0771 | PRICEWATERHOUSECOOPERS LLP<br>P.O. BOX 905695<br>CHARLOTTE NC 28290-5695 | 61966.00 |
| 1057 | PRIORITY ONE FINANCE<br>ATTN: GERI LAXTON<br>PO BOX 35<br>LIMA PA 19037 | 1252.00 |
| 7385 | PRIORITY ONE FINANCE<br>ATTN: GERI LAXTON<br>PO BOX 35<br>LIMA PA 19037 | 1254.00 |
| 2377 | PRIORITY ONE FINANCE<br>PO BOX 35<br>LIMA PA 19037 | 1251.00 |
| 1316 | PRONET INC<br>PO BOX 200457<br>DALLAS TX 75320-0457 | 50980.00 |

09/25/00

**EXHIBIT 2**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case Nos. 98-25773 MBM through |
| ALLEGHENY HEALTH, EDUCATION : | 98-25777 MBM inclusive |
| AND RESEARCH FOUNDATION, : | |
| ALLEGHENY UNIVERSITY OF THE : | Chapter 11 |
| HEALTH SCIENCES, ALLEGHENY : | |
| UNIVERSITY MEDICAL PRACTICES : | Consolidated for |
| ALLEGHENY HOSPITALS : | Administration at 98-25773 MBM |
| CENTENNIAL AND ALLEGHENY : | |
| UNIVERSITY HOSPITALS-EAST, : | |
| : | |
| Debtors. : | |
| : | |

**NOTICE OF (1) HEARING TO CONSIDER CONFIRMATION OF
THE DEBTORS' AMENDED CONSOLIDATED LIQUIDATING PLAN OF
REORGANIZATION AND RELATED MATTERS AND
(2) THE TIME WITHIN WHICH (a) BALLOTS REFLECTING
ACCEPTANCES OR REJECTIONS OF SUCH PLAN MUST BE
RECEIVED AND (b) OBJECTIONS TO CONFIRMATION
OF SUCH PLAN MUST BE SERVED AND FILED WITH THE COURT**

**PLEASE TAKE NOTICE**, that on August 15, 2000, the United States Bankruptcy Court for the Western District of Pennsylvania (the "Court") entered an Order (the "Disclosure Statement Approval Order") in the Chapter 11 cases of the above-captioned debtors (collectively, the "Debtors") approving, among other things, the Chapter 11 Trustee's Amended Disclosure Statement dated August 15, 2000 (the "Disclosure Statement") as containing "adequate information" pursuant to Section 1125 of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") with respect to the Debtors' Amended Consolidated Liquidating Plan of Reorganization dated August 15, 2000 (the "Plan"). The Disclosure Statement has been transmitted in accordance with the Disclosure Statement Approval Order, Section 1125 of the Bankruptcy Code and Rules 3017 and 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Pursuant to Section 1125 of the Bankruptcy Code and Bankruptcy Rules 3017 and 3018, the Chapter 11 Trustee was authorized to solicit, and is soliciting, acceptances of the Plan from holders of the allowed claims entitled to vote on the Plan. ALL HOLDERS OF CLAIMS SHOULD READ THE DISCLOSURE STATEMENT AND THE PLAN AND THE EXHIBITS TO THE DISCLOSURE STATEMENT IN THEIR ENTIRETY BEFORE VOTING ON THE PLAN.

**PLEASE TAKE FURTHER NOTICE**, that the Debtors' estates will be substantively consolidated pursuant to the Plan such that upon the occurrence of the effective date of the Plan, all assets (and all proceeds thereof) and liabilities of the Debtors shall be deemed merged or treated as though they were merged into and with the assets and liabilities of Allegheny Health,

Education and Research Foundation, one of the Debtors herein, except to the extent set forth in the Plan.

**PLEASE TAKE FURTHER NOTICE**, that a hearing to consider confirmation of the Plan (the "Confirmation Hearing") and to grant related relief shall be held before the Honorable M. Bruce McCullough, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the Western District of Pennsylvania, USX Tower, 600 Grant Street, 54th Floor, Courtroom B, Pittsburgh, Pennsylvania 15222 on November 1, 2000, at 10:00 a.m., or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE, THAT ALL BALLOTS CONTAINING ACCEPTANCES AND REJECTIONS OF THE PLAN MUST BE RECEIVED BY THE DEBTORS' BALLOTING AGENT, DONLIN, RECANO & COMPANY, INC., NO LATER THAN OCTOBER 18, 2000, 5:00 P.M. (PITTSBURGH TIME), (THE "VOTING DEADLINE") AT THE FOLLOWING ADDRESS:**

(If mailed-)

(If sent by hand delivery or overnight courier-)

Donlin, Recano & Company, Inc.
Re: Allegheny Health, Education and Research Foundation et al.
P.O. Box 2034 Murray Hill Station
New York, NY 10156-0701
Phone: (212) 481-1411

Donlin, Recano & Company, Inc.
Re: Allegheny Health, Education and Research Foundation et al.
419 Park Avenue South
New York, NY 10016
Phone: (212) 481-1411

**IF YOU ARE A BENEFICIAL HOLDER OF A DEBT SECURITY HELD BY A BROKER, BANK OR NOMINEE, PLEASE NOTE THAT BALLOTS MUST BE RETURNED BY HAND, MAIL OR OVERNIGHT TRANSMISSION TO SUCH BROKER, BANK OR NOMINEE IN SUFFICIENT TIME FOR IT TO BE FORWARDED BY YOUR BROKER, BANK OR NOMINEE TO THE BALLOTING AGENT TO BE RECEIVED BY THE BALLOTING AGENT NO LATER THAN THE VOTING DEADLINE. YOUR VOTE IS IMPORTANT, PLEASE GIVE IT IMMEDIATE ATTENTION TO ENSURE THE RETURN OF YOUR BALLOT BY THE VOTING DEADLINE.**

**PLEASE TAKE FURTHER NOTICE**, that any objections to confirmation of the Plan must (a) be in writing, (b) comply with the Bankruptcy Rules and the Local Bankruptcy Rules of the Court, (c) set forth the name of the objectant, the nature and amount of any claim or interest alleged by such objectant against the estates or the properties of the Debtors, (d) state with particularity the legal and factual basis for the objection, (e) be filed with the Clerk at the United States Bankruptcy Court for the Western District of Pennsylvania, USX Tower, 600 Grant Street, 54th Floor, Courtroom B, Pittsburgh, Pennsylvania 15222, with a copy thereof served, by hand or by overnight delivery service, upon (i) Proskauer Rose LLP, counsel for the Chapter 11 Trustee, 1585 Broadway, New York, New York 10036, Attn: Alan B. Hyman, Esq., (ii) Sable, Pusateri, Rosen, Gordon & Adams, LLC, co-counsel to the Chapter 11 Trustee, 700 Frick Building, Pittsburgh, Pennsylvania 15219, Attn: Robert G. Sable, Esq., (iii) Jones, Day, Reavis & Pogue, counsel to the Official Committee of Unsecured Creditors (the "Creditors' Committee"), North Point, 901 Lakeside Avenue, Cleveland, OH 44114, Attn: David G. Heiman, Esq., (iv) Campbell

& Levine, LLC, co-counsel to the Creditors' Committee, 1700 Grant Building, Pittsburgh, PA 15219, Attn: Stanley E. Levine, Esq. and (v) the Office of the United States Trustee, Liberty Center, Suite 970, 1001 Liberty Avenue, Pittsburgh, PA 15222, Attn: Kathleen Robb, Esq., so that all objections are received no later than October 18, 2000 at 5:00 p.m. (Pittsburgh time).

**PLEASE TAKE FURTHER NOTICE**, that the Court has required that all nominee banks, brokerage houses and/or their intermediaries and agents for beneficial holders of debt or equity securities of the Debtors transmit a copy of the Plan, the Disclosure Statement with all exhibits annexed thereto, this Notice, the Disclosure Statement Approval Order and a Ballot to each beneficial owner of such securities by September 8, 2000.

**PLEASE TAKE FURTHER NOTICE**, that the record date for purposes of voting on the Plan and receiving notice of the Confirmation Hearing with respect to any debt security of the Debtors is the close of business on August 15, 2000.

**PLEASE TAKE FURTHER NOTICE**, that the Plan, the Disclosure Statement and the Disclosure Statement Approval Order are on file with the Clerk of the Bankruptcy Court for the Western District of Pennsylvania, at the address set forth above, and may be examined by any party-in-interest at any time during regular business hours. You may also request a copy of such documents in writing from the Chapter 11 Trustee's Balloting Agent, Donlin, Recano & Company, Inc., 419 Park Avenue South, New York, New York 10016.

**PLEASE TAKE FURTHER NOTICE**, that the Confirmation Hearing may be adjourned from time to time without further notice to creditors or parties-in-interest other than an announcement of the adjourned date at the Confirmation Hearing.

**PROSKAUER ROSE LLP**


/s/   Alan B. Hyman
Alan B. Hyman (AH 6655)
Jeffrey W. Levitan (JL 6155)
Michael E. Foreman (MF 5802)
1585 Broadway
New York, New York 10036
(212) 969-3000

- and -

**SABLE, PUSATERI, ROSEN, GORDON & ADAMS, LLC**
Robert G. Sable (PA I.D. No. 00964)
Mark E. Freedlander (PA I.D. No. 70593)
Frick Building, 7th Floor
Pittsburgh, PA 15219
(412) 471-4996

Co-Counsel to the Chapter 11 Trustee