# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF ) <br> UNSECURED CREDITORS OF ) <br> ALLEGHENY HEALTH, EDUCATION ) <br> AND RESEARCH FOUNDATION, ) <br>           ) <br>     Plaintiff,    ) <br>           ) <br>   v.        ) <br>           ) <br> PRICEWATERHOUSECOOPERS, LLP, ) <br>           ) <br>     Defendant.    ) | Civil Action No. 00-684 <br><br> Judge David Stewart Cercone |

## ORDER

This Court, having considered The Committee's Unopposed Motion for Leave to File a Sur-Reply In Opposition to PwC's Motion for Summary Judgment ("Motion for Leave"), hereby ORDERS on this ___ day of _____, 2005 as follows:

1. The Committee's Motion for Leave is GRANTED; and

2. The Committee's Sur-Reply, attached to its Motion for Leave and dated August 31, 2005, is deemed filed as of the date of this Order.

_____
Cercone, J.
United States District Judge

PII-1125480v1