IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PRICEWATERHOUSE COOPERS, LLP,<br><br>　　　　Defendant. | 2:00cv684<br>Electronic Filing<br><br>Judge David Stewart Cercone<br>Phase III |

### ORDER OF COURT

AND NOW, this 27th day of September, 2005, upon consideration of plaintiff's Unopposed Motion for Leave to File a Sur-reply in Opposition to PwC's Motion for Summary Judgment (Document No. 196),

IT IS HEREBY ORDERED that plaintiff's motion is GRANTED. Plaintiff shall file its sur-reply within five (5) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　/s/ D. Cercone
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　David Stewart Cercone
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　James Jones, Esquire
　　　Laura E. Ellsworth, Esquire
　　　Laura A. Meaden, Esquire
　　　Jones Day Reavis & Pogue
　　　One Mellon Center, 31st Floor
　　　Pittsburgh, PA 15219

　　　Douglas A. Campbell, Esquire
　　　Stanley E. Levine, Esquire
　　　Campbell & Levine
　　　1700 Grant Building
　　　Pittsburgh, PA 15219

Richard B. Whitney, Esquire
J. Kevin Cogan, Esquire
Jones Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jesse A. Witten, Esquire
David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Robert M. Radick, Esquire
Steven E. Weiser, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475