IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF | ) | CIVIL ACTION No: 00-684 |
| UNSECURED CREDITORS OF | ) | |
| ALLEGHENY HEALTH, EDUCATION | ) | |
| AND RESEARCH FOUNDATION | ) | |
| | ) | Judge David Stewart Cercone |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (Phase III) |
| PRICEWATERHOUSECOOPERS, LLP | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 27th day of Sept. 2005, upon consideration of PricewaterhouseCoopers LLP's Motion to Exceed Page Limitations Set Forth in Case Management Order by Four Pages, said Motion is GRANTED.

_____
Judge David Stewart Cercone
United States District Judge