IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION | ) ) ) ) | CIVIL ACTION No: 00-684 |
| Plaintiff | ) ) | Judge David Stewart Cercone |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP | ) ) | (Phase III) |
| Defendant. | ) ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2005, upon consideration of the within Request by Defendant for Oral Argument on Five Pending Motions, said Request is GRANTED. The Court will subsequently advise counsel for Plaintiff and Defendant of the date set for oral argument, the amount of time to be allocated to each side and the instructions of the Court, if any, as to the amount of time to be allocated to each of the five pending Motions.

_____
Judge David Stewart Cercone
United States District Judge