**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of October 2005, a copy of the foregoing Request for Oral Argument was served upon counsel of record by e-mail and U.S. mail, postage prepaid, addressed as follows:

James Jones, Esquire
Jones Day Reavis & Pogue
One Mellon Bank Center
500 Grant Street, Suite 3100
Pittsburgh, PA 15219

Richard B. Whitney, Esquire
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

s/ Joseph F. McDonough, Esquire