IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSE COOPERS, LLP,<br><br>Defendant. | 2:00cv684<br>Electronic Filing<br><br>Judge David Stewart Cercone<br>Phase III |

## ORDER OF COURT

AND NOW, this 16th day of November, 2005, upon consideration of defendant's Request for Oral Argument on Five Pending Motions (Document No. 200),

IT IS HEREBY ORDERED that defendant's motion is DENIED.

*/s/ D. Cercone*
David Stewart Cercone
United States District Judge

cc: James Jones, Esquire
Laura E. Ellsworth, Esquire
Laura A. Meaden, Esquire
Jones Day Reavis & Pogue
One Mellon Center, 31st Floor
Pittsburgh, PA 15219

Douglas A. Campbell, Esquire
Stanley E. Levine, Esquire
Campbell & Levine
1700 Grant Building
Pittsburgh, PA 15219

Richard B. Whitney, Esquire
J. Kevin Cogan, Esquire
Jones Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Jesse A. Witten, Esquire
David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Robert M. Radick, Esquire
Steven E. Weiser, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475