IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>Plaintiff,<br><br>-against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Civil Action<br>No. 00-684<br><br>Judge David S. Cercone<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Robert M. Radick and Steven E. Weiser are no longer associated with the law firm of Cravath, Swaine & Moore LLP, no longer represent the Defendant PricewaterhouseCoopers LLP in the above-captioned matter and may be removed from the Court's service list.

Dated: February 24, 2006

MANION McDONOUGH & LUCAS, P.C.

by
/s/ *Joseph F. McDonough*
Pa. I.D. #19853

USX Tower
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200

[[NYLIT:2364584v1:4136D:02/23/06--03:57 p]]

CRAVATH, SWAINE & MOORE LLP,

Thomas G. Rafferty
Roger G. Brooks
Antony L. Ryan

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

Attorneys for Defendant
Pricewaterhouse Coopers LLP