IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>                                  Plaintiff,<br><br>-against-<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                                  Defendant. | Civil Action<br>No. 00-684<br><br>Judge David S. Cercone<br><br>**NOTICE OF WITHDRAWAL** |

PLEASE TAKE NOTICE that Robert M. Radick and Steven E. Weiser are no longer associated with the law firm of Cravath, Swaine & Moore LLP, no longer represent the Defendant PricewaterhouseCoopers LLP in the above-captioned matter and may be removed from the Court's service list.

Dated: February 24, 2006

                                        MANION McDONOUGH & LUCAS, P.C.

                                        by
                                             /s/ *Joseph F. McDonough*
                                             Pa. I.D. #19853

AND NOW, this 8th day of March, 2006, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

                                             USX Tower
                                             600 Grant Street, Suite 1414
                                             Pittsburgh, PA 15219
                                             (412) 232-0200