UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) ) | Civil Action No. 00-684 Judge David S. Cercone |
| Plaintiff, | ) | |
| -against- | | NOTICE OF WITHDRAWAL |
| PRICEWATERHOUSECOOPERS LLP, | | |
| Defendant. | | |

**WITHDRAWAL OF APPEARANCE OF COUNSEL**

TO:   THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that Jesse A. Witten is no longer associated with Jones Day, no longer represents plaintiff, The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation, and may be removed from the Court's service list.

        Respectfully submitted,

        /s/ John G. Unice
        John G. Unice, Esq. (PA ID # 84442)
        JONES DAY
        500 Grant Street, 31st Floor
        Pittsburgh, PA  15219
        Phone:  (412) 391-3939
        Fax:  (412) 394-7959

Date:  June 1, 2006

**CERTIFICATE OF SERVICE**

The foregoing Withdrawal of Appearance was filed electronically with the Court on June 1, 2006. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John G. Unice

PII-1139097v1