UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

THE OFFICIAL COMMITTEE OF )
UNSECURED CREDITORS OF )                     Civil Action
ALLEGHENY HEALTH, EDUCATION )                No. 00-684
AND RESEARCH FOUNDATION, )
                                )              Judge David S. Cercone
                    Plaintiff, )

           -against-

                                             NOTICE OF WITHDRAWAL

PRICEWATERHOUSECOOPERS LLP,

           Defendant.

**WITHDRAWAL OF APPEARANCE OF COUNSEL**

TO:    THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

       Please take notice that Jesse A. Witten is no longer associated with Jones Day, no longer

represents plaintiff, The Official Committee of Unsecured Creditors of Allegheny Health,

Education and Research Foundation, and may be removed from the Court's service list.

                              Respectfully submitted,

                              /s/ John G. Unice
                              John G. Unice, Esq. (PA ID # 84442)
                              JONES DAY
                              500 Grant Street, 31st Floor
                              Pittsburgh, PA  15219
                              Phone:  (412) 391-3939
                              Fax:  (412) 394-7959

Date:  June 1, 2006

AND NOW, this 2ⁿᵈ
day of June, 20 06,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

PII-1139097v1