IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>Defendant. | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

### PRICEWATERHOUSECOOPERS LLP'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves for leave to file a five-page supplemental brief in support of its Motion for Summary Judgment. A copy of the proposed brief and the recent legal authority on which it is based is attached. In support PwC states:

1. The Official Committee of Unsecured Creditors of AHERF (the "Committee") does not oppose the filing of this supplemental brief provided that the Committee is permitted leave to respond. PwC does not object to the Committee filing a brief in response to this supplemental brief.

2. On May 26, 2006, after the parties in this case had completed briefing on PwC's summary judgment motion the Third Circuit issued its opinion in *In re CitX Corp.*, No. 05-2760, 2006 WL 1453117, 2006 U.S. App. Lexis 13141 (3d Cir. May 26, 2006) (slip opinion

attached as Exhibit A to the proposed brief). The proposed supplemental brief addresses this opinion.

WHEREFORE, PwC respectfully requests that the Court grant it leave to file the attached proposed supplemental brief in support of its Motion for Summary Judgment.

Dated: June 23, 2006

                          Respectfully submitted,

                          /s/ *Joseph F. McDonough*

                          Joseph F. McDonough
                          (Pa. I.D. # 19853)
                          MANION McDONOUGH & LUCAS, P.C.
                             USX Tower
                                600 Grant Street, Suite 1414
                                Pittsburgh, PA 15219
                                  (412) 232-0200
                                  (412) 232-0206 (fax)
                                  jmcdonough@mmplc.com

                          Thomas G. Rafferty
                          Roger G. Brooks
                          Antony L. Ryan
                          CRAVATH, SWAINE & MOORE LLP
                             Worldwide Plaza
                                825 Eighth Avenue
                                New York, NY 10019
                                  (212) 474-1000
                                  (212) 474-3700 (fax)

                          Attorneys for Defendant
                          PricewaterhouseCoopers LLP