IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>                                    Plaintiff,<br><br>      v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>                                    Defendant. | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

**ORDER**

AND NOW, this ___ day of _____, 2006, upon consideration of PricewaterhouseCoopers LLP's Motion for Leave to File a Supplemental Brief in Support of its Motion for Summary Judgment,

IT IS HEREBY ORDERED that PricewaterhouseCoopers LLP's motion is GRANTED.

_____
Judge David Stewart Cercone
United States District Judge