IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>          Plaintiff,<br><br>  v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>          Defendant. | Civil Action No. 00-684<br><br>Judge David Stewart Cercone |

### ORDER

AND NOW, this 7th day of July, 2006, upon consideration of PricewaterhouseCoopers LLP's Motion for Leave to File a Supplemental Brief in Support of its Motion for Summary Judgment,

IT IS HEREBY ORDERED that PricewaterhouseCoopers LLP's motion is GRANTED.

/s/ D. Cercone
_____
Judge David Stewart Cercone
United States District Judge