**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge David Stewart Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | |
| Defendant. | ) | |

**ORDER**

This Court, having considered The Committee's Motion for Leave to File the Committee's Brief in Response to PwC's Supplemental Brief in Support of PwC's Motion for Summary Judgment and the Committee's Brief in Further Opposition to PwC's Motion to Exclude Testimony Concerning Certain Damage Theories, hereby ORDERS on this ____ day of _____, 2006, as follows:

1. The Committee's Motion for Leave is GRANTED; and

2. The Committee's responsive brief, identified above, attached to its motion for leave, and dated July 13, 2006, may be filed forthwith.

_____
Cercone, J.
United States District Judge

PII-1141668v1
PII-1141973v1