UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | Civil Action No. 00-684 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge David S. Cercone |
| PRICEWATERHOUSECOOPERS LLP, | ) ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO:   THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD

Please formally enter the appearance of the counsel whose electronic signatures appear below (James M. Jones, Laura A. Meaden and John G. Unice) as additional counsel of record for plaintiff The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation. Recent electronic case filing and notification protocols occasion this request for more formal recording of these appearances.

Respectfully submitted,

/s/ *James M. Jones*
James M. Jones, Esq. (PA ID No. 81295)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA 15219
Phone: (412) 391-3939
Fax: (412) 394-7959
jmjones@jonesday.com

PII-1142267v1

- 2 -

/s/ *Laura A. Meaden*
Laura A. Meaden, Esq. (PA ID No. 52002)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
Phone:  (412) 391-3939
Fax:  (412) 394-7959
lameaden@jonesday.com


/s/ *John G. Unice*
John G. Unice, Esq. (PA ID No. 84442)
JONES DAY
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
Phone:  (412) 391-3939
Fax:  (412) 394-7959
jgunice@jonesday.com

Attorneys for Plaintiff The Official Committee of Unsecured Creditors of Allegheny Health Education and Research Foundation

Date:  July 19, 2006