IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE OFFICIAL COMMITTEE** )<br>**OF UNSECURED CREDITORS OF** )<br>**ALLEGHENY HEALTH, EDUCATION** )<br>**AND RESEARCH FOUNDATION**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**PRICEWATERHOUSE COOPERS,** )<br>**LLP**, )<br>)<br>Defendant. ) | **2:00cv684**<br>**Electronic Filing**<br><br>Judge David Stewart Cercone<br>Phase III |

## ORDER OF COURT

AND NOW, this 29th day of August, 2006, defendant having filed a Motion for Summary Judgment (Document No. 100) in connection with the above-captioned proceeding,

IT IS HEREBY ORDERED that argument in connection with defendant's motion is scheduled for **Monday, November 13, 2006, at 10:00 a.m.** in Courtroom No. 7A, 7th Floor, United States Post Office & Courthouse, Pittsburgh, Pennsylvania.

                                                    s/ David Stewart Cercone
                                                    David Stewart Cercone
                                                    United States District Judge

cc:    James Jones, Esquire
        Laura E. Ellsworth, Esquire
        Laura A. Meaden, Esquire
        John G. Unice, Esquire
        Jones Day Reavis & Pogue
        One Mellon Center, 31st Floor
        Pittsburgh, PA 15219

        Douglas A. Campbell, Esquire
        Stanley E. Levine, Esquire
        Campbell & Levine
        1700 Grant Building
        Pittsburgh, PA 15219

Richard B. Whitney, Esquire
J. Kevin Cogan, Esquire
Jones Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475