IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE )<br>OF UNSECURED CREDITORS OF )<br>ALLEGHENY HEALTH, EDUCATION )<br>AND RESEARCH FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRICEWATERHOUSE COOPERS, )<br>LLP, )<br>)<br>Defendant. ) | 2:00cv684<br>**Electronic Filing**<br>Judge David Stewart Cercone<br><br>Phase III |

### ORDER OF COURT

AND NOW this 21st day of September, 2006, upon consideration of the following: (1) Motion to Exclude Certain Testimony From PriceWaterHouseCoopers' Experts (**Document No. 94**) filed on behalf of the Official Committee of Unsecured Creditors of Allegheny Health, Education & Research Foundation (the "Committee"); (2) Motion to Preclude Certain Irrelevant and Unfounded Testimony Proffered by the Committee's Causation Experts (**Document No. 96**) filed on behalf of PricewaterhouseCoopers, L.L.P. ("PwC"); (3) Motion to Preclude Duplicative and Unreliable Expert Accounting Testimony (**Document No. 103**) filed on behalf of PwC; (4) Motion to Exclude Testimony Concerning Certain Damages Theories (**Document No. 106**) filed on behalf of PwC; the responses thereto, and the briefs and appendices filed therewith,

IT IS HEREBY ORDERED that the motions are **DENIED** without prejudice to file as motions *in limine* when so ordered by the Court prior to trial.

                                                                  s/ David Stewart Cercone
                                                                  David Stewart Cercone
                                                                  United States District Judge

cc:    James Jones, Esquire
Laura E. Ellsworth, Esquire
Laura A. Meaden, Esquire
John G. Unice, Esquire
JONES DAY
One Mellon Center, 31st Floor
Pittsburgh, PA 15219

Douglas A. Campbell, Esquire
Stanley E. Levine, Esquire
Campbell & Levine
1700 Grant Building
Pittsburgh, PA 15219

Richard B. Whitney, Esquire
J. Kevin Cogan, Esquire
Jones Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475

Joseph P. Pohl, III, Esquire
Mary J. Hackett, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219