## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION**, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 2:00cv684 **Electronic Filing** |
| v. | ) ) | Judge David Stewart Cercone Phase III |
| **PRICEWATERHOUSE COOPERS, LLP**, | ) ) ) | |
| Defendant. | ) ) | |

### ARGUMENTS ON MOTION FOR SUMMARY JUDGMENT
### Before Judge David Stewart Cercone

Appear for Plaintiff:  Richard B. Whitney, Esq.
Appear for Defendant: Thomas G. Rafferty, Esq.
Hearing date:  11/13/06
Hearing begun: 10:00 a.m.
Hearing concluded: 12:15 p.m.
Stenographer: Karen Earley
Law Clerk: jmc

REMARKS:   Arguments held on Defendant's motion for summary judgment.  Under advisement.