IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE<br>OF UNSECURED CREDITORS OF<br>ALLEGHENY HEALTH, EDUCATION<br>AND RESEARCH FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>PRICEWATERHOUSE COOPERS,<br>LLP,<br><br>Defendant. | 2:00cv684<br>**Electronic Filing**<br><br>Judge David Stewart Cercone<br>Phase III |

## ORDER OF COURT

AND NOW, this 17th day of January, 2007, upon consideration of Defendant's Motion for Summary Judgment (**Document No. 100**), Plaintiff's response thereto, the briefs and appendices filed in support thereof, the arguments by counsel in open court, and pursuant to this Court's Memorandum Opinion dated January 17, 2007, filed herewith,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Defendant, Pricewaterhouse Coopers, L.L.P. is **GRANTED**. Judgment is hereby entered in favor of Defendant, Pricewaterhouse Coopers, L.L.P. and against Plaintiff, the Official Committee of Unsecured Creditors of the Allegheny Health, Education & Research Foundation. The Clerk shall mark this case closed.

s/ David Stewart Cercone
David Stewart Cercone
United States District Judge

cc:   James Jones, Esquire
      Laura E. Ellsworth, Esquire
      Laura A. Meaden, Esquire
      John G. Unice, Esquire
      Jones Day Reavis & Pogue
      One Mellon Center, 31st Floor
      Pittsburgh, PA 15219

Douglas A. Campbell, Esquire
Stanley E. Levine, Esquire
Campbell & Levine
1700 Grant Building
Pittsburgh, PA 15219

Richard B. Whitney, Esquire
J. Kevin Cogan, Esquire
Jones Day Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, OH 44114

David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475