## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge David Stewart Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF APPEAL

Notice is given that The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation (the "Committee"), plaintiff in this action, appeals to the United States Court of Appeals for the Third Circuit from the Order of Court entered on January 17, 2007 (Document 219), which order granted the motion for summary judgment of defendant PricewaterhouseCoopers, LLP ("PwC") and entered judgment in favor of PwC and against the Committee, and the Court's accompanying Memorandum Opinion of that same date (Document 218).

Dated: February 6, 2007          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/  James M. Jones*
　　　　　　　　　　　　　　　　　　　　　　　　　James M. Jones (PA #81295)
　　　　　　　　　　　　　　　　　　　　　　　　　Laura A. Meaden (PA #52002)
　　　　　　　　　　　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　　　　　　　　　　　500 Grant Street, Suite 3100
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15219
　　　　　　　　　　　　　　　　　　　　　　　　　(412) 391-3939

PII-1152316v1

        Richard B. Whitney (OH #8004)
        J. Kevin Cogan (OH #9717)
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio 44114

        Attorneys for Plaintiff The Official Committee
        of Unsecured Creditors of Allegheny Health,
        Education and Research Foundation