```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
           PITTSBURGH Division    ET

         # 07002402 - ET
         February 6, 2007


    Code    Case #    Qty      Amount
                                        CH
    APPEAL D 00-684    1 @ 455.00
                                 455.00 CH


    TOTAL->             455.00



    FROM: JONES, DAY, REAVIS & POGUE
          ONE MELLON BANK CENTER
          500 GRANT STREET, 31ST FLOOR
          PITTSBURGH, PA 15219
```