UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> PRICEWATERHOUSECOOPERS, LLP, <br><br> Defendant. | Civil Action No. 00-684 <br><br> Judge David Stewart Cercone |

### NOTICE OF SUBMISSION OF TRANSCRIPT PURCHASE ORDER

Notice is given that plaintiff The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation has today sent a transcript purchase order to Karen M. Earley, court reporter, in connection with the Committee's appeal of the Court's order and Memorandum Opinion of January 17, 2007. A copy of the transcript purchase order is attached.

Dated: February 20, 2007

Respectfully submitted,

/s/ *James M. Jones*
James M. Jones (PA #81295)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219
(412) 391-3939

Richard B. Whitney (OH #8004)
J. Kevin Cogan (OH #9717)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Attorneys for Plaintiff The Official Committee
of Unsecured Creditors of Allegheny Health,
Education and Research Foundation
