# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | Electronically Filed |
| Defendant. | ) ) | |

## THE COMMITTEE'S MOTION TO
## PERPETUATE THE TESTIMONY OF ROBERT W. BERLINER

Pursuant to Fed. R. Civ. P. 27(b), The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation moves this Court for an order authorizing it to perpetuate the trial testimony of one of its expert witnesses while this case is on appeal before the United States Court of Appeals for the Third Circuit and no later than September 27, 2007. The expert witness is Robert W. Berliner, an accountant and auditor, whose business address is Marks, Paneth & Shron, LLP, 622 Third Avenue, New York, New York 10017.

For the reasons set forth in the accompanying memorandum in support, the Committee, during the pendency of this appeal, seeks to elicit testimony from Mr. Berliner that is consistent with the opinions set forth in his report in this case.

This motion is supported by an accompanying brief in support, a proposed order is attached, and a Local Rule 7.1(C) certification is set out below.

Dated:  April 9, 2007                                    Respectfully submitted,

                                           /s/  *James M. Jones*
                                           James M. Jones (PA # 81295)
                                           Laura A. Meaden (PA # 52002)
                                           JONES DAY
                                           500 Grant Street, Suite 3100
                                           Pittsburgh, Pennsylvania 15219
                                           (412) 391-3939

                                           Richard B. Whitney
                                           J. Kevin Cogan
                                           JONES DAY
                                           North Point
                                           901 Lakeside Avenue
                                           Cleveland, Ohio 44114

                                           Attorneys for Plaintiff The Official Committee
                                           of Unsecured Creditors of Allegheny Health,
                                           Education and Research Foundation

## **LOCAL RULE 7.1(C) CERTIFICATE**

        The undersigned counsel for the Committee certifies that in an effort to resolve the discovery dispute that is the subject of this motion, counsel for both parties spoke by telephone on March 6, 2007 and on one earlier occasion.  Despite a good faith effort to resolve these issues without the necessity of court intervention, the parties have been unable to reach a mutually acceptable resolution of their dispute.

Dated:  April 9, 2007                                     /s/  *James M. Jones*
                                                       James M. Jones (PA # 81295)

PII-1155422v2