# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| THE OFFICIAL COMMITTEE OF | ) | |
| UNSECURED CREDITORS OF | ) | |
| ALLEGHENY HEALTH, EDUCATION & | ) | |
| RESEARCH FOUNDATION, | ) | |
| | ) | Civil Action No. 00-684 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Cercone |
| | ) | |
| PRICEWATERHOUSECOOPERS, L.L.P. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this ____ day of _____, 2007, upon consideration of The

Committee's Motion to Perpetuate the Testimony of Robert W. Berliner, it is hereby ORDERED

that this Motion is GRANTED.

It is further ORDERED that said testimony shall be perpetuated by deposition

commencing on such a date as may be agreed upon by the parties but no later than September 27,

2007. Once commenced, the deposition shall continue from day to day until it is complete.

BY THE COURT

_____, J.