**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| THE OFFICIAL COMMITTEE )<br>OF UNSECURED CREDITORS OF )<br>ALLEGHENY HEALTH, EDUCATION )<br>AND RESEARCH FOUNDATION, )<br>           Plaintiff, )<br>   v. )<br>PRICEWATERHOUSE COOPERS, )<br>LLP, )<br>           Defendant. ) | 2:00cv684<br>**Electronic Filing**<br><br>Judge David Stewart Cercone<br>Phase III |

### ORDER OF COURT

AND NOW this 16th day of April, 2007, upon consideration of Plaintiff's Motion to take Deposition from Robert Berliner to Perpetuate Trial Testimony Pending Appeal (**Document No. 225**) and Defendant's response thereto,

IT IS HEREBY ORDERED that the motion is **DENIED**.

                                              s/ David Stewart Cercone
                                              David Stewart Cercone
                                              United States District Judge

cc:    James Jones, Esquire
        Laura E. Ellsworth, Esquire
        Laura A. Meaden, Esquire
        John G. Unice, Esquire
        JONES DAY
        One Mellon Center, 31st Floor
        Pittsburgh, PA 15219

        Douglas A. Campbell, Esquire
        Stanley E. Levine, Esquire
        Campbell & Levine
        1700 Grant Building
        Pittsburgh, PA 15219

        Richard B. Whitney, Esquire
        J. Kevin Cogan, Esquire
        Jones Day Reavis & Pogue
        North Point

901 Lakeside Avenue
Cleveland, OH 44114

David S. Torborg, Esquire
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Metropolitan Square
Washington, DC 20001

Joseph F. McDonough, Esquire
Robert D. Finkel, Esquire
James R. Walker, Esquire
Manion, McDonough & Lucas
600 Grant Street, Suite 1414
Pittsburgh, PA 15219

Francis P. Barron, Esquire
Roger G. Brooks, Esquire
Antony L. Ryan, Esquire
Cravath, Swaine & Moore
825 8th Avenue
New York, NY 10019-7475

Joseph P. Pohl, III, Esquire
Mary J. Hackett, Esquire
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219