# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | Civil Action No. 00-684 |
| Plaintiff, | ) ) | Judge David Stewart Cercone |
| v. | ) ) | |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) | **NOTICE OF APPEAL** |
| Defendant. | ) | |

      Notice is given that The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation (the "Committee"), plaintiff in this action, appeals to the United States Court of Appeals for the Third Circuit from the Order of Court entered on April 16, 2007 (Document No. 228), which order denied the Committee's Motion to Perpetuate the Testimony of Robert W. Berliner (Document No. 225).

Dated: May 2, 2007

Respectfully submitted,

*/s/ James M. Jones*
James M. Jones (PA #81295)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219
(412) 391-3939

Richard B. Whitney (OH #8004)
J. Kevin Cogan (OH #9717)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
216-586-3939

Attorneys for Plaintiff The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation

PII-1156760v1