```
      UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
        PITTSBURGH Division

   #  07004084   -   BS
       May 3, 2007


   Code    Case #    Qty      Amount

   APPEAL D 00-684    1 @   455.00
                            455.00 CH


   TOTAL →           455.00



   FROM: JONES DAY
         500 GRANT ST
         PITTSBURGH PA 15219
```