UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 00-684 |
| v. | ) ) | Judge David Stewart Cercone |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SUBMISSION OF TRANSCRIPT PURCHASE ORDER

Notice is given that plaintiff The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation has today filed a transcript purchase order form with the Court in connection with the Committee's appeal of the Court's order of April 16, 2007. A copy of the transcript purchase order is attached.

Dated: May 11, 2007

Respectfully submitted,

*/s/  James M. Jones*
James M. Jones (PA #81295)
Laura A. Meaden (PA #52002)
JONES DAY
500 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219
(412) 391-3939

PII-1157677v1

- 2 -

        Richard B. Whitney (OH #8004)
        J. Kevin Cogan (OH #9717)
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, Ohio 44114

        Attorneys for Plaintiff The Official Committee
        of Unsecured Creditors of Allegheny Health,
        Education and Research Foundation

PII-1157677v1