**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 07-2371

Official Comm

vs.

Price Waterhouse

Official Committee of Unsecured Creditors of Allegheny Health,,
 Appellant

    (Western District of Pennsylvania Civil No. 00-cv-00684)

O R D E R

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

Clerk
United States Court of Appeals
for the Third Circuit

A True Copy:

Date: June 25, 2007

Marcia M. Waldron, Clerk

cc:
    Richard B. Whitney, Esq.
    James M. Jones, Esq.
    Thomas G. Rafferty, Esq.
    Antony L. Ryan, Esq.
    Joseph F. McDonough, Esq.