IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSE COOPERS, LLP,<br><br>    Defendant. | 2:00cv684<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 28th day of September, 2011,

IT IS HEREBY ORDERED that a status conference to discuss scheduling and settlement issues in connection with the above-captioned case is scheduled for **Wednesday, November 9, 2011, at 10:00 a.m.** in Courtroom No. 7A, Seventh Floor, United States Post Office and Courthouse, Pittsburgh, PA.

                                                    s/ DAVID STEWART CERCONE
                                                    David Stewart Cercone
                                                    United States District Judge

cc:    James Jones, Esquire
        Laura E. Ellsworth, Esquire
        Laura A. Meaden, Esquire
        John G. Unice, Esquire
        Douglas A. Campbell, Esquire
        Stanley E. Levine, Esquire
        Richard B. Whitney, Esquire
        J. Kevin Cogan, Esquire
        David S. Torborg, Esquire
        Joseph F. McDonough, Esquire
        Robert D. Finkel, Esquire
        James R. Walker, Esquire
        Francis P. Barron, Esquire
        Roger G. Brooks, Esquire
        Antony L. Ryan, Esquire
        Thomas G. Rafferty, Esquire

        (*Via CM/ECF Electronic Mail*)