# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>           Plaintiff,<br><br>     v.<br><br>PRICEWATERHOUSE COOPERS, LLP,<br><br>           Defendant. | 2:00cv684<br>**Electronic Filing**<br><br>Judge David Stewart Cercone<br>Phase III |

## STATUS CONFERENCE
### Before Judge David Stewart Cercone

Appear for Plaintiff:   James M. Jones, Esq., David S. Torborg, Esq., Laura A. Meaden, Esq

Appear for Defendant:   Thomas G. Rafferty, Esq., Joseph F. McDonough, Esq.,
                        Antony L. Ryan, Esq.
Hearing date:  11/9/11
Hearing begun: 10:00 a.m.
Hearing concluded: 10:40 a.m.
Stenographer: none
Law Clerk: jmc

REMARKS:   Discussions regarding scheduling matters including Pretrial Narratives, Motions in Limine, and length of trial. Amended Case Management Order to follow.