**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION**, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>**PRICEWATERHOUSE COOPERS, LLP**, <br><br>　　　　　Defendant. | 2:00cv684 <br>**Electronic Filing** <br><br>Judge David Stewart Cercone <br>Phase III |

### ORDER OF COURT

AND NOW this 9th day of November, 2011, upon consideration of the Joint Motion to Amend Case Management Order (**Document No. 284**),

IT IS HEREBY ORDERED that the motion is **GRANTED**. The Case Management Order is amended as follows:

(1)　Plaintiff shall file its pretrial narrative statement in compliance with the requirements of Rule 26 of the Federal Rules of Civil Procedure and Local Rule 16.1.C.1 **on or before January 16, 2012**. Plaintiff shall include an identification of witnesses, exhibits and deposition designations supportive of its case in chief.

(2)　Defendant shall file its pretrial narrative statement in compliance with the requirements of Rule 26 of the Federal Rules of Civil Procedure and Local Rule 16.1.C.2 **on or before March 16, 2012**. Defendant shall include an identification of witnesses, exhibits and deposition designations both supportive of its case in chief and responsive to plaintiff's submission (*e.g.*, for completeness, cross-examination, rebuttal). Defendant shall also include evidentiary objections to exhibits and deposition testimony designated by plaintiff.

(3)　**On or before April 30, 2012**, Plaintiff shall file an identification of witnesses, exhibits and deposition designations responsive to defendant's submission (*e.g.*, for

completeness, cross-examination, rebuttal). Plaintiff shall also include evidentiary objections to exhibits and deposition testimony designated by defendant.

(4)     **On or before May 30, 2012**, defendant shall file an identification of deposition designations and exhibits for purposes of completeness or re-direct and shall include evidentiary objections to exhibits and testimony first identified by plaintiff on April 30, 2012. The parties shall also file, **on or before May 30, 2012**, a pretrial stipulation in conformance with the Court's standing Case Management Order.

(5)     **On or before July 2, 2012**, the parties shall file all motions *in limine* and motions to challenge the qualifications of any proposed expert witness and/or the substance of such expert's testimony, including any such challenges previously asserted as *Daubert* challenges or otherwise which were previously denied without prejudice to reassertion by the Court. Briefs shall not exceed fifteen (15) pages. **By July 2, 2012**, the parties shall also file their positions with regard to the Court's proposed bifurcation of the trial.

(6)     Briefs in opposition to the motions *in limine* and motions to challenge the qualifications of any proposed expert witness and/or the substance of such expert's testimony shall be filed **on or before August 2, 2012**.

                                            s/ David Stewart Cercone
                                            David Stewart Cercone
                                            United States District Judge

cc:     James Jones, Esquire
        Laura A. Meaden, Esquire
        David S. Torborg, Esquire
        Douglas A. Campbell, Esquire
        Stanley E. Levine, Esquire
        Richard B. Whitney, Esquire
        J. Kevin Cogan, Esquire
        Joseph F. McDonough, Esquire
        Thomas G. Rafferty, Esquire
        Antony L. Ryan, Esquire
        Robert D. Finkel, Esquire
        Francis P. Barron, Esquire
        Roger G. Brooks, Esquire
        Joseph P. Pohl, III, Esquire
        Mary J. Hackett, Esquire

        (*Via CM/ECF Electronic Mail*)