## EXHIBIT 1

## WITNESS LIST

**A.     Expect to Present**

1. Albert Adamczak (liability)
   61 Seneca Drive
   Pittsburgh, PA 15228
   (412) 531-4303

2. Kristen Baker (formerly Heinlein) (liability)
   124 Bellpark Dr
   Pittsburgh, PA 15229-2120
   (412) 769-1266

3. J. David Barnes (liability and potentially damages)[1]
   2 Trillium Lane
   Pittsburgh, PA 15238-1945
   (412) 406-7434
   (412) 963-0517

4. Robert W. Berliner (liability)
   Marks Paneth & Shron LLP
   622 Third Avenue
   New York, NY 10017-6701
   (212) 503-8853

5. William F. Buettner (liability)
   131 Jonathan Drive
   McMurray, PA 15317-3040
   (724) 941-9468

6. Brian W. Christian (liability)
   P.O. 638 Ryland Drive
   Pittsburgh, PA 15237-4204
   (412) 366-6466

---

[1] Witnesses listed with this conjunctive parenthetical are expected to testify predominantly, if not exclusively, to liability facts. These witnesses also potentially may testify to certain facts that form the predicate for or otherwise inform certain portions of the Committee's damages measures. As indicated below, the Committee expects to call R. Bruce Den Uyl, the Committee's damages expert, to testify to damages calculations and quantifications.

7.  R. Bruce Den Uyl (damages)
    Alix Partners
    300 N. LaSalle Street, Suite 1900
    Chicago, IL, 60654
    (312) 346-2500

8.  Amy S. Frazier (liability)
    230 Parkview Boulevard
    Spring City, PA 19475-1676
    (610) 792-5945

9.  Duane Girol (liability)
    6709 April Lane
    Pittsburgh, PA 15236
    (412) 655-4541

10. Ira J. Gumberg (liability and potentially damages)
    5221 Wilkins Avenue
    Pittsburgh, PA 15217-1021
    (412) 621-0114

11. Robert M. Hernandez (liability and potentially damages)
    1726 Denniston Street
    Pittsburgh, PA 15217

12. Dwight Kasperbauer (liability)
    10124 S. Shadow Cir.
    Olathe, KS 66061-8400
    (913) 764-3612

13. Mark D. Kirstein (liability)
    4907 Clearwater Lane
    Naperville, IL 60564-1676
    (630) 922-1507

14. Charles Morrison (liability and potentially damages)
    206 Abbey Brook Ln.
    Venetia, PA 15367
    (742) 941-5709

15. Marc A. Panucci (liability)
    5 Knollwood Terrace
    Randolph, NJ 07869-3013
    (973) 316-1270
    (973) 537-0287

16. D. Paul Regan (liability)
    Hemming Morse LLP
    160 Spear Street, Suite 1900
    San Francisco, CA 94105
    (415) 836- 4000

17. Robin R. Schaffer (liability)
    111 Colson Dr
    Pittsburgh, PA 15236
    (412) 653-4107

18. Thomas W. Singleton (liability and potentially damages)
    4564 Pyetonsville 11 Road
    Franklin, TN  37064
    (615) 400-0534

19. Stephen H. Spargo (liability and potentially damages)
    103 Bradford Rd, Ste 320
    Wexford, PA 15090-6910
    (724) 940-0077

20. Daniel L. Stickler (liability and potentially damages)
    5803 Fairwoods Cir. 2
    Sarasota, Fl 34243-3821
    (941) 359-1288

**B.    May Present**

1. Sherif Abdelhak (liability)
   31 Paseos Dr.
   Rochester, NY 14618
   (585) 319-48888

2. William Adam (liability and potentially damages)
   10419 Stone
   Chapel Hill, NC 27517-8549
   (919) 967-7817

3. Henry Allyn (liability and potentially damages)
   Deceased

4. Barbara Atkinson, M.D. (liability and potentially damages)
   9110 Oak Valley Drive
   De Soto, KS 66018
   (305) 289-9644

5. Marne L. Betta (liability)
   1460 Geiger Road
   Friedens, PA 15541-7604

6. Ralph Brenner, Esq. (liability and potentially damages)
   123 S. Broad Street
   Philadelphia, PA 19109
   (215) 772-7231

7. Dorothy McKenna Brown (liability and potentially damages)
   16 Meredith Road
   Wynnewood, PA 19096-3610
   (610) 649-2147

8. Daniel J. Cancelmi (liability)
   8588 Roachdale Ct.
   Frisco, TX 75035-8682
   (214) 407-8215
   (214) 705-7914

9. Robert Cepielik (liability)
   105 Sheldrake Drive
   Paoli, PA 19301-1242
   (610) 296-8306

10. Anthony Cook (liability and potentially damages)
    417 Waynesbrooke Road, 105
    Berwyn, PA 19312-2061
    (610) 296-3924

11. C. David Cook (liability and potentially damages)
    8430 Abbington Circle, C-25
    Naples, FL 34108
    (239) 514-3796

12. Richard L. Crouch (liability)
    7301 Chatsworth Court
    University Park, FL 34201-2375
    (941) 355-1443

13. Douglas Danforth (liability and potentially damages)
    8787 Bay Colony Drive, Apt. 1002
    Naples, FL 34108-0779
    (239) 597-5170

14. Ronald Davenport (liability and potentially damages)
    5837 Solway Street
    Pittsburgh, PA 15217-1228
    (412) 421-1547

15. Stephen Dengler (damages)
    6160 Springford Drive #C8
    Harrisburg, PA 17111
    (717) 732-4210

16. Robert L. Fletcher (liability and potentially damages)
    625 Twin Pine Road
    Pittsburgh, PA 15215-1567
    (412) 963-0625

17. Lora A. Franz (liability)
    40 Northglen Ct.
    Gibsonia, PA 15044-8053
    (724) 625-5692

18. Claire Gargalli (liability and potentially damages)
    325 Farmington Drive
    Charlottesville, VA 22901-5014
    (434) 977-5515

19. William Gedman (liability)
    626 Arbor Court
    Pittsburgh, PA 15238
    (412) 782-2008

20. Carol Gordon (liability)
    5822 Howe Street
    Pittsburgh, PA 15232-2712
    (412) 362-4384

21. Graemer Hilton (liability and potentially damages)
    300 Fox Chapel Road, Apt. 304
    Pittsburgh, PA 15238
    (412) 781-8092

22. W. Jeffrey Hoover (liability)
    1376 Royal Oak Drive
    Wexford, PA 15090-8770
    (724) 934-2062

23. William Kennedy (liability and potentially damages)
    500 Ray C. Hunt Drive
    Charlottesville, VA 22903-2981
    (434) 972-4285

24. Steven B. Kite, Esq. (liability and potentially damages)
    937 Oak Drive
    Glencoe, IL 60022-1457
    (847) 242-0771

25. Donald Kline (liability and potentially damages)
    401 Potomac Ct.
    Wexford, PA 15090
    (724) 799-2055

26. Craig M. Kocak (liability)
    1 Devonshire Pl., Apt. 4001
    Boston, MA 02109-3582

27. Russell G. Laing (liability)
    Deceased

28. John T. Lydon (liability)
    526 Paddington Ln.
    Cranberry Twp., PA 16066-8323
    (724) 591-5748

29. Angela Maher (liability and potentially damages)
    1313 Denniston Street
    Pittsburgh, PA 15217
    (412) 521-1599

30. Edward C. Malmstrom (liability and potentially damages)
    Greater 617 W. End Ave. 3A
    New York, NY 10024-1607
    (973) 765-0045

31. Stanley Marks, M.D. (liability and potentially damages)
    5115 Centre Avenue
    Pittsburgh, PA 15232-1301
    (412) 235-1020

32. Joseph Martin (liability and potentially damages)
    Executive Director, Philadelphia Health Care Cost Containment Council
    225 Market Street, Suite 400
    Harrisburg, PA 17101
    (717) 232-6787

33. Alfred Martinelli (liability and potentially damages)
    296 Glenmoor Road
    Gladwyne, PA 19035-1501
    (610) 896-6530

34. Patrick Mathis (liability and potentially damages)
    505 Neely Court
    Alamo, CA 91507
    (925) 935-9737

35. David ("Rusty") Mayeux (liability and potentially damages)
    1254 Robin Drive
    Keller, TX 76262
    (817) 379-0886

36. David W. McConnell (liability)
    101 Lantern Cir.
    Canonsburg, PA 15317-3654
    (724) 941-8357

37. Thomas J. McCool (liability and potentially damages)
    603 Woodside Road
    Pittsburgh, PA 15221
    (412) 731-2462

38. Kelly Mertz (liability)
    1214 Lamson Circle
    Pittsburgh, PA 15241-3404
    (412) 257-1279

39. Ralph Michael (liability and potentially damages)
    6125 Redbird Hollow Lane
    Cincinnati, OH 45243
    (513) 561-2173

40. Anne Morse (liability and potentially damages)
    6 Aronwold Ln. 3
    Newtown Square, PA 19073-1419
    (610) 359-9579

41. Donna Murasko (liability and potentially damages)
    3016 W. Coulter Street 3018
    Philadelphia, PA 19129-1022
    (215) 843-4405

42. Thomas O'Brien (liability and potentially damages)
    13 the Trillium
    Pittsburgh, PA 15238

43. Robert Palmer (liability and potentially damages)
    3140 Appleton Road
    Handenberg, PA 19350

44. Christa L. Porter (liability)
    125 Crestwood Dr.
    Evans City, PA 16033-9229
    (724) 538-5728

45. Richard L. Ray, M.D. (liability and potentially damages)
    8 Chapel Oak Road
    Pittsburgh, PA 15238-1802
    (412) 372-8142

46. Barbara Robinson (liability)
    616 S Linden Ave
    Pittsburgh, PA 15208-2813
    (412) 363-0890

47. Randall L. Russell, Ph.D. (liability and potentially damages)
    1515 Old Beulah Road
    Pittsburgh, PA 15235
    (412) 243-5749

48. Anthony Sanzo (liability and potentially damages)
    849 Blackburn Rd.
    Sewickley, PA  15143-1490
    (412) 741-0828

49. David Sculley (liability and potentially damages)
    1 Oxford Center, Apt. 4220
    Pittsburgh, PA 15219-1400

50. Richard Shannon, MD (liability and potentially damages)
    3411 Chestnut St., Apt. 646
    Philadelphia, PA 19104-5525

51. J. Brandon Snyder (liability and potentially damages)
    203 Creek Drive
    Sewickley, PA 15143

52. William Penn Snyder (liability and potentially damages)
    Wilpen Hall
    889-895 Blackburn Road
    201 Scaife Rd.
    Sewickley Heights, PA 15143

53. Karleen Strayer (liability and potentially damages)
    161 High Ridge Avenue
    Ridgefield, CT 06877-4418
    (203) 438-3578

54. W. Bruce Thomas (liability and potentially damages)
    Deceased

55. Richard Weill (liability and potentially damages)
    25 Bretton Ridge
    Mount Kisco, NY 10549
    (914) 241-2626

56. Walter Williamson (liability and potentially damages)
    Deceased

57. Robert Zimmerman (liability)
    Foley & Lardner
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    (312) 832-4500

58. Albert N. Zwirn (liability)
    239 Barth Ave.
    Pittsburgh, PA 15228-2216

59. Corporate Representatives of the Members of the Official Committee of Unsecured Creditors of the Allegheny Health, Education and Research Foundation (liability and potentially damages)

60. Corporate Representative of PricewaterhouseCoopers, LLP (liability and potentially damages)