## EXHIBIT 3

### REBUTTAL WITNESSES

A.  **Expect to Present**

1.  Robert W. Berliner (liability)
    Marks Paneth & Shron LLP
    622 Third Avenue
    New York, NY 10017-6701
    (212) 503-8853

2.  R. Bruce Den Uyl (damages)
    Alix Partners
    300 N. LaSalle Street, Suite 1900
    Chicago, IL, 60654
    (312) 346-2500

3.  Roger D. Feldman, Ph.D. (liability and potentially damages)
    University of Minnesota
    Health Services Research & Policy
    MMC729
    Minneapolis, MN 55455
    (612) 624-5669

4.  D. Paul Regan (liability)
    Hemming Morse LLP
    160 Spear Street, Suite 1900
    San Francisco, CA 94105
    (415) 836- 4000

5.  James R. Schwartz, Esq. (liability and potentially damages)
    Manatt, Phelps & Phillips, LLP
    11355 West Olympic Blvd.
    Los Angeles, CA 90064-1614
    (310) 312-4182

6.  Thomas W. Singleton (liability and potentially damages)
    4564 Pyetonsville 11 Road
    Franklin, TN  37064
    (615) 400-0534

**B.      May Present**

    7.      Steven B. Kite, Esq. (liability and potentially damages)
           937 Oak Drive
           Glencoe, IL 60022-1457
           (847) 242-0771

    8.      James Wallace, CPA (liability)
           The Wallace Group
           2851 University Place, N.W.
           Washington, DC 20016
           (202) 364-1559