Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 148a | PR-LAING 00059 | PR-LAING 00062 | 5/8/1997 | Memo regarding AHERF Receivables/Valuation March 1997 | | Hearsay, improper combination of documents, incomplete document |
| 362 | PR-DLC-BRM-01-00754 | PR-DLC-BRM-01-00754 | 3/24/1998 | Agenda Conference Call with Morgan Guaranty | | Foundation, hearsay |
| 474 | PR-PRIV-EXECS 006081 | PR-PRIV-EXECS 006149 | 6/21/1991 | Memo regarding Final Due Diligence Summary Report | | Hearsay |
| 507a | SA0942 p. 1 of 4 | SA0942 p. 4 of 4 | 4/28/1997 | Letter enclosing the audited financial statements for AHERF as of June 30, 1996, projected consolidated income statements and balance sheets for AHERF as of June 30, 1997 and 3-year financial projections for AHERF | | Foundation |
| 525a | CL 002252 | CL 002276 | 6/30/1996 | Hahneman Investment Tracking System Endowments | | |
| 550a | DBR-JBN-000010 | DBR-JBN-000012 | 2/19/1997 | Fax enclosing copy of AGH January 31, 1997 Financial Statements | | Foundation, hearsay, incomplete document |
| 698 | DBR-SG 06272 | DBR-SG 06272 | 6/26/1996 | Letter Re: Short-Term Debt Clean-U | | Foundation, hearsay |
| 705 | DBR-SG 06271 | DBR-SG 06271 | 6/26/1996 | Handwritten Notes Re: Payables to Affiliates | | Foundation, hearsay |
| 1074a | DC4524 p 1 of 1 DC4525 p 1 of 2 | DC4525 p 2 of 2 | 12/31/1995 | Inpatient and Outpatient Aging for MCC/EPPI, SCHC, EPC, and BCC | | |
| 1156 | JB 03196 | JB 03244 | 3/31/1998 | Report to AHERF Regarding the Sale of Eastern Division Community Hospitals | X | Foundation, hearsay |
| 1414 | DBR-DK-011151 | DBR-DK-011152 | 10/2/1996 | Letter Re: Execu-FLEX Termination Supplemental Survivor Life Insurance (Equitable) | | Foundation, hearsay |
| 1415 | DBR-DK-011065 | DBR-DK-011066 | 11/26/1996 | Letter enclosing $45,542.05 check for abiding by the terms of the Substantial Risk of Forfeiture Agreement | | Foundation, hearsay |
| 2739 | WACH 02001 | WACH 02017 | 9/16/1994 | Hahnemann University Financial Statements for the years ended June 30, 1994 and 1993 | | Foundation, hearsay as to handwriting |
| 4380a | CL 056128 | CL 056395 | 6/30/1995 | AHERF PP&E Scoresheet | X | |
| 7000a | CL 000181 | CL 000187 | 6/30/1996 | DVOG Combined Balance Sheet | | |
| 7011a | CL 001705 | CL 001708 | 6/30/1996 | 0054 Third-Party Balances - East Falls | | Description does not match document |
| 7012a | CL 002580 | CL 002582 | 6/30/1996 | 0064 Hospital Property, Plant and Equipment - Center City | | |
| 7013a | CL 006717 | CL 006741 | 6/30/1996 | AHERF Investment Supplement | | |
| 7023a | CL 013931 | CL 013938 | 6/30/1997 | 0054 Third - Party Balances | | |
| 7026a | CL 025662 | CL 025673 | 6/30/1997 | Risk Contract Analysis | X | Foundation, incomplete document |
| 7030a | CL 035637 | CL 035648 | 00/00/0000 | AHERF Accounts Receivable Procedures | | Foundation, hearsay |
| 7057a | CL 147449 | CL 147469 | | Graduate System Restructuring with handwritten notes attached | | Foundation |
| 7400 | CL 000317 | CL 000317 | 6/30/1996 | CLASS audit step, 0001, Total engagement quality documentation: b) Fieldwork, Complete audit program | | |
| 7401 | CL 000338 | CL 000338 | 6/30/1996 | CLASS audit step, 0001, Total engagement quality documentation: b) Fieldwork, Subsequent events review | X | |

Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 7402 | CL 000377 | CL 000378 | 6/30/1996 | CLASS audit step, 0002, Audit strategy and completion documentation, Document matters that impact the audit strategy | X | |
| 7403 | CL 000385 | CL 000385 | 6/30/1996 | CLASS audit step, 0002, Audit strategy and completion documentation, Document the work of internal audit | | |
| 7404 | CL 000395 | CL 000395 | 6/30/1996 | CLASS workpaper, 0006-1 REP LETTER | X | |
| 7405 | CL 000396 | CL 000401 | 6/30/1996 | CLASS workpaper, 0006-1 Management Representation Letter | X | |
| 7406 | CL 000988 | CL 000988 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Bucks, Obtain analysis of allowance for bad debt at 6/30/96 | X | |
| 7407 | CL 001038 | CL 001038 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Bucks, Test old accounts at 6/30/96 | X | |
| 7408 | CL 000973 | CL 000973 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Bucks, Compare balances to subsequent remittances at year-end | X | |
| 7409 | CL 001042 | CL 001042 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Bucks, Update the valuation of accounts from early test date | X | |
| 7410 | CL 001095 | CL 001095 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Center City, Obtain analysis of allowance for bad debt at 6/30/96 | X | |
| 7411 | CL 001122 | CL 001125 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Center City, Test old accounts at 6/30/96 | X | Improper combination of documents (including Ex. 7412) |
| 7412 | CL 001124 | CL 001124 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Center City, Compare balances to subsequent remittances at year-end | X | Description does not match document |
| 7413 | CL 001128 | CL 001128 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Center City, Update the valuation of accounts from early test date | X | |
| 7414 | CL 001179 | CL 001179 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - East Falls, Obtain analysis of allowance for bad debt at 6/30/96 | X | |
| 7415 | CL 001216 | CL 001216 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - East Falls, Test old accounts at 6/30/96 | X | |
| 7416 | CL 001137 | CL 001167 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - East Falls, Compare balances to subsequent remittances at year-end | X | Improper combination of documents, incomplete document |
| 7417 | CL 001220 | CL 001220 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - East Falls, Update the valuation of accounts from early test date | X | |
| 7418 | CL 001269 | CL 001269 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Elkins, Obtain analysis of allowance for bad debt at 6/30/96 | X | |
| 7419 | CL 001295 | CL 001295 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Elkins, Test old accounts at 6/30/96 | X | |
| 7420 | CL 001258 | CL 001258 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Elkins, Compare balances to subsequent remittances at year-end | X | |
| 7421 | CL 001298 | CL 001298 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - Elkins, Update the valuation of accounts from early test date | X | |
| 7422 | CL 001345 | CL 001345 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - SCHC, Obtain analysis of allowance for bad debt at 6/30/96 | X | |
| 7423 | CL 001367 | CL 001367 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - SCHC, Test old accounts at 6/30/96 | X | |

Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 7424 | CL 001334 | CL 001334 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - SCHC, Compare balances to subsequent remittances at year-end | X | |
| 7425 | CL 001370 | CL 001370 | 6/30/1996 | CLASS audit step, 0053, Patient Accounts Receivable - SCHC, Update the valuation of accounts from early test date | X | |
| 7426 | | | | Electronic version of 1996 CLASS database | X | |
| 7427 | | | | Electronic version of 1997 CLASS database (final) | X | |
| 7428 | CL 93956 | CL 94020 | | Prudent Buyer materials | X | Foundation |
| 7429 | GOV 56370 | GOV 56376 | 9/14/1992 | Allegheny Hospitals United Obligated Group Financial Statements for Fiscal Year 1992 | | Description does not match document, incomplete document |
| 7430 | GOV 68620 | GOV 68637 | 10/23/1991 | Allegheny Health Services, Inc. Audited Consolidated Financial Statements for Fiscal Years ended June 30, 1991 and 1990 | | |
| 7431 | PR-DLC-01-000583 | PR-DLC-01-00698 | 8/27/1993 | Allegheny Health, Education and Research Foundation Fiscal Year 1993 Audited Financial Statements | X | |
| 7432 | TN CBC43B 00576 | TN CBC43B 00733 | 9/16/1994 | Allegheny Health, Education and Research Foundation Fiscal Year 1994 Audited Financial Statements | X | |
| 7433 | | | 8/27/2004 | Pennsylvania Health Care Cost Containment Council News Release: Non-General Acute Care Facilities, Vol. II, Utilization, Growth, Profits Surge at Outpatient Surgery Centers; Rehab Hospitals Stage Financial Comeback | | FRE 1002; hearsay |
| 7434 | | | Aug-04 | Pennsylvania Health Care Cost Containment Council, 2003 Financial Analysis, Vol. 2, Non- General Acute Care Facilities (Aug. 2004) | | |
| 7435 | | | 9/2/2005 | Pennsylvania Health Care Cost Containment Council News Release: Hospital Financial Analysis 2004 News Release - Outpatient surgery Centers Continue to Proliferate as Utilization Triples; Demand for Long-Term Acute Care Grows (Sept. 2, 2005) | | FRE 1002; hearsay |
| 7436 | | | 9/2/2005 | Pennsylvania Health Care Cost Containment Council, Financial Analysis 2004: Volume II, Non-General Acute Care Facilities (Sept. 2, 2005) | | |
| 7437 | | | 10/12/2006 | Pennsylvania Health Care Cost Containment Council, Hospital Financial Analysis 2005 News Release - Growth in New Outpatient Surgery Centers Continues; Utilization and Profits Up (Oct. 12, 2006) | | FRE 1002; hearsay |
| 7438 | | | 10/12/2006 | Pennsylvania Health Care Cost Containment Council, Financial Analysis 2005: Volume II, Non-General Acute Care Facilities (Oct. 12, 2006) | | |
| 7439 | | | 11/30/2007 | Pennsylvania Health Care Cost Containment Council, Financial Analysis 2006 News Release - Outpatient Surgery Centers Continue to Grow; Profits Level Off (Nov. 30, 2007) | | FRE 1002; hearsay |
| 7440 | | | 11/30/2007 | Pennsylvania Health Care Cost Containment Council, Financial Analysis 2006: Volume II, Non-General Acute Care Facilities (Nov. 30, 2007) | | |

Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 7441 | | | 5/1/2011 | Pennsylvania Health Care Cost Containment Council, Financial Analysis 2010: Volume I, General Acute Care Facilities Fiscal Year 2010 | | |
| 7442 | | | Fall 2009 | John M. Trussel and Patricia A. Patrick, An Empirical Analysis of Financial Distress in Pennsylvania Hospitals, Journal of Health Care Finance (Fall 2009) | X | Foundation, hearsay |
| 7443 | | | March-April 2004 | Alan M. Sear, Ph.D, Effects of Medicare BBA Spending Reductions on the Profitability of General Acute Care Hospitals, Journal of Healthcare Management 49:2 (March/April 2004) | X | Foundation, hearsay |
| 7444 | | | Winter 2010 | Simon Rauscher and John R.C. Wheeler, Hospital Revenue Cycle Management and Payer Mix: Do Medicare and Medicaid Undermine Hospitals' Ability to General and Collect Patient Revenue, Journal of Healthcare Finance (Winter 2010) | X | Foundation, hearsay |
| 7445 | | | 12/19/2007 | Cancer Treatment Centers of America Press Release: Cancer Treatment Centers of America Marks Second Anniversary and Announces Expansion Plans To Double Capacity | | Foundation, hearsay |
| 7446 | | | 1/3/2007 | Penn Medicine Press Release: The University of Pennsylvania Health System Agrees to Purchase Graduate Hospital from Tenet Healthcare Corporation | | Foundation, hearsay |
| 7447 | | | | Penn Medicine website at http://www.pennmedicine.org/rittenhouse/services.html Services & Specialties, Available Services and Specialties | | Foundation, hearsay |
| 7448 | | | | Penn Medicine website at http://www.pennmedicine.org/rittenhouse/about/, About Us | | Foundation, hearsay |
| 7449 | | | 4/7/2009 | Abington Memorial Hospital Press Release: Abington Memorial Hospital Addresses Patients End-of-Life Needs with Opening of Hospice Unit at Warminster Campus | | Foundation, hearsay |
| 7450 | | | | Abington Memorial Hospital website, http://www.amh.org/findalocation/amhc-warminstercampus/, Abington Health Center — Warminster Campus | | Foundation, hearsay |
| 7451 | | | 10/1/2007 | Philadelphia Business Journal, Abington Memorial buys Warminster Hospital | | Foundation, hearsay |
| 7452 | | | | Einstein Healthcare Network, http://www.einstein.edu/facilities/article10068.htm, Einstein Medical Center Elkins Park | | Foundation, hearsay |
| 7453 | | | 10/11/2011 | Einstein Healthcare Network Press Release: Einstein at Elkins Park Teams Up With Advanced ICU Care, http://newsroom.einstein.edu/2011-News-Releases/einstein-at-elkinspark-teams-up-with-advanced-icu-carer.html | | Foundation, hearsay |

Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 7454 | | | 7/20/2011 | Hahnemann University Hospital Press Release: U.S. News Ranks Hahnemann University Hospital #46 Nationally in Cardiology & Heart Surgery and #4 in the Philadelphia Best Hospitals Metro Area Rankings, http://www.hahnemannhospital.com/en-US/aboutUs/hospitalNews/PressReleases/Pages/USNewsRanksHaH46Nation4PhiladelphiaBestHospitalsMetro.aspx | | Foundation, hearsay |
| 7455 | | | | Tenet Press Release: Hahnemann University Hospital and St. Christopher's Hospital for Children Receive Prestigious Tenet Circle of Excellence Award, http://www.prnewswire.com/news-releases/hahnemann-university-hospital-and-stchristophers-hospital-for-children-receive-prestigious-tenet-circle-of-excellence-award-57531877.html | | Foundation, hearsay |
| 7456 | | | May-03 | American Surgical Hospital Association, The Origins of the Specialty Hospital and Reasons for Its Rise (May 2003) | | Foundation, hearsay, relevance |
| 7457 | | | 4/18/2003 | United States General Accounting Office, Specialty Hospitals: Information on National Market Share, Physician Ownership, and Patients Served (03-683R) (Apr. 18, 2003) | | Foundation, hearsay, relevance |
| 7458 | | | Oct-03 | United States General Accounting Office, Specialty Hospitals: Geographic Location, Services Provided, and Financial Performance (04-167) (October 2003) | | Foundation, hearsay, relevance |
| 7459 | | | 2006 | Robert A. Berenson, Thomas Bodenheimer and Hoangmai H. Pham, Specialty-Service Lines: Salvos In The New Medical Arms Race, Health Affairs, 25, no.5 (2006) | | Foundation, hearsay, relevance |
| 7460 | | | May-02 | Moody's Investors Service, Rating Policy: Understanding Moody's Corporate Bond Ratings & Rating Process (May 2002). | | Foundation, hearsay, relevance |
| 7461 | | | Feb-09 | Moody's Investors Service, Special Comment: Corporate Default & Recovery Rates, 1920-2008 (Feb. 2009) | | Foundation, hearsay, relevance |
| 7462 | | | 3/23/2012 | Standard & Poors, 2011 Annual U.S. Corporate Default Study & Rating Transitions (March 23, 2012), http://www.standardandpoors.com/ratings/articles/en/us/?articleType=HTML&assetID=1245331026864 | | Foundation, hearsay, relevance |
| 7463 | | | 3/5/2012 | Moody's Investors Service, Not-for-Profit Healthcare Rating Methodology (March 5, 2012) | | Foundation, hearsay, relevance |
| 7464 | | | Aug-03 | Moody's Investors Service, Moody's Rating Symbols & Definitions (Aug. 2003) | | Foundation, hearsay, relevance |
| 7465 | | | 4/27/2012 | ForexTheory, Standard and Poor's Rating Scale, http://www.forextheory.com/additionalinfo/standard-and-poors-rating-scale.html (last visited April 27, 2012) | | Foundation, hearsay, relevance |

Exhibit 3 - PwC's Objections to Committee's New Exhibits (Added April 30, 2012)

| Exhibit No. | Beginning Bates | Ending Bates | Date | Committee's Description | Expect to Offer | PwC Objections* |
|---|---|---|---|---|---|---|
| 7466 | | | Dec-07 | United States General Accounting Office, Not-For-Profit Hospitals, Conversion Issues Prompt Increased State Oversight (GAO/HEHS Not-for-Profit Hospital Conversions) | | Foundation, hearsay, relevance |
| 7467 | | | 7/1/2007 | Elena Lazarou, Stalking Horse Bidders Look to Score Big in 363 Sales, Turnaround Management Association | | Foundation, hearsay, relevance |
| 7468 | | | 9/4/1998 | David Hoffman, The Bond Buyer, "Review of AHERF Financial Statements May Cut Sale Price" | | Hearsay |
| 7469 | | | 9/28/1998 | David Hoffman, The Bond Buyer, "AHERF Hospitals Draw No New Bids By Friday Deadline" | | Hearsay |
| 7470 | | | 9/7/1998 | Modern Healthcare "Flawed Figures: AHERF: Overstated Income Taints Financial Statements" | | Foundation, hearsay |

* With respect to the exhibits for which PwC has not asserted an objection, PwC does not necessarily agree with the Committee's description of the exhibits