IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>*Defendant.* | Civil Action No. 00-684<br><br>Judge David Stewart Cercone<br><br>Electronically Filed |

## ORDER

AND NOW, this 11th day of July, 2012, having considered PricewaterhouseCoopers LLP's Unopposed Motion To Exceed the Page Limitation Set Forth in the Order of Nov. 9, 2011 by Five Pages with Respect to PwC's Memorandum in Support of Motion *in Limine* No. 1, said Motion is GRANTED.

DS Cercone
_____
David Stewart Cercone
United States District Judge