UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION, | ) ) ) ) ) | Civil Action No. 00-684 |
| Plaintiff, | ) ) | Judge David Stewart Cercone |
| v. | ) ) | Electronically Filed |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) ) | |
| Defendant. | ) | |

ORDER OF COURT

AND NOW, this 7 day of August, 2012, upon consideration of the Committee's Unopposed Motion to Exceed by Five Pages the Page Limitation Set Forth in the Amended Case Management Order with Respect to The Committee's Opposition to PwC's Motion *in Limine* No. 1, said Motion is GRANTED.

David Stewart Cercone
United States District Judge