IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION, | Civil Action No. 00-684 |
| Plaintiff, | Judge David Stewart Cercone |
| v. | |
| PRICEWATERHOUSECOOPERS LLP, | Electronically Filed |
| Defendant. | |

ORDER

AND NOW, this 7th day of August, 2012, having considered PricewaterhouseCoopers LLP's Unopposed Motion to Exceed the Page Limitation Set Forth in the Order of Nov. 9, 2011 by Six Pages with Respect to PwC's Memorandum in Opposition to Plaintiff's Motion *in Limine* No. 1, said Motion is GRANTED.

_____
David Stewart Cercone
United States District Judge