# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS, LLP,<br><br>        Defendant. | Case No. 00-684<br><br>Judge David Stewart Cercone<br><br>Electronically Filed |

## NOTICE OF APPEARANCE

To:   The Clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Plaintiff, The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation.

Date:   August 8, 2012

/s/ Anderson T. Bailey
Anderson T. Bailey, Esq. (Pa. Bar No. 206485)
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone:  (412) 391-3939
Facsimile:  (412) 394-7959
Email:  atbailey@jonesday.com

*Counsel for Plaintiff, The Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation*

PII-1254845v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2012, I caused a true and correct copy of the Appearance of Anderson T. Bailey to be electronically filed with the Court, causing the same to be served on all counsel of record via ECF notification.

    /s/ *Anderson T. Bailey*
Counsel for Plaintiff