IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION, | ) ) ) ) ) Civil Action No. 00-684 |
| Plaintiff, | ) ) Judge David Stewart Cercone |
| v. | ) ) Electronically Filed |
| PRICEWATERHOUSECOOPERS, LLP, | ) ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 22nd day of August, 2012, upon consideration of Plaintiff's Unopposed Motion for Leave to File Six-Page Reply Brief in Support of its Motion *in Limine* No. 1 to Exclude Certain Pleadings and Discovery Materials Filed or Served by the Committee in Other AHERF-Related Proceedings, it is hereby ORDERED that the Motion is GRANTED. Accordingly, Plaintiff may file a reply brief in support of the aforementioned Motion *in Limine*, such reply brief to be filed on or before August 30, 2012, and not to exceed six (6) pages.

David Stewart Cercone
United States District Judge