**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION AND RESEARCH FOUNDATION**, </br></br>Plaintiff, </br></br>v. </br></br>**PRICEWATERHOUSE COOPERS, LLP**, </br></br>Defendant. | 2:00cv684 </br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 7th day of November, 2012, the court having ascertained from discussions with counsel that a conciliation conference may be beneficial, IT IS ORDERED that a conciliation conference be, and the same hereby is, scheduled before this member of the court for **Wednesday, December 12, 2012 at 10:00 a.m.**, Courtroom No. 7A, 7th Floor, United States Post Office & Courthouse, Pittsburgh, PA.  Plaintiff shall have present physically a representative principal for each of the members of the Committee  -  who collectively shall be able to make binding decisions for the Committee as to all matters that might be raised without the need for further authorization or approval.  Defendant shall have present physically the principals needed to make binding decisions for Defendant as to all matters that might be raised without the need for further authorization or approval.

s/ David Stewart Cercone </br>
David Stewart Cercone </br>
United States District Judge

cc:   James Jones, Esquire
      Laura E. Ellsworth, Esquire
      Laura A. Meaden, Esquire
      John G. Unice, Esquire
      Douglas A. Campbell, Esquire
      Stanley E. Levine, Esquire
      Richard B. Whitney, Esquire
      J. Kevin Cogan, Esquire
      David S. Torborg, Esquire
      Joseph F. McDonough, Esquire
      Robert D. Finkel, Esquire
      James R. Walker, Esquire
      Francis P. Barron, Esquire
      Roger G. Brooks, Esquire
      Antony L. Ryan, Esquire
      Thomas G. Rafferty, Esquire

      (*Via CM/ECF Electronic Mail*)