IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ALLEGHENY HEALTH, EDUCATION & RESEARCH FOUNDATION,<br><br>          *Plaintiff,*<br><br>    v.<br><br>PRICEWATERHOUSECOOPERS LLP,<br><br>          *Defendant.* | Civil Action No. 00-684<br><br>Judge David Stewart Cercone<br><br>Electronically Filed |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation and PricewaterhouseCoopers LLP have entered into an agreement to settle this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that all pending motions are hereby withdrawn and that the above-entitled action be, and the same hereby is, dismissed with prejudice, without costs, expenses, or attorneys' fees to any party as against another, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

COI-1492519v1

| | |
|---|---|
| Dated: May 28, 2013 | Dated: May 28, 2013 |
| /s/ *James M. Jones* | /s/ *Joseph F. McDonough* |
| James M. Jones | Joseph F. McDonough |
| Laura A. Meaden | Buchanan, Ingersoll & Rooney, P.C. |
| Jones Day | One Oxford Centre |
| 500 Grant Street, 45th Floor | 301 Grant Street, 20th Floor |
| Pittsburgh, PA 15219-2514 | Pittsburgh, PA 15219 |
| (412) 391-3939 | (412) 562-8800 |
| | |
| *Attorneys for Official Committee of Unsecured Creditors of Allegheny Health, Education and Research Foundation* | Thomas G. Rafferty |
| | Antony L. Ryan |
| | Cravath, Swaine & Moore LLP |
| | Worldwide Plaza |
| | 825 Eighth Avenue |
| | New York, NY 10019 |
| | (212) 474-1000 |
| | |
| | *Attorneys for PricewaterhouseCoopers LLP* |

IT IS SO ORDERED:

Dated: _____          _____
                                          Hon. David Stewart Cercone
                                          United States District Judge